Insured:  KNOX HOLDINGS, INC
Claim Number:   0002237784
Date of Loss:    May 4, 2013

# *Commercial Insurance Coverage Policy*



**THIS POLICY HAS BEEN
ESPECIALLY DESIGNED**

FOR:

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;

BY:

EARL BACON AGENCY

THROUGH:

WESTFIELD INSURANCE COMPANY



**WESTFIELD®**

ID 7004 (0411)

*IN WITNESS WHEREOF,* this Company has caused this policy to be signed by its President and Secretary and countersigned by a duly authorized representative of the Company if required by law.

*Frank A. Carrino* **Secretary**

*Edward J. Lurgert III* **President**



Welcome to Westfield Insurance!  Thank you for selecting Westfield as your insurance carrier and for placing your trust in us.

In business since 1848, Westfield has a longstanding reputation for stability, integrity and financial strength.  You can rely on us to add value by providing underwriting expertise in a forthright and professional manner.

Insurance from Westfield is available exclusively through leading independent agents who bring knowledge and service excellence to customers.  If you have any questions on your insurance, please contact your independent insurance agent:

> EARL BACON AGENCY
> 850-878-2121

We look forward to fulfilling your business needs and delivering on Westfield's promise of protection.  Welcome, and thank you for allowing us to serve you.

Sincerely,

*Edward J. Largent III*

Edward J. Largent III
President
Westfield Insurance

Ohio Farmers Insurance Company - Westfield Insurance Company - Westfield National Insurance Company
American Select Insurance Company - Old Guard Insurance Company
One Park Circle - P.O. Box 5001 - Westfield Center, Ohio  44251-5001
1.800.243.0210 - fax 330.887.0840 - www.westfieldinsurance.com

AD 1272  01 09



**WESTFIELD®**

## SELF-INSPECTION QUESTIONNAIRE

DATE  05/24/21     Completed By: _____     Phone Number _____

POLICY NUMBER   CMM 0395871     AGENCY   EARL BACON AGENCY

NAME   KNOX HOLDINGS, INC     ADDRESS   TALLAHASSEE FL 32316

**1. Sidewalks, Steps and Parking Areas**

| | Yes | No | N/A |
|---|---|---|---|
| - Are all areas free of conditions which will cause slipping and falling? | ☐ | ☐ | ☐ |
| - Is there adequate exterior lighting at night? | ☐ | ☐ | ☐ |
| - Are all steps and ramps provided with secure handrails? | ☐ | ☐ | ☐ |

**2. Exits, Corridors and Public Areas**

- Are all exits and corridors:

| | | | |
|---|---|---|---|
| a. Free of obstructions and readily accessible? | ☐ | ☐ | ☐ |
| b. Properly marked with exit signs and lighted? | ☐ | ☐ | ☐ |
| c. Equipped with an operating emergency lighting system? | ☐ | ☐ | ☐ |

- Are all exit doors:

| | | | |
|---|---|---|---|
| a. Arranged to open outward? | ☐ | ☐ | ☐ |
| b. Easily operated? | ☐ | ☐ | ☐ |
| c. Provided with anti-panic hardware in all public areas? | ☐ | ☐ | ☐ |
| - Are all fire escapes in good condition? | ☐ | ☐ | ☐ |

**3. Stairs, Doors, Floors and Elevators**

| | | | |
|---|---|---|---|
| - Are all stairs covered with anti-slip surfaces? | ☐ | ☐ | ☐ |
| - Are full length clear glass doors and windows marked to prevent persons walking into them? | ☐ | ☐ | ☐ |
| - Are all stairway doors kept closed when not in use? | ☐ | ☐ | ☐ |
| - Are floor surfaces free of slipping and tripping conditions? | ☐ | ☐ | ☐ |
| - Are elevators maintained and serviced on a regular schedule? | ☐ | ☐ | ☐ |

**4. Housekeeping**

- Is combustible trash and rubbish:

| | | | |
|---|---|---|---|
| a. Collected at frequent intervals? | ☐ | ☐ | ☐ |
| b. Stored in covered metal containers? | ☐ | ☐ | ☐ |
| c. Disposed of frequently? | ☐ | ☐ | ☐ |

| | Yes | No | N/A |
|---|---|---|---|
| - Are storage supply and equipment rooms neat, orderly and free of flammables? | ☐ | ☐ | ☐ |

- Are flammable paints and liquids:

| | | | |
|---|---|---|---|
| a. Kept at a minimum for your operation? | ☐ | ☐ | ☐ |
| b. Kept in sealed metal containers? | ☐ | ☐ | ☐ |
| c. Stored in vented metal cabinets? | ☐ | ☐ | ☐ |
| - Are all public areas thoroughly checked for fire hazards after closing? | ☐ | ☐ | ☐ |
| - Are only non-flammable cleaning fluids used? | ☐ | ☐ | ☐ |

**5. Heat, Light, Power and Appliances**

- Is all heating equipment (including flues and piping):

| | | | |
|---|---|---|---|
| a. Properly insulated from combustible materials? | ☐ | ☐ | ☐ |
| b. Cleaned and serviced at least annually by a competent contractor? Date _____ | ☐ | ☐ | ☐ |
| - Is frequent fuse replacement or taping of breaker switches controlled? | ☐ | ☐ | ☐ |
| - Are electrical cabinets closed and boxes covered? | ☐ | ☐ | ☐ |
| - Are electrical extension and appliance cords in good condition? | ☐ | ☐ | ☐ |
| - Has an electrician completed any electrical work in the last year? Date _____ | ☐ | ☐ | ☐ |
| - Is air conditioning equipment cleaned and serviced annually? Date _____ | ☐ | ☐ | ☐ |
| - Are all motors kept clean and adequately ventilated to reduce overheating? | ☐ | ☐ | ☐ |
| - Are all electrical appliances/equipment properly grounded? | ☐ | ☐ | ☐ |

**6. Emergency Procedures**

- Are all employees:

| | | | |
|---|---|---|---|
| a. Instructed to call fire department immediately in case of fire? | ☐ | ☐ | ☐ |
| b. Instructed in evacuation procedures? | ☐ | ☐ | ☐ |
| c. Instructed in the use of fire extinguishing equipment? | ☐ | ☐ | ☐ |

(Over)

AD 1049 (8-10)

- Are all extinguishers:

|  | Yes | No | N/A |
|---|---|---|---|
| a. Serviced annually by a contractor? | ☐ | ☐ | ☐ |
| b. Tagged with date of last service? Date _____ | ☐ | ☐ | ☐ |
| c. Easily accessible? | ☐ | ☐ | ☐ |
| d. Hung within 100 feet of any point on a floor and in a conspicuous place? | ☐ | ☐ | ☐ |

- Are periodic tests and inspections made of the following equipment:

|  | Yes | No | N/A |
|---|---|---|---|
| a. Fire hoses?  Date _____ | ☐ | ☐ | ☐ |
| b. Sprinkler systems?  Date _____ | ☐ | ☐ | ☐ |

- Is the fire alarm system:

|  | Yes | No | N/A |
|---|---|---|---|
| a. Tested periodically?  Date _____ | ☐ | ☐ | ☐ |
| b. Marked and accessible? | ☐ | ☐ | ☐ |

|  | Yes | No | N/A |
|---|---|---|---|
| - Has fire department number been placed at the switchboard and maintenance shop? | ☐ | ☐ | ☐ |
| - Is there at least 18″ of clearance between sprinkler heads and stored materials? | ☐ | ☐ | ☐ |

## 7. Laundry, Cooking and Special Equipment

|  | Yes | No | N/A |
|---|---|---|---|
| - Are washers and dryers properly grounded? | ☐ | ☐ | ☐ |
| - Are washers and dryers equipped with safety interlocks? | ☐ | ☐ | ☐ |
| - Is the cooking area suppression system serviced semiannually by a contractor? | ☐ | ☐ | ☐ |
| - Are cooking area hood ducts, ovens, ranges and filters cleaned regularly? Frequency _____ | ☐ | ☐ | ☐ |
| - Are vent pipes and lint filters cleaned on a regular basis? | ☐ | ☐ | ☐ |
| - Are gas dryers and cooking devices equipped with automatic gas shutoff valves? | ☐ | ☐ | ☐ |
| - Are shopping carts properly maintained? | ☐ | ☐ | ☐ |

|  | Yes | No | N/A |
|---|---|---|---|
| - Are stepladders in good condition? | ☐ | ☐ | ☐ |
| - Is material-handling equipment in good condition and inspected regularly? | ☐ | ☐ | ☐ |

## 8. Vehicles

|  | Yes | No | N/A |
|---|---|---|---|
| - Are all vehicles inspected and maintained on a regular schedule? | ☐ | ☐ | ☐ |
| - Are drivers periodically trained in safe driving and do they have experience? | ☐ | ☐ | ☐ |

## 9. Burglary and Theft - Money and Valuables

|  | Yes | No | N/A |
|---|---|---|---|
| - Are all windows, doors and transoms protected against burglary? | ☐ | ☐ | ☐ |
| - Is the cash on hand in a burglar-resistive safe which is kept in a well-lighted area visible from the street? | ☐ | ☐ | ☐ |
| - Are all outside entrances to the basement kept locked when not in use? | ☐ | ☐ | ☐ |
| - Do delivery trucks have good locks on the merchandise compartments? | ☐ | ☐ | ☐ |
| - Is the money on the premises kept to a minimum to operate? | ☐ | ☐ | ☐ |
| - Are money collections: | | | |
| a. Deposited the same day, or | ☐ | ☐ | ☐ |
| b. Stored in a burglar-resistive safe until deposited? | ☐ | ☐ | ☐ |
| - Are valuable items and equipment stored in a safe or vault when not in use? | ☐ | ☐ | ☐ |

## 10. Bathrooms/Restrooms

|  | Yes | No | N/A |
|---|---|---|---|
| - Do all shower floor surfaces and tub bottoms have non-slip protection? | ☐ | ☐ | ☐ |
| - Do handrails exist in showers and tubs? | ☐ | ☐ | ☐ |
| - Are all shower doors or tub enclosures equipped with safety glass? | ☐ | ☐ | ☐ |
| - Are the floors and fixtures kept clean and dry? | ☐ | ☐ | ☐ |

# SPECIAL NOTICE TO POLICYHOLDERS
# FLORIDA COMMERCIAL PROPERTY AND
# CASUALTY RISK MANAGEMENT PROGRAM

The Florida Risk Management Program (Rule 4-75.001) is available on request to any commercial property or casualty insurance policyholder. A Risk Management Program is a series of steps or actions aimed to eliminate or reduce losses at your business.

The Risk Management Program offered by us includes:

1.  A listing of Risk Management Program Guidelines for getting your management actively involved in loss control.

2.  A Self-Inspection Questionnaire designed to help you identify and control current hazards that can increase the chance of loss in your operation.

Enclosed is a copy of our Self-Inspection Questionnaire.

Additional Risk Management services are available upon request. **There may be an additional charge for some services.**

If you have any questions on the Florida Risk Management Program, please contact your independent agent listed on the declarations page of your policy.

### WESTFIELD INSURANCE LOSS CONTROL
### INQUIRY FOR RISK MANAGEMENT INFORMATION

If you feel more extensive risk management services are needed, contact **Westfield Insurance, P.O. Box 5001, Westfield Center, Ohio 44251-5001; ATTN: Auditing, Engineering and Loss Control Department.** Our loss control department representative will contact you concerning further service(s).*

**\*There may be an additional charge for this service.**

**AD 1052** (8-10)



**WESTFIELD**®

# Welcome to Westfield Insurance!

## Billing Services
We will mail a separate invoice approximately 20 days before the effective date of your policy. Please mail all payments in the envelope provided with your invoice to Westfield Insurance, PO Box 9001566, Louisville, KY,  40290-1566.

## WIC*draw*
WIC*draw* is an electronic funds transfer program that will save you time and money. With your approval, Westfield Insurance will draw payments directly from your checking, savings, or credit union account. To enroll in WIC*draw*, complete the enrollment form enclosed with your invoice.

## Pay by Phone
Call JPMorgan Chase Pay Connexion′s automated toll-free number at 1.800.766.9133 to make your payment using your Visa®, MasterCard®, Discover®, debit card or checking account. JPMorgan will charge a convenience fee for this service and reserves the right to limit the amount of each transaction.

## Payment Plans and Installment Fees
Your invoice will indicate the payment plan you have selected. You may choose another payment plan at any time by contacting billing customer service at 1.800.552.9134. Some exceptions apply. Installment fees are charged according to the payment option you select and vary by state.

| Pay Plan | Pay by Check | Pay electronically ″WIC*draw*″ |
|---|---|---|
| Monthly | $5.00 | - 0 - |
| Quarterly | $5.00 | - 0 - |
| Semi-Annual | - 0 - | - 0 - |
| Annual | - 0 - | - 0 - |

## Due Dates and Additional Assistance
Payment is expected on or before the due date. You may choose to change the due date on your account or contact us at **1.800.552.9134** for additional information.

## Thank You!
We appreciate your business. If you have any questions about your insurance protection, please contact your independent agent.

AD  759  08 10

## FLORIDA POLICYHOLDERS NOTICE

We thank you for allowing us to provide coverage for your insurance needs. It is our objective to provide you with the best products and service available. If you should have questions about your coverage or need assistance in resolving complaints, please contact your Independent Insurance Agent or you may contact us directly. Our mailing address and telephone number are listed below.

**Westfield Insurance
One Park Circle
P.O. Box 5001
Westfield Center, Ohio  44251-5001**

**Telephone:  330-887-0101**

**AD 8074** (08-10) **FL**



## ADVISORY NOTICE TO POLICYHOLDERS

**CA 23 94  03 06 - Silica Or Silica-Related Dust Exclusion For Covered Autos Exposure**
**CA 25 39  03 06 - Silica Or Silica-Related Exclusion For Covered Autos Exposure - Garage Coverages**

When this endorsement is attached to your policy, coverage is excluded for bodily injury liability arising in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, silica or silica-related dust.  In addition, coverage is excluded for property damage liability arising in whole or in part, out of actual, alleged, threatened or suspected contact with, exposure to, existance of, or presence of, silica or silica-related dust.  Coverage is also excluded for any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, silica or silica-related dust.

**AD 87 26  04 06**





## IMPORTANT NOTICE TO OUR POLICYHOLDERS

*Westfield Insurance Fraud Hot-Line*

PLEASE READ THIS IMPORTANT INFORMATION

- Fraudulent insurance claims cost us all money.
- Call us if you have information concerning a fraudulent insurance claim.
- All information will be kept confidential.
- Call and discuss your information with a trained investigator, or leave the information anonymously on a telephone answering machine.
- We can all help fight insurance fraud.

AD 8522  (08-10)

## Be a Fraud Buster
## 1-800-654-6482

### Detach and retain information below for future use.

                    

**Fraud Hot-Line**          **Fraud Hot-Line**
**1-800-654-6482**          **1-800-654-6482**

          

**Westfield Center, Ohio  44251**    **Westfield Center, Ohio  44251**
**www.westfieldinsurance.com**        **www.westfieldinsurance.com**

THIS NOTICE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND
CONDITIONS OF ANY COVERAGE UNDER THE POLICY.  IF THERE IS ANY
CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF
YOUR POLICY SHALL PREVAIL.

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM
# INSURANCE COVERAGE and PREMIUM

On November 26, 2002, the Terrorism Risk Insurance Act of 2002 (hereafter the "Act") was signed into law by the President.  The Act, as amended in 2007, defines an "act of terrorism" in Section 102(1) to mean any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States (1) to be an act of terrorism; (2) to be a violent act or an act that is dangerous to human life, property, or infrastructure; (3) to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and (4) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Coverage for acts of terrorism as defined by the Act, as amended, is included in your current policy and/or in any policy quoted for you.  You should know that under your existing coverage losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by federal law.  Under this formula, the United States Government generally reimburses 85% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.  **You should also know that the Act, as amended, contains a $100 billion cap that limits United States Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced**.  Under the Act, as amended, this formula is currently effective through December 31, 2014.

The actual insurance coverage provided by your policy for acts of terrorism as defined in the Act, as amended, as is true for all coverages, is limited by the terms, conditions, exclusions, limits, other provisions of your policy, any endorsements to the policy and generally applicable rules of law.

## PREMIUM CHARGED



During your current policy period, the portion, if any, of your premium that is attributable to coverage for acts of terrorism as defined in the Act is $_____  (refer to Common Policy Declarations if blank).

**If you do not desire the coverage** for acts of terrorism as defined in the Act, as amended, you may reject the coverage and instruct the insurance company to remove it and refund the premium described above. **To reject the coverage, you must:**

   1)   advise the insurance company by letter (on your company letterhead),

   2)   signed by the owner, representative, or properly designated official of the named insured.

**The insurance company must receive your letter within 60 days** from the date shown at the bottom right side of the forms titled "Common Policy Declarations".  Please refer to "Common Policy Declarations" for the mailing address of the insurance company.

If your policy premium is $500, that may represent a minimum premium.  In that case, the portion that is attributable to acts of terrorism as defined in the Act, as amended, may be included within that minimum and your total premium will not be reduced if you reject coverage for acts of terrorism.  The minimum premium will still apply.

Should you have any question regarding this notice, please contact your insurance agent.

**AD 85 84**  01 08

## FLORIDA COMMERCIAL PROPERTY SURCHARGE EXPLANATION

The "Florida Commercial Property Surcharge" shown is required by the State of Florida, Department of Revenue.  Section 624.515 (2) (a) of the insurance code authorizes the .1 percent annual surcharge from each holder of a policy of Fire, Allied Lines, or Multi-Peril Insurance insuring Commercial Property located in Florida.  The surcharge shall be deposited by the Department of Revenue into the Fire College Trust Fund.

If you have any questions concerning this surcharge, please contact your Independent Insurance Agent.

Ohio Farmers Insurance Company, Westfield Insurance Company,
Westfield National Insurance Company, American Select Insurance
Company, Old Guard Insurance Company
Westfield Center, Ohio  44251

**AD 8065** (8-10)



## FLORIDA EMERGENCY MANAGEMENT, PREPAREDNESS AND ASSISTANCE TRUST FUND

The Florida Legislature has created the Emergency Management, Preparedness, and Assistance Trust Fund to be administered by the Department of Community Affairs. In order to provide funds for emergency management, preparedness, and assistance, an annual surcharge shall be imposed on every residential dwelling fire, homeowner's, mobile homeowner's, tenant homeowner's, condominium unit owner's, commercial fire, commercial multiple peril, and businessowner's property insurance policy. The surcharge shall be paid by the policyholder to the insurer. The insurer shall collect the surcharge and remit it to the Department of Revenue, which shall collect, administer, audit, and enforce the surcharge pursuant to section 624.5092, Florida Statutes. The surcharge is not to be considered premiums of the insurer; however, nonpayment of the surcharge by the insured may be a valid reason for cancellation of the policy. All proceeds of the surcharge shall be deposited in the Emergency Management, Preparedness, and Assistance Trust Fund and may not be used to supplant existing funding.

This surcharge shall apply to policies effective on or after May 1, 1993, and is shown on the Declarations page as "FL Assistance Trust Fund".

**AD 8078** (5-93)



# NOTICE TO POLICYHOLDERS
# REGARDING EXCLUSION OF CERTIFIED ACTS OF TERRORISM

Refer to the terrorism endorsement for the definition of "certified acts of terrorism." Refer to the endorsement, and to the rest of the insurance contract, for provisions that govern coverage for, or that exclude coverage for, losses arising from terrorism.

## INFORMATION ON COVERAGE FOR FIRE FOLLOWING AN ACT OF TERRORISM IN CERTAIN STATES

The terrorism exclusion does not restrict fire coverage under commercial property coverage insurance due to a statutory requirement in the states of: GA, IL, IA, MO, NC, VA, WV and WI. For the state of AZ, this rule applies for one to four family dwellings. Such coverage is subject to all policy exclusions (for example, nuclear hazard and war exclusions) and other policy provisions, including premium charged. Government and insurer participation in payment of losses for fire following a "certified act of terrorism" is subject to the same limitations on liability as outlined above. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under your insurance in the aforementioned line(s) of insurance.

Includes copyrighted material
of Insurance Services Office Inc.,
with its permission

**AD 89 53  04 09**



# FLORIDA NO-FAULT COMMERCIAL AUTOMOBILE COVERAGE OPTIONS

Basic no-fault insurance (Personal Injury Protection) provides for payment of certain benefits to or for an insured who sustains bodily injury in an accident arising out of the use or operation of a motor vehicle. Coverage is provided to the named insured; if the named insured is an individual to any resident relative/family member while occupying a motor vehicle or while a pedestrian, through being struck by a motor vehicle; to any other person while occupying a covered vehicle with the insureds consent; or to a pedestrian if the accident involves the covered motor vehicle. These benefits include payment for 80% of medical expenses, 60% of loss of income, replacement services expenses, and death benefits. The limit of liability for all loss to any one person in any one accident is $10,000.

Various options are also available to accommodate your specific needs:

1.  **Personal Injury Protection Deductibles** of $250, $500, $1,000 and $2,000 are available to the named insured only or to each named insured and each dependent relative.

2.  **Personal Injury Protection - Exclusion of Work Loss (Individual Named Insured Only)** eliminates all coverage for loss of income.

3.  **Extended Personal Injury Protection (Individual Named Insured Only)** increases the medical expense recovery to 100% and the work loss recovery to 80%.

4.  **Additional Personal Injury Protection (Individual Named Insured Only)** is available only when Extended Personal Injury Protection coverage applies and provides higher limits of liability of $10,000, $25,000, $40,000 and $90,000.

5.  **Broadened Personal Injury Protection (Named Individuals)** allows an individual who regularly uses the insured auto to be afforded Personal Injury Protection by naming the individual as a named insured.

6.  **Medical Payments Coverage** is available for those expenses for medical and funeral services not covered by Personal Injury Protection and is excess coverage over the Personal Injury Protection limit of liability.

For personal injury protection insurance, the named insured may elect a deductible and to exclude coverage for loss of gross income and loss of earning capacity ("lost wages"). These elections apply to the named insured alone, or to the named insured and all dependent resident relatives. A premium reduction will result from these elections. The named insured is hereby advised not to elect the lost wage exclusion if the named insured or dependent relatives are employed, since lost wages will not be payable in the event of an accident.

These options are available to you upon your written request to us. However, not all options are available on one policy. If you desire to select one or more of these options, or would like more information about the cost of these options, please contact your independent insurance agent.

**AD 83 55** 07 00

# IMPORTANT NOTICE TO OUR POLICYHOLDERS

THE FLORIDA HURRICANE CATASTROPHE FUND CORPORATION HAS ASSESSED US FOR A PORTION OF THEIR LOSSES RESULTING FROM RECENT HURRICANE SEASONS. A PORTION OF THAT ASSESSED AMOUNT IS INCLUDED IN YOUR PREMIUM AND IS SHOWN ON YOUR POLICY DECLARATIONS AS "FL WINDSTORM EMERGENCY ASSESSMENT."

CITIZENS PROPERTY INSURANCE CORPORATION CERTIFIED A DEFICIT IN THE HI-RISK ACCOUNT FOR THE 2005 PLAN YEAR THAT EXCEEDED THE AMOUNT RECOVERABLE VIA A REGULAR ASSESSMENT. EFFECTIVE ON ALL POLICIES RENEWED AND ISSUED EFFECTIVE JULY 1, 2007, A UNIFORM PERCENT-AGE IS TO BE APPLIED TO SUBJECT LINES OF BUSINESS FOR THE PURPOSE OF SATISFYING THIS DEFICIT. THE AMOUNT OF ASSESSMENT THAT HAS BEEN CHARGED ON YOUR POLICY IS SHOWN ON YOUR POLICY DECLARATION PAGE AS "CITIZENS 2005 EMERGENCY ASSESSMENT".

IF YOU HAVE ANY QUESTIONS ABOUT THIS, PLEASE CONTACT YOUR INDEPENDENT INSURANCE AGENT.

**AD 87 12  07 11**



SR

 **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY**
**NEW**
**COMMON POLICY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

**Policy Number: CMM** 0 395 871 | 01 |    **WIC Account Number:** 0900375639 | M |

| **Policy**<br>**Period** | **From**<br>**To** | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**Business:** CONTRACTOR                **Named Insured is:**  Corporation

**In return for the payment of the premium, and subject to all terms of this**
**policy, we agree with you to provide the insurance as stated in this policy.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS**

COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
TERRORISM INSURANCE COVERAGE EXCLUDED

Policy Annual Premium

FL Assistance Trust Fund
FL Windstorm Emergency Assessment
Citizens 2005 Emergency Assessment

Total Advance Annual Policy Premium

_____

The above is a summary of your coverages. For more detail,
please refer to the individual coverage parts inside your policy.

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488*, IL0017   1198*, ID7004   0411*, IL0003   0908*, IL0262   0908*.

COUNTERSIGNED: _____ BY _____
                       Date                      Authorized Representative

**PAGE   01 OF  02**        IL 00 19 (04-88)          **06/05/13**          HF

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
NEW
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| **Policy<br>Period** | **From**<br>**To** | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

⁑  **SCHEDULE OF NAMED INSURED**  ⁑

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
PO BOX 20086
TALLAHASSEE FL  32316

INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

      BOILER AND MACHINERY COVERAGE PART
      CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
      COMMERCIAL AUTOMOBILE COVERAGE PART
      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      CRIME AND FIDELITY COVERAGE PART
      EMPLOYMENT - RELATED PRACTICES LIABILITY COVERAGE PART
      FARM COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      POLLUTION LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued.  On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

© ISO Properties, Inc., 2007                             **IL 00 03  09 08**



INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **A.1.** of the **Cancellation** Common Policy Condition is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

  **a.** If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

  **b.** If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

   Our notice will state the effective date of cancellation, which will be the later of the following:

    **(1)** 10 days from the date of mailing or delivering our notice, or

    **(2)** The effective date of cancellation stated in the first Named Insured's notice to us.

**B.** Paragraph **A.5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** Premium Refund

  **a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

  **b.** If we cancel, the refund will be pro rata, except as provided in **c.** below.

  **c.** If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

  **d.** If the first Named Insured cancels, the refund may be less than pro rata.

  **e.** The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation** Common Policy condition and supersedes any other provisions to the contrary:

© ISO Properties, Inc., 2007

**IL 02 62  09 08**
**Page 1 of 2**

If we decide to:

1.  Cancel or nonrenew this policy; or

2.  Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

3.  Change any policy provision which would limit or restrict coverage;

Then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us. Except as applicable as described in Paragraph **D.** below, we will mail or deliver notice at least:

1.  10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

2.  45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

3.  45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

**D.**  The following provisions apply to insurance covering residential real property only provided under the:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART;

COMMERCIAL PROPERTY COVERAGE PART; FARM COVERAGE PART;

if the named insured is a natural person.

With respect to such insurance, the following is added to the **Cancellation** Common Policy Condition and supersedes any provisions to the contrary:

1.  When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first Named Insured at least 10 days before the date cancellation takes effect.

2.  When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel only for one or more of the following reasons:

    **a.**  Nonpayment of premium, whether payable to us or to our agent;

    **b.**  Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

    **c.**  Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

    **d.**  Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

We may cancel by providing notice to the first Named Insured at least:

.  10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

.  45 days before the effective date of cancellation if we cancel for any of the reasons listed in **b., c.** or **d.** above.

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   **a.** Make inspections and surveys at any time;

   **b.** Give you reports on the conditions we find; and

   **c.** Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   **a.** Are safe or healthful; or

   **b.** Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statues, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.



Copyright, Insurance Services Office, Inc., 1998

IL 00 17 11 98

Case 4:24-cv-00050-DH-MAF Document 12 Filed 08/02/24 Page 24 of 1019

PROPERTY COVERAGE

SR

# ⬣ WESTFIELD®

**NEW**
**COMMERCIAL PROPERTY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. |
| | | | 000 |

| NAMED INSURED AND MAILING ADDRESS | AGENCY |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

**Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M

| Policy | From | 05/04/13 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/14 | mailing address shown above. |

**DESCRIPTION OF PREMISES**

| Loc Bldg | Address, City & State | Construction | Occupancy |
|---|---|---|---|
| 001 001 | 625 W GAINES ST<br>TALLAHASEE, FL 32304 | Non-<br>Combustible | OFFICE |
| 002 001 | 108 E JACKSON ST<br>THOMASVILLE, GA 31792 | Masonry Non-<br>Combustible | OFFICE |
| 003 001 | 105 SOMERSET PLACE STE A<br>CARROLLTON, GA 30116 | Frame | OFFICE |

**COVERAGES PROVIDED - Insurance at the described premises applies only for coverages for which a limit of insurance is shown. OPTIONAL COVERAGES applicable only when entries are made in the schedules below:**

| Loc Bldg | Coverage | Coins | Infl.<br>Guard | Repl.<br>Cost | Cause of<br>Loss Form | Limit of<br>Insurance |
|---|---|---|---|---|---|---|
| 001 001 | Building | 80% | N/A | Yes | Special | $ 2,500,000 |
| 001 001 | Business Personal Property | 80% | N/A | Yes | Special | $ 310,000 |
| 001 001 | Bus Income incl Rental Value | N/A | N/A | N/A | Special | $ 500,000 |
| 002 001 | Business Personal Property | 80% | N/A | Yes | Special | $ 25,000 |
| 002 001 | Tenants Improve & Betterment | 80% | N/A | Yes | Special | $ 150,000 |
| 002 001 | Bus Income incl Rental Value | N/A | N/A | N/A | Special | $ 50,000 |
| 003 001 | Business Personal Property | 80% | N/A | Yes | Special | $ 25,000 |
| 003 001 | Bus Income incl Rental Value | N/A | N/A | N/A | Special | $ 50,000 |

**OPTIONAL COVERAGES**

| Loc Bldg | Applicable to | Option Description |
|---|---|---|
| 001 001 | Business Income | Monthly limit of indemnity is 1/4 |
| 002 001 | Business Income | Monthly limit of indemnity is 1/4 |
| 003 001 | Business Income | Monthly limit of indemnity is 1/4 |
| ALL ALL | Building | Expanded Plus Property Endt |
| ALL ALL | Business Personal Property | Expanded Plus Property Endt |
| ALL ALL | Business Income | Expanded Plus Property Endt |

**Florida Commercial Property Surcharge**

**Total Advance Annual Property Premium**

**Mortgage Holder**

| Loc Bldg | | Loc Bldg |
|---|---|---|
| 001 001 | CAPITAL CITY BANK<br>ISAOA/ATIMA<br>P O BOX 14437<br>TALLAHASSEE, FL 32317 | |

**Deductible is**      $5000      **Exceptions:** Wind & Hail Ded.  See CP 03 21

**Forms and Endorsements applicable to this coverage part:**

| CP0030 | 0607*, | CP0090 | 0788*, | IL0953 | 0108*, | CP7000 | 0987*, | CP0131 | 1103*, |
|---|---|---|---|---|---|---|---|---|---|
| CP0140 | 0706*, | CP1032 | 0808*, | CP7017 | 0402*, | CP0321 | 0695*, | CP0125 | 0212*, |
| IL0255 | 0212*, | IL0175 | 0907*, | IL0401 | 0212*, | CP1030 | 0607*, | CP0010 | 0607*, |
| CP7023 | 1094*, | CP0405B | 0405*, | CP7076 | 0905*, | ILN154 | 0707*. | | |

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations.  The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.  Refer to Section **G., Definitions.**

## A.  Coverage

### 1.  Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**(1)** Business Income including "Rental Value".

**(2)** Business Income other than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value".  If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration".  The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations.  The loss or damage must be caused by or result from a Covered Cause of Loss.  With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 2.  Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies to that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

© ISO Properties, Inc., 2007

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise have been payable under this Coverage Form.

**3. Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

**4. Additional Limitation - Interruption of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage - Interruption of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage - Interruption of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage - Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property: and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your **Civil Authority Coverage for** Business Income ends;

whichever is later.

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c.** **Extended Business Income**

**(1)** Business Income Other Than "Rental Value"

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 30 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2)** "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 30 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d.** **Interruption of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation - Interruption of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes of Loss - Special Form applies, coverage under this Additional Coverage - Interruption of Computer Operations is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**(b)** If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage - Interruption of Computer Operations includes Collapse as set forth in that Form.

**(c)** If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Interruption of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is not coverage for interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for

you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage - Interruption of Computer Operations is $2,500 for all loss sustained and expenses incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage - Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

**6.** **Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;
**2.** Civil Authority;
**3.** Extra Expense; or
**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and newly Acquired locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.



**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3.** **Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c.** **Resumption Of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4.** **Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D.** **Additional Condition**

**Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**(1)** The Coinsurance percentage shown for Business Income in the Declarations; times

**(2)** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

**Step (1):** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

**Step (2):** Divide the Limit of Insurance for the described premises by the figure determined in Step **(1):** and

**Step (3):** Multiply the total amount of loss by the figure determined in Step **(2):**

We will pay the amount determined in Step **(3):** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight - outgoing;
**(2)** Returns and allowances;
**(3)** Discounts;
**(4)** Bad debts;
**(5)** Collection expenses;
**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);
**(7)** Cost of merchandise sold (including transportation charges);
**(8)** Cost of other supplies consumed (including transportation charges);
**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;
**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);
**(11)** All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and
**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion - not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks;

### EXAMPLE #1 (UNDERINSURANCE)

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises

| | |
|---|---|
| would have been | $400,000 |
| The Coinsurance percentage is | 50% |
| The Limit of Insurance is | $150,000 |
| The amount of loss is | $ 80,000 |

Step **1:** $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step **2:** $150,000 ÷ $200,000 = .75

Step **3:** $ 80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

### EXAMPLE #2 (ADEQUATE INSURANCE)

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises

| | |
|---|---|
| would have been | $400,000 |
| The Coinsurance percentage is | 50% |
| The Limit of Insurance is | $200,000 |
| The amount of loss is | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E.** **Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1.** **Maximum Period Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**(2)** The Limit of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**(1)** The Limit of Insurance, multiplied by

**(2)** The fraction shown in the Declarations for this Optional Coverage.

**EXAMPLE**

When: The Limit of Insurance is $120,000
The fraction shown in the Declarations for this Optional Coverage is 1/4

The most we will pay for loss in each period of 30 consecutive days is: $30,000

($120,000 x 1/4 = $30,000)

If, in this example, the actual amount of loss is:

Days 1-30 $40,000
Days 31-60 20,000
Days 61-90 30,000
$90,000

We will pay:

Days 1-30 $30,000
Days 31-60 20,000
Days 61-90 30,000
$80,000

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

**a.** To activate this Optional Coverage:

**(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

**(a)** During the 12 months prior to the date of the Work Sheet; and

**(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

**(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

**(a)** The Coinsurance percentage shown in the Declarations; multiplied by

**(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy;

whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

**EXAMPLE**

When: The Limit of Insurance is $100,000
The Agreed Value is $200,000
The amount of loss is $ 80,000

Step (1): $100,000 ÷ $200,000 = .50

Step (2): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4.  Extended Period Of Indemnity**

Under Paragraph **A.5.c.,** Extended Business Income, the number 30 in Subparagraphs **(1)(b)** and **(2) (b)** is replaced by the number shown in the Declarations for this Optional Coverage.

**F.  Definitions**

1.  "Finished stock" means stock you have manufactured.

    "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

    "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2.  "Operations" means:

    **a.**  Your business activities occurring at the described premises; and

    **b.**  The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3.  "Period of restoration" means the period of time that:

    **a.**  Begins:

        **(1)**  72 hours after the time of direct physical loss or damage for Business Income Coverage; or

        **(2)**  Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

        caused by or resulting from any Covered Cause of Loss at the described premises; and

    **b.**  Ends on the earlier of:

        **(1)**  The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

        **(2)**  The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

    **(1)**  Regulates the construction, use or repair, or requires the tearing down of any property; or

    **(2)**  Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration."

4.  "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5.  "Rental Value" means Business Income that consists of:

    **a.**  Net Income (Net Profit of Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

    **b.**  Continuing normal operating expenses incurred in connection with that premises, including;

        **(1)**  Payroll; and

        **(2)**  The amount of charges which are the legal obligation of the tenant(s) but would otherwise by your obligations.

6.  "Suspension" means:

    **a.**  The slowdown or cessation of your business activities; or

    **b.**  That a part of all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.
2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.
2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:



    **a.**   Someone insured by this insurance;

    **b.**   A business firm:

        **(1)**   Owned or controlled by you; or

        **(2)**   That owns or controls you; or

    **c.**   Your tenant.

This will not restrict your insurance.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GEORGIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

1. We will not pay for loss or damage arising out of any act committed:

    **a.** By or at the direction of any insured; and

    **b.** With the intent to cause a loss.

2. However, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss:

    **a.** Is otherwise covered under this Coverage Part; and

    **b.** Arose out of an act of family violence by an insured, against whom a family violence complaint is brought for such act.

3. If we pay a claim pursuant to Paragraph **B.2.,** our payment to the insured is limited to that insured's legal interest in the property less any payments we first made to a mortgageholder or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**C.** The following explanation is added with respect to application of the Exclusion of "Fungus", Wet Rot, Dry Rot and Bacteria and the Limited Coverage of the same title:

With respect to the portion of Covered Property that would still have required repair or replacement had there been no "fungus", wet or dry rot or bacteria, this Exclusion and Limited Coverage will not serve to limit the amount of recovery for such repair or replacement.

However, the Exclusion and Limited Coverage shall continue to apply to:

1. The cost to treat, contain, remove or dispose of "fungus", wet rot, dry rot or bacteria beyond that which is required to repair or replace Covered Property;

2. The cost of testing as described in the Limited Coverage; and

3. Any increase in loss under Business Income and/or Extra Expense forms resulting from **1.** or **2.** above.

Regardless of whether the Exclusion and Limited Coverage apply to a loss, the Limit of Insurance on Covered Property is not increased. The maximum recoverable, for the total of the cost to repair or replace Covered Property and any additional covered cost to treat, contain remove, dispose of or test for "fungus", wet or dry rot or bacteria, is the applicable Limit of Insurance on the affected Covered Property.

Copyright, Insurance Services Office, Inc., 2003                                    **CP 01 31** 11 03



COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

© ISO Properties, Inc., 2006

**CP 01 40  07 06**



**COMMERCIAL PROPERTY**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion in Paragraph **B.** replaces the **Water** Exclusion in this Coverage Part or Policy.

**B. Water**

   **1.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

   **2.** Mudslide or mudflow;

   **3.** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

   **4.** Water under the ground surface pressing on, or flowing or seeping through:

      **a.** Foundations, walls, floors or paved surfaces;

      **b.** Basements, whether paved or not; or

      **c.** Doors, windows or other openings; or

   **5.** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.**, **3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

© Insurance Services Office, Inc., 2008

**CP 10 32  08 08**

POLICY NUMBER:    CMM 0395871                              COMMERCIAL PROPERTY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT - OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

### SCHEDULE*

| Premises No. | Bldg. No. | Windstorm or Hail Deductible Percentage (enter 1%, 2% or 5%) |
|---|---|---|
| 001 | 001 | 5% |

The Windstorm or Hail Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.  If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail and therefore part of the Windstorm or Hail occurrence.

With respect to Covered Property at a location identified in the Schedule, no other deductible applies to Windstorm or Hail.

The Windstorm or Hail Deductible applies whenever there is an occurrence of Windstorm or Hail.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings:  Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance.  Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance.  Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

**WINDSTORM OR HAIL DEDUCTIBLE CLAUSE**

**A.**  All Policies

    **1.**  A Deductible is calculated separately for, and applies separately to:

        **a.**  Each building, if two or more buildings sustain loss or damage;

        **b.**  The building and to personal property in that building, if both sustain loss or damage;

        **c.**  Personal property at each building, if personal property at two or more buildings sustains loss or damage;

        **d.**  Personal property in the open.

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

Copyright, ISO Commercial Risk Services, Inc., 1995

**CP 03 21** 06 95
**Page 1 of 3**

**2.** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition - Need For Adequate Insurance or Additional Condition - Need for Full Reports.

**3.** When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B.** Calculation Of The Deductible - Specific Insurance Other Than Builders Risk

**1.** Property Not Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

**2.** Property Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are the latest value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) of the report dates.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

**C.** Calculation Of The Deductible - Blanket Insurance Other Than Builders Risk

**1.** Property Not Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the most recent Statement of Values on file with us.

**2.** Property Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

**D.** Calculation Of The Deductible - Builders Risk Insurance

**1.** Builders Risk Other Than Reporting Form

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

**2.** Builders Risk Reporting Form

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are the actual cash value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

**EXAMPLES - APPLICATION OF DEDUCTIBLE:**

**Example #1 - Specific Insurance  (B.1.)**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000.  The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step  (1) : $70,000  ÷  $80,000   =  .875
Step  (2) : $60,000  X  .875      =  $52,500
Step  (3) : $70,000  X    1%      =  $700
Step  (4) : $52,500  -  $700      =  $51,800

The most we will pay is $51,800.  The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (steps **(1)** and **(2)**) and the application of the Deductible (steps **(3)** and **(4)**).

**Example #2 - Specific Insurance  (B.1.)**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000.  The value of the business personal property in that building is $80,000.  The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement is $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 2%.

**Building**

Step (1) : $80,000  X 2%  =  $1,600
Step (2) : $60,000  - $1,600  =  $58,400

**Business Personal Property**

Step (1) : $64,000  X 2%  =  $1,280
Step (2) : $40,000  - $1,280  =  $38,720

The most we will pay is $97,120.  That portion of the total loss not covered due to application of the Deductible is $2,880.

**Example #3 - Blanket Insurance  (C.1.)**

The sum of the values of Building #1 ($500,000), Building  #2  ($500,000)  and  Building  #3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings #1, #2, and #3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings #1 and #2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building #1) and $20,000 (Building #2).

The Deductible is 2%.

**Building #1**

Step (1) : $500,000  X 2%  =  $10,000
Step (2) : $40,000  - $10,000  =  $30,000

**Building #2**

Step (1) : $500,000  X 2%  =  $10,000
Step (2) : $20,000  - $10,000  =  $10,000

The most we will pay is $40,000.  That portion of the total loss not covered due to application of the Deductible is $20,000.

**Example  #4 - Blanket Insurance  (C.1.)**

The sum of the values of Building #1 ($500,000), Building #2 (500,000), Business Personal Property at Building #1 ($250,000) and Business Personal Property at Building #2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings #1 and #2 and Business Personal Property at Buildings #1 and #2, shown in the Declarations, is $1,350,000.  Therefore there is no Coinsurance penalty.

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 5%.

**Building**

Step (1) : $500,000  X 5%  =  $25,000
Step (2) : $95,000  - $25,000  =  $70,000

**Business Personal Property**

Step (1) : $250,000  X 5%  =  $12,500
The loss,  $5,000, does not exceed the deductible.

The most we will pay is $70,000.  The remainder of the building loss, $25,000, is not covered due to application of the Deductible.  There is no loss payment for the business personal property.

**COMMERCIAL PROPERTY**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

**C.** The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

**1.** Broward County;

**2.** Dade County;

**3.** Martin County;

**4.** Monroe County;

**5.** Palm Beach County; and

**6.** All the areas east of the west bank of the Intra-Coastal Waterway in the counties of:

**a.** Indian River; and

**b.** St. Lucie.

**Windstorm Exterior Paint And Waterproofing Exclusion**

We will not pay for loss or damage caused by windstorm to:

**1.** Paint; or

**2.** Waterproofing material;

applied to the exterior of buildings unless the building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or water proofing material is excluded, we will not include the value of paint or waterproofing material to determine:

**a.** The amount of the Windstorm or Hail Deductible; or

**b.** The value of Covered Property when applying the Coinsurance Condition.

**D.** The **Loss Payment** Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage:

**(1)** Within 20 days after we receive the sworn proof of loss and reach written agreement with you; or

**(2)** Within 30 days after we receive the sworn proof of loss and:

**(a)** There is an entry of a final judgment; or

**(b)** There is a filing of an appraisal award with us.

**(3)** Within 90 days of receiving notice of initial, reopened or supplemental claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

Paragraph **(3)** applies only to the following:

**(a)** A claim under a policy covering residential property;

**(b)** A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

**(c)** A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

© ISO Properties, Inc., 2011

**CP 01 25  02 12**
**Page 1 of 3**

**E.** Sinkhole Collapse Coverage Removed

Sinkhole Collapse coverage is removed as indicated in Paragraphs **E.1.** through **E.4.**; and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **F.**

**1.** In the Causes Of Loss - Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

**2.** In the Causes Of Loss - Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage - Collapse; and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

**3.** In the Cause Of Loss - Special Form, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion.

**4.** In the Mortgageholders Errors And Omissions Coverage Form, Sinkhole Collapse is deleted from the Covered Causes of Loss under Coverage **B** and from the "specified causes of loss", and is no longer an exception to the Earth Movement Exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

**F.** The following is added to this Coverage Part as a Covered Cause Of Loss. In the Causes Of Loss - Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage - Collapse.

**Catastrophic Ground Cover Collapse**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

**1.** The abrupt collapse of the ground cover;

**2.** A depression in the ground cover clearly visible to the naked eye;

**3.** Structural damage to the building, including the foundation; and

**4.** The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The Earth Movement Exclusion and the Collapse Exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

**G.** The following applies to the **Additional Coverage - Civil Authority** under the Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form and Extra Expense Coverage Form:

**1.** The Additional Coverage - Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. With respect to described premises located in Florida, such one-mile radius does not apply.

**2.** The Additional Coverage - Civil Authority is limited to a coverage period of up to four weeks. With respect to described premises located in Florida, such four-week period is replaced by a three-week period.

**3.** Civil Authority coverage is subject to all other provisions of that Additional Coverage.

**H.** The following provision is added to the **Duties In The Event Of Loss Or Damage** Loss Condition:

A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm must be given to us in accordance with the terms of this policy and within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

This provision concerning time for submission of claim does not affect any limitation for legal action against us as provided in this policy under the Legal Action Against Us Condition, including any amendment to that condition.

I.  The following definition of structural damage is added with respect to the coverage provided under this endorsement:

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following:

1.  Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

2.  Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems and that prevents those members or systems from supporting the loads and forces they were designed to support to the ex-

tent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

3.  Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

4.  Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

5.  Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA - SINKHOLE LOSS COVERAGE

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

### SCHEDULE

| Premises Number | Building Number |
|---|---|
| 001 | 001 |
| 002 | 001 |
| 003 | 001 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

With respect to the location(s) indicated in the Schedule, the following provisions apply;

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** When this endorsement is attached to the Farm Livestock Coverage Form, reference to loss (other than in the term Sinkhole Loss itself) means "loss" as defined in that coverage form.

**C.** The following is added to this Coverage Part as a Covered Cause of Loss.  In the forms which address "specified causes of loss", the following is also added as a "specified cause of loss".  However, as a "specified cause of loss", the following does not apply to the Additional Coverage - Collapse.

**Sinkhole Loss,** meaning loss or damage to Covered Property when structural damage to the building, including the foundation, is caused by settlement or systematic weakening of the earth supporting the building, only if the settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

Coverage for Sinkhole Loss includes stabilization of the building (including land stabilization) and repair to the foundation, provided such work is in accordance with the requirements of Florida Insurance Law and in accordance with the recommenda-

tion of a professional engineer.  The professional engineer must be selected or approved by us.  However, until you enter into a contract for performance of building stabilization and/or foundation repair in accordance with the recommendations of the professional engineer as set forth in a report from us:

**1.** We will not pay for underpinning or grouting or any other repair technique performed below the existing foundation of the building; and

**2.** Our payment for Sinkhole Loss to Covered Property may be limited to the actual cash value of the loss to such property.

You must enter into a contract for the performance of building stabilization and/or foundation repair in accordance with the aforementioned recommendations, within 90 days after we notify you that there is coverage for your Sinkhole Loss.  After you have entered into such contract, we will pay the amounts necessary to begin and perform such repairs as the work is performed and the expenses are incurred.  If repair has begun and the aforementioned professional engineer determines that the repairs will exceed the applicable Limit of Insurance, we will pay only the remaining portion of the applicable Limit of Insurance upon such determination. The most we will pay for the total of all Sinkhole Loss, including building and land stabilization and foundation repair, is the applicable Limit of Insurance on the affected building.

© Insurance Services Office, Inc., 2011

The stabilization and all other repairs to the Covered Property must be completed within 12 months after entering into the contract for the performance of these repairs, unless:

**1.** There is a mutual agreement between you and us;

**2.** The claim is involved with the neutral evaluation process;

**3.** The claim is in litigation; or

**4.** The claim is under appraisal or mediation.

**D.** Sinkhole Loss does not include:

**1.** Sinking or collapse of land into man-made underground cavities; or

**2.** Earthquake.

**E.** With respect to coverage provided by this endorsement, the **Earth Movement** Exclusion and the Collapse Exclusion do not apply.

**F.** With respect to a claim for alleged Sinkhole Loss, the following provision is added:

Following receipt by us of a report from a professional engineer or professional geologist on the cause of loss and recommendations for land stabilization and repair of property, or if we deny your claim, we will notify you of your right to participate in a neutral evaluation program administered by the Florida Department of Financial Services (hereinafter referred to as the Department). For alleged Sinkhole Loss to commercial residential or farm residential properties, this program applies instead of any mediation procedure set forth elsewhere in this policy, but does not invalidate the Appraisal Condition.

You or we may file a request with the Department for neutral evaluation; the other party must comply with such request. We will pay reasonable costs associated with the neutral evaluation, regardless of which party makes the request. But if a party chooses to hire a court reporter or stenographer to contemporaneously record and document the neutral evaluation, that party must bear the costs of those services. The neutral evaluator will be selected from a list maintained by the Department. The recommendation of the neutral evaluator will not be binding on you or us.

Participation in the neutral evaluation program does not change your right to file suit against us in accordance with the Legal Action Against Us Condition in this policy; except that the time for filing suit is extended for a period of 60 days following the conclusion of the neutral evaluation process or five years, whichever is later.

**G.** Coverage for Sinkhole Loss under this endorsement does not increase the applicable Limit of Insurance. Even if loss or damage qualifies under, or includes, both Catastrophic Ground Cover Collapse (addressed elsewhere in this Coverage Part) and Sinkhole Loss, only one Limit of Insurance will apply to such loss or damage.

**H.** The following provision is added to the **Duties In The Event Of Loss Or Damage** Loss Condition:

Notice of any claim for Sinkhole Loss, including but not limited to initial, supplemental and reopened claims, must be provided to us in accordance with the terms of this policy within two years after you knew or reasonably should have known about the Sinkhole Loss.

**I.** The following definition of structural damage is added with respect to the coverage provided under this endorsement:

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following:

**1.** Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

**2.** Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems and that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

**3.** Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

**4.** Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

**5.** Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

**J.** If we deny your claim for Sinkhole Loss without performing testing under section 627.702(1) and (2) of the Florida Insurance Law, you may demand testing by communicating such demand to us in writing within 60 days after you receive our denial of the claim.

**K.** You may not accept a rebate from any person performing repairs for Sinkhole Loss covered under this endorsement. If you receive a rebate, coverage under this endorsement is void and you must refund the amount of the rebate to us.

COMMERCIAL PROPERTY

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning.  Refer to Section **G.,** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.,** Exclusions; or

**2.** Limited in Section **C.,** Limitations;

that follow.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a. Ordinance Or Law**

    The enforcement of any ordinance or law:

    **(1)** Regulating the construction, use or repair of any property; or

    **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

    This exclusion, Ordinance Or Law, applies whether the loss results from:

    **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

    **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

    **b. Earth Movement**

    **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

    **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

    **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

    **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty.  Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

    **(5)** Volcanic eruption, explosion or effusion.  But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

    Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

    **(a)** Airborne volcanic blast or airborne shock waves;

    **(b)** Ash, dust or particulate matter; or

    **(c)** Lava flow.

    All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

    Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

    **c. Governmental Action**

    Seizure or destruction of property by order of governmental authority.

    But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

© ISO Properties, Inc., 2007

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access to access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results

in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.



**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.**, does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage - Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4.** **Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a.** **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to re-produce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b.** **Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c.** **Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.,** Ordinance Or Law;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** Utility Services; and

**(e)** Paragraph **B.1.f.,** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a)** **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b)** **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5.** **Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

    a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

        (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

        (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

    d. Building materials and supplies not attached as part of the building or

structure, caused by or resulting from theft.

However, this limitation does not apply to:

    (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

    (2) Business Income Coverage or Extra Expense Coverage.

    e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

    f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

    a. Animals, and then only if they are killed or their destruction is made necessary.

    b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

        (1) Glass; or

        (2) Containers of property held for sale.

    c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

        (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

        (2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.**;

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage - Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;



if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

    **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    **b** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

  **1. Property In Transit**

    This Extension applies only to your personal property to which this form applies.

    **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

    **b.** Loss or damage must be caused by or result from one of the following causes of loss:

      **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

      **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

    **c.** The most we will pay for loss or damage under this Extension is $5,000.

    This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

  **2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

    If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

  **3. Glass**

    **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

    **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

    This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

**G. Definitions**

  **1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

  **2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:



    **(1)** The cost of filling sinkholes; or

    **(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

    **(1)** Personal property in the open; or

    **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H., Definitions.**

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation Of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and



Copyright, Insurance Services Office, Inc., 2007

**(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.    Property Not Covered**

Covered Property does not include:

**a.**  Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.**  Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.**  Automobiles held for sale;

**d.**  Bridges, roadways, walks, patios or other paved surfaces;

**e.**  Contraband, or property in the course of illegal transportation or trade;

**f.**  The cost of excavations, grading, backfilling or filling;

**g.**  Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.**  Land (including land on which the property is located), water, growing crops or lawns;

**i.**  Personal property while airborne or waterborne;

**j.**  Bulkheads, pilings, piers, wharves or docks;

**k.**  Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.**  Retaining walls that are not part of a building;

**m.**  Underground pipes, flues or drains;

**n.**  Electronic data, except as provided under the Additional Coverage - Electronic Data.  Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment.  The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enables the computer or device connected to receive, process, store, retrieve or send data.  This paragraph, **n.,** does not apply to your "stock" of prepackaged software;

**o.**  The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data.  Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems.  Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.**  Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers

**q.** The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

(1) Subject to Paragraphs **(3)** and **(4),** we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris removal does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph **(4),** the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) Examples

The following examples assume that there is no Coinsurance penalty.

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example #2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $    500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b.    Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)**  While it is being moved or while temporarily stored at another location; and

**(2)**  Only if the loss or damage occurs within 30 days after the property is first moved.

**c.    Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)**  Assumed by contract or agreement prior to loss; or

**(2)**  Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d.    Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e.    Increased Cost Of Construction**

**(1)**  This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)**  In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

    **(a)** You were required to comply with before the loss, even when the building was undamaged; and

    **(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

    **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

    **(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of : $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

    **(a)** We will not pay for the Increased Cost of Construction:

        **(i)** Until the property is actually repaired or replaced, at the same or another premises; and

        **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

    **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.



**f.  Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, - Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, - Electronic Data, subject to the following:

**(a)** If the Causes of Loss - Special Form applies, coverage under this Additional Coverage, - Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**(b)** If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage, - Electronic Data includes Collapse as set forth in that Form.

**(c)** If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, - Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, - Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after the policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5.  Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a.  Newly Acquired Or Constructed Property**

**(1)  Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, - Electronic Data.

**(2)** If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**(3)** If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that Form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d.  Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

    **(a)** Temporarily at a location you do not own, lease or operate;

    **(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

    **(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

    **(a)** In or on a vehicle; or

    **(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e.  Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f.  Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

    **(a)** The trailer is used in your business;

    **(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

    **(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

    **(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    **(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized land conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B.  Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C.  Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to the building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

1.  Fire Department Service Charge;

2.  Pollutant Clean-up And Removal;

3.  Increased Cost of construction; and

4.  Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D.  Deductible**

In any one occurrence of loss or damage (herein-after referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage.  If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss.  If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible.  But the Deductible will be applied only once per occurrence.

**EXAMPLE #1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $250 |
| Limit of Insurance - Building #1: | $60,000 |
| Limit of Insurance - Building #2: | $80,000 |
| Loss to Building #1: | $60,100 |
| Loss to Building #2: | $90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$60,100
-   250
$59,850 Loss Payable - Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2.  Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:  $59,850 + $80,000 = $139,850

**EXAMPLE #2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1: | $ 70,000 |
| (exceeds Limit of Insurance plus Deductible) | |
| Loss to Building #2: | $ 90,000 |
| (exceeds Limit of Insurance plus Deductible) | |
| Loss Payable - Building #1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable - Building #2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $140,000 |

**E.  Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1.  **Abandonment**

There can be no abandonment of any property to us.

2.  **Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss.  In this event, each party will select a competent and impartial appraiser.  The two appraisers will select an umpire.  If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction.  The appraisers will state separately the value of the property and amount of loss.  If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will be binding.  Each party will:

a.  Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3.** **Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.** **Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.



**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5.** **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6.** **Vacancy**

**a.** **Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b.** **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7.** **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b.**, **c.**, **d.**, **e.** and **f.** below.



**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenant's Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F.** **Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1.** **Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

| | | |
|---|---|---|
| When: | The value of the property is | $250,000 |
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $100,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |
| Step (1): | $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements) | |
| Step (2): | $100,000 ÷ $200,000 = .50 | |
| Step (3): | $40,000 x .50 = $20,000 | |
| Step (4): | $20,000 - $250 = $19,750 | |

We will pay no more than $19,750. The remaining $20,250 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| | | |
|---|---|---|
| When: | The value of the property is | $250,000 |
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $200,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

When:    The value of the property is:

| | |
|---|---|
| Building at Location #1 | $ 75,000 |
| Building at Location #2 | $100,000 |
| Personal Property at Location #2 | $ 75,000 |
| | $250,000 |

| | |
|---|---|
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for Buildings and Personal Property at Location #1 and #2 is | $180,000 |
| The Deductible is | $ 1,000 |
| The amount of loss is: Building at Location #2 | $ 30,000 |
| Personal Property at Location #2. | $ 20,000 |
| | $ 50,000 |

Step (1):  $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2):  $180,000 ÷ $225,000 = .80

Step (3):  $ 50,000 x .80 = $40,000

Step (4):  $ 40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclo-

sure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

If: The applicable Limit

of Insurance is $100,000

The annual percentage increase is 8%

The number of days since the beginning of the policy year (or last policy change) is 146

The amount of increase is $100,000 x .08 x 146 ÷ 365 = $3,200

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition, of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments, will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4.** **Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the replacement cost of the property or the applicable Limit of Insurance.

**H.** **Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL PROPERTY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE*

| Prem. No./ Bldg. No. | Cov. A | Cov. B Limit Of Insurance | Cov. C Limit Of Insurance | Cov. B and C Combined Limit Of Insurance |
|---|---|---|---|---|
| See Property Dec | Included in Building Limit | $ 50,000 | $ 50,000 | $                    ** |

Where a specific limit is shown elsewhere in this policy for a scheduled building, the limit above is superseded for that building only.

\*    Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

\*\*    Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages **B** and **C**, or if one of these Coverages is not applicable.

**A.**    Each Coverage - Coverage **A**, Coverage **B** and Coverage **C** - is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

**B.    Application Of Coverage(s)**

The Coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

**1.**    The ordinance or law;

**a.**    Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**b.**    Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law.  Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

**2.    a.**    The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

**b.**    The building sustains both direct physical damage that is covered under this policy, and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

**c.**    But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

**3.**    In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B** and/or **C** of this endorsement.  Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Section **H.** of this endorsement provides an example of this procedure.)

Copyright, Insurance Services Office, Inc., 2001

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this endorsement.

**C.** We will not pay under Coverage A, B or C of this endorsement for:

**1.** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**2.** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**D. Coverage**

**1. Coverage A - Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

**2. Coverage B - Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such damaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**3. Coverage C - Increased Cost Of Construction Coverage**

**a.** With respect to the building that has sustained covered direct physical

damage, we will pay for the increased cost to:

**(1)** Repair or reconstruct damaged portions of that building; and/or

**(2)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

**(1)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(2)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**b.** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.:**

**(1)** The cost of excavations, grading, backfilling and filling;

**(2)** Foundation of the building;

**(3)** Pilings; and

**(4)** Underground pipes, flues and drains.

The items listed in **b.(1)** through **b.(4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **3.b.**

**E. Loss Payment**

**1.** All following loss payment Provisions, **E.2.** through **E.5.**, are subject to the appointment procedures set forth in Section **B.3.** of this endorsement.

2.  When there is a loss in value of an un-damaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

    a.  If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

        (1)  The amount you would actually spend to repair, rebuild or re-construct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

        (2)  The Limit of Insurance shown in the Declarations as applicable to the covered building.

    b.  If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

        (1)  The actual cash value of the building at the time of loss; or

        (2)  The Limit of Insurance shown in the Declarations as applicable to the covered building.

3.  Unless Paragraph **E.5.** applies, loss payment under Coverage **B** - Demolition Cost Coverage will be determined as follows:

    We will not pay more than the lesser of the following:

    a.  The amount you actually spend to demolish and clear the site of the described premises; or

    b.  The applicable Limit of Insurance shown for Coverage **B** in the Schedule above.

4.  Unless Paragraph **E.5.** applies, loss payment under Coverage **C** - Increased Cost of Construction Coverage will be determined as follows:

    a.  We will not pay under Coverage **C**:

        (1)  Until the property is actually repaired or replaced, at the same or another premises; and

        (2)  Unless the repairs or replace-ment are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    b.  If the building is repaired or re-placed at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

        (1)  The increased cost of con-struction at the same prem-ises; or

        (2)  The applicable Limit of Insur-ance shown for Coverage **C** in the Schedule above.

    c.  If the ordinance or law requires re-location to another premises, the most we will pay under Coverage **C** is the lesser of:

        (1)  The increased cost of con-struction at the new premises; or

        (2)  The applicable Limit of Insur-ance shown for Coverage **C** in the Schedule above.

5.  If a **Combined** Limit of Insurance is shown for Coverages **B** and **C** in the Schedule above, Paragraphs **E.3.** and **E.4.** of this endorsement do not apply with respect to the building that is sub-ject to the Combined Limit, and the fol-lowing loss payment provisions apply instead:

    The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages **B** and **C** in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

    a.  For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

    b.  With respect to the Increased Cost of Construction:

        (1)  We will not pay for the in-creased cost of construction:

            (a)  Until the property is actu-ally repaired or replaced, at the same or another premises; and



**(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**(3)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**F.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**G.** Under this endorsement we will not pay for loss due to any ordinance or law that:

**1.** You were required to comply with before the loss, even if the building was undamaged; and

**2.** You failed to comply with.

**H.** Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses (procedure as set forth in Section **B.3.** of this endorsement)

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss

- The building has a value of $200,000

- Total direct physical damage to building: $100,000

- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value

- Portion of direct physical damage that is covered (caused by wind): $30,000

- Portion of direct physical damage that is not covered (caused by flood): $70,000

- Loss under Ordinance or Law Coverage **C** of this endorsement: $60,000

Step **1:**

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

Step **2:**

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**NOTE:** The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

**I.** The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## COMMERCIAL PROPERTY EXPANDED PLUS COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME COVERAGE FORMS
CAUSES OF LOSS - SPECIAL FORM

### BUILDING AND PERSONAL PROPERTY COVERAGE FORM AMENDMENTS

The following is added to **A. Coverage 1. Covered Property a. Building:**

**(6)** Foundations of buildings.

Item **g.** is deleted from **A. Coverage 2. Property Not Covered.**

In Section **A.** Coverage, the references to 100 feet are changed to read 1,000 feet in the following paragraphs:

**1.a.(5)(b) Building;**
**1.b. Business Personal Property;**
**1.c.(2) Personal Property of Others; and**
**5. Coverage Extensions**

Under **A. Coverage, 4. Additional Coverages a. Debris Removal** the limit is increased from $10,000 to $25,000.

Under item **A. Coverage, 4. Additional Coverages c. Fire Department Service Charge** the limit of coverage is increased to $10,000.

Under item **A. Coverage, 4. Additional Coverages d. Pollutant Clean Up and Removal** paragraph two (2) is deleted and the limit of coverage is increased to $25,000.

The following items are added under **A. Coverage, 4. Additional Coverages:**

**g.   Fire Extinguisher Recharge Expense**

We will pay the cost to recharge or replace your fire extinguishers, whichever is less, when they are discharged as a result of fighting a fire caused by a Covered Cause of Loss, on or within 1,000 feet of your described premises.

The most we will pay under this Additional Coverage is $5,000.

No deductible applies to this Additional Coverage.

**h.   Lock Replacement**

We will pay the cost to repair the door locks or tumblers of your described premises due to "theft" of your door keys.

The most we will pay under this Additional Coverage is $2,500.

No deductible applies to this Additional Coverage.

"Theft" means any act of stealing. "Theft" does not mean mysterious or unexplained disappearance of property.

**i.   Arson Reward**

We will pay up to $10,000 as a reward for information which leads to an arson conviction in connection with a fire loss to property covered under this policy. Regardless of the number of persons involved in providing information, the limit of our liability under this Additional Coverage shall not be increased.

No deductible applies to this Additional Coverage.

Under item **A. Coverage, 5. Coverage Extensions a. Newly Acquired Or Constructed Property (1) Buildings** the most we will pay for loss or damage under this Extension is $1,000,000 at each building.

Under item **A. Coverage, 5. Coverage Extensions a. Newly Acquired Or Constructed Property (2) Your Business Personal Property** the most we will pay for loss or damage under this Extension is $500,000 at each building.

Under item **A. Coverage, 5. Coverage Extensions a. Newly Acquired Or Constructed Property (3) Period Of Coverage** (b) is amended to read 180 days expire after you acquire or begin to construct the property; or

Under item **A. Coverage, 5. Coverage Extensions b. Personal Effects and Property of Others** item (2) is amended to read:

**(2)** Personal Property of others in your care, custody or control while anywhere within the coverage territory.

The most we will pay for loss or damage under this Extension is $10,000 at each described premises. We will not pay more than $2,500 to any one person in any one loss. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

Under item **A. Coverage, 5. Coverage Extensions c. Valuable Papers and Records - (Other Than Electronic Data) (4)** the most we will pay for loss or damage under this Extension is $25,000 at each described premises, unless a higher limit is shown in the Declarations.

Under item **A. Coverage, 5. Coverage Extensions d. Property Off-Premises** the most we will pay for loss or damage under this Extension is $25,000, but not more than $5,000 per salesperson.

Under item **A. Coverage, 5. Coverage Extensions e. Outdoor Property** the most we will pay for loss or damage under this Extension is $10,000, but not more than $1,000 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence. But if loss or damage occurs to outdoor signs (other than signs attached to buildings) and is not otherwise covered, we will pay up to $10,000 for all other Covered, Causes of Loss.

The following items are added to **A. Coverage, 5. Coverage Extensions:**

g. **Accounts Receivable**

You may extend the insurance that applies to your Business Personal Property to apply to:

(1) All sums due you from customers if you are not able to collect due to direct loss or damage to the records of the accounts receivable;

(2) Interest charged on a loan obtained by you to offset impaired collections of accounts receivable due to such direct loss or damage;

(3) Increased collection costs as a result of such direct loss or damage; or

(4) Other reasonable expenses that you incur to reestablish the records of your accounts receivable;

that result from Covered Causes of Loss to your records of accounts receivable.

This insurance applies to accounts receivable while:

(1) On premises scheduled in the declarations of this policy;

(2) While being conveyed outside the premises; or

(3) While temporarily at other premises for any reason except storage.

The most we will pay under this extension is $25,000 at each described premises.

h. **Property In Transit**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property (including property that is in the care, custody or control of your salespersons) in transit in or on a motor vehicle you own, lease or operate while between points within the coverage territory and more than 1,000 feet from the described premises. Loss or damage must be caused by or result from one of the following Covered Causes of Loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion or vandalism;

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle´s contact with the road bed;

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry;

(4) Flood; or

(5) Earthquake.

The coverage provided under this Extension replaces coverage provided under any other additional coverage extension applying to property in transit. The most we will pay for loss or damage under this Extension is $15,000 per occurrence.

i. **Power Interruption**

You may extend the insurance provided for Covered Property to apply to loss or damage caused by interruption of electric power supply services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

(1) Utility generating plants;

(2) Switching stations or substations;

(3) Transformers; and

(4) Transmission lines, other than overhead transmission lines.

This Coverage Extension is not subject to the terms of the Utility Services Exclusion to the extent that such exclusion would conflict with the provisions of this Coverage Extension.

The most we will pay under this Extension is $10,000.

**j.    Extra Expense**

We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises, including personal property in the open (or in a vehicle) within 1,000 feet, caused by or resulting from a Covered Cause of Loss.

Extra Expense means expense incurred:

(1) To avoid or minimize the suspension of business and to continue "operations":

    (a) At the described premises; or

    (b) At replacement premises or at temporary locations, including:

        (i) Relocation expenses: and

        (ii) Costs to equip and operate the replacement or temporary locations;

(2) To minimize the suspension of business if you cannot continue "operations"; or

(3) (a) To repair or replace any property; or

    (b) To research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

We will only pay for Extra Expense that occurs after the date of direct physical loss or damage. The most we will pay for loss or damage under this Extension is $50,000.

"Operations" means your business activities occuring at the described premises.

"Period of Restoration" means the period of time that:

(1) Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

(2) Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of Restoration" does not include any increased period required due to the enforcement of any law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration."

**k.    Back Up of Sewers or Drains**

You may extend the insurance provided by this Coverage Part to apply to loss or damage to your Covered Property caused by;

(1) Water that backs up through sewers, drains or sump; or

(2) Subsurface water that enters into and overflows from within a:

    (a) Sump pump;

    (b) Sump pump well; or

    (c) Other type system;

designed to remove subsurface water from the foundation area.

The most we will pay for loss or damage under this Extension is $25,000 per any one occurrence including Business Income.

**l.    Credit Card Invoices**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Sums owed you from grantors of credit provided you are unable to collect from them due to direct loss or damage to your credit card invoice records;

(2) Increased collection costs as a result of such direct loss or damage; or



**(3)** Other reasonable expenses that you incur to reestablish your records of credit card invoices following such direct loss or damage:

that results from a Covered Cause of Loss to your records of credit card invoices.

This insurance applies to credit card invoices while:

**(1)** On premises scheduled in the Declarations of this policy;

**(2)** While being conveyed outside the premises; or

**(3)** While temporarily at other premises for any reason except storage.

The most we will pay for loss or damage under this Extension is $1,000 at each described premises.

**m.  Loss of Food in a Refrigerator or Freezer**

You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to food stored in a refrigerator or freezer, on the described premises, but only if such loss or damage is caused by or results from:

**(1)** Breakdown or Contamination; meaning:

**(a)** Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

**(b)** Contamination by the refrigerant.

**(2)** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

We will not pay for loss or damage caused by or resulting from:

**(1)** The disconnection of any refrigerating, cooling or humidity control system from the source of power;

**(2)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current;

**(3)** The inability of any electrical utility company or other power source to provide sufficient power due to:

**(a)** Lack of fuel; or

**(b)** Governmental order; or

**(4)** The inability of any power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

The most we will pay for loss or damage under this Extension is $1,000 at each described premises.

**n.  Inventory and Appraisals**

You may extend the insurance provided for Covered Property to apply to the cost of any inventory or appraisal that we require when loss or damage occurs to Covered Property.

The most we will pay under this Extension is $10,000.

**o.  Computer Coverage**

You may extend the insurance that applies to your Business Personal Property to apply to "Computer Equipment", "Media", "Data", and "Computer Programs". We will cover "computer equipment", "media", "data", and "computer programs", which you own, lease or rent from others or that are in your care, custody or control. We will pay the replacement cost of reproducing lost or accidentally erased "data", "computer programs", documentation and source materials provided you actually replace or reproduce them.

This extension does not apply to:

**(1)** Property you lease or rent to others while it is away from the described premises;

**(2)** Any "data" or "media" which cannot be replaced with others of like kind or quality; or

**(3)** Accounts, bills, evidence of debt, valuable papers, records, abstracts, deeds, manuscripts or other documents, except as they may be converted to "data" processing "media" form, and then only in that form.

The most we will pay for loss or damage under this Extension is $25,000.

A sublimit of $5,000 applies to laptop/portable computers and their software while away from the premises.

**p.  Glass**

You may extend the insurance provided by this Coverage Form to apply to glass, other than glass that is part of the building, at a premises described in the Property Declarations, caused by or resulting from any Covered Cause of Loss.

The most we will pay for loss or damage under this Extension is $5,000.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

**E.  Loss Conditions**, is amended as follows:

The 31% provision of item 6.a.(1)(b) of the Vacancy condition is amended to read 11%.

The following is added to **7. Valuation:**

**f.**  "Money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

    **(1)**  At face value in the "money" issued in that country; or

    **(2)**  In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

**g.**  "Securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

    **(1)**  Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights title and interest in and to those "securities";

    **(2)**  Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

        **(a)**  Value of the "securities" at the close of business on the day the loss was discovered; or

        **(b)**  Limit of Insurance.

**h.  Brands and Labels**

If your stock is damaged you have the following two options when you do not want to sell your damaged stock under your brand or label even though the damaged stock had a salvage value:

    **(1)**  Remove the brand or label and relabel the stock to comply with the law; or

    **(2)**  Label the damaged stock as salvage but, in doing so, cause no further damage to the damaged stock.

We will pay the cost of removing and relabeling your stock.

In either case, we will pay the difference between:

    **(1)**  The salvage value of the damaged stock with the brand and label attached; and

    **(2)**  The salvage value for the damaged stock with the brand and label removed.

**G.  Optional Coverages, Section 3.b.(1)**

Personal property of others is deleted when the Replacement Cost option is selected.

**BUSINESS INCOME COVERAGE FORMS AMENDMENT**

Under Item **6.c.(2) Coverage Extension** of **A. Coverage** is amended to read as follows:

180 days expire after you acquire or begin to construct the property; or

**CAUSES OF LOSS - SPECIAL FORM AMENDMENT**

Under **B. Exclusions, 4. Special Exclusions,** item **a. (1)** is deleted and replaced by the following.

    **(1)**  Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

POLICY NUMBER:  CMM 0395871                                              **INTERLINE**

# YOUR OPTION TO EXCLUDE WINDSTORM COVERAGE

Florida law requires that an insurer issuing a property insurance policy must make available, at the option of the policyholder, an exclusion of windstorm coverage.  Coverage may be excluded **only if you provide to the insurer ("us") the following statement ON YOUR LETTERHEAD,** dated and signed by you or your authorized representative.  The exclusion of coverage applies for the term of the policy and for each renewal thereafter; changes to the exclusion may be implemented only as of the date of renewal.

---

**Use the following text in your statement to us, with the addition of the information described in the <u>underlined</u> parentheses.**

**(Name of business entity)** does not want the insurance on its **(identify structure(s))** to pay for damage from windstorms.  **(Name of business entity)** will be responsible for these costs.  **(Name of business entity's)** insurance will not.

**(Name of business entity)** understands and agrees that the exclusion pertains to any windstorm, including hurricane, and to hail; and also understands and agrees that if the property insurance policy covering the structure(s) identified above also provides other property coverages (such as coverage for contents or business interruption), **the exclusion will also apply to all such property and coverages in accordance with the terms of the exclusion.**

---

### IMPORTANT NOTICE - MORTGAGEHOLDER AND/OR LIENHOLDER
### APPROVAL REQUIRED

If a structure(s) to which the windstorm exclusion is to apply is subject to a mortgage or lien, you must also provide to us a written statement from the mortgageholder and/or lienholder indicating that the mortgageholder and/or lienholder approves your election to exclude windstorm coverage on that structure(s), and that it is understood that the exclusion pertains to any windstorm, including hurricane, and to hail.

© ISO Properties, Inc., 2007                                        **IL N 154** 07 07



COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# VALUE GUARD ENDORSEMENT

The Limit of Insurance shown in the Declarations for Building(s) may be increased at the beginning of each renewal period based upon the change in construction costs indicated in the Boeckh Index for the area in which the building is located.

**CP 70 23** 10 94



SR

⊙ **WESTFIELD**®

**NEW**
**GENERAL LIABILITY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL 32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**LIMITS OF INSURANCE -**

General Aggregate Limit (Other Than Products/Completed Operations)     $2,000,000

Products/Completed Operations Aggregate Limit                          $2,000,000

Personal & Advertising Injury Limit (Per Person Or Organization)       $1,000,000

Each Occurrence Limit                                                  $1,000,000

Damage to Premises Rented to You Limit        (Any One Premises)          $500,000

Medical Expense Limit                         (Any One Person)             $15,000

**TOTAL ADVANCE ANNUAL GENERAL LIABILITY PREMIUM**

**THIS POLICY CONTAINS A TOTAL POLLUTION EXCLUSION**

**Deductible Liability Insurance Applies**

**Forms And Endorsements Applicable To This Coverage Part:**
CG0300A 0196*, CG2149  0999*, CG0435  1207*, CG0001  1207*, IL0021  0908*,
CG7000  1298*, CG2503  0509*, CG2504A 0509*, CG2147  1207*, CG0068  0509*,
CG2173  0108*, CG0220  0312*, CG2426  0704*, CG7086  1004*, CG7086  1211*,
CG7137  1112*, CG2010  0704*, CG2037  0704*.

SR

 **WESTFIELD**®

**NEW**
**GENERAL LIABILITY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**Location Of All Premises Owned By, Rented To Or Controlled By The Named Insured Are The Same As The Mailing Address Of The Policy Declarations Unless Otherwise Indicated.**

GENERAL LIABILITY SCHEDULE

**PREMIUM BASIS LEGEND -**
**S = GROSS     PER $1,000     A = AREA  PER 1,000 SQ. FT.     U = UNITS PER UNIT**
**  SALES                         C = TOTAL COST  PER $1,000     T = SEE CLASSIFICATION**
**P = PAYROLL  PER $1,000     M = ADMISSIONS  PER 1,000          NOTES**
**O = OTHERS   PER $1,000**

**RATE LEGEND -**
**PREM/OP  =  PREMISES AND OPERATIONS                    MP = MINIMUM PREMIUM**
**PROD     =  PRODUCTS AND COMPLETED OPERATIONS**
**CHMPOPS  =  COMPOSITE PREMISES AND OPERATIONS**
**CMPPRO   =  COMPOSITE PRODUCTS AND COMPLETED OPERATIONS**
**CMPCBN   =  COMPOSITE PREMISES/PRODUCTS COMPLETED OPERATIONS**

| CLASSIFICATION | CODE | PREMIUM<br>BASIS | RATE | PREMIUM |
|---|---|---|---|---|
| **FLORIDA** | | | | |
| 625 W GAINES ST<br>TALLAHASEE          FL  32304<br>NOT OTHERWISE CLASSIFIED<br>AND/OR A-RATED (MEDIUM) | 98550 | O | CMPCBN. | |
| **ALABAMA** | | | | |
| 6293 E CO RD 36<br>OZARK               AL  36360<br>NOT OTHERWISE CLASSIFIED<br>AND/OR A-RATED (MEDIUM) | 98550 | O | CMPCBN. | |
| **GEORGIA** | | | | |
| 108 E JACKSON ST<br>THOMASVILLE         GA  31792<br>NOT OTHERWISE CLASSIFIED<br>AND/OR A-RATED (MEDIUM) | 98550 | O | CMPCBN. | |

**ADDITIONAL COVERAGES AND ENDORSEMENTS -**
  EMPLOYEE BENEFITS LIABILITY COVERAGE
  SIGNATURE SERIES COMML GL CONTRACTORS ENDT

**TOTAL**
TOTAL PREMIUM - COMPOSITE PREM/OPERATIONS AND PROD/COMPLETED OPERATIONS
TOTAL PREMIUM - ADDITIONAL COVERAGES AND ENDORSEMENTS

TOTAL ADVANCE ANNUAL GENERAL LIABILITY PREMIUM

POLICY NUMBER:    CMM 0395871                          COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible | | |
| --- | --- | --- | --- |
| | PER CLAIM | or | PER OCCURRENCE |
| Bodily Injury Liability | $ | | $ |
| OR | | | |
| Property Damage Liability | $  1,000 | | $ |
| OR | | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT**  (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused): -

*If any other endorsement modifying the COMMERCIAL GENERAL LIABILITY COVERAGE PART contains a deductible clause, then this endorsement does not apply to any claim covered by that endorsement.*



**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

    **1.** **PER CLAIM BASIS.**  If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

    **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

    **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

    **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

        **(1)** "Bodily injury";

        **(2)** "Property damage"; or

        **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

Copyright, Insurance Services Office, Inc., 1994

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

2.  **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

   **a.**  Under Bodily Injury Liability Coverage, to all damages because of "bodily injury":

   **b.**  Under Property Damage Liability Coverage, to all damages because of "property damage"; or

   **c.**  Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

   **(1)**  "Bodily injury";

   **(2)**  "Property damage"; or

   **(3)**  "Bodily injury" and "property damage" combined

   as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

C.  The terms of this insurance, including those with respect to:

   **1.**  Our right and duty to defend the insured against any "suits" seeking those damages; and

   **2.**  Your duties in the event of an "occurrence," claim, or "suit"

   apply irrespective of the application of the deductible amount.

D.  We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

POLICY NUMBER:  CMM 0395871                              COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Limit Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| Employee Benefits | $ 1,000,000 | each employee | $  1,000 | $ INCL |
| Programs | $ 2,000,000 | aggregate | | |
| Retroactive Date: | 07/01/05 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**A.** The following is added to **Section I - Coverages:**

**COVERAGE - EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D.** (Section **III** - Limits Of Insurance); and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to damages only if:

**(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

**(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

**(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

**c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

**(2)** When we make settlement in accordance with Paragraph **a.** above.

© ISO Properties, Inc., 2006

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure to Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments - Coverages **A** and **B** are replaced by Supplementary Payments - Coverages **A, B** and **Employee Benefits Liability**.

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **3.** of **Section II - Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

   **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

   **b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, **Section III - Limits Of Insurance** is replaced by the following:

   **1. Limits Of Insurance**

   **a.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

      **(1)** Insureds;

      **(2)** "Claims" made or "suits" brought;

      **(3)** Persons or organizations making "claims" or bringing "suits";

      **(4)** Acts, errors or omissions; or

      **(5)** Benefits included in your "employee benefit program".

   **b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

   **c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

      **(1)** An act, error or omission; or

      **(2)** A series of related acts, errors or omissions

   negligently committed in the "administration" of your "employee benefit program".

   However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

   The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

   **2. Deductible**

   **a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

   **b.** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

   **c.** The terms of this insurance, including those with respect to:

      **(1)** Our right and duty to defend any "suits" seeking those damages; and

      **(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

   apply irrespective of the application of the deductible amount.

**d.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**E.** For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV - Commercial General Liability Conditions** are replaced by the following:

**2.** **Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organ-

ization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4.** **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a.** **Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we we will share with all that other insurance by the method described in Paragraph **c.** below.

**b.** **Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.** This endorsement is canceled or not renewed; or

**b.** We renew or replace this endorsement with insurance that:

(1) Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

(2) Does not apply to an act, error or omission on a claims-made basis.



**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" insured;

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

  **1.** "Administration" means:

    **a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

    **b.** Handling records in connection with the "employee benefit program"; or

    **c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

    However, "administration" does not include handling payroll deductions.

  **2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

  **3.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

  **4.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether providing through a "cafeteria plan" or otherwise:

    **a.** Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

    **b.** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

    **c.** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

    **d.** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

    **e.** Any other similar benefits designated in the Schedule or added thereto by endorsement.

**H.** For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** Section are replaced by the following:

  **5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

  **18.** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

    **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

  **(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

  **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

  **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory;"

  **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

  **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

  **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

  **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

  **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

© ISO Properties, Inc., 2006

**2.  Exclusions**

This insurance does not apply to:

**a.  Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b.  Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)**  That the insured would have in the absence of the contract or agreement; or

**(2)**  Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)**  Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)**  Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c.  Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)**  Causing or contributing to the intoxication of any person;

**(2)**  The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)**  Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d.  Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e.  Employer's Liability**

"Bodily injury" to:

**(1)**  An "employee" of the insured arising out of and in the course of:

**(a)**  Employment by the insured; or

**(b)**  Performing duties related to the conduct of the insured's business; or

**(2)**  The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract."

**f.  Pollution**

**(1)**  "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)**  At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)**  "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part de-

signed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.  Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured.  Use includes operation and "loading or unloading."

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)**  A watercraft while ashore on premises you own or rent;

**(2)**  A watercraft you do not own that is:

**(a)**  Less than 26 feet long; and

**(b)**  Not being used to carry persons or property for a charge;

**(3)**  Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)**  Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)**  "Bodily injury" or "property damage" arising out of:

**(a)**  The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)**  the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the

definition of "mobile equipment."

**h.  Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)**  The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)**  The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.  War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)**  War, including undeclared or civil war;

**(2)**  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)**  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.  Damage To Property**

"Property damage" to:

**(1)**  Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)**  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)**  Property loaned to you;

**(4)**  Personal property in the care, custody or control of the insured;

**(5)**  That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work;" or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product;"

**(2)** "Your work;" or

**(3)** "Impaired property;"

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p.  Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q.  Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may at our discretion investigate any offense and settle any claim or "suit" that may result. But:

        **(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

        **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

    **b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

    **a. Knowing Violation Of Rights Of Another**

    "Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

    **b. Material Published With Knowledge Of Falsity**

    "Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

    **c. Material Published Prior To Policy Period**

    "Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

    **d. Criminal Acts**

    "Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

    **e. Contractual Liability**

    "Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

    **f. Breach Of Contract**

    "Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

    **g. Quality Or Performance Of Goods - Failure To Conform To Statements**

    "Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

    **h. Wrong Description Of Prices**

    "Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

    **i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

    "Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

    However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

    **j. Insureds In Media And Internet Type Businesses**

    "Personal and advertising injury" committed by an insured whose business is:

        **(1)** Advertising, broadcasting, publishing or telecasting;

        **(2)** Designing or determining content of websites for others; or

        **(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution - Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material in Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:



**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury:"

**a. Any insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or particpating in any physical exercises or games, sports or athletic contests.

**f. Products - Completed Operations Hazard**

Included within the "products-completed operations hazard."

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit." However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also in-

sureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1) (a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1) (a)** or **(b)** above; or



**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits."

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard;" and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard."

**4.** Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence."

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1.    Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2.    Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.**   You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim.    To the extent possible, notice should include:

**(1)**   How, when and where the "occurrence" or offense took place;

**(2)**   The names and addresses of any injured persons and witnesses; and

**(3)**   The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.**   If a claim is made or "suit" is brought against any insured, you must:

**(1)**   Immediately record the specifics of the claim or "suit" and the date received; and

**(2)**   Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.**   You and any other involved insured must:

**(1)**   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit;"

**(2)**   Authorize us to obtain records and other information;

**(3)**   Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)**   Assist us, upon our request, in the enforcement of any right against any person or organization which may

be liable to the insured because of injury or damage to which this insurance may also apply.

**d.**   No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3.    Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.**   To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.**   To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance.    An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.    Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a.    Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies.    If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary.    Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b.    Excess Insurance**

**(1)**   This insurance is excess over:

**(a)**   Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)**    That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work;"

**(ii)**   That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of in-

surance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.** **Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.** **Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7.** **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8.** **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.    When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.**    "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.**    Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.**    Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.**    "Auto" means:

**a.**    A land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment; or

**b.**    Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.**    "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.**    "Coverage territory" means:

**a.**    The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.**    International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.**    All other parts of the world if the injury or damage arises out of:

**(1)**    Goods or products made or sold by you in the territory described in Paragraph **a.** above; or

**(2)**    The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)**    "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.**    "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.**    "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.**    "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.**    "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

**a.**    It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.**    You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.**    "Insured contract" means:

**a.**    A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.**    A sidetrack agreement;

**c.**    Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.**    An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.**    An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto;"

**b.** While it is in or on an aircraft, watercraft or "auto;" or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a.,** **b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.,** **b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos:"

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises

you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products - completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product;" and

      (2) The providing of or failure to provide warnings or instructions.

   c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   a. Means:

      (1) Work or operations performed by you or on your behalf; and

      (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work;" and

      (2) The providing of or failure to provide warnings or instructions.

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL GENERAL LIABILITY

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DESIGNATED CONSTRUCTION PROJECT(S)
# GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Designated Construction Projects:**

All Projects

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A** and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

2. The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

3. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall

not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

4. The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A** and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the ″products-completed operations hazard″ is provided, any payments for damages because of ″bodily injury″ or ″property damage″ included in the ″products-completed operations hazard″ will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.** If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.** The provisions of Section - **III** Limits of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Designated Location(s):**

All rented, owned and occupied locations other than construction projects.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A** and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which can be attributed only to operations at a single designated "location" shown in the Schedule above:

**1.** A separate Designated Location General Aggregate Limit applies to each designated "location", and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

**2.** The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location". Such payments shall not reduce the General

Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule above.

**4.** The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A** and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

**1.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

**2.** Such payments shall not reduce any Designated Location General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

**D.** For the purposes of this endorsement, the **Definitions** Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**E.** The provisions of Section **III** Limits of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

**CG 21 47** 12 07

COMMERCIAL GENERAL LIABILITY

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **q.** of Paragraph **2. Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **p.** of Paragraph **2. Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

© Insurance Services Office, Inc., 2008



COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES -
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with the underwriting requirements established by the insurer.

**b. For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

**(4)** A substantial change in the risk covered by the policy; or

**(5)** The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

**B.** Paragraph **3.** of the **Cancellation** Common Policy Condition is replaced by the following:

**3.** We will mail or deliver our notice to the first Named Insured at the last mailing address known to us.

**C.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**D.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

**1.** If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **9.** of the **Definitions** Section is replaced by the following:

9.  "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf.  Tort liability means a liability that would be im-

posed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.



© ISO Properties, Inc., 2004

**CG 24 26** 07 04

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMPOSITE RATE ENDORSEMENT

This endorsement modifies insurance provided under the following:

GENERAL LIABILITY COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception of the policy unless another date is indicated below:

| Endorsement Effective: | Countersigned By: |
|---|---|
| Named Insured: | (Authorized Representative) |

The premium for coverage shall be computed on the basis of premium shown below.  The premium stated in the schedule is an estimated premium only.  Upon termination of the policy, the earned premium shall be computed by the application of the rates to the total sales or receipts, or other basis of premium shown, including any new classification acquired or deleted during the policy period.  If the earned premium exceeds the estimated advance premium, you shall pay the excess to us; if less, we shall return to you the unearned premium portion paid.  In no event shall the earned premium be less than the minimum premiums shown in the schedule below.

You shall maintain a record of dates of all classifications acquired and deleted.  Copies of such records shall be sent to us at the end of the policy period and at such time during the policy period as we may direct.

We shall be permitted to examine and audit your books and records at any time during the policy period and any extension thereof and within three years after the final termination of the policy.

## SCHEDULE

| ALL STATES | COMPOSITE RATE | PREMIUM BASIS | PREMIUM |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Premiums based on schedule on file with Company.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

CG 70 86 (Ed. 10-04)

POLICY NUMBER:  CMM 0395871                                COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COMPOSITE RATE ENDORSEMENT

This endorsement modifies insurance provided under the following:

GENERAL LIABILITY COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.  This endorsement changes the policy effective on the inception of the policy.

Reporting Conditions:

Premium Basis shown in the Schedule

Annual Reporting / Annual Adjustment

The initial premium charged for this insurance is an advance premium.  We will calculate premiums based upon the basis of premium shown in the Schedule reported annually and apply them to the advance premium.  If the earned premium exceeds the advance premium, you shall pay the excess to us; if less, we shall return to you the unearned premium portion paid.  In no event shall the earned premium be less than the minimum premium percentage (%) shown in the schedule below.

If this insurance is canceled prior to expiration, you must file with us a report of the total sales, payroll or other basis of premium shown in the Schedule, including any new classification acquired or deleted through the date of cancellation.,

We shall be permitted to examine and audit your books and records at any time during the policy period and any extension thereof and within three years after the final termination of the policy.

## SCHEDULE FOR RATING BASIS

| STATE | DESCRIPTION | CLASS CODE | PREMIUM BASIS TYPE (sales, payroll or other) | PREMIUM BASIS | COMPOSITE RATE | MINIMUM PREMIUM (%) | ADVANCE PREMIUM |
|-------|-------------|------------|-----------------------------------------------|---------------|----------------|---------------------|-----------------|
|       |             |            |                                               |               |                |                     |                 |
|       |             |            |                                               |               |                |                     |                 |
|       |             |            |                                               |               |                |                     |                 |

Premiums based on schedule on file with Company.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

CG 70 86  12 11

COMMERCIAL GENERAL LIABILITY

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.



WESTFIELD *Signature* SERIES ℠

## COMMERCIAL GENERAL LIABILITY CONTRACTORS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Coverage afforded under this expanded coverage endorsement does not apply to any person or organization covered as an additional insured on any other endorsement now or hereafter attached to this Coverage Form.

### SCHEDULE

The coverage provided by this endorsement is summarized below and is intended to provide a general coverage description only.  For the details effecting each coverage please refer to the terms and conditions in this endorsement.

**A. Expected or Intended Injury**
   - Reasonable force

**B. Liquor Liability Coverage Extension**

**C. Non-Owned Watercraft**
   - Increased to 60 feet

**D. Non-Owned Aircraft**

**E. Damage To Property - Borrowed Equipment**

**F. Damage To Premises Rented To You**

**G. Personal And Advertising Injury**
   - Contractual Personal and Advertising Injury
   - Exclusions

**H. Supplementary Payments**
   - Bail Bonds - $2,500
   - Loss of Earnings - $1,000

**I. Additional Insureds - Automatic Status**
   - State or Governmental Agency or Subdivision or Political Subdivision Controling Interest
   - Managers or Lessors of Premises
   - Mortgagee, Assignee or Receiver
   - Owners or Other Interests From Whom Land Has Been Leased
   - Co-Owners of Insured Premises
   - Lessor of Leased Equipment

**J. Who Is An Insured broadened**
   - Joint Ventures / Partnership / Limited Liability Company
   - Health Care Professionals (Incidental Medical Malpractice)
   - Individual Owners of Building are Insured′s
   - Newly Formed or Acquired Entities

**K. Knowledge and Notice of Occurrence**

**L. Other Insurance Condition Amended**

**M. Unintentional Failure To Disclose Hazards**

**N. Waiver of Transfer Of Rights Of Recovery Against Others To Us - Automatic Status**

**O. Liberalization**

**P. Definitions**
   - Bodily Injury redefined
   - Insured Contract redefined
   - Expanded Personal and Advertising Injury definition

**A.  EXPECTED OR INTENDED INJURY**

   Under **SECTION 1, COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE** exclusion **a.** is replaced with the following:

   a.  **Expected Or Intended Injury**

″Bodily Injury″ or ″property damage″ expected or intended from the standpoint of the insured. This exclusion does not apply to ″bodily injury″ or ″property damage″ resulting from the use of reasonable force for the purpose of protecting persons or property.

**B.  LIQUOR LIABILITY COVERAGE EXTENSION**

**SECTION 1, COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2. Exclusions c. Liquor Liability** is deleted.

**C.  NON-OWNED WATERCRAFT**

Under **SECTION 1, COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2. Exclusions g.2(a)** is replaced with the following:

    **(a)**  Less than 60 feet long; and

**D.  NON-OWNED AIRCRAFT**

Under **SECTION 1, COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2. Exclusions g. Aircraft, Auto or Watercraft,** the following is added:

  **(6)**  An aircraft you do not own provided that:

    **(a)**  The pilot in command holds a currently effective certificate issued by the duly constituted authority of the United States of America or Canada, designating that person as a commercial or airline transport pilot;

    **(b)**  It is rented with a trained, paid crew; and

    **(c)**  It does not transport persons or cargo for a charge.

**E.  DAMAGE TO PROPERTY - BORROWED EQUIPMENT**

Under **SECTION 1, COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2. Exclusions j.** is deleted and replaced by the following:

  **j.**  **Damage To Property:**

  **(1)**  Property you own, rent or occupy;

  **(2)**  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

  **(3)**  Property loaned to you;

  **(4)**  Personal property in the care, custody or control of the insured;

  **(5)**  That particular part of any real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

  **(6)**  That particular part of any real property that must be restored, replaced, or repaired because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to:

    **(i)**  "property damage" to tools or equipment loaned to you if the tools or equipment are not being used to perform operations at the time of loss; or

    **(ii)**  "property damage" (other than damage by fire) to premises rented to you or temporarily occupied to you with the permission of the owner or to the contents of premises rented to you for a period of seven (7) or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance.**

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were not occupied, rented or held for rental by you beyond one year from the date "your work" was completed.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

**F.  DAMAGE TO PREMISES RENTED TO YOU**

Under **SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2. Exclusions,** the last paragraph of Item **2. Exclusions** is replaced with the following:

Exclusion **c.** through **n.** do not apply to damage by fire or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in **Section III - LIMITS OF INSURANCE.**

**G. PERSONAL AND ADVERTISING INJURY**

Under **SECTION 1, COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**, Item **2. Exclusions e. Contractual Liability** is deleted.

Under **SECTION I - COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**, the following are added to Item **2. Exclusions**:

    **q. Discrimination Relating To Room, Dwelling or Premises**

    Caused by discrimination directly or indirectly related to the sale, rental, lease or sub-lease or prospective sale, rental, lease or sub-lease of any room, dwelling or premises by or at the direction of any insured.

    **r. Fines or Penalties**

    Fines or penalties levied or imposed by a governmental entity because of discrimination.

**H. SUPPLEMENTARY PAYMENTS**

Under **SECTION I - SUPPLEMENTARY PAYMENTS COVERAGES A AND B**, item **1.b.** is replaced with the following:

    **b.** Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the "Bodily Injury" Liability Coverage applies. We do not have to furnish these bonds.

Under **SECTION I - SUPPLEMENTARY PAYMENTS COVERAGES A AND B**, item **1.d.** is replaced with the following:

    **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $1,000 a day because of time off from work.

**I. ADDITIONAL INSUREDS - AUTOMATIC STATUS**

**SECTION II - WHO IS AN INSURED** is amended to include as an insured any person or organization (called additional insured) described in paragraphs **a.** through **g.** below whom you are required to add as an additional insured on this policy under a written contract or written agreement. However the written contract or written agreement must be:

**1.** Currently in effect or becoming effective during the term of the policy; and

**2.** Executed prior to the "bodily injury", "property damage" or "personal injury and advertising injury", but

Only the following persons or organizations are additional insureds under this endorsement and coverage provided to such additional insureds is limited as provided herein:

    **a. State or Governmental Agency or Subdivision or Political Subdivisions**

    A state or governmental agency or subdivision or political subdivision subject to the following provisions:

    **(1)** This insurance applies only with respect to the following hazards for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization in connection with premises you own, rent or control and to which this insurance applies;

        **(a)** The existence, repair maintenance, erection, construction, or removal of advertising signs, awnings canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners, or decorations and similar exposures; or

        **(b)** The construction, erection, or removal of elevators.

    **(2)** This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

    This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the federal government, state or municipality.

    **b. Managers or Lessors of Premises**

    A manager or lessor of premises but only with respect to liability arising out of the ownership, maintenance or use of that specific part of the premises leased to you and subject to the following additional exclusions:

    This insurance does not apply to:

    **(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises; or



**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**c.** **Mortgagee, Assignee or Receiver**

A mortgagee, assignee or receiver but only with respect to their liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance, or use of a premises by you.

This insurance does not apply to structural alterations, new construction or demolition operations performed by or for such additional insured.

**d.** **Owners Or Other Interests From Whom Land Has Been Leased**

An owner or other interest from who land has been leased by you but only with respect to liability arising out of the ownership, maintenance or use of that specific part of the land leased to you and subject to the following additional exclusions:

This insurance does not apply to:

**(1)** Any "occurrence" which takes place after you cease to lease that land; or

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**e.** **Co-owner of Insured Premises**

A co-owner of a premises co-owned by you and covered under this insurance but only with respect to the co-owners liability as co-owner of such premises.

**f.** **Lessor of Equipment**

Any person or organization from whom you lease equipment. Such person or organization are insured only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person or organization.

A person's or organization's status as an insured under this endorsement ends when their written contract or written agreement with you for such leased equipment ends.

With respect to the insurance afforded these additional insureds, the following exclusions apply:

This insurance does not apply:

**(1)** To any "occurrence" which takes place after the equipment lease expires; or

**(2)** To "bodily injury", "property damage", or "personal and advertising injury" arising out of the sole negligence of such additional insured.

Any insurance provided to an additional insured designated under paragraphs **a.** through **f.** above does not apply to "bodily injury" or "property damage" included within the "products-completed operations hazard".

As respects the coverage provided under this provision, Paragraph **4.b.(1)** of **Section IV - Commercial General Liability Conditions** is deleted and replaced with the following:

**4.** **Other Insurance**

**b.** **Excess Insurance**

**(1)** This insurance is excess over:

Any other insurance naming the additional insured as an insured whether primary, excess, contingent or on any other basis unless a written contract or written agreement specifically requires that this insurance be either primary or primary and non-contributing. Where required by written contract or written agreement, we will consider any other insurance maintained by the additional insured for injury or damage covered by this endorsement to be excess and non-contributing with this insurance.

**J.** **WHO IS AN INSURED BROADENED**

Under **SECTION II - WHO IS AN INSURED** the following is added to item **1:**

**f.** **Joint Ventures / Partnership / Limited Liability Company Coverage**

You are an insured when you had an Interest in a joint venture, partnership or limited liability company which is terminated or ended prior to or during this policy period but only to the extent of your interest in such joint venture, partnership or limited liability company. This coverage does not apply:

**(1)** Prior to the termination date of any joint venture, limited liability company or partnership; or

**(2)** If there is other valid and collectible insurance purchased specifically to insure the joint venture, legal liability company or partnership.

Under **SECTION II - WHO IS AN INSURED, 2.a.(1)(d)** is deleted and replaced with the following:

**(d)** Arising out of his or her providing or failing to provide professional health care services.

This does not apply to nurses, emergency medical technicians or paramedics employed by you to provide health care services, but only if you are not in the business or occupation of providing such professional services.

Under **SECTION II - WHO IS AN INSURED** the following is added:

**4.** For **COVERAGE A** and **COVERAGE B** only, the owner of any building leased to you, but only if the building owner is a shareholder in your corporation or a partner in your partnership insured by this policy, and only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you. However, this insurance does not apply:

**a.** To any "occurrence" or offense which takes place after you cease to be a tenant in the premises; or

**b.** To structural alterations, new construction or demolition operations performed by or on behalf of the building owner.

Under **SECTION II - WHO IS AN INSURED, 3.a.** is deleted and replaced with the following:

**a.** Coverage under this provision is afforded only until the end of the policy period or the next anniversary of this policy's effective date after you acquire or form the organization whichever is earlier.

Under **SECTION II - WHO IS AN INSURED** the last paragraph in this section is deleted and replaced with the following:

Except as provided in **3.** above, no person or organization is an insured with respect to the conduct of any current or past joint venture, limited liability company or partnership that is not shown as a named insured in the Declarations.

**K.   KNOWLEDGE AND NOTICE OF OCCURRENCE**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 2.   Duties in the Event of Occurrence, Offense, Claim Or Suit,** the following is added:

**e.** The requirement in Condition **2.a.** applies only when the "occurrence" or offense is known to:

**(1)** You, if you are an individual;

**(2)** A partner, if you are a partnership;

**(3)** An "executive officer" or insurance manager, if you are a corporation; or

**(4)** A manager, if you are a limited liability company.

**f.** The requirement in Condition **2.b.** will not be breached unless the breach occurs after such claim or "suit" is known to:

**(1)** You, if you are an individual;

**(2)** A partner, if you are a partnership;

**(3)** An "executive officer" or insurance manager, if you are a corporation; or

**(4)** A manager, if you are a limited liability company.

**g.** Your rights under this Coverage Part will not be prejudiced if you fail to give us notice of an "occurrence," offense, claim, or "suit" and that failure is solely due to your reasonable belief that the "bodily injury" or "property damage" is not covered under this Coverage Part. However, you shall give written notice of this "occurrence," offense, claim, or "suit" to us as soon as you are aware this insurance may apply to such "occurrence," offense, claim or "suit."

**L.   OTHER INSURANCE CONDITION AMENDED**

When required by written contract with any additional insured owner, lessee, or contractor to provide insurance on a primary and noncontributory basis, **Condition 4** of **Section IV - Commercial General Liability Conditions** is deleted and replaced by the following:

**4.   Other Insurance**

If other valid and collectible insurance is available for a loss we cover under Coverage **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary and non-contributory except when **b.** below applies.

**b. Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent, or on any other basis:

**(1)** That is Fire, Extended Coverage, Builders Risk, Installation Risk, or similar coverage for your work;

**(2)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos," or watercraft to the extent not subject to Exclusion **g.** of **Section I** - Coverage **A.**

**(4)** If the loss is caused by the sole negligence of any additional insured, owner, lessee, or contractor.

When this insurance is excess, we will have no duty under Coverage **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit." If no other defends, we will undertake to do so, but we will be entitled to the other insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductibles and self-insured amounts under all that other insurance.

We will share the remaining loss, if any with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the limits of Insurance shown in the declarations of this Coverage Part.

**M. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS,** item **6. Representations,** the following is added:

**d.** Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of this policy shall not prejudice the coverage afforded by this policy, provided such failure to disclose all hazards or prior "occurrences" is not intentional.

**N. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - AUTOMATIC STATUS**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS,** item **8. Transfer Of Rights Of Recovery Against Others To Us** is deleted and replaced by the following:

We waive any right of recovery we may have against any person or organization with respect to which the insured has waived its right of recovery.

It is further agreed that work commenced under letter of intent or work order, subject to subsequent reduction to writing, with customers whose customary written contracts would require a waiver of recovery rights against them also falls within this blanket waiver of recovery rights.

**O. LIBERALIZATION**

If we adopt a change in our forms or rules which would broaden coverage for contractors under this coverage form without an additional premium charge, your policy will automatically provide the additional coverage's as of the date the broadened coverage is effective in your state.

**P. DEFINITIONS**

Under **SECTION V - DEFINITIONS,** item **3.** is deleted and replaced with the following:

**3.** "Bodily Injury" means bodily injury, disability, sickness, or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

Under **SECTION V - DEFINITIONS,** item **9.** is deleted and replaced with the following:

**9.** "Insured Contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization.

Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies an architect, engineer, or survey or for injury or damage arising out of:

 **(a)** Preparing, approving or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

 **(b)** Giving directions or instructions, or failing to give

them, if that is the primary cause of the injury or damage; or

**(2)** Under which the insured  if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured s rendering or failure to render professional services including those listed in **(1)** above and supervisory, inspection, architectural or engineering, activities.

Under **SECTION V - DEFINITIONS,** item **14.** the following is added to the definition of "Personal and advertising injury":

**h.** Discrimination or humiliation that results in injury to the feelings or reputation of a natural person, but only if such discrimination or humiliation is:

**(1)** Not done intentionally by or at the direction of:

 **(a)** The insured; or

 **(b)** Any "executive officer", director, stockholder, partner, member or manager (if you are a limited liability company) of the insured;

**(2)** Not directly or indirectly related to the employment, prospective employment, past employment or termination of employment of any person or persons by any insured.

POLICY NUMBER:   CMM 0395871                    COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): | Location(s) Of Covered Operations |
|---|---|
| All persons or organizations when you have agreed in writing in a contract or agreement that such persons or organizations be added as an additional insured. | All Locations |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

  **1.** Your acts or omissions; or

  **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

  **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

  **2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

© ISO Properties, Inc., 2004                    **CG 20 10  07 04**

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): | Location(s) And Description Of Covered Operations |
|---|---|
| All persons or organizations when you have agreed in writing in a contract or agreement that such persons or organizations be added as an additional insured. | All Locations |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

© ISO Properties, Inc., 2004                                    **CG 20 37  07 04**



COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.    Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

Copyright, Insurance Services Office, Inc., 1998

**CG 21 49** 09 99



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.**  The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.**  The following definitions are added:

**1.**  For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.**  "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secre-

tary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act.  The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.**  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.**  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

© ISO Properties, Inc., 2007

**CG 21 73** 01 08



AUTO COVERAGE

AUTO COVERAGE

AUTO COVERAGE

SR

# ⬣ WESTFIELD®

**NEW**
**BUSINESS AUTO COVERAGE DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|

| ITEM ONE-NAMED INSURED & MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

| ITEM TWO | SCHEDULE OF COVERAGES AND COVERED AUTOS |
|---|---|

**Each Of These Coverages Will Apply Only To Those "Autos" Shown As Covered "Autos"."Autos" Are Shown As Covered "Autos" For A Particular Coverage By The Entry Of One Or More Of The Symbols From The Covered Auto Section of The Business Auto Coverage Form Next To The Name Of The Coverage.**

| COVERAGES | COVERED AUTO SYMBOLS | LIMIT<br>THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| Liability | 01 | Bodily Injury<br>       and          $1,000,000 Each Accident<br>Property Damage | |
| Personal Injury Protection | 05 | See Endorsement CA2210 | |
| Auto Medical Pay. | 02 | $2,000 | |
| Uninsured Motorists | 02 | Bodily Injury     $50,000 Each Accident | |
| Physical Damage Comprehensive Coverage | 02 08 | Actual Cash Value or Cost of Repair Whichever is Less Minus the Ded. for Each Covered Auto as Indicated in the Schedule for Covered Autos. No Deductible Applies to Loss Caused by Fire or Lightning. | |
| Physical Damage Collision Coverage | 02 08 | Actual Cash Value or Cost of Repair Whichever is Less Minus the Deductible for Each Covered Auto as Indicated in the Schedule for Covered Autos. | |
| | | Premium For Auto Endorsements | |
| | | **TOTAL ADVANCE ANNUAL PREMIUM** | |

Audit Period (If Applies)    [ ]  Annual  [ ]  Semi-Annual  [ ]  Quarterly  [ ]  Monthly

**Forms And Endorsements Attached To This Coverage Form:**
```
CADS03  0306*, CA0001  0306*, IL0021  0908*, CA0128  0309*, CA0267  1112*,
CA2394  0306*, CA7087  1211*, CA7080  0312*, CA9903  0306*, CA2172  1009*,
CA2210  0108*, CA7007  1087*, CA9910  0902*, CA7078  0712*, CA2071  1001*,
CA9960  0306*, CA9923  1293*, CA7022  0705*, CA2054  1001*, CA9933  0299*.
```

SR

 **WESTFIELD®**

**NEW**
**BUSINESS AUTO COVERAGE DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|

| ITEM ONE-NAMED INSURED & MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

KNOX HOLDINGS, INC
SEE SCHEDULE OF NAMED INSURED
PO BOX 20086
TALLAHASSEE FL  32316

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy Period | From | 05/04/13 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| | To | 05/04/14 | mailing address shown above. |

**ITEM THREE**    SCHEDULE OF COVERED AUTOS YOU OWN

The Insurance Afforded For Any One Automobile Is Only With Respect To Such And
So Many Of The Coverages As Are Indicated In Item Two Unless A Specific Limit Or
Deductible Is Indicated In This Schedule Of Automobiles.

| AUTO | ST | TER | YR | DESCRIPTION | SERIAL NUMBER | AGE | COST SYM | CLASS | STATED AMT | GVW |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | FL | 123 | 06 | NSSN ARMADA SE/LE | 5N1AA08B76N727327 | 8 | 36000 | 7398 | | |
| 002 | FL | 123 | 88 | WALL LOWBOY TRLR | LBT25250008701475 | 12 | 12500 | 68489 | | 35000 |
| 003 | FL | 123 | 99 | INTL DUMP TRUCK | 1HTTGAHT6SJ004011 | 12 | 125000 | 33479 | | 40000 |
| 004 | FL | 123 | 01 | DODGE RAM 2500 | 1B7KC23661J214434 | 12 | 29500 | 01489 | | |
| 005 | FL | 123 | 01 | CARGO TRLR | 4X4TSEV241U200768 | 12 | 12000 | 68489 | | |
| 006 | FL | 123 | 84 | PINE TRLR | 1PND281S3EK014102 | 12 | 12000 | 68489 | | |
| 007 | FL | 123 | 88 | MILL TRLR | 203635 | 12 | 12000 | 68489 | | |
| 008 | FL | 123 | 03 | FORD SUPER | 1FTRX17W53NA24840 | 11 | 30000 | 01489 | | |
| 009 | FL | 123 | 03 | FORD F250 | 1FTNW21LX3EC67159 | 11 | 35000 | 01489 | | |
| 010 | FL | 123 | 04 | CHEV C1500 | 2GCEC19T841293785 | 10 | 30000 | 01489 | | |
| 011 | FL | 123 | 05 | INFI QX56 | 5N3AA08C85N807539 | 9 | 54770 | 7398 | | |
| 012 | FL | 181 | 97 | MACK DUMP TRUCK | 1M1AA12Y1VW078012 | 12 | 55000 | 33479 | | |
| 013 | FL | 123 | 99 | MACK TRACTOR TR | 1M1AA12Y0XW104439 | 12 | 30000 | 36489 | | |
| 014 | FL | 123 | 07 | FORD EXPEDITION E | 1FMFK17567LA04909 | 7 | 34000 | 7398 | | |
| 015 | FL | 123 | 07 | CHEV PICK UP | 1GCHK23D27F149900 | 7 | 30000 | 01489 | | |
| 016 | FL | 123 | 08 | FORD PICK UP | 1FTSW21R48EA80627 | 6 | 31000 | 01489 | | |
| 017 | FL | 123 | 07 | GMC SIERRA | 1GTEC19C27Z502613 | 7 | 29163 | 01489 | | |
| 018 | FL | 123 | 07 | FREIGHTLIN | 1FVACXCS37HX70064 | 7 | 70000 | 33489 | | 27000 |
| 019 | FL | 123 | 08 | GMC SIERRA | 1GTEC19J48Z175468 | 6 | 32000 | 01489 | | |
| 020 | FL | 123 | 08 | GMC YUKON SLE/YUK | 1GKFK130X8R149114 | 6 | 44000 | 7398 | | |
| 021 | FL | 123 | 07 | CARGO TRLR | 4FPFB12187G120026 | 7 | 15000 | 68489 | | |
| 022 | FL | 123 | 89 | ENER TRLR | 100340 | 12 | 12000 | 68489 | | |
| 023 | FL | 123 | 78 | RSEM TRLR | RLS781002 | 12 | | 68489 | | |
| 024 | FL | 123 | 88 | FRUE TRLR | 1H2V02819JB040413 | 12 | | 68489 | | |
| 025 | FL | 123 | 08 | TYTA 4RUNNER LIMI | JTEZU17R08K012621 | 6 | 30325 | 7398 | | |
| 026 | FL | 123 | 09 | FORD FOCUS SES | 1FAHP36N39W120538 | 5 | 18853 | 7398 | | |
| 027 | FL | 123 | 09 | FORD F150 | 1FTPW14V19FA51896 | 5 | 38859 | 01489 | | |
| 028 | FL | 123 | 08 | FORD F250 | 1FTSX20R28EC26067 | 6 | 29399 | 01489 | | |
| 029 | FL | 123 | 08 | ECONOMY TRLR | 5NHUEHV298U215633 | 6 | 15000 | 68489 | | |
| 030 | FL | 123 | 09 | GMC SIERRA | 1GTEC19C09Z210395 | 5 | 29361 | 01489 | | |
| 031 | FL | 123 | 09 | GMC SIERRA | 1GTEC19C09Z279376 | 5 | 29361 | 01489 | | |
| 032 | FL | 123 | 10 | DODGE PICK UP | 3D7UT2HL7AG135854 | 4 | 29361 | 01489 | | |
| 033 | FL | 123 | 07 | FORD PICK UP | 1FMFU17597LA41186 | 7 | 26495 | 01489 | | |
| 034 | FL | 123 | 10 | FORD PICK UP | 1FTSW2BR1AEA09941 | 4 | 36295 | 01489 | | |
| 035 | FL | 123 | 02 | FORD PICK UP | 1FTRW07612KE18090 | 12 | 24290 | 01489 | | |
| 036 | FL | 123 | 00 | CHAM TRLR | FLA146C5279A | 12 | 10000 | 68489 | | |
| 037 | FL | 123 | 00 | CHAM TRLR | FLA146C5279B | 12 | 10000 | 68489 | | |

| PREMIUMS- AUTO LIAB | FPB/ PIP PPI | MED PY/EX | UN-UD MTRST | COMP | SPEC PERIL | TOW & COLL | * LABOR | DEDUCTIBLE ENDTS COMP | COLL | TOTAL PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|

# WESTFIELD®

**NEW**
**BUSINESS AUTO COVERAGE DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| ITEM ONE-NAMED INSURED & MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

```
PREMIUMS-  FPB/    MED UN-UD      SPEC      TOW &   *   DEDUCTIBLE      TOTAL
AUTO LIAB  PIP PPI PY/EX MTRST COMP  PERIL  COLL LABOR ENDTS COMP  COLL  PREMIUM
```

---

## HIRED AUTO LIABILITY

| STATE | ESTIMATED COST OF HIRE | RATE PER $100 COST OF HIRE | PREMIUM |
|---|---|---|---|
| FL | IF ANY | 1.658 | |

Cost Of Hire Means The Total Amount You Incur For The Hire Of Autos You Do Not Own (Not Including Autos You Borrow Or Rent From Your Partners Or Employees Or Their Family Members).  Cost Of Hire Does Not Include Charges For Services Performed By Motor Carriers Of Property Or Passengers.

## HIRED AUTO PHYSICAL DAMAGE

| STATE | ESTIMATED ANNUAL COST OF HIRE FOR<br>EACH STATE<br>(EXCLUDING AUTOS HIRED WITH A DRIVER) | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| FL | COMPREHENSIVE | IF ANY | 500 | INCL |
| FL | COLLISION | IF ANY | 500 | INCL |

For Physical Damage Coverages, Cost Of Hire Means That Total Amount You Incur For The Hire Of "Autos" You Don't  Own (Not Including "Autos" You Borrow Or Rent From Your Partners Or "Employees" Or Their Family Members).Cost Of Hire Does Not Include Charges For Any "Auto" That Is Leased, Hired, Rented Or Borrowed With A Driver.

---

PAGE   03 OF  04          CA DS 03 (03-06)          06/05/13          HF

SR

 **WESTFIELD**®

**NEW**
**BUSINESS AUTO COVERAGE DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| ITEM ONE-NAMED INSURED & MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

**Policy Number: CMM** 0 395 871 | 01 |   **WIC Account Number:** 0900375639   | M

| **Policy<br>Period** | **From**<br>**To** | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**NON-OWNERSHIP LIABILITY**

**RATING BASIS-NUMBER OF EMPLOYEES**          **ESTIMATED NUMBER**          **PREMIUM**
                                            **OF EMPLOYEES**

                                                26-100

| TOTAL ADVANCE ANNUAL AUTO PREMIUM |
|---|

**✶ENDORSEMENT SUMMARY**

DRIVE OTHER CAR COVERAGE
BUSINESS AUTO EXPANDED ENDORSEMENT

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos." The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos."

### A. Description Of Covered Auto Designation Symbols

| Symbol | Description Of Covered Auto Designation Symbols | |
|--------|------------|--------|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject to No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Nonowned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |
| **19** | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto."

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss;" or

   e. Destruction.

**SECTION II - LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto."

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos." However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

The following are "insureds:"

   a. You for any covered "auto."

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto." This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

      (2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

      (3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

      (4) Anyone other than your "employees", partner (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

      (5) A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

   c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured:"

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-Of-State Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured."

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.



But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract." For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5.    Fellow Employee**

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**6.    Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control.  But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7.    Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.**    Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto;" or

**b.**    After it is moved from the covered "auto" to the place where it is finally delivered by the "insured."

**8.    Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto."

**9.    Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.**    Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or "mobile equipment"; or

**b.**    Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10.    Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.**    Work or operations performed by you or on your behalf; and

**b.**    Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraphs **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)**    When all of the work called for in your contract has been completed.

**(2)**    When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

**(3)**    When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11.    Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants:"

**a.**    That are, or that are contained in any property that is:

**(1)**    Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto;"

**(2)**    Otherwise in the course of transit by or on behalf of the "insured;" or

**(3)**    Being stored, disposed of, treated or processed in or upon the covered "auto;"

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto;" or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured."

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants;" and

**(2)** The "bodily injury," "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment."

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto;" and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government,

sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C.  Limit Of Insurance**

Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury," and "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident."

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage Endorsement, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**SECTION III - PHYSICAL DAMAGE COVERAGE**

**A.  Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**
From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**
Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto."



**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**2. Towing**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto," we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extension**

**a. Transportation Expenses**

We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss."

**b. Loss of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes of Loss Coverage is provided for any covered "auto"; or

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

4. We will not pay for "loss" to any of the following:

   a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   b. Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

   c. Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

   d. Any accessories used with the electronic equipment described in Paragraph **c.** above.

   Exclusions **4.c.** and **4.d.** do not apply to:

   a. Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

   b. Any other electronic equipment that is:

      (1) Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

      (2) An integral part of the same unit housing any sound reproducing equipment described in **a.** above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

5. We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limit Of Insurance

1. The most we will pay for "loss" in any one "accident" is the lesser of:

   a. The actual cash value of the damaged or stolen property as of the time of the "loss;" or

   b. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

## D. Deductible

For each covered "auto," our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION IV - BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

## A. Loss Conditions

1. **Appraisal For Physical Damage Loss**

   If you and we disagree on the amount of "loss," either may demand an appraisal of the "loss." In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss." If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If we submit to an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss**

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

   a. In the event of "accident," claim, "suit" or "loss," you must give us or our authorized representative prompt notice of the "accident" or "loss." Include:

      (1) How, when and where the "accident" or "loss" occurred;



**(2)** The "insured's" name and ad-dress; and

**(3)** To the extent possible, the names and addresses of any in-jured persons and witnesses.

**b.** Additionally, you and any other in-volved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit."

**(3)** Cooperate with us in the inves-tigation or settlement of the claim or defense against the "suit."

**(4)** Authorize us to obtain medical records or other pertinent infor-mation.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reason-ably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage.  Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or dis-position.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your an-swers.

**3.** **Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an

obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this pol-icy to bring us into an action to de-termine the "insured's" liability.

**4.** **Loss Payment - Physical Damage Cover-ages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense.  We will pay for any dam-age that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5.** **Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Cov-erage Form has rights to recover dam-ages from another, those rights are transferred to us.  That person or organ-ization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B.** **General Conditions**

**1.** **Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Cover-age Form.

**2.** **Concealment,   Misrepresentation   Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form.  It is also void if you or any other "insured," at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto;"

**c.** Your interest in the covered "auto;" or

**d.** A claim under this Coverage Form.

**3.** **Liberalization**

If we revise this Coverage Form to pro-vide more coverage without additional premium charge, your policy will auto-matically provide the additional coverage as of the day the revision is effective in your state.

4. **No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

5. **Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own.

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract."

d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

6. **Premium Audit**

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due

date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

7. **Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

a. During the policy period shown in the Declarations; and

b. Within the coverage territory.

The coverage territory is:

a. The United States of America;

b. The territories and possessions of the United States of America;

c. Puerto Rico; and

d. Canada; and

e. Anywhere in the world, if:

(1) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

(2) The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, Puerto Rico or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

8. **Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident," the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued to you by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V - DEFINITIONS**

A. "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage."



**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semi-trailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants:"

    **a.** That are, or that are contained in any property that is:

      **(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto;"

      **(2)** Otherwise in the course of transit by or on behalf of the "insured;"

      **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto;" or

    **b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto;" or

    **c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured." Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants;" and

    **(2)** The "bodily injury," "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** or **6.c.** of the definition of "mobile equipment."

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto;" and

    **(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto." However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or

b. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

c. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

I. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

J. "Loss" means direct and accidental loss or damage.

K. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:



1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

a. Power cranes, shovels, loaders, diggers or drills; or

b. Road construction or resurfacing equipment such as graders, scrapers or rollers.

5. Vehicles not described in Paragraph 1., 2., 3. or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

b. Cherry pickers and similar devices used to raise or lower workers.

6. Vehicles not described in Paragraph 1., 2., 3. or 4. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos:"

a. Equipment designed primarily for:

(1) Snow removal;

(2) Road maintenance, but not construction or resurfacing; or

(3) Street cleaning;

b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury," or "property damage"; or

   **2.** A "covered pollution cost or expense",

   to which this insurance applies, are alleged.

   "Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTO MOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

  **A.** Under any Liability Coverage, to "bodily injury" or "property damage:"

    **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

  **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

  **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

    **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

    **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured;" or

    **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material," "special nuclear material" or "by-product material."

© ISO Properties, Inc., 2007

**IL 00 21  09 08**
**Page 1 of 2**

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

**(a)** Any "nuclear reactor;"

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel," or **(3)** handling, processing or packaging "waste;"

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in Florida, this endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** **Physical Damage Coverage** is changed as follows:

    **1.** No deductible applies under Specified Causes of Loss or Comprehensive Coverage for "loss" to glass used in the windshield.

    **2.** All other **Physical Damage Coverage** provisions will apply.

    **3.** Paragraph **1.** of **Loss Conditions, Appraisal For Physical Damage Loss,** is replaced by the following:

        **1. Appraisal For Physical Damage Loss**

        If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in this endorsement. The mediation must be completed before a demand for appraisal can be made. In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

        **a.** Pay its chosen appraiser; and

        **b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**B.** The **General Conditions** are amended as follows:

    **1.** The following is added to the **Other Insurance** Condition in the Business Auto and Garage Coverage Forms, and **Other Insurance - Primary And Excess Provisions** Condition in the Truckers and Motor Carrier Coverage Forms:

        **a.** When this Coverage Form and any other Coverage Form or policy providing liability coverage applies to an "auto" and:

        **(1)** One provides coverage to a lessor of "autos" for rent or lease; and

        **(2)** The other provides coverage to a person not described in Paragraph **B.1.a.(1),**

        then the Coverage Form or policy issued to the lessor described in Paragraph **B.1.a.(1)** is excess over any insurance available to a person described in **B.1.a.(2)** if the face of the lease or rental agreement contains, in at least 10 point type, the following language:

        The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by FLA. STAT. SECTION 324.021(7) and FLA. STAT. SECTION 627.736.

Copyright, Insurance Services Office, Inc., 2008

**2.** The following condition is added to the Business Auto, Garage, Truckers and Motor Carrier Coverage Forms:

**MEDIATION**

**1.** In any claim filed by an "insured" with us for:

    **a.** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

    **b.** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

    **c.** "Loss" to a covered "auto" or its equipment, in any amount.

either party may make a written demand for mediation of the claim prior to the institution of litigation.

**2.** A written request for mediation must be filed with the Florida Department of Insurance on an approved form, which may be obtained from the Florida Department of Insurance.

**3.** The request must state:

    **a.** Why mediation is being requested.

    **b.** The issues in dispute, which are to be mediated.

**4.** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**5.** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**6.** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **A.2.b.** of the Common Policy Conditions, **Cancellation**, is changed to read as follows:

    **b.** 45 days before the effective date of cancellation if we cancel for any other reason.

**B.** Paragraph **A.4.** of the Common Policy Conditions, **Cancellation**, is replaced by the following:

    **4.** Notice of cancellation will state the effective date of, and reason(s) for, the cancellation.  The policy period will end on that date.

**C.** Paragraph A.5. of the Common Policy Conditions, Cancellation, is replaced by the following:

    **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro rata.  If the first Named Insured cancels, the refund may be less than pro rata.  If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

    If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect.  If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

    The cancellation will be effective even if we have not made or offered a refund.

**D.** The following is added to paragraph **A.** of the Common Policy Conditions, **Cancellation**:

    **7.** If this policy provides Personal Injury Protection, Property Damage Liability Coverage or both, and:

    **a.** It is a new or renewal policy, it may not be cancelled by the first Named Insured during the first 60 days immediately following the effective date of the policy or renewal, except for one of the following reasons:

        **(1)** The covered "auto" is completely destroyed such that it is no longer operable;

        **(2)** Ownership of the covered "auto" is transferred; or

        **(3)** The "Named Insured" has purchased another policy covering the motor vehicle insured under this policy.

    **b.** It is a new policy, we may not cancel it during the first 60 days immediately following the effective date of the policy for nonpayment of premium unless a check used to pay us is dishonored for any reason or any other type of premium payment is subsequently determined to be rejected or invalid.

**E.** The following condition is added:

**NONRENEWAL**

**1.** If we decide not to renew or continue this policy, we will mail you notice at least 45 days before the end of the policy period.  If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period.  Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**2.** If we fail to mail proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**3.** Notice of nonrenewal will state the reason(s) for the nonrenewal and the effective date of nonrenewal.  The policy period will end on that date.



© Insurance Services Office, Inc., 2012                                    **CA 02 67  11 12**

POLICY NUMBER:  CMM 0395871                                              **COMMERCIAL AUTO**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to Paragraph **B. Exclusions** of **Section II - Liability Coverage** in the Business Auto, Motor Carrier and Truckers Coverage Forms and for **"Garage Operations" - Covered "Autos"** in the Garage Coverage Form:

**SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE**

This insurance does not apply to:

**1.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**2.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**3.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B.** **Additional Definitions**

As used in this endorsement:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2005                                              **CA 23 94  03 06**



COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CANCELATION NOTIFICATION REQUIREMENTS FOR FLORIDA VEHICLES

The auto liability coverage part of this policy may not be canceled on less than 45 days written notice by the insurer to the Department of Highway Safety and Motor Vehicles, such 45 days notice to commence from the date notice is received by the Department of Highway Safety and Motor Vehicles.

**CA 70 87  12 11**



COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WHO IS AN INSURED AMENDMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

Under **SECTION II - LIABILITY COVERAGE** Item **A.  Coverage**, paragraph **1.b.(1)** is deleted and replaced with the following:

**(1)** The owner, any "employee" or agent of the owner, or anyone else from whom you hire or borrow a covered "auto".  This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**CA 70 80  03 12**



COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident." We will pay only those expenses incurred, for services rendered within three years from the date of the "accident."

**B. Who Is An Insured**

**1.** You while "occupying" or, while a pedestrian, when struck by any "auto."

**2.** If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto."

**3.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto." The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

**2.** "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

**3.** "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member."

**4.** "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits.  For the purposes of

this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5.** "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

**6.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**7.** "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**8.** "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity.  This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

© ISO Properties, Inc., 2005

CA 99 03 03 06
**Page 1 of 2**

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E.    Changes In Conditions**

The Conditions are changed for Auto Medical Payments Coverage as follows:

**1.**    The Transfer Of Rights Of Recovery Against Others To Us Condition does not apply.

**2.**    The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance - Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F.    Additional Definitions**

As used in this endorsement:

**1.**    "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

**2.**    "Occupying" means in, upon, getting in, on, out or off.

POLICY NUMBER:    CMM 0395871                                                    COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FLORIDA UNINSURED MOTORISTS COVERAGE
# NONSTACKED

For a covered ″auto″ licensed or principally garaged in, or ″garage operations″ conducted in, Florida, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

### SCHEDULE

| |
|---|
| **Limit Of Insurance:    $**                                              **Each ″Accident″** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.  Coverage**

1.  We will pay all sums the ″insured″ is legally entitled to recover as compensatory damages from the owner or driver of an ″uninsured motor vehicle.″ The damages must result from ″bodily injury″ sustained by the ″insured″ caused by an ″accident.″ The owner′s or driver′s liability for these damages must result from the ownership, maintenance or use of the ″uninsured motor vehicle.″

2.  With respect to damages resulting from an ″accident″ with a vehicle described in Paragraph **b.** of the definition of ″uninsured motor vehicle″, we will pay under this coverage only if **a.** or **b.** below applies:

    **a.**  The limit of any applicable liability bonds or policies has been exhausted by judgments or payments; or

    **b.**  A tentative settlement has been made between an ″insured″ and the insurer of the ″underinsured motor vehicle″ and we:

        **(1)**  Have been given prompt written notice of such tentative settlement; and

    **(2)**  Advance payment to the ″insured″ in an amount equal to the tentative settlement within 30 days after receipt of notification.

3.  Any judgment for damages arising out of a ″suit″ brought without our written consent is not binding on us.

**B.  Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1.  An individual, then the following are ″insureds″:

    **a.**  The Named Insured and any ″family members″.

    **b.**  Anyone else ″occupying″ a covered ″auto″ or a temporary substitute for a covered ″auto.″ The covered ″auto″ must be out of service because of its breakdown, repair, servicing, ″loss″ or destruction.

    **c.**  Anyone for damages he or she is entitled to recover because of ″bodily injury″ sustained by another ″insured.″

© ISO Properties, Inc., 2009

**CA 21 72  10 09**
**Page 1 of 5**

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto." The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured."

**C. Exclusions**

This insurance does not apply to:

**1.** Any claim settled or judgment reached without our consent, unless our right to recover payment has not been prejudiced by such settlement or judgment. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle."

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** "Bodily injury" sustained by:

**a.** An individual Named Insured while "occupying" or when struck by a vehicle owned by that individual Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy; or

**d.** Any "insured" with respect to damages for pain, suffering, mental anguish or inconvenience unless the "bodily injury" consists in whole or in part of:

**(1)** Significant and permanent loss of an important bodily function;

**(2)** Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement;

**(3)** Significant and permanent scarring or disfigurement; or

**(4)** Death.

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Liability Coverage form, No-fault Coverage endorsement, Medical Payments Coverage endorsement, or Uninsured Motorists Coverage endorsement attached to this Coverage Part.

**3.** We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

**4.** We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**CA 21 72  10 09**
**Page 2 of 5**

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage Non Stacked as follows:

1. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

   **a.** If there is other applicable insurance available under one or more coverage forms, policies or provisions of coverage any recovery for damages sustained by an individual Named Insured or any "family member":

      **(1)** While "occupying" a vehicle owned by that Named Insured or any "family member" may equal, but not exceed, the limit of insurance for Uninsured Motorists Coverage applicable to that vehicle.

      **(2)** While "occupying" a vehicle not owned by that Named Insured or any "family member" may equal, but not exceed, the sum of:

         **(a)** The limit of insurance for Uninsured Motorists Coverage applicable to the vehicle such Named Insured or any "family member" was, "occupying" at the time of the "accident"; and

         **(b)** The highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to such Named Insured or any "family member".

      **(3)** While not "occupying" any vehicle may equal, but not exceed, the highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to an individual Named Insured or any "family member".

   **b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured motorists insurance providing coverage on a primary basis.

   **c.** If the coverage under this Coverage Form is provided:

      **(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

      **(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   **a.** Promptly notify the police if a hit-and-run driver is involved; and

   **b.** Promptly send us copies of the legal papers if a "suit" is brought.

   **c.** A person seeking Uninsured Motorists Coverage must also promptly notify us in writing by certified or registered mail of a tentative settlement between the "insured" and the insurer of the vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle."

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   Our rights do not apply under this provision with respect to Uninsured Motorists Coverage if we:

   **a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle;" and

   **b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.



If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

**b.** We also have a right to recover the advanced payment.

**4.** The following condition is added:

**a. Arbitration**

**(1)** If we and an "insured" do not agree:

**(a)** Whether that person is legally entitled to recover damages under this endorsement; or

**(b)** As to the amount of damages that are recoverable by that person;

Then the matter may be mediated, in accordance with the Mediation Provision contained in General Conditions, if the damages resulting from "bodily injury" are for $10,000 or less, or arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

**(2)** Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**(3)** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**b. Florida Arbitration Act**

If we and an "insured" agree to arbitration, the **Florida Arbitration Act** will not apply.

**c. Mediation**

**(1)** In any claim filed by an "insured" with us for:

**(a)** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

**(b)** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto"; or

**(c)** "Loss" to a covered "auto" or its equipment, in any amount;

either party may make a written demand for mediation of the claim prior to the institution of litigation.

**(2)** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

**(3)** The request must state:

**(a)** Why mediation is being requested.

**(b)** The issues in dispute, which are to be mediated.

**(4)** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**(5)** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**CA 21 72  10 09**
**Page 4 of 5**

**(6)** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**F.  Additional Definitions**

As used in this endorsement:

**1.**  "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.**  "Occupying" means in, upon, getting in, on, out or off.

**3.**  "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.**  For which no liability bond or policy applies at the time of an "accident;"

**b.**  That is an underinsured motor vehicle.  An underinsured motor vehicle is a land motor vehicle or "trailer" for which a "bodily injury" liability bond or policy applies at the time of an "accident" but the amount paid under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages caused by the "accident;"

**c.**  For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**d.**  For which neither the driver nor owner can be identified.  The land motor vehicle or "trailer" must:

**(1)**  Hit an individual Named Insured or any "family member," a cov-

ered "auto" or a vehicle such Named Insured or any "family member" is "occupying;" or

**(2)**  Cause an "accident" resulting in "bodily injury" to an individual Named Insured or any "family member" without hitting that Named Insured, any "family member," a covered "auto" or a vehicle such Named Insured or any "family member" is "occupying."

If there is no physical contact with the land motor vehicle or trailer, the facts of the "accident" must be proved.  We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

However, "uninsured motor vehicle" does not include any vehicle:

**a.**  Owned by a governmental unit or agency;

**b.**  Designed for use mainly off public roads while not on public roads; or

**c.**  Owned by or furnished or available for the regular use of the Named Insured or if the Named Insured is an individual, any "family member" unless it is a covered "auto" to which the Coverage Form's Liability Coverage applies and liability coverage is excluded for any person or organization other than the Named Insured or if the Named Insured is an individual, any "family member".

POLICY NUMBER:   CMM 0395871                                    COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| Named Insured: |
| Endorsement Effective Date: |

We agree with the "named insured," subject to all the provisions of this endorsement and to all of the provisions of the policy except as modified herein, as follows that:

## SCHEDULE

Any Personal Injury Protection deductible shown in the Declarations of $

is applicable to  ☐  the following "named insured" only:

☐  each "named insured" and each dependent - "family member."

☐ Work loss for "named insured" does not apply.

☐ Work loss for "named insured" and dependent - "family member" does not apply.

| Benefits | Limit Per Person |
|---|---|
| Total Aggregate Limit for all Personal Injury Protection Benefits | The lesser of: $ 10,000 |
| Death Benefits | $ 5,000; or The total aggregate limit for Personal Injury Protection benefits minus any amounts paid for medical expenses, work loss or replacement services expenses. |
| Medical Expenses | 80% of medical expenses subject to total aggregate limit |
| Work Loss | 60% of work loss subject to total aggregate limit |
| Replacement Services Expense | subject to total aggregate limit |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Copyright, Insurance Services Office, Inc., 2007

**CA 22 10** 01 08
**Page 1 of 6**

**A.    Coverage**

We will pay Personal Injury Protection bene-
fits in accordance with the Florida Motor Ve-
hicle No-Fault Law to or for an "insured" who
sustains "bodily injury" in an "accident" aris-
ing out of the ownership, maintenance or use
of a "motor vehicle." Subject to the limits
shown in the Schedule, these Personal Injury
Protection benefits consist of the following:

**1.    Medical Expense**

All reasonable "medically necessary"
expenses for medical, surgical, x-ray,
dental, ambulance, hospital, professional
nursing and rehabilitative services, in-
cluding prosthetic devices. However, we
will pay for these benefits only if pro-
vided, supervised, ordered or prescribed
by a health care provider or facility au-
thorized by the Florida Motor Vehicle
No-Fault Law.

**2.    Replacement Services Expenses**

With respect to the period of disability of
the injured person all expenses reason-
ably incurred in obtaining from others
ordinary and necessary services in lieu
of those that, but for such injury, the in-
jured person would have performed
without income for the benefit of his or
her household;

**3.    Work Loss**

With respect to the period of disability of
the injured person, any loss of income
and earning capacity from inability to
work proximately caused by the injury
sustained by the injured person; and

**4.    Death Benefits**

**B.    Who Is An Insured**

**1.**    The "named insured."

**2.**    If the "named insured" is an individual,
any "family member."

**3.**    Any other person while "occupying" a
covered "motor vehicle" with the "named
insured's" consent.

**4.**    A "pedestrian" if the "accident" involves
the covered "motor vehicle."

**C.    Exclusions**

We will not pay Personal Injury Protection
benefits for "bodily injury:"

**1.**    Sustained by the "named insured" or any
"family member" while "occupying" any
"motor vehicle" owned by the "named

insured" that is not a covered "motor ve-
hicle;"

**2.**    Sustained by any person while operating
the covered "motor vehicle" without the
"named insured's" expressed or implied
consent;

**3.**    Sustained by any person:

**a.**    Caused by his or her own intentional
act; or

**b.**    While committing a felony.

**4.**    To the "named insured" or any "family
member" for work loss if an entry in the
Schedule or Declarations indicates that
coverage for work loss does not apply;

**5.**    To any "pedestrian," other than the
"named insured" or any "family mem-
ber," not a legal resident of the state of
Florida;

**6.**    To any person, other than the "named
insured" if that person is the "owner" of
a "motor vehicle" for which security is
required under the Florida Motor Vehicle
No-Fault Law;

**7.**    To any person, other than the "named
insured," or any "family member," who is
entitled to personal injury protection
benefits from the owner of a "motor ve-
hicle" that is not a covered "motor vehi-
cle" under this insurance or from the
"owner's" insurer; or

**8.**    To any person who sustains "bodily in-
jury" while "occupying" a "motor vehicle"
located for use as a residence or prem-
ises.

**D.    Limit Of Insurance**

**1.**    Regardless of the number of persons in-
sured, policies or bonds applicable, pre-
miums paid, vehicles involved or claims
made, the total aggregate limit of per-
sonal injury protection benefits available
under the Florida Motor Vehicle No-Fault
Law from all sources combined, includ-
ing this policy, for all "loss" and expense
incurred by or on behalf of any one per-
son who sustains "bodily injury" as the
result of any one "accident," shall be
$10,000.

**2.**    Any amount paid under this coverage will
be reduced by the amount of benefits an
injured person has been paid or is enti-
tled to be paid for the same elements of
"loss" under any workers' compensation
law.

3. If personal injury protection benefits, under the Florida Motor Vehicle No-Fault Law, have been received from any insurer for the same elements of loss and expense benefits available under this policy, we will not make duplicate payments to or for the benefit of the injured person. The insurer paying the benefits shall be entitled to recover from us its pro rata share of the benefits paid and expenses incurred in handling the claim.

4. The deductible amount shown in the Schedule will be deducted from the total amount of expenses and losses listed in Paragraphs **A.1.**, **A.2.** and **A3.** of this endorsement before the application of any percentage limitation for each "insured" to whom the deductible applies. The deductible does not apply to the death benefit.

5. Any amount paid under this coverage for medical expenses may be limited by the medical fee schedule prescribed by the Florida Motor Vehicle No-Fault Law.

**E. Changes In Conditions**

The Conditions are changed for **Personal Injury Protection** as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** is amended by the addition of the following:

   In the event of an "accident," the "named insured" must give us or our authorized representative prompt written notice of the "accident."

   If any injured person or his or her legal representative institutes a legal action to recover damages for "bodily injury" against a third party, a copy of the summons, complaint or other process served in connection with that legal action must be forwarded to us as soon as possible by the injured person or his or her legal representative.

2. **Legal Action Against Us** is replaced by the following:

   **a.** No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us:

      **(1)** Until the claim for benefits is overdue in accordance with Paragraph **F.2.** of this endorsement; and

      **(2)** Until we are provided with a demand letter in accordance with the Florida Motor Vehicle No-

Fault Law sent to us via U.S. certified or registered mail; and

      **(3)** With respect to the overdue claim specified in the demand letter, if, within 30 days of receipt of the demand letter, we:

         **(a)** pay the overdue claim; or

         **(b)** agree to pay for future treatment not yet rendered;

      in accordance with the requirements of the Florida Motor Vehicle No-Fault Law.

   **b.** If legal action is brought against us, all claims related to the same health care provider or facility shall be brought in a single action, unless good cause can be shown why such claims should be brought separately.

3. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   Unless prohibited by the Florida Motor Vehicle No-Fault Law, in the event of payment to or for the benefit of any injured person under this coverage:

   **a.** We will be reimbursed for those payments, not including reasonable attorneys' fees and other reasonable expenses, from the proceeds of any settlement or judgment resulting from any right of recovery of the injured person against any person or organization legally responsible for the "bodily injury" from which the payment arises. We will also have a lien on those proceeds.

   **b.** If any person to or for whom we pay benefits has rights to recover benefits from another, those rights are transferred to us. That person must do everything necessary to secure our rights and must do nothing after loss to impair them.

   **c.** The insurer providing personal injury protection benefits on a private passenger "motor vehicle," as defined in the Florida Motor Vehicle No-Fault Law, shall be entitled to reimbursement to the extent of the payment of personal injury protection benefits from the "owner" or the insurer of the "owner" of a commercial "motor vehicle," as defined in the Florida Motor Vehicle No-Fault Law, if such injured person sustained the injury while "occupying," or while a "pedestrian" through being struck by, such commercial "motor vehicle."



4. The **Concealment, Misrepresentation Or Fraud** provision is replaced by the following:

We do not provide coverage under this endorsement for an "insured" if that "insured" has committed, by a material act or omission, any insurance fraud relating to personal injury protection coverage under this form, if fraud is admitted to in a sworn statement by the "insured" or if the fraud is established in a court of competent jurisdiction. Any insurance fraud shall void all personal injury protection coverage arising from the claim with respect to the "insured" who committed the fraud. Any benefits paid prior to the discovery of that "insured's" fraud shall be recoverable from that "insured".

**F. Additional Conditions**

The following Conditions are added:

**1. Mediation**

a. In any claim filed by an "insured" with us for:

(1) "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

(2) "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

(3) "Loss" to a covered "auto" or its equipment, in any amount,

either party may make a written demand for mediation of the claim prior to the institution of litigation.

b. A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

c. The request must state:

(1) Why mediation is being requested.

(2) The issues in dispute, which are to be mediated.

d. The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

e. Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

f. The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**2. Payment Of Benefits**

Personal injury protection benefits payable under this coverage form, whether the full or partial amount, may be overdue if not paid within 30 days after we are furnished with written notice of the covered "loss" and the amount of the covered "loss" in accordance with the Florida Motor Vehicle No-Fault Law.

**3. Modification Of Policy Coverages**

Any Automobile Medical Payments Coverage and any Uninsured Motorists Coverage afforded by the policy shall be excess over any personal injury protection benefits paid or payable.

Regardless of whether the full amount of personal injury protection benefits has been exhausted, any Medical Payments Coverage afforded by the policy shall pay the portion of any claim for personal injury protection medical expenses which are otherwise covered but not payable due to the limitation of 80% of medical expense benefits but shall not be payable for the amount of the deductible selected.

**4. Proof Of Claim; Medical Reports And Examinations; Payment Of Claim Withheld**

As soon as practicable, the person making claim shall give to us written proof of claim, under oath if required, which may include full particulars of the nature and extent of the injuries and treatment received and contemplated, and such other information as may assist us in determining the amount due and payable. Such person shall submit to mental and physical examinations at our expense when and as often as we may reasonably require and a copy of the medical report shall be forwarded to such person if requested. If the person unreasonably refuses to submit to an examination, we will not be liable for subsequent personal injury protection benefits. Whenever a person making claim is charged with committing a felony, we shall withhold benefits until, at the trial level, the prosecution makes a formal entry on the record that it will not prosecute the case against the person, the charge is dismissed or the person is acquitted.

**5. Provisional Premium**

In the event of any change in the rules, rates, rating plan, premiums or minimum premiums applicable to the insurance afforded, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law providing for the exemption of persons from tort liability, the premium stated in the Declarations for any Liability, Medical Payments and Uninsured Motorists insurance shall be deemed provisional and subject to recomputation. If this policy is a renewal policy, such recomputation shall also include a determination of the amount of any return premium previously credited or refunded to the "named insured" pursuant to the Florida Motor Vehicle No-Fault Law with respect to insurance afforded under a previous policy. If the final premium thus recomputed exceeds the premium shown in the Declarations, the "named insured" shall pay to us the excess as well as the amount of any return premium previously credited or refunded.

**6. Special Provisions For Rented Or Leased Vehicles**

Notwithstanding any provision of this coverage to the contrary, if a person is injured while "occupying" or through being struck by, a "motor vehicle" rented or leased under a rental or lease agreement which does not specify otherwise in language required by FLA.STAT.SECTION 627.7263(2) in at least 10-point type on the face of the agreement, the personal injury protection benefits available under the Florida Motor Vehicle No-Fault Law and afforded under the lessor's policy shall be primary.

**7. Policy Period; Territory**

The insurance under this Section applies only to "accidents" which occur during the policy period:

**a.** In the state of Florida;

**b.** As respects the "named insured" or any "family member," while "occupying" the covered "motor vehicle" outside the state of Florida but within the United States of America, its territories or possessions or Canada; and

**c.** As respects the "named insured," while "occupying" a "motor vehicle" of which a "family member" is the "owner" and for which security is maintained under the Florida Motor Vehicle No-Fault Law outside the state of Florida but within the United States of America, its territories or possessions or Canada.

**G. Additional Definitions**

As used in this endorsement:

**1.** "Motor vehicle" means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semitrailer designed for use with such vehicle;

However, "motor vehicle" does not include:

**a.** A mobile home;

**b.** Any "motor vehicle" which is used in mass transit, other than public school transportation, and designed to transport more than five passengers exclusive of the operator of the motor vehicle and which is owned by a municipality, a transit authority, or a political subdivision of the state.

**2.** "Family member" means a person related to the "named insured" by blood, marriage or adoption including a ward or foster child who is a resident of the same household as the "named insured."

**3.** "Named insured" means the person or organization named in the Declarations of the policy and, if an individual, shall include the spouse if a resident of the same household.

4. "Occupying" means in or upon or entering into or alighting from.

5. "Owner" means a person or organization who holds the legal title to a "motor vehicle," and also includes:

   a. A debtor having the right to possession, in the event a "motor vehicle" is the subject of a security agreement;

   b. A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease with option to purchase and such lease agreement is for a period of six months or more; and

   c. A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease without option to purchase, and such lease is for a period of six months or more, and the lease agreement provides that the lessee shall be responsible for securing insurance.

6. "Pedestrian" means a person while not an occupant of any self-propelled vehicle.

7. "Medically necessary" refers to a medical service or supply that prudent physician would provide for the purpose of preventing, diagnosing or treating an illness, injury, disease, or symptom in a manner that is:

   a. In accordance with generally accepted standards of medical practice;

   b. Clinically appropriate in terms of type, frequency, extent, site and duration; and

   c. Not primarily for the convenience of the patient, physician, or other health care provider.

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DRIVE OTHER CAR COVERAGE - BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective: | Countersigned By: |
|---|---|
| Named Insured: | (Authorized Representative) |

### SCHEDULE

| Name of Individual | Liability | | Auto Medical Payments | |
|---|---|---|---|---|
| | Limit | Premium | Limit | Premium |
| **O J KNOX III** **SCOTT KNOX** | | INCL INCL | | INCL INCL |

| Name of Individual | Uninsured Motorists | | Underinsured Motorists | | Physical Damage | |
|---|---|---|---|---|---|---|
| | | | | | Comp. | Coll. |
| | Limit | Premium | Limit | Premium | | |
| **O J KNOX III** **SCOTT KNOX** | | INCL INCL | | | INCL INCL | INCL INCL |

Note - When uninsured motorists is provided at limits higher than the basic limits required by a financial responsibility law, underinsured motorists is included, unless otherwise noted.  If underinsured motorists coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

ISO Properties, Inc., 2002                                    **CA 99 10** 09 02
                                                         **Page 1 of 2**

**A.** This endorsement changes only those coverages where a premium is shown in the Schedule.

**B. Changes In Liability Coverage**

    **1.** Any "auto" you don't own, hire or borrow is a covered "auto" for Liability Coverage while being used by any individual named in the Schedule or by his or her spouse while a resident of the same household except:

        **a.** Any "auto" owned by that individual or by any member of his or her household.

        **b.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos."

    **2.** The following is added to **Who Is An Insured:**

        Any individual named in the Schedule and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **B.1.** of this endorsement.

**C. Changes In Auto Medical Payments And Uninsured And Underinsured Motorists Coverages**

The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her "family members" are "insured" while "occupying" or while a pedestrian when being struck by any "auto" you don't own except:

Any "auto" owned by that individual or by any "family member."

**D. Changes In Physical Damage Coverage**

Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Schedule or his or her spouse while a resident of the same household except:

    **1.** Any "auto" owned by that individual or by any member of his or her household.

    **2.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos."

**E. Additional Definition**

As used in this endorsement:

"Family member" means a person related to the individual named in the Schedule by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child.

COMMERCIAL AUTO

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# BUSINESS AUTO EXPANDED ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**

## SCHEDULE

The coverage provided by this endorsement is summarized below and is intended to provide a general coverage description only.  For the details affecting each coverage, please refer to the terms and conditions in this endorsement.

- **A.  Who Is An Insured broadened:**
  - Additional Insured by Contract, Agreement or Permit
  - Legally Incorporated Subsidiaries
  - Newly Acquired Organizations
- **B.  Supplementary Payments**
  - Bail Bonds - $5000
  - Loss of Earnings - $500
- **C.  Fellow Employee Exclusion Amendment**
- **D.  Coverage Extensions**
  - Transportation Expenses
  - Personal Effects (Excess Basis)
- **E.  Additional Coverages**
  - Expenses paid for returning a stolen covered auto
  - Fire Department Service Charge
- **F.  Airbag Coverage - Accidental Discharge**
- **G.  Knowledge and Notice of an Accident, Claim or Suit**
- **H.  Unintentional Failure To Disclose Hazards**
- **I.  Worldwide Coverage**
- **J.  Definitions**
  - Bodily Injury Redefined

**In addition to the policy amendments contained in A. through K. listed above, the endorsements listed below will automatically be attached to your policy to complete the coverage provided by the Business Auto Endorsement:**

- Audio, Visual and Data Electronic Equipment Coverage Added Limits - CA 99 60
- Auto Loan/Lease Gap Coverage - CA 20 71
- Drive Other Car Coverage - Broadened Coverage For Named Individuals - (Executive Officers/Spouses) - CA 99 10
- Employee Hired Autos - CA 20 54
- Employees As Insureds - CA 99 33
- Hired Auto Physical Damage (Refer to Auto Declarations page)
- Rental Reimbursement Coverage - CA 99 23
- Waiver of Transfer of Rights of Recovery (Waiver of Subrogation) - CA 70 22

## A.  WHO IS AN INSURED BROADENED

**SECTION II - LIABILITY COVERAGE,** item **A. Coverage, 1. Who Is An Insured** is amended to include the following additional paragraphs:

**d.**  Any legally incorporated subsidiary of yours in which you own more than 50% of the voting stock on the effective date of this endorsement.

However, "insured" does not include any subsidiary that is an "insured" under any other liability policy or would be an "insured" under such a policy but for its termination or the exhaustion of its limit of insurance.

Coverage under this provision is afforded only for the first 180 days after you acquire or form the organization or until the end of the policy period, whichever comes first.

**e.**  Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or a majority interest.  However, coverage under this provision:

CA 70 78  07 12

Page 1 of 3

**(1)** Does not apply if the organization you acquire or form is an "insured" under another auto liability policy or would be "insured" under such a policy but for its termination or the exhaustion of its limits of insurance;

**(2)** Does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**(3)** Is afforded only for the first 180 days after you acquire or form the organization or until the end of the policy period, whichever comes first.

**f.** Any person or organization with whom you agreed in writing in a contract, agreement or permit, to provide insurance such as is afforded under this policy.

This provision only applies if the written contract or agreement has been executed or permit has been issued, prior to the "bodily injury" or "property damage".

**B. SUPPLEMENTAL PAYMENTS**

**SECTION II - LIABILITY COVERAGE, item A. Coverage, 2. Coverage Extensions, a. Supplementary Payments,** subparagraphs **(2)** and **(4)** are deleted and replaced with the following:

**(2)** Up to $5,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $500 per day because of time off from work.

**C. FELLOW EMPLOYEE EXCLUSION AMENDMENT**

**SECTION II - LIABILITY COVERAGE, item B. Exclusions, 5. Fellow Employee** does not apply if the "bodily injury" results from the use of a covered "auto" you own or hire.

**D. COVERAGE EXTENSIONS**

**SECTION III - PHYSICAL DAMAGE COVERAGE, Item A. Coverage, 4. Coverage Extensions, a. Transportation Expenses** is replaced with the following:

**a. Transportation Expenses**

We will pay up to $100 per day to a maximum of $1,800 for transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

The following is added to Item **4. Coverage Extensions:**

**c. Personal Effects**

We will pay up to $500 for the "loss" of your personal effects that are contained in a covered "auto" due to the total theft of the covered "auto." We will pay only for those personal effects that are contained in covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage.

Our payment for "loss" of or damage to personal effects will apply only on an excess basis over other collectible insurance.

**E. ADDITIONAL COVERAGES**

**SECTION III - PHYSICAL DAMAGE COVERAGE, A. Coverage,** is amended to include the following additional coverage items:

**5.** We will pay the expense of returning a stolen covered "auto" to you.

**6. Fire Department Service Charge**

When a fire department is called to save or protect a covered "auto", its equipment, its contents or occupants from a Covered Cause Of Loss, we will pay up to $1,000 for your liability for Fire Department Service Charges:

**(a)** Assumed by contract or agreement prior to loss; or

**(b)** Required by local ordinance.

No deductible applies to this additional coverage.

**F. AIRBAG COVERAGE - ACCIDENTAL DISCHARGE**

**SECTION III - PHYSICAL DAMAGE COVERAGE, Item B. Exclusions,** subparagraph **3.a.** is deleted and replaced with the following:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

Mechanical breakdown does not apply to the accidental discharge of an airbag.

**G. KNOWLEDGE AND NOTICE OF AN ACCIDENT, CLAIM OR SUIT**

**SECTION IV - BUSINESS AUTO CONDITIONS,** Item **A. Loss Conditions** is amended as follows:

Subparagraph **a.** under Item **2. Duties In The Event Of Accident, Claim, Suit Or Loss**, is amended to include the following paragraphs:

This requirement applies when the "accident," claim, "suit" or "loss" is first known to:

(1) You, if you are an individual;

(2) A partner, if you are a partnership; or

(3) An executive officer or insurance manager, if you are a corporation.

Subparagraph **b.(2)** under **2. Duties In The Event Of Accident, Claim, Suit Or Loss** is amended as follows:

(2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit."

Your employees may know of documents received concerning a claim or "suit". This will not mean that you have such knowledge, unless receipt of such documents is known to you, any of your executive officers or partners or your insurance manager.

**H. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

Under **SECTION IV - BUSINESS AUTO CONDITIONS, B. General Conditions, 2. Concealment, Misrepresentation Or Fraud** is amended to include the following additional paragraph:

If you unintentionally fail to disclose any hazards existing at the inception date of your policy, we will not deny coverage under this Coverage Part because of such failure.

**I. WORLDWIDE COVERAGE**

Under **SECTION IV - BUSINESS AUTO CONDITIONS, B. General Conditions, 7. Policy Period, Coverage Territory,** subparagraph **e.** is deleted and replaced with the following:

e. Anywhere in the world, if:

(1) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 45 days or less; and

(2) The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, Puerto Rico or Canada or in a settlement we agree to.

(3) If, for such "autos" a "suit" is brought outside the territory described in 7.a. through 7.d. above, we will reimburse the insured for defense expenses incurred with our written consent, but we will make no payment, nor will we reimburse the insured for damages.

**J. DEFINITIONS**

Under **SECTION V - DEFINITIONS**, Item **C.** is replaced by the following:

C. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish, mental injury or death resulting from any of these. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

POLICY NUMBER:                                              **COMMERCIAL AUTO**

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AUTO LOAN/LEASE GAP COVERAGE

This endorsement modifies insurance provided under the following;

    BUSINESS AUTO COVERAGE FORM
    BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective | Countersigned by: |
|---|---|
| Named Insured:<br>KNOX HOLDINGS, INC | (Authorized Representative) |

## SCHEDULE

| Vehicle No. | Description Of Loan/Lease "Autos" Which Are Covered "Autos" | Other Than Collision Additional Premium | Collision Additional Premium |
|---|---|---|---|
| | **Applies to ALL VEHICLES Scheduled** | $ | $ |
| | | $ | $ |
| | | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The **Physical Damage Coverage** Section is amended by the addition of the following:

In the event of a total "loss" to a covered "auto" shown in the Schedule or Declarations for which a specific premium charge indicates that Auto Loan/Lease GAP Coverage applies, we will pay any unpaid amount due on the lease or loan for a covered "auto", less:

1. The amount paid under under the Physical Damage Coverage Section of the policy; and

2. Any:

    a. Overdue lease/loan payments at the time of the "loss";

b. Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage.

c. Security deposits not returned by the lessor;

d. Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease; and

e Carry-over balances from previous loans or leases.

© ISO Properties, Inc., 2000                                                      **CA 20 71  10 01**



POLICY NUMBER:    CMM 0395871                                          COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AUDIO, VISUAL AND DATA ELECTRONIC EQUIPMENT COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |
| **Countersignature Of Authorized Representative** |
| **Name:** |
| **Title:** |
| **Signature:** |
| **Date:** |

### SCHEDULE

| Description Of Covered "Auto":  Applies to ALL VEHICLES Scheduled | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $           250 | $ Included |

| Description Of Covered "Auto": | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $           250 | $ |

| Description Of Covered "Auto": | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $           250 | $ |

© ISO Properties, Inc., 2005                                          **CA 99 60** 03 06
                                                                        **Page 1 of 3**

| Description Of Covered "Auto": | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $    250 | $ |

| Description Of Covered "Auto": | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $    250 | $ |

| Description Of Covered "Auto": | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $    250 | $ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**Note**

The amount shown in the Schedule is not necessarily the amount you will receive at the time of "loss" for the described property. Please refer to the Limit Of Insurance and Deductible provisions which follow.

**A. COVERAGE**

1. We will pay with respect to a covered "auto" described in the above Schedule for "loss" to any electronic equipment that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound. This coverage applies only if the equipment is permanently installed in the covered "auto" at the time of the "loss" or the equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss" and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto."

2. We will pay with respect to a covered "auto" described in the above Schedule for "loss" to any accessories used with the electronic equipment described in paragraph **A.1** above. However, this does not include tapes, records or discs.

**B. EXCLUSIONS**

The exclusions that apply to PHYSICAL DAMAGE COVERAGE, except for the exclusion relating to Audio, Visual and Data Electronic Equipment, also apply to coverage provided by this endorsement. In addition, the following exclusions apply:

We will not pay, under this endorsement, for either any electronic equipment or accesso-ries used with such electronic equipment that is:

1. Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

2. Both:

   a. An integral part of the same unit housing any sound reproducing equipment designed solely for the reproduction of sound if the sound reproducing equipment is perma-nently installed in the covered "auto"; and

   b. Permanently installed in the opening of the dash or console normally used by the manufacturer for the installa-tion of a radio.

**C. LIMIT OF INSURANCE**

With respect to coverage under this endorse-ment, the LIMIT OF INSURANCE provision of PHYSICAL DAMAGE COVERAGE is replaced by the following:

1. The most we will pay for all "loss" to au-dio, visual or data electronic equipment and any accessories used with this equipment as a result of any one "acci-dent" is the lesser of:

   a. The actual cash value of the dam-aged or stolen property as of the time of the "loss";

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality; or

**c.** The amount shown in the Schedule.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value at the time of the "loss."

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of betterment.

**D. DEDUCTIBLE**

**1.** If "loss" to the audio, visual or data electronic equipment or accessories used with this equipment is the result of a "loss" to the covered "auto" under this Coverage Form's Comprehensive or Collision Coverage, then for each covered "auto" our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" to audio, visual or data electronic equipment caused by fire or lightning.

**2.** If "loss" to the audio, visual or data electronic equipment or accessories used with this equipment is the result of a "loss" to the covered "auto" under this Coverage Form's Specified Causes of Loss Coverage, then for each covered "auto" our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule of this endorsement.

**3.** If "loss" occurs solely to the audio, visual or data electronic equipment or accessories used with this equipment, then for each covered "auto" our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule of this endorsement.

**4.** In the event that there is more than one applicable deductible, only the highest deductible will apply. In no event will more than one deductible apply.

POLICY NUMBER:    CMM 0395871                                      COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DRIVE OTHER CAR COVERAGE - BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective: | Countersigned By: |
|---|---|
| Named Insured: | (Authorized Representative) |

### SCHEDULE

| Name of Individual | Liability | | Auto Medical Payments | |
|---|---|---|---|---|
| | **Limit** | **Premium** | **Limit** | **Premium** |
| Executive Officers and spouses / members of that person's household | Included | Included | Included | Included |

| Name of Individual | Uninsured Motorists | | Underinsured Motorists | | Physical Damage | |
|---|---|---|---|---|---|---|
| | | | | | **Comp.** | **Coll.** |
| | **Limit** | **Premium** | **Limit** | **Premium** | | |
| Executive Officers and spouses / members of that person's household | Included | Included | Included | Included | | |

Note - When uninsured motorists is provided at limits higher than the basic limits required by a financial responsibility law, underinsured motorists is included, unless otherwise noted.  If underinsured motorists coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

ISO Properties, Inc., 2002                                      **CA 99 10** 09 02
                                                               **Page 1 of 2**

**A.** This endorsement changes only those coverages where a premium is shown in the Schedule.

**B.** **Changes In Liability Coverage**

    **1.** Any "auto" you don't own, hire or borrow is a covered "auto" for Liability Coverage while being used by any individual named in the Schedule or by his or her spouse while a resident of the same household except:

        **a.** Any "auto" owned by that individual or by any member of his or her household.

        **b.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos."

    **2.** The following is added to **Who Is An Insured:**

    Any individual named in the Schedule and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **B.1.** of this endorsement.

**C.** **Changes In Auto Medical Payments And Uninsured And Underinsured Motorists Coverages**

The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her "family members" are "insured" while "occupying" or while a pedestrian when being struck by any "auto" you don't own except:

Any "auto" owned by that individual or by any "family member."

**D.** **Changes In Physical Damage Coverage**

Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Schedule or his or her spouse while a resident of the same household except:

    **1.** Any "auto" owned by that individual or by any member of his or her household.

    **2.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos."

**E.** **Additional Definition**

As used in this endorsement:

"Family member" means a person related to the individual named in the Schedule by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child.

POLICY NUMBER:    CMM 0395871                                      COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# RENTAL REIMBURSEMENT COVERAGE

This endorsement modifies insurance provided under the following:

       BUSINESS AUTO COVERAGE FORM
       GARAGE COVERAGE FORM
       MOTOR CARRIER COVERAGE FORM
       TRUCKERS COVERAGE FORM
       BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective | |
|---|---|
| Named Insured | Countersigned by |

                                            (Authorized Representative)

## SCHEDULE

| Coverages | Auto No. | Designation or Description of Covered "Autos" to which this insurance applies | Maximum Payment Each Covered "Auto" | | | Premium |
|---|---|---|---|---|---|---|
| | | | Any One Day | No. of Days | Any One Period | |
| Comprehensive | | Applies to all vehicles scheduled except vehicles specifically described on this form | $ 60 | 30 | $ 1800 | $ incl. |
| | | | | | | |
| Collision | | Applies to all vehicles scheduled except vehicles specifically described on this form | $ 60 | 30 | $ 1800 | $ incl. |
| | | | | | | |
| Specified | 1 | | $ | | $ | $ |
| Causes of Loss | 2 | | $ | | $ | $ |
| | | Total Premium | | | | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** This endorsement provides only those coverages where a premium is shown in the Schedule.  It applies only to a covered "auto" described or designated in the Schedule.

**B.** We will pay for rental reimbursement expenses incurred by you for the rental of an "auto" because of "loss" to a covered "auto". Payment applies in addition to the otherwise applicable amount of each coverage you have on a covered "auto."  No deductibles apply to this coverage.

**C.** We will pay only for those expenses incurred during the policy period beginning 24 hours after the "loss" and ending, regardless of the policy's expiration, with the lesser of the following number of days:

**1.** The number of days reasonably required to repair or replace the covered "auto." If "loss" is caused by theft, this number of days is added to the number of days it takes to locate the covered "auto" and return it to you.

**2.** The number of days shown in the Schedule.

Copyright, Insurance Services Office, Inc., 1993

**CA 99 23** 12 93
**Page 1 of 2**

**D.** Our payment is limited to the lesser of the following amounts:

    **1.** Necessary and actual expenses incurred.

    **2.** The maximum payment stated in the Schedule applicable to "any one day" or "any one period."

**E.** This coverage does not apply while there are spare or reserve "autos" available to you for your operations.

**F.** If "loss" results from the total theft of a covered "auto" of the private passenger type, we will pay under this coverage only that amount of your rental reimbursement expenses which is not already provided for under the PHYSICAL DAMAGE COVERAGE Coverage Extension.

POLICY NUMBER:    CMM 0395871                                                    COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS

This endorsement modifies insurance provided under the following:

   BUSINESS AUTO COVERAGE FORM
   GARAGE COVERAGE FORM

### SCHEDULE

**Name of Person or Organization:**

**Automatic status when required by contract**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

We waive any right or recovery we may have against the person or organization shown in the Schedule because of payments we make under the Coverage Form.  The waiver applies only to the person or organization shown in the Schedule.

**CA 70 22  07 05**



COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYEE HIRED AUTOS

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

The following is added to the **Who Is An Insured** Provision:

An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in that "employee's" name, with your permission, while performing duties related to the conduct of your business.

**C. Changes In General Conditions**

Paragraph **5.b.** of the **Other Insurance** Condition in the Business Auto, Business Auto Physical Damage and Garage Coverage Forms. Paragraph **5.d.** of the **Other Insurance-Primary And Excess Insurance Provisions** Condition in the Truckers Coverage Form and Paragraph **5.f.** of the **Other Insurance Primary And Excess Insurance Provisions** in the Motor Carrier Form are replaced by the following:

For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

**1.** Any covered "auto" you lease, hire, rent or borrow; and

**2.** Any covered "auto" hired or rented by your "employee" under a contract in that individual "employee's" name, with your permission, while performing duties related to the conduct of your business.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

Copyright, Insurance Services Office, Inc., 2000

**CA 20 54** 10 01

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

WAIVER OF COLLISION DEDUCTIBLE - NOT AT FAULT ACCIDENT

This endorsement modifies insurance provided under the following:

> **BUSINESS AUTO COVERAGE FORM**
> **GARAGE COVERAGE FORM**
> **TRUCKERS COVERAGE FORM**
> **BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM**

The deductible amount shall not apply to loss caused by collision between your covered auto and another automobile, provided:

(a)  The loss to the covered auto is greater than the deductible amount; and

(b)  The owner or operator of such other automobile has been identified; and

(c)  The owner or operator of such other automobile is legally liable for the loss to your covered auto; and

(d)  There is a valid Property Damage Liability Insurance Policy applicable at the time of the accident with respect to the person or organization legally responsible for such loss to the covered auto.

**CA 70 07  10 87**

---

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEES AS INSUREDS

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The following is added to the **Section II- Liability Coverage,** Paragraph **A.1. Who Is An Insured** Provision:

Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.

Copyright, Insurance Services Office, Inc., 1998

**CA 99 33** 02 99





INLAND MARINE COVERAGE

SR

 **WESTFIELD**®

COMMERCIAL INLAND MARINE
NEW DECLARATIONS
SCHEDULE OF COVERAGE FORMS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

KNOX HOLDINGS, INC
SEE SCHEDULE OF NAMED INSURED
PO BOX 20086
TALLAHASSEE FL   32316

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy Period | From | 05/04/13 | at 12:01 A.M. Standard Time at your |
| | To | 05/04/14 | mailing address shown above. |

This policy contains the following Inland Marine Coverage Forms:

**Coverage Forms**                                                          **Premium**
Contractors' Equipment Coverage
Computer Coverage

---

Total Advance Annual Inland Marine Premium $

---

All Forms and Endorsements applicable to Inland Marine Coverages:
IL0255    0212*, IL0175   0907*, CM7090   0300*, IL0953   0108*, IM7206   0112*,
IM7201    1002*, CL0700   1006*, IM2019   0809*, IM7234   0501*, IM7005   0112*,
IM7000    0404*, IM7017   0604*, IM7039   0711*, IM7902   0112*, IM7854   0404*,
CM7162    0611*, IM7034   0112*.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

A. Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

2. **Cancellation For Policies In Effect 90 Days Or Less**

   a. If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

   (1) 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

   (2) 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

      (a) A material misstatement or misrepresentation; or

      (b) A failure to comply with underwriting requirements established by the insurer.

   b. However, Paragraph **2.a.(2)** does not apply to a first Named Insured whose residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of written notice. Instead, refer to Paragraph **C.7.b.(4)** of this endorsement.

   c. We may not cancel:

   (1) On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

   (2) On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole or clay shrinkage claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may cancel this policy if:

      (a) The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

      (b) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

      (3) Soley on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

B. Paragraph **(5)** of the **Cancellation** Common Policy Condition is replaced by the following:

   (5) If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy. If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.



The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation Common Policy Condition:**

**7. Cancellation For Policies In Effect For More Than 90 Days**

**a.** If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** There has been a failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

**(4)** There has been a substantial change in the risk covered by the policy;

**(5)** The cancellation is for all insureds under such policies for a given class of insureds;

**(6)** On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**(7)** On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, or on the basis of the risk associated with the occurrence of such a claim, if:

**(a)** The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

**(b)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

**(8)** On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have

failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

**(9)** The cancellation or some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

**b.** If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if cancellation is for nonpayment of premium;

**(2)** 45 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(8)** above, and this policy does not cover a residential structure or its contents; or

**(b)** Cancellation is based on the reason stated in Paragraph **7.a.(9)** above;

**(3)** 100 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(8)** above; and

**(b)** This policy covers a residential structure or its contents, unless Paragraph **7.b.(4)** applies.

However, if cancellation is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation at least 100 days prior to the effective date of cancellation or by June 1, whichever is earlier. Therefore, when cancellation is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation by June 1; or

**(4)** 120 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(8)** above; and

**(b)** The first Named Insured′s residential structure has been insured by us or an affiliated insurer for at least a five year period imme-diately prior to the date of the written notice.

**D.** The following is added:

**Nonrenewal**

**1.** If we decide not to renew this policy, we will mail or deliver to the first Named In-sured written notice of nonrenewal, ac-companied by the specific reason for nonrenewal, at least:

**a.** 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents, or if nonrenewal is for the reason stated in paragraph **D.5.**; or

**b.** 100 days prior to the expiration of the policy if this policy covers a res-idential structure or its contents, un-less c. applies.

**c.** If this policy covers a residential structure or its contents and nonrenewal is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 100 days prior to the effective date of nonrenewal or by June 1, whichever is earlier. Therefore, when nonrenewal is to become effective between Septem-ber 9 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal by June 1. If nonrenewal is due to a revision to this policy′s coverage for sinkhole losses or catastrophic ground cover collapse, pursuant to section 627.706 of the Florida Insurance Laws, then this subsection, **c.** does not apply. Therefore, in such a case, Sub-section **b.** or **d.** applies.

**d.** 120 days prior to the effective date of nonrenewal if the first Named In-sured residential structure has been insured by us or an affiliated insurer for at least a five-year period imme-

diately prior to the date of the written notice.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** We may not refuse to renew this policy:

**a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of dam-age to the insured property;

**b.** On the basis of filing of claims for sinkhole loss. However, we may re-fuse to renew this policy if:

**(1)** The total of such property insur-ance claim payments for this policy equals or exceeds the policy limits in effect on the date of the loss for property damage to the building; or

**(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

**c.** Soley on the basis of a single prop-erty insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar oc-currence of damage to the insured property.

**4.** Nothwithstanding the provisions of Para-graph **D.3.**, we may refuse to renew this policy if this policy includes Sinkhole Loss coverage. If we nonrenew this pol-icy for purposes of removing Sinkhole Loss coverage, pursuant to section 627.706 of the Florida Insurance Laws, we will offer you a policy that includes catastrophic ground cover collapse cov-erage.

**5.** Nothwithstanding the provisions of Para-graph **D.3.**, we may refuse to renew this policy if nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

**E. Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss - Residential Property**

1. The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

    a. Except as provided in Paragraph **E.1.b.**, we may not cancel or nonrenew the policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we elect to not renew the policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

    b. We may cancel or nonrenew the policy prior to restoration of the structure or its contents for any of the following reasons:

        (1) Nonpayment of premium;

        (2) Material misstatement of fraud related to the claim;

        (3) We determine that you have unreasonably caused a delay in the repair of the structure; or

        (4) We have paid the policy limits.

    If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph **b.(2)**, **b.(3)** or **b.(4)**, we will give you 45 days' notice.

2. With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

3. With respect to Paragraph **E.2.**, a hurricane is a storm system that has been declared to be a hurricane by the National Weather Service (hereafter referred to NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

        CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE POLICY
        COMMERCIAL INLAND MARINE COVERAGE PART
        COMMERCIAL PROPERTY COVERAGE PART
        EQUIPMENT BREAKDOWN COVERAGE PART
        FARM COVERAGE PART

The following replaces the second paragraph of the Legal Action Against Us condition:

LEGAL ACTION AGAINST US

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

Copyright, Insurance Services Office, Inc., 2006

**IL 01 75** 09 07



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM; COVERAGE FOR CERTAIN FIRE LOSSES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| CA, ME, MO, OR, VI, WI | Property Coverage Part, Farm Coverage Part, Inland Marine Coverage Part, Crime & Fidelity Coverage Part, |
| CT, GA, HI, IA, IL, MA, NC, NJ, NY, RI, VA, WA, WV | Property Coverage Part, Crime & Fidelity Coverage Part, Farm Coverage Part |
|  |  |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**Certified Act of Terrorism Exclusion**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C.** **Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

© ISO Properties, Inc., 2007

IL 09 53  01 08
Page 1 of 2

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D.  Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

POLICY NUMBER: CMM 0395871
POLICY PERIOD: FROM 05/04/2013 TO 05/04/2014

## COMPUTER COVERAGE
## SCHEDULE OF COVERAGES

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

## DESCRIBED PREMISES

| Loc. No. | LOCATIONS |
|----------|-----------|
| 001 | 625 W GAINES ST<br>TALLAHASEE, FL 32304 |

Check if applicable:
{ } Attach Additional Locations Schedule to schedule more locations

## LOCATION LIMITS

| Loc No. | "Hardware" | "Programs and Applications" and "Media" | Income Coverage |
|---------|-----------|------------------------------------------|-----------------|
| 001 | $ 178,000 | $ 50,000 | N/A |

**Income Coverage Options** (check one)
- { } Earnings and Extra Expense
- { } Extra Expense only
- {X} Income Coverage Not Provided

| **COVERAGE EXTENSIONS** | **"Limits"** |
|-------------------------|--------------|
| Additional Debris Removal Expenses | $ 5,000 |
| Emergency Removal | 365 days |
| Emergency Removal Expenses | $ 1,000 |
| Electrical and Power Supply Disturbance | Coverage Provided |

- 500 Feet Limitation (check one)

{X} Not Waived

{ } Waived

| Fraud and Deceit | $ 2,500 |
|------------------|---------|
| Mechanical Breakdown Coverage | Coverage Provided |

**SUPPLEMENTAL COVERAGES**

| Acquired Locations | $ 500,000 |
|--------------------|-----------|

Earthquake Coverage (check one)

Copyright, American Association of Insurance Services, Inc., 2012

-{X} Coverage Provided

-{ } Coverage Not Provided

-{ } Refer To Earthquake, Flood and

    Sewer Backup Endorsement

Flood Coverage (check one)

-{X} Coverage Provided

-{ } Coverage Not Provided

-{ } Refer To Earthquake, Flood and

    Sewer Backup Endorsement

| | |
|---|---|
| Newly Purchased or Leased Hardware | $ 500,000 |
| Off-Site Computers | $ 5,000 |
| Pollutant Cleanup and Removal | $ 10,000 |
| Property In Transit | $ 10,000 |
| Proprietary Programs and Data Records | $ 5,000 |
| Rewards | $ 2,500 |

Sewer Backup (check one)

-{ } Coverage Provided

-{X} Coverage Not Provided

-{ } Refer To Earthquake, Flood and

    Sewer Backup Endorsement

| | |
|---|---|
| Software Storage | $ 25,000 |

Virus and Hacking Coverage

| | |
|---|---|
| - Limit Any One Occurrence | $ 5,000 |
| - Limit Each Separate 12 month Period | $ 10,000 |

**INCOME COVERAGE EXTENSIONS**

| | |
|---|---|
| Interruption by Civil Authority | N/A |
| Period of Loss Extension | N/A |

**SUPPLEMENTAL INCOME COVERAGES**

| | |
|---|---|
| Acquired Locations | $ N/A |

Earthquake Coverage (check one)

-{ } Coverage Provided

-{ } Coverage Not Provided

-{ } Refer To Earthquake, Flood and

    Sewer Backup Endorsement

Flood Coverage (check one)

-{ } Coverage Provided

-{ } Coverage Not Provided

-{ } Refer To Earthquake, Flood and

    Sewer Backup Endorsement

Copyright, American Association of Insurance Services, Inc., 2012

SUPPLEMENTAL INCOME COVERAGES (cont.)                    Limits
Off Premises Utility Service Interruption

- Limit                                          $  N/A

- { } Overhead Transmission Lines Excluded
       (check if applicable)

- Waiting Period

Property In Transit                              $  N/A

Sewer Backup (check one)

-{ } Coverage Provided

-{ } Coverage Not Provided

-{ } Refer To Earthquake, Flood and

       Sewer Backup Endorsement

Virus and Hacking Coverage

- Limit Any One Occurrence                       $  N/A

- Limit Each Separate 12 month Period            $  N/A

- Waiting Period

**DEDUCTIBLE**

                                              Deductible Amount

For all covered perils unless a
different deductible is indicated below       $     5,000

Earthquake and Volcanic Eruption              $     5,000

"Flood"                                       $     5,000

"Mechanical Breakdown", "Electrical

Disturbance", and "Power Supply Disturbance"  $     5,000

**COINSURANCE**

"Hardware", "Media", and "Programs and Applications"

{ }     Not Applicable

{X}     100%{ }     90%{ }     80%{X}     Other     %{ }

Income Coverage

{X}     Not Applicable

{ }     100%{ }     90%{ }     80%{ }     Other     %{ }

**COVERAGE OPTION**

Valuation (check one)

{ } Actual Cash Value Applies

{X} Replacement Cost

Income Coverage Waiting Period (check one)

{X} Not Applicable

{ } Waiting Period                            hours

Copyright, American Association of Insurance Services, Inc., 2012

**ADDITIONAL INFORMATION**

IM7206    0112*, IM7201    1002*, CL0700    1006*, IM2019    0809*, IM7234    0501*.

Copyright, American Association of Insurance Services, Inc., 2012

# COMPUTER COVERAGE

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Computer Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1.  The words "you" and "your" mean the persons or organizations named as the insured on the "schedule of coverages".

2.  The words "we", "us", and "our" mean the company providing this coverage.

3.  "Business" means the usual business operations occurring at a premises described on the "schedule of coverages".

4.  "Computer hacking" means an unauthorized intrusion:

    a.  by an individual or group of individuals, whether employed by "you" or not, into "hardware", "software", or a computer network; and

    b.  that results in but is not limited to:

        (1) deletion, destruction, generation, or modification of "software";

        (2) alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

        (3) observation, scanning, or copying of "data records", "programs and applications", and "proprietary programs";

        (4) damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

        (5) denial of access to or denial of services from "your" "hardware" or "your" computer network.

5.  "Computer virus" means the introduction of any malicious, self-replicating electronic data processing code or other code:

    a.  into "hardware" or "software"; and

    b.  that is intended to result in, but is not limited to:

        (1) deletion, destruction, generation, or modification of "software";

        (2) alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

        (3) damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

        (4) denial of access to or denial of services from "your" "hardware" or "your" computer network.

6.  "Data records" means files, documents, and information in an electronic format and that are stored on "media".

7.  "Electrical disturbance" means electrical or magnetic damage, disturbance of electronic recordings, or erasure of electronic recordings.

8.  "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water, all whether driven by wind or not. This includes spray that results from these whether driven by wind or not.

9.  "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results.

    a.  **Hardware Includes** - "Hardware" includes but is not limited to:

        (1) mainframe and mid-range computers and network servers;

        (2) personal computers and workstations;

        (3) laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and

        (4) peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.

Copyright, American Association of
Insurance Services, Inc., 2002

**b.** **Hardware Does Not Include** - "Hardware" does not include:

    **(1)** "software"; and

    **(2)** "off-site server" and "on-site server".

**10.** "Limit" means the amount of coverage that applies.

**11.** "Mechanical breakdown" means the malfunction or failure of moving or electronic parts, component failure, faulty installation, or blowout.

**12.** "Media" means processing, recording, or storage media used with "hardware". This includes but is not limited to films, tapes, cards, discs, drums, cartridges, or cells.

**13.** "Off-site server" means a server for "your" Web site:

    **a.** that is not at a premises described on the "schedule of coverages"; and

    **b.** that is being maintained and/or operated by an independent contractor acting as "your" Web host or "your" Internet service provider that is acting as "your" Web host.

**14.** "On-site server" means a server for "your" Web site":

    **a.** that is at a premises occupied by "you" and described on the "schedule of coverages"; and

    **b.** that is being maintained and/or operated by "you" or an independent contractor acting as "your" Web site consultant.

**15.** "Pollutant" means:

    **a.** any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including but not limited to acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

    **b.** electrical or magnetic emissions, whether visible or invisible, and sound emissions.

**16.** "Power supply disturbance" means interruption of power supply, power surge, blackout, or brownout.

**17.** "Programs and applications" means operating programs and applications that "you" purchase and that are:

    **a.** stored on "media"; or

    **b.** pre-installed and stored in "hardware".

**18.** "Proprietary programs" means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are:

    **a.** stored on "media"; or

    **b.** installed and stored in "hardware".

**19.** "Restoration period" means:

    **a.** the time it should reasonably take to resume "your" "business" to a similar level of service starting from the date of a physical loss of or damage to covered property at a premises described on the "schedule of coverages" that is caused by a covered peril and ending on the date:

        **(1)** the property should be rebuilt, repaired, or replaced; or

        **(2)** "business" is resumed at a new permanent location.

    This is not limited by the expiration date of the policy.

    **b.** The "restoration period" also means the increased time required to comply with the enforcement of any ordinance, law, or decree that:

        **(1)** regulates the construction, use, or repair of any property; or

        **(2)** requires the demolition of any property, in part or in whole, not damaged by a covered peril.

    The ordinance, law, or decree must be in force at the time of loss.

    "Restoration period" does not mean the increased time required to comply with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants".

    **c.** Only as regards coverage described under Off Premises Utility Service Interruption; Interruption of Web Site (if added to this coverage part by endorsement); and Property In Transit in the Supplemental Income Coverages, "restoration period" also means the time it should reasonably take to resume "your" "business" starting from the date of direct physical loss of or damage caused by a covered peril to:

        **(1)** property not located at a premises described on the "schedule of coverages" and that is owned by a utility, a landlord, or another utility supplier;

        **(2)** "your" Web site operation that is being maintained or operated by and that is located at the premises of an independent contractor or Internet service provider; and

(3) property in transit;

and ending on the date the property should be rebuilt, repaired, or replaced. This is not limited by the expiration date of the policy.

20. "Schedule of coverages" means:

   **a.** all pages labeled schedule of coverages or schedules which pertain to this coverage; and

   **b.** declarations or supplemental declarations which pertain to this coverage.

21. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation.

   Sinkhole collapse does not include the value of the land or the cost of filling sinkholes.

22. "Software" means "media", "data records", "programs and applications", and "proprietary programs".

   Software does not mean "Web site software".

23. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

   Falling objects does not include loss to:

   **a.** personal property in the open; or

   **b.** to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

   Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

24. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

25. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

   Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

26. "Web site server" means "on-site server" and "off-site server".

27. "Web site software" means the following software that are used in "your" "Web site server":



   **a.** "media";

   **b.** "data records";

   **c.** programs and applications which means operating programs and applications that "you" purchase and that are stored on "media" or pre-installed and stored in "Web site servers"; and

   **d.** proprietary programs which means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are stored on "media" or installed and stored in "Web site servers".

**PROPERTY COVERED**

"We" cover the following property unless the property is excluded or subject to limitations.

1. **Hardware**

   **a.** **Coverage** - "We" cover direct physical loss caused by a covered peril to "hardware" and similar property of others that is in "your" care, custody, or control.

   **b.** **Coverage Limitations** - "We" only cover "hardware" and similar property of others:

      **(1)** when a "limit" for "hardware" is indicated on the "schedule of coverages"; and

      **(2)** while at a premises described on the "schedule of coverages".

2. **Software**

   **a.** **Coverage** - "We" cover direct physical loss caused by a covered peril to:

      **(1)** "media";

      **(2)** "programs and applications"; and

      similar property of others that is in "your" care, custody, or control.

   **b.** **Coverage Limitations** - "We" only cover "media", "programs and applications", and similar property of others:

      **(1)** when a "limit" for "media" and "programs and applications" is indicated on the "schedule of coverages"; and

      **(2)** while at a premises described on the "schedule of coverages".

   **c.** **We Do Not Cover** - Except as provided under Supplemental Coverages, "we" do not cover:

      **(1)** "data records"; and

      **(2)** "proprietary programs".

## INCOME COVERAGE

"We" provide the following coverage unless the coverage is excluded or subject to limitations.

1. **Coverage Options** - One of the following described coverage options applies when that option is indicated on the "schedule of coverages":

   **a.** Earnings and Extra Expense; or

   **b.** Extra Expense only.

2. **Coverage**

   **a. Covered Property** - "We" provide the coverages described below during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted by direct physical loss of or damage to covered property at a premises described on the "schedule of coverages" as a result of a covered peril.

   **b. Described Premises and Air Conditioning System** - "We" provide the coverages described below under 3. and 4. during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted as a result of direct physical loss of or damage to:

      **(1)** a premises described on the "schedule of coverages" that prevents "you" from using covered property; or

      **(2)** the air conditioning or electrical systems which are necessary for the operation of covered property and results in a reduction or suspension of "your" "business".

   **c. If You Lease Your Premises** - If "you" lease, rent, or do not own the premises "you" occupy, for the purposes of determining an Income Coverage loss, "your" location is the space that "you" lease, rent, or occupy including, but not limited to, all passageways to "your" location within the building.

3. **Earnings** - "We" cover "your" actual loss of net income (net profit or loss before income taxes) that would have been earned or incurred and continuing operating expenses normally incurred by "your" "business", including but not limited to payroll expense.

4. **Extra Expense** - "We" cover only the extra expenses that are necessary during the "restoration period" that "you" would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a covered peril.

   **a. Expenses To Reduce Interruption** - "We" cover any extra expense to avoid or reduce the interruption of "your" data

processing operations and continue operating at a premises described on the "schedule of coverages", replacement location, or a temporary location. This includes expenses to relocate and costs to outfit and operate a replacement or temporary location.

"We" will also cover any extra expense to reduce the interruption of "business" if it is not possible for "you" to continue operating during the "restoration period".

   **b. Expenses To Repair/Restore Property and Information** - To the extent that they reduce a loss otherwise payable under this coverage, "we" will cover any extra expenses to:

      **(1)** repair, replace, or restore any property; and

      **(2)** research, replace, or restore information on damaged documents, manuscripts, or records that:

         **(a)** are inscribed, printed, or written; or

         **(b)** exist on electronic or magnetic media.

## PROPERTY NOT COVERED

1. **Accounts, Bills, or Documents** - "We" do not cover accounts, bills, evidences of debt, records, abstracts, deeds, manuscripts, program documentation, or other documents except those that are in "software" form and then only in that form.

2. **Checked Luggage** - "We" do not cover loss resulting from theft or disappearance of a laptop, palmtop, notebook PC, or any portable computer while in transit as checked luggage.

3. **Contraband** - "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Loaned, Leased, or Rented To Others** - "We" do not cover property that "you" loan, lease, or rent to others.

5. **Money and Securities** - "We" do not cover currency, food stamps, lottery tickets not held for sale, money, notes, or securities.

6. **Stock in Trade** - "We" do not cover property that is "your" stock in trade.

7. **Web Site Servers** - "We" do not cover "Web site servers" including "Web site software".

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** - The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1.  **Debris Removal**

    a.  **Coverage** - "We" pay the cost to remove debris of covered property that is caused by a covered peril.

    b.  **We Do Not Cover** - This coverage does not include costs to:

        (1)  extract "pollutants" from land or water; or

        (2)  remove, restore, or replace polluted land or water.

    c.  **Limit** - "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

    d.  **Additional Limit** - "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

    e.  **You Must Report Your Expenses** - "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

2.  **Electrical and Power Supply Disturbance**

    a.  **Coverage** - "We" cover direct physical loss to covered property caused by:

        (1)  "electrical disturbance"; or

        (2)  "power supply disturbance".

    b.  **Coverage Limitation** - "We" only cover loss caused by "electrical disturbance" and "power supply disturbance" if the cause of such disturbance took place within 500 feet of the premises where the loss occurred.

        However, if the "schedule of coverages" indicates that there is no limitation, then the 500 feet limitation described above does not apply to this Coverage Extension.

3.  **Emergency Removal**

    a.  **Coverage** - "We" pay for any direct physical loss to covered property while it is being moved or being stored to prevent a loss caused by a covered peril.

    b.  **Time Limitation** - This coverage applies for up to 365 days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

4.  **Emergency Removal Expenses**

    a.  **Coverage** - "We" pay for "your" expenses to move or store covered property to prevent a loss caused by a covered peril.

    b.  **Time Limitation** - This coverage applies for up to 365 days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

    c.  **Limit** - The most "we" pay in any one occurrence for expenses to move or store covered property to prevent a loss is $1,000.

    d.  **This Is A Separate Limit** - The "limit" for Emergency Removal Expenses is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

5.  **Fraud and Deceit**

    a.  **Coverage** - "We" cover theft of covered property when "you", "your" agents, customers, or consignees are fraudulently induced to part with the covered property:

        (1)  to persons who falsely represent themselves as the proper persons to receive the property; or

        (2)  by the acceptance of fraudulent bills of lading or shipping receipts.

    b.  **Limit** - The most "we" pay in any one occurrence for theft of covered property under this Coverage Extension is $1,000.

6.  **Mechanical Breakdown Coverage** - "We" pay for loss to covered property caused by "mechanical breakdown".

**SUPPLEMENTAL COVERAGES**

**Provisions That Apply To Supplemental Coverages** - The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

**a.** is the only "limit" available for the described coverage; and

**b.** is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance conditions.

**1. Acquired Locations**

    **a. Coverage** - "We" cover direct physical loss caused by a covered peril to covered property at locations that "you" acquire during the policy period.

    **b. Limit** - "We" pay up to $250,000 for covered property at locations that "you" acquire.

    **c. Time Limitation** - This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first.

        However, this coverage does not go beyond the end of the policy period.

    **d. Additional Premium** - "You" must pay any additional premium due from the date "you" acquire the location.

**2. Earthquake Coverage** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by earthquake and volcanic eruption to covered property while at a premises described on the "schedule of coverages".

**3. Flood Coverage** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by "flood" to covered property while at a premises described on the "schedule of coverages".

**4. Newly Purchased or Leased Hardware**

    **a. Coverage** - "We" cover direct physical loss caused by a covered peril to additional "hardware" including pre-installed "programs and applications" that "you" purchase or lease during the policy period.

    **b. Limit** - The most that "we" pay for any loss under this additional coverage is the least of:

        **(1)** the actual cash value of the covered property; or

        **(2)** $250,000.

    **c. Time Limitation** - "We" extend coverage to the additional "hardware" that "you" purchase or lease for up to 60 days.

        This supplemental coverage will end when any of the following first occur:

        **(1)** this policy expires;

        **(2)** 60 days after "you" obtain the additional "hardware"; or

        **(3)** "you" report the additional "hardware" to "us".

    **d. Additional Premium** - "You" must pay any additional premium due from the date "you" purchase or lease the additional "hardware".

**5. Off-Site Computers**

    **a. Coverage** - "We" cover direct physical loss caused by a covered peril to covered property in the custody of "you", "your" officers, "your" partners, or "your" employees, while:

        **(1)** at "your" residence or the residence of "your" officers, partners, or employees;

        **(2)** temporarily at a premises that is not described on the "schedule of coverages"; or

        **(3)** in transit between a:

            **(a)** residence or temporary premises; and

            **(b)** premises described on the "schedule of coverages".

    **b. Limit** - The most "we" pay in any one occurrence for loss to off-site covered property is $2,500.

6. **Pollutant Cleanup and Removal**

   a. **Coverage** - "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

   b. **Time Limitation** - The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

   c. **We Do Not Cover** - "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

      However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

   d. **Limit** - The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

7. **Property In Transit**

   a. **Coverage** - "We" cover direct physical loss to covered property caused by a covered peril while in transit.

   b. **Limit** - The most "we" pay in any one occurrence for loss to covered property in transit is $5,000.

8. **Proprietary Programs and Data Records**

   a. **Coverage** - "We" cover the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes on lost or damaged "data records" and "proprietary programs" and similar property of others that is in "your" care, custody, or control.

   b. **Coverage Limitations** - "We" only cover "data records", "proprietary programs", and similar property of others:

      (1) while at a premises described on the "schedule of coverages"; and

      (2) if the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes are incurred due to a direct physical loss caused by a covered peril to "data records" and "proprietary programs".

   c. **Limit** - The most "we" pay in any one occurrence for "data records" and "proprietary programs" is $5,000.

9. **Rewards**

   a. **Coverage** - "We" pay for reward information that leads to a conviction for:

      (1) arson,

      (2) theft, or

      (3) vandalism including, but not limited to, "computer hacking" and "computer virus".

      The conviction must involve a covered loss caused by arson, theft, or vandalism.

   b. **Limit** - The most "we" pay in any one occurrence for reward information is $1,000.

   c. **Limit Is Not Increased By The Number of Persons Providing Information** - The amount "we" pay is not increased by the number of persons involved in providing the information.

10. **Sewer Backup and Water Below the Surface** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by:

    a. water that backs up through a sewer or drain; or

    b. water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.

11. **Software Storage**

    a. **Coverage** - "We" cover direct physical loss caused by a covered peril to duplicate and back-up "software" stored at a "software" storage location.

    b. **Coverage Condition** - Each "software" storage location must be in a separate building which is at least 100 feet away from a premises described on the "schedule of coverages".

    c. **Limit** - The most "we" pay in any one occurrence for loss to duplicate and back-up "software" is $25,000.

12. **Virus and Hacking Coverage**

    a. **Coverage** - "We" cover direct physical loss to covered "hardware" and "software" caused by a "computer virus" or by "computer hacking".

    b. **We Do Not Cover** - "We" do not cover:

       (1) loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

       (2) loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

**(3)** theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "hardware" or "your" computer network without any alteration or other physical loss or damage to the records or programs. Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets; and

**(4)** except as provided under the Supplemental Income Coverages, denial of access to or services from "your" "hardware" or "your" computer network.

**c.** **Limit** - The most "we" pay in any one occurrence under this Supplemental Coverage is $5,000.

The most "we" pay for all covered losses under this Supplemental Coverage during each separate 12-month period of this policy is $10,000.

## INCOME COVERAGE EXTENSIONS

**Provisions That Apply To Income Coverage Extensions** - The following Income Coverage Extensions indicate an applicable "limit" or limitation. This "limit" or limitation may also be shown on the "schedule of coverages".

If a different "limit" or limitation is indicated on the "schedule of coverages", that "limit" or limitation will apply instead of the "limit" or limitation shown below.

The following Income Coverage Extensions are part of and not in addition to the applicable Income Coverage "limit".

**1.** **Interruption by Civil Authority**

**a.** **Coverage** - "We" extend "your" coverage for earnings and extra expense to include loss sustained while access to premises described on the "schedule of coverages" is specifically denied by an order of civil authority.

**b.** **Coverage Limitation** - The order of civil authority must be a result of direct physical loss of or damage to property, other than at a premises described on the "schedule of coverages" and must be caused by a covered peril.

**c.** **Time Limitation** - Unless otherwise indicated on the "schedule of coverages", this coverage extension is limited to 30 consecutive days from the date of the order.

**2.** **Period of Loss Extension After Business Resumes**

**a.** **Coverage** - "We" extend "your" coverage for earnings to cover loss from the date the covered property that incurred the

loss is rebuilt, repaired, or replaced and "your" data processing operations are resumed until:

**(1)** the end of 30 consecutive days (unless otherwise indicated on the "schedule of coverages"); or

**(2)** the date "you" could reasonably resume "your" "business" to the conditions that would generate the earnings amount that would have existed had no loss or damage occurred,

whichever is earlier.

**b.** **Coverage Limitation** - Loss of earnings must be caused by direct physical loss of or damage to property at a premises described on the "schedule of coverages" as a result of a covered peril.

## SUPPLEMENTAL INCOME COVERAGES

**Provisions That Apply To Supplemental Income Coverages** - Unless otherwise indicated, the following Supplemental Income Coverages apply separately to each premises described on the "schedule of coverages".

The following Supplemental Income Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

Unless otherwise indicated, a "limit" for a Supplemental Income Coverage provided below is separate from, and not part of, the applicable Income Coverage "limit". The "limit" available for coverage described under a Supplemental Income Coverage:

**a.** is the only "limit" available for the described coverage; and

**b.** is not the sum of the "limit" indicated for a Supplemental Income Coverage and the Income Coverage "limit".

The "limit" provided under a Supplemental Income Coverage cannot be combined or added to the "limit" for any other Supplemental Income Coverage or Income Coverage Extension.

**1.** **Acquired Locations**

**a.** **Coverage** - "We" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property while at locations that "you" acquire during the policy period.

**b.** **Time Limitation** - This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first.

However, this coverage does not go beyond the end of the policy period.

**c.** **Additional Premium** - "You" must pay any additional premium due from the date "you" acquire the location.

**d.** **Limit** - The most "we" pay in any one occurrence for loss of earnings and incurred extra expense at each newly acquired location is $25,000.

**2.** **Earthquake Coverage** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by earthquake and volcanic eruption to covered property while at a premises described on the "schedule of coverages".

**3.** **Flood Coverage** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by "flood" to covered property while at a premises described on the "schedule of coverages".

**4.** **Off Premises Utility Service Interruption**

**a.** **Coverage** - Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses that "you" incur during the "restoration period" when "your" data processing operations are interrupted due to the interruption of an off premises utility services when the interruption is a result of direct physical loss or damage by a covered peril to property that is not located at a premises described on the "schedule of coverages" and that is owned by a utility, a landlord, or another supplier who provides "you" with:

**(1)** power, gas;

**(2)** telecommunications, including but not limited to Internet access; or

**(3)** water.

**b.** **Overhead Transmission Lines Exclusion** - If the "schedule of coverages" indicates that overhead transmission lines are excluded, coverage under this extension does not include loss to overhead transmission lines that deliver utility service to "you". Overhead transmission lines include, but are not limited to:

**(1)** overhead transmission and distribution lines;

**(2)** overhead transformers and similar equipment; and

**(3)** supporting poles and towers.

**c.** **Waiting Period Limitation** - Unless otherwise indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 24



hours following the direct physical loss of or damage to the property owned by a utility, a landlord, or another supplier. This waiting period does not apply to extra expenses that "you" incur.

**d.** **Limit** - The most "we" pay in any one occurrence under this Supplemental Income Coverage is $10,000.

**5.** **Property In Transit**

**a.** **Coverage** - Coverage for earnings is extended to loss of earnings during the "restoration period" when "your" "business" is interrupted as a result of a direct physical loss, caused by a covered peril, to covered property in transit.

**b.** **Limit** - The most "we" pay in any one occurrence under this Supplemental Income Coverage is $5,000.

**6.** **Sewer Backup and Water Below the Surface** - If coverage is indicated on the "schedule of coverages", "we" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property caused by:

**a.** water that backs up through a sewer or drain; or

**b.** water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.

**7.** **Virus and Hacking Coverage**

**a.** **Coverage** - Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses caused by a "computer virus" or by "computer hacking" that results in:

**(1)** direct physical loss or damage to covered "software" and "hardware"; or

**(2)** denial of access to or services from "your" "hardware" or "your" computer network.

**b.** **We Do Not Cover** - "We" do not cover loss of earnings or extra expenses under this Supplemental Income Coverage that results from:

**(1)** loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

**(2)** loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

**(3)** theft from "your" data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "hardware" or "your" computer network without any alteration or other physical loss or damage to the records or programs.

Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets.

**c.** **Waiting Period Limitation** - Unless otherwise indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 24 hours following the direct physical loss of or damage to "your" data processing operations. This waiting period does not apply to extra expenses that "you" incur.

**d.** **Limit** - The most "we" pay in any one occurrence under this Supplemental Income Coverage is $5,000.

The most "we" pay for all covered losses under this Supplemental Income Coverage during each 12-month period of this policy is $15,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

**1.** "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

**a.** **Civil Authority** - "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

**b.** **Earth Movement** - Except as provided under Supplemental Coverages - Earthquake Coverage, "we" do not pay for loss caused by any earth movement (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano. Earth movement includes, but is not limited to: earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting of earth.

"We" do cover direct loss by fire, explosion, or "volcanic action" resulting from either earth movement or eruption, explosion, or effusion of a volcano.

**c.** **Flood** - Except as provided under Supplemental Coverages - Flood Coverage, "we" do not pay for loss caused by "flood". However, "we" do cover the resulting loss if fire, explosion, or sprinkler leakage results.

**d.** **Nuclear Hazard** - "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

**e.** **Sewer Backup and Water Below the Surface** - Except as provided under Supplemental Coverages - Sewer Backup and Water Below the Surface, "we" do not pay for loss caused by or resulting from:

**(1)** water that backs up through a sewer or drain; or

**(2)** water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a building or structure.

But if sewer backup and water below the surface results in fire, explosion, or sprinkler leakage, "we" cover the loss or damage caused by that fire, explosion, or sprinkler leakage.

**f.** **War And Military Action** - "We" do not pay for loss caused by:

**(1)** war, including undeclared war or civil war; or

**(2)** a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**(3)** insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2.  "We" do not pay for loss or damage that is caused by or results from one or more of the following:

    a.  **Computer Virus or Computer Hacking** - Except as provided under Supplemental Coverages - Virus and Hacking Coverage and Supplemental Income Coverages - Virus and Hacking Coverage, "we" do not pay for:

        (1)  any direct or indirect loss or damage; or

        (2)  loss of access, loss of use, or loss of functionality

        caused by a "computer virus" or by "computer hacking".

    b.  **Criminal, Fraudulent, or Dishonest Acts** - "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

        (1)  "you";

        (2)  others who have an interest in the property;

        (3)  others to whom "you" entrust the property;

        (4)  "your" partners, officers, directors, trustees, or joint adventurers; or

        (5)  the employees or agents of (1), (2), (3), or (4) above, whether or not they are at work.

        This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

        This exclusion does not apply to covered property in the custody of a carrier for hire.

    c.  **Electrical and Power Supply Disturbance** - "We" do not pay for loss caused by "electrical disturbance" or "power supply disturbance" if the cause of such disturbance took place more than 500 feet from the premises where the loss occurred.

        However, if disturbance coverage beyond 500 feet is indicated on the "schedule of coverages", then the Electrical and Power Supply Disturbance exclusion described above is deleted.

    d.  **Loss of Use** - "We" do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

        This exclusion does not apply to the coverages described under Income Coverages, Income Coverage Extensions, and Supplemental Income Coverages.

    e.  **Pollutants** - "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril". "We" do pay for any resulting loss caused by a "specified peril".

    f.  **Temperature/Humidity** - Except as provided under Utility Interruption, "we" do not pay for loss to covered property caused by:

        (1)  dryness, dampness, humidity; or

        (2)  changes in or extremes of temperature.

        However, "we" do pay for loss to covered property that results from a direct physical loss, caused by a covered peril, to the air conditioning system that services covered "hardware".

    g.  **Voluntary Parting** - Except as provided under Coverage Extensions - Fraud and Deceit, "we" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

3.  "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss. But if loss by a covered peril results, "we" will pay for the resulting loss.

    a.  **Contamination, Deterioration, Rust, or Corrosion** - "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

        This exclusion does not apply to loss caused by "mechanical breakdown".

    b.  **Wear and Tear or Obsolescence** - "We" do not pay for loss caused by wear and tear, depreciation, or obsolescence.

4.  "We" do not pay for loss of earnings or extra expenses, as described under Income Coverage, caused by or resulting from one or more of the following:

    a.  **Error or Omission In Programming** - "We" do not pay for extra expense caused by an error or omission in programming or incorrect instructions to "hardware".

    b.  **Leases, Licenses, Contracts, or Orders** - "We" do not cover any increase in loss due to the suspension, lapse, or cancellation of leases, licenses, contracts, or orders.



However, "we" do cover loss during the "restoration period" if the suspension, lapse, or cancellation results directly from the interruption of "your" "business".

"We" do not cover any extra expense caused by the suspension, lapse, or cancellation of leases, licenses, contracts, or orders beyond the "restoration period".

**c.** **Strikes, Protests, and Other Interference** - "We" do not cover any increase in loss due to interference by strikers or other persons at a premises described on the "schedule of coverages". This applies to interference with rebuilding, repairing, or replacing the property or with resuming "your" "business".

**d.** **Utility Failure** - Except as provided under Supplemental Income Coverages - Off Premises Utility Service Interruption, "we" do not pay for loss caused by or resulting from the failure of a utility to supply electrical power or other utility service to a described premises, if the failure takes place away from the described premises. "We" do not pay for loss caused by or resulting from the failure of a utility to supply service regardless of the cause of failure.

**e.** **Interruption of Web Site** - "We" do not pay for loss caused by or resulting from the interruption of "your" Web site. "We" do not pay for loss caused by or resulting from the interruption of "your" Web site regardless of the cause of the interruption.

**WHAT MUST BE DONE IN CASE OF LOSS**

**1.** **Notice** - In case of a loss, "you" must:

**a.** give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

**b.** give notice to the police when the act that causes the loss is a crime.

**2.** **You Must Protect Property** - "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

**a.** **Payment of Reasonable Costs** - "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused

a loss to covered property. "You" must keep an accurate record of such costs.

**b.** **We Do Not Pay** - "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit".

**3.** **Proof of Loss** - "You" must send "us" within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

**a.** the time, place, and circumstances of the loss;

**b.** other policies of insurance that may cover the loss;

**c.** "your" interest and the interests of all others in the property involved, including all mortgages and liens;

**d.** changes in title of the covered property during the policy period; and

**e.** estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

**4.** **Intent To Continue Business - Income Coverage** - If "you" intend to continue "your" "business", "you" must resume all or part of "your" "business" as soon as possible.

**5.** **Examination** - "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

**6.** **Records** - "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

**7.** **Damaged Property** - "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

**8.** **Volunteer Payments** - "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

**9.** **Abandonment** - "You" may not abandon the property to "us" without "our" written consent.

**10.** **Cooperation** - "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1. **Hardware** - The following is the value of "hardware":

   a. **Replacement Cost** - The value of "hardware" will be based on replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

      (1) **Replacement Cost Limitation** - The replacement cost is limited to the cost of repair or replacement with similar materials on the same site and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

      (2) **Replacement Cost Does Not Apply Until Repair Or Replacement** - Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

      (3) **Time Limitation** - "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

   b. **Actual Cash Value** - When Actual Cash Value is indicated on the "schedule of coverages", the value of "hardware" will be based on the actual cash value at the time of the loss with a deduction for depreciation.

2. **Software** - The following is the value of "software".

   a. **Programs and Applications**

      (1) **Cost To Reinstall** - The value of "programs and applications" will be based on the cost to reinstall the "programs or applications" from the licensed discs that were originally used to install the programs or applications.

      (2) **If The Original Discs Are Lost** - If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".

   b. **Proprietary Programs**

      (1) **Cost of Reproduction** - The value of "proprietary programs" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

      (2) **If Duplicate Copies Do Not Exist** - If duplicate copies do not exist, the value of "proprietary programs" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost "proprietary programs".

   c. **Data Records**

      (1) **Cost of Reproduction** - The value of "data records" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

      (2) **If Duplicate Copies Do Not Exist** - If duplicate copies do not exist, the value of "data records" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost files, documents, and records.

   d. **Media** - The value of "media" will be based on the cost to repair or replace the "media" with material of the same kind or quality.

3. **Pair Or Set**

   a. **Reasonable Proportion of Value** - The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

   b. **Provision Does Not Apply To Software** - The Pair or Set provision does not apply to "software" that comes in sets. If part of a "software" set cannot be replaced, the loss is considered a total loss of the set.

4. **Loss To Parts** - The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

5. **Earnings**

   a. **Determining An Earnings Loss** - In determining an earnings loss "we" consider:

      (1) the experience of "your" "business" before the loss and the probable experience during the time of interruption had no loss occurred;

      (2) "your" continuing operating expenses normally incurred by "your" "business", including, but not limited to, payroll expense necessary to resume "business" to a similar level of service that existed before the occurrence of direct physical loss or damage; and



**(3)** pertinent sources of information and reports including:

    **(a)** "your" accounting procedures and financial records;

    **(b)** bills, invoices, and other vouchers;

    **(c)** contracts, deeds, and liens;

    **(d)** reports on feasibility and status; and

    **(e)** records documenting "your" budget and marketing objectives and results.

**b. Conditions For Non-Payment of Increased Loss** - "We" do not pay for any increase in loss due to "your" failure to use reasonable efforts to resume all or part of "your" "business". This includes making use of other locations and property to reduce the loss.

**c. Loss Payment If You Do Not Resume Your Business** - If "your" "business" is not resumed as soon as possible, or if it is not resumed at all, the value of loss payment is based on the period of time it would have otherwise taken to resume "your" "business" as soon as possible.

**6. Extra Expense** - In determining extra expenses that "you" have incurred, "we" consider the salvage value of any property bought for temporary use during the "restoration period" and it will be deducted from the amount of loss determined for extra expense.

## HOW MUCH WE PAY

**1. Insurable Interest** - "We" do not cover more than "your" insurable interest in any property.

**2. Earthquake Period** - All earthquakes or volcanic eruptions that occur within a 168-hour period will be considered a single event. This 168-hour period is not limited by the policy expiration.

**3. Deductible** - "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

The deductible may be shown as either an amount or a percentage. When shown as a percentage, the deductible is that percentage of the value of the covered property at the time of the loss.

**4. Loss Settlement Terms** - Subject to paragraphs 1., 2., 3., 5., 6., 7., 8., 9., and 10. under How Much We Pay, "we" pay the lesser of:

**a.** the amount determined under Valuation;

**b.** the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

**c.** the "limit" that applies to the covered property.

**5. Coinsurance, Hardware, and Software**

**a. When Coinsurance Applies** - "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

**b. How We Determine Our Part of The Loss** - "Our" part of the loss is determined using the following steps:

    **(1)** multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;

    **(2)** divide the "limit" for covered property by the result determined in 5.a. above;

    **(3)** multiply the total amount of loss, after the application of any deductible, by the result determined in 5.b. above.

The most "we" pay is the amount determined in 5.c. above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

**c. If There Is More Than One Limit** - If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

**d. If There Is Only One Limit** - If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

**e. When Coinsurance Does Not Apply** - Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

**6. Coinsurance, Income Coverage Part**

**a. When Coinsurance Applies** - "We" pay only a part of the loss if the "limit" is less than the coinsurance percentage multiplied by the sum of:

    **(1)** "your" net income (net profit or loss before income taxes); and

    **(2)** continuing operating expenses

projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy (whichever is later), normally earned by "your" "business".

**b. How We Determine Our Part of The Loss** - "Our" part of the loss is determined using the following steps:

**(1)** multiply the coinsurance percentage by the sum of "your" net income and continuing operating expenses projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy;

**(2)** divide the "limit" by the figure determined in (1) above;

**(3)** multiply the total amount of loss by the figure determined in (2) above.

"We" pay the amount determined in (3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

**c. When Coinsurance Does Not Apply** - Conditions for coinsurance do not apply:

**(1)** unless a coinsurance percentage is indicated on the "schedule of coverages"; and

**(2)** to coverage for extra expense.

**7. Insurance Under More Than One Coverage** - If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

**8. Insurance Under More Than One Policy**

**a. Proportional Share** - "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

**b. Excess Amount** - If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

**9. Income Coverage Limit** - "We" pay no more than the Income Coverage "limit" indicated on the "schedule of coverages" for any one loss. Payment for earnings and extra expense combined does not exceed the "limit".

**10. Waiting Period**

**a. Waiting Period Limitation** - If an Income Coverage waiting period is indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings until after

the first 24 hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss of or damage to covered property caused by a covered peril.

This waiting period does not apply to extra expenses that "you" incur.

**b. Waiting Period Limitation For Civil Authority** - As regards coverage under Interruption by Civil Authority, coverage under this extension begins:

**(1)** for earnings, 24 hours (unless otherwise indicated on the "schedule of coverages") after the time the order is issued and ends 30 consecutive days and 24 hours from the date of the order; and

**(2)** for extra expense, immediately after the time the order is issued, and ends 30 consecutive days and 24 hours from the date of the order.

**c. Other Waiting Period Limitations** - The waiting period described under Off Premises Utility Service Interruption and Virus and Hacking Coverage is not deleted nor replaced by the terms of this provision.

**LOSS PAYMENT**

**1. Loss Payment Options**

**a. Our Options** - In the event of loss covered by this coverage form, "we" have the following options:

**(1)** pay the value of the lost or damaged property;

**(2)** pay the cost of repairing or replacing the lost or damaged property;

**(3)** rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

**(4)** take all or any part of the property at the agreed or appraised value.

**b. Notice of Our Intent To Rebuild, Repair, or Replace** - "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

**2. Your Losses**

**a. Adjustment and Payment of Loss** - "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

**b. Conditions For Payment of Loss** - An insured loss will be payable 30 days after:



**(1)** a satisfactory proof of loss is received; and

**(2)** the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

**3.   Property of Others**

**a.   Adjustment and Payment of Loss To Property of Others** - Losses to property of others may be adjusted with and paid to:

**(1)** "you" on behalf of the owner; or

**(2)** the owner.

**b.   We Do Not Have To Pay You If We Pay The Owner** - If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits arising from the owners at "our" expense.

**OTHER CONDITIONS**

**1.   Appraisal** - If "you" and "we" do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

**2.   Income Coverage (Appraisal)** - If "you" and "we" do not agree on the amount of net income (net profit or loss before income taxes), payroll expense, and operating expenses, these amounts may be determined by ap-

praisal in accordance with the provisions described above under 1. Appraisal.

**3.   Benefit To Others** - Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

**4.   Conformity With Statute** - When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

**5.   Estates** - This provision applies only if the insured is an individual.

**a.   Your Death** - On "your" death, "we" cover the following as an insured:

**(1)** the person who has custody of "your" property until a legal representative is qualified and appointed; or

**(2)** "your" legal representative.

This person or organization is an insured only with respect to property covered by this coverage.

**b.   Policy Period Is Not Extended** - This coverage does not extend past the policy period indicated on the declarations.

**6.   Misrepresentation, Concealment, or Fraud** - This coverage is void as to "you" and any other insured if, before or after a loss:

**a.   "you"** or any other insured have willfully concealed or misrepresented:

**(1)** a material fact or circumstance that relates to this insurance or the subject thereof; or

**(2)** "your" interest herein.

**b.** there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

**7.   Policy Period** - "We" pay for a covered loss that occurs during the policy period.

**8.   Recoveries** - If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

**a.** "you" must notify "us" promptly if "you" recover property or receive payment;

**b.** "we" must notify "you" promptly if "we" recover property or receive payment;

**c.** any recovery expenses incurred by either are reimbursed first;

**d.** "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

e.  if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

9.  **Restoration of Limits** - Except as indicated under Virus and Hacking Coverage, a loss "we" pay under this coverage does not reduce the applicable "limits".

10. **Subrogation** - If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

"You" may waive "your" right to recover from others in writing before a loss occurs.

11. **Suit Against Us** - No one may bring a legal action against "us" under this coverage unless:

a.  all of the "terms" of this coverage have been complied with; and

b.  the suit has been brought within two years after "you" first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

12. **Territorial Limits** - "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.



This endorsement changes the policy
**- PLEASE READ THIS CAREFULLY -**

# VIRUS OR BACTERIA EXCLUSION

**DEFINITIONS**

**Definitions Amended**

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

**PERILS EXCLUDED**

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1.  The following exclusion is added under Perils Excluded, item 1.:

    **Virus or Bacteria**

    "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

This exclusion applies to, but not limited to, any loss, cost, or expense as a result of:

**a.**  any contamination by any virus, bacterium, or other microorganism; or

**b.**  any denial of access to property because of any virus, bacterium, or other microorganism.

2.  **Superseded Exclusions** - The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

**OTHER CONDITIONS**

**Other Terms Remain In Effect**

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.



Copyright, American Association of
Insurance Services, Inc., 2006

**CL 0700  10 06**

This endorsement changes the policy
**- PLEASE READ THIS CAREFULLY -**

# AMENDATORY ENDORSEMENT
## FLORIDA

**1.** Under Loss Payment, Your Losses is amended to include the following:

If "we" have agreed in writing to the settlement of a claim, "we" will pay for that loss within 20 days after such settlement is reached.

**2.** Under Other Conditions, Misrepresentation, Concealment, Or Fraud is deleted and replaced by the following:

**Misrepresentation, Concealment, Or Fraud** - This coverage may be voided if, before or after a loss:

  **a.** an insured has willfully concealed or misrepresented:

    **(1)** any material fact or circumstance concerning this insurance; or

    **(2)** an insured's interest herein if material.

  This means "we" would not have issued the policy at the premium charged if "we" had known the facts "you" concealed or misrepresented.

  **b.** there has been fraud or false swearing by an insured with respect to this insurance or the subject thereof.

**3.** In all coverage forms except Cold Storage Locker Coverage, Contingent Cargo Coverage, Motor Truck Cargo Legal Liability Coverage, Riggers' Legal Liability Coverage, and Warehouse Legal Liability Coverage, under Other Conditions, paragraph b. of Suit Against Us is deleted and replaced by the following:

  **b.** the suit has been brought within five years after "you" first have knowledge of the loss.

Copyright, American Association of
Insurance Services, Inc., 2009

IM 2019  08 09



This endorsement changes the policy
**- PLEASE READ THIS CAREFULLY -**

# CALENDAR DATE OR TIME FAILURE EXCLUSION

**ADDITIONAL PERILS EXCLUDED**

"We" do not pay for loss or damage if the following exclusion applies to the loss. But if loss by a covered peril results, "we" will pay for the resulting loss.

**Calendar Date or Time Failure** - "We" do not pay for loss to any "hardware" or "software" caused by two-digit coding of four-digit calendar year dates including, but not limited to, any abbreviated or encrypted date or time:

1.  that results in the inability of any "hardware" or "software" to unambiguously recognize or distinguish any date or time; or

2.  that results in the misinterpretation by any "hardware" or "software" of any date or time.

Copyright, American Association of
Insurance Services, Inc., 2001                                    **IM 7234  05 01**



POLICY NUMBER: CMM 0395871
POLICY PERIOD: FROM 05/04/2013 TO 05/04/2014

## SCHEDULE OF COVERAGES
## CONTRACTORS' EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**PROPERTY COVERED**

(check one)

{X} Scheduled Equipment (Refer to Equipment Schedule)

{ } Schedule On File

|  | "Limit" |
|---|---|
| **Catastrophe Limit** -- The most "we" pay for loss in any one occurrence is: | $ 1,032,457 |
| **COVERAGE EXTENSIONS** | |
| Additional Debris Removal Expenses | $    5,000 |
| **SUPPLEMENTAL COVERAGES** | |
| Employee Tools | $    5,000 |
| Equipment Leased or Rented From Others | $  250,000 |
| Newly Purchased Equipment (check one) | |
| {X}Percentage of Catastrophe Limit | 30% |
| { }Dollar Limit | $ |
| Pollutant Cleanup and Removal | $   25,000 |
| Rental Reimbursement | |
| -- Reimbursement Limit | $   10,000 |
| -- Waiting Period | 72 hrs |
| Spare Parts and Fuel | $    5,000 |

**COINSURANCE**

(check one)

{X} 80%   { } 90%   { } 100%   { } Other   %

**REPORTING CONDITIONS**

(check if applicable)

{ } Equipment Leased or Rented From Others

-- **Reporting Rate**

-- Deposit Premium                          $

-- Minimum Premium                          $

**VALUATION**

(check if applicable)

{ } Actual Cash Value           { } Replacement Cost

{X} Indicated on Equipment Schedule

Copyright, American Association of Insurance Services, Inc., 2012

**DEDUCTIBLE**

(check one)

{X} Flat Deductible Amount                        Refer to form CM7162

{ } Percentage Deductible                                                    %

    Maximum Deductible Amount                    $

    Minimum Deductible Amount                    $

**ADDITIONAL INFORMATION**

| IM7005 | 0112*, IM7000 | 0404*, IM7017 | 0604*, CL0700 | 1006*, IM2019 | 0809*, |
| IM7039 | 0711*, IM7902 | 0112*, IM7854 | 0404*, CM7162 | 0611*, IM7034 | 0112*. |

---

Copyright, American Association of Insurance Services, Inc., 2012

POLICY NUMBER: CMM 0395871
POLICY PERIOD: FROM 05/04/2013 TO 05/04/2014

# EQUIPMENT SCHEDULE
## CONTRACTORS' EQUIPMENT
## VALUATION BASIS

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**SCHEDULED EQUIPMENT**

ACV = Actual Cash Value          RP = Replacement Cost
AA = Agreed Amount

Item #  Description of Equipment

01      1993 INGERSOLL RAND AIR COMPRESSOR

        Limit $    12,000    Valuation ACV    Deductible $    5,000

Item #  Description of Equipment

02      EMPLOYEE TOOLS .                    $1,000 MAX PER ITEM

        Limit $    10,000    Valuation ACV    Deductible $    1,000

Item #  Description of Equipment

03      1985 SULLAIR AIR COMPRESSOR

        Limit $    12,000    Valuation ACV    Deductible $    5,000

Item #  Description of Equipment

04      FORD BACKHOE 555D
                                        A434018

        Limit $    40,000    Valuation ACV    Deductible $    5,000

Item #  Description of Equipment

05      1990 FORD BACKHOE TLB 655C
                                        A420129

        Limit $    28,396    Valuation ACV    Deductible $    5,000

Item #  Description of Equipment

06      JOB SITE TRAILER #1
                                        CCC1000

        Limit $     7,500    Valuation ACV    Deductible $    5,000

Item #  Description of Equipment

07      CONTENTS IN JOB SITE TRAILER #1

        Limit $     2,500    Valuation ACV    Deductible $    5,000

Item #  Description of Equipment

08      JOB SITE TRAILER #2
                                        CCC1002

        Limit $     7,500    Valuation ACV    Deductible $    5,000

```
Item #  Description of Equipment
09      28' BOX TRAILER TOOL TRAILER
                                          22706

        Limit $    2,500   Valuation ACV    Deductible $    5,000
Item #  Description of Equipment
10      CONTENTS IN TOOL TRAILER

        Limit $    2,500   Valuation ACV    Deductible $    5,000
Item #  Description of Equipment
11      TOOL TRAILER #2

        Limit $    2,500   Valuation ACV    Deductible $    5,000
Item #  Description of Equipment
12      CONTENTS IN TOOL TRAILER #2

        Limit $    2,500   Valuation ACV    Deductible $    5,000
Item #  Description of Equipment
13      10 X 35 JOB SITE TRAILER #3
                                          CCC1003
        Limit $    7,500   Valuation ACV    Deductible $    5,000
Item #  Description of Equipment
14      JOB SITE TRAILER #4
                                          CCC1004
        Limit $    7,500   Valuation ACV    Deductible $    5,000
Item #  Description of Equipment
15      CONTENTS IN JOB SITE TRAILER #4

        Limit $    2,500   Valuation ACV    Deductible $    5,000
Item #  Description of Equipment
16      JOB SITE TRAILER #5 23 X 56
                                          CCC1005
        Limit $   30,000   Valuation ACV    Deductible $    5,000
Item #  Description of Equipment
17      CONTENTS IN JOB SITE TRAILER #5

        Limit $    5,000   Valuation ACV    Deductible $    5,000
Item #  Description of Equipment
18      8 X 35 JOB SITE TRAILER #7

        Limit $    7,500   Valuation ACV    Deductible $    5,000
Item #  Description of Equipment
19      CONTENTS IN JOB SITE TRAILER #7

        Limit $    2,500   Valuation ACV    Deductible $    5,000
```

Item #   Description of Equipment
20       TOOL TRAILER #3
                                    33706
         Limit $    2,500   Valuation ACV   Deductible $   5,000
Item #   Description of Equipment
21       CONTENTS IN TOOL TRAILER #3

         Limit $    10,000   Valuation ACV   Deductible $   5,000
Item #   Description of Equipment
22       8 X 32 JOB SITE TRAILER #8
                                    CCC1007
         Limit $    7,500   Valuation ACV   Deductible $   5,000
Item #   Description of Equipment
23       CONTENTS IN JOB SITE TRAILER #8

         Limit $    2,500   Valuation ACV   Deductible $   5,000
Item #   Description of Equipment
24       TOOL TRAILER #4
                                    SS706
         Limit $    2,500   Valuation ACV   Deductible $   5,000
Item #   Description of Equipment
25       CONTENTS IN TOOL TRAILER #4

         Limit $    5,000   Valuation ACV   Deductible $   5,000
Item #   Description of Equipment
26       JOB SITE TRAILER #98 X 16
                                    CC1008
         Limit $    7,500   Valuation ACV   Deductible $   5,000
Item #   Description of Equipment
27       JOB SITE TRAILER #10  8 X 12

         Limit $    7,500   Valuation ACV   Deductible $   5,000
Item #   Description of Equipment
28       JOB SITE TRAILER #11 8 X 24
                                    CCC1001
         Limit $    7,500   Valuation ACV   Deductible $   5,000
Item #   Description of Equipment
29       CONTENTS IN JOB SITE TRAILER #11

         Limit $    2,500   Valuation ACV   Deductible $   5,000
Item #   Description of Equipment
30       28' BOX TOOL TRAILER #5
                                    11706
         Limit $    2,500   Valuation ACV   Deductible $   5,000

Item #   Description of Equipment

31       CONTENTS IN TOOL TRAILER #5

         Limit $    2,500   Valuation ACV    Deductible $    5,000

Item #   Description of Equipment

32       FORKLIFT
                                        PF02A20VD
         Limit $    6,000   Valuation ACV    Deductible $    5,000

Item #   Description of Equipment

33       1991 KABUTA TRACTOR

         Limit $    12,000   Valuation ACV    Deductible $    5,000

Item #   Description of Equipment

34       1999 HOMEMADE JOB SITE TRAILER    #12
                                           NOVINO200047043
         Limit $    2,000   Valuation ACV    Deductible $    5,000

Item #   Description of Equipment

35       2001 NEW HOLLAND BACKHOE
                                        LB75B31031662
         Limit $    48,000   Valuation ACV    Deductible $    5,000

Item #   Description of Equipment

36       2001 NEW HOLLAND BACKHOE
                                        LB75B31032725
         Limit $    48,000   Valuation ACV    Deductible $    5,000

Item #   Description of Equipment

37       2006 CATERPILLAR MULTI-TERRAIN    MT MODEL 257B
                                           SLK01090
         Limit $    41,081   Valuation ACV    Deductible $    5,000

Item #   Description of Equipment

38       2007 CATERPILLAR MULTI-TERRAIN    LOADER
         MD# 247B                          MTL04233
         Limit $    49,682   Valuation ACV    Deductible $    5,000

Item #   Description of Equipment

39       2003 CATERPILLAR BACKHOE
                                        C25965
         Limit $    65,000   Valuation ACV    Deductible $    5,000

Item #   Description of Equipment

40       2007 CATERPILLAR BACKHOE LOADER    416EXH LOADER MODEL
                                            SHA03399
         Limit $    67,812   Valuation ACV    Deductible $    5,000

Item #   Description of Equipment

41       2006 LULL TELEHANDLER
                                        22515
         Limit $    92,276   Valuation ACV    Deductible $    5,000

Item # Description of Equipment

42          2008 CATERPILLAR BACKHOE LOADER        W/DIG BUCKET
            420E LOADER W/24"DB                     HLS06393

            Limit $    75,210    Valuation ACV        Deductible $     5,000

Item # Description of Equipment

43          2001 NEW HOLLAND BACKHOE                LB75B BACKHOE
                                                    031055209

            Limit $    48,000    Valuation ACV        Deductible $     5,000

# CONTRACTORS' EQUIPMENT COVERAGE

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Contractors' Equipment Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the declarations.

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Contractors' equipment" means machinery, equipment, and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

    "Contractors' equipment" also means:

    a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

    b. vehicles designed for highway use that are unlicensed and not operated on public roads.

4. "Equipment schedule" means a schedule of "contractors' equipment" that is attached to this policy and that describes each piece of covered equipment.

5. "Jobsite" means any location, project, or work site where "you" are in the process of construction, installation, erection, repair, or moving.

6. "Limit" means the amount of coverage that applies.

7. "Pollutant" means:

    a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

    b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

8. "Schedule of coverages" means:

    a. all pages labeled schedule of coverages or schedules which pertain to this coverage; and

    b. declarations or supplemental declarations which pertain to this coverage.

9. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

    Falling objects does not include loss to:

    a. personal property in the open; or

    b. the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

    Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

    Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss or damage to the covered property.



Copyright, American Association of
Insurance Services, Inc., 2004

**PROPERTY COVERED**

"We" cover the following property unless the property is excluded or subject to limitations.

**1.   Scheduled Equipment**

   **a.   Coverage** - "We" cover direct physical loss caused by a covered peril to:

      **(1)**   "your" "contractors' equipment"; and

      **(2)**   "contractors' equipment" of others in "your" care, custody, or control.

   **b.   Coverage Limitation** - "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

      **(1)**   that are described on the "equipment schedule"; and

      **(2)**   when Scheduled Equipment is indicated on the "schedule of coverages".

**2.   Schedule On File**

   **a.   Coverage** - "We" cover direct physical loss caused by a covered peril to:

      **(1)**   "your" "contractors' equipment"; and

      **(2)**   "contractors' equipment" of others in "your" care, custody, or control.

   **b.   Coverage Limitation** - "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

      **(1)**   that are listed in a schedule which "you" must submit to "us" and "we" keep on file, the schedule must contain a description of each item to be covered and a "limit" for each item; and

      **(2)**   when Schedule on File is indicated on the "schedule of coverages".

**PROPERTY NOT COVERED**

**1.   Aircraft Or Watercraft** - "We" do not cover aircraft or watercraft.

**2.   Contraband** - "We" do not cover contraband or property in the course of illegal transportation or trade.

**3.   Leased Or Rented Property** - "We" do not cover property that "you" lease or rent to others.

**4.   Loaned Property** - "We" do not cover property that "you" loan to others.

**5.   Underground Mining Operations** - "We" do not cover property while stored or operated underground in connection with any mining operations.

**6.   Vehicles** - "We" do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed for highway use and used for over the road transportation of people or cargo. However, this does not include:

   **a.**   self-propelled vehicles designed and used primarily to carry mounted equipment; or

   **b.**   vehicles designed for highway use that are unlicensed and not operated on public roads.

**7.   Waterborne Property** - "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

**COVERAGE EXTENSIONS**

**Provisions That Apply To Coverage Extensions** - The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

**Debris Removal**

**1.   Coverage** - "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

**2.   We Do Not Cover** - This coverage does not include costs to:

   **a.**   extract "pollutants" from land or water; or

   **b.**   remove, restore, or replace polluted land or water.

**3.   Limit** - "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

4.  **Additional Limit** - "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

5.  **You Must Report Your Expenses** - "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

**SUPPLEMENTAL COVERAGES**

**Provisions That Apply To Supplemental Coverages** - The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a.  is the only "limit" available for the described coverage; and

b.  is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

1.  **Employee Tools**

    a.  **Coverage** - "We" cover direct physical loss caused by a covered peril to tools owned by "your" employees.

    b.  **Coverage Limitation** - "We" only cover tools owned by "your" employees while at a:

        (1) premises that "you" own or operate; or

        (2) "jobsite".



c.  **Limit** - The most "we" pay in any one occurrence for loss to employee tools is $5,000.

2.  **Equipment Leased Or Rented From Others** -

    a.  **Coverage** - "We" cover direct physical loss caused by a covered peril to "contractors' equipment" that "you" have leased or rented from others.

    b.  **Limit** - The most "we" pay in any one occurrence for equipment leased or rented from others is $25,000.

3.  **Newly Purchased Property**

    a.  **Coverage** - "We" cover direct physical loss caused by a covered peril to additional "contractors' equipment" that "you" purchase during the policy period.

    b.  **Limit** - The most that "we" pay for any loss under this supplemental coverage is the least of the:

        (1) actual cash value of the covered property; or

        (2) "limit" for newly purchased property indicated on the "schedule of coverages". If no "limit" is indicated, then 30% of the Catastrophe Limit indicated on the "schedule of coverages" applies to this coverage.

    c.  **Time Limitation** - "We" extend coverage to the additional "contractors' equipment" that "you" purchase for up to 60 days.

        This supplemental coverage will end when any of the following first occur:

        (1) this policy expires;

        (2) 60 days after "you" obtain the additional "contractors' equipment"; or

        (3) "you" report the additional "contractors' equipment" to "us".

    d.  **Additional Premium** - "You" must pay any additional premium due from the date "you" purchase the additional "contractors' equipment".

4.  **Pollutant Cleanup And Removal**

    a.  **Coverage** - "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

    b.  **Time Limitation** - The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

**c.** **We Do Not Cover** - "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

**d.** **Limit** - The most "we" pay for each location is $25,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

**5.** **Rental Reimbursement**

**a.** **Coverage** - In the event of a direct physical loss by a covered peril to "your" "contractors' equipment", "we" reimburse "you" for "your" expense to rent similar equipment while "your" equipment is inoperable.

The deductible amount indicated on the "schedule of coverages" does not apply to a loss covered under this supplemental coverage.

**b.** **Waiting Period** - "We" will not reimburse "you" for the rental of equipment until after the first 72-hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss to "your" "contractors' equipment" caused by a covered peril.

**c.** **Incurred Rental Expenses** - After the waiting period has passed, "we" will only reimburse "you" for the rental expenses that "you" actually incur.

**d.** **Coverage After Expiration Date** - "We" will continue to reimburse "you" for the rental of equipment after the expiration date of this coverage, provided the loss occurred before the expiration date.

**e.** **Coverage Limitations** - "We" will not reimburse "you":

**(1)** if "you" can continue or resume "your" operations with similar equipment that is available to "you" at no additional expense to "you"; or

**(2)** for the rental expense of any equipment unless "you" make every reasonable effort to repair, replace, or rebuild the inoperable equipment after the loss by a covered peril occurs.

**f.** **Limit** - The most "we" reimburse "you" in any one occurrence for rental expenses is $5,000.

**6.** **Spare Parts And Fuel**

**a.** **Coverage** - "We" cover direct physical loss caused by a covered peril to:

**(1)** spare parts and accessories for "contractors' equipment"; and

**(2)** fluids for vehicles and "contractors' equipment"; fluids include gasoline, oil, and hydraulic fluid.

**b.** **Limit** - The most "we" pay in any one occurrence for loss to spare parts and accessories is $5,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

**1.** "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

**a.** **Civil Authority** - "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

**b.** **Nuclear Hazard** - "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

**c.** **War And Military Action** - "We" do not pay for loss caused by:

**(1)** war, including undeclared war or civil war; or

**(2)** a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**(3)** insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

   a. **Contamination or Deterioration** - "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

   But if contamination or deterioration results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

   b. **Criminal, Fraudulent, Dishonest Or Illegal Acts** - "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

      (1) "you";

      (2) others who have an interest in the property;

      (3) others to whom "you" entrust the property;

      (4) "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or

      (5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

   This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

   This exclusion does not apply to covered property in the custody of a carrier for hire.

   c. **Loss Of Use** - "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

   d. **Mechanical Breakdown** - "We" do not pay for loss caused by any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

   But if a mechanical, structural, or electrical breakdown or malfunction results

in a covered peril, "we" do cover the loss or damage caused by that covered peril.

   e. **Missing Property** - "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

   This exclusion does not apply to covered property in the custody of a carrier for hire.

   f. **Pollutants** - "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

      (1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or

      (2) except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

   "We" do cover any resulting loss caused by a "specified peril".

   g. **Temperature/Humidity** - "We" do not pay for loss or damage caused by dryness, dampness, humidity, or changes in or extremes of temperature.

   But if dryness, dampness, humidity, or changes in or extremes of temperature results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

   h. **Voluntary Parting** - "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

   i. **Wear And Tear** - "We" do not pay for loss caused by wear and tear, marring, or scratching.

   But if wear and tear, marring, or scratching results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

**WHAT MUST BE DONE IN CASE OF LOSS**

1. **Notice** - In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** - "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   a. **Payment Of Reasonable Costs** - "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

   b. **We Do Not Pay** - "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

3. **Proof Of Loss** - "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title of the covered property during the policy period; and

   e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** - "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** - "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** - "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** - "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** - "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** - "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1 **Actual Cash Value** - The value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation) unless replacement cost is indicated on the "schedule of coverages".

2. **Replacement Cost** - The value of covered property will be based on replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

   a. **Replacement Cost Limitation** - The replacement cost is limited to the cost of repair or replacement with similar materials and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

   b. **Replacement Cost Does Not Apply Until Repair Or Replacement** - Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

   c. **Time Limitation** - "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

3. **Pair Or Set** - The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

4. **Loss To Parts** - The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** - "We" do not cover more than "your" insurable interest in any property.

2. **Flat Deductible** - "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence unless Percentage Deductible is indicated on the "schedule of coverages".

3. **Percentage Deductible** - When a percentage deductible is indicated on the "schedule of coverages", "we" pay only that part of "your" loss over the deductible amount as determined below.

**a. Determining The Deductible Amount** - The deductible amount is determined by applying the percentage indicated on the "schedule of coverages" to the value of the covered property that is involved in the loss. The value is determined by the provisions described under the Valuation section of this policy.

**b. Two Or More Items** - If a loss involves two or more pieces of equipment, the percentage indicated on the "schedule of coverages" will apply only to the covered property with the highest value.

**c. Minimum and Maximum Deductible** - The percentage deductible will not exceed the Maximum Deductible amount and will not be less than the Minimum Deductible amount indicated on the "schedule of coverages".

**4. Loss Settlement Terms** - Subject to paragraphs 1., 2., 3., 5., 6., and 7., under How Much We Pay, "we" pay the lesser of:

**a.** the amount determined under Valuation;

**b.** the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

**c.** the "limit" that applies to the covered property. However, the most "we" pay for loss in any one occurrence is the Catastrophe Limit indicated on the "schedule of coverages".

**5. Coinsurance**

**a. When Coinsurance Applies** - "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

**b. How We Determine Our Part Of The Loss** - "Our" part of the loss is determined using the following steps:

**(1)** multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;

**(2)** divide the "limit" for covered property by the result determined in b.1) above;

**(3)** multiply the total amount of loss, after the application of any deductible, by the result determined in b.2) above.

The most "we" pay is the amount determined in b.3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

**c. If There Is More Than One Limit** - If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

**d. If There Is Only One Limit** - If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

**e. When Coinsurance Does Not Apply** - Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

**6. Insurance Under More Than One Coverage** - If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

**7. Insurance Under More Than One Policy**

**a. Proportional Share** - "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

**b. Excess Amount** - If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

**LOSS PAYMENT**

**1. Loss Payment Options**

**a. Our Options** - In the event of loss covered by this coverage form, "we" have the following options:

**(1)** pay the value of the lost or damaged property;

**(2)** pay the cost of repairing or replacing the lost or damaged property;

**(3)** rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

**(4)** take all or any part of the property at the agreed or appraised value.

**b. Notice Of Our Intent To Rebuild, Repair, Or Replace** - "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

**2.    Your Losses**

    **a.    Adjustment And Payment Of Loss** - "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

    **b.    Conditions For Payment Of Loss** - An insured loss will be payable 30 days after:

        **(1)**    a satisfactory proof of loss is received; and

        **(2)**    the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

**3.    Property Of Others**

    **a.    Adjustment And Payment Of Loss To Property Of Others** - Losses to property of others may be adjusted with and paid to:

        **(1)**    "you" on behalf of the owner; or

        **(2)**    the owner.

    **b.    We Do Not Have To Pay You If We Pay The Owner** - If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

**REPORTING CONDITIONS**

**Equipment Leased Or Rented From Others** - If indicated on the "schedule of coverages", the following reporting conditions apply.

**1.    Reports**

    **a.    You Will Report to Us** - Within 30 days after the end of the policy period, "you" will report to "us" the total amount of "your" expenditures for "contractors' equipment" that "you" lease or rent from others.

    **b.    Cancellation** - If this policy is canceled, "you" will report the total amount of expenditures up to and including the date of cancellation.

**2.    Premium Computation And Adjustment**

    **a.**    The premium will be adjusted at the end of the policy period. The total computed premium will be determined by multiplying "your" total equipment expenditures by the reporting rate indicated on the "schedule of coverages" for Equipment Leased or Rented From Others.

    **b.**    "We" will compare the total computed premium to the deposit premium. If it is more than the deposit premium, "you" will pay "us" the difference. If it is less than the deposit premium, "we" will pay "you" the difference subject to the mini-mum premium indicated on the "schedule of coverages".

**3.    Provisions That Affect How Much We Pay** - The following provisions apply to reports that are submitted and may affect How Much We Pay:

    **a.    Failure To Submit Reports** - If "you" have failed to submit the required reports or no report has been submitted, the most "we" will pay is 90% of the "limit".

    **b.    Reported Values Are Less Than The Full Value** - If "your" last report before a loss shows less than the actual value of "your" expenditures for "contractors' equipment" that "you" lease or rent from others, "we" will only pay a part of the loss. "We" will not pay a greater portion of the loss, prior to the application of the deductible, than the total expenditures "you" reported divided by "your" actual expenditures for "contractors' equipment" that "you" lease or rent from others during the reporting period.

    **c.    We Will Not Pay More Than The Limit** - "We" will not pay more than the applicable "limit" regardless of any reported value used in computing the premium.

**OTHER CONDITIONS**

**1.    Appraisal** - If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit To Others** - Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** - When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** - This provision applies only if the insured is an individual.

   a. **Your Death** - On "your" death, "we" cover the following as an insured:

      (1) the person who has custody of "your" property until a legal representative is qualified and appointed; or

      (2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** - This coverage does not extend past the policy period indicated on the declarations.

5. **Misrepresentation, Concealment, Or Fraud** - This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      (1) a material fact or circumstance that relates to this insurance or the subject thereof; or

      (2) "your" interest herein.

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** - "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** - If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be prorated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration Of Limits** - A loss "we" pay under this coverage does not reduce the applicable "limit" unless it is a total loss to a scheduled item. In the event of a total loss to a scheduled item, "we" refund the unearned premium on that item.

9. **Subrogation** - If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** - No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

       If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** - "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

This endorsement changes the Contractors' Equipment Coverage
**- PLEASE READ THIS CAREFULLY -**

# WEIGHT OF LOAD EXCLUSION

**ADDITIONAL PERILS EXCLUDED**

The following exclusion is added under Perils Excluded, item 2:

**Weight of Load** - ″We″ do not pay for loss caused by the weight of a load which, under the operating conditions at the time of a loss, exceeds the registered lifting capacity of the equipment.

Copyright, American Association of
Insurance Services, Inc., 2004                                                    **IM 7017  06 04**



This endorsement changes the
Contractors' Equipment Coverage
**- PLEASE READ THIS CAREFULLY -**

# BELOW THE SURFACE OF THE GROUND EXCLUSION

## ADDITIONAL PROPERTY NOT COVERED

The following exclusion is added under Property Not Covered:

**Equipment Below The Surface Of The Ground** - "We" do not cover equipment or attachments while below the surface of the ground or equipment underground including, but not limited to, drilling equipment below the surface of the ground or underground during drilling operations.

This exclusion does not apply to buckets or other attachments to an excavator, backhoe, or similar equipment used for excavations or trenching.

Copyright, American Association of
Insurance Services, Inc., 2011

**IM 7039  0711**



POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[   ]  Lender's Loss Payable

[   ]  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|----|----|----|----|
| ALL | ALL COVERED LOCATIONS | 2006 CATERPILLAR MULTI-TERRAIN MT MODEL 257B SLK01090 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | 2007 CATERPILLAR MULTI-TERRAIN LOADER MTL04233 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | 2003 CATERPILLAR BACKHOE C25965 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | 2007 CATERPILLAR BACKHOE LOADER 416EXH SHA03399 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | 2006 LULL TELEHANDLER 22515 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | 2008 CATERPILLAR BACKHOE LOADER W/DIG BUCKET HLS06393 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |

Copyright, American Association of
Insurance Services, Inc., 2012

IM 7902  01 12

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[   ]  Lender's Loss Payable

[   ]  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | WILLIAMS SCOTSMAN, INC CORP OPERATIONS 901 S BOND ST SUITE 600 BALTIMORE MD 21231 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | THOMPSON TRACTOR CO INC DBA THE CAT RENTAL STORE 2401 PINSON HIGHWAY TARRANT AL 35217 |



Copyright, American Association of
Insurance Services, Inc., 2012

**IM 7902  01 12**

This endorsement changes the Inland Marine Coverage
**- PLEASE READ THIS CAREFULLY -**

# LOSS PAYABLE OPTIONS

If indicated on the Loss Payable Schedule, the following conditions apply to the property described on the schedule. The following conditions apply in addition to the policy "terms" which are contained in the Inland Marine Coverage(s).

**LOSS PAYABLE**

Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

**LENDER'S LOSS PAYABLE**

Any loss will be payable to "you" and the loss payee described on the schedule as interests appear. If more than one loss payee is named, they will be paid in order of precedence.

The insurance for the loss payee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the loss payee does not continue in effect if the loss payee is aware of changes in ownership or substantial increase in risk and does not notify "us".

If "we" cancel this policy, "we" notify the loss payee at least ten days before the effective date of cancellation if "we" cancel for "your" nonpayment of premium, or 30 days before the effective date of cancellation if "we" cancel for any other reason.

"We" may request payment of the premium from the loss payee, if "you" fail to pay the premium.

If "we" pay the loss payee for a loss where "your" insurance may be void, the loss payee's right to collect that portion of the debt from "you" then belongs to "us". This does not affect the loss payee's right to collect the remainder of the debt from "you". As an alternative, "we" may pay the loss payee the remaining principal and accrued interest in return for a full assignment of the loss payee's interest and any instruments given as security for the debt.

If "we" choose not to renew this policy, "we" give written notice to the loss payee at least ten days before the expiration date of this policy.

**CONTRACT OF SALE**

Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

The loss payee shown on the schedule is a person or organization "you" have entered into a contract with for the sale of covered property.

When covered property is the subject of a contract of sale, the word "you" also means the loss payee.

Copyright, American Association of
Insurance Services, Inc., 2004

IM 7854  04 04



POLICY NUMBER: CMM 0395871

POLICY PERIOD: FROM 05/04/2013 TO 05/04/2014

This endorsement changes the
Contractors' Equipment Coverage
- **PLEASE READ THIS CAREFULLY** -

# TOOLS ENDORSEMENT

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)

**SCHEDULE**

|  |  | "Limit" |
|---|---|---|
| 1. Your Tools |  |  |
| a. The most "we" pay for loss to any one "tool" is: | $ | 1,000 |
| b. The most "we" pay in any one occurrence for loss to "your" "tools" is: | $ | 10,000 |
| Deductible Amount | $ | 1,000 |

**ADDITIONAL DEFINITIONS**

"Tools" means equipment and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

**HOW MUCH WE PAY**

**Tools Deductible -** "We" pay only that part of "your" loss over the deductible amount indicated for "tools".

**SUPPLEMENTAL COVERAGES**

**1.  Your Tools -** "We" cover direct physical loss caused by a covered peril to "your" "tools".

Copyright, American Association of Insurance Services, Inc., 2012

CRIME COVERAGE

CRIME COVERAGE

CRIME COVERAGE

SR

# WESTFIELD®

**NEW
CRIME AND FIDELITY COVERAGE PART DECLARATION
(COMMERCIAL ENTITIES)**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy Period | From  05/04/13<br>To    05/04/14 | at 12:01 A.M. at your mailing address shown above. |
|---|---|---|

|  | Limit of Insurance<br>Per Occurrence | Deductible Amount<br>Per Occurrence |
|---|---|---|
| **Insuring Agreements** | | |
| *1.Employee Theft | $  10,000 | NIL |
| *2.Forgery Or Alteration | $  10,000 | NIL |
| *3.Inside The Premises-Theft Of Money<br> And Securities | $  25,000 | NIL |
| *5.Outside The Premises | $  25,000 | NIL |

Coverage is Written:

[X] Primary    [ ] Excess    [ ] Coindemnity    [ ] Concurrent

*The additional coverage(s) found in Property Expanded Plus Coverage are
included and not in addition to the crime coverage(s) above.

                    **Total Advance Annual Crime Premium**      $      0.00

**Forms and Endorsements forming part of this policy coverage when issued:**
CR7000    1010*, CR0021    0506*, CR0151   0807*, IL0255   0212*, IL0953    0108*,
CR0175    1010*, CR0176    1010*.

CANCELLATION OF PRIOR INSURANCE ISSUED BY US:
By acceptance of this Coverage Part / Policy you give us notice cancelling prior
policy Nos. _____; the cancellation to be effective at the
time this Coverage Part become effective.

# COMMERCIAL CRIME COVERAGE FORM
# (LOSS SUSTAINED FORM)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Insuring Agreements

Coverage is provided under the following Insuring Agreements for which a Limit of Insurance is shown in the Declarations and applies to loss that you sustain resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations, except as provided in Condition **E.1.k.** or **E.1.l.**, which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.g.**:

### 1. Employee Theft

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

### 2. Forgery Or Alteration

a. We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

(1) Made or drawn by or drawn upon you; or

(2) Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated to the same as the original it replaced.

b. If you are sued for refusing to pay any instrument covered in Para-graph **2.a.**, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay is in addition to the Limit of Insurance applicable to this Insuring Agreement.

### 3. Inside The Premises - Theft Of Money And Securities

a. We will pay for loss of "money" and "securities" inside the "premises" or "banking premises"

(1) Resulting directly from "theft" committed by a person present inside such "premises" or "banking premises"; or

(2) Resulting directly from disappearance or destruction.

b. We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

c. We will pay for loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of or unlawful entry into those containers.

### 4. Inside the Premises - Robbery Or Safe Burglary Of Other Property

a. We will pay for loss of or damage to "other property":

(1) Inside the "premises" resulting directly from an actual or attempted "robbery" of a "custodian"; or

(2) Inside the "premises" in a safe or vault resulting directly from an actual or attempted "safe burglary".

b. We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "robbery" or "safe burglary" of "other property", if you are the owner of the "premises" or are liable for damage to it.

**c.** We will pay for loss of or damage to a locked safe or vault located inside the "premises" resulting directly from an actual or attempted "robbery" or "safe burglary".

**5. Outside The Premises**

**a.** We will pay for loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

**b.** We will pay for loss of or damage to "other property" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from an actual or attempted "robbery".

**6. Computer Fraud**

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from the use of any computer to fraudulently cause a transfer of that property from inside the "premises" or "banking premises":

**a.** To a person (other than a "messenger") outside those "premises"; or

**b.** To a place outside those "premises".

**7. Funds Transfer Fraud**

We will pay for loss of "funds" resulting directly from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "funds" from your "transfer account".

**8. Money Orders And Counterfeit Money**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**a.** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**b.** "Counterfeit money" that is acquired during the regular course of business.

**B. Limit Of Insurance**

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit of Insurance shown in the Declarations.

If any loss is covered under more than one Insuring Agreement or Coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any

one of those Insuring Agreements or Coverages.

**C. Deductible**

We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

**D. Exclusions**

**1.** This insurance does not cover:

**a. Acts Committed By You, Your Partners Or Your Members**

Loss resulting from "theft" or any other dishonest act committed by:

**(1)** You; or

**(2)** Any of your partners or "members";

whether acting alone or in collusion with other persons.

**b. Acts of Employees Learned Of By You Prior To The Policy Period**

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of that "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**c. Acts Of Employees, Managers, Directors, Trustees Or Representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**(1)** Whether acting alone or in collusion with other persons; or

**(2)** While performing services for you or otherwise;

except when covered under Insuring Agreement **A.1.**

**d. Confidential Information**

Loss resulting from:

**(1)** The unauthorized disclosure of your confidential information including, but not limited to, patents, trade secrets, processing methods or customer lists; or

**(2)** The unauthorized use or disclosure of confidential information of another person or entity which is held by you including, but not limited to, financial information, personal information, credit card information or similar non-public information.

**e.    Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

**f.    Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, loss resulting from:

**(1)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property".

**(2)** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

**(3)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**g.    Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Insuring Agreement **A.2.**

**h.    Nuclear Hazard**

Loss or damage resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**i.    Pollution**

Loss or damage caused by or resulting from pollution. Pollution means the discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**j.    War And Military Action**

Loss or damage resulting from:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**2.**    Insuring Agreement **A.1.** does not cover:

**a.    Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**b.    Trading**

Loss resulting from trading, whether in your name or in a genuine or fictitious account.

**c.    Warehouse Receipts**

Loss resulting from the fraudulent or dishonest signing, issuing, cancelling or failing to cancel, a warehouse receipt or any papers connected with it.

**3.**    Insuring Agreements **A.3., A.4.** and **A.5.** do not cover:

**a.    Accounting Or Arithmetical Errors Or Omissions**

Loss resulting from accounting or arithmetical errors or omissions.

**b.    Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**c.    Fire**

Loss or damage resulting from fire, however caused, except:

**(1)** Loss of or damage to "money" and "securities"; and

**(2)** Loss from damage to a safe or vault.

**d. Money Operated Devices**

Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**e. Motor Vehicles Or Equipment And Accessories**

Loss of or damage to motor vehicles, trailers or semi-trailers or equipment and accessories attached to them.

**f. Transfer Or Surrender Of Property**

**(1)** Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises":

**(a)** On the basis of unauthorized instructions;

**(b)** As a result of a threat to do bodily harm to any person; or

**(c)** As a result of a threat to do damage to any property;

**(d)** As a result of a threat to introduce a denial of service attack into your computer system;

**(e)** As a result of a threat to introduce a virus or other malicious instruction into your computer system which is designed to damage, destroy or corrupt data or computer programs stored within your computer system;

**(f)** As a result of a threat to contaminate, pollute or render substandard your products or goods; or

**(g)** As a result of a threat to disseminate, divulge or utilize;

**(i)** Your confidential information; or

**(ii)** Weaknesses in the source code within your computer system.

**(2)** But, this Exclusion does not apply under Insuring Agreement **A.5.** to loss of "money", "securi-

ties" or "other property" while outside the "premises" in the care and custody of a "messenger" if you:

**(a)** Had no knowledge of any threat at the time the conveyance began; or

**(b)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

**h. Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**4.** Insuring Agreement **A.6.** does not cover:

**a. Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**b. Funds Transfer Fraud**

Loss resulting from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "funds" from your "transfer account".

**c. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

**5.** Insuring Agreement A.7. does not cover:

**COMPUTER FRAUD**

Loss resulting from the use of any computer to fraudulently cause a transfer of "money", "securities" or "other property".

**E. Conditions**

The following Conditions apply in addition to the Common Policy Conditions:

**1. Conditions Applicable To All Insuring Agreements**

**a. Additional Premises Or Employees**

If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liabilities of, another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" need not be given and no additional premium need be paid for the remainder of the Policy Period shown in the Declarations.

**b. Concealment, Misrepresentation Or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**(1)** This insurance;

**(2)** The property covered under this insurance;

**(3)** Your interest in the property covered under this insurance; or

**(4)** A claim under this insurance.

**c. Consolidation - Merger Or Acquisition**

If you consolidate or merge with, or purchase or acquire the assets or liabilities of, another entity:

**(1)** You must give us written notice as soon as possible and obtain our written consent to extend the coverage provided by this insurance to such consolidated or merged entity or such purchased or acquired assets or liabilities. We may condition our consent by requiring payment of an additional premium; but

**(2)** For the first 90 days after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities, the coverage provided by this insurance shall apply to such consolidated or merged entity or such purchased or acquired assets or liabilities provided that all "occurrences" causing or contributing to a loss involving such consolidation,

merger or purchase or acquisition or assets or liabilities, must take place after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities.

**d. Cooperation**

You must cooperate with us in all matters pertaining to this insurance as stated in the terms and conditions.

**e. Duties In The Event Of Loss**

After you discover a loss or a situation that may result in loss of or damage to "money", "securities" or "other property" you must:

**(1)** Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreement **A.1.** or **A.2.**) involves a violation of law, you must also notify the local law enforcement authorities.

**(2)** Submit to examination under oath at our request and give us a signed statement of your answers.

**(3)** Produce for our examination all pertinent records.

**(4)** Give us a detailed, sworn proof of loss within 120 days.

**(5)** Cooperate with us in the investigation and settlement of any claim.

**f. Employee Benefit Plans**

**(1)** The "employee benefit plans" shown in the Declarations (hereinafter referred to as Plan) are included as insureds under Insuring Agreement **A.1.**

**(2)** If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator must select a Limit of Insurance for Insuring Agreement **A.1.** that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required if each Plan were separately insured.

**(3)** With respect to loss sustained or discovered by any such Plan, Insuring Agreement **A.1.** is replaced by the following:

We will pay for loss of or damage to "funds" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

**(4)** If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

**(5)** If two or more Plans are insured under this insurance, any payment we make for loss:

**(a)** Sustained by two or more Plans; or

**(b)** Of commingled "funds" or "other property" of two or more Plans;

resulting directly from an "occurrence" will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required for each Plan bears to the total Limit of Insurance of all Plans sustaining loss.

**(6)** The Deductible Amount applicable to Insuring Agreement **A.1.** does not apply to loss sustained by any Plan.

**g. Extended Period To Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

**(1)** No later than 1 year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(2)** No later than 1 year from the date of that cancellation with regard to any "employee benefit plans".

**h. Joint Insured**

**(1)** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured

for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

**(2)** If any Insured, or partner, "member" or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**(3)** An "employee" of any Insured is considered to be an "employee" of every Insured.

**(4)** If this insurance or any of its coverages is cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you:

**(a)** No later than 1 year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(b)** No later than 1 year from the date of that cancellation with regard to any "employee benefit plans".

**(5)** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

**(6)** Payment by us to the first Named Insured for loss sustained by any Insured, other than an "employee benefit plan" shall fully release us on account of such loss.

**i. Legal Action Against Us**

You may not bring any legal action against us involving loss:

**(1)** Unless you have complied with all the terms of this insurance;

**(2)** Until 90 days after you have filed proof of loss with us; and

**(3)** Unless brought within 2 years from the date you "discovered" the loss.

If any limitation in this Condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

**j.   Liberalization**

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the Policy Period shown in the Declarations, the broadened coverage will immediately apply to this insurance.

**k.   Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate**

**(1)   Loss Sustained Partly During This Insurance And Partly During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting from an "occurrence" taking place:

**(a)**   Partly during the Policy Period shown in the Declarations; and

**(b)**   Partly during the Policy Period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained during this Policy Period. We will then settle the remaining amount of loss that you sustained during the Policy Period(s) of the prior insurance.

**(2)   Loss Sustained Entirely During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place entirely during the Policy Period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided:

**(a)**   This insurance became effective at the time of cancellation of the prior insurance; and

**(b)**   The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the Policy Period(s) of any other prior insurance.

**(3)**   In settling loss subject to this Condition:

**(a)**   The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**(b)**   We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under this insurance. If no loss was sustained under this insurance, we will apply the Deductible Amount shown in the Declarations to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, of the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

We will not apply any other Deductible Amount that may have been applicable to the loss.

**(4)**   The following examples demonstrate how we will settle losses subject to this Condition **E.1.k.:**

**EXAMPLE NO. 1:**

The insured sustained a covered loss of $10,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B.**

**POLICY A**

The current policy. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

## POLICY B

Issued prior to Policy **A**. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

The amount of loss sustained under Policy **A** is $2,500 and under Policy **B** is $7,500.

The highest single Limit of Insurance applicable to this entire loss is $50,000 written under Policy **A**. The Policy **A** Deductible Amount of $5,000 applies. The loss is settled as follows:

1.  The amount of loss sustained under Policy **A** ($2,500) is settled first. The amount we will pay is nil ($0.00) because the amount of loss is less than the Deductible Amount (i.e., $2,500 loss - $5,000 deductible = $0.00)

2.  The remaining amount of loss sustained under Policy **B** ($7,500) is settled next. The amount recoverable is $5,000 after the remaining Deductible Amount from Policy **A** of $2,500 is applied to the loss (i.e., $7,500 loss - $2,500 deductible = $5,000).

The most we will pay for this loss is $5,000.

### EXAMPLE NO. 2:

The insured sustained a covered loss of $250,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B**.

## POLICY A

The current policy. Written at a Limit of Insurance of $125,000 and a Deductible Amount of $10,000.

## POLICY B

Issued prior to Policy **A**. Written at a Limit of Insurance of $150,000 and a Deductible Amount of $25,000.

The amount of loss sustained under Policy **A** is $175,000 and under Policy **B** is $75,000

The highest single Limit of Insurance applicable to this entire loss is $150,000 written under Policy **B**. The Policy **A** Deductible Amount of $10,000 applies. The loss is settled as follows:

1.  The amount of loss sustained under Policy **A** ($175,000) is settled first. The amount we will pay is the Policy **A** Limit of $125,000 because $175,000 loss - $10,000 deductible = $165,000 which is greater than the $125,000 policy limit.

2.  The remaining amount of loss sustained under Policy **B** ($75,000) is

settled next. The amount we will pay is $25,000 (i.e., $150,000 Policy **B** limit - $125,000 paid under Policy **A** = $25,000).

The most we will pay for this loss is $150,000.

### EXAMPLE NO. 3:

The insured sustained a covered loss of $2,000,000 resulting directly from an "occurrence" taking place during the terms of Policies **A, B, C** and **D.**

## POLICY A

The current policy. Written at a Limit of Insurance of $1,000,000 and a Deductible Amount of $100,000.

## POLICY B

Issued prior to Policy **A**. Written at a Limit of Insurance of $750,000 and a Deductible Amount of $75,000.

## POLICY C

Issued prior to Policy **B**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

## POLICY D

Issued prior to Policy **C**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

The amount of loss sustained under Policy **A** is $350,000, under Policy **B** is $250,000, under Policy **C** is $600,000 and under Policy **D** is $800,000.

The highest single Limit of Insurance applicable to this entire loss is is $1,000,000 written under Policy **A.** The Policy **A** Deductible Amount of $100,000 applies. The loss is settled as follows:

1.  The amount of loss sustained under Policy **A** ($350,000) is settled first. The amount we will pay is $250,000 (i.e., $350,000 loss - $100,000 deductible = $250,000).

2.  The amount of loss sustained under Policy **B** ($250,000) is settled next. The amount we will pay is $250,000 (no deductible is applied).

3.  The amount of loss sustained under Policy **C** ($600,000) is settled next. The amount we will pay is $500,000, the policy limit (no deductible is applied).

4.  We will not make any further payment under Policy **D** as the maximum amount payable under the highest single Limit of Insurance applying to the loss of $1,000,000 under Policy **A** has been satisfied.

The most we will pay for the loss is $1,000,000.

**I. Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**

**(1)** If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the Policy Period of any prior cancelled insurance that was issued to you or a predecessor in interest by another company, and the period of time to discover loss under that insurance had expired, we will pay for the loss under this insurance, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

**(2)** In settling loss subject to this Condition:

**(a)** The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled insurance.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under the prior cancelled insurance.

**(3)** The insurance provided under this Condition is subject to the following:

**(a)** If loss covered under this Condition is also partially covered under Condition **E.1.k,** the amount recoverable under this Condition is part of, not in addition to, the amount recoverable under Condition **E.1.k.**

**(b)** For loss covered under this Condition that is not subject to Paragraph **(3)(a),** the amount recoverable under this Condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this insurance and is limited to the lesser of the amount recoverable under:

**(i)** This insurance as of its effective date; or

**(ii)** The prior cancelled insurance had it remained in effect.

**m. Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

**(1) Primary Insurance**

When this insurance is written as primary insurance, and:

**(a)** You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit of Insurance shown in the Declarations bears to the total limit of all insurance covering the same loss.

**(b)** You have other insurance covering the same loss other than that described in Paragraph **(1)(a),** we will only pay for the amount of loss that exceeds:

**(i)** The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

**(ii)** The Deductible Amount shown in the Declarations;

whichever is greater. Our payment for loss is subject to the terms and conditions of this insurance.

**(2) Excess Insurance**

**(a)** When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit Of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this insurance.

**(b)** However, if loss covered under this insurance is subject to a Deductible, we will reduce the Deductible Amount shown in the Declarations by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance.

**n. Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

**(1)** That you own or lease; or

**(2)** That you hold for others, whether or not you are legally liable for the loss of such property.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**o. Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

**p. Recoveries**

**(1)** Any recoveries, whether effected before or after any payment under this insurance, whether made by us or you, shall be applied net of the expense of such recovery:

**(a)** First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

**(b)** Second, to us in satisfaction of amounts paid in settlement of your claim;

**(c)** Third, to you in satisfaction of any Deductible Amount; and

**(d)** Fourth, to you in satisfaction of any loss not covered under this insurance.

**(2)** Recoveries do not include any recovery:

**(a)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

**(b)** Of original "securities" after duplicates of them have been issued.

**q. Territory**

This insurance covers loss that you sustain resulting directly from an "occurrence" taking place within the United States of America (including its territories and possessions), Puerto Rico and Canada.

**r. Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**s. Valuation - Settlement**

**(1)** The value of any loss for purposes of coverage under this policy shall be determined as follows:

**(a)** Loss of "money" but only up to and including its face value. We will, at your option, pay for loss of "money" issued by any country other than the United States of America:

**(i)** At face value in the "money" issued by that country; or

**(ii)** In the United States of America dollar equivalent determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(b)** Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

**(i)** Pay the market value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

**(ii)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

**i.** Market value of the "securities" at the close of business on the day the loss was "discovered"; or

**ii.** The Limit of Insurance applicable to the "securities".

**(c)** Loss of or damage to "other property" or loss from damage to the "premises" or its exterior for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

**(i)** The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose; or

**(ii)** The amount you actually spend that is necessary to repair or replace the lost or damaged property; or

**(iii)** The Limit of Insurance applicable to the lost or damaged property.

With regard to Paragraphs **s.(1)(c)(i)** through **s.(1)(c)(iii)**, we will not pay on a replacement cost basis for any loss or damage:

**i.** Until the lost or damaged property is actually repaired or replaced; and

**ii.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

**(2)** We will at your option, settle loss or damage to property other than "money":

**(a)** In the "money" of the country in which the loss or damage occurred; or

**(b)** In the United States of America dollar equivalent of the "money" of the country in which the loss or damage occurred determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(3)** Any property that we pay for or replace becomes our property.

**2. Conditions Applicable To Insuring Agreement A.1.**

**a. Termination As To Any Employee**

This Insuring Agreement terminates as to any "employee":

**(1)** As soon as:

**(a)** You; or

**(b)** Any of your partners, "members", "managers", officers, directors, or trustees not in collusion with the "employee";

learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you.

**(2)** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**b. Territory**

We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory Condition **E.1.q.** for a period of not more than 90 consecutive days.

**3.** **Conditions Applicable To Insuring Agreement A.2.**

    **a.** **Deductible Amount**

        The Deductible Amount does not apply to legal expenses paid under Insuring Agreement **A.2.**

    **b.** **Electronic And Mechanical Signatures**

        We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

    **c.** **Proof Of Loss**

        You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

    **d.** **Territory**

        We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.2.**

**4.** **Conditions Applicable To Insuring Agreements A.4. And A.5.**

    **a.** **Armored Motor Vehicle Companies**

        Under Insuring Agreement **A.5.**, we will only pay for the amount of loss you cannot recover:

        **(1)** Under your contract with the armored motor vehicle company; and

        **(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

    **b.** **Special Limit Of Insurance For Specified Property**

        We will only pay up to $5,000 for any one "occurrence" of loss of or damage to:

        **(1)** Precious metals, precious or semi-precious stones, pearls, furs, or completed or partially completed articles made of or containing such materials that constitute the principal value of such articles; or

        **(2)** Manuscripts, drawings, or records of any kind or the cost of reconstructing them or reproducing any information contained in them.

**5.** **Conditions Applicable To Insuring Agreement A.6.**

    **a.** **Special Limit Of Insurance for Specified Property**

        We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

    **b.** **Territory**

        We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.6.**

**F.** **Definitions**

    **1.** "Banking premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

    **2.** "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

    **3.** "Custodian" means you, or any of your partners or "members", or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

    **4.** "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

        "Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

    **5.** "Employee":

        **a.** "Employee" means:

        **(1)** Any natural person:

        **(a)** While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee";

**(b)** Who you compensate directly by salary, wages or commissions; and

**(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent "employee" as defined in Paragraph **a.(1)**, who is on leave; or

**(b)** To meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises";

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **a.(2)**;

**(4)** Any natural person who is:

**(a)** A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; and

**(b)** A director or trustee of yours while that person is engaged in handling "funds" or "other property" of any "employee benefit plan";

**(5)** Any natural person who is a former "employee", partner, "member", "manager", director, or trustee retained as a consultant while performing services for you;

**(6)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the "premises".

**(7)** Any "employee" of any entity merged or consolidated with you prior to the effective date of this policy; or

**(8)** Any of your "managers", directors or trustees while:

**(a)** Performing acts within the scope of the usual duties of an "employee"; or

**(b)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

**b.** "Employee" does not mean:

Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph **5.a.**

**6.** "Employee benefit plan" means any welfare or pension benefit plan shown in the Declarations that you sponsor and which is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

**7.** "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**8.** "Fraudulent instruction" means:

**a.** An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

**b.** A written instruction (other than those described in Insuring Agreement **A.2.**) issued by you, which was forged or altered by someone other than you without your knowledge or consent, or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

**c.** An electronic, telegraphic, cable, teletype, telefacsimile, telephone or written instruction initially received by you which purports to have been transmitted by an "employee" but which was in fact fraudulently transmitted by someone else without your or the "employee's" knowledge or consent.

9. "Funds" means "money" and "securities".

10. "Manager" means a person serving in a directorial capacity for a limited liability company.

11. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

12. "Messenger" means you, or a relative of yours, or any of your partners or "members", or any "employee" while having care and custody of property outside the "premises".

13. "Money" means:

    a. Currency, coins and bank notes in current use and having a face value; and

    b. Travelers checks, registered checks and money orders held for sale to the public.

14. "Occurrence" means:

    a. Under Insuring Agreement **A.1.**:

        (1) An individual act;

        (2) The combined total of all separate acts whether or not related; or

        (3) A series of acts whether or not related;

        committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

    b. Under Insuring Agreement **A.2.**:

        (1) An individual act;

        (2) The combined total of all separate acts whether or not related; or

        (3) A series of acts whether or not related;

        committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

    c. Under Insuring Agreement:

        (1) An individual act or event;

        (2) The combined total of all separate acts or events whether or not related; or

        (3) A series of acts or events whether or not related;

        committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

15. "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include computer programs, electronic data or any property specifically excluded under this insurance.

16. "Premises" means the interior of that portion of any building you occupy in conducting your business.

17. "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

    a. Caused or threatened to cause that person bodily harm; or

    b. Committed an obviously unlawful act witnessed by that person.

18. "Safe burglary" means the unlawful taking of:

    a. Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

    b. A safe or vault from inside the "premises".

19. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or property and includes:

    a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

    but does not include "money".

20. "Theft" means the unlawful taking of property" to the deprivation of the Insured.

21. "Transfer account" means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "funds":

**a.** By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

**b.** By means of written instructions (other than those described in Insuring Agreement **A.2.**) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

**22.** "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

CRIME AND FIDELITY

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
GOVERNMENT CRIME COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM

**A.** Under the Commercial Crime Coverage Form and Government Crime Coverage Form, the **Legal Action Against Us** Condition is replaced by the following:

**LEGAL ACTION AGAINST US**

You may not bring any legal action against us involving loss:

1. Unless you have complied with all the terms of this insurance;

2. Until 90 days after you have filed proof of loss with us; and

3. Unless brought within 5 years from the date you "discover" the loss.

**B.** Under the Kidnap/Ransom And Extortion Coverage Form, the **Legal Action Against Us** Condition is replaced by the following:

**LEGAL ACTION AGAINST US**

You may not bring any legal action against us involving loss:

1. Unless you have complied with all the terms of this insurance;

2. Until 90 days after you have filed proof of loss with us; and

3. Unless brought within 5 years from the date you reported the loss to us.

Copyright, ISO Properties, Inc., 2006

**CR 01 51  08 07**



**CRIME AND FIDELITY**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# FLORIDA CHANGES - BINDING ARBITRATION

This endorsement modifies insurance provided under the following:

    COMMERCIAL CRIME COVERAGE FORM
    COMMERCIAL CRIME POLICY
    EMPLOYEE THEFT AND FORGERY POLICY
    GOVERNMENT CRIME COVERAGE FORM
    GOVERNMENT CRIME POLICY
    GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY
    KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
    KIDNAP/RANSOM AND EXTORTION POLICY

If you and we disagree on the amount of loss, both parties may, by mutual consent, agree to arbitration of the disagreement.

If both parties agree to arbitrate, each party will select an arbitrator. The two arbitrators will select a third.  If they cannot agree on the third within 30 days, both parties must request that selection be made by a judge of a court having jurisdiction. Each party will:

1.  Pay the expenses it incurs; and

2.  Bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the address shown in the Declarations is located.  Local rules of law as to procedure and evidence will apply. A decision agreed to by any two of the arbitrators will be binding.

© Insurance Services Office, Inc., 2009

CR 01 75  10 10



**CRIME AND FIDELITY**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# FLORIDA CHANGES - NONBINDING ARBITRATION

This endorsement modifies insurance provided under the following:

      COMMERCIAL CRIME COVERAGE FORM
      COMMERCIAL CRIME POLICY
      EMPLOYEE THEFT AND FORGERY POLICY
      GOVERNMENT CRIME COVERAGE FORM
      GOVERNMENT CRIME POLICY
      GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY
      KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
      KIDNAP/RANSOM AND EXTORTION POLICY

If you and we disagree on the amount of loss, both parties may, by mutual consent, agree to arbitration of the disagreement.

If the parties agree to arbitrate, each party will select an arbitrator.  The two arbitrators will select a third.  If they cannot agree on the third within 30 days, both parties must request that selection be made by a judge of a court having jurisdiction.  Each party will:

1.  Pay the expenses it incurs; and

2.  Bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the address shown in the Declarations is located.  Local rules of law as to procedure and evidence will apply.  Any decision agreed to by the arbitrators may be appealed to a court of competent jurisdiction.

© Insurance Services Office, Inc., 2009
CR 01 76  10 10



EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**KNOX HOLDINGS, INC**
**PO BOX 20086**
**TALLAHASSEE FL  32316**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

    Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

**CRP2117 (08-10)**

SR

 **WESTFIELD®**

| COMMERCIAL PACKAGE POLICY |
|:-:|
| AMENDED |
| COMMON POLICY DECLARATIONS |

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✹✹ Effective 05/30/13 this Common Policy declarations amends all prior ✹✹**
**✹✹ Common Policy declarations and endorses this policy as shown below. ✹✹**

**Business:** CONTRACTOR                    **Named Insured is:**  Corporation

**In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.**

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL GENERAL LIAB. COVERAGE PART ENDORSEMENT  Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

FL Windstorm Emer Assessment Additional
Citizens 2005 Emer Assessment Addition

Net Additional Premium

_____

GENERAL LIABILITY COVERAGE PART ENDORSEMENT

1. ADDED ADDITIONAL INSURED
   - ADDL INSD DESIGNATED PERSON OR ORG(CG2026)
     URBAN DEVELOPMENT FUND
     FULL NAME ON IL7032
     P O BOX 279
     SAN ANSELMO CA 94979-0279

FORMS CHANGES

1. ADDED FORM IL7032 01/05

2. ADDED FORM CG2026 07/04

** This endorsement changes your policy. Please
attach it to your original policy. **

SR

⚫ **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**�苯✶ Effective 05/30/13 this Common Policy declarations amends all prior    ✶✶**
**✶✶ Common Policy declarations and endorses this policy as shown below.     ✶✶**

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 .

COUNTERSIGNED: _____    BY _____
                          Date                Authorized Representative

**PAGE   02 OF  03**         IL 00 19 (04-88)              06/17/13                    HF



SR

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| | |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

**Policy Number: CMM** 0 395 871 | 01 |   **WIC Account Number:** 0900375639 | M

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✖✖ Effective 05/30/13 this Common Policy declarations amends all prior ✖✖**
**✖✖ Common Policy declarations and endorses this policy as shown below. ✖✖**

✖✖  SCHEDULE OF NAMED INSURED  ✖✖

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
PO BOX 20086
TALLAHASSEE FL  32316

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYEES / ADDITIONAL INSUREDS / MORTGAGEES

The complete loss payee / additional insured / mortgagee read as follows:

FULL NAME ON CG2026:
URBAN DEVELOPMENT FIND XXV, LLC
UDF/USBCDC FLORIDA FUND XXV, LLC
UDF FLORIDA NMTC INVESTMENT FUND II, LLC
UDF/USBCDC FLORIDA INVESTOR XXV, LLC
U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION
DEAL ID #22327
P. O. BOX 279
SAN ANSELMO CA 97979-0279
PROJECT LOCATION:
240 MABRY STREET, TALLAHASSEE, FL
300 MABRY STREET, TALLAHASSEE, FL
PROJECT:
NEW CONSTRUCTION OF GOODWILL INDUSTRIES MABRY STREET RETAIL STORE



**IL 70 32** 01 05

POLICY NUMBER:                                      COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
|  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |



**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or

**B.** In connection with your premises owned by or rented to you.

© ISO Properties, Inc., 2004                                      **CG 20 26** 07 04

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**KNOX HOLDINGS, INC**
**PO BOX 20086**
**TALLAHASSEE FL  32316**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

Thank you for placing your business with us!



**WESTFIELD®**

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

SR

**WESTFIELD®**

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL 32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From 05/04/13<br>To 05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|

** Effective 05/04/13 this Common Policy declarations amends all prior ** 
** Common Policy declarations and endorses this policy as shown below. **

**Business:** CONTRACTOR                    **Named Insured is:** Corporation

In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional $      0.00
CRIME AND FIDELITY COVERAGE PART ENDORSEMENT         Additional $  Included

                    Net Additional Premium              $       0.00

                    _____

INLAND MARINE CONTRACTORS' LEASE/RENT FROM OTHERS

  1. CHANGED CONTRACTORS' LEASED/RENTED FROM OTHERS

  2. ADDED CONTRACTORS' LEASED/RENTED FROM OTHERS

INLAND MARINE COVERAGE PART ENDORSEMENT

  1. CHANGED COVERAGE AT LOC 001 BLDG 001
     - CHANGED LOSS PAYEE
       FROM WILLIAMS SCOTSMAN, INC
            CORP OPERATIONS
            901 S BOND ST STE 600
            BALTIMORE MD 21231
       TO   RSC EQUIPMENT RENTAL
            9417 TRADE PARK CT STE 3
            CHARLOTTE NC 28217
     - CHANGED LOSS PAYEE
       FROM THOMPSON TRACTOR CO INC
            DBA THE CAT RENTAL STORE
            2401 PINSON HIGHWAY
            TARRANT AL 35217
       TO   RSC EQUIPMENT RENTAL
            3200 HARBOR LN STE 100
            PLYMOUTH MN 55447
     - ADDED LOSS PAYEE
       UNITED RENTALS, INC
       6125 LAKEVIEW RD STE 300

SR

**WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL 32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| **Policy<br>Period** | **From**<br>**To** | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**�save Effective 05/04/13 this Common Policy declarations amends all prior** ✗✗
**✗✗ Common Policy declarations and endorses this policy as shown below.** ✗✗

───────────────────────────

```
       CHARLOTTE NC 28269
     - ADDED LOSS PAYEE
       MODULAR SPACE CORPORATION
       1200 SWEDESFORD RD
       BERWYN PA 19312
     - ADDED LOSS PAYEE
       RING POWER CORP
       500 WORLD COMMERCE PKWY
       ST AUGUSTINE FL 32095

  FORMS CHANGES

   1. CHANGED FORM IM7902  01/12
```

                    ** This endorsement changes your policy. Please
                         attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019    0488 , IL0017    1198 , ID7004    0411 , IL0003    0908 , IL0262    0908 .

COUNTERSIGNED: ─────────────── BY ───────────────
                        Date                      Authorized Representative

**PAGE    02 OF    03        IL 00 19 (04-88)            07/03/13            HF**

 **WESTFIELD**®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

✷✷ **Effective 05/04/13 this Common Policy declarations amends all prior** ✷✷
✷✷ **Common Policy declarations and endorses this policy as shown below.** ✷✷

✷✷   SCHEDULE OF NAMED INSURED   ✷✷

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
PO BOX 20086
TALLAHASSEE FL  32316

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[   ]  Lender's Loss Payable

[   ]  Contract of Sale

**SCHEDULE**

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RSC EQUIPMENT RENTAL<br>9417 TRADE PARK COURT<br>SUITE E<br>CHARLOTTE NC 28217 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RSC EQUIPMENT RENTAL<br>3200 HARBOR LANE<br>SUITE 100<br>PLYMOUTH MN 55447 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | UNITED RENTALS, INC.<br>6125 LAKEVIEW RD<br>SUITE 300<br>CHARLOTTE NC 28269 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | MODULAR SPACE CORPORATION<br>1200 SWEDESFORD RD<br>BERWYN PA 19312 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RING POWER CORP<br>500 WORLD COMMERCE PARKWAY<br>ST AUGUSTINE FL 32095 |



Copyright, American Association of
Insurance Services, Inc., 2012

**IM 7902  01 12**

SR

**WESTFIELD**®

**AMENDED**
**CRIME AND FIDELITY COVERAGE PART DECLARATION**
**(COMMERCIAL ENTITIES)**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** 09-09764 | **PROD.** | 000 |

| | |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy | From | 05/04/13 | at 12:01 A.M. at your mailing address |
|---|---|---|---|
| Period | To | 05/04/14 | shown above. |

✱✱ **Effective  05/04/13  this Commercial Crime declarations amends   all prior   ✱✱**
✱✱ **Commercial Crime declarations and endorses this policy as shown below.     ✱✱**

| **Insuring Agreements** | **Limit of Insurance Per Occurrence** | **Deductible Amount Per Occurrence** |
|---|---|---|
| *1.Employee Theft | $    10,000 | NIL |
| *2.Forgery Or Alteration | $    10,000 | NIL |
| *3.Inside The Premises-Theft Of Money<br> And Securities | $    25,000 | NIL |
| *5.Outside The Premises | $    25,000 | NIL |

Coverage is Written:

[X] Primary    [ ] Excess    [ ] Coindemnity    [ ] Concurrent

*The additional coverage(s) found in Property Expanded Plus Coverage are
included and not in addition to the crime coverage(s) above.

**Total Advance Annual Crime Premium        $     0.00**

**Forms and Endorsements forming part of this policy coverage when issued:**
CR7000   1010 , CR0021   0506 , CR0151   0807 , IL0255   0212 , IL0953   0108 ,
CR0175   1010 , CR0176   1010 .

CANCELLATION OF PRIOR INSURANCE ISSUED BY US:
By acceptance of this Coverage Part / Policy you give us notice cancelling prior
policy Nos._____; the cancellation to be effective at the
time this Coverage Part become effective.

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL 32317-2039

850-878-2121

Policy Number: **CMM 0395871**

**KNOX HOLDINGS, INC**
**PO BOX 20086**
**TALLAHASSEE FL 32316**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

    Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio 44251-5001

**CRP2117 (08-10)**

SR

**WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL 32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy Period | From | 05/04/13 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| | To | 05/04/14 | mailing address shown above. |

**�newline** Effective 05/04/13 this Common Policy declarations amends all prior **✗✗**
**✗✗** Common Policy declarations and endorses this policy as shown below. **✗✗**

**Business:** CONTRACTOR                    **Named Insured is:** Corporation

In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT              Additional $      0.00
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT   Additional $      0.00

Net Additional Premium                                              $      0.00

_____

FORMS CHANGES

1. ADDED FORM CA7035 10/93
   ADD    EXCL DRIVER CHANEY LANE COGGINS

** This endorsement changes your policy. Please
   attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 .

| COUNTERSIGNED: _____ | BY _____ |
|---|---|
| Date | Authorized Representative |

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

KNOX HOLDINGS, INC
SEE SCHEDULE OF NAMED INSURED
PO BOX 20086
TALLAHASSEE FL 32316

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

**Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M

| Policy Period | From | 05/04/13 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| | To | 05/04/14 | mailing address shown above. |

✱✱ **Effective 05/04/13 this Common Policy declarations amends all prior** ✱✱
✱✱ **Common Policy declarations and endorses this policy as shown below.** ✱✱

✱✱  **SCHEDULE OF NAMED INSURED**  ✱✱

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
PO BOX 20086
TALLAHASSEE FL 32316

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FLORIDA NAMED PERSON EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective:<br><br>05/04/13 | Countersigned By:<br><br><br> |
|---|---|
| Named Insured: | (Authorized Representative) |

It is agreed that any "auto" while being driven or operated by  CHANEY LANE COGGINS
is not a covered "auto".

This exclusion does not apply to Personal Injury Protection or Property Damage Liability but the most we will pay under these coverages is the minimum amount required by statute.

I have read the above exclusion and agree to making it part of the policy.



_____    _____
Signature of Named Insured, Partner or Officer                    Date Signed

SIGNATURE ON FILE
_____    _____
Signature of Excluded Driver                                      Date Signed

**CA 70 35** 10 93

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**KNOX HOLDINGS, INC**
**PO BOX 20086**
**TALLAHASSEE FL  32316**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.    Check the upper right hand corner of each page in this packet.

    a.    If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.    If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.    Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.    When you remove pages from your policy, retain them for a perma-nent record.

Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

**SR**

● WESTFIELD®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✱✱ Effective 05/04/13 this Common Policy declarations amends all prior** ✱✱
**✱✱ Common Policy declarations and endorses this policy as shown below.** ✱✱

**Business:** CONTRACTOR                          **Named Insured is:**  Corporation

**In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.**

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

```
COMMERCIAL AUTO COVERAGE PART ENDORSEMENT              Additional $        0.00
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional $        0.00
```

Net Additional Premium                          $        0.00

_____

FORMS CHANGES

1. ADDED FORM CA7011 04/11

** This endorsement changes your policy. Please
attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019    0488 , IL0017    1198 , ID7004    0411 , IL0003    0908 , IL0262    0908 .

| COUNTERSIGNED: _____  BY _____ |
|---|
| Date                                    Authorized Representative |

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| NAMED INSURED | AGENCY |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| | | | |
|---|---|---|---|
| **Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M |

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✖✖ Effective 05/04/13 this Common Policy declarations amends all prior ✖✖**
**✖✖ Common Policy declarations and endorses this policy as shown below. ✖✖**

**✖✖  SCHEDULE OF NAMED INSURED  ✖✖**

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
PO BOX 20086
TALLAHASSEE FL  32316

Form MCS-90                                                                                    OMB No. 2126-0008

# ENDORSEMENT FOR
## MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
## UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980

### DEFINITIONS AS USED IN THIS ENDORSEMENT

**ACCIDENT** includes continuous or repeated exposure to conditions which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

**MOTOR VEHICLE** means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

**BODILY INJURY** means injury to the body, sickness, or disease to any person, including death resulting from any of these.

**ENVIRONMENTAL RESTORATION** means restitution for the loss, damage, or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier.  This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish, and wildlife.

**PROPERTY DAMAGE** means damage to or loss of use of tangible property.

**PUBLIC LIABILITY** means liability for bodily injury, property damage, and environmental restoration.

---

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Motor Carrier Safety Administration (FMCSA).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere.  Such insurance as is afforded, for public liability, does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo.

It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured.  However, all terms, conditions, and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company.  The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately to each accident and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

**CA 70 11 05 13**
**Page 1 of 2**

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by "X", for the limits shown:

☒    This insurance is primary and the company shall not be liable for amounts in excess of $ _____1,000,000._____ for each accident.

☐    This insurance is excess and the company shall not be liable for amounts in excess of $ _____ for each accident in excess of the underlying limit of $ _____ for each accident.

Whenever required by the Federal Motor Carrier Safety Administration (FMCSA), the company agrees to furnish the FMCSA a duplicate of said policy and all its endorsements.  The company also agrees, upon telephone request by an authorized representative of the FMCSA, to verify that the policy is in force as of a particular date. The telephone number to call is: 330-887-6402.

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty five (35) days notice in writing to the other party (said 35 days notice to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the FMCSA's registration requirements under 49 U.S.C. 13901, by providing thirty (30) days notice to the FMCSA (said 30 days notice to commence from the date the notice is received by the FMCSA at its office in Washington, D.C.).

Issued to   KNOX HOLDINGS, INC DBA CULPEPPER CONSTRUCTION CO. INC; KNOX FAMILY PARTNERSHIP LLLP        of   PO BOX 20086  TALLAHASSEE FL  32316

Dated at   TALLAHASSEE FL _____    this _____ day of _____ , _____

Amending Policy No.   **CMM 0 395 871** _____

Effective Date   05/04/13 _____    Countersigned by _____
                                                                  Authorized Company Representative

☐ OHIO FARMERS INSURANCE COMPANY
☒ WESTFIELD INSURANCE COMPANY
☐ AMERICAN SELECT INSURANCE COMPANY
☐ WESTFIELD NATIONAL INSURANCE COMPANY

The Motor Carrier Act of 1980 requires limits of financial responsibility according to type of carriage and commodity transported by the motor carrier.
It is the MOTOR CARRIER'S obligation to obtain the required limits of financial responsibility.

THE SCHEDULE OF LIMITS SHOWN BELOW DOES NOT PROVIDE COVERAGE.
The limits shown in the schedule are for information purposes only.

## Schedule of Limits
## Public Liability

| | Type of Carriage | Commodity Transported | Minimum Insurance |
|---|---|---|---|
| (1) | For-hire (in interstate or foreign commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Property (nonhazardous) | $ 750,000 |
| (2) | For-hire and Private (in interstate, foreign, or intrastate commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk Division 1.1, 1.2, and 1.3 materials.  Division 2.3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A  material; in bulk Division 2.1.or 2.2, or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403. | $5,000,000 |
| (3) | For-hire and Private (in interstate, or foreign commerce, in any quantity, or in intrastate commerce, in bulk only; with a gross vehicle weight rating of 10,000 or more pounds). | Oil listed in 49 CFR 172.101; hazardous waste, hazardous materials and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below. | $1,000,000 |
| (4) | For-hire and Private (in interstate, or foreign commerce, with a gross vehicle weight rating of less than 10,000 pounds). | Any quantity of Division 1.1, 1.2, or 1.3 material; any quantity of a Division 2.3, Hazard Zone A material; or highway route controlled quantities of a Class 7 material as defined in 49 CFR0 173.403. | $5,000,000 |

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**KNOX HOLDINGS, INC**
**PO BOX 20086**
**TALLAHASSEE FL  32316**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

Thank you for placing your business with us!



**W E S T F I E L D®**

P.O. Box 5001, Westfield Center, Ohio  44251-5001

**CRP2117 (08-10)**

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

**Policy Number: CMM** 0 395 871 | 01 |   **WIC Account Number:** 0900375639 | M

| Policy Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

** **Effective 08/28/13 this Common Policy declarations amends all prior** **
** **Common Policy declarations and endorses this policy as shown below.** **

**Business:** CONTRACTOR                    **Named Insured is:** Corporation

**In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.**

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL GENERAL LIAB. COVERAGE PART ENDORSEMENT  Additional

FL Windstorm Emer Assessment Additional
Citizens 2005 Emer Assessment Addition

Net Additional Premium

_____

GENERAL LIABILITY COVERAGE PART ENDORSEMENT

1. ADDED CLASSIFICATION 44444-FL
   - DESCRIPTION:  30 DAY NOTICE CANCEL
     IL 7035 { 1 }
   - PREMIUM BASIS: FLAT CHARGE
   - PREMISES/OPERATIONS COVERAGE APPLIES
   - ADDED $1,000 P.D. DEDUCTIBLE TO
     PREMISES/OPERATIONS

FORMS CHANGES

1. ADDED FORM IL7035 09/12

** This endorsement changes your policy. Please
attach it to your original policy. **

SR

# WESTFIELD®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✕✕ Effective 08/28/13 this Common Policy declarations amends all prior   ✕✕**
**✕✕ Common Policy declarations and endorses this policy as shown below.   ✕✕**

**Forms and Endorsements applicable to all coverage parts:**
IL0019    0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262    0908 ,
IL7035    0912*.

COUNTERSIGNED: _____  BY _____
                       Date                    Authorized Representative

**PAGE   02 OF   03**          IL 00 19 (04-88)          09/17/13          HF

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| **Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M |
|---|---|---|---|

| **Policy<br>Period** | **From**<br>**To** | 05/04/13<br>05/04/14 | **at 12:01 A.M. Standard Time at your<br>mailing address shown above.** |
|---|---|---|---|

**�belyxbx Effective 08/28/13 this Common Policy declarations amends all prior   ✶✶**
**✶✶ Common Policy declarations and endorses this policy as shown below.    ✶✶**

**✶✶  SCHEDULE OF NAMED INSURED  ✶✶**

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
PO BOX 20086
TALLAHASSEE FL  32316

POLICY NUMBER:    CMM 0395871                                           INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EARLIER NOTICE OF CANCELLATION
# PROVIDED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE

**SCHEDULE**

**Number of Days' Notice_____0030_____**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| FLORIDA STATE UNIVERSITY FACILITY DESIGN & CONSTRUCTION 969 LEARNING WAY BLDG A TALLAHASSEE FL 32306 | FLORIDA STATE UNIVERSITY FSU HOUSING REPLACEMENT |

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

Copyright, Insurance Services Office, Inc., 1992                      **IL 70 35  09 12**



EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**KNOX HOLDINGS, INC**
**PO BOX 20086**
**TALLAHASSEE FL  32316**

---

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1. Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2. Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3. When you remove pages from your policy, retain them for a permanent record.

    Thank you for placing your business with us!



**W E S T F I E L D**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

**CRP2117 (08-10)**

**WESTFIELD®**

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✸✸ Effective 09/04/13 this Common Policy declarations amends all prior ✸✸**
**✸✸ Common Policy declarations and endorses this policy as shown below. ✸✸**

**Business:** CONTRACTOR                    **Named Insured is:** Corporation

**In return for the payment of the premium, and subject to all terms of this policy, we agree with you to provide the insurance as stated in this policy.**

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT              Return

FL Windstorm Emer Assessment Return

Net Returned Premium

_____

AUTO COVERAGE PART ENDORSEMENT

1. DELETED AUTO 011 - 05 INFI QX56
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS 5N3AA08C85N807539

2. DELETED AUTO 034 - 10 FORD PICK UP
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS 1FTSW2BR1AEA09941

** This endorsement changes your policy. Please
attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035   0912 .

COUNTERSIGNED: _____ BY _____
                         Date                        Authorized Representative

SR

 **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL 32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**※※ Effective 09/04/13 this Common Policy declarations amends all prior ※※**
**※※ Common Policy declarations and endorses this policy as shown below. ※※**

### ※※  SCHEDULE OF NAMED INSURED  ※※

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
PO BOX 20086
TALLAHASSEE FL 32316

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**KNOX HOLDINGS, INC**
**PO BOX 20086**
**TALLAHASSEE FL  32316**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

**CRP2117 (08-10)**

SR

**WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

KNOX HOLDINGS, INC
SEE SCHEDULE OF NAMED INSURED
PO BOX 20086
TALLAHASSEE FL 32316

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy Period | From 05/04/13 To 05/04/14 | at 12:01 A.M. Standard Time at your mailing address shown above. |
|---|---|---|

** Effective 05/04/13 this Common Policy declarations amends all prior ****
** Common Policy declarations and endorses this policy as shown below. ****

**Business:** CONTRACTOR          **Named Insured is:** Corporation

In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT          Return

FL Windstorm Emer Assessment Return

Net Returned Premium

_____

AUTO COVERAGE PART ENDORSEMENT

1. DELETED AUTO 014 - 07 FORD EXPEDITION E
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS 1FMFK17567LA04909

2. DELETED AUTO 033 - 07 FORD PICK UP
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS 1FMFU17597LA41186

** This endorsement changes your policy. Please
attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019  0488 , IL0017  1198 , ID7004  0411 , IL0003  0908 , IL0262  0908 ,
IL7035  0912 .

COUNTERSIGNED: _____ BY _____
                    Date                    Authorized Representative

**PAGE  01 OF  02**          IL 00 19 (04-88)          **09/26/13**          HF

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL 32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✖✖ Effective 05/04/13 this Common Policy declarations amends all prior ✖✖**
**✖✖ Common Policy declarations and endorses this policy as shown below. ✖✖**

**✖✖ SCHEDULE OF NAMED INSURED ✖✖**

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
PO BOX 20086
TALLAHASSEE FL 32316

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**KNOX HOLDINGS, INC**
**PO BOX 20086**
**TALLAHASSEE FL  32316**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.   Check the upper right hand corner of each page in this packet.

   a.   If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

   b.   If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.   Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.   When you remove pages from your policy, retain them for a permanent record.

   Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

**SR**

**WESTFIELD®**

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

** Effective 11/06/13 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **

**Business:** CONTRACTOR                         **Named Insured is:** Corporation

In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT          Return

FL Windstorm Emer Assessment Return

Net Returned Premium

_____

AUTO COVERAGE PART ENDORSEMENT

  1. DELETED AUTO 031 - 09 GMC SIERRA
     - STATE WAS FLORIDA
     - SERIAL NUMBER WAS 1GTEC19C09Z279376

          ** This endorsement changes your policy. Please
             attach it to your original policy. **

Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035   0912 .

| COUNTERSIGNED: _____ | BY _____ |
|---|---|
| Date | Authorized Representative |

**PAGE  01 OF  02**          IL 00 19 (04-88)                    **01/02/14**                    **HF**

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✘✘ Effective 11/06/13 this Common Policy declarations amends all prior ✘✘**
**✘✘ Common Policy declarations and endorses this policy as shown below. ✘✘**

**✘✘  SCHEDULE OF NAMED INSURED  ✘✘**

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
PO BOX 20086
TALLAHASSEE FL  32316

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**KNOX HOLDINGS, INC**
**PO BOX 20086**
**TALLAHASSEE FL  32316**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.   Check the upper right hand corner of each page in this packet.

   a.   If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

   b.   If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.   Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.   When you remove pages from your policy, retain them for a permanent record.

   Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

**SR**

◉ **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| | |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>PO BOX 20086<br>TALLAHASSEE FL  32316 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| **Policy**<br>**Period** | **From**<br>**To** | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✻✻ Effective 11/18/13 this Common Policy declarations amends all prior     ✻✻**
**✻✻ Common Policy declarations and endorses this policy as shown below.      ✻✻**

**Business:** CONTRACTOR                                    **Named Insured is:** Corporation

**In return for the payment of the premium, and subject to all terms of this**
**policy, we agree with you to provide the insurance as stated in this policy.**

**THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:**

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT            Return

FL Windstorm Emer Assessment Return

Net Returned Premium

_____

AUTO COVERAGE PART ENDORSEMENT

1. DELETED AUTO 035 - 02 FORD PICK UP
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS 1FTRW07612KE18090

        ✻✻ This endorsement changes your policy. Please
              attach it to your original policy. ✻✻

**Forms and Endorsements applicable to all coverage parts:**
IL0019    0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035    0912 .

| COUNTERSIGNED: _____ | BY _____ |
|---|---|
| Date | Authorized Representative |

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

KNOX HOLDINGS, INC
SEE SCHEDULE OF NAMED INSURED
PO BOX 20086
TALLAHASSEE FL  32316

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

**Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M

| Policy Period | From 05/04/13 | at 12:01 A.M. Standard Time at your |
|---|---|---|
| | To 05/04/14 | mailing address shown above. |

**✕✕ Effective 11/18/13 this Common Policy declarations amends all prior ✕✕**
**✕✕ Common Policy declarations and endorses this policy as shown below. ✕✕**

**✕✕  SCHEDULE OF NAMED INSURED  ✕✕**

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
PO BOX 20086
TALLAHASSEE FL  32316

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**KNOX HOLDINGS, INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

    Thank you for placing your business with us!



# WESTFIELD®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

SR

⬤ **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| **Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M |
|---|---|---|---|

| **Policy<br>Period** | **From**<br>**To** | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✖✖ Effective 01/24/14 this Common Policy declarations amends all prior    ✖✖**
**✖✖ Common Policy declarations and endorses this policy as shown below.    ✖✖**

**Business:** CONTRACTOR                          **Named Insured is:**  Corporation

**In return for the payment of the premium, and subject to all terms of this**
**policy, we agree with you to provide the insurance as stated in this policy.**

_____

POLICY INFORMATION CHANGES

  1. CHANGED INSUREDS NAME AND/OR MAILING ADDRESS

** This endorsement changes your policy. Please
attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019    0488 , IL0017    1198 , ID7004    0411 , IL0003    0908 , IL0262    0908 ,
IL7035    0912 .

COUNTERSIGNED: _____ BY _____
                        Date                          Authorized Representative

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

KNOX HOLDINGS, INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL   32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

**Policy Number: CMM** 0 395 871   | 01 |   **WIC Account Number: 0900375639**   | M

| Policy | From | 05/04/13 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/14 | mailing address shown above. |

**✕✕ Effective 01/24/14 this Common Policy declarations amends all prior** ✕✕
**✕✕ Common Policy declarations and endorses this policy as shown below.** ✕✕

**✕✕  SCHEDULE OF NAMED INSURED  ✕✕**

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL   32308

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**KNOX HOLDINGS, INC
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.   Check the upper right hand corner of each page in this packet.

   a.   If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

   b.   If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.   Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.   When you remove pages from your policy, retain them for a permanent record.

   Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

SR

 **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

** Effective 01/24/14 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **

**Business:** CONTRACTOR                         **Named Insured is:**  Corporation

In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional $        0.00

Net Additional Premium                          $        0.00

---

INLAND MARINE CONTRACTORS' LEASE/RENT FROM OTHERS

1. CHANGED CONTRACTORS' LEASED/RENTED FROM OTHERS
   - CNTRS LEASED OR RENTED FROM OTHERS LIMIT FROM
     $250,000 TO $500,000
   - CATASTROPHE LIMIT FROM $500,000 TO $1,000,000

        ** This endorsement changes your policy. Please
           attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035   0912 .

COUNTERSIGNED: _____ BY _____
                      Date                      Authorized Representative

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| | |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL   32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

✱✱ Effective 01/24/14 this Common Policy declarations amends all prior     ✱✱
✱✱ Common Policy declarations and endorses this policy as shown below.     ✱✱

                    ✱✱  SCHEDULE OF NAMED INSURED  ✱✱

                KNOX HOLDINGS, INC
                DBA CULPEPPER CONSTRUCTION
                CO. INC;
                KNOX HOLDINGS OF GEORGIA, INC;
                CULPEPPER CONSTRUCTION CO
                OF GEORGIA, INC.;
                KNOX HOLDINGS OF ALABAMA, INC;
                CULPEPPER CONSTRUCTION CO
                OF ALABAMA, INC.;
                KNOX FAMILY PARTNERSHIP, LLLP;
                CULPEPPER/BAYCREST, A
                JOINT VENTURE;
                CULPEPPER/CHILDERS, A
                JOINT VENTURE;
                CULPEPPER/ONE DAY CAME,
                A JOINT VENTURE
                1538 METROPOLITAN BLVD
                TALLAHASSEE FL   32308

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**KNOX HOLDINGS, INC
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.   Check the upper right hand corner of each page in this packet.

   a.   If it says "Renewal or Rating Period Declarations", **remove** the
        expired declarations page from your current policy and **replace**
        it with the updated "Renewal or Rating Period Declarations"
        page.

   b.   If it says "Amended Declarations", insert this amended page **on
        top** of the last declarations page you received.

2.   Every time you receive a "Renewal or Rating Period Declarations",
     **remove** all prior "Amended Declarations".

3.   When you remove pages from your policy, retain them for a perma-
     nent record.

Thank you for placing your business with us!



P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

SR

 **WESTFIELD®**

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

KNOX HOLDINGS, INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

**Policy Period** From 05/04/13 To 05/04/14 at 12:01 A.M. Standard Time at your mailing address shown above.

✱✱ **Effective 08/31/13 this Common Policy declarations amends all prior** ✱✱
✱✱ **Common Policy declarations and endorses this policy as shown below.** ✱✱

**Business:** CONTRACTOR                **Named Insured is:** Corporation

**In return for the payment of the premium, and subject to all terms of this policy, we agree with you to provide the insurance as stated in this policy.**

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT          Return

FL Windstorm Emer Assessment Return

Net Returned Premium

_____

AUTO COVERAGE PART ENDORSEMENT

1. DELETED AUTO 007 - 88 MILL TRLR
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS 203635

2. DELETED AUTO 009 - 03 FORD F250
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS 1FTNW21LX3EC67159

3. DELETED AUTO 020 - 08 GMC YUKON SLE/YUK
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS 1GKFK130X8R149114

4. DELETED AUTO 036 - 00 CHAM TRLR
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS FLA146C5279A

5. DELETED AUTO 037 - 00 CHAM TRLR
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS FLA146C5279B

SR

 **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | PROD. | |
|---|---|---|---|
| | 09-09764 | | 000 |

KNOX HOLDINGS, INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL   32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy Period | From 05/04/13 To 05/04/14 | at 12:01 A.M. Standard Time at your mailing address shown above. |
|---|---|---|

**✘✘ Effective 08/31/13 this Common Policy declarations amends all prior** ✘✘
**✘✘ Common Policy declarations and endorses this policy as shown below.** ✘✘

** This endorsement changes your policy. Please
attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019    0488 , IL0017    1198 , ID7004    0411 , IL0003    0908 , IL0262    0908 ,
IL7035    0912 :

COUNTERSIGNED: _____   BY _____
                        Date                        Authorized Representative

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**KNOX HOLDINGS, INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

SR

 **WESTFIELD®**

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy Period | From 05/04/13<br>To   05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|

**�✕✕ Effective 10/03/13 this Common Policy declarations amends all prior ✕✕**
**✕✕ Common Policy declarations and endorses this policy as shown below. ✕✕**

**Business:** CONTRACTOR                    **Named Insured is:**  Corporation

In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT          Return

FL Windstorm Emer Assessment Return

Net Returned Premium

_____

AUTO COVERAGE PART ENDORSEMENT

1. DELETED AUTO 002 - 88 WALL LOWBOY TRLR
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS LBT25250008701475

2. DELETED AUTO 012 - 97 MACK DUMP TRUCK
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS 1M1AA12Y1VW078012

3. DELETED AUTO 013 - 99 MACK TRACTOR TR
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS 1M1AA12Y0XW104439

          ** This endorsement changes your policy. Please
             attach it to your original policy. **

**WESTFIELD®**

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

KNOX HOLDINGS, INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL 32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

**Policy Number: CMM** 0 395 871  | 01 |  **WIC Account Number:** 0900375639  | M

| Policy Period | From | 05/04/13 | at 12:01 A.M. Standard Time at your |
| | To | 05/04/14 | mailing address shown above. |

✳✳ **Effective 10/03/13 this Common Policy declarations amends all prior** ✳✳
✳✳ **Common Policy declarations and endorses this policy as shown below.** ✳✳

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035   0912 .

COUNTERSIGNED: _____ BY _____
                         Date                    Authorized Representative

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✻✻ Effective 10/03/13 this Common Policy declarations amends all prior ✻✻**
**✻✻ Common Policy declarations and endorses this policy as shown below. ✻✻**

**✻✻  SCHEDULE OF NAMED INSURED  ✻✻**

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**KNOX HOLDINGS, INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

**CRP2117 (08-10)**

SR

⬢ **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | **PROD.** | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| **Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M |
|---|---|---|---|

| **Policy<br>Period** | **From**<br>**To** | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✘✘ Effective 08/31/13 this Common Policy declarations amends all prior ✘✘**
**✘✘ Common Policy declarations and endorses this policy as shown below. ✘✘**

**Business:** CONTRACTOR                    **Named Insured is:**  Corporation

**In return for the payment of the premium, and subject to all terms of this**
**policy, we agree with you to provide the insurance as stated in this policy.**

**THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:**

COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Return

FL Windstorm Emer Assessment Return

Net Returned Premium

_____

INLAND MARINE CONTRACTORS' EQUIPMENT SCHEDULE CVG

1. DELETED ITEM # 4
   - DESCRIPTION WAS FORD BACKHOE 555D A434018

2. DELETED ITEM # 5
   - DESCRIPTION WAS 1990 FORD BACKHOE TLB 655C
     A420129

3. DELETED ITEM # 6
   - DESCRIPTION WAS JOB SITE TRAILER #1 CCC1000

4. DELETED ITEM # 7
   - DESCRIPTION WAS CONTENTS IN JOB SITE TRAILER #1

5. DELETED ITEM # 8
   - DESCRIPTION WAS JOB SITE TRAILER #2 CCC1002

6. DELETED ITEM # 9
   - DESCRIPTION WAS 28' BOX TRAILER TOOL TRAILER
     22706

7. DELETED ITEM # 10
   - DESCRIPTION WAS CONTENTS IN TOOL TRAILER

8. DELETED ITEM # 11
   - DESCRIPTION WAS TOOL TRAILER #2

9. DELETED ITEM # 12

SR

**WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

KNOX HOLDINGS, INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy Period | From   05/04/13<br>To     05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|

**✱✱ Effective 08/31/13 this Common Policy declarations amends all prior    ✱✱**
**✱✱ Common Policy declarations and endorses this policy as shown below.     ✱✱**

―――――――――――――――――――――

        - DESCRIPTION WAS CONTENTS IN TOOL TRAILER #2

10. DELETED ITEM # 13
        - DESCRIPTION WAS 10 X 35 JOB SITE TRAILER #3
          CCC1003

11. DELETED ITEM # 14
        - DESCRIPTION WAS JOB SITE TRAILER #4 CCC1004

12. DELETED ITEM # 15
        - DESCRIPTION WAS CONTENTS IN JOB SITE TRAILER #4

13. DELETED ITEM # 16
        - DESCRIPTION WAS JOB SITE TRAILER #5 23 X 56
          CCC1005

14. DELETED ITEM # 17
        - DESCRIPTION WAS CONTENTS IN JOB SITE TRAILER #5

15. DELETED ITEM # 18
        - DESCRIPTION WAS 8 X 35 JOB SITE TRAILER #7

16. DELETED ITEM # 19
        - DESCRIPTION WAS CONTENTS IN JOB SITE TRAILER #7

17. DELETED ITEM # 20
        - DESCRIPTION WAS TOOL TRAILER #3 33706

18. DELETED ITEM # 21
        - DESCRIPTION WAS CONTENTS IN TOOL TRAILER #3

19. DELETED ITEM # 22
        - DESCRIPTION WAS 8 X 32 JOB SITE TRAILER #8
          CCC1007

20. DELETED ITEM # 23
        - DESCRIPTION WAS CONTENTS IN JOB SITE TRAILER #8

21. DELETED ITEM # 24
        - DESCRIPTION WAS TOOL TRAILER #4 SS706

22. DELETED ITEM # 25
        - DESCRIPTION WAS CONTENTS IN TOOL TRAILER #4

23. DELETED ITEM # 26
        - DESCRIPTION WAS JOB SITE TRAILER #98 X 16 CC1008

24. DELETED ITEM # 27
        - DESCRIPTION WAS JOB SITE TRAILER #10 8 X 12

25. DELETED ITEM # 28
        - DESCRIPTION WAS JOB SITE TRAILER #11 8 X 24
          CCC1001

SR

⬤ **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 | | | |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| **Policy**<br>**Period** | **From** 05/04/13<br>**To** 05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|

**✖✖ Effective 08/31/13 this Common Policy declarations amends all prior  ✖✖**
**✖✖ Common Policy declarations and endorses this policy as shown below.  ✖✖**

───────────────────────

26. DELETED ITEM # 29
    - DESCRIPTION WAS CONTENTS IN JOB SITE TRAILER #11

27. DELETED ITEM # 30
    - DESCRIPTION WAS 28' BOX TOOL TRAILER #5 11706

28. DELETED ITEM # 31
    - DESCRIPTION WAS CONTENTS IN TOOL TRAILER #5

29. DELETED ITEM # 33
    - DESCRIPTION WAS 1991 KABUTA TRACTOR

30. DELETED ITEM # 35
    - DESCRIPTION WAS 2001 NEW HOLLAND BACKHOE
      LB75B31031662

31. DELETED ITEM # 36
    - DESCRIPTION WAS 2001 NEW HOLLAND BACKHOE
      LB75B31032725

32. DELETED ITEM # 38
    - DESCRIPTION WAS 2007 CATERPILLAR MULTI-TERRAIN
      LOADER MD# 247B MTL04233

33. DELETED ITEM # 39
    - DESCRIPTION WAS 2003 CATERPILLAR BACKHOE C25965

34. DELETED ITEM # 43
    - DESCRIPTION WAS 2001 NEW HOLLAND BACKHOE LB75B
      BACKHOE 031055209

INLAND MARINE CONTRACTORS' EQUIPMENT COVERAGE

1. CHANGED CONTRACTORS' EQUIPMENT COVERAGE
   - CATASTROPHE LIMIT FROM $1,032,457 TO $543,379

        ** This endorsement changes your policy. Please
           attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035   0912 .

COUNTERSIGNED: _____ BY _____
                    Date                    Authorized Representative

**PAGE   03 OF   04**        IL 00 19 (04-88)              03/11/14              HF

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

** Effective 08/31/13 this Common Policy declarations amends all prior **
** Common Policy declarations and endorses this policy as shown below. **

               **  SCHEDULE OF NAMED INSURED  **

                    KNOX HOLDINGS, INC
                    DBA CULPEPPER CONSTRUCTION
                    CO. INC;
                    KNOX HOLDINGS OF GEORGIA, INC;
                    CULPEPPER CONSTRUCTION CO
                    OF GEORGIA, INC.;
                    KNOX HOLDINGS OF ALABAMA, INC;
                    CULPEPPER CONSTRUCTION CO
                    OF ALABAMA, INC.;
                    KNOX FAMILY PARTNERSHIP, LLLP;
                    CULPEPPER/BAYCREST, A
                    JOINT VENTURE;
                    CULPEPPER/CHILDERS, A
                    JOINT VENTURE;
                    CULPEPPER/ONE DAY CAME,
                    A JOINT VENTURE
                    1538 METROPOLITAN BLVD
                    TALLAHASSEE FL  32308

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**KNOX HOLDINGS, INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.    Check the upper right hand corner of each page in this packet.

    a.    If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.    If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.    Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.    When you remove pages from your policy, retain them for a permanent record.

Thank you for placing your business with us!



**WESTFIELD®**

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

SR

⬤ **WESTFIELD®**

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | **PROD.** | 000 |
|---|---|---|---|---|

KNOX HOLDINGS, INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| **Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M |
|---|---|---|---|

| **Policy** | **From** | 05/04/13 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| **Period** | **To** | 05/04/14 | mailing address shown above. |

**✗✗ Effective 10/03/13 this Common Policy declarations amends all prior    ✗✗**
**✗✗ Common Policy declarations and endorses this policy as shown below.    ✗✗**

**Business: CONTRACTOR                    Named Insured is:**  Corporation

**In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.**

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Return

FL Windstorm Emer Assessment Return

Net Returned Premium

────────────────────────────────

INLAND MARINE CONTRACTORS' EQUIPMENT SCHEDULE CVG

1. DELETED ITEM # 37
   - DESCRIPTION WAS 2006 CATERPILLAR MULTI-TERRAIN
     MT MODEL 257B SLK01090

2. DELETED ITEM # 40
   - DESCRIPTION WAS 2007 CATERPILLAR BACKHOE LOADER
     416EXH LOADER MODEL SHA03399

3. DELETED ITEM # 41
   - DESCRIPTION WAS 2006 LULL TELEHANDLER 22515

4. DELETED ITEM # 42
   - DESCRIPTION WAS 2008 CATERPILLAR BACKHOE LOADER
     W/DIG BUCKET 420E LOADER W/24"DB HLS06393

INLAND MARINE CONTRACTORS' EQUIPMENT COVERAGE

1. CHANGED CONTRACTORS' EQUIPMENT COVERAGE
   - CATASTROPHE LIMIT FROM $543,379 TO $267,000

INLAND MARINE COVERAGE PART ENDORSEMENT

1. CHANGED COVERAGE AT LOC 001 BLDG 001
   - DELETED LOSS PAYEE
     CATERPILLAR FINANCIAL
     SERVICES

SR

⬢ **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**⧓⧓ Effective 10/03/13 this Common Policy declarations amends all prior    ⧓⧓**
**⧓⧓ Common Policy declarations and endorses this policy as shown below.    ⧓⧓**

───────────────────────────

2120 WEST END AVE
NASHVILLE TN 37203

FORMS CHANGES

1. CHANGED FORM IM7902  01/12

** This endorsement changes your policy. Please
attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019    0488 , IL0017    1198 , ID7004    0411 , IL0003    0908 , IL0262    0908 ,
IL7035    0912 .

| COUNTERSIGNED: _____ | BY | _____ |
|---|---|---|
| Date | | Authorized Representative |

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| NAMED INSURED AND MAILING ADDRESS | AGENCY |
|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL 32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

**Policy Number: CMM** 0 395 871 |01| **WIC Account Number:** 0900375639 | M

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

✹✹ **Effective 10/03/13 this Common Policy declarations amends all prior** ✹✹
✹✹ **Common Policy declarations and endorses this policy as shown below.** ✹✹

✹✹  SCHEDULE OF NAMED INSURED  ✹✹

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL 32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[   ]  Lender's Loss Payable

[   ]  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| ALL | ALL COVERED LOCATIONS | 2007 CATERPILLAR MULTI-TERRAIN LOADER MTL04233 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | 2007 CATERPILLAR BACKHOE LOADER 416EXH SHA03399 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RSC EQUIPMENT RENTAL 9417 TRADE PARK COURT SUITE E CHARLOTTE NC 28217 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RSC EQUIPMENT RENTAL 3200 HARBOR LANE SUITE 100 PLYMOUTH MN 55447 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | UNITED RENTALS, INC. 6125 LAKEVIEW RD SUITE 300 CHARLOTTE NC 28269 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | MODULAR SPACE CORPORATION 1200 SWEDESFORD RD BERWYN PA 19312 |



Copyright, American Association of
Insurance Services, Inc., 2012                              **IM 7902  01 12**

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[   ]  Lender's Loss Payable

[   ]  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RING POWER CORP 500 WORLD COMMERCE PARKWAY ST AUGUSTINE FL 32095 |



Copyright, American Association of
Insurance Services, Inc., 2012

**IM 7902  01 12**

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:   **CMM 0395871**

**KNOX HOLDINGS, INC
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.   Check the upper right hand corner of each page in this packet.

  a.   If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

  b.   If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.   Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.   When you remove pages from your policy, retain them for a permanent record.

Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

**CRP2117 (08-10)**

SR

 **WESTFIELD®**

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

KNOX HOLDINGS, INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy Period | From 05/04/13 To 05/04/14 | at 12:01 A.M. Standard Time at your mailing address shown above. |
|---|---|---|

✱✱ **Effective 02/25/14 this Common Policy declarations amends all prior** ✱✱
✱✱ **Common Policy declarations and endorses this policy as shown below.** ✱✱

**Business:** CONTRACTOR                    **Named Insured is:** Corporation

**In return for the payment of the premium, and subject to all terms of this policy, we agree with you to provide the insurance as stated in this policy.**

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT          Additional

FL Windstorm Emer Assessment Additional

Net Additional Premium

_____

AUTO COVERAGE PART ENDORSEMENT

1. ADDED AUTO 033 - 11 FORD F450 PU
   - STATE IS FLORIDA
   - TERRITORY IS 123
   - ZIP CODE IS  32304
   - TAX LOCATION IS 0916
   - SERIAL NUMBER IS 1FDUF4GT8BEC21130
   - TYPE VEHICLE IS TRUCK - NO DUMPING
   - CLASS CODE IS 01499
   - DRIVER IS COVERED BY WORKERS COMP
   - COST NEW IS $29,000
   - LIABILITY - COMBINED SINGLE LIMIT IS $1,000,000
   - MEDICAL PAYMENTS LIMIT IS $2,000
   - UNINSURED MOTORISTS - COMBINED SINGLE LIMIT IS
     $50,000
   - PERSONAL INJURY PROTECTION LIMIT IS BASIC
   - COMPREHENSIVE DEDUCTIBLE IS $1,000
   - COLLISION DEDUCTIBLE IS $1,000

2. DELETED DRIVE OTHER CAR

FORMS CHANGES

1. DELETED FORM CA9910 09/02

SR

**WESTFIELD®**

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

KNOX HOLDINGS, INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy Period | From 05/04/13 To 05/04/14 | at 12:01 A.M. Standard Time at your mailing address shown above. |
|---|---|---|

**⁑⁑ Effective 02/25/14 this Common Policy declarations amends all prior    ⁑⁑**
**⁑⁑ Common Policy declarations and endorses this policy as shown below.    ⁑⁑**

** This endorsement changes your policy. Please
attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035   0912 .

COUNTERSIGNED: _____  BY _____
                        Date                          Authorized Representative

**PAGE   02 OF   03**          IL 00 19 (04-88)                    **03/20/14**                    HF

SR

 **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

**Policy Number: CMM** 0 395 871      | 01 |      **WIC Account Number:** 0900375639      | M |

| **Policy** | **From** | 05/04/13 | **at 12:01 A.M. Standard Time at your** |
| **Period** | **To** | 05/04/14 | **mailing address shown above.** |

**✗✗ Effective 02/25/14 this Common Policy declarations amends all prior    ✗✗**
**✗✗ Common Policy declarations and endorses this policy as shown below.    ✗✗**

**✗✗  SCHEDULE OF NAMED INSURED  ✗✗**

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL 32317-2039

850-878-2121

Policy Number: **CMM 0395871**

**KNOX HOLDINGS, INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL 32308**

# Assembly Instructions

These pages update your current policy. To keep it current, you should:

1. Check the upper right hand corner of each page in this packet.

    a. If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b. If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2. Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3. When you remove pages from your policy, retain them for a permanent record.

    Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio 44251-5001

**CRP2117 (08-10)**

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| **Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M |
|---|---|---|---|

| **Policy** | **From** | 05/04/13 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| **Period** | **To** | 05/04/14 | mailing address shown above. |

**✱✱ Effective 03/11/14 this Common Policy declarations amends all prior ✱✱**
**✱✱ Common Policy declarations and endorses this policy as shown below. ✱✱**

**Business:** CONTRACTOR                    **Named Insured is:** Corporation

**In return for the payment of the premium, and subject to all terms of this policy, we agree with you to provide the insurance as stated in this policy.**

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT            Return

FL Windstorm Emer Assessment Return

Net Returned Premium
_____

AUTO COVERAGE PART ENDORSEMENT

1. DELETED AUTO 015 - 07 CHEV PICK UP
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS 1GCHK23D27F149900

2. DELETED AUTO 026 - 09 FORD FOCUS SES
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS 1FAHP36N39W120538

3. ADDED AUTO 034 - 10 FORD F150 PU
   - STATE IS FLORIDA
   - TERRITORY IS 123
   - ZIP CODE IS  32304
   - TAX LOCATION IS 0916
   - SERIAL NUMBER IS 1FTFW1EV1AFA16466
   - TYPE VEHICLE IS TRUCK - NO DUMPING
   - CLASS CODE IS 01489
   - DRIVER IS COVERED BY WORKERS COMP
   - COST NEW IS $30,787
   - LIABILITY - COMBINED SINGLE LIMIT IS $1,000,000
   - MEDICAL PAYMENTS LIMIT IS $2,000
   - UNINSURED MOTORISTS - COMBINED SINGLE LIMIT IS
     $50,000
   - PERSONAL INJURY PROTECTION LIMIT IS BASIC
   - COMPREHENSIVE DEDUCTIBLE IS $1,000
   - COLLISION DEDUCTIBLE IS $1,000

SR

**WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

KNOX HOLDINGS, INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| **Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M |
|---|---|---|---|

| **Policy Period** | **From** 05/04/13 **To** 05/04/14 | at 12:01 A.M. Standard Time at your mailing address shown above. |
|---|---|---|

✱✱ **Effective 03/11/14 this Common Policy declarations amends all prior**   ✱✱
✱✱ **Common Policy declarations and endorses this policy as shown below.**   ✱✱

** This endorsement changes your policy. Please
attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035   0912 .

COUNTERSIGNED: _____  BY _____
                          Date                          Authorized Representative

SR

# WESTFIELD®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|
| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 | | | |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✱✱ Effective 03/11/14 this Common Policy declarations amends all prior ✱✱**
**✱✱ Common Policy declarations and endorses this policy as shown below. ✱✱**

> **✱✱  SCHEDULE OF NAMED INSURED  ✱✱**
>
> KNOX HOLDINGS, INC
> DBA CULPEPPER CONSTRUCTION
> CO. INC;
> KNOX HOLDINGS OF GEORGIA, INC;
> CULPEPPER CONSTRUCTION CO
> OF GEORGIA, INC.;
> KNOX HOLDINGS OF ALABAMA, INC;
> CULPEPPER CONSTRUCTION CO
> OF ALABAMA, INC.;
> KNOX FAMILY PARTNERSHIP, LLLP;
> CULPEPPER/BAYCREST, A
> JOINT VENTURE;
> CULPEPPER/CHILDERS, A
> JOINT VENTURE;
> CULPEPPER/ONE DAY CAME,
> A JOINT VENTURE
> 1538 METROPOLITAN BLVD
> TALLAHASSEE FL  32308

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL 32317-2039

850-878-2121

Policy Number: **CMM 0395871**

**KNOX HOLDINGS, INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL 32308**

# Assembly Instructions

These pages update your current policy. To keep it current, you should:

1. Check the upper right hand corner of each page in this packet.

    a. If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b. If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2. Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3. When you remove pages from your policy, retain them for a permanent record.

    Thank you for placing your business with us!



# WESTFIELD®

P.O. Box 5001, Westfield Center, Ohio 44251-5001

CRP2117 (08-10)

SR

**WESTFIELD®**

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | **PROD.** | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| **Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M |
|---|---|---|---|

| **Policy<br>Period** | **From**<br>**To** | 05/04/13<br>05/04/14 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**⁑⁑ Effective 03/31/14 this Common Policy declarations amends all prior  ⁑⁑**
**⁑⁑ Common Policy declarations and endorses this policy as shown below.  ⁑⁑**

**Business:** CONTRACTOR                  **Named Insured is:**  Corporation

**In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.**

**THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:**

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT              Return

FL Windstorm Emer Assessment Return

Net Returned Premium

_____

AUTO COVERAGE PART ENDORSEMENT

1. DELETED AUTO 018 - 07 FREIGHTLIN
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS 1FVACXCS37HX70064

2. DELETED AUTO 030 - 09 GMC SIERRA
   - STATE WAS FLORIDA
   - SERIAL NUMBER WAS 1GTEC19C09Z210395

              ** This endorsement changes your policy. Please
                attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035   0912 .

COUNTERSIGNED: _____ BY _____
                        Date                              Authorized Representative

SR

◉ **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| KNOX HOLDINGS, INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

**Policy Number: CMM** 0 395 871 | **01** | **WIC Account Number:** 0900375639 | M

| **Policy** | **From** | 05/04/13 | **at 12:01 A.M. Standard Time at your** |
|---|---|---|---|
| **Period** | **To** | 05/04/14 | **mailing address shown above.** |

**✖✖ Effective 03/31/14 this Common Policy declarations amends all prior    ✖✖
✖✖ Common Policy declarations and endorses this policy as shown below.    ✖✖**

**✖✖  SCHEDULE OF NAMED INSURED  ✖✖**

KNOX HOLDINGS, INC
DBA CULPEPPER CONSTRUCTION
CO. INC;
KNOX HOLDINGS OF GEORGIA, INC;
CULPEPPER CONSTRUCTION CO
OF GEORGIA, INC.;
KNOX HOLDINGS OF ALABAMA, INC;
CULPEPPER CONSTRUCTION CO
OF ALABAMA, INC.;
KNOX FAMILY PARTNERSHIP, LLLP;
CULPEPPER/BAYCREST, A
JOINT VENTURE;
CULPEPPER/CHILDERS, A
JOINT VENTURE;
CULPEPPER/ONE DAY CAME,
A JOINT VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

Insured:    KNOX HOLDINGS, INC.
Claim Number:    0002237784
Date of Loss:    May 4, 2013

**WESTFIELD**®

Policy Number:      CMM 0395871
Policy Period(s):    5/4/2014 - 5/4/2015
Policy Cancelled:    _____

☑ CERTIFIED POLICY

I, Jessica Javorsky _____, authorized representative,
responsible for the maintenance of policy records for Westfield, do hereby certify that the
foregoing copy was prepared under my supervision and to the best of my knowledge and
belief is a true and correct copy of the policy with an effective date of 5/4/2014 - 5/4/2015 .

Signature: _____ *Jessica Javorsky* _____

☐ NON-CERTIFIED POLICY

This policy is not certified for the following reason(s):    _____

_____

_____

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL 32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

    Thank you for placing your business with us!



**WESTFIELD®**

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)



**WESTFIELD®**

# SELF-INSPECTION QUESTIONNAIRE

DATE  05/24/21          Completed By: _____          Phone Number _____

POLICY NUMBER   CMM 0395871          AGENCY   EARL BACON AGENCY

NAME   CULPEPPER CONSTRUCTION CO INC          ADDRESS   TALLAHASSEE FL 32308

**1. Sidewalks, Steps and Parking Areas**

- Are all areas free of conditions which will cause slipping and falling?  **Yes No N/A** ☐ ☐ ☐

- Is there adequate exterior lighting at night?  ☐ ☐ ☐

- Are all steps and ramps provided with secure handrails?  ☐ ☐ ☐

**2. Exits, Corridors and Public Areas**

- Are all exits and corridors:

   a. Free of obstructions and readily accessible?  ☐ ☐ ☐

   b. Properly marked with exit signs and lighted?  ☐ ☐ ☐

   c. Equipped with an operating emergency lighting system?  ☐ ☐ ☐

- Are all exit doors:

   a. Arranged to open outward?  ☐ ☐ ☐

   b. Easily operated?  ☐ ☐ ☐

   c. Provided with anti-panic hardware in all public areas?  ☐ ☐ ☐

- Are all fire escapes in good condition?  ☐ ☐ ☐

**3. Stairs, Doors, Floors and Elevators**

- Are all stairs covered with anti-slip surfaces?  ☐ ☐ ☐

- Are full length clear glass doors and windows marked to prevent persons walking into them?  ☐ ☐ ☐

- Are all stairway doors kept closed when not in use?  ☐ ☐ ☐

- Are floor surfaces free of slipping and tripping conditions?  ☐ ☐ ☐

- Are elevators maintained and serviced on a regular schedule?  ☐ ☐ ☐

**4. Housekeeping**

- Is combustible trash and rubbish:

   a. Collected at frequent intervals?  ☐ ☐ ☐

   b. Stored in covered metal containers?  ☐ ☐ ☐

   c. Disposed of frequently?  ☐ ☐ ☐

- Are storage supply and equipment rooms neat, orderly and free of flammables?  **Yes No N/A** ☐ ☐ ☐

- Are flammable paints and liquids:

   a. Kept at a minimum for your operation?  ☐ ☐ ☐

   b. Kept in sealed metal containers?  ☐ ☐ ☐

   c. Stored in vented metal cabinets?  ☐ ☐ ☐

- Are all public areas thoroughly checked for fire hazards after closing?  ☐ ☐ ☐

- Are only non-flammable cleaning fluids used?  ☐ ☐ ☐

**5. Heat, Light, Power and Appliances**

- Is all heating equipment (including flues and piping):

   a. Properly insulated from combustible materials?  ☐ ☐ ☐

   b. Cleaned and serviced at least annually by a competent contractor? Date _____  ☐ ☐ ☐

- Is frequent fuse replacement or taping of breaker switches controlled?  ☐ ☐ ☐

- Are electrical cabinets closed and boxes covered?  ☐ ☐ ☐

- Are electrical extension and appliance cords in good condition?  ☐ ☐ ☐

- Has an electrician completed any electrical work in the last year? Date _____  ☐ ☐ ☐

- Is air conditioning equipment cleaned and serviced annually? Date _____  ☐ ☐ ☐

- Are all motors kept clean and adequately ventilated to reduce overheating?  ☐ ☐ ☐

- Are all electrical appliances/equipment properly grounded?  ☐ ☐ ☐

**6. Emergency Procedures**

- Are all employees:

   a. Instructed to call fire department immediately in case of fire?  ☐ ☐ ☐

   b. Instructed in evacuation procedures?  ☐ ☐ ☐

   c. Instructed in the use of fire extinguishing equipment?  ☐ ☐ ☐

(Over)

- Are all extinguishers:                                      Yes  No  N/A

    a.  Serviced annually by a contractor?                    ☐  ☐  ☐

    b.  Tagged with date of last service?
        Date _____                                     ☐  ☐  ☐

    c.  Easily accessible?                                     ☐  ☐  ☐

    d.  Hung within 100 feet of any point on a
        floor and in a conspicuous place?                     ☐  ☐  ☐

- Are periodic tests and inspections made of
  the following equipment:

    a.  Fire hoses?  Date _____                        ☐  ☐  ☐

    b.  Sprinkler systems?  Date _____                 ☐  ☐  ☐

- Is the fire alarm system:

    a.  Tested periodically?  Date _____               ☐  ☐  ☐

    b.  Marked and accessible?                                ☐  ☐  ☐

- Has fire department number been placed at
  the switchboard and maintenance shop?                       ☐  ☐  ☐

- Is there at least 18″ of clearance between
  sprinkler heads and stored materials?                       ☐  ☐  ☐

## 7.  Laundry, Cooking and Special Equipment

- Are washers and dryers properly grounded?                   ☐  ☐  ☐

- Are washers and dryers equipped with
  safety interlocks?                                          ☐  ☐  ☐

- Is the cooking area suppression system
  serviced semiannually by a contractor?                      ☐  ☐  ☐

- Are cooking area hood ducts, ovens, ranges
  and filters cleaned regularly?
  Frequency _____                                        ☐  ☐  ☐

- Are vent pipes and lint filters cleaned
  on a regular basis?                                         ☐  ☐  ☐

- Are gas dryers and cooking devices
  equipped with automatic gas shutoff valves?                 ☐  ☐  ☐

- Are shopping carts properly maintained?                     ☐  ☐  ☐

---

                                                              Yes  No  N/A

- Are stepladders in good condition?                          ☐  ☐  ☐

- Is material-handling equipment in good
  condition and inspected regularly?                          ☐  ☐  ☐

## 8.  Vehicles

- Are all vehicles inspected and maintained
  on a regular schedule?                                      ☐  ☐  ☐

- Are drivers periodically trained in safe
  driving and do they have experience?                        ☐  ☐  ☐

## 9.  Burglary and Theft - Money and Valuables

- Are all windows, doors and transoms
  protected against burglary?                                 ☐  ☐  ☐

- Is the cash on hand in a burglar-resistive
  safe which is kept in a well-lighted area
  visible from the street?                                    ☐  ☐  ☐

- Are all outside entrances to the basement
  kept locked when not in use?                                ☐  ☐  ☐

- Do delivery trucks have good locks on the
  merchandise compartments?                                   ☐  ☐  ☐

- Is the money on the premises kept to a
  minimum to operate?                                         ☐  ☐  ☐

- Are money collections:

    a.  Deposited the same day, or                            ☐  ☐  ☐

    b.  Stored in a burglar-resistive safe until
        deposited?                                            ☐  ☐  ☐

- Are valuable items and equipment stored
  in a safe or vault when not in use?                         ☐  ☐  ☐

## 10. Bathrooms/Restrooms

- Do all shower floor surfaces and tub bottoms
  have non-slip protection?                                   ☐  ☐  ☐

- Do handrails exist in showers and tubs?                     ☐  ☐  ☐

- Are all shower doors or tub enclosures
  equipped with safety glass?                                 ☐  ☐  ☐

- Are the floors and fixtures kept clean and
  dry?                                                        ☐  ☐  ☐

---

## SPECIAL NOTICE TO POLICYHOLDERS
## FLORIDA COMMERCIAL PROPERTY AND
## CASUALTY RISK MANAGEMENT PROGRAM

The Florida Risk Management Program (Rule 4-75.001) is available on request to any commercial property or casualty insurance policyholder. A Risk Management Program is a series of steps or actions aimed to eliminate or reduce losses at your business.

The Risk Management Program offered by us includes:

1.  A listing of Risk Management Program Guidelines for getting your management actively involved in loss control.

2.  A Self-Inspection Questionnaire designed to help you identify and control current hazards that can increase the chance of loss in your operation.

Enclosed is a copy of our Self-Inspection Questionnaire.

Additional Risk Management services are available upon request. **There may be an additional charge for some services.**

If you have any questions on the Florida Risk Management Program, please contact your independent agent listed on the declarations page of your policy.

### WESTFIELD INSURANCE LOSS CONTROL
### INQUIRY FOR RISK MANAGEMENT INFORMATION

If you feel more extensive risk management services are needed, contact **Westfield Insurance, P.O. Box 5001, Westfield Center, Ohio 44251-5001; ATTN: Auditing, Engineering and Loss Control Department.** Our loss control department representative will contact you concerning further service(s).*



**\*There may be an additional charge for this service.**

**AD 1052** (8-10)

## FLORIDA POLICYHOLDERS NOTICE

We thank you for allowing us to provide coverage for your insurance needs. It is our objective to provide you with the best products and service available. If you should have questions about your coverage or need assistance in resolving complaints, please contact your Independent Insurance Agent or you may contact us directly. Our mailing address and telephone number are listed below.

**Westfield Insurance**
**One Park Circle**
**P.O. Box 5001**
**Westfield Center, Ohio   44251-5001**

**Telephone:   330-887-0101**

**AD 8074** (08-10) **FL**



# IMPORTANT INFORMATION

## NAMED DRIVER EXCLUSION
## CA 70 35

**PLEASE READ THIS NOTICE CAREFULLY.**

**Endorsement CA 70 35 - Exclusion Named Person** is attached to your policy.  Please note that the individual named in the endorsement is an excluded driver and is not to operate any autos either owned or nonowned for which coverage is or can be afforded under this policy.

Please consult your independent agent for more information concerning the intent of this endorsement.

Thank you for your business.

**AD 83 04** 09 98





## IMPORTANT NOTICE TO OUR POLICYHOLDERS

*Westfield Insurance Fraud Hot-Line*

PLEASE READ THIS IMPORTANT INFORMATION

- Fraudulent insurance claims cost us all money.
- Call us if you have information concerning a fraudulent insurance claim.
- All information will be kept confidential.
- Call and discuss your information with a trained investigator, or leave the information anonymously on a telephone answering machine.
- We can all help fight insurance fraud.

AD 8522  (08-10)

## Be a Fraud Buster
## 1-800-654-6482

### Detach and retain information below for future use.



        

**Fraud Hot-Line**
**1-800-654-6482**

**Fraud Hot-Line**
**1-800-654-6482**

        

**Westfield Center, Ohio  44251**
**www.westfieldinsurance.com**

**Westfield Center, Ohio  44251**
**www.westfieldinsurance.com**

THIS NOTICE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY SHALL PREVAIL.

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM
# INSURANCE COVERAGE and PREMIUM

On November 26, 2002, the Terrorism Risk Insurance Act of 2002 (hereafter the "Act") was signed into law by the President. The Act, as amended in 2007, defines an "act of terrorism" in Section 102(1) to mean any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States (1) to be an act of terrorism; (2) to be a violent act or an act that is dangerous to human life, property, or infrastructure; (3) to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and (4) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Coverage for acts of terrorism as defined by the Act, as amended, is included in your current policy and/or in any policy quoted for you. You should know that under your existing coverage losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by federal law. Under this formula, the United States Government generally reimburses 85% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. **You should also know that the Act, as amended, contains a $100 billion cap that limits United States Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.** Under the Act, as amended, this formula is currently effective through December 31, 2014.

The actual insurance coverage provided by your policy for acts of terrorism as defined in the Act, as amended, as is true for all coverages, is limited by the terms, conditions, exclusions, limits, other provisions of your policy, any endorsements to the policy and generally applicable rules of law.

## PREMIUM CHARGED

During your current policy period, the portion, if any, of your premium that is attributable to coverage for acts of terrorism as defined in the Act is $_____ (refer to Common Policy Declarations if blank).

**If you do not desire the coverage** for acts of terrorism as defined in the Act, as amended, you may reject the coverage and instruct the insurance company to remove it and refund the premium described above. **To reject the coverage, you must:**

1)  advise the insurance company by letter (on your company letterhead),

2)  signed by the owner, representative, or properly designated official of the named insured.

**The insurance company must receive your letter within 60 days** from the date shown at the bottom right side of the forms titled "Common Policy Declarations". Please refer to "Common Policy Declarations" for the mailing address of the insurance company.

If your policy premium is $500, that may represent a minimum premium. In that case, the portion that is attributable to acts of terrorism as defined in the Act, as amended, may be included within that minimum and your total premium will not be reduced if you reject coverage for acts of terrorism. The minimum premium will still apply.

Should you have any question regarding this notice, please contact your insurance agent.

**AD 85 84** 01 08

# COMMERCIAL INLAND MARINE
## ADVISORY NOTICE TO POLICYHOLDERS

Thank you for trusting Westfield Insurance and your Westfield independent agent for your commercial insurance needs. The purpose of this notification is to advise you of important changes we are making to specific coverages within our Inland Marine product that apply to your policy.

At Westfield, we're committed to ensuring our coverage offering is competitive within the marketplace and that we're adding value to your insurance experience, and our new Inland Marine products reflect that commitment. With this change, we are eliminating existing coverage forms listed below, along with their corresponding endorsements, and replacing them with updated forms published by the American Association of Insurance Services (AAIS). The AAIS coverage forms and related endorsements are widely accepted as the industry standard for Inland Marine coverages.

Please note this is a summary of major changes to your policy. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy or endorsements. You should read your policy and review your declaration page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary notice, THE PROVISIONS OF THIS POLICY SHALL PREVAIL.

You are receiving this notice because your policy contains one or more of the Inland Marine coverages listed below:

### Animal Floater

The Animal Floater Coverage Form is designed to provide coverage for animals in the care, custody, and control of kennel owners, veterinarians, domestic animal groomers etc. The form can also provide coverage for domestic animals owned by the insured. If your expiring Westfield policy provided coverage through the CM 70 89, Animal Floater, your renewal policy is being issued with the replacement coverage offered through the CM 71 65 Animal Floater. Any additional endorsements added to your policy to tailor coverage to your specific needs will also be replaced with this renewal.

### Scheduled Property Floater



The Scheduled Property Coverage Form is designed to provide coverage for the named insured's property and property of others in its care, custody, and control. The Scheduled Property Coverage Form is generally used when a specific coverage is not available or does not provide sufficient coverage. If your expiring Westfield policy provided coverage through the CM 70 53, Scheduled Property Coverage Form, your renewal policy is being issued with the replacement coverage offered through the IM 75 00 Scheduled Property Floater. Any additional endorsements added to your policy to tailor coverage to your specific needs will also be replaced with this renewal.

Thank you for trusting Westfield Insurance, and your Westfield independent agent, with your commercial insurance program. Please contact your Westfield Independent Agent with any questions you may have about these changes to your policy.

**Westfield Insurance**

# COMMERCIAL INLAND MARINE
# ADVISORY NOTICE TO POLICYHOLDERS

Thank you for trusting Westfield Insurance and your Westfield independent agent for your commercial insurance needs. The purpose of this notification is to advise you of important changes we are making to specific coverages within our Inland Marine product that apply to your policy.

At Westfield, we're committed to ensuring our coverage offering is competitive within the marketplace and that we're adding value to your insurance experience, and our new Inland Marine products reflect that commitment. With this change, we are eliminating existing coverage forms listed below, along with their corresponding endorsements, and replacing them with updated forms published by the American Association of Insurance Services (AAIS). The AAIS coverage forms and related endorsements are widely accepted as the industry standard for Inland Marine coverages.

Please note this is a summary of major changes to your policy. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy or endorsements. You should read your policy and review your declaration page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary notice, THE PROVISIONS OF THIS POLICY SHALL PREVAIL.

You are receiving this notice because your policy contains one or more of the Inland Marine coverages listed below:

## Exhibition Coverage

The Exhibition Coverage Form was designed to provide coverage for property while on display or exhibit at conventions, fair, trade shows and various other enterprises of a similar nature. Due to limited use of this coverage form, we are discontinuing this coverage form. The Exhibition Coverage Form is being replaced by the Scheduled Property Floater. The Scheduled Property Coverage Form is designed to provide coverage for the named insured's property and property of others in its care, custody, and control. The Scheduled Property Coverage Form is generally used when a specific coverage is not available or does not provide sufficient coverage. Your renewal policy is being issued with the replacement coverage offered through the IM 75 00 Scheduled Property Floater. Any additional endorsements added to your policy to tailor coverage to your specific needs will also be replaced with this renewal.

## Pattern and Die Coverage

The Pattern and Die Floater was designed to provide coverage for who use pattern and dies in their business operations. Due to limited use of this coverage form, we are discontinuing this coverage form. The Pattern and Die Floater is being replaced by the Scheduled Property Floater. The Scheduled Property Coverage Form is designed to provide coverage for the named insured's property and property of others in its care, custody, and control. The Scheduled Property Coverage Form is generally used when a specific coverage is not available or does not provide sufficient coverage. Your renewal policy is being issued with the replacement coverage offered through the IM 75 00 Scheduled Property Floater. Any additional endorsements added to your policy to tailor coverage to your specific needs will also be replaced with this renewal.

Thank you for trusting Westfield Insurance, and your Westfield independent agent, with your commercial insurance program. Please contact your Westfield Independent Agent with any questions you may have about these changes to your policy.

Westfield Insurance

**AD 91 00** (04-13)

# IMPORTANT -- PREMIUM AUDIT NOTICE

Westfield Insurance welcomes the opportunity to service your insurance needs.  The following information outlines the company's requirements for auditing your accounting records.

Your particular type of business has a policy premium that is based on estimated exposures at the time this policy was issued.  Since the exposures that are used to rate your policy fluctuate during the policy year, your final premium cannot be determined until after the expiration date of the policy term.

An accurate premium audit is a benefit to you and your business.  We recommend the person(s) in charge of keeping your financial records (e.g., Payroll; Gross Sales; Total Cost) be aware of insurance auditor needs.  Records that are accurate and properly maintained allow you to gain the most benefit from your premium audit.  Please ask questions and allow your auditor to assist you.

## WHO WILL MAKE THE AUDIT?

You will be asked to complete a premium audit in one of three ways:

**Mail/Voluntary** - a form will be provided to you.  The form will ask a series of questions relative to your type of risk and your type of policy.  You will be asked to fill out the form in its entirety and return to Westfield for summary.

**Telephone** - a telephone auditor will call you on the phone to discuss your risk and gather your financials.  This could be a staff auditor or vendor auditor depending on your policy.

**Physical** - a field auditor will contact you to visit your premises.  They will ask about your operations and physically review your financial records.  This could be a staff auditor or vendor auditor depending on your policy.

## WHAT RECORDS WILL BE NEEDED?

The Premium Auditor will examine and audit all of your records that relate to your policy.  The records needed will vary depending upon the type of coverage you have.  In most cases, the auditor will be able to obtain the necessary audit data from two or more of the following records:

| | |
|---|---|
| Payroll Journals with monthly/quarterly totals | Individual Earning Cards with monthly/quarterly totals |
| Quarterly Tax Reports for Federal/State | Certificates of Insurance for sub-contractors |
| General Ledgers/Income/Sales Journals | |

In the course of the audit, the auditor will ask some questions about your records and your business operations.  This will assist the Auditor in properly classifying your operations and employees.

## HOW SHOULD YOUR RECORDS BE KEPT:

**Payroll:**  Many of the premiums for your General Liability insurance are based on payroll which is defined as remuneration.  Remuneration means money or substitutes for money.  Payroll includes:

| | | | |
|---|---|---|---|
| Wages | Bonuses | Holiday Pay | Sick Pay |
| Commissions | Overtime Pay | Vacation Pay | Payment for piece work |

**Overtime:**  The amount paid in excess of straight time pay can be deducted if the excess can be verified by your records.  Your records must show overtime separately by employee.

**Division of Payroll:**  Division of an individual employee's payroll to more than one classification is not allowed.  Exception: For construction or erection operations, the payroll of an employee may be allocated to each type of work performed **if proper records are kept.**  Payroll **cannot** be divided between construction and office or sales classifications.

**Gross Sales:**  Another premium base for General Liability insurance is gross sales.  This means the gross amount charged by you to others for all goods or products, sold or distributed and operations performed by you for others.

This information is provided to you as assistance for proper record-keeping requirements.  Other insurance companies may differ in their requirements.

**AD 80 12** (8-10)

## COMMERCIAL GENERAL LIABILITY ADVISORY NOTICE TO POLICYHOLDERS

This notice describes changes to your insurance policy. No coverage is provided by this notification nor can it be construed to replace any provisions of your policy or endorsements. You should read your policy and review your declaration page for complete information on the coverages you are provided.

If your expiring policy provided coverage for either the Contractors General Liability Expanded (CG 70 37) or Contractors General Liability Expanded Plus (CG 70 94) coverage your renewal policy is being issued with the replacement coverage offered through the new Signature Series Commercial General Liability Contractors Endorsement (CG 71 37). Please note with this change the following coverages are no longer included: Who Is An Insured - Vendors; Additional Insured - Controlling Interest; Care, Custody or Control; Voluntary Property Damage and Damage To Your Work.

If you desire to purchase these coverages separately, or would like more information about our new Signature Series Contractors program, please contact your Independent Insurance Agent.

**AD 90 88  11 12**

## IMPORTANT NOTICE TO OUR POLICYHOLDERS

## POLICY COVERAGE CHANGE - ADDITION OF ASBESTOS EXCLUSION

Your policy is endorsed to include our Asbestos Exclusion Endorsement (CU 70 00 or CG 70 17). This endorsement **reduces your coverage.** It changes your policy so it **will not** cover bodily injury, property damage, personal injury or personal and advertising injury due to asbestos exposure. It also states the policy **will not** cover any loss, cost or expense incurred in complying with any federal, state or local provision of law regarding the inspection, monitoring, or control of asbestos in any goods, products or structures.

The above information is only a guide to help you understand the changes to your policy. We recommend you read your policy and the endorsement. If you have questions about this or want more information, please contact your independent insurance agent.



## FLORIDA COMMERCIAL PROPERTY SURCHARGE EXPLANATION

The "Florida Commercial Property Surcharge" shown is required by the State of Florida, Department of Revenue.  Section 624.515 (2) (a) of the insurance code authorizes the .1 percent annual surcharge from each holder of a policy of Fire, Allied Lines, or Multi-Peril Insurance insuring Commercial Property located in Florida.  The surcharge shall be deposited by the Department of Revenue into the Fire College Trust Fund.

If you have any questions concerning this surcharge, please contact your Independent Insurance Agent.

Ohio Farmers Insurance Company, Westfield Insurance Company,
Westfield National Insurance Company, American Select Insurance
Company, Old Guard Insurance Company
Westfield Center, Ohio  44251

**AD 8065** (8-10)



**FLORIDA EMERGENCY MANAGEMENT, PREPAREDNESS AND ASSISTANCE
TRUST FUND**

The Florida Legislature has created the Emergency Management, Preparedness, and Assistance Trust Fund to be administered by the Department of Community Affairs. In order to provide funds for emergency management, preparedness, and assistance, an annual surcharge shall be imposed on every residential dwelling fire, homeowner's, mobile homeowner's, tenant homeowner's, condominium unit owner's, commercial fire, commercial multiple peril, and businessowner's property insurance policy. The surcharge shall be paid by the policyholder to the insurer. The insurer shall collect the surcharge and remit it to the Department of Revenue, which shall collect, administer, audit, and enforce the surcharge pursuant to section 624.5092, Florida Statutes. The surcharge is not to be considered premiums of the insurer; however, nonpayment of the surcharge by the insured may be a valid reason for cancellation of the policy. All proceeds of the surcharge shall be deposited in the Emergency Management, Preparedness, and Assistance Trust Fund and may not be used to supplant existing funding.

This surcharge shall apply to policies effective on or after May 1, 1993, and is shown on the Declarations page as "FL Assistance Trust Fund".

**AD 8078** (5-93)



COMMERCIAL PROPERTY

# ADVISORY NOTICE TO POLICYHOLDERS
# COMMERCIAL PROPERTY MULTISTATE

This is a summary of the major changes in your Commercial Property insurance. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations Page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THIS POLICY SHALL PREVAIL.**

The areas within the policy that broaden or reduce coverage, and other changes, are highlighted below. This notice does not reference every editorial change made in your policy.

The material in this notice makes reference to form and endorsement numbers; **however, not all forms and endorsements are included in a particular policy.**

---

## PROPERTY DAMAGE AND RELATED COVERAGE FORMS

**1. Broadenings In Coverage**

- **Outdoor signs**

   In form **CP 00 20**, the Limit of Insurance for signs attached to the building is increased from $1,000 per sign to $2,500 per sign in any one occurrence.

   In forms **CP 00 10, CP 00 17** and **CP 00 18** the Limit of Insurance for attached outdoor signs is increased from $1,000 to $2,500 per sign in any one occurrence. The Limit of Insurance for detached outdoor signs is increased from $1,000 per-occurrence (in total) to $2,500 per sign in any one occurrence. Further, coverage for detached outdoor signs is broadened to include all causes of loss otherwise covered under the applicable Causes of Loss form.

- **Party Walls (CP 00 10, CP 00 17,** and **CP 00 20)**

   Potential broadening of coverage: As revised, the above captioned forms identify the exposure (party walls) and convey loss adjusting procedures for it. Under this insurance, loss payment relating to a party wall reflects the insured's partial interest in that wall. However, if the owner of the adjoining building elects not to repair or replace that building (and the building insured under this insurance is being repaired or replaced), this insurance will pay the full value of the party wall subject to all other applicable policy provisions.

**2. Other Changes**

- **Additional Coverages - Various**

   In forms **CP 00 10** and **CP 00 17,** revisions are made to reinforce that the amount of coverage for Electronic Data and Increased Cost of Construction Additional Coverages applies in addition to the Limits of Insurance for any other coverages under these forms.

   In form **CP 00 18**, revisions are made to reinforce that the amount of coverage for Electronic Data applies in addition to the Limits of Insurance for any other coverages under these forms.

   Forms **CP 00 40** and **CP 00 70** have been revised to make it more explicit that the amount of coverage under the Supplementary Payments Additional Coverage applies in addition to the Limit of Insurance under these forms.

---

## BUSINESS INTERRUPTION COVERAGE FORMS

**Other Changes**

- **Interruption In Computer Operations Additional Coverage (CP 00 30, CP 00 32, CP 00 50)**

   Revisions are made to reinforce that the amount of coverage for the Interruption In Computer Operations Additional Coverage applies in addition to the Limits of Insurance for any other coverages under these forms.

---

WESTFIELD INSURANCE
Includes copyrighted material of Insurance
Services Office, Inc., with its permission

AD 91 15  09 13
Page 1 of 3

**CAUSES OF LOSS FORMS**

1.  **Broadenings In Coverage**

    ■   **Utility Services Exclusion (CP 00 70, CP 10 10, CP 10 20, CP 10 30)**

        With respect to time element coverage, there is a broadening of coverage, in that on-premises failure is limited to situations where the failure involves equipment used to supply utility service from an off-premises source.

2.  **Reduction Or Potential Reduction Of Coverage**

    ■   **Utility Services Exclusion (CP 00 70, CP 10 10, CP 10 20, CP 10 30)**

        This exclusion newly applies to utility failure that originates at the described premises, when such failure involves equipment used to provide utility service supplied by an off-premises provider. With respect to time element coverage, the aforementioned statement is relevant to the covered building, since the current time element exclusion already includes failure originating on the described premises outside a covered building.

3.  **Other Changes**

    ■   **Product Errors (CP 00 70, CP 10 30)**

        Coverage does not apply to loss or damage to any merchandise, goods or other product, caused by error or omission in any stage of the development, production or use of the product. But if the error or omission results in a covered cause of loss, the loss or damage attributable to the covered cause of loss is covered. Coverage intent is reinforced, with an explicit provision, in light of sporadic claims being asserted in contradiction of intent.

        <u>**NOTE TO INSURER:**</u> With respect to individual insurers, impact may vary based on past claims and loss settlement history.

    ■   **Collapse**

        In forms **CP 00 70** and **CP 10 30,** the exclusion for collapse and the Additional Coverage - Collapse (which builds back limited coverage) are revised to reinforce that relationship.

        In form **CP 10 20**, the Additional Coverage - Collapse is revised to reinforce the applicability of such coverage with respect to certain perils that are not otherwise covered by the policy.

    ■   **Artificially Generated Electrical Current Exclusion (CP 00 70, CP 10 10, CP 10 20, CP 10 30)**

        This exclusion has been revised to explicitly incorporate various terms that reflect current understanding of technology with respect to power sources and associated systems, such as electromagnetic energy (including electromagnetic pulse or waves) and microwaves, and the various risks presented by them.

**ENDORSEMENTS**

1.  **Reduction Or Potential Reduction Of Coverage**

    ■   **Limitation On Loss Settlement - Blanket Insurance (Margin Clause) Endorsement CP 12 32**

        Under this endorsement, loss payment on an individual property under the blanket is limited to its stated value plus a percentage of that value as shown in the Schedule. The margin does not increase the blanket Limit of Insurance. In the event of partial loss, this endorsement may reduce the amount of loss payment in comparison to a blanket policy without a margin clause.

2.  **Other Changes**

    ■   **Business Income - Landlord As Additional Insured (Rental Value)**

        Endorsement **CP 15 03**, Business Income - Landlord As Additional Insured (Rental Value) provides coverage for loss of rental income for a landlord (the Additional Insured) under a tenant's policy. The amount of any payment made to the Additional Insured under this endorsement will be deducted from the Named Insured's business income loss.

- ■ **Additional Insured and Loss Payee (Building Owner)**

  Endorsement **CP 12 19,** Additional Insured - Building Owner, enables adding the building owner as an additional named insured under a tenant's Building Coverage.

  Endorsement **CP 12 18,** Loss Payable Provisions, is revised to add an option, Building Owner Loss Payable, to identify the building owner and recognize that entity as a loss payee.

- ■ **Building Glass Under Tenant's Policy**

  Endorsement **CP 14 70,** Building Glass - Tenant's Policy, is introduced to enable coverage of building glass under a tenant's policy that does not otherwise cover the building. Coverage, if any, was previously identified by means of Declarations entry.

- ■ **Windstorm Or Hail Percentage Deductible Endorsement CP 03 21**

  The following editorial changes are made: The text of the endorsement no longer includes language pertaining to other causes or events that contribute concurrently or in any sequence to the loss, because the underlying policy addresses that concept. Language is added to make it more explicit that this endorsement does not affect the impact of the policy's Water Exclusion or any other exclusion in the policy, and does not affect the application of a Flood Deductible if the policy (or another policy) provides coverage for Flood.

- ■ **Causes of Loss Exclusion Endorsements (CP 10 54 and CP 10 56)**

  Under **CP 10 54,** a statement is added to reinforce the applicability of underlying policy exclusions.

  Under **CP 10 56,** exclusionary language concerning seepage or leakage is added to conform to the provision in the underlying policy, with no change in coverage.

- ■ **Dependent Properties - Time Element (CP 15 08, CP 15 09, CP 15 34)**

  The revised description of Miscellaneous Locations makes it explicit that highways and other transportation conduits are not considered to be Miscellaneous Locations.

- ■ **Electrical Apparatus Endorsement**

  Endorsement **CP 04 10** is revised to reflect the changes to the Artificially Generated Electrical Current exclusion in the Causes of Loss forms.

- ■ **Utility Services Coverage Endorsements (CP 04 17, CP 15 45)**

  These endorsements are revised to remove the qualification that the utility service property be located off the described premises (or outside a covered building, in the case of time element). With respect to a policy that was and is endorsed to cover utility services, there is no change in coverage. The revision to the coverage endorsements simply recognizes the revision to the underlying exclusion.

- ■ **Functional Replacement Cost Endorsement CP 04 38**

  The section of the endorsement that addresses exclusion of pollution under Ordinance Or Law coverage is revised to include reference to fungus and other contaminants and to follow similar provisions of the Increased Cost of Construction Additional Coverage in the underlying policy.

## FLORIDA UNINSURED MOTORISTS COVERAGE OPTIONS

Uninsured Motorist coverage provides for payment of certain benefits for damages caused by owners or operators of uninsured motor vehicles because of bodily injury or death resulting therefrom. Such benefits may include payments for certain medical expenses, lost wages, and pain and suffering, subject to limitations and conditions contained in the policy. For the purpose of this coverage, an uninsured motor vehicle may include a motor vehicle as to which the bodily injury limits are less than your damages.

1.  You are hereby informed that Florida law requires the following options be made available to all automobile liability policyholders in connection with the renewal policy:

    a.  Uninsured Motorists limits equal to the bodily injury liability limits;

    b.  Uninsured Motorists limits lower than the bodily injury liability limits (minimum $10,000 each person/$20,000 each accident); or

    c.  Uninsured Motorists Coverage may be rejected.

2.  **You also may select, at a reduced rate, Non-Stacked Uninsured Motorists Coverage.** This is a limited form of coverage. If an injury occurs in your vehicle, or the vehicle of one of your family members who lives with you, only the limits purchased **on that particular vehicle** will apply. If an injury occurs in someone else's vehicle, or you are struck while a pedestrian, only the limits purchased **on any one** of your vehicles will apply.

3.  If you **do not select** the Non-Stacked Uninsured Motorists Coverage, the **limits** provided **on each of your vehicles are added together** (stacked) to determine the amount of coverage available in each accident. Thus, your policy limits would automatically change during the policy term whenever you increase or decrease the number of vehicles insured under your policy.

Your policy currently contains the option you selected when you first obtained an automobile liability policy with us, or the option you most recently asked us in writing to provide in your policy. If you desire to select another option, or would like more information about Uninsured Motorists Coverage, please contact your Independent Insurance Agent.

Unless you desire to change the coverage you previously selected, no response to this notice is necessary.



Ohio Farmers Insurance Company, Westfield Insurance Company,
Westfield National Insurance Company, American Select Insurance
Company, Old Guard Insurance Company
Westfield Center, Ohio  44251                                        **AD 868** (Rev. 8-10) Florida

# FLORIDA NO-FAULT COMMERCIAL AUTOMOBILE COVERAGE OPTIONS

Basic no-fault insurance (Personal Injury Protection) provides for payment of certain benefits to or for an insured who sustains bodily injury in an accident arising out of the use or operation of a motor vehicle. Coverage is provided to the named insured; if the named insured is an individual to any resident relative/family member while occupying a motor vehicle or while a pedestrian, through being struck by a motor vehicle; to any other person while occupying a covered vehicle with the insureds consent; or to a pedestrian if the accident involves the covered motor vehicle. These benefits include payment for 80% of medical expenses, 60% of loss of income, replacement services expenses, and death benefits. The limit of liability for all loss to any one person in any one accident is $10,000.

Various options are also available to accommodate your specific needs:

1.  **Personal Injury Protection Deductibles** of $250, $500, $1,000 and $2,000 are available to the named insured only or to each named insured and each dependent relative.

2.  **Personal Injury Protection - Exclusion of Work Loss (Individual Named Insured Only)** eliminates all coverage for loss of income.

3.  **Extended Personal Injury Protection (Individual Named Insured Only)** increases the medical expense recovery to 100% and the work loss recovery to 80%.

4.  **Additional Personal Injury Protection (Individual Named Insured Only)** is available only when Extended Personal Injury Protection coverage applies and provides higher limits of liability of $10,000, $25,000, $40,000 and $90,000.

5.  **Broadened Personal Injury Protection (Named Individuals)** allows an individual who regularly uses the insured auto to be afforded Personal Injury Protection by naming the individual as a named insured.

6.  **Medical Payments Coverage** is available for those expenses for medical and funeral services not covered by Personal Injury Protection and is excess coverage over the Personal Injury Protection limit of liability.

For personal injury protection insurance, the named insured may elect a deductible and to exclude coverage for loss of gross income and loss of earning capacity ("lost wages"). These elections apply to the named insured alone, or to the named insured and all dependent resident relatives. A premium reduction will result from these elections. The named insured is hereby advised not to elect the lost wage exclusion if the named insured or dependent relatives are employed, since lost wages will not be payable in the event of an accident.

These options are available to you upon your written request to us. However, not all options are available on one policy. If you desire to select one or more of these options, or would like more information about the cost of these options, please contact your independent insurance agent.

**AD 83 55** 07 00

# IMPORTANT NOTICE TO OUR POLICYHOLDERS

THE FLORIDA HURRICANE CATASTROPHE FUND CORPORATION HAS ASSESSED US FOR A PORTION OF THEIR LOSSES RESULTING FROM RECENT HURRICANE SEASONS. A PORTION OF THAT ASSESSED AMOUNT IS INCLUDED IN YOUR PREMIUM AND IS SHOWN ON YOUR POLICY DECLARATIONS AS "FL WINDSTORM EMERGENCY ASSESSMENT."

CITIZENS PROPERTY INSURANCE CORPORATION CERTIFIED A DEFICIT IN THE HI-RISK ACCOUNT FOR THE 2005 PLAN YEAR THAT EXCEEDED THE AMOUNT RECOVERABLE VIA A REGULAR ASSESSMENT. EFFECTIVE ON ALL POLICIES RENEWED AND ISSUED EFFECTIVE JULY 1, 2007, A UNIFORM PERCENT-AGE IS TO BE APPLIED TO SUBJECT LINES OF BUSINESS FOR THE PURPOSE OF SATISFYING THIS DEFICIT. THE AMOUNT OF ASSESSMENT THAT HAS BEEN CHARGED ON YOUR POLICY IS SHOWN ON YOUR POLICY DECLARATION PAGE AS "CITIZENS 2005 EMERGENCY ASSESSMENT".

THE FLORIDA INSURANCE GUARANTY ASSOCIATION HAS ASSESSED TO SECURE FUNDS TO PAY COVERED CLAIMS AND ALSO TO PAY THE REASONABLE COSTS TO ADMINISTER THE SAME IN AC-CORDANCE WITH FLORIDA STATUTES 631.57(3)(a). A PORTION OF THAT ASSESSED AMOUNT IS IN YOUR PREMIUM AND IS SHOWN ON YOUR POLICY DECLARATION PAGE AS "2012 FIGA ASSESSMENT".

IF YOU HAVE ANY QUESTIONS ABOUT THIS, PLEASE CONTACT YOUR INDEPENDENT INSURANCE AGENT.

**AD 87 12  07 13**



**SR**

⬢ **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
RENEWAL
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | **PROD.** | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| **Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M |
|---|---|---|---|

| **Policy Period** | **From** | 05/04/14 | at 12:01 A.M. Standard Time at your |
| | **To** | 05/04/15 | mailing address shown above. |

**Business:** CONTRACTOR                    **Named Insured is:**  Corporation

In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.

### THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS

COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
TERRORISM INSURANCE COVERAGE

Policy Annual Premium

FL Assistance Trust Fund
FL Windstorm Emergency Assessment
2012 FIGA Assessment
Citizens 2005 Emergency Assessment

Total Advance Annual Policy Premium

**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT
RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE.OTHERWISE,
YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES.YOU MAY PURCHASE
ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

The above is a summary of your coverages. For more detail,
please refer to the individual coverage parts inside your policy.

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488*, IL0017   1198*, ID7004   0411 , IL0003   0908*, IL0262   0908*,
IL7035   0912*.

COUNTERSIGNED: _____ BY _____
                          Date                          Authorized Representative

SR

**WESTFIELD®**

COMMERCIAL PACKAGE POLICY
RENEWAL
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

⁕⁕   **SCHEDULE OF NAMED INSURED**   ⁕⁕

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
CULPEPPER/CHILDERS, A JOINT
VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT - RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued.  On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

© ISO Properties, Inc., 2007                                    **IL 00 03  09 08**



INTERLINE

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GEORGIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **A.1.** of the **Cancellation** Common Policy Condition is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

    **a.** If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

    **b.** If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

    Our notice will state the effective date of cancellation, which will be the later of the following:

    **(1)** 10 days from the date of mailing or delivering our notice, or

    **(2)** The effective date of cancellation stated in the first Named Insured's notice to us.

**B.** Paragraph **A.5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** Premium Refund

    **a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

    **b.** If we cancel, the refund will be pro rata, except as provided in **c.** below.

    **c.** If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

    **d.** If the first Named Insured cancels, the refund may be less than pro rata.

    **e.** The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation** Common Policy condition and supersedes any other provisions to the contrary:

© ISO Properties, Inc., 2007

**IL 02 62  09 08**
**Page 1 of 2**

If we decide to:

1. Cancel or nonrenew this policy; or

2. Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

3. Change any policy provision which would limit or restrict coverage;

Then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us. Except as applicable as described in Paragraph **D.** below, we will mail or deliver notice at least:

1. 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

2. 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

3. 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

**D.** The following provisions apply to insurance covering residential real property only provided under the:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART;

COMMERCIAL PROPERTY COVERAGE PART; FARM COVERAGE PART;

if the named insured is a natural person.

With respect to such insurance, the following is added to the **Cancellation** Common Policy Condition and supersedes any provisions to the contrary:

1. When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first Named Insured at least 10 days before the date cancellation takes effect.

2. When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium, whether payable to us or to our agent;

   **b.** Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

   **c.** Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

   **d.** Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

   We may cancel by providing notice to the first Named Insured at least:

   . 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   . 45 days before the effective date of cancellation if we cancel for any of the reasons listed in **b., c.** or **d.** above.

POLICY NUMBER:    CMM 0395871                                    INTERLINE

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EARLIER NOTICE OF CANCELLATION
# PROVIDED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE

### SCHEDULE

**Number of Days' Notice____0030_____**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| FLORIDA STATE UNIVERSITY FACILITY DESIGN & CONSTRUCTION 969 LEARNING WAY BLDG A TALLAHASSEE FL 32306 | FLORIDA STATE UNIVERSITY FSU HOUSING REPLACEMENT |

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

Copyright, Insurance Services Office, Inc., 1992                        **IL 70 35  09 12**



POLICY NUMBER:    CMM 0395871                                      INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EARLIER NOTICE OF CANCELLATION
# PROVIDED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE

### SCHEDULE

**Number of Days' Notice_____30_____**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| GEORGIA STATE FINANCING & INVESTMENT COMMISSION 270 WASHINGTON STREET, 2ND FLOOR ATLANTA GA 30334 | |




(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

Copyright, Insurance Services Office, Inc., 1992                    **IL 70 35  09 12**

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statues, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.



Copyright, Insurance Services Office, Inc., 1998

# PROPERTY COVERAGE

SR

# ⬡ WESTFIELD®

**RENEWAL**
**COMMERCIAL PROPERTY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**DESCRIPTION OF PREMISES**

| Loc Bldg  Address, City & State | Construction | Occupancy |
|---|---|---|
| 001 001 108 E JACKSON ST | Masonry Non- | OFFICE |
| THOMASVILLE, GA 31792 | Combustible | |
| 002 001 1538 METROPOLITAN | Non- | OFFICE |
| TALLAHASSEE, FL 32309 | Combustible | |
| 003 001 4708 CAPITAL CIRCLE NW | Non- | OFFICE |
| TALLAHASSEE, FL 32303 | Combustible | |

**COVERAGES PROVIDED - Insurance at the described premises applies only for coverages for which a limit of insurance is shown. OPTIONAL COVERAGES applicable only when entries are made in the schedules below:**

| Loc Bldg | Coverage | Coins | Infl.<br>Guard | Repl.<br>Cost | Cause of<br>Loss Form | Limit of<br>Insurance |
|---|---|---|---|---|---|---|
| 001 001 | Business Personal Property | 80% | N/A | Yes | Special | $    25,000 |
| 002 001 | Business Personal Property | 80% | N/A | Yes | Special | $    50,000 |
| 003 001 | Business Personal Property | 80% | N/A | Yes | Special | $    50,000 |

**OPTIONAL COVERAGES**

| Loc Bldg | Applicable to | Option Description |
|---|---|---|
| ALL ALL | Business Personal Property | Expanded Plus Property Endt |

| Florida Commercial Property Surcharge |
|---|

| Total Advance Annual Property Premium |
|---|

| Deductible is | $500 | Exceptions: Wind & Hail Ded.  See CP 03 21 |
|---|---|---|

**Forms and Endorsements applicable to this coverage part:**

| | | | | | |
|---|---|---|---|---|---|
| CP0090 | 0788*, CP0321 | 0607*, IL0952 | 0308*, CP0125 | 0212*, CP7000 | 0987*, |
| IL0255 | 0212*, IL0175 | 0907*, CP0140 | 0706*, CP1032 | 0808*, CP0131 | 0313*, |
| CP1030 | 0607*, CP0010 | 0607*, CP0405B | 0405*, CP7076 | 0905*, ILN154 | 0707*. |

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

   **a.** During the policy period shown in the Declarations; and

   **b.** Within the coverage territory.

**2.** The coverage territory is:

   **a.** The United States of America (including its territories and possessions);

   **b.** Puerto Rico; and

   **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:



**a.** Someone insured by this insurance;

**b.** A business firm:

    **(1)** Owned or controlled by you; or

    **(2)** That owns or controls you; or

**c.** Your tenant.

This will not restrict your insurance.

| POLICY NUMBER: CMM 0395871 | COMMERCIAL PROPERTY |
|---|---|

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT - OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

**SCHEDULE***

| Premises Number | Building Number | Windstorm Or Hail Deductible Percentage - Enter 1%, 2% Or 5% |
|---|---|---|
| 002 | 001 | 5% |
| 003 | 001 | 5% |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The Windstorm or Hail Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail and therefore part of the Windstorm or Hail occurrence.

With respect to Covered Property at a location identified in the Schedule, no other deductible applies to Windstorm or Hail.

The Windstorm or Hail Deductible applies whenever there is an occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is en-

dorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

**WINDSTORM OR HAIL DEDUCTIBLE CALCULATIONS**

**A. Calculation of The Deductible - All Policies**

    **1.** A Deductible is calculated separately for, and applies separately to:

© ISO Properties Inc., 2006

**a.** Each building that sustains loss or damage;

**b.** The personal property building at which there is loss or damage to personal property;

**c.** Personal property in the open.

If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

**2.** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition; Agreed Value Optional Coverage; any provision in a Value Reporting Form relating to full reporting or failure to submit reports.

**3.** When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B.** Calculation Of The Deductible - Specific Insurance Other Than Builders Risk

**1.** Property Not Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

**2.** Property Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are the latest value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the full value(s) of

the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

**C.** Calculation Of The Deductible - Blanket Insurance Other Than Builders Risk

**1.** Property Not Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the most recent Statement of Values on file with us.

**2.** Property Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

**D.** Calculation Of The Deductible - Builders Risk Insurance

**1.** Builders Risk Other Than Reporting Form

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

**2.** Builders Risk Reporting Form

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are the actual cash value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

## EXAMPLES - APPLICATION OF DEDUCTIBLE:

### EXAMPLE #1 - SPECIFIC INSURANCE (B.1.)

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step (1) : $70,000 ÷ $80,000  = .875
Step (2) : $60,000 X .875  = $52,500
Step (3) : $70,000 X  1%  = $700
Step (4) : $52,500 - $700  = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

### EXAMPLE #2 - SPECIFIC INSURANCE (B.1.)

The amounts of loss to the damaged property are $60,000 (Building) and $40,000 (Personal Property in building).

The value of the damaged building at time of loss is $100,000. The value of the personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore no Coinsurance penalty).

The Deductible is 2%.

### BUILDING

Step (1) : $80,000 X 2%  = $1,600
Step (2) : $60,000 - $1,600  = $58,400

### PERSONAL PROPERTY

Step (1) : $64,000 X 2%  = $1,280
Step (2) : $40,000 - $1,280  = $38,720

The most we will pay is $97,120. The portion of the total loss not covered due to application of the Deductible is $2,880.

### EXAMPLE #3 - BLANKET INSURANCE (C.1.)

The sum of the values of Building #1 ($500,000), Building  #2  ($500,000)  and  Building  #3

($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings #1, #2, and #3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings #1 and #2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building #1) and $20,000 (Building #2).

The Deductible is 2%.

### BUILDING #1

Step (1) : $500,000 X 2%  = $10,000
Step (2) : $40,000 - $10,000  = $30,000

### BUILDING #2

Step (1) : $500,000 X 2%  = $10,000
Step (2) : $20,000 - $10,000  = $10,000

The most we will pay is $40,000. The portion of the total loss not covered due to application of the Deductible is $20,000.

### EXAMPLE #4 - BLANKET INSURANCE (C.1.)

The sum of the values of Building #1 ($500,000), Building #2 (500,000), Personal Property at Building #1 ($250,000) and Personal Property at Building #2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings #1 and #2 and Personal Property at Buildings #1 and #2, shown in the Declarations, is $1,350,000. Therefore there is no Coinsurance penalty.

Building #1 and Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Personal Property).

The Deductible is 5%.

### BUILDING

Step (1) : $500,000 X 5%  = $25,000
Step (2) : $95,000 - $25,000  = $70,000

### PERSONAL PROPERTY

Step (1) : $250,000 X 5%  = $12,500
The loss, $5,000, does not exceed the deductible.

The most we will pay is $70,000. The remainder of the building loss, $25,000, is not covered due to application of the Deductible. There is no loss payment for the personal property.

COMMERCIAL PROPERTY

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

**C.** The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

**1.** Broward County;

**2.** Dade County;

**3.** Martin County;

**4.** Monroe County;

**5.** Palm Beach County; and

**6.** All the areas east of the west bank of the Intra-Coastal Waterway in the counties of:

  **a.** Indian River; and

  **b.** St. Lucie.

**Windstorm Exterior Paint And Waterproofing Exclusion**

We will not pay for loss or damage caused by windstorm to:

**1.** Paint; or

**2.** Waterproofing material;

applied to the exterior of buildings unless the building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or water proofing material is excluded, we will not include the value of paint or waterproofing material to determine:

  **a.** The amount of the Windstorm or Hail Deductible; or

  **b.** The value of Covered Property when applying the Coinsurance Condition.

**D.** The **Loss Payment** Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage:

**(1)** Within 20 days after we receive the sworn proof of loss and reach written agreement with you; or

**(2)** Within 30 days after we receive the sworn proof of loss and:

  **(a)** There is an entry of a final judgment; or

  **(b)** There is a filing of an appraisal award with us.

**(3)** Within 90 days of receiving notice of initial, reopened or supplemental claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

Paragraph **(3)** applies only to the following:

  **(a)** A claim under a policy covering residential property;

  **(b)** A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

  **(c)** A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

© ISO Properties, Inc., 2011

CP 01 25  02 12
Page 1 of 3

**E.**  Sinkhole Collapse Coverage Removed

Sinkhole Collapse coverage is removed as indicated in Paragraphs **E.1.** through **E.4.**; and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **F.**

**1.**  In the Causes Of Loss - Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

**2.**  In the Causes Of Loss - Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage - Collapse; and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

**3.**  In the Cause Of Loss - Special Form, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion.

**4.**  In the Mortgageholders Errors And Omissions Coverage Form, Sinkhole Collapse is deleted from the Covered Causes of Loss under Coverage **B** and from the "specified causes of loss", and is no longer an exception to the Earth Movement Exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

**F.**  The following is added to this Coverage Part as a Covered Cause Of Loss. In the Causes Of Loss - Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage - Collapse.

**Catastrophic Ground Cover Collapse**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

**1.**  The abrupt collapse of the ground cover;

**2.**  A depression in the ground cover clearly visible to the naked eye;

**3.**  Structural damage to the building, including the foundation; and

**4.**  The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The Earth Movement Exclusion and the Collapse Exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

**G.**  The following applies to the **Additional Coverage - Civil Authority** under the Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form and Extra Expense Coverage Form:

**1.**  The Additional Coverage - Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. With respect to described premises located in Florida, such one-mile radius does not apply.

**2.**  The Additional Coverage - Civil Authority is limited to a coverage period of up to four weeks. With respect to described premises located in Florida, such four-week period is replaced by a three-week period.

**3.**  Civil Authority coverage is subject to all other provisions of that Additional Coverage.

**H.**  The following provision is added to the **Duties In The Event Of Loss Or Damage** Loss Condition:

A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm must be given to us in accordance with the terms of this policy and within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

This provision concerning time for submission of claim does not affect any limitation for legal action against us as provided in this policy under the Legal Action Against Us Condition, including any amendment to that condition.

I.   The following definition of structural damage is added with respect to the coverage provided under this endorsement:

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following:

1.   Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

2.   Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems and that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

3.   Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

4.   Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

5.   Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

COMMERCIAL PROPERTY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot.  Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

© ISO Properties, Inc., 2006                                    **CP 01 40  07 06**



COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion in Paragraph **B.** replaces the **Water** Exclusion in this Coverage Part or Policy.

**B. Water**

    **1.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

    **2.** Mudslide or mudflow;

    **3.** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

    **4.** Water under the ground surface pressing on, or flowing or seeping through:

        **a.** Foundations, walls, floors or paved surfaces;

        **b.** Basements, whether paved or not; or

        **c.** Doors, windows or other openings; or

    **5.** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.**, **3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

© Insurance Services Office, Inc., 2008

**CP 10 32 08 08**



COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

　**1.** We will not pay for loss or damage arising out of any act committed:

　　**a.** By or at the direction of any insured; and

　　**b.** With the intent to cause a loss.

　**2.** However, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss:

　　**a.** Is otherwise covered under this Coverage Part; and

　　**b.** Arose out of an act of family violence by an insured, against whom a family violence complaint is brought for such act.

　**3.** If we pay a claim pursuant to Paragraph **B.2.,** our payment to the insured is limited to that insured's legal interest in the property less any payments we first made to a mortgageholder or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**C.** The following explanation is added with respect to application of the Exclusion of "Fungus", Wet Rot, Dry Rot and Bacteria and the Limited Coverage of the same title:

With respect to the portion of Covered Property that would still have required repair or replacement had there been no "fungus", wet or dry rot or bacteria, this Exclusion and Limited Coverage will not serve to limit the amount of recovery for such repair or replacement.

However, the Exclusion and Limited Coverage shall continue to apply to:

　**1.** The cost to treat, contain, remove or dispose of "fungus", wet rot, dry rot or bacteria beyond that which is required to repair or replace Covered Property;

　**2.** The cost of testing as described in the Limited Coverage; and

　**3.** Any increase in loss under Business Income and/or Extra Expense forms resulting from **1.** or **2.** above.

Regardless of whether the Exclusion and Limited Coverage apply to a loss, the Limit of Insurance on Covered Property is not increased. The maximum recoverable, for the total of the cost to repair or replace Covered Property and any additional covered cost to treat, contain remove, dispose of or test for "fungus", wet or dry rot or bacteria, is the applicable Limit of Insurance on the affected Covered Property.

**D.** This Paragraph, **D**, applies to the following:

　BUILDING AND PERSONAL
　PROPERTY COVERAGE FORM
　CONDOMINIUM ASSOCIATION
　COVERAGE FORM
　BUILDERS RISK COVERAGE FORM
　STANDARD PROPERTY POLICY

Paragraph **a.** of the **Loss Payment** Condition is replaced by the following:

　**a.** In the event of loss or damage covered by this Coverage Form, at our option we will either:

　　**(1)** Repair, rebuild, or replace the property with other property of like kind and quality, or pay the cost of such repair, rebuilding or replacement, as limited by paragraph **b.** of this Loss Payment condition and any other applicable policy provisions, such as the Limit of Insurance provision, the Valuation Condition or any provision which amends or supersedes the Valuation Condition; or

Copyright, Insurance Services Office, Inc., 2003

**CP 01 31** 03 13
**Page 1 of 2**

**(2)** Take all or any part of the property at an agreed or appraised value.

With respect to Paragraph **a.(1)**, this policy covers only the cost of repair, rebuilding or replacement. Such cost does not include recovery of, and therefore this policy does not pay any compensation for, an actual or perceived reduction in the market value of any property. But if the property that has sustained loss or damage is subject to an endorsement which explicitly addresses market value, then that endorsement will apply to such property in accordance with its terms.

COMMERCIAL PROPERTY

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning.  Refer to Section **G.,** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.,** Exclusions; or

**2.** Limited in Section **C.,** Limitations;

that follow.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

 **a. Ordinance Or Law**

 The enforcement of any ordinance or law:

 **(1)** Regulating the construction, use or repair of any property; or

 **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

 This exclusion, Ordinance Or Law, applies whether the loss results from:

 **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

 **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

 **b. Earth Movement**

 **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

 **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

 **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

 **(4)** Earth sinking (other than sinkhole collapse), rising or

shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty.  Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

 **(5)** Volcanic eruption, explosion or effusion.  But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

 Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

 **(a)** Airborne volcanic blast or airborne shock waves;

 **(b)** Ash, dust or particulate matter; or

 **(c)** Lava flow.

 All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

 Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

 **c. Governmental Action**

 Seizure or destruction of property by order of governmental authority.

 But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

© ISO Properties, Inc., 2007

**d.  Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e.  Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access to access to any electronic, cellular or satellite network.

**f.  War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.  Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h.  "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results

in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.



**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

   **(1)** An abrupt falling down or caving in;

   **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

   **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.**, does not apply:

   **(a)** To the extent that coverage is provided under the Additional Coverage - Collapse; or

   **(b)** To collapse caused by one or more of the following:

      **(i)** The "specified causes of loss";

      **(ii)** Breakage of building glass;

      **(iii)** Weight of rain that collects on a roof; or

      **(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion **l.**, does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   **a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

   **b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   **c.** Faulty, inadequate or defective:

      **(1)** Planning, zoning, development, surveying, siting;

      **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      **(3)** Materials used in repair, construction, renovation or remodeling; or

      **(4)** Maintenance;

   of part or all of any property on or off the described premises.

**4.** **Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

   **a.** **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

   We will not pay for:

      **(1)** Any loss caused by or resulting from:

         **(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to re-produce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b.** **Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c.** **Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.,** Ordinance Or Law;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** Utility Services; and

**(e)** Paragraph **B.1.f.,** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a)** **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b)** **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5.** **Additional Exclusion**

The following provisions apply only to the specified property.



**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

    **a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    **b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    **c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

        **(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

        **(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

    **d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

    **(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

    **(2)** Business Income Coverage or Extra Expense Coverage.

    **e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

    **f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

    **a.** Animals, and then only if they are killed or their destruction is made necessary.

    **b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

        **(1)** Glass; or

        **(2)** Containers of property held for sale.

    **c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

    **(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

    **(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation;

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.**;

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage - Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;



if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

    **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    **b** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

    **1. Property In Transit**

    This Extension applies only to your personal property to which this form applies.

    **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

    **b.** Loss or damage must be caused by or result from one of the following causes of loss:

        **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

        **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

        **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

    **c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

    **2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

    If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

    **3. Glass**

    **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

    **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

**G. Definitions**

    **1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

    **2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

COMMERCIAL PROPERTY

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H., Definitions.**

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation Of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and



Copyright, Insurance Services Office, Inc., 2007

**(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage - Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enables the computer or device connected to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3.** **Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4.** **Additional Coverages**

**a.** **Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

**(5)** Examples

The following examples assume that there is no Coinsurance penalty.

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example #2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $    500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 − $500) |
| Debris Removal Expense | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of : $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.



**f.    Electronic Data**

**(1)**  Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, - Electronic Data.

**(2)**  Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)**  The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, - Electronic Data, subject to the following:

**(a)**  If the Causes of Loss - Special Form applies, coverage under this Additional Coverage, - Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**(b)**  If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage, - Electronic Data includes Collapse as set forth in that Form.

**(c)**  If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, - Electronic Data.

**(d)**  The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)**  The most we will pay under this Additional Coverage, - Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after the policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5.    Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a.    Newly Acquired Or Constructed Property**

**(1)  Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)**  Your new buildings while being built on the described premises; and

**(b)**  Buildings you acquire at locations, other than the described premises, intended for:

**(i)**  Similar use as the building described in the Declarations; or

**(ii)**  Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, - Electronic Data.

**(2)** If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**(3)** If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that Form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized land conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B.   Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C.   Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to the building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

**1.**   Fire Department Service Charge;

**2.**   Pollutant Clean-up And Removal;

**3.**   Increased Cost of construction; and

**4.**   Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D.   Deductible**

In any one occurrence of loss or damage (herein-after referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**EXAMPLE #1**

(This example assumes there is no Coinsurance penalty.)

Deductible:                                    $250

Limit of Insurance - Building #1:     $60,000
Limit of Insurance - Building #2:     $80,000

Loss to Building #1:                       $60,100
Loss to Building #2:                       $90,000

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of In-surance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$60,100
-    250
$59,850 Loss Payable - Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:   $59,850 + $80,000 = $139,850

**EXAMPLE #2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

Loss to Building #1:               $ 70,000
(exceeds Limit of Insurance plus Deductible)
Loss to Building #2:               $ 90,000
(exceeds Limit of Insurance plus Deductible)
Loss Payable - Building #1:   $ 60,000
(Limit of Insurance)
Loss Payable - Building #2:   $ 80,000
(Limit of Insurance)
Total amount of loss payable: $140,000

**E.   Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1.   Abandonment**

There can be no abandonment of any property to us.

**2.   Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.**   Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3.    Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.    Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5.** **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At our option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6.** **Vacancy**

**a.** **Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b.** **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7.** **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b.**, **c.**, **d.**, **e.** and **f.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

(4) Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | The value of the property is | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $100,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |
| Step (1): | $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements) | |
| Step (2): | $100,000 ÷ $200,000 = .50 | |
| Step (3): | $40,000 x .50 = $20,000 | |
| Step (4): | $20,000 - $250 = $19,750 | |

We will pay no more than $19,750. The remaining $20,250 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | The value of the property is | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $200,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

When:    The value of the property is:

| | |
|---|---|
| Building at Location #1 | $ 75,000 |
| Building at Location #2 | $100,000 |
| Personal Property at Location #2 | $ 75,000 |
| | $250,000 |

The Coinsurance percentage for it is    90%

The Limit of Insurance for Buildings and Personal Property at Location #1 and #2 is    $180,000

The Deductible is    $  1,000

The amount of loss is:

| | |
|---|---|
| Building at Location #2 | $ 30,000 |
| Personal Property at Location #2. | $ 20,000 |
| | $ 50,000 |

Step (1):    $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2):    $180,000 ÷ $225,000 = .80

Step (3):    $ 50,000 x .80 = $40,000

Step (4):    $ 40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2.  Mortgageholders**

**a.**  The term mortgageholder includes trustee.

**b.**  We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.**  The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclo-

sure or similar action on the building or structure.

**d.**  If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)**  Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)**  Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)**  Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.**  If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)**  The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)**  The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.**  If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)**  10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)**  30 days before the effective date of cancellation if we cancel for any other reason.

**g.**  If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G.  Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1.  Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2.  Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

If:  The applicable Limit

of Insurance is $100,000

The annual percentage increase is 8%

The number of days since the beginning of the policy year (or last policy change) is 146

The amount of increase is $100,000 x .08 x 146 ÷ 365 = $3,200

**3.  Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition, of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments, will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL PROPERTY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE*

| Prem. No./ Bldg. No. | Cov. A | Cov. B Limit Of Insurance | Cov. C Limit Of Insurance | Cov. B and C Combined Limit Of Insurance |
|---|---|---|---|---|
| See Property Dec | Included in Building Limit | $ 50,000 | $ 50,000 | $                    ** |

Where a specific limit is shown elsewhere in this policy for a scheduled building, the limit above is superseded for that building only.

\*    Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

\*\*    Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages **B** and **C**, or if one of these Coverages is not applicable.

**A.**    Each Coverage - Coverage **A**, Coverage **B** and Coverage **C** - is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

**B.**    **Application Of Coverage(s)**

The Coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

1.    The ordinance or law;

   **a.**    Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   **b.**    Is in force at the time of loss.

   But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law.  Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

2.    **a.**    The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

   **b.**    The building sustains both direct physical damage that is covered under this policy, and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

   **c.**    But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

3.    In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this endorsement.  Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Section **H.** of this endorsement provides an example of this procedure.)

Copyright, Insurance Services Office, Inc., 2001

CP 04 05B 04 05
Page 1 of 4

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this endorsement.

**C.** We will not pay under Coverage A, B or C of this endorsement for:

**1.** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**2.** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**D. Coverage**

**1. Coverage A - Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

**2. Coverage B - Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such damaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**3. Coverage C - Increased Cost Of Construction Coverage**

**a.** With respect to the building that has sustained covered direct physical

damage, we will pay for the increased cost to:

**(1)** Repair or reconstruct damaged portions of that building; and/or

**(2)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

**(1)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(2)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**b.** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.:**

**(1)** The cost of excavations, grading, backfilling and filling;

**(2)** Foundation of the building;

**(3)** Pilings; and

**(4)** Underground pipes, flues and drains.

The items listed in **b.(1)** through **b.(4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **3.b.**

**E. Loss Payment**

**1.** All following loss payment Provisions, **E.2.** through **E.5.**, are subject to the appointment procedures set forth in Section **B.3.** of this endorsement.

2. When there is a loss in value of an un-damaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   a. If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

      (1) The amount you would actually spend to repair, rebuild or re-construct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

      (2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

   b. If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

      (1) The actual cash value of the building at the time of loss; or

      (2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

3. Unless Paragraph **E.5.** applies, loss payment under Coverage **B** - Demolition Cost Coverage will be determined as follows:

   We will not pay more than the lesser of the following:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The applicable Limit of Insurance shown for Coverage **B** in the Schedule above.

4. Unless Paragraph **E.5.** applies, loss payment under Coverage **C** - Increased Cost of Construction Coverage will be determined as follows:

   a. We will not pay under Coverage **C**:

      (1) Until the property is actually repaired or replaced, at the same or another premises; and

      (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   b. If the building is repaired or re-placed at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

      (1) The increased cost of con-struction at the same prem-ises; or

      (2) The applicable Limit of Insur-ance shown for Coverage **C** in the Schedule above.

   c. If the ordinance or law requires re-location to another premises, the most we will pay under Coverage **C** is the lesser of:

      (1) The increased cost of con-struction at the new premises; or

      (2) The applicable Limit of Insur-ance shown for Coverage **C** in the Schedule above.

5. If a **Combined** Limit of Insurance is shown for Coverages **B** and **C** in the Schedule above, Paragraphs **E.3.** and **E.4.** of this endorsement do not apply with respect to the building that is sub-ject to the Combined Limit, and the fol-lowing loss payment provisions apply instead:

   The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages **B** and **C** in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

   a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

   b. With respect to the Increased Cost of Construction:

      (1) We will not pay for the in-creased cost of construction:

         (a) Until the property is actu-ally repaired or replaced, at the same or another premises; and



(b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(2) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

(3) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**F.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**G.** Under this endorsement we will not pay for loss due to any ordinance or law that:

**1.** You were required to comply with before the loss, even if the building was undamaged; and

**2.** You failed to comply with.

**H.** Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses (procedure as set forth in Section **B.3.** of this endorsement)

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss

- The building has a value of $200,000

- Total direct physical damage to building: $100,000

- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value

- Portion of direct physical damage that is covered (caused by wind): $30,000

- Portion of direct physical damage that is not covered (caused by flood): $70,000

- Loss under Ordinance or Law Coverage **C** of this endorsement: $60,000

Step **1:**

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

Step **2:**

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**NOTE:** The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

**I.** The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PROPERTY EXPANDED PLUS COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME COVERAGE FORMS
CAUSES OF LOSS - SPECIAL FORM

## BUILDING AND PERSONAL PROPERTY COVERAGE FORM AMENDMENTS

The following is added to **A. Coverage 1. Covered Property a. Building:**

**(6)** Foundations of buildings.

Item **g.** is deleted from **A. Coverage 2. Property Not Covered.**

In Section **A.** Coverage, the references to 100 feet are changed to read 1,000 feet in the following paragraphs:

**1.a.(5)(b) Building;**
**1.b. Business Personal Property;**
**1.c.(2) Personal Property of Others; and**
**5. Coverage Extensions**

Under **A. Coverage, 4. Additional Coverages a. Debris Removal** the limit is increased from $10,000 to $25,000.

Under item **A. Coverage, 4. Additional Coverages c. Fire Department Service Charge** the limit of coverage is increased to $10,000.

Under item **A. Coverage, 4. Additional Coverages d. Pollutant Clean Up and Removal** paragraph two (2) is deleted and the limit of coverage is increased to $25,000.

The following items are added under **A. Coverage, 4. Additional Coverages:**

**g. Fire Extinguisher Recharge Expense**

We will pay the cost to recharge or replace your fire extinguishers, whichever is less, when they are discharged as a result of fighting a fire caused by a Covered Cause of Loss, on or within 1,000 feet of your described premises.

The most we will pay under this Additional Coverage is $5,000.

No deductible applies to this Additional Coverage.

**h. Lock Replacement**

We will pay the cost to repair the door locks or tumblers of your described premises due to "theft" of your door keys.

The most we will pay under this Additional Coverage is $2,500.

No deductible applies to this Additional Coverage.

"Theft" means any act of stealing. "Theft" does not mean mysterious or unexplained disappearance of property.

**i. Arson Reward**

We will pay up to $10,000 as a reward for information which leads to an arson conviction in connection with a fire loss to property covered under this policy. Regardless of the number of persons involved in providing information, the limit of our liability under this Additional Coverage shall not be increased.

No deductible applies to this Additional Coverage.

Under item **A. Coverage, 5. Coverage Extensions a. Newly Acquired Or Constructed Property (1) Buildings** the most we will pay for loss or damage under this Extension is $1,000,000 at each building.

Under item **A. Coverage, 5. Coverage Extensions a. Newly Acquired Or Constructed Property (2) Your Business Personal Property** the most we will pay for loss or damage under this Extension is $500,000 at each building.

Under item **A. Coverage, 5. Coverage Extensions a. Newly Acquired Or Constructed Property (3) Period Of Coverage** (b) is amended to read 180 days expire after you acquire or begin to construct the property; or

Under item **A. Coverage, 5. Coverage Extensions b. Personal Effects and Property of Others** item (2) is amended to read:

**(2)** Personal Property of others in your care, custody or control while anywhere within the coverage territory.

The most we will pay for loss or damage under this Extension is $10,000 at each described premises. We will not pay more than $2,500 to any one person in any one loss. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

Under item **A. Coverage, 5. Coverage Extensions c. Valuable Papers and Records - (Other Than Electronic Data) (4)** the most we will pay for loss or damage under this Extension is $25,000 at each described premises, unless a higher limit is shown in the Declarations.

Under item **A. Coverage, 5. Coverage Extensions d. Property Off-Premises** the most we will pay for loss or damage under this Extension is $25,000, but not more than $5,000 per salesperson.

Under item **A. Coverage, 5. Coverage Extensions e. Outdoor Property** the most we will pay for loss or damage under this Extension is $10,000, but not more than $1,000 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence. But if loss or damage occurs to outdoor signs (other than signs attached to buildings) and is not otherwise covered, we will pay up to $10,000 for all other Covered, Causes of Loss.

The following items are added to **A. Coverage, 5. Coverage Extensions:**

g.   **Accounts Receivable**

You may extend the insurance that applies to your Business Personal Property to apply to:

(1)   All sums due you from customers if you are not able to collect due to direct loss or damage to the records of the accounts receivable;

(2)   Interest charged on a loan obtained by you to offset impaired collections of accounts receivable due to such direct loss or damage;

(3)   Increased collection costs as a result of such direct loss or damage; or

(4)   Other reasonable expenses that you incur to reestablish the records of your accounts receivable;

that result from Covered Causes of Loss to your records of accounts receivable.

This insurance applies to accounts receivable while:

(1)   On premises scheduled in the declarations of this policy;

(2)   While being conveyed outside the premises; or

(3)   While temporarily at other premises for any reason except storage.

The most we will pay under this extension is $25,000 at each described premises.

h.   **Property In Transit**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property (including property that is in the care, custody or control of your salespersons) in transit in or on a motor vehicle you own, lease or operate while between points within the coverage territory and more than 1,000 feet from the described premises. Loss or damage must be caused by or result from one of the following Covered Causes of Loss:

(1)   Fire, lightning, explosion, windstorm or hail, riot or civil commotion or vandalism;

(2)   Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed;

(3)   Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry;

(4)   Flood; or

(5)   Earthquake.

The coverage provided under this Extension replaces coverage provided under any other additional coverage extension applying to property in transit. The most we will pay for loss or damage under this Extension is $15,000 per occurrence.

i.   **Power Interruption**

You may extend the insurance provided for Covered Property to apply to loss or damage caused by interruption of electric power supply services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

(1) Utility generating plants;

(2) Switching stations or substations;

(3) Transformers; and

(4) Transmission lines, other than over-head transmission lines.

This Coverage Extension is not subject to the terms of the Utility Services Exclusion to the extent that such exclusion would conflict with the provisions of this Coverage Extension.

The most we will pay under this Extension is $10,000.

**j.  Extra Expense**

We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises, including personal property in the open (or in a vehicle) within 1,000 feet, caused by or resulting from a Covered Cause of Loss.

Extra Expense means expense incurred:

(1) To avoid or minimize the suspension of business and to continue "operations":

    (a) At the described premises; or

    (b) At replacement premises or at temporary locations, including:

        (i) Relocation expenses: and

        (ii) Costs to equip and operate the replacement or temporary locations;

(2) To minimize the suspension of business if you cannot continue "operations"; or

(3) (a) To repair or replace any property; or

    (b) To research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

We will only pay for Extra Expense that occurs after the date of direct physical loss or damage. The most we will pay for loss or damage under this Extension is $50,000.

"Operations" means your business activities occuring at the described premises.

"Period of Restoration" means the period of time that:

(1) Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

(2) Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of Restoration" does not include any increased period required due to the enforcement of any law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration."

**k.  Back Up of Sewers or Drains**

You may extend the insurance provided by this Coverage Part to apply to loss or damage to your Covered Property caused by;

(1) Water that backs up through sewers, drains or sump; or

(2) Subsurface water that enters into and overflows from within a:

    (a) Sump pump;

    (b) Sump pump well; or

    (c) Other type system;

designed to remove subsurface water from the foundation area.

The most we will pay for loss or damage under this Extension is $25,000 per any one occurrence including Business Income.

**l.  Credit Card Invoices**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Sums owed you from grantors of credit provided you are unable to collect from them due to direct loss or damage to your credit card invoice records;

(2) Increased collection costs as a result of such direct loss or damage; or



**(3)** Other reasonable expenses that you incur to reestablish your records of credit card invoices following such direct loss or damage:

that results from a Covered Cause of Loss to your records of credit card invoices.

This insurance applies to credit card invoices while:

**(1)** On premises scheduled in the Declarations of this policy;

**(2)** While being conveyed outside the premises; or

**(3)** While temporarily at other premises for any reason except storage.

The most we will pay for loss or damage under this Extension is $1,000 at each described premises.

**m. Loss of Food in a Refrigerator or Freezer**

You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to food stored in a refrigerator or freezer, on the described premises, but only if such loss or damage is caused by or results from:

**(1)** Breakdown or Contamination; meaning:

    **(a)** Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

    **(b)** Contamination by the refrigerant.

**(2)** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

We will not pay for loss or damage caused by or resulting from:

**(1)** The disconnection of any refrigerating, cooling or humidity control system from the source of power;

**(2)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current;

**(3)** The inability of any electrical utility company or other power source to provide sufficient power due to:

    **(a)** Lack of fuel; or

    **(b)** Governmental order; or

**(4)** The inability of any power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

The most we will pay for loss or damage under this Extension is $1,000 at each described premises.

**n. Inventory and Appraisals**

You may extend the insurance provided for Covered Property to apply to the cost of any inventory or appraisal that we require when loss or damage occurs to Covered Property.

The most we will pay under this Extension is $10,000.

**o. Computer Coverage**

You may extend the insurance that applies to your Business Personal Property to apply to "Computer Equipment", "Media", "Data", and "Computer Programs". We will cover "computer equipment", "media", "data", and "computer programs", which you own, lease or rent from others or that are in your care, custody or control. We will pay the replacement cost of reproducing lost or accidentally erased "data", "computer programs", documentation and source materials provided you actually replace or reproduce them.

This extension does not apply to:

**(1)** Property you lease or rent to others while it is away from the described premises;

**(2)** Any "data" or "media" which cannot be replaced with others of like kind or quality; or

**(3)** Accounts, bills, evidence of debt, valuable papers, records, abstracts, deeds, manuscripts or other documents, except as they may be converted to "data" processing "media" form, and then only in that form.

The most we will pay for loss or damage under this Extension is $25,000.

A sublimit of $5,000 applies to laptop/portable computers and their software while away from the premises.

**p. Glass**

You may extend the insurance provided by this Coverage Form to apply to glass, other than glass that is part of the building, at a premises described in the Property Declarations, caused by or resulting from any Covered Cause of Loss.

The most we will pay for loss or damage under this Extension is $5,000.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

**E. Loss Conditions**, is amended as follows:

The 31% provision of item 6.a.(1)(b) of the Vacancy condition is amended to read 11%.

The following is added to **7. Valuation:**

**f.** "Money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

**(1)** At face value in the "money" issued in that country; or

**(2)** In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

**g.** "Securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

**(1)** Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights title and interest in and to those "securities";

**(2)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

**(a)** Value of the "securities" at the close of business on the day the loss was discovered; or

**(b)** Limit of Insurance.

**h. Brands and Labels**

If your stock is damaged you have the following two options when you do not want to sell your damaged stock under your brand or label even though the damaged stock had a salvage value:

**(1)** Remove the brand or label and relabel the stock to comply with the law; or

**(2)** Label the damaged stock as salvage but, in doing so, cause no further damage to the damaged stock.

We will pay the cost of removing and relabeling your stock.

In either case, we will pay the difference between:

**(1)** The salvage value of the damaged stock with the brand and label attached; and

**(2)** The salvage value for the damaged stock with the brand and label removed.

**G. Optional Coverages, Section 3.b.(1)**

Personal property of others is deleted when the Replacement Cost option is selected.

**BUSINESS INCOME COVERAGE FORMS AMENDMENT**

Under Item **6.c.(2) Coverage Extension** of **A. Coverage** is amended to read as follows:

180 days expire after you acquire or begin to construct the property; or

**CAUSES OF LOSS - SPECIAL FORM AMENDMENT**

Under **B. Exclusions, 4. Special Exclusions,** item **a. (1)** is deleted and replaced by the following.

**(1)** Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

POLICY NUMBER: CMM 0395871                                                    **INTERLINE**

# YOUR OPTION TO EXCLUDE WINDSTORM COVERAGE

Florida law requires that an insurer issuing a property insurance policy must make available, at the option of the policyholder, an exclusion of windstorm coverage. Coverage may be excluded **only if you provide to the insurer ("us") the following statement ON YOUR LETTERHEAD,** dated and signed by you or your authorized representative. The exclusion of coverage applies for the term of the policy and for each renewal thereafter; changes to the exclusion may be implemented only as of the date of renewal.

---

**Use the following text in your statement to us, with the addition of the information described in the <u>underlined</u> parentheses.**

**(Name of business entity)** does not want the insurance on its **(identify structure(s))** to pay for damage from windstorms. **(Name of business entity)** will be responsible for these costs. **(Name of business entity's)** insurance will not.

**(Name of business entity)** understands and agrees that the exclusion pertains to any windstorm, including hurricane, and to hail; and also understands and agrees that if the property insurance policy covering the structure(s) identified above also provides other property coverages (such as coverage for contents or business interruption), **the exclusion will also apply to all such property and coverages in accordance with the terms of the exclusion.**

---

### IMPORTANT NOTICE - MORTGAGEHOLDER AND/OR LIENHOLDER APPROVAL REQUIRED

If a structure(s) to which the windstorm exclusion is to apply is subject to a mortgage or lien, you must also provide to us a written statement from the mortgageholder and/or lienholder indicating that the mortgageholder and/or lienholder approves your election to exclude windstorm coverage on that structure(s), and that it is understood that the exclusion pertains to any windstorm, including hurricane, and to hail.

© ISO Properties, Inc., 2007                                                       **IL N 154** 07 07



**L I A B I L I T Y   C O V E R A G E**

SR

 **WESTFIELD**®

**RENEWAL**
**GENERAL LIABILITY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| **Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M |
|---|---|---|---|

| **Policy<br>Period** | **From**<br>**To** | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**LIMITS OF INSURANCE -**

General Aggregate Limit (Other Than Products/Completed Operations)    $2,000,000

Products/Completed Operations Aggregate Limit    $2,000,000

Personal & Advertising Injury Limit (Per Person Or Organization)    $1,000,000

Each Occurrence Limit    $1,000,000

Damage to Premises Rented to You Limit    (Any One Premises)    $500,000

Medical Expense Limit    (Any One Person)    $5,000

**TOTAL ADVANCE ANNUAL GENERAL LIABILITY PREMIUM**

**THIS POLICY CONTAINS A TOTAL POLLUTION EXCLUSION**

**Deductible Liability Insurance Applies**

**Forms And Endorsements Applicable To This Coverage Part:**
CG0300A 0196*, CG2149  0999*, CG0435  1207*, CG0001  0413*, IL0021  0908*,
CG7000  1298*, CG2503  0509*, CG2504A 0509*, CG2147  1207*, CG7017  1298*,
CG2170  0108*, CG0220  0312*, CG2426  0413*, CG7086  1004*, CG7049  0202*,
CG7137  1112*, CG2010  0413*, CG2037  0413*.

# WESTFIELD®

**RENEWAL**
**GENERAL LIABILITY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY 09-09764 | PROD. | 000 |

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

**Policy Number: CMM** 0 395 871 |01| **WIC Account Number:** 0900375639 | M

| Policy | From | 05/04/14 | at 12:01 A.M. Standard Time at your |
| Period | To | 05/04/15 | mailing address shown above. |

**Location Of All Premises Owned By, Rented To Or Controlled By The Named Insured Are The Same As The Mailing Address Of The Policy Declarations Unless Otherwise Indicated.**

### GENERAL LIABILITY SCHEDULE

**PREMIUM BASIS LEGEND -**
S = GROSS   PER $1,000   A = AREA  PER 1,000 SQ. FT.   U = UNITS PER UNIT
   SALES                 C = TOTAL COST  PER $1,000   T = SEE CLASSIFICATION
P = PAYROLL  PER $1,000  M = ADMISSIONS  PER 1,000       NOTES
O = OTHERS   PER $1,000

**RATE LEGEND -**
PREM/OP  =  PREMISES AND OPERATIONS                MP = MINIMUM PREMIUM
PROD     =  PRODUCTS AND COMPLETED OPERATIONS
CMPOPS   =  COMPOSITE PREMISES AND OPERATIONS
CMPPRO   =  COMPOSITE PRODUCTS AND COMPLETED OPERATIONS
CMPCBN   =  COMPOSITE PREMISES/PRODUCTS COMPLETED OPERATIONS

| CLASSIFICATION FLORIDA | CODE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|
| 1538 METROPOLITAN TALLAHASEE FL 32309 CONTRACTING (MEDIUM) | 15250 | | | |
| CONTRACTING (HIGH) | 15350 | | | |
| 30 DAY NOTICE CANCEL IL 7035 { 2 } | 44444 | FLATCHARGE | | |
| NOT OTHERWISE CLASSIFIED AND/OR A-RATED (LOW) | 98550 | O | C | |

**ADDITIONAL COVERAGES AND ENDORSEMENTS -**
EMPLOYEE BENEFITS LIABILITY COVERAGE
LIMITED POLLUTION LIABILITY
SIGNATURE SERIES COMML GL CONTRACTORS ENDT

**TOTAL**
TOTAL PREMIUM - PREMISES AND OPERATIONS
TOTAL PREMIUM - COMPOSITE PREMISES/OPERATIONS - ONLY
TOTAL PREMIUM - COMPOSITE PREM/OPERATIONS AND PROD/COMPLETED OPERATIONS
TOTAL PREMIUM - ADDITIONAL COVERAGES AND ENDORSEMENTS

### TOTAL ADVANCE ANNUAL GENERAL LIABILITY PREMIUM

POLICY NUMBER:    CMM 0395871                           COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| | PER CLAIM          or | PER OCCURRENCE |
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $  1,000 | $ |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT**  (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused): -

*If any other endorsement modifying the COMMERCIAL GENERAL LIABILITY COVERAGE PART contains a deductible clause, then this endorsement does not apply to any claim covered by that endorsement.*

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

    **1. PER CLAIM BASIS.**  If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows;

    **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

    **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

    **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

      **(1)** "Bodily injury";

      **(2)** "Property damage"; or

      **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

Copyright, Insurance Services Office, Inc., 1994

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury":

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence," claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

POLICY NUMBER:  CMM 0395871                                      COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Limit Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| Employee Benefits | $ 1,000,000 | each employee | $  1,000 | $ INCL |
| Programs | $ 2,000,000 | aggregate | | |
| Retroactive Date: | 07/01/05 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**A.** The following is added to **Section I - Coverages:**

**COVERAGE - EMPLOYEE BENEFITS LIABILITY**

**1.  Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

        **(1)** The amount we will pay for damages is limited as described in Paragraph **D.** (Section **III** - Limits Of Insurance); and

        **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

    **b.** This insurance applies to damages only if:

        **(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

        **(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

        **(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

    **c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

        **(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

        **(2)** When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure to Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform:

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments - Coverages **A** and **B** are replaced by Supplementary Payments - Coverages **A, B** and **Employee Benefits Liability**.

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **3.** of **Section II - Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

  **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

  **b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, **Section III - Limits Of Insurance** is replaced by the following:

**1. Limits Of Insurance**

  **a.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

    **(1)** Insureds;

    **(2)** "Claims" made or "suits" brought;

    **(3)** Persons or organizations making "claims" or bringing "suits";

    **(4)** Acts, errors or omissions; or

    **(5)** Benefits included in your "employee benefit program".

  **b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

  **c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

    **(1)** An act, error or omission; or

    **(2)** A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

**2. Deductible**

  **a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

  **b.** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

  **c.** The terms of this insurance, including those with respect to:

    **(1)** Our right and duty to defend any "suits" seeking those damages; and

    **(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

apply irrespective of the application of the deductible amount.

**d.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**E.** For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV - Commercial General Liability Conditions** are replaced by the following:

**2.** **Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4.** **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a.** **Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we we will share with all that other insurance by the method described in Paragraph **c.** below.

**b.** **Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.** This endorsement is canceled or not renewed; or

**b.** We renew or replace this endorsement with insurance that:

**(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

**(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" insured;

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

**1.** "Administration" means:

   **a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   **b.** Handling records in connection with the "employee benefit program"; or

   **c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

**4.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether providing through a "cafeteria plan" or otherwise:

   **a.** Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   **b.** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   **c.** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   **d.** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   **e.** Any other similar benefits designated in the Schedule or added thereto by endorsement.

**H.** For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** Section are replaced by the following:

**5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**18.** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      **(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

      **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

   **b.** This insurance applies to "bodily injury" and "property damage" only if:

      **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory;"

      **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

      **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   **e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

**2.  Exclusions**

This insurance does not apply to:

**a.  Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.  This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b.  Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.  This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.  Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c.  Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.  For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d.  Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e.  Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract."

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.** **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment."

**h.** **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.** **War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.  Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work;" or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product;"

**(2)** "Your work;" or

**(3)** "Impaired property;"

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p.  Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may at our discretion investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g.** **Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h.** **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i.** **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.  Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j.** **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.** **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l.** **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address,

domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.** **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n.** **Pollution - related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o.** **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p.** **Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;



**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C - MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury:"

**a. Any insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or particpating in any physical exercises or games, sports or athletic contests.

**f. Products - Completed Operations Hazard**

Included within the "products-completed operations hazard."

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit." However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.



**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1) (a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1) (a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organiza-

tion while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits."

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard;" and

c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard."

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence."

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit;"

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.



**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work;"

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against

that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semi-trailer designed for travel on public

roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above; or

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:



**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, re-

ports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto;"

**b.** While it is in or on an aircraft, watercraft or "auto;" or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos:"

   **(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   **(1)** Products that are still in your physical possession; or

   **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

    **(a)** When all of the work called for in your contract has been completed.

    **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products - completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product;" and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DESIGNATED CONSTRUCTION PROJECT(S)
# GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Designated Construction Projects:**

All Projects

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A** and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

2. The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

3. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project.  Such payments shall

not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

4. The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply.  However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A** and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.**   When coverage for liability arising out of the ″products-completed operations hazard″ is provided, any payments for damages because of ″bodily injury″ or ″property damage″ included in the ″products-completed operations hazard″ will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.**   If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.**   The provisions of Section - **III** Limits of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

POLICY NUMBER:   CMM 0395871                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Designated Location(s):**

      All rented, owned and occupied locations other than construction projects.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A** and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which can be attributed only to operations at a single designated "location" shown in the Schedule above:

  **1.** A separate Designated Location General Aggregate Limit applies to each designated "location", and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

  **2.** The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

  **3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location". Such payments shall not reduce the General

Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule above.

  **4.** The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A** and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

  **1.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

  **2.** Such payments shall not reduce any Designated Location General Aggregate Limit.

© Insurance Services Office, Inc., 2008

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

**D.** For the purposes of this endorsement, the **Definitions** Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**E.** The provisions of Section **III** Limits of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

″Bodily injury″ to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person′s employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of ″bodily injury″ to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

″Personal and advertising injury″ to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person′s employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of ″personal and advertising injury″ to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

CG 21 47 12 07

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.    Cancellation Of Policies In Effect**

**a.    For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(1)**    10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)**    20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)**    A material misstatement or misrepresentation; or

**(b)**    A failure to comply with the underwriting requirements established by the insurer.

**b.    For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)**    Nonpayment of premium;

**(2)**    The policy was obtained by a material misstatement;

**(3)**    Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

**(4)**    A substantial change in the risk covered by the policy; or

**(5)**    The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(a)**    10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)**    45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

**B.** Paragraph **3.** of the **Cancellation** Common Policy Condition is replaced by the following:

**3.**    We will mail or deliver our notice to the first Named Insured at the last mailing address known to us.

**C.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.**    If this policy is cancelled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro rata.  If the first Named Insured cancels, the refund may be less than pro rata.  If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect.  If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

© Insurance Services Office, Inc., 2011

The cancellation will be effective even if we have not made or offered a refund.

**D.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

1. If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, ac-companied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

COMMERCIAL GENERAL LIABILITY

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf.  However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability

is permitted by law.  Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

© Insurance Services Office, Inc., 2012

**CG 24 26  04 13**

POLICY NUMBER:    CMM 0395871                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMPOSITE RATE ENDORSEMENT

This endorsement modifies insurance provided under the following:

GENERAL LIABILITY COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception of the policy unless another date is indicated below:

| Endorsement Effective: | Countersigned By: |
|---|---|
| Named Insured: | (Authorized Representative) |

The premium for coverage shall be computed on the basis of premium shown below.  The premium stated in the schedule is an estimated premium only.  Upon termination of the policy, the earned premium shall be computed by the application of the rates to the total sales or receipts, or other basis of premium shown, including any new classification acquired or deleted during the policy period.  If the earned premium exceeds the estimated advance premium, you shall pay the excess to us; if less, we shall return to you the unearned premium portion paid.  In no event shall the earned premium be less than the minimum premiums shown in the schedule below.

You shall maintain a record of dates of all classifications acquired and deleted.  Copies of such records shall be sent to us at the end of the policy period and at such time during the policy period as we may direct.

We shall be permitted to examine and audit your books and records at any time during the policy period and any extension thereof and within three years after the final termination of the policy.

## SCHEDULE

| ALL STATES | COMPOSITE RATE | PREMIUM BASIS | PREMIUM |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Premiums based on schedule on file with Company.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**CG 70 86** (Ed. 10-04)

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITED POLLUTION LIABILITY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

LIMITED POLLUTION LIMIT $ __100,000__

(If no entry appears above, there is no separate limit of insurance for the coverage provided by this endorsement.  The Each Occurrence Limit of Insurance shown in the Declarations applies.)

NOTE:  THIS ENDORSEMENT REQUIRES THAT THE EVENT BE REPORTED TO US AS DESCRIBED BELOW.

With respect to "bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**A.** SECTION **I** - COVERAGES, COVERAGE **A**, Exclusion **b.** is replaced by the following:

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

**B.** SECTION **I** - COVERAGES, COVERAGE **A.** Exclusion **f.** is replaced by the following:

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured, if the event:

**(i)** Had a duration longer than 72 hours, or

**(ii)** Was not reported to us within 30 days of the date the event commenced;

However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractors or subcontractors, if the event:

**CG 70 49** 02 02
**Page 1 of 2**

**(i)** Had a duration longer than 72 hours, or

**(ii)** Was not reported to us within 30 days of the date the event commenced.

However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants"; or

**(f)** At or from a storage tank or other container, ducts or piping which is below or partially below the surface of the ground or water or which, at any time, has been buried under the surface of the ground or water and then subsequently exposed by ero-

sion, excavation or any other means if the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" arises at or from any premises, site or location:

**(i)** Which is or was at any time owned or occupied by, or rented or loaned to, any insured; or

**(ii)** Which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractors or subcontractors.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

As used in this exclusion, event means the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**C.** The following is added to SECTION II - WHO IS AN INSURED:

**5.** Any amendment to this section to include any person or organization as an additional insured does not apply to the Limited Pollution Liability Endorsement.

**D.** If a Limited Pollution Limit is shown in this endorsement, the following is added to SECTION III - LIMITS OF INSURANCE.

**8.** Subject to **5.** above, the Limited Pollution Limit is the most we will pay under Coverage A for all damages arising out of any one event.

COMMERCIAL GENERAL LIABILITY

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.



## COMMERCIAL GENERAL LIABILITY CONTRACTORS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Coverage afforded under this expanded coverage endorsement does not apply to any person or organization covered as an additional insured on any other endorsement now or hereafter attached to this Coverage Form.

### SCHEDULE

The coverage provided by this endorsement is summarized below and is intended to provide a general coverage description only. For the details effecting each coverage please refer to the terms and conditions in this endorsement.

A. **Expected or Intended Injury**
   - Reasonable force
B. **Liquor Liability Coverage Extension**
C. **Non-Owned Watercraft**
   - Increased to 60 feet
D. **Non-Owned Aircraft**
E. **Damage To Property - Borrowed Equipment**
F. **Damage To Premises Rented To You**
G. **Personal And Advertising Injury**
   - Contractual Personal and Advertising Injury
   - Exclusions
H. **Supplementary Payments**
   - Bail Bonds - $2,500
   - Loss of Earnings - $1,000
I. **Additional Insureds - Automatic Status**
   - State or Governmental Agency or Subdivision or Political Subdivision Controling Interest
   - Managers or Lessors of Premises
   - Mortgagee, Assignee or Receiver
   - Owners or Other Interests From Whom Land Has Been Leased
   - Co-Owners of Insured Premises
   - Lessor of Leased Equipment
J. **Who Is An Insured broadened**
   - Joint Ventures / Partnership / Limited Liability Company
   - Health Care Professionals (Incidental Medical Malpractice)
   - Individual Owners of Building are Insured´s
   - Newly Formed or Acquired Entities
K. **Knowledge and Notice of Occurrence**
L. **Other Insurance Condition Amended**
M. **Unintentional Failure To Disclose Hazards**
N. **Waiver of Transfer Of Rights Of Recovery Against Others To Us - Automatic Status**
O. **Liberalization**
P. **Definitions**
   - Bodily Injury redefined
   - Insured Contract redefined
   - Expanded Personal and Advertising Injury definition

A. **EXPECTED OR INTENDED INJURY**

Under **SECTION 1, COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE** exclusion **a.** is replaced with the following:

   a. **Expected Or Intended Injury**

"Bodily Injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force for the purpose of protecting persons or property.

**CG 7137  11 12**
**Page 1 of 7**

**B.  LIQUOR LIABILITY COVERAGE EXTENSION**

**SECTION 1, COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2. Exclusions c.  Liquor Liability** is deleted.

**C.  NON-OWNED WATERCRAFT**

Under **SECTION 1, COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2.  Exclusions g.2(a)** is replaced with the following:

**(a)**  Less than 60 feet long; and

**D.  NON-OWNED AIRCRAFT**

Under **SECTION 1, COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2.  Exclusions g. Aircraft, Auto or Watercraft,** the following is added:

**(6)**  An aircraft you do not own provided that:

**(a)**  The pilot in command holds a currently effective certificate issued by the duly constituted authority of the United States of America or Canada, designating that person as a commercial or airline transport pilot;

**(b)**  It is rented with a trained, paid crew; and

**(c)**  It does not transport persons or cargo for a charge.

**E.  DAMAGE TO PROPERTY - BORROWED EQUIPMENT**

Under **SECTION 1, COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2.  Exclusions j.** is deleted and replaced by the following:

**j.  Damage To Property:**

**(1)**  Property you own, rent or occupy;

**(2)**  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)**  Property loaned to you;

**(4)**  Personal property in the care, custody or control of the insured;

**(5)**  That particular part of any real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)**  That particular part of any real property that must be restored, replaced, or repaired because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to:

**(i)**  "property damage" to tools or equipment loaned to you if the tools or equipment are not being used to perform operations at the time of loss; or

**(ii)**  "property damage" (other than damage by fire) to premises rented to you or temporarily occupied to you with the permission of the owner or to the contents of premises rented to you for a period of seven (7) or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance.**

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were not occupied, rented or held for rental by you beyond one year from the date "your work" was completed.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

**F.  DAMAGE TO PREMISES RENTED TO YOU**

Under **SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2. Exclusions,** the last paragraph of Item **2. Exclusions** is replaced with the following:

Exclusion **c.** through **n.** do not apply to damage by fire or explosion to premises while rented to you or temporarily occupied by you with permission of the owner.  A separate limit of insurance applies to this coverage as described in **Section III - LIMITS OF INSURANCE.**

G. **PERSONAL AND ADVERTISING INJURY**

Under **SECTION 1, COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY,** Item **2.   Exclusions e. Contractual Liability** is deleted.

Under **SECTION I - COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY,** the following are added to Item **2. Exclusions:**

q. **Discrimination Relating To Room, Dwelling or Premises**

Caused by discrimination directly or indirectly related to the sale, rental, lease or sub-lease or prospective sale, rental, lease or sub-lease of any room, dwelling or premises by or at the direction of any insured.

r. **Fines or Penalties**

Fines or penalties levied or imposed by a governmental entity because of discrimination.

H. **SUPPLEMENTARY PAYMENTS**

Under **SECTION I - SUPPLEMENTARY PAYMENTS COVERAGES A AND B,** item **1.b.** is replaced with the following:

b. Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the "Bodily Injury" Liability Coverage applies. We do not have to furnish these bonds.

Under **SECTION I - SUPPLEMENTARY PAYMENTS COVERAGES A AND B,** item **1.d.** is replaced with the following:

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $1,000 a day because of time off from work.

I. **ADDITIONAL INSUREDS - AUTOMATIC STATUS**

**SECTION II - WHO IS AN INSURED** is amended to include as an insured any person or organization (called additional insured) described in paragraphs **a.** through **g.** below whom you are required to add as an additional insured on this policy under a written contract or written agreement.  However the written contract or written agreement must be:

1. Currently in effect or becoming effective during the term of the policy; and

2. Executed prior to the "bodily injury", "property damage" or "personal injury and advertising injury", but

Only the following persons or organizations are additional insureds under this endorsement and coverage provided to such additional insureds is limited as provided herein:

a. **State or Governmental Agency or Subdivision or Political Subdivisions**

A state or governmental agency or subdivision or political subdivision subject to the following provisions:

(1) This insurance applies only with respect to the following hazards for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization in connection with premises you own, rent or control and to which this insurance applies;

(a) The existence, repair maintenance, erection, construction, or removal of advertising signs, awnings canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners, or decorations and similar exposures; or

(b) The construction, erection, or removal of elevators.

(2) This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the federal government, state or municipality.

b. **Managers or Lessors of Premises**

A manager or lessor of premises but only with respect to liability arising out of the ownership, maintenance or use of that specific part of the premises leased to you and subject to the following additional exclusions:

This insurance does not apply to:

(1) Any "occurrence" which takes place after you cease to be a tenant in that premises; or



**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**c.  Mortgagee, Assignee or Receiver**

A mortgagee, assignee or receiver but only with respect to their liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance, or use of a premises by you.

This insurance does not apply to structural alterations, new construction or demolition operations performed by or for such additional insured.

**d.  Owners Or Other Interests From Whom Land Has Been Leased**

An owner or other interest from who land has been leased by you but only with respect to liability arising out of the ownership, maintenance or use of that specific part of the land leased to you and subject to the following additional exclusions:

This insurance does not apply to:

**(1)** Any "occurrence" which takes place after you cease to lease that land; or

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**e.  Co-owner of Insured Premises**

A co-owner of a premises co-owned by you and covered under this insurance but only with respect to the co-owners liability as co-owner of such premises.

**f.  Lessor of Equipment**

Any person or organization from whom you lease equipment. Such person or organization are insured only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person or organization.

A person's or organization's status as an insured under this endorsement ends when their written contract or written agreement with you for such leased equipment ends.

With respect to the insurance afforded these additional insureds, the following exclusions apply:

This insurance does not apply:

**(1)** To any "occurrence" which takes place after the equipment lease expires; or

**(2)** To "bodily injury", "property damage", or "personal and advertising injury" arising out of the sole negligence of such additional insured.

Any insurance provided to an additional insured designated under paragraphs **a.** through **f.** above does not apply to "bodily injury" or "property damage" included within the "products-completed operations hazard".

As respects the coverage provided under this provision, Paragraph **4.b.(1)** of **Section IV - Commercial General Liability Conditions** is deleted and replaced with the following:

**4.  Other Insurance**

**b.  Excess Insurance**

**(1)** This insurance is excess over:

Any other insurance naming the additional insured as an insured whether primary, excess, contingent or on any other basis unless a written contract or written agreement specifically requires that this insurance be either primary or primary and non-contributing. Where required by written contractor written agreement, we will consider any other insurance maintained by the additional insured for injury or damage covered by this endorsement to be excess and non-contributing with this insurance.

**J.  WHO IS AN INSURED BROADENED**

Under **SECTION II - WHO IS AN INSURED** the following is added to item **1:**

**f.  Joint Ventures / Partnership / Limited Liability Company Coverage**

You are an insured when you had an Interest in a joint venture, partnership or limited liability company which is terminated or ended prior to or during this policy period but only to the extent of your interest in such joint venture, partnership or limited liability company. This coverage does not apply:

**(1)** Prior to the termination date of any joint venture, limited liability company or partnership; or

**(2)** If there is other valid and collectible insurance purchased specifically to insure the joint venture, legal liability company or partnership.

Under **SECTION II - WHO IS AN INSURED, 2.a.(1)(d)** is deleted and replaced with the following:

**(d)** Arising out of his or her providing or failing to provide professional health care services.

This does not apply to nurses, emergency medical technicians or paramedics employed by you to provide health care services, but only if you are not in the business or occupation of providing such professional services.

Under **SECTION II - WHO IS AN INSURED** the following is added:

**4.** For **COVERAGE A** and **COVERAGE B** only, the owner of any building leased to you, but only if the building owner is a shareholder in your corporation or a partner in your partnership insured by this policy, and only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you. However, this insurance does not apply:

**a.** To any "occurrence" or offense which takes place after you cease to be a tenant in the premises; or

**b.** To structural alterations, new construction or demolition operations performed by or on behalf of the building owner.

Under **SECTION II - WHO IS AN INSURED, 3.a.** is deleted and replaced with the following:

**a.** Coverage under this provision is afforded only until the end of the policy period or the next anniversary of this policy's effective date after you acquire or form the organization whichever is earlier.

Under **SECTION II - WHO IS AN INSURED** the last paragraph in this section is deleted and replaced with the following:

Except as provided in **3.** above, no person or organization is an insured with respect to the conduct of any current or past joint venture, limited liability company or partnership that is not shown as a named insured in the Declarations.

**K. KNOWLEDGE AND NOTICE OF OCCURRENCE**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 2. Duties in the Event of Occurrence, Offense, Claim Or Suit,** the following is added:

**e.** The requirement in Condition **2.a.** applies only when the "occurrence" or offense is known to:

**(1)** You, if you are an individual;

**(2)** A partner, if you are a partnership;

**(3)** An "executive officer" or insurance manager, if you are a corporation; or

**(4)** A manager, if you are a limited liability company.

**f.** The requirement in Condition **2.b.** will not be breached unless the breach occurs after such claim or "suit" is known to:

**(1)** You, if you are an individual;

**(2)** A partner, if you are a partnership;

**(3)** An "executive officer" or insurance manager, if you are a corporation; or

**(4)** A manager, if you are a limited liability company.

**g.** Your rights under this Coverage Part will not be prejudiced if you fail to give us notice of an "occurrence," offense, claim, or "suit" and that failure is solely due to your reasonable belief that the "bodily injury" or "property damage" is not covered under this Coverage Part. However, you shall give written notice of this "occurrence," offense, claim, or "suit" to us as soon as you are aware this insurance may apply to such "occurrence," offense, claim or "suit."

**L. OTHER INSURANCE CONDITION AMENDED**

When required by written contract with any additional insured owner, lessee, or contractor to provide insurance on a primary and noncontributory basis, **Condition 4** of **Section IV - Commercial General Liability Conditions** is deleted and replaced by the following:

**4. Other Insurance**

If other valid and collectible insurance is available for a loss we cover under Coverage **A** or **B** of this Coverage Part, our obligations are limited as follows:



**a. Primary Insurance**

This insurance is primary and non-contributory except when **b.** below applies.

**b. Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent, or on any other basis:

**(1)** That is Fire, Extended Coverage, Builders Risk, Installation Risk, or similar coverage for your work;

**(2)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos," or watercraft to the extent not subject to Exclusion **g.** of **Section I** - Coverage **A.**

**(4)** If the loss is caused by the sole negligence of any additional insured, owner, lessee, or contractor.

When this insurance is excess, we will have no duty under Coverage **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit." If no other defends, we will undertake to do so, but we will be entitled to the other insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductibles and self-insured amounts under all that other insurance.

We will share the remaining loss, if any with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the limits of Insurance shown in the declarations of this Coverage Part.

**M. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS,** item **6. Representations,** the following is added:

**d.** Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of this policy shall not prejudice the coverage afforded by this policy, provided such failure to disclose all hazards or prior "occurrences" is not intentional.

**N. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - AUTOMATIC STATUS**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS,** item **8. Transfer Of Rights Of Recovery Against Others To Us** is deleted and replaced by the following:

We waive any right of recovery we may have against any person or organization with respect to which the insured has waived its right of recovery.

It is further agreed that work commenced under letter of intent or work order, subject to subsequent reduction to writing, with customers whose customary written contracts would require a waiver of recovery rights against them also falls within this blanket waiver of recovery rights.

**O. LIBERALIZATION**

If we adopt a change in our forms or rules which would broaden coverage for contractors under this coverage form without an additional premium charge, your policy will automatically provide the additional coverage's as of the date the broadened coverage is effective in your state.

**P. DEFINITIONS**

Under **SECTION V - DEFINITIONS,** item **3.** is deleted and replaced with the following:

**3.** "Bodily Injury" means bodily injury, disability, sickness, or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

Under **SECTION V - DEFINITIONS,** item **9.** is deleted and replaced with the following:

**9.** "Insured Contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization.

Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies an architect, engineer, or survey or for injury or damage arising out of:

    **(a)** Preparing, approving or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(2)** Under which the insured  if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured s rendering or failure to render professional services including those listed in **(1)** above and supervisory, inspection, architectural or engineering, activities.

Under **SECTION V - DEFINITIONS,** item **14.** the following is added to the definition of "Personal and advertising injury":

**h.** Discrimination or humiliation that results in injury to the feelings or reputation of a natural person, but only if such discrimination or humiliation is:

**(1)** Not done intentionally by or at the direction of:

    **(a)** The insured; or

    **(b)** Any "executive officer", director, stockholder, partner, member or manager (if you are a limited liability company) of the insured;

**(2)** Not directly or indirectly related to the employment, prospective employment, past employment or termination of employment of any person or persons by any insured.

POLICY NUMBER:  CMM 0395871                                      **COMMERCIAL GENERAL LIABILITY**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| All persons or organizations when you have agreed in writing in a contract or agreement that such persons or organizations be added as an additional insured. | All Locations |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

   **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   **2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012                                      **CG 20 10  04 13**

POLICY NUMBER:    CMM 0395871                                          COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) And Description Of Covered Operations |
|---|---|
| All persons or organizations when you have agreed in writing in a contract or agreement that such persons or organizations be added as an additional insured. | All Locations |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012                                            **CG 20 37  04 13**

COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.    Pollution**

**(1)**  "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)**  Any loss, cost or expense arising out of any:

**(a)**  Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)**  Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

Copyright, Insurance Services Office, Inc., 1998

**CG 21 49** 09 99



COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "personal and advertising injury" or "property damage" arising out of:

1.  Inhaling, ingesting or physical exposure to asbestos or goods or products containing asbestos; or

2.  The use of asbestos in constructing or manufacturing any goods, product or structure; or

3.  The removal, repair, encapsulation, enclosure, abatement or maintenance of asbestos in or from any goods, product or structure; or

4.  The manufacture, sale, distribution, transportation, storage or disposal of asbestos or goods or products containing asbestos.

This insurance does not apply to payment for the investigation or defense of any claim, injury, loss, fine, penalty or lawsuit related to any of the foregoing items 1 thru 4.  Nor do we have a duty to investigate or defend any such claim, injury, loss or lawsuit.

This insurance also does not apply to any loss, cost or expense incurred in complying with any federal, state or local provision of law regarding the inspection, monitoring, or control of asbestos in any goods, products or structures.

**CG 70 17** 12 98



COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism

Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.



© ISO Properties, Inc., 2007

**CG 21 70** 01 08

AUTO COVERAGE

SR

⬣ **WESTFIELD**®

**RENEWAL**
**BUSINESS AUTO COVERAGE DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| **ITEM ONE–NAMED INSURED & MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**ITEM TWO**           SCHEDULE OF COVERAGES AND COVERED AUTOS

**Each Of These Coverages Will Apply Only To Those "Autos" Shown As Covered "Autos"."Autos" Are Shown As Covered "Autos" For A Particular Coverage By The Entry Of One Or More Of The Symbols From The Covered Auto Section of The Business Auto Coverage Form Next To The Name Of The Coverage.**

| COVERAGES | COVERED AUTO SYMBOLS | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| Liability | 01 | Bodily Injury<br>       and        $1,000,000 Each Accident<br>Property Damage | |
| Personal Injury Protection | 05 | See Endorsement CA2210 | |
| Auto Medical Pay. | 02 | $5,000 | |
| Uninsured Motorists | 02 | Bodily Injury    $100,000 Each Accident | |
| Physical Damage Comprehensive Coverage | 02 08 | Actual Cash Value or Cost of Repair Whichever is Less Minus the Ded. for Each Covered Auto as Indicated in the Schedule for Covered Autos. No Deductible Applies to Loss Caused by Fire or Lightning. | |
| Physical Damage Collision Coverage | 02 08 | Actual Cash Value or Cost of Repair Whichever is Less Minus the Deductible for Each Covered Auto as Indicated in the Schedule for Covered Autos. | |
| | | Premium For Auto Endorsements | |
| | | **TOTAL ADVANCE ANNUAL PREMIUM** | |

Audit Period (If Applies) ☐ Annual ☐ Semi-Annual ☐ Quarterly ☐ Monthly

**Forms And Endorsements Attached To This Coverage Form:**
CA7035  1093*; CA7011  0411*; CADS03  0306*; CA0001  0306*; IL0021  0908*;
CA0128  0309*; CA0267  1112*; CA2394  0306*; CA7087  1211*; CA7080  0312*;
CA9903  0306*; CA2172  1009*; CA2210  0113*; CA7091  0313*; CA7007  1087*;
CA7077  0413*; CA9960  0306*; CA2071  1001*; CA9910  0902*; CA9923  1293*;
CA7022  0705*; CA2054  1001*; CA9933  0299*.

**WESTFIELD®**

RENEWAL
**BUSINESS AUTO COVERAGE DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| ITEM ONE-NAMED INSURED & MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

# WESTFIELD®

**RENEWAL**
**BUSINESS AUTO COVERAGE DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| ITEM ONE-NAMED INSURED & MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy Period | From 05/04/14<br>To 05/04/15 | at 12:01 A.M. Standard Time at your mailing address shown above. |
|---|---|---|

| PREMIUMS-<br>AUTO LIAB | FPB/<br>PIP PPI PY/EX | MED<br>MTRST | UN-UD<br>COMP | SPEC<br>PERIL | TOW &<br>COLL LABOR | *<br>ENDTS | DEDUCTIBLE<br>COMP COLL | TOTAL<br>PREMIUM |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1000 1000 | |

*SIGNATURE SERIES BUSINESS AUTO ENDORSEMENT

---

### HIRED AUTO LIABILITY

| STATE | ESTIMATED COST OF HIRE | RATE PER $100 COST OF HIRE | PREMIUM |
|---|---|---|---|
| FL | IF ANY | | |

Cost Of Hire Means The Total Amount You Incur For The Hire Of Autos You Do Not Own (Not Including Autos You Borrow Or Rent From Your Partners Or Employees Or Their Family Members).  Cost Of Hire Does Not Include Charges For Services Performed By Motor Carriers Of Property Or Passengers.

### HIRED AUTO PHYSICAL DAMAGE

| STATE | ESTIMATED ANNUAL COST OF HIRE FOR<br>EACH STATE<br>(EXCLUDING AUTOS HIRED WITH A DRIVER) | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| FL | COMPREHENSIVE    IF ANY | 500 | INCL |
| FL | COLLISION        IF ANY | 500 | INCL |

For Physical Damage Coverages, Cost Of Hire Means That Total Amount You Incur For The Hire Of "Autos" You Don't  Own (Not Including "Autos" You Borrow Or Rent From Your Partners Or "Employees" Or Their Family Members).Cost Of Hire Does Not Include Charges For Any "Auto" That Is Leased, Hired, Rented Or Borrowed With A Driver.

### NON-OWNERSHIP LIABILITY

| RATING BASIS-NUMBER OF EMPLOYEES | ESTIMATED NUMBER<br>OF EMPLOYEES | PREMIUM |
|---|---|---|
| | 26-100 | |

| TOTAL ADVANCE ANNUAL AUTO PREMIUM |
|---|

---

### *ENDORSEMENT SUMMARY

SIGNATURE SERIES BUSINESS AUTO ENDORSEMENT

Form MCS-90                                                    OMB No. 2125-0074
(Ed. 1-90)

# ENDORSEMENT FOR
## MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980

### DEFINITIONS AS USED IN THIS ENDORSEMENT

**ACCIDENT** includes continuous or repeated exposure to conditions which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

**MOTOR VEHICLE** means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

**BODILY INJURY** means injury to the body, sickness, or disease to any person, including death resulting from any of these.

**ENVIRONMENTAL RESTORATION** means restitution for the loss, damage, or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier.  This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish, and wildlife.

**PROPERTY DAMAGE** means damage to or loss of use of tangible property.

**PUBLIC LIABILITY** means liability for bodily injury, property damage, and environmental restoration.

---

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Highway Administration (FHWA) and the Interstate Commerce Commission (ICC).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere.  Such insurance as is afforded, for public liability, does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo.

It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured.  However, all terms, conditions, and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company.  The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately to each accident and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

---

471 of 1019

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by "X", for the limits shown:

☒    This insurance is primary and the company shall not be liable for amounts in excess of $ _____1,000,000._____ for each accident.

☐    This insurance is excess and the company shall not be liable for amounts in excess of $ _____ for each accident in excess of the underlying limit of $ _____ for each accident.

Whenever required by the FHWA or the ICC the company agrees to furnish the FHWA or the ICC a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FHWA or the ICC, to verify that the policy is in force as of a particular date. The telephone number to call is: 330-887-6402.

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty five (35) days notice in writing to the other party (said 35 days notice to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the ICC's jurisdiction, by providing thirty (30) days notice to the ICC (said 30 days notice to commence from the date the notice is received by the ICC at its office in Washington, D.C.).

Issued to    CULPEPPER CONSTRUCTION CO INC CULPEPPER CONSTRUCTION COMPANY OF GEORGIA, INC; CULPEPPER/CHILDERS, A JOINT VENTURE    of    1538 METROPOLITAN BLVD TALLAHASSEE FL  32308

Dated at    TALLAHASSEE FL    this _____ day of _____ , _____

Amending Policy No.    **CMM 0 395 871**

Effective Date    05/04/14    Countersigned by _____

Authorized Company Representative

☐ OHIO FARMERS INSURANCE COMPANY
☒ WESTFIELD INSURANCE COMPANY
☐ AMERICAN SELECT INSURANCE COMPANY
☐ WESTFIELD NATIONAL INSURANCE COMPANY

The Motor Carrier Act of 1980 requires limits of financial responsibility according to type of carriage and commodity transported by the motor carrier.
It is the MOTOR CARRIER'S obligation to obtain the required limits of financial responsibility.

THE SCHEDULE OF LIMITS SHOWN BELOW DOES NOT PROVIDE COVERAGE.
The limits shown in the schedule are for information purposes only.

### Schedule of Limits
### Public Liability

| *Type of Carriage | Commodity Transported | Minimum Insurance |
|---|---|---|
| (1) For-hire (in interstate or foreign commerce) | Property (nonhazardous) | $ 750,000 |
| (2) For-hire and Private (in interstate, foreign, or intrastate commerce) | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk Class A or B explosives, poison gas (Poison A), liquefied compressed gas or compressed gas; or highway route controlled quantity radioactive materials as defined in 49 CFR 173.403. | $5,000,000 |
| (3) For-hire and Private (in interstate or foreign commerce; in any quantity) or (in intrastate commerce: in bulk only) | Oil listed in 49 CFR 172.101; hazardous waste, hazardous materials and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below. | $1,000,000 |
| (4) For-hire and Private (in interstate or foreign commerce) | Any quantity of Class A or B explosives; any quantity of poison gas (Poison A); or highway route controlled quantity radioactive materials as defined in 49 CFR 173.403. | $5,000,000 |

*Note:  The type of carriage listed under numbers (1),  (2), and (3) apply to vehicles with a gross vehicle weight rating of 10,000 pounds or more.  The type of carriage listed under number (4) applies to all vehicles with a gross vehicle weight rating of less than 10,000 pounds.

POLICY NUMBER:   CMM 0395871                                    COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA NAMED PERSON EXCLUSION

This endorsement modifies insurance provided under the following:

     BUSINESS AUTO COVERAGE FORM
     GARAGE COVERAGE FORM
     TRUCKERS COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective:<br><br>05/04/13 | Countersigned By:<br><br><br><br> |
|---|---|
| Named Insured: | (Authorized Representative) |

It is agreed that any "auto" while being driven or operated by  CHANEY LANE COGGINS
is not a covered "auto".

This exclusion does not apply to Personal Injury Protection or Property Damage Liability but the most we will pay under these coverages is the minimum amount required by statute.

I have read the above exclusion and agree to making it part of the policy.



_____     _____
Signature of Named Insured, Partner or Officer                        Date Signed

SIGNATURE ON FILE
_____     _____
Signature of Excluded Driver                                              Date Signed

**CA 70 35** 10 93

*THIS PAGE INTENTIONALLY LEFT BLANK*

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos." The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos."

**A. Description Of Covered Auto Designation Symbols**

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject to No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Nonowned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |
| **19** | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto."

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss;" or

   e. Destruction.

**SECTION II - LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto."

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos." However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

The following are "insureds:"

a. You for any covered "auto."

b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

   (1) The owner or anyone else from whom you hire or borrow a covered "auto." This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

   (2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

   (3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

   (4) Anyone other than your "employees", partner (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

   (5) A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured:"

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-Of-State Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the ju-

risdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured."

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.



But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract." For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5.  Fellow Employee**

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**6.  Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7.  Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.**  Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto;" or

**b.**  After it is moved from the covered "auto" to the place where it is finally delivered by the "insured."

**8.  Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto."

**9.  Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.**  Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or "mobile equipment"; or

**b.**  Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10.  Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.**  Work or operations performed by you or on your behalf; and

**b.**  Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraphs **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)**  When all of the work called for in your contract has been completed.

**(2)**  When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

**(3)**  When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11.  Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants:"

**a.**  That are, or that are contained in any property that is:

**(1)**  Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto;"

**(2)**  Otherwise in the course of transit by or on behalf of the "insured;" or

**(3)**  Being stored, disposed of, treated or processed in or upon the covered "auto;"

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto;" or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured."

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants;" and

**(2)** The "bodily injury," "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment."

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto;" and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government,

sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury," and "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident."

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage Endorsement, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**SECTION III - PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto."



**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**2. Towing**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto," we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extension**

**a. Transportation Expenses**

We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss."

**b. Loss of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes of Loss Coverage is provided for any covered "auto"; or

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

4. We will not pay for "loss" to any of the following:

    a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

    b. Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

    c. Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

    d. Any accessories used with the electronic equipment described in Paragraph **c.** above.

Exclusions **4.c.** and **4.d.** do not apply to:

    a. Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

    b. Any other electronic equipment that is:

        (1) Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

        (2) An integral part of the same unit housing any sound reproducing equipment described in **a.** above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

5. We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limit Of Insurance

1. The most we will pay for "loss" in any one "accident" is the lesser of:

    a. The actual cash value of the damaged or stolen property as of the time of the "loss;" or

    b. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

## D. Deductible

For each covered "auto," our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION IV - BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

## A. Loss Conditions

1. **Appraisal For Physical Damage Loss**

    If you and we disagree on the amount of "loss," either may demand an appraisal of the "loss." In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss." If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    a. Pay its chosen appraiser; and

    b. Bear the other expenses of the appraisal and umpire equally.

    If we submit to an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss**

    We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

    a. In the event of "accident," claim, "suit" or "loss," you must give us or our authorized representative prompt notice of the "accident" or "loss." Include:

        (1) How, when and where the "accident" or "loss" occurred;



**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit."

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit."

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3.** **Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an

obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4.** **Loss Payment - Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5.** **Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B.** **General Conditions**

**1.** **Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2.** **Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured," at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto;"

**c.** Your interest in the covered "auto;" or

**d.** A claim under this Coverage Form.

**3.** **Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own.

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract."

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due

date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**a.** The United States of America;

**b.** The territories and possessions of the United States of America;

**c.** Puerto Rico; and

**d.** Canada; and

**e.** Anywhere in the world, if:

**(1)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

**(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, Puerto Rico or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident," the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued to you by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V - DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage."



**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semi-trailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants:"

   **a.** That are, or that are contained in any property that is:

   **(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto;"

   **(2)** Otherwise in the course of transit by or on behalf of the "insured;"

   **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto;" or

   **b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto;" or

   **c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured." Paragraph **a.** above does not apply to fu-

els, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

   **(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants;" and

   **(2)** The "bodily injury," "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** or **6.c.** of the definition of "mobile equipment."

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

   **(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto;" and

   **(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto." However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or

b. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

c. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.



I. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

J. "Loss" means direct and accidental loss or damage.

K. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

a. Power cranes, shovels, loaders, diggers or drills; or

b. Road construction or resurfacing equipment such as graders, scrapers or rollers.

5. Vehicles not described in Paragraph 1., 2., 3. or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

b. Cherry pickers and similar devices used to raise or lower workers.

6. Vehicles not described in Paragraph 1., 2., 3. or 4. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos:"

a. Equipment designed primarily for:

(1) Snow removal;

(2) Road maintenance, but not construction or resurfacing; or

(3) Street cleaning;

b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury," or "property damage"; or

**2.** A "covered pollution cost or expense",

to which this insurance applies, are alleged.

"Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO MOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1.  The insurance does not apply:

    **A.**  Under any Liability Coverage, to "bodily injury" or "property damage:"

    **(1)**  With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    **(2)**  Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    **B.**  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.**  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

    **(1)**  The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

    **(2)**  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured;" or

    **(3)**  The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

    "Hazardous properties" includes radioactive, toxic or explosive properties.

    "Nuclear material" means "source material," "special nuclear material" or "by-product material."

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

**(a)** Any "nuclear reactor;"

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel," or **(3)** handling, processing or packaging "waste;"

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.    PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in Florida, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Physical Damage Coverage** is changed as follows:

**1.** No deductible applies under Specified Causes of Loss or Comprehensive Coverage for "loss" to glass used in the windshield.

**2.** All other **Physical Damage Coverage** provisions will apply.

**3.** Paragraph **1.** of **Loss Conditions, Appraisal For Physical Damage Loss,** is replaced by the following:

> **1. Appraisal For Physical Damage Loss**
>
> If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in this endorsement. The mediation must be completed before a demand for appraisal can be made. In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
>
> **a.** Pay its chosen appraiser; and
>
> **b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**B.** The **General Conditions** are amended as follows:

**1.** The following is added to the **Other Insurance** Condition in the Business Auto and Garage Coverage Forms, and **Other Insurance - Primary And Excess Provisions** Condition in the Truckers and Motor Carrier Coverage Forms:

**a.** When this Coverage Form and any other Coverage Form or policy providing liability coverage applies to an "auto" and:

**(1)** One provides coverage to a lessor of "autos" for rent or lease; and

**(2)** The other provides coverage to a person not described in Paragraph **B.1.a.(1),**

then the Coverage Form or policy issued to the lessor described in Paragraph **B.1.a.(1)** is excess over any insurance available to a person described in **B.1.a.(2)** if the face of the lease or rental agreement contains, in at least 10 point type, the following language:

> The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by FLA. STAT. SECTION 324.021(7) and FLA. STAT. SECTION 627.736.

Copyright, Insurance Services Office, Inc., 2008

**CA 01 28** 03 09
**Page 1 of 2**

**2.** The following condition is added to the Business Auto, Garage, Truckers and Motor Carrier Coverage Forms:

## MEDIATION

**1.** In any claim filed by an "insured" with us for:

    **a.** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

    **b.** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

    **c.** "Loss" to a covered "auto" or its equipment, in any amount.

either party may make a written demand for mediation of the claim prior to the institution of litigation.

**2.** A written request for mediation must be filed with the Florida Department of Insurance on an approved form, which may be obtained from the Florida Department of Insurance.

**3.** The request must state:

    **a.** Why mediation is being requested.

    **b.** The issues in dispute, which are to be mediated.

**4.** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**5.** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**6.** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **A.2.b.** of the Common Policy Conditions, **Cancellation**, is changed to read as follows:

    **b.** 45 days before the effective date of cancellation if we cancel for any other reason.

**B.** Paragraph **A.4.** of the Common Policy Conditions, **Cancellation**, is replaced by the following:

    **4.** Notice of cancellation will state the effective date of, and reason(s) for, the cancellation.  The policy period will end on that date.

**C.** Paragraph A.5. of the Common Policy Conditions, Cancellation, is replaced by the following:

    **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro rata.  If the first Named Insured cancels, the refund may be less than pro rata.  If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

    If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect.  If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

    The cancellation will be effective even if we have not made or offered a refund.

**D.** The following is added to paragraph **A.** of the Common Policy Conditions, **Cancellation**:

    **7.** If this policy provides Personal Injury Protection, Property Damage Liability Coverage or both, and:

    **a.** It is a new or renewal policy, it may not be cancelled by the first Named Insured during the first 60 days immediately following the effective date of the policy or renewal, except for one of the following reasons:

        **(1)** The covered "auto" is completely destroyed such that it is no longer operable;

        **(2)** Ownership of the covered "auto" is transferred; or

        **(3)** The "Named Insured" has purchased another policy covering the motor vehicle insured under this policy.

    **b.** It is a new policy, we may not cancel it during the first 60 days immediately following the effective date of the policy for nonpayment of premium unless a check used to pay us is dishonored for any reason or any other type of premium payment is subsequently determined to be rejected or invalid.

**E.** The following condition is added:

**NONRENEWAL**

**1.** If we decide not to renew or continue this policy, we will mail you notice at least 45 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**2.** If we fail to mail proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**3.** Notice of nonrenewal will state the reason(s) for the nonrenewal and the effective date of nonrenewal.  The policy period will end on that date.



POLICY NUMBER:  CMM 0395871                                    **COMMERCIAL AUTO**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to Paragraph **B. Exclusions** of **Section II - Liability Coverage** in the Business Auto, Motor Carrier and Truckers Coverage Forms and for **"Garage Operations" - Covered "Autos"** in the Garage Coverage Form:

**SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE**

This insurance does not apply to:

**1.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**2.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**3.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B.** **Additional Definitions**

As used in this endorsement:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.



© ISO Properties, Inc., 2005                                    **CA 23 94  03 06**

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CANCELATION NOTIFICATION REQUIREMENTS FOR FLORIDA VEHICLES

The auto liability coverage part of this policy may not be canceled on less than 45 days written notice by the insurer to the Department of Highway Safety and Motor Vehicles, such 45 days notice to commence from the date notice is received by the Department of Highway Safety and Motor Vehicles.

**CA 70 87  12 11**



COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WHO IS AN INSURED AMENDMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

Under **SECTION II - LIABILITY COVERAGE** Item **A.  Coverage**, paragraph **1.b.(1)** is deleted and replaced with the following:

**(1)**  The owner, any "employee" or agent of the owner, or anyone else from whom you hire or borrow a covered "auto".  This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**CA 70 80  03 12**



COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident." We will pay only those expenses incurred, for services rendered within three years from the date of the "accident."

**B. Who Is An Insured**

**1.** You while "occupying" or, while a pedestrian, when struck by any "auto."

**2.** If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto."

**3.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto." The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

**2.** "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

**3.** "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member."

**4.** "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits.  For the purposes of

this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5.** "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

**6.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**7.** "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**8.** "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity.  This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

© ISO Properties, Inc., 2005

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The Conditions are changed for Auto Medical Payments Coverage as follows:

**1.** The Transfer Of Rights Of Recovery Against Others To Us Condition does not apply.

**2.** The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance - Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA UNINSURED MOTORISTS COVERAGE NONSTACKED

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

### SCHEDULE

| |
|---|
| **Limit Of Insurance:    $**                                    **Each "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

### A. Coverage

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle." The damages must result from "bodily injury" sustained by the "insured" caused by an "accident." The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle."

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", we will pay under this coverage only if **a.** or **b.** below applies:

   a. The limit of any applicable liability bonds or policies has been exhausted by judgments or payments; or

   b. A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:

      (1) Have been given prompt written notice of such tentative settlement; and

      (2) Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

### B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto." The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured."

© ISO Properties, Inc., 2009                                    **CA 21 72  10 09**
                                                                 **Page 1 of 5**

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

  **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto." The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

  **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured."

## C. Exclusions

This insurance does not apply to:

**1.** Any claim settled or judgment reached without our consent, unless our right to recover payment has not been prejudiced by such settlement or judgment. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle."

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** "Bodily injury" sustained by:

  **a.** An individual Named Insured while "occupying" or when struck by a vehicle owned by that individual Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

  **b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

  **c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy; or

  **d.** Any "insured" with respect to damages for pain, suffering, mental anguish or inconvenience unless the "bodily injury" consists in whole or in part of:

    **(1)** Significant and permanent loss of an important bodily function;

    **(2)** Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement;

    **(3)** Significant and permanent scarring or disfigurement; or

    **(4)** Death.

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

  **a.** War, including undeclared or civil war;

  **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

  **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Liability Coverage form, No-fault Coverage endorsement, Medical Payments Coverage endorsement, or Uninsured Motorists Coverage endorsement attached to this Coverage Part.

**3.** We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

**4.** We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage Non Stacked as follows:

1. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

   **a.** If there is other applicable insurance available under one or more coverage forms, policies or provisions of coverage any recovery for damages sustained by an individual Named Insured or any "family member":

   **(1)** While "occupying" a vehicle owned by that Named Insured or any "family member" may equal, but not exceed, the limit of insurance for Uninsured Motorists Coverage applicable to that vehicle.

   **(2)** While "occupying" a vehicle not owned by that Named Insured or any "family member" may equal, but not exceed, the sum of:

   **(a)** The limit of insurance for Uninsured Motorists Coverage applicable to the vehicle such Named Insured or any "family member" was, "occupying" at the time of the "accident"; and

   **(b)** The highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to such Named Insured or any "family member".

   **(3)** While not "occupying" any vehicle may equal, but not exceed, the highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to an individual Named Insured or any "family member".

   **b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured motorists insurance providing coverage on a primary basis.

   **c.** If the coverage under this Coverage Form is provided:

   **(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

   **(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   **a.** Promptly notify the police if a hit-and-run driver is involved; and

   **b.** Promptly send us copies of the legal papers if a "suit" is brought.

   **c.** A person seeking Uninsured Motorists Coverage must also promptly notify us in writing by certified or registered mail of a tentative settlement between the "insured" and the insurer of the vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle."

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   Our rights do not apply under this provision with respect to Uninsured Motorists Coverage if we:

   **a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle;" and

   **b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.



If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

**b.** We also have a right to recover the advanced payment.

**4.** The following condition is added:

**a. Arbitration**

**(1)** If we and an "insured" do not agree:

**(a)** Whether that person is legally entitled to recover damages under this endorsement; or

**(b)** As to the amount of damages that are recoverable by that person;

Then the matter may be mediated, in accordance with the Mediation Provision contained in General Conditions, if the damages resulting from "bodily injury" are for $10,000 or less, or arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

**(2)** Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**(3)** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**b. Florida Arbitration Act**

If we and an "insured" agree to arbitration, the **Florida Arbitration Act** will not apply.

**c. Mediation**

**(1)** In any claim filed by an "insured" with us for:

**(a)** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

**(b)** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto"; or

**(c)** "Loss" to a covered "auto" or its equipment, in any amount;

either party may make a written demand for mediation of the claim prior to the institution of litigation.

**(2)** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

**(3)** The request must state:

**(a)** Why mediation is being requested.

**(b)** The issues in dispute, which are to be mediated.

**(4)** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**(5)** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**(6)** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy applies at the time of an "accident;"

**b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which a "bodily injury" liability bond or policy applies at the time of an "accident" but the amount paid under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages caused by the "accident;"

**c.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**d.** For which neither the driver nor owner can be identified. The land motor vehicle or "trailer" must:

**(1)** Hit an individual Named Insured or any "family member," a cov-

ered "auto" or a vehicle such Named Insured or any "family member" is "occupying;" or

**(2)** Cause an "accident" resulting in "bodily injury" to an individual Named Insured or any "family member" without hitting that Named Insured, any "family member," a covered "auto" or a vehicle such Named Insured or any "family member" is "occupying."

If there is no physical contact with the land motor vehicle or trailer, the facts of the "accident" must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned by a governmental unit or agency;

**b.** Designed for use mainly off public roads while not on public roads; or

**c.** Owned by or furnished or available for the regular use of the Named Insured or if the Named Insured is an individual, any "family member" unless it is a covered "auto" to which the Coverage Form's Liability Coverage applies and liability coverage is excluded for any person or organization other than the Named Insured or if the Named Insured is an individual, any "family member".

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FLORIDA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

We agree with the "named insured," subject to all the provisions of this endorsement and to all of the provisions of the policy except as modified herein, as follows that:

### SCHEDULE

Any Personal Injury Protection deductible shown in the Declarations of $

is applicable to ☐ the following "named insured" only:

☐ each "named insured" and each dependent "family member."

☐ Work loss for "named insured" does not apply.

☐ Work loss for "named insured" and dependent "family member" does not apply.

| Benefits | Limit Per Person |
|---|---|
| Total Aggregate Limit for all Personal Injury Protection Benefits, except Death Benefits | $10,000 |
| Death Benefits | $ 5,000 |
| Medical Expenses | 80% of medical expenses subject to the total aggregate limit and the provisions of Paragraphs **D.2.a.** and **b.** under Limit Of Insurance: |
| Work Loss | 60% of work loss subject to the total aggregate limit |
| Replacement Services Expenses | subject to the total aggregate limit |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

© Copyright, Insurance Services Office, Inc., 2012

**CA 22 10** 01 13
**Page 1 of 7**

**A.** **Coverage**

We will pay Personal Injury Protection benefits in accordance with the Florida Motor Vehicle No-fault Law to or for an "insured" who sustains "bodily injury" in an "accident" arising out of the ownership, maintenance or use of a "motor vehicle." Subject to the limits shown in the Schedule, these Personal Injury Protection benefits consist of the following:

**1.** **Medical Expense**

**a.** All reasonable "medically necessary" expenses for medical, surgical, X-ray, dental, ambulance, hospital, professional nursing and rehabilitative services, including prosthetic devices. However, we will pay for these benefits only if the "insured" receives initial services and care within 14 days after the "motor vehicle" "accident" that are:

**(1)** Lawfully provided, supervised, ordered or prescribed by a licensed physician, dentist or chiropractic physician;

**(2)** Provided in a hospital or in a facility that owns, or is wholly owned by, a hospital; or

**(3)** Provided by a person or entity licensed to provide emergency transportation and treatment;

as authorized by the Florida Motor Vehicle No-fault Law.

**b.** Upon referral by a licensed health care provider described in Paragraph **A.1.a.(1), (2)** or **(3)**, follow-up services and care consistent with the underlying medical diagnosis rendered pursuant to Paragraph **A.1.a.,** if provided, supervised, ordered or prescribed only by a licensed:

**(1)** Physician, osteopathic physician, chiropractic physician or dentist; or

**(2)** Physician assistant or advanced registered nurse practitioner, under the supervision of such physician, osteopathic physician, chiropractic physician or dentist;

as authorized by the Florida Motor Vehicle No-fault Law.

Follow-up services and care may also be provided by:

**(3)** A licensed hospital or ambulatory surgical center;

**(4)** An entity wholly owned by one or more licensed physicians, osteopathic physicians, chiropractic physicians or dentists;

or by such practitioners and the spouse, parent, child, or sibling of such practitioners;

**(5)** An entity that owns or is wholly owned, directly or indirectly, by a hospital or hospitals;

**(6)** A licensed physical therapist, based upon referral by a provider described in Paragraph **A.1.b;** or

**(7)** A health care clinic licensed under the Florida Health Care Clinic Act:

**(a)** Which is accredited by the Joint Commission on Accreditation of Healthcare Organizations, the American Osteopathic Association, the Commission on Accreditation of Rehabilitation Facilities or the Accreditation Association for Ambulatory Health Care, Inc.; or

**(b)** Which:

**(i)** Has a licensed medical director;

**(ii)** Has been continuously licensed for more than three years or is a publicly traded corporation that issues securities traded on an exchange registered with the United States Securities and Exchange Commission as a national securities exchange; and

**(iii)** Provides at least four of the following medical specialties:

**i.** General medicine;

**ii.** Radiography;

**iii.** Orthopedic medicine;

**iv.** Physical medicine;

**v.** Physical therapy;

**vi.** Physical rehabilitation;

**vii.** Prescribing or dispensing outpatient prescription medication; or

**viii.** Laboratory services;

as authorized by the Florida Motor Vehicle No-fault Law.

However, with respect to Paragraph **A.1.,** medical expenses do not include massage or acupuncture, regardless of the person, entity or licensee providing the massage or acupuncture;

**2. Replacement Services Expenses**

With respect to the period of disability of the injured person, all expenses reasonably incurred in obtaining from others ordinary and necessary services in lieu of those that, but for such injury, the injured person would have performed without income for the benefit of his or her household;

**3. Work Loss**

With respect to the period of disability of the injured person, any loss of income and earning capacity from inability to work proximately caused by the injury sustained by the injured person; and

**4. Death Benefits**

**B. Who Is An Insured**

**1.** The "named insured."

**2.** If the "named insured" is an individual, any "family member."

**3.** Any other person while "occupying" a covered "motor vehicle" with the "named insured's" consent.

**4.** A "pedestrian" if the "accident" involves the covered "motor vehicle."

**C. Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury:"

**1.** Sustained by the "named insured" or any "family member" while "occupying" any "motor vehicle" owned by the "named insured" that is not a covered "motor vehicle;"

**2.** Sustained by any person while operating the covered "motor vehicle" without the "named insured's" expressed or implied consent;

**3.** Sustained by any person, if such person's conduct contributed to his or her "bodily injury" under any of the following circumstances:

    **a.** Causing "bodily injury" to himself or herself intentionally; or

    **b.** While committing a felony.

**4.** To the "named insured" or any "family member" for work loss if an entry in the

Schedule or Declarations indicates that coverage for work loss does not apply;

**5.** To any "pedestrian," other than the "named insured" or any "family member," not a legal resident of the state of Florida;

**6.** To any person, other than the "named insured" if that person is the "owner" of a "motor vehicle" for which security is required under the Florida Motor Vehicle No-Fault Law;

**7.** To any person, other than the "named insured," or any "family member," who is entitled to personal injury protection benefits from the owner of a "motor vehicle" that is not a covered "motor vehicle" under this insurance or from the "owner's" insurer; or

**8.** To any person who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

**D. Limit Of Insurance**

**1.** Regardless of the number of persons insured, policies or bonds applicable, premiums paid, vehicles involved or claims made, the total aggregate limit of personal injury protection benefits available under the Florida Motor Vehicle No-fault Law from all sources combined, including this policy, for or on behalf of any one person who sustains "bodily injury" as the result of any one "accident," shall be:

    **a.** $10,000 for medical expenses, work loss and replacement services; and

    **b.** $5,000 for death benefits.

**2.** Subject to Paragraph **D.1.a.,** we will pay:

    **a.** Up to $10,000 for medical expenses, if a licensed physician, dentist, physician assistant or an advanced registered nurse practitioner authorized by the Florida Motor Vehicle No-fault Law has determined that the "insured" had an "emergency medical condition"; or

    **b.** Up to $2,500 for medical expenses, if any health care provider described in Paragraph **A.1.a.** or **A.1.b.** has determined that the "insured" did not have an "emergency medical condition".

**3.** Any amount paid under this coverage will be reduced by the amount of benefits an injured person has been paid or is entitled to be paid for the same elements of "loss" under any workers' compensation law.



4. If personal injury protection benefits, under the Florida Motor Vehicle No-fault Law, have been received from any insurer for the same elements of loss and expense benefits available under this policy, we will not make duplicate payments to or for the benefit of the injured person. The insurer paying the benefits shall be entitled to recover from us its pro rata share of the benefits paid and expenses incurred in handling the claim.

5. The deductible amount shown in the Schedule will be deducted from the total amount of expenses and losses listed in Paragraphs **A.1., A.2.** and **A3.** of this endorsement before the application of any percentage limitation for each "insured" to whom the deductible applies. The deductible does not apply to the death benefit.

6. Any amount paid under this coverage for medical expenses may be limited by the medical fee schedule prescribed by the Florida Motor Vehicle No-fault Law.

**E. Changes In Conditions**

The Conditions are changed for **Personal Injury Protection** as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** is replaced by the following:

   Compliance with the following duties is a condition precedent to receiving benefits:

   In the event of an "accident," the "named insured" must give us or our authorized representative prompt written notice of the "accident."

   If any injured person or his or her legal representative institutes a legal action to recover damages for "bodily injury" against a third party, a copy of the summons, complaint or other process served in connection with that legal action must be forwarded to us as soon as possible by the injured person or his or her legal representative.

   A person seeking personal injury protection benefits must, as soon as possible, give us written proof of claim, under oath if required, containing full particulars concerning the injuries and treatment received and/or contemplated, and send us any other information that will assist us in determining the amount due and payable.

   A person seeking personal injury protection benefits must submit to an examination under oath. The scope of questioning during the examination under oath is limited to relevant information or information that could reasonably be expected to lead to relevant information.

2. **Legal Action Against Us** is replaced by the following:

   **Legal Action Against Us**

   a. No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us:

      (1) Until the claim for benefits is overdue in accordance with Paragraph **F.2.** of this endorsement; and

      (2) Until we are provided with a demand letter in accordance with the Florida Motor Vehicle No-fault Law sent to us via U.S. certified or registered mail; and

      (3) With respect to the overdue claim specified in the demand letter, if, within 30 days of receipt of the demand letter, we:

         (a) Pay the overdue claim; or

         (b) Agree to pay for future treatment not yet rendered;

         in accordance with the requirements of the Florida Motor Vehicle No-fault Law.

   b. If legal action is brought against us, all claims related to the same health care provider or facility shall be brought in a single action, unless good cause can be shown why such claims should be brought separately.

3. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   **Transfer Of Rights Of Recovery Against Others To Us**

   Unless prohibited by the Florida Motor Vehicle No-fault Law, in the event of payment to or for the benefit of any injured person under this coverage:

   a. We will be reimbursed for those payments, not including reasonable attorneys' fees and other reasonable expenses, from the proceeds of any settlement or judgment resulting from any right of recovery of the injured person against any person or organization legally responsible for the "bodily injury" from which the payment arises. We will also have a lien on those proceeds.

   b. If any person to or for whom we pay benefits has rights to recover benefits from another, those rights are transferred to us. That person must do everything necessary to secure our rights and must do nothing after loss to impair them.

**c.** The insurer providing personal injury protection benefits on a private passenger "motor vehicle," as defined in the Florida Motor Vehicle No-fault Law, shall be entitled to reimbursement to the extent of the payment of personal injury protection benefits from the "owner" or the insurer of the "owner" of a commercial "motor vehicle," as defined in the Florida Motor Vehicle No-fault Law, if such injured person sustained the injury while "occupying," or while a "pedestrian" through being struck by, such commercial "motor vehicle". However, such insurer's right of reimbursement under this Paragraph **c.** does not apply to an "owner" or registrant of a "motor vehicle" used as a taxicab.

**4.** The **Concealment, Misrepresentation Or Fraud** provision is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

We do not provide coverage under this endorsement for an "insured" if that "insured" has committed, by a material act or omission, insurance fraud relating to personal injury protection coverage under this form, if fraud is admitted to in a sworn statement by the "insured" or if the fraud is established in a court of competent jurisdiction. Any insurance fraud voids all personal injury protection coverage arising from the claim with respect to the "insured" who committed the fraud. Any benefits paid prior to the discovery of the fraud are recoverable from that "insured".

**5.** **Policy Period, Coverage Territory** is replaced by the following:

**Policy Period, Coverage Territory**

The insurance under this section applies only to "accidents" which occur during the policy period:

**a.** In the state of Florida;

**b.** As respects the "named insured" or any "family member", while "occupying" the covered "motor vehicle" outside the state of Florida but within the United States of America, its territories or possessions or Canada; and

**c.** As respects the "named insured", while "occupying" a "motor vehicle" of which a "family member" is the "owner" and for which security is maintained under the Florida Motor Vehicle No-fault Law outside the state of Florida but within the United States of America, its territories or possessions or Canada.

**F.** **Additional Conditions**

The following Conditions are added:

**1.** **Mediation**

**a.** In any claim filed by an "insured" with us for:

**(1)** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

**(2)** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

**(3)** "Loss" to a covered "auto" or its equipment, in any amount,

either party may make a written demand for mediation of the claim prior to the institution of litigation.

**b.** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

**c.** The request must state:

**(1)** Why mediation is being requested.

**(2)** The issues in dispute, which are to be mediated.

**d.** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**e.** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**f.** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**2.   Payment Of Benefits**

Personal injury protection benefits payable under this Coverage Form, whether the full or partial amount, may be overdue if not paid within 30 days after we are furnished with written notice of the covered loss and the amount of the covered loss in accordance with the Florida Motor Vehicle No-fault Law.

However, if we have a reasonable belief that a fraudulent insurance act has been committed relating to personal injury protection coverage under this Coverage Form, we will notify the "insured" in writing, within 30 days after the submission of the claim, that the claim is being investigated for suspected fraud. No later than 90 days after the submission of the claim, we will either deny or pay the claim, in accordance with the Florida Motor Vehicle No-fault Law.

If we pay only a portion of a claim or reject a claim due to an alleged error in the claim, we, at the time of the partial payment or rejection, will provide an itemized specification or explanation of benefits due to the specified error. Upon receiving the specification or explanation, the person making the claim, at the person's option and without waiving any other legal remedy for payment, has 15 days to submit a revised claim, which will be considered a timely submission of written notice of a claim.

**3.   Modification Of Policy Coverages**

Any Automobile Medical Payments Coverage and any Uninsured Motorists Coverage afforded by the policy shall be excess over any personal injury protection benefits paid or payable.

Regardless of whether the full amount of personal injury protection benefits has been exhausted, any Medical Payments Coverage afforded by the policy shall pay the portion of any claim for personal injury protection medical expenses which are otherwise covered but not payable due to the limitation of 80% of medical expense benefits but shall not be payable for the amount of the deductible selected.

**4.   Medical Reports And Examinations; Payment Of Claim Withheld**

As soon as practicable, the person making the claim shall submit to mental and physical examinations at our expense when and as often as we may reasonably require and a copy of the medical report shall be forwarded to such person if requested. If the person unreasonably refuses to submit to, or fails to appear at, an examination, we will not be liable for subsequent personal injury protection benefits. Such person's refusal to submit to or failure to appear at, two examinations, raises a rebuttable presumption that such person's refusal or failure was unreasonable.

Whenever a person making a claim as a result of an injury sustained while committing a felony is charged with committing that felony, we shall withhold benefits until, at the trial level, the prosecution makes a formal entry on the record that it will not prosecute the case against the person, the charge is dismissed or the person is acquitted.

**5.   Provisional Premium**

In the event of any change in the rules, rates, rating plan, premiums or minimum premiums applicable to the insurance afforded, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-fault Law providing for the exemption of persons from tort liability, the premium stated in the Declarations for any Liability, Medical Payments and Uninsured Motorists insurance shall be deemed provisional and subject to recomputation. If this policy is a renewal policy, such recomputation shall also include a determination of the amount of any return premium previously credited or refunded to the "named insured" pursuant to the Florida Motor Vehicle No-fault Law with respect to insurance afforded under a previous policy. If the final premium thus recomputed exceeds the premium shown in the Declarations, the "named insured" shall pay to us the excess as well as the amount of any return premium previously credited or refunded.

**6.   Special Provisions For Rented Or Leased Vehicles**

Notwithstanding any provision of this coverage to the contrary, if a person is injured while "occupying", or through being struck by, a "motor vehicle" rented or leased under a rental or lease agreement which does not specify otherwise in language required by FLA.STAT.SECTION 627.7263(2) in at least 10-point type on the face of the agreement, the personal injury protection benefits available under the Florida Motor Vehicle No-fault Law and afforded under the lessor's policy shall be primary.

**7.   Insured's Right To Personal Injury Protection Information**

**a.**   In a dispute between us and an "insured", or between us and an assignee of the "insured's" personal injury protection benefits, we will, upon request, notify such "insured" or assignee that the limits for Personal Injury Protection have been reached. We will provide such information within 15 days after the limits for Personal Injury Protection have been reached.

**b.** If legal action is commenced, we will, upon request, provide an "insured" with a copy of a log of personal injury protection benefits paid by us on behalf of the "insured". We will provide such information within 30 days of receipt of the request for the log from the "insured".

**G. Additional Definitions**

As used in this endorsement:

**1.** "Emergency medical condition" means a medical condition manifesting itself by acute symptoms of sufficient severity, which may include severe pain, such that the absence of immediate medical attention could reasonably be expected to result in any of the following:

    **a.** Serious jeopardy to "insured's" health;

    **b.** Serious impairment to bodily functions; or

    **c.** Serious dysfunction of any bodily organ part.

**2.** "Motor vehicle" means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semitrailer designed for use with such vehicle;

However, "motor vehicle" does not include:

    **a.** A mobile home;

    **b.** Any "motor vehicle" which is used in mass transit, other than public school transportation, and designed to transport more than five passengers exclusive of the operator of the motor vehicle and which is owned by a municipality, a transit authority, or a political subdivision of the state.

**3.** "Family member" means a person related to the "named insured" by blood, marriage or adoption including a ward or foster child who is a resident of the same household as the "named insured."

**4.** "Named insured" means the person or organization named in the Declarations of the policy and, if an individual, shall include the spouse if a resident of the same household.

**5.** "Occupying" means in or upon or entering into or alighting from.

**6.** "Owner" means a person or organization who holds the legal title to a "motor vehicle," and also includes:

    **a.** A debtor having the right to possession, in the event a "motor vehicle" is the subject of a security agreement;

    **b.** A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease with option to purchase and such lease agreement is for a period of six months or more; and

    **c.** A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease without option to purchase, and such lease is for a period of six months or more, and the lease agreement provides that the lessee shall be responsible for securing insurance.

**7.** "Pedestrian" means a person while not an occupant of any self-propelled vehicle.

**8.** "Medically necessary" refers to a medical service or supply that prudent physician would provide for the purpose of preventing, diagnosing or treating an illness, injury, disease or symptom in a manner that is:

    **a.** In accordance with generally accepted standards of medical practice;

    **b.** Clinically appropriate in terms of type, frequency, extent, site and duration; and

    **c.** Not primarily for the convenience of the patient, physician or other health care provider.

POLICY NUMBER:  CMM 0395871                                          **COMMERCIAL AUTO**

# USE OF MEDICAL FEE SCHEDULE FOR
# PERSONAL INJURY PROTECTION CLAIMS - FLORIDA

This endorsement modifies insurance provided under the following:

PERSONAL INJURY PROTECTION ENDORSEMENT

We will limit reimbursement of medical expenses to 80 percent of a properly billed reasonable charge, but in no event will we pay more than 80 percent of the following schedule of maximum charges:

    **a.**  For emergency transport and treatment by providers licensed under Chapter 401, Florida Statutes, 200 percent of Medicare.

    **b.**  For emergency services and care provided by a hospital licensed under Chapter 395, Florida Statutes, 75 percent of the hospital's usual and customary charges.

    **c.**  For emergency services and care as defined by s. 395.002(9), Florida Statutes, provided in a facility licensed under Chapter 395, Florida Statutes, rendered by a physician or dentist, and related hospital inpatient services rendered by a physician or dentist, the usual and customary charges in the community.

    **d.**  For hospital inpatient services, other than emergency services and care, 200 percent of the Medicare Part A prospective payment applicable to the specific hospital providing the inpatient services.

    **e.**  For hospital outpatient services, other than emergency services and care, 200 percent of the Medicare Part A Ambulatory Payment Classification for the specific hospital providing the outpatient services.

    **f.**  For all other medical services, supplies, and care, 200 percent of the allowable amount under the participating physicians schedule of Medicare Part B, except: Medicare Part B, in the case of services, supplies, and care provided by ambulatory surgical centers and clinical laboratories; or the Durable Medical Equipment Prosthetics/Orthotics and Supplies fee schedule of Medicare Part B, in the case of durable medical equipment. However, if such services, supplies, or care is not reimbursable under Medicare Part B, we will limit reimbursement to 80 percent of the maximum reimbursable allowance under workers  compensation, as determined under s. 440.13, Florida Statutes, and rules adopted thereunder which are in effect at the time such services, supplies, or care is provided. Services, supplies, or care that is not reimbursable under Medicare or workers  compensation will not be reimbursed by us.

For purposes of the above, the applicable fee schedule or payment limitation under Medicare is the fee schedule or payment limitation in effect on March 1 of the year in which the services, supplies, or care is rendered and for the area in which such services, supplies, or care is rendered, and the applicable fee schedule or payment limitation applies throughout the remainder of that year, notwithstanding any subsequent change made to the fee schedule or payment limitation, except that it will not be less than the allowable amount under the applicable schedule of Medicare Part B for 2007 for medical services, supplies, and care subject to Medicare Part B.



**CA 70 91  03 13**

COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.



## BUSINESS AUTO ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**

### SCHEDULE

The coverage provided by this endorsement is summarized below and is intended to provide a general coverage description only.  For the details affecting each coverage, please refer to the terms and conditions in this endorsement.

- **A.  Who Is An Insured broadened:**
  - Additional Insured by Contract, Agreement or Permit
  - Legally Incorporated Subsidiaries
  - Newly Acquired Organizations
- **B.  Supplementary Payments**
  - Bail Bonds - $5000
  - Loss of Earnings - $500
- **C.  Coverage Extensions**
  - Transportation Expenses
  - Personal Effects (Excess Basis)
- **D.  Additional Coverages**
  - Expenses paid for returning a stolen covered auto
  - Fire Department Service Charge
- **E.  Airbag Coverage - Accidental Discharge**
- **F.  Knowledge and Notice of an Accident, Claim or Suit**
- **G.  Unintentional Failure To Disclose Hazards**
- **H.  Worldwide Coverage**
- **I.  Definitions**
  - Bodily Injury Redefined

**In addition to the policy amendments contained in A. through I. listed above, the endorsements listed below will automatically be attached to your policy to complete the coverage provided by the Signature Series Business Auto Endorsement:**

- Audio, Visual and Data Electronic Equipment Coverage Added Limits - CA 99 60
- Auto Loan/Lease Gap Coverage - CA 20 71
- Drive Other Car Coverage - Broadened Coverage For Named Individuals - (Executive Officers/Spouses) - CA 99 10
- Employee Hired Autos - CA 20 54
- Employees As Insureds - CA 99 33
- Hired Auto Physical Damage (Refer to Auto Declarations page)
- Rental Reimbursement Coverage - CA 99 23
- Waiver of Transfer of Rights of Recovery (Waiver of Subrogation) - CA 70 22

**A.  WHO IS AN INSURED BROADENED**

**SECTION II - LIABILITY COVERAGE,** item **A. Coverage, 1. Who Is An Insured** is amended to include the following additional paragraphs:

    **d.**  Any legally incorporated subsidiary of yours in which you own more than

50% of the voting stock on the effective date of this endorsement.

However, "insured" does not include any subsidiary that is an "insured" under any other liability policy or would be an "insured" under such a policy but for its termination or the exhaustion of its limit of insurance.

Coverage under this provision is afforded only for the first 180 days after you acquire or form the organization or until the end of the policy period, whichever comes first.

**e.** Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or a majority interest. However, coverage under this provision:

**(1)** Does not apply if the organization you acquire or form is an "insured" under another auto liability policy or would be "insured" under such a policy but for its termination or the exhaustion of its limits of insurance;

**(2)** Does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**(3)** Is afforded only for the first 180 days after you acquire or form the organization or until the end of the policy period, whichever comes first.

**f.** Any person or organization with whom you agreed in writing in a contract, agreement or permit, to provide insurance such as is afforded under this policy.

This provision only applies if the written contract or agreement has been executed or permit has been issued, prior to the "bodily injury" or "property damage".

**B. SUPPLEMENTAL PAYMENTS**

**SECTION II - LIABILITY COVERAGE, item A. Coverage, 2. Coverage Extensions, a. Supplementary Payments,** subparagraphs **(2)** and **(4)** are deleted and replaced with the following:

**(2)** Up to $5,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $500 per day because of time off from work.

**C. COVERAGE EXTENSIONS**

**SECTION III - PHYSICAL DAMAGE COVERAGE,** Item **A. Coverage, 4. Coverage Extensions, a. Transportation Expenses** is replaced with the following:

**a. Transportation Expenses**

We will pay up to $100 per day to a maximum of $1,800 for transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

The following is added to Item **4. Coverage Extensions:**

**c. Personal Effects**

We will pay up to $500 for the "loss" of your personal effects that are contained in a covered "auto" due to the total theft of the covered "auto." We will pay only for those personal effects that are contained in covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage.

Our payment for "loss" of or damage to personal effects will apply only on an excess basis over other collectible insurance.

**D. ADDITIONAL COVERAGES**

**SECTION III - PHYSICAL DAMAGE COVERAGE, A. Coverage,** is amended to include the following additional coverage items:

**5.** We will pay the expense of returning a stolen covered "auto" to you.

**6. Fire Department Service Charge**

When a fire department is called to save or protect a covered "auto", its equipment, its contents or occupants from a Covered Cause Of Loss, we will pay up to $1,000 for your liability for Fire Department Service Charges:

**(a)** Assumed by contract or agreement prior to loss; or

**(b)** Required by local ordinance.

No deductible applies to this additional coverage.

**E.   AIRBAG COVERAGE - ACCIDENTAL DIS-CHARGE**

SECTION III - PHYSICAL DAMAGE COVER-AGE, Item **B.  Exclusions,** subparagraph **3.a.** is deleted and replaced with the following:

**a.**   Wear and tear, freezing, mechanical or electrical breakdown.

Mechanical breakdown does not apply to the accidental discharge of an airbag.

**F.   KNOWLEDGE AND NOTICE OF AN ACCI-DENT, CLAIM OR SUIT**

SECTION IV - BUSINESS AUTO CONDITIONS, Item **A. Loss Conditions** is amended as follows:

Subparagraph **a.** under Item **2. Duties In The Event Of Accident, Claim, Suit Or Loss,** is amended to include the following paragraphs:

This requirement applies when the "accident," claim, "suit" or "loss" is first known to:

**(1)**   You, if you are an individual;

**(2)**   A partner, if you are a partnership; or

**(3)**   An executive officer or insurance manager, if you are a corporation.

Subparagraph **b.(2)** under **2. Duties In The Event Of Accident, Claim, Suit Or Loss** is amended as follows:

**(2)**   Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit."

Your employees may know of documents received concerning a claim or "suit". This will not mean that you have such knowledge, unless receipt of such documents is known to you, any of your executive officers or partners or your insurance manager.

**G.   UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

Under **SECTION IV - BUSINESS AUTO CONDITIONS,  B.  General  Conditions,  2. Concealment, Misrepresentation Or Fraud** is amended to include the following additional paragraph:

If you unintentionally fail to disclose any hazards existing at the inception date of your policy, we will not deny coverage under this Coverage Part because of such failure.

**H.   WORLDWIDE COVERAGE**

Under **SECTION IV - BUSINESS AUTO CONDITIONS,  B.  General  Conditions,  7.  Policy Period, Coverage Territory,** subparagraph **(5)** is deleted and replaced with the following:

**(5)**   Anywhere in the world, if:

**(a)**   A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 45 days or less; and

**(b)**   The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, Puerto Rio or Canada or in a settlement we agree to.

**(c)**   If, for such "autos" a "suit" is brought outside the territory described in 7.(1) through 7.(4) above, we will reimburse the insured for defense expenses incurred with our written consent, but we will make no payment, nor will we reimburse the insured for damages.

**I.   DEFINITIONS**

Under **SECTION V - DEFINITIONS**, Item **C.** is replaced by the following:

**C.**   "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish, mental injury or death resulting from any of these. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

POLICY NUMBER:    CMM 0395871                                      COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AUDIO, VISUAL AND DATA ELECTRONIC
# EQUIPMENT COVERAGE

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |
| **Countersignature Of Authorized Representative** |
| **Name:** |
| **Title:** |
| **Signature:** |
| **Date:** |

### SCHEDULE

| Description Of Covered "Auto":  Applies to ALL VEHICLES Scheduled | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $              250 | $ Included |

| Description Of Covered "Auto": | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $              250 | $ |

| Description Of Covered "Auto": | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $              250 | $ |

© ISO Properties, Inc., 2005

**CA 99 60** 03 06
**Page 1 of 3**

| Description Of Covered "Auto": | | |
|---|---|---|
| Limit Of Insurance | Deductible | Additional Premium |
| $ | $        250 | $ |

| Description Of Covered "Auto": | | |
|---|---|---|
| Limit Of Insurance | Deductible | Additional Premium |
| $ | $        250 | $ |

| Description Of Covered "Auto": | | |
|---|---|---|
| Limit Of Insurance | Deductible | Additional Premium |
| $ | $        250 | $ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**Note**

The amount shown in the Schedule is not necessarily the amount you will receive at the time of "loss" for the described property. Please refer to the Limit Of Insurance and Deductible provisions which follow.

**A. COVERAGE**

1. We will pay with respect to a covered "auto" described in the above Schedule for "loss" to any electronic equipment that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound. This coverage applies only if the equipment is permanently installed in the covered "auto" at the time of the "loss" or the equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss" and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto."

2. We will pay with respect to a covered "auto" described in the above Schedule for "loss" to any accessories used with the electronic equipment described in paragraph **A.1.** above. However, this does not include tapes, records or discs.

**B. EXCLUSIONS**

The exclusions that apply to PHYSICAL DAMAGE COVERAGE, except for the exclusion relating to Audio, Visual and Data Electronic Equipment, also apply to coverage provided by this endorsement. In addition, the following exclusions apply:

We will not pay, under this endorsement, for either any electronic equipment or accessories used with such electronic equipment that is:

1. Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

2. Both:

   a. An integral part of the same unit housing any sound reproducing equipment designed solely for the reproduction of sound if the sound reproducing equipment is permanently installed in the covered "auto"; and

   b. Permanently installed in the opening of the dash or console normally used by the manufacturer for the installation of a radio.

**C. LIMIT OF INSURANCE**

With respect to coverage under this endorsement, the LIMIT OF INSURANCE provision of PHYSICAL DAMAGE COVERAGE is replaced by the following:

1. The most we will pay for all "loss" to audio, visual or data electronic equipment and any accessories used with this equipment as a result of any one "accident" is the lesser of:

   a. The actual cash value of the damaged or stolen property as of the time of the "loss";

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality; or

**c.** The amount shown in the Schedule.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value at the time of the "loss."

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of betterment.

**D. DEDUCTIBLE**

**1.** If "loss" to the audio, visual or data electronic equipment or accessories used with this equipment is the result of a "loss" to the covered "auto" under this Coverage Form's Comprehensive or Collision Coverage, then for each covered "auto" our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" to audio, visual or data electronic equipment caused by fire or lightning.

**2.** If "loss" to the audio, visual or data electronic equipment or accessories used with this equipment is the result of a "loss" to the covered "auto" under this Coverage Form's Specified Causes of Loss Coverage, then for each covered "auto" our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule of this endorsement.

**3.** If "loss" occurs solely to the audio, visual or data electronic equipment or accessories used with this equipment, then for each covered "auto" our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule of this endorsement.

**4.** In the event that there is more than one applicable deductible, only the highest deductible will apply. In no event will more than one deductible apply.



POLICY NUMBER:                                                     **COMMERCIAL AUTO**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AUTO LOAN/LEASE GAP COVERAGE

This endorsement modifies insurance provided under the following;

      BUSINESS AUTO COVERAGE FORM
      BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
      GARAGE COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM
      TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective | Countersigned by: |
|---|---|
| Named Insured:<br>CULPEPPER CONSTRUCTION CO INC | (Authorized Representative) |

### SCHEDULE

| Vehicle No. | Description Of Loan/Lease "Autos" Which Are Covered "Autos" | Other Than Collision Additional Premium | Collision Additional Premium |
|---|---|---|---|
| | **Applies to ALL VEHICLES Scheduled** | $ | $ |
| | | $ | $ |
| | | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)



The **Physical Damage Coverage** Section is amended by the addition of the following:

In the event of a total "loss" to a covered "auto" shown in the Schedule or Declarations for which a specific premium charge indicates that Auto Loan/Lease GAP Coverage applies, we will pay any unpaid amount due on the lease or loan for a covered "auto", less:

1. The amount paid under under the Physical Damage Coverage Section of the policy; and

2. Any:

    **a.** Overdue lease/loan payments at the time of the "loss";

    **b.** Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage.

    **c.** Security deposits not returned by the lessor;

    **d.** Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease; and

    **e** Carry-over balances from previous loans or leases.

© ISO Properties, Inc., 2000                                                         **CA 20 71  10 01**

POLICY NUMBER:    CMM 0395871                                           COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE - BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective: | Countersigned By: |
|---|---|
| Named Insured: | (Authorized Representative) |

**SCHEDULE**

| Name of Individual | Liability | | Auto Medical Payments | |
|---|---|---|---|---|
| | **Limit** | **Premium** | **Limit** | **Premium** |
| Executive Officers and spouses / members of that person's household | Included | Included | Included | Included |

| Name of Individual | Uninsured Motorists | | Underinsured Motorists | | Physical Damage | |
|---|---|---|---|---|---|---|
| | | | | | **Comp.** | **Coll.** |
| | **Limit** | **Premium** | **Limit** | **Premium** | | |
| Executive Officers and spouses / members of that person's household | Included | Included | Included | Included | | |

Note - When uninsured motorists is provided at limits higher than the basic limits required by a financial responsibility law, underinsured motorists is included, unless otherwise noted.  If underinsured motorists coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** This endorsement changes only those coverages where a premium is shown in the Schedule.

**B. Changes In Liability Coverage**

  **1.** Any "auto" you don't own, hire or borrow is a covered "auto" for Liability Coverage while being used by any individual named in the Schedule or by his or her spouse while a resident of the same household except:

   **a.** Any "auto" owned by that individual or by any member of his or her household.

   **b.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos."

  **2.** The following is added to **Who Is An Insured:**

   Any individual named in the Schedule and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **B.1.** of this endorsement.

**C. Changes In Auto Medical Payments And Uninsured And Underinsured Motorists Coverages**

  The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her "family members" are "insured" while "occupying" or while a pedestrian when being struck by any "auto" you don't own except:

Any "auto" owned by that individual or by any "family member."

**D. Changes In Physical Damage Coverage**

  Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Schedule or his or her spouse while a resident of the same household except:

  **1.** Any "auto" owned by that individual or by any member of his or her household.

  **2.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos."

**E. Additional Definition**

  As used in this endorsement:

  "Family member" means a person related to the individual named in the Schedule by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child.

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# RENTAL REIMBURSEMENT COVERAGE

This endorsement modifies insurance provided under the following:

>   BUSINESS AUTO COVERAGE FORM
>   GARAGE COVERAGE FORM
>   MOTOR CARRIER COVERAGE FORM
>   TRUCKERS COVERAGE FORM
>   BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective | |
|---|---|
| Named Insured | Countersigned by |

(Authorized Representative)

### SCHEDULE

| Coverages | Auto No. | Designation or Description of Covered "Autos" to which this insurance applies | Maximum Payment Each Covered "Auto" | | | Premium |
|---|---|---|---|---|---|---|
| | | | Any One Day | No. of Days | Any One Period | |
| Comprehensive | | Applies to all vehicles scheduled except vehicles specifically described on this form | $ 60 | 30 | $ 1800 | $ incl. |
| | | | | | | |
| Collision | | Applies to all vehicles scheduled except vehicles specifically described on this form | $ 60 | 30 | $ 1800 | $ incl. |
| | | | | | | |
| Specified | 1 | | $ | | $ | $ |
| Causes of Loss | 2 | | $ | | $ | $ |
| | | Total Premium | | | | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** This endorsement provides only those coverages where a premium is shown in the Schedule.  It applies only to a covered "auto" described or designated in the Schedule.

**B.** We will pay for rental reimbursement expenses incurred by you for the rental of an "auto" because of "loss" to a covered "auto".  Payment applies in addition to the otherwise applicable amount of each coverage you have on a covered "auto."  No deductibles apply to this coverage.

**C.** We will pay only for those expenses incurred during the policy period beginning 24 hours after the "loss" and ending, regardless of the policy's expiration, with the lesser of the following number of days:

**1.** The number of days reasonably required to repair or replace the covered "auto." If "loss" is caused by theft, this number of days is added to the number of days it takes to locate the covered "auto" and return it to you.

**2.** The number of days shown in the Schedule.

Copyright, Insurance Services Office, Inc., 1993

**CA 99 23 12 93**
**Page 1 of 2**

**D.** Our payment is limited to the lesser of the following amounts:

    **1.** Necessary and actual expenses incurred.

    **2.** The maximum payment stated in the Schedule applicable to "any one day" or "any one period."

**E.** This coverage does not apply while there are spare or reserve "autos" available to you for your operations.

**F.** If "loss" results from the total theft of a covered "auto" of the private passenger type, we will pay under this coverage only that amount of your rental reimbursement expenses which is not already provided for under the PHYSICAL DAMAGE COVERAGE Coverage Extension.

POLICY NUMBER:    CMM 0395871                                          COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS

This endorsement modifies insurance provided under the following:

　　BUSINESS AUTO COVERAGE FORM
　　GARAGE COVERAGE FORM

### SCHEDULE

**Name of Person or Organization:**

**Automatic status when required by contract**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

We waive any right or recovery we may have against the person or organization shown in the Schedule because of payments we make under the Coverage Form.  The waiver applies only to the person or organization shown in the Schedule.

**CA 70 22  07 05**



COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE HIRED AUTOS

This endorsement modifies insurance provided under the following:

        BUSINESS AUTO COVERAGE FORM
        BUSINESS AUTO PHYSICAL DAMAGE
        GARAGE COVERAGE FORM
        MOTOR CARRIER COVERAGE FORM
        TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

The following is added to the **Who Is An Insured** Provision:

An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in that "employee's" name, with your permission, while performing duties related to the conduct of your business.

**C. Changes In General Conditions**

Paragraph **5.b.** of the **Other Insurance** Condition in the Business Auto, Business Auto Physical Damage and Garage Coverage Forms. Paragraph **5.d.** of the **Other Insurance-Primary And Excess Insurance Provisions** Condition in the Truckers Coverage Form and Paragraph **5.f.** of the **Other Insurance Primary And Excess Insurance Provisions** in the Motor Carrier Form are replaced by the following:

For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

**1.** Any covered "auto" you lease, hire, rent or borrow; and

**2.** Any covered "auto" hired or rented by your "employee" under a contract in that individual "employee's" name, with your permission, while performing duties related to the conduct of your business.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

Copyright, Insurance Services Office, Inc., 2000

**CA 20 54** 10 01

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

WAIVER OF COLLISION DEDUCTIBLE - NOT AT FAULT ACCIDENT

This endorsement modifies insurance provided under the following:

    **BUSINESS AUTO COVERAGE FORM**
    **GARAGE COVERAGE FORM**
    **TRUCKERS COVERAGE FORM**
    **BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM**

The deductible amount shall not apply to loss caused by collision between your covered auto and another automobile, provided:

(a) The loss to the covered auto is greater than the deductible amount; and

(b) The owner or operator of such other automobile has been identified; and

(c) The owner or operator of such other automobile is legally liable for the loss to your covered auto; and

(d) There is a valid Property Damage Liability Insurance Policy applicable at the time of the accident with respect to the person or organization legally responsible for such loss to the covered auto.

**CA 70 07 10 87**

---

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYEES AS INSUREDS



This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The following is added to the **Section II- Liability Coverage,** Paragraph **A.1. Who Is An Insured** Provision:

Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.

Copyright, Insurance Services Office, Inc., 1998          **CA 99 33** 02 99



INLAND MARINE COVERAGE

 **WESTFIELD**®

COMMERCIAL INLAND MARINE
RENEWAL DECLARATIONS
SCHEDULE OF COVERAGE FORMS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL   32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy Period | From | 05/04/14 | at 12:01 A.M. Standard Time at your |
| | To | 05/04/15 | mailing address shown above. |

This policy contains the following Inland Marine Coverage Forms:

**Coverage Forms**                                                           **Premium**
Contractors' Equipment Coverage
Computer Coverage

---

**Total Advance Annual Inland Marine Premium**

---

**All Forms and Endorsements applicable to Inland Marine Coverages:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IL0255 | 0212*, | IL0175 | 0907*, | CM7090 | 0300*, | IL0952 | 0308*, | IM7206 | 0112*, |
| IM7201 | 1002*, | CL0700 | 1006*, | IM7234 | 0501*, | IM2021 | 0613*, | IM7005 | 0112*, |
| IM7000 | 0404*, | IM7017 | 0604*, | IM7039 | 0711*, | IM7902 | 0112*, | IM7854 | 0404*, |
| CM7162 | 0611*, | IM7034 | 0112*, | IM2019 | 0809*. | | | | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

    **2. Cancellation For Policies In Effect 90 Days Or Less**

      **a.** If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

        **(1)** 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

        **(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

          **(a)** A material misstatement or misrepresentation; or

          **(b)** A failure to comply with underwriting requirements established by the insurer.

      **b.** However, Paragraph **2.a.(2)** does not apply to a first Named Insured whose residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of written notice. Instead, refer to Paragraph **C.7.b.(4)** of this endorsement.

      **c.** We may not cancel:

        **(1)** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

        **(2)** On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole or clay shrinkage claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may cancel this policy if:

          **(a)** The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

          **(b)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

        **(3)** Soley on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**B.** Paragraph **(5)** of the **Cancellation** Common Policy Condition is replaced by the following:

    **(5)** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy. If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation Common Policy Condition:**

**7. Cancellation For Policies In Effect For More Than 90 Days**

**a.** If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** There has been a failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

**(4)** There has been a substantial change in the risk covered by the policy;

**(5)** The cancellation is for all insureds under such policies for a given class of insureds;

**(6)** On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**(7)** On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, or on the basis of the risk associated with the occurrence of such a claim, if:

**(a)** The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

**(b)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

**(8)** On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have

failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

**(9)** The cancellation or some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

**b.** If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if cancellation is for nonpayment of premium;

**(2)** 45 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(8)** above, and this policy does not cover a residential structure or its contents; or

**(b)** Cancellation is based on the reason stated in Paragraph **7.a.(9)** above;

**(3)** 100 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(8)** above; and

**(b)** This policy covers a residential structure or its contents, unless Paragraph **7.b.(4)** applies.

However, if cancellation is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation at least 100 days prior to the effective date of cancellation or by June 1, whichever is earlier. Therefore, when cancellation is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation by June 1; or

**(4)** 120 days before the effective date of cancellation if:

  **(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(8)** above; and

  **(b)** The first Named Insured's residential structure has been insured by us or an affiliated insurer for at least a five year period immediately prior to the date of the written notice.

**D.** The following is added:

**Nonrenewal**

**1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

  **a.** 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents, or if nonrenewal is for the reason stated in paragraph **D.5.**; or

  **b.** 100 days prior to the expiration of the policy if this policy covers a residential structure or its contents, unless c. applies.

  **c.** If this policy covers a residential structure or its contents and nonrenewal is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 100 days prior to the effective date of nonrenewal or by June 1, whichever is earlier. Therefore, when nonrenewal is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal by June 1. If nonrenewal is due to a revision to this policy's coverage for sinkhole losses or catastrophic ground cover collapse, pursuant to section 627.706 of the Florida Insurance Laws, then this subsection, **c.** does not apply. Therefore, in such a case, Subsection **b.** or **d.** applies.

  **d.** 120 days prior to the effective date of nonrenewal if the first Named Insured residential structure has been insured by us or an affiliated insurer for at least a five-year period imme-

diately prior to the date of the written notice.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** We may not refuse to renew this policy:

  **a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

  **b.** On the basis of filing of claims for sinkhole loss. However, we may refuse to renew this policy if:

   **(1)** The total of such property insurance claim payments for this policy equals or exceeds the policy limits in effect on the date of the loss for property damage to the building; or

   **(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

  **c.** Soley on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**4.** Nothwithstanding the provisions of Paragraph **D.3.**, we may refuse to renew this policy if this policy includes Sinkhole Loss coverage. If we nonrenew this policy for purposes of removing Sinkhole Loss coverage, pursuant to section 627.706 of the Florida Insurance Laws, we will offer you a policy that includes catastrophic ground cover collapse coverage.

**5.** Nothwithstanding the provisions of Paragraph **D.3.**, we may refuse to renew this policy if nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

**E.** **Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss - Residential Property**

1. The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

   **a.** Except as provided in Paragraph **E.1.b.**, we may not cancel or nonrenew the policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we elect to not renew the policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

   **b.** We may cancel or nonrenew the policy prior to restoration of the structure or its contents for any of the following reasons:

      **(1)** Nonpayment of premium;

      **(2)** Material misstatement of fraud related to the claim;

      **(3)** We determine that you have unreasonably caused a delay in the repair of the structure; or

      **(4)** We have paid the policy limits.

      If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph **b.(2)**, **b.(3)** or **b.(4)**, we will give you 45 days' notice.

2. With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

3. With respect to Paragraph **E.2.**, a hurricane is a storm system that has been declared to be a hurricane by the National Weather Service (hereafter referred to NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

       CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE POLICY
       COMMERCIAL INLAND MARINE COVERAGE PART
       COMMERCIAL PROPERTY COVERAGE PART
       EQUIPMENT BREAKDOWN COVERAGE PART
       FARM COVERAGE PART

The following replaces the second paragraph of the Legal Action Against Us condition:

LEGAL ACTION AGAINST US

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

Copyright, Insurance Services Office, Inc., 2006          **IL 01 75** 09 07



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> STANDARD PROPERTY POLICY

**A.  Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.**  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.**  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.  Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc., 2008                                    **IL 09 52  03 08**



POLICY NUMBER: CMM 0395871

POLICY PERIOD: FROM 05/04/2014 TO 05/04/2015

# COMPUTER COVERAGE
# SCHEDULE OF COVERAGES

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

## DESCRIBED PREMISES

| Loc.<br>No. | LOCATIONS |
|---|---|
| 001 | 108 E JACKSON ST<br>THOMASVILLE, GA 31792 |
| 002 | 1538 METROPOLITAN<br>TALLAHASSEE, FL 32309 |

Check if applicable:
{ } Attach Additional Locations Schedule to schedule more locations

## LOCATION LIMITS

| Loc<br>No. | "Hardware" | "Programs and Applications"<br>and<br>"Media" | Income Coverage |
|---|---|---|---|
| 001 | $  25,000 | $  25,000 | N/A |
| 002 | $  10,000 | $  10,000 | N/A |

**Income Coverage Options** (check one)

- { } Earnings and Extra Expense
- { } Extra Expense only
- {X} Income Coverage Not Provided

| COVERAGE EXTENSIONS | "Limits" |
|---|---|
| Additional Debris Removal Expenses | $  5,000 |
| Emergency Removal | 365  days |
| Emergency Removal Expenses | $  1,000 |
| Electrical and Power Supply Disturbance | Coverage Provided |

- 500 Feet Limitation (check one)

{X} Not Waived

{ } Waived

| | |
|---|---|
| Fraud and Deceit | $  2,500 |
| Mechanical Breakdown Coverage | Coverage Provided |

Copyright, American Association of Insurance Services, Inc., 2012

**SUPPLEMENTAL COVERAGES**

| | | |
|---|---|---|
| Acquired Locations | $ | 500,000 |

**Earthquake Coverage (check one)**

- -{X} Coverage Provided
- -{ } Coverage Not Provided
- -{ } Refer To Earthquake, Flood and
      Sewer Backup Endorsement

**Flood Coverage (check one)**

- -{X} Coverage Provided
- -{ } Coverage Not Provided
- -{ } Refer To Earthquake, Flood and
      Sewer Backup Endorsement

| | | |
|---|---|---|
| Newly Purchased or Leased Hardware | $ | 500,000 |
| Off-Site Computers | $ | 5,000 |
| Pollutant Cleanup and Removal | $ | 10,000 |
| Property In Transit | $ | 35,000 |
| Proprietary Programs and Data Records | $ | 5,000 |
| Rewards | $ | 2,500 |

**Sewer Backup (check one)**

- -{ } Coverage Provided
- -{X} Coverage Not Provided
- -{ } Refer To Earthquake, Flood and
      Sewer Backup Endorsement

| | | |
|---|---|---|
| Software Storage | $ | 25,000 |

**Virus and Hacking Coverage**

| | | |
|---|---|---|
| -   Limit Any One Occurrence | $ | 5,000 |
| -   Limit Each Separate 12 month Period | $ | 10,000 |

**INCOME COVERAGE EXTENSIONS**

| | |
|---|---|
| Interruption by Civil Authority | N/A |
| Period of Loss Extension | N/A |

**SUPPLEMENTAL INCOME COVERAGES**

| | | |
|---|---|---|
| Acquired Locations | $ | N/A |

**Earthquake Coverage (check one)**

- -{ } Coverage Provided
- -{ } Coverage Not Provided
- -{ } Refer To Earthquake, Flood and
      Sewer Backup Endorsement

**Flood Coverage (check one)**

- -{ } Coverage Provided

Copyright, American Association of Insurance Services, Inc., 2012

SUPPLEMENTAL INCOME COVERAGES (cont.)                    Limits

-{ } Coverage Not Provided

-{ } Refer To Earthquake, Flood and

      Sewer Backup Endorsement

Off Premises Utility Service Interruption

-   Limit                                        $  N/A

-   { } Overhead Transmission Lines Excluded
     (check if applicable)

-   Waiting Period

Property In Transit                               $  N/A

Sewer Backup (check one)

-{ } Coverage Provided

-{ } Coverage Not Provided

-{ } Refer To Earthquake, Flood and

      Sewer Backup Endorsement

Virus and Hacking Coverage

-   Limit Any One Occurrence            $  N/A

-   Limit Each Separate 12 month Period $  N/A

-   Waiting Period

**DEDUCTIBLE**

                              Deductible Amount

For all covered perils unless a

different deductible is indicated below      $      500

Earthquake and Volcanic Eruption             $      500

"Flood"                                      $      500

"Mechanical Breakdown", "Electrical

Disturbance", and "Power Supply Disturbance"  $    1,000

**COINSURANCE**

"Hardware", "Media", and "Programs and Applications"

{ }     Not Applicable

{X}     100%{ }     90%{ }     80%{X}     Other     %{ }

Income Coverage

{X}     Not Applicable

{ }     100%{ }     90%{ }     80%{ }     Other     %{ }

**COVERAGE OPTION**

Valuation (check one)

{ } Actual Cash Value Applies

{X} Replacement Cost

Income Coverage Waiting Period (check one)

{X} Not Applicable

Copyright, American Association of Insurance Services, Inc., 2012

{ } Waiting Period                              Hours

**ADDITIONAL INFORMATION**

IM7206   0112*, IM7201   1002*, CL0700   1006*, IM7234   0501*, IM2021   0613*,
IM2019   0809*.

Copyright, American Association of Insurance Services, Inc., 2012

# COMPUTER COVERAGE

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Computer Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the "schedule of coverages".

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Business" means the usual business operations occurring at a premises described on the "schedule of coverages".

4. "Computer hacking" means an unauthorized intrusion:

   a. by an individual or group of individuals, whether employed by "you" or not, into "hardware", "software", or a computer network; and

   b. that results in but is not limited to:

      (1) deletion, destruction, generation, or modification of "software";

      (2) alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

      (3) observation, scanning, or copying of "data records", "programs and applications", and "proprietary programs";

      (4) damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

      (5) denial of access to or denial of services from "your" "hardware" or "your" computer network.

5. "Computer virus" means the introduction of any malicious, self-replicating electronic data processing code or other code:

   a. into "hardware" or "software"; and

   b. that is intended to result in, but is not limited to:

      (1) deletion, destruction, generation, or modification of "software";

      (2) alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

      (3) damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

      (4) denial of access to or denial of services from "your" "hardware" or "your" computer network.

6. "Data records" means files, documents, and information in an electronic format and that are stored on "media".

7. "Electrical disturbance" means electrical or magnetic damage, disturbance of electronic recordings, or erasure of electronic recordings.

8. "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water, all whether driven by wind or not. This includes spray that results from these whether driven by wind or not.

9. "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results.

   a. **Hardware Includes** - "Hardware" includes but is not limited to:

      (1) mainframe and mid-range computers and network servers;

      (2) personal computers and workstations;

      (3) laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and

      (4) peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.



Copyright, American Association of
Insurance Services, Inc., 2002

**b.   Hardware Does Not Include** - "Hardware" does not include:

   **(1)**   "software"; and

   **(2)**   "off-site server" and "on-site server".

10.   "Limit" means the amount of coverage that applies.

11.   "Mechanical breakdown" means the malfunction or failure of moving or electronic parts, component failure, faulty installation, or blowout.

12.   "Media" means processing, recording, or storage media used with "hardware". This includes but is not limited to films, tapes, cards, discs, drums, cartridges, or cells.

13.   "Off-site server" means a server for "your" Web site:

   **a.**   that is not at a premises described on the "schedule of coverages"; and

   **b.**   that is being maintained and/or operated by an independent contractor acting as "your" Web host or "your" Internet service provider that is acting as "your" Web host.

14.   "On-site server" means a server for "your" Web site":

   **a.**   that is at a premises occupied by "you" and described on the "schedule of coverages"; and

   **b.**   that is being maintained and/or operated by "you" or an independent contractor acting as "your" Web site consultant.

15.   "Pollutant" means:

   **a.**   any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including but not limited to acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

   **b.**   electrical or magnetic emissions, whether visible or invisible, and sound emissions.

16.   "Power supply disturbance" means interruption of power supply, power surge, blackout, or brownout.

17.   "Programs and applications" means operating programs and applications that "you" purchase and that are:

   **a.**   stored on "media"; or

   **b.**   pre-installed and stored in "hardware".

18.   "Proprietary programs" means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are:

   **a.**   stored on "media"; or

   **b.**   installed and stored in "hardware".

19.   "Restoration period" means:

   **a.**   the time it should reasonably take to resume "your" "business" to a similar level of service starting from the date of a physical loss of or damage to covered property at a premises described on the "schedule of coverages" that is caused by a covered peril and ending on the date:

      **(1)**   the property should be rebuilt, repaired, or replaced; or

      **(2)**   "business" is resumed at a new permanent location.

      This is not limited by the expiration date of the policy.

   **b.**   The "restoration period" also means the increased time required to comply with the enforcement of any ordinance, law, or decree that:

      **(1)**   regulates the construction, use, or repair of any property; or

      **(2)**   requires the demolition of any property, in part or in whole, not damaged by a covered peril.

      The ordinance, law, or decree must be in force at the time of loss.

      "Restoration period" does not mean the increased time required to comply with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants".

   **c.**   Only as regards coverage described under Off Premises Utility Service Interruption; Interruption of Web Site (if added to this coverage part by endorsement); and Property In Transit in the Supplemental Income Coverages, "restoration period" also means the time it should reasonably take to resume "your" "business" starting from the date of direct physical loss of or damage caused by a covered peril to:

      **(1)**   property not located at a premises described on the "schedule of coverages" and that is owned by a utility, a landlord, or another utility supplier;

      **(2)**   "your" Web site operation that is being maintained or operated by and that is located at the premises of an independent contractor or Internet service provider; and

(3)  property in transit;

and ending on the date the property should be rebuilt, repaired, or replaced. This is not limited by the expiration date of the policy.

20.  "Schedule of coverages" means:

   **a.**  all pages labeled schedule of coverages or schedules which pertain to this coverage; and

   **b.**  declarations or supplemental declarations which pertain to this coverage.

21.  "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation.

Sinkhole collapse does not include the value of the land or the cost of filling sinkholes.

22.  "Software" means "media", "data records", "programs and applications", and "proprietary programs".

Software does not mean "Web site software".

23.  "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to:

   **a.**  personal property in the open; or

   **b.**  to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

24.  "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

25.  "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

26.  "Web site server" means "on-site server" and "off-site server".

27.  "Web site software" means the following software that are used in "your" "Web site server":

   **a.**  "media";

   **b.**  "data records";

   **c.**  programs and applications which means operating programs and applications that "you" purchase and that are stored on "media" or pre-installed and stored in "Web site servers"; and

   **d.**  proprietary programs which means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are stored on "media" or installed and stored in "Web site servers".

**PROPERTY COVERED**

"We" cover the following property unless the property is excluded or subject to limitations.

1.  **Hardware**

   **a.**  **Coverage** - "We" cover direct physical loss caused by a covered peril to "hardware" and similar property of others that is in "your" care, custody, or control.

   **b.**  **Coverage Limitations** - "We" only cover "hardware" and similar property of others:

     **(1)**  when a "limit" for "hardware" is indicated on the "schedule of coverages"; and

     **(2)**  while at a premises described on the "schedule of coverages".

2.  **Software**

   **a.**  **Coverage** - "We" cover direct physical loss caused by a covered peril to:

     **(1)**  "media";

     **(2)**  "programs and applications"; and

similar property of others that is in "your" care, custody, or control.

   **b.**  **Coverage Limitations** - "We" only cover "media", "programs and applications", and similar property of others:

     **(1)**  when a "limit" for "media" and "programs and applications" is indicated on the "schedule of coverages"; and

     **(2)**  while at a premises described on the "schedule of coverages".

   **c.**  **We Do Not Cover** - Except as provided under Supplemental Coverages, "we" do not cover:

     **(1)**  "data records"; and

     **(2)**  "proprietary programs".

## INCOME COVERAGE

"We" provide the following coverage unless the coverage is excluded or subject to limitations.

1. **Coverage Options** - One of the following described coverage options applies when that option is indicated on the "schedule of coverages":

   **a.** Earnings and Extra Expense; or

   **b.** Extra Expense only.

2. **Coverage**

   **a. Covered Property** - "We" provide the coverages described below during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted by direct physical loss of or damage to covered property at a premises described on the "schedule of coverages" as a result of a covered peril.

   **b. Described Premises and Air Conditioning System** - "We" provide the coverages described below under 3. and 4. during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted as a result of direct physical loss of or damage to:

      **(1)** a premises described on the "schedule of coverages" that prevents "you" from using covered property; or

      **(2)** the air conditioning or electrical systems which are necessary for the operation of covered property and results in a reduction or suspension of "your" "business".

   **c. If You Lease Your Premises** - If "you" lease, rent, or do not own the premises "you" occupy, for the purposes of determining an Income Coverage loss, "your" location is the space that "you" lease, rent, or occupy including, but not limited to, all passageways to "your" location within the building.

3. **Earnings** - "We" cover "your" actual loss of net income (net profit or loss before income taxes) that would have been earned or incurred and continuing operating expenses normally incurred by "your" "business", including but not limited to payroll expense.

4. **Extra Expense** - "We" cover only the extra expenses that are necessary during the "restoration period" that "you" would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a covered peril.

   **a. Expenses To Reduce Interruption** - "We" cover any extra expense to avoid or reduce the interruption of "your" data processing operations and continue operating at a premises described on the "schedule of coverages", replacement location, or a temporary location. This includes expenses to relocate and costs to outfit and operate a replacement or temporary location.

   "We" will also cover any extra expense to reduce the interruption of "business" if it is not possible for "you" to continue operating during the "restoration period".

   **b. Expenses To Repair/Restore Property and Information** - To the extent that they reduce a loss otherwise payable under this coverage, "we" will cover any extra expenses to:

      **(1)** repair, replace, or restore any property; and

      **(2)** research, replace, or restore information on damaged documents, manuscripts, or records that:

         **(a)** are inscribed, printed, or written; or

         **(b)** exist on electronic or magnetic media.

## PROPERTY NOT COVERED

1. **Accounts, Bills, or Documents** - "We" do not cover accounts, bills, evidences of debt, records, abstracts, deeds, manuscripts, program documentation, or other documents except those that are in "software" form and then only in that form.

2. **Checked Luggage** - "We" do not cover loss resulting from theft or disappearance of a laptop, palmtop, notebook PC, or any portable computer while in transit as checked luggage.

3. **Contraband** - "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Loaned, Leased, or Rented To Others** - "We" do not cover property that "you" loan, lease, or rent to others.

5. **Money and Securities** - "We" do not cover currency, food stamps, lottery tickets not held for sale, money, notes, or securities.

6. **Stock in Trade** - "We" do not cover property that is "your" stock in trade.

7. **Web Site Servers** - "We" do not cover "Web site servers" including "Web site software".

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** - The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1. **Debris Removal**

   a. **Coverage** - "We" pay the cost to remove debris of covered property that is caused by a covered peril.

   b. **We Do Not Cover** - This coverage does not include costs to:

      (1) extract "pollutants" from land or water; or

      (2) remove, restore, or replace polluted land or water.

   c. **Limit** - "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

   d. **Additional Limit** - "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

   e. **You Must Report Your Expenses** - "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

2. **Electrical and Power Supply Disturbance**

   a. **Coverage** - "We" cover direct physical loss to covered property caused by:

      (1) "electrical disturbance"; or

      (2) "power supply disturbance".

   b. **Coverage Limitation** - "We" only cover loss caused by "electrical disturbance" and "power supply disturbance" if the cause of such disturbance took place within 500 feet of the premises where the loss occurred.

      However, if the "schedule of coverages" indicates that there is no limitation, then the 500 feet limitation described above does not apply to this Coverage Extension.

3. **Emergency Removal**

   a. **Coverage** - "We" pay for any direct physical loss to covered property while it is being moved or being stored to prevent a loss caused by a covered peril.

   b. **Time Limitation** - This coverage applies for up to 365 days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

4. **Emergency Removal Expenses**

   a. **Coverage** - "We" pay for "your" expenses to move or store covered property to prevent a loss caused by a covered peril.

   b. **Time Limitation** - This coverage applies for up to 365 days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

   c. **Limit** - The most "we" pay in any one occurrence for expenses to move or store covered property to prevent a loss is $1,000.

   d. **This Is A Separate Limit** - The "limit" for Emergency Removal Expenses is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

5. **Fraud and Deceit**

   a. **Coverage** - "We" cover theft of covered property when "you", "your" agents, customers, or consignees are fraudulently induced to part with the covered property:

      (1) to persons who falsely represent themselves as the proper persons to receive the property; or

      (2) by the acceptance of fraudulent bills of lading or shipping receipts.

   b. **Limit** - The most "we" pay in any one occurrence for theft of covered property under this Coverage Extension is $1,000.

6. **Mechanical Breakdown Coverage** - "We" pay for loss to covered property caused by "mechanical breakdown".

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** - The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

**a.** is the only "limit" available for the described coverage; and

**b.** is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1. **Acquired Locations**

   **a.** **Coverage** - "We" cover direct physical loss caused by a covered peril to covered property at locations that "you" acquire during the policy period.

   **b.** **Limit** - "We" pay up to $250,000 for covered property at locations that "you" acquire.

   **c.** **Time Limitation** - This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first.

   However, this coverage does not go beyond the end of the policy period.

   **d.** **Additional Premium** - "You" must pay any additional premium due from the date "you" acquire the location.

2. **Earthquake Coverage** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by earthquake and volcanic eruption to covered property while at a premises described on the "schedule of coverages".

3. **Flood Coverage** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by "flood" to covered property while at a premises described on the "schedule of coverages".

4. **Newly Purchased or Leased Hardware**

   **a.** **Coverage** - "We" cover direct physical loss caused by a covered peril to additional "hardware" including pre-installed "programs and applications" that "you" purchase or lease during the policy period.

   **b.** **Limit** - The most that "we" pay for any loss under this additional coverage is the least of:

   **(1)** the actual cash value of the covered property; or

   **(2)** $250,000.

   **c.** **Time Limitation** - "We" extend coverage to the additional "hardware" that "you" purchase or lease for up to 60 days.

   This supplemental coverage will end when any of the following first occur:

   **(1)** this policy expires;

   **(2)** 60 days after "you" obtain the additional "hardware"; or

   **(3)** "you" report the additional "hardware" to "us".

   **d.** **Additional Premium** - "You" must pay any additional premium due from the date "you" purchase or lease the additional "hardware".

5. **Off-Site Computers**

   **a.** **Coverage** - "We" cover direct physical loss caused by a covered peril to covered property in the custody of "you", "your" officers, "your" partners, or "your" employees, while:

   **(1)** at "your" residence or the residence of "your" officers, partners, or employees;

   **(2)** temporarily at a premises that is not described on the "schedule of coverages"; or

   **(3)** in transit between a:

   **(a)** residence or temporary premises; and

   **(b)** premises described on the "schedule of coverages".

   **b.** **Limit** - The most "we" pay in any one occurrence for loss to off-site covered property is $2,500.

**6.   Pollutant Cleanup and Removal**

    **a.   Coverage** - "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

    **b.   Time Limitation** - The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

    **c.   We Do Not Cover** - "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

    However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

    **d.   Limit** - The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

**7.   Property In Transit**

    **a.   Coverage** - "We" cover direct physical loss to covered property caused by a covered peril while in transit.

    **b.   Limit** - The most "we" pay in any one occurrence for loss to covered property in transit is $5,000.

**8.   Proprietary Programs and Data Records**

    **a.   Coverage** - "We" cover the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes on lost or damaged "data records" and "proprietary programs" and similar property of others that is in "your" care, custody, or control.

    **b.   Coverage Limitations** - "We" only cover "data records", "proprietary programs", and similar property of others:

        **(1)**   while at a premises described on the "schedule of coverages"; and

        **(2)**   if the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes are incurred due to a direct physical loss caused by a covered peril to "data records" and "proprietary programs".

    **c.   Limit** - The most "we" pay in any one occurrence for "data records" and "proprietary programs" is $5,000.

**9.   Rewards**

    **a.   Coverage** - "We" pay for reward information that leads to a conviction for:

        **(1)**   arson,

        **(2)**   theft, or

        **(3)**   vandalism including, but not limited to, "computer hacking" and "computer virus".

    The conviction must involve a covered loss caused by arson, theft, or vandalism.

    **b.   Limit** - The most "we" pay in any one occurrence for reward information is $1,000.

    **c.   Limit Is Not Increased By The Number of Persons Providing Information** - The amount "we" pay is not increased by the number of persons involved in providing the information.

**10.  Sewer Backup and Water Below the Surface** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by:

    **a.**   water that backs up through a sewer or drain; or

    **b.**   water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.

**11.  Software Storage**

    **a.   Coverage** - "We" cover direct physical loss caused by a covered peril to duplicate and back-up "software" stored at a "software" storage location.

    **b.   Coverage Condition** - Each "software" storage location must be in a separate building which is at least 100 feet away from a premises described on the "schedule of coverages".

    **c.   Limit** - The most "we" pay in any one occurrence for loss to duplicate and back-up "software" is $25,000.

**12.  Virus and Hacking Coverage**

    **a.   Coverage** - "We" cover direct physical loss to covered "hardware" and "software" caused by a "computer virus" or by "computer hacking".

    **b.   We Do Not Cover** - "We" do not cover:

        **(1)**   loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

        **(2)**   loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

**(3)** theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "hardware" or "your" computer network without any alteration or other physical loss or damage to the records or programs. Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets; and

**(4)** except as provided under the Supplemental Income Coverages, denial of access to or services from "your" "hardware" or "your" computer network.

**c.** **Limit** - The most "we" pay in any one occurrence under this Supplemental Coverage is $5,000.

The most "we" pay for all covered losses under this Supplemental Coverage during each separate 12-month period of this policy is $10,000.

## INCOME COVERAGE EXTENSIONS

**Provisions That Apply To Income Coverage Extensions** - The following Income Coverage Extensions indicate an applicable "limit" or limitation. This "limit" or limitation may also be shown on the "schedule of coverages".

If a different "limit" or limitation is indicated on the "schedule of coverages", that "limit" or limitation will apply instead of the "limit" or limitation shown below.

The following Income Coverage Extensions are part of and not in addition to the applicable Income Coverage "limit".

**1.** **Interruption by Civil Authority**

**a.** **Coverage** - "We" extend "your" coverage for earnings and extra expense to include loss sustained while access to premises described on the "schedule of coverages" is specifically denied by an order of civil authority.

**b.** **Coverage Limitation** - The order of civil authority must be a result of direct physical loss of or damage to property, other than at a premises described on the "schedule of coverages" and must be caused by a covered peril.

**c.** **Time Limitation** - Unless otherwise indicated on the "schedule of coverages", this coverage extension is limited to 30 consecutive days from the date of the order.

**2.** **Period of Loss Extension After Business Resumes**

**a.** **Coverage** - "We" extend "your" coverage for earnings to cover loss from the date the covered property that incurred the loss is rebuilt, repaired, or replaced and "your" data processing operations are resumed until:

**(1)** the end of 30 consecutive days (unless otherwise indicated on the "schedule of coverages"); or

**(2)** the date "you" could reasonably resume "your" "business" to the conditions that would generate the earnings amount that would have existed had no loss or damage occurred,

whichever is earlier.

**b.** **Coverage Limitation** - Loss of earnings must be caused by direct physical loss of or damage to property at a premises described on the "schedule of coverages" as a result of a covered peril.

## SUPPLEMENTAL INCOME COVERAGES

**Provisions That Apply To Supplemental Income Coverages** - Unless otherwise indicated, the following Supplemental Income Coverages apply separately to each premises described on the "schedule of coverages".

The following Supplemental Income Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

Unless otherwise indicated, a "limit" for a Supplemental Income Coverage provided below is separate from, and not part of, the applicable Income Coverage "limit". The "limit" available for coverage described under a Supplemental Income Coverage:

**a.** is the only "limit" available for the described coverage; and

**b.** is not the sum of the "limit" indicated for a Supplemental Income Coverage and the Income Coverage "limit".

The "limit" provided under a Supplemental Income Coverage cannot be combined or added to the "limit" for any other Supplemental Income Coverage or Income Coverage Extension.

**1.** **Acquired Locations**

**a.** **Coverage** - "We" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property while at locations that "you" acquire during the policy period.

**b.** **Time Limitation** - This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first.

However, this coverage does not go beyond the end of the policy period.

**c.** **Additional Premium** - "You" must pay any additional premium due from the date "you" acquire the location.

**d.** **Limit** - The most "we" pay in any one occurrence for loss of earnings and incurred extra expense at each newly acquired location is $25,000.

**2.** **Earthquake Coverage** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by earthquake and volcanic eruption to covered property while at a premises described on the "schedule of coverages".

**3.** **Flood Coverage** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by "flood" to covered property while at a premises described on the "schedule of coverages".

**4.** **Off Premises Utility Service Interruption**

**a.** **Coverage** - Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses that "you" incur during the "restoration period" when "your" data processing operations are interrupted due to the interruption of an off premises utility services when the interruption is a result of direct physical loss or damage by a covered peril to property that is not located at a premises described on the "schedule of coverages" and that is owned by a utility, a landlord, or another supplier who provides "you" with:



**(1)** power, gas;

**(2)** telecommunications, including but not limited to Internet access; or

**(3)** water.

**b.** **Overhead Transmission Lines Exclusion** - If the "schedule of coverages" indicates that overhead transmission lines are excluded, coverage under this extension does not include loss to overhead transmission lines that deliver utility service to "you". Overhead transmission lines include, but are not limited to:

**(1)** overhead transmission and distribution lines;

**(2)** overhead transformers and similar equipment; and

**(3)** supporting poles and towers.

**c.** **Waiting Period Limitation** - Unless otherwise indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 24

hours following the direct physical loss of or damage to the property owned by a utility, a landlord, or another supplier. This waiting period does not apply to extra expenses that "you" incur.

**d.** **Limit** - The most "we" pay in any one occurrence under this Supplemental Income Coverage is $10,000.

**5.** **Property In Transit**

**a.** **Coverage** - Coverage for earnings is extended to loss of earnings during the "restoration period" when "your" "business" is interrupted as a result of a direct physical loss, caused by a covered peril, to covered property in transit.

**b.** **Limit** - The most "we" pay in any one occurrence under this Supplemental Income Coverage is $5,000.

**6.** **Sewer Backup and Water Below the Surface** - If coverage is indicated on the "schedule of coverages", "we" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property caused by:

**a.** water that backs up through a sewer or drain; or

**b.** water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.

**7.** **Virus and Hacking Coverage**

**a.** **Coverage** - Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses caused by a "computer virus" or by "computer hacking" that results in:

**(1)** direct physical loss or damage to covered "software" and "hardware"; or

**(2)** denial of access to or services from "your" "hardware" or "your" computer network.

**b.** **We Do Not Cover** - "We" do not cover loss of earnings or extra expenses under this Supplemental Income Coverage that results from:

**(1)** loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

**(2)** loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

**(3)** theft from "your" data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "hardware" or "your" computer network without any alteration or other physical loss or damage to the records or programs.

Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets.

**c.** **Waiting Period Limitation** - Unless otherwise indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 24 hours following the direct physical loss of or damage to "your" data processing operations. This waiting period does not apply to extra expenses that "you" incur.

**d.** **Limit** - The most "we" pay in any one occurrence under this Supplemental Income Coverage is $5,000.

The most "we" pay for all covered losses under this Supplemental Income Coverage during each 12-month period of this policy is $15,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

**1.** "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

**a.** **Civil Authority** - "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

**b.** **Earth Movement** - Except as provided under Supplemental Coverages - Earthquake Coverage, "we" do not pay for loss caused by any earth movement (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano. Earth movement includes, but is not limited to: earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting of earth.

"We" do cover direct loss by fire, explosion, or "volcanic action" resulting from either earth movement or eruption, explosion, or effusion of a volcano.

**c.** **Flood** - Except as provided under Supplemental Coverages - Flood Coverage, "we" do not pay for loss caused by "flood". However, "we" do cover the resulting loss if fire, explosion, or sprinkler leakage results.

**d.** **Nuclear Hazard** - "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

**e.** **Sewer Backup and Water Below the Surface** - Except as provided under Supplemental Coverages - Sewer Backup and Water Below the Surface, "we" do not pay for loss caused by or resulting from:

**(1)** water that backs up through a sewer or drain; or

**(2)** water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a building or structure.

But if sewer backup and water below the surface results in fire, explosion, or sprinkler leakage, "we" cover the loss or damage caused by that fire, explosion, or sprinkler leakage.

**f.** **War And Military Action** - "We" do not pay for loss caused by:

**(1)** war, including undeclared war or civil war; or

**(2)** a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**(3)** insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2.  "We" do not pay for loss or damage that is caused by or results from one or more of the following:

    a.  **Computer Virus or Computer Hacking** - Except as provided under Supplemental Coverages - Virus and Hacking Coverage and Supplemental Income Coverages - Virus and Hacking Coverage, "we" do not pay for:

        (1)  any direct or indirect loss or damage; or

        (2)  loss of access, loss of use, or loss of functionality

        caused by a "computer virus" or by "computer hacking".

    b.  **Criminal, Fraudulent, or Dishonest Acts** - "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

        (1)  "you";

        (2)  others who have an interest in the property;

        (3)  others to whom "you" entrust the property;

        (4)  "your" partners, officers, directors, trustees, or joint adventurers; or

        (5)  the employees or agents of (1), (2), (3), or (4) above, whether or not they are at work.

        This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

        This exclusion does not apply to covered property in the custody of a carrier for hire.

    c.  **Electrical and Power Supply Disturbance** - "We" do not pay for loss caused by "electrical disturbance" or "power supply disturbance" if the cause of such disturbance took place more than 500 feet from the premises where the loss occurred.

        However, if disturbance coverage beyond 500 feet is indicated on the "schedule of coverages", then the Electrical and Power Supply Disturbance exclusion described above is deleted.

    d.  **Loss of Use** - "We" do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

        This exclusion does not apply to the coverages described under Income Coverages, Income Coverage Extensions, and Supplemental Income Coverages.

    e.  **Pollutants** - "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril". "We" do pay for any resulting loss caused by a "specified peril".

    f.  **Temperature/Humidity** - Except as provided under Utility Interruption, "we" do not pay for loss to covered property caused by:

        (1)  dryness, dampness, humidity; or

        (2)  changes in or extremes of temperature.

        However, "we" do pay for loss to covered property that results from a direct physical loss, caused by a covered peril, to the air conditioning system that services covered "hardware".

    g.  **Voluntary Parting** - Except as provided under Coverage Extensions - Fraud and Deceit, "we" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

3.  "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss. But if loss by a covered peril results, "we" will pay for the resulting loss.

    a.  **Contamination, Deterioration, Rust, or Corrosion** - "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

        This exclusion does not apply to loss caused by "mechanical breakdown".

    b.  **Wear and Tear or Obsolescence** - "We" do not pay for loss caused by wear and tear, depreciation, or obsolescence.

4.  "We" do not pay for loss of earnings or extra expenses, as described under Income Coverage, caused by or resulting from one or more of the following:

    a.  **Error or Omission In Programming** - "We" do not pay for extra expense caused by an error or omission in programming or incorrect instructions to "hardware".

    b.  **Leases, Licenses, Contracts, or Orders** - "We" do not cover any increase in loss due to the suspension, lapse, or cancellation of leases, licenses, contracts, or orders.



However, "we" do cover loss during the "restoration period" if the suspension, lapse, or cancellation results directly from the interruption of "your" "business".

"We" do not cover any extra expense caused by the suspension, lapse, or cancellation of leases, licenses, contracts, or orders beyond the "restoration period".

**c. Strikes, Protests, and Other Interference** - "We" do not cover any increase in loss due to interference by strikers or other persons at a premises described on the "schedule of coverages". This applies to interference with rebuilding, repairing, or replacing the property or with resuming "your" "business".

**d. Utility Failure** - Except as provided under Supplemental Income Coverages - Off Premises Utility Service Interruption, "we" do not pay for loss caused by or resulting from the failure of a utility to supply electrical power or other utility service to a described premises, if the failure takes place away from the described premises. "We" do not pay for loss caused by or resulting from the failure of a utility to supply service regardless of the cause of failure.

**e. Interruption of Web Site** - "We" do not pay for loss caused by or resulting from the interruption of "your" Web site. "We" do not pay for loss caused by or resulting from the interruption of "your" Web site regardless of the cause of the interruption.

**WHAT MUST BE DONE IN CASE OF LOSS**

1. **Notice** - In case of a loss, "you" must:

   **a.** give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   **b.** give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** - "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   **a. Payment of Reasonable Costs** - "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused

a loss to covered property. "You" must keep an accurate record of such costs.

   **b. We Do Not Pay** - "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit".

3. **Proof of Loss** - "You" must send "us" within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   **a.** the time, place, and circumstances of the loss;

   **b.** other policies of insurance that may cover the loss;

   **c.** "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   **d.** changes in title of the covered property during the policy period; and

   **e.** estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Intent To Continue Business - Income Coverage** - If "you" intend to continue "your" "business", "you" must resume all or part of "your" "business" as soon as possible.

5. **Examination** - "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

6. **Records** - "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

7. **Damaged Property** - "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

8. **Volunteer Payments** - "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

9. **Abandonment** - "You" may not abandon the property to "us" without "our" written consent.

10. **Cooperation** - "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

**1. Hardware** - The following is the value of "hardware":

**a. Replacement Cost** - The value of "hardware" will be based on replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

**(1) Replacement Cost Limitation** - The replacement cost is limited to the cost of repair or replacement with similar materials on the same site and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

**(2) Replacement Cost Does Not Apply Until Repair Or Replacement** - Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

**(3) Time Limitation** - "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

**b. Actual Cash Value** - When Actual Cash Value is indicated on the "schedule of coverages", the value of "hardware" will be based on the actual cash value at the time of the loss with a deduction for depreciation.

**2. Software** - The following is the value of "software".

**a. Programs and Applications**

**(1) Cost To Reinstall** - The value of "programs and applications" will be based on the cost to reinstall the "programs or applications" from the licensed discs that were originally used to install the programs or applications.

**(2) If The Original Discs Are Lost** - If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".

**b. Proprietary Programs**

**(1) Cost of Reproduction** - The value of "proprietary programs" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

**(2) If Duplicate Copies Do Not Exist** - If duplicate copies do not exist, the value of "proprietary programs" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost "proprietary programs".

**c. Data Records**

**(1) Cost of Reproduction** - The value of "data records" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

**(2) If Duplicate Copies Do Not Exist** - If duplicate copies do not exist, the value of "data records" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost files, documents, and records.

**d. Media** - The value of "media" will be based on the cost to repair or replace the "media" with material of the same kind or quality.

**3. Pair Or Set**

**a. Reasonable Proportion of Value** - The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

**b. Provision Does Not Apply To Software** - The Pair or Set provision does not apply to "software" that comes in sets. If part of a "software" set cannot be replaced, the loss is considered a total loss of the set.

**4. Loss To Parts** - The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

**5. Earnings**

**a. Determining An Earnings Loss** - In determining an earnings loss "we" consider:

**(1)** the experience of "your" "business" before the loss and the probable experience during the time of interruption had no loss occurred;

**(2)** "your" continuing operating expenses normally incurred by "your" "business", including, but not limited to, payroll expense necessary to resume "business" to a similar level of service that existed before the occurrence of direct physical loss or damage; and

**(3)** pertinent sources of information and reports including:

**(a)** "your" accounting procedures and financial records;

**(b)** bills, invoices, and other vouchers;

**(c)** contracts, deeds, and liens;

**(d)** reports on feasibility and status; and

**(e)** records documenting "your" budget and marketing objectives and results.

**b.** **Conditions For Non-Payment of Increased Loss** - "We" do not pay for any increase in loss due to "your" failure to use reasonable efforts to resume all or part of "your" "business". This includes making use of other locations and property to reduce the loss.

**c.** **Loss Payment If You Do Not Resume Your Business** - If "your" "business" is not resumed as soon as possible, or if it is not resumed at all, the value of loss payment is based on the period of time it would have otherwise taken to resume "your" "business" as soon as possible.

**6.** **Extra Expense** - In determining extra expenses that "you" have incurred, "we" consider the salvage value of any property bought for temporary use during the "restoration period" and it will be deducted from the amount of loss determined for extra expense.

**HOW MUCH WE PAY**

**1.** **Insurable Interest** - "We" do not cover more than "your" insurable interest in any property.

**2.** **Earthquake Period** - All earthquakes or volcanic eruptions that occur within a 168-hour period will be considered a single event. This 168-hour period is not limited by the policy expiration.

**3.** **Deductible** - "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

The deductible may be shown as either an amount or a percentage. When shown as a percentage, the deductible is that percentage of the value of the covered property at the time of the loss.

**4.** **Loss Settlement Terms** - Subject to paragraphs 1., 2., 3., 5., 6., 7., 8., 9., and 10. under How Much We Pay, "we" pay the lesser of:

**a.** the amount determined under Valuation;

**b.** the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

**c.** the "limit" that applies to the covered property.

**5.** **Coinsurance, Hardware, and Software**

**a.** **When Coinsurance Applies** - "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

**b.** **How We Determine Our Part of The Loss** - "Our" part of the loss is determined using the following steps:

**(1)** multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;

**(2)** divide the "limit" for covered property by the result determined in 5.a. above;

**(3)** multiply the total amount of loss, after the application of any deductible, by the result determined in 5.b. above.

The most "we" pay is the amount determined in 5.c. above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

**c.** **If There Is More Than One Limit** - If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

**d.** **If There Is Only One Limit** - If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

**e.** **When Coinsurance Does Not Apply** - Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of "coverages".

**6.** **Coinsurance, Income Coverage Part**

**a.** **When Coinsurance Applies** - "We" pay only a part of the loss if the "limit" is less than the coinsurance percentage multiplied by the sum of:

**(1)** "your" net income (net profit or loss before income taxes); and

**(2)** continuing operating expenses

projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy (whichever is later), normally earned by "your" "business".

**b.** **How We Determine Our Part of The Loss** - "Our" part of the loss is determined using the following steps:

  **(1)** multiply the coinsurance percentage by the sum of "your" net income and continuing operating expenses projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy;

  **(2)** divide the "limit" by the figure determined in (1) above;

  **(3)** multiply the total amount of loss by the figure determined in (2) above.

"We" pay the amount determined in (3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

**c.** **When Coinsurance Does Not Apply** - Conditions for coinsurance do not apply:

  **(1)** unless a coinsurance percentage is indicated on the "schedule of coverages"; and

  **(2)** to coverage for extra expense.

**7.** **Insurance Under More Than One Coverage** - If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

**8.** **Insurance Under More Than One Policy**

  **a.** **Proportional Share** - "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

  **b.** **Excess Amount** - If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

**9.** **Income Coverage Limit** - "We" pay no more than the Income Coverage "limit" indicated on the "schedule of coverages" for any one loss. Payment for earnings and extra expense combined does not exceed the "limit".

**10.** **Waiting Period**

  **a.** **Waiting Period Limitation** - If an Income Coverage waiting period is indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings until after

the first 24 hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss of or damage to covered property caused by a covered peril.

This waiting period does not apply to extra expenses that "you" incur.

**b.** **Waiting Period Limitation For Civil Authority** - As regards coverage under Interruption by Civil Authority, coverage under this extension begins:

  **(1)** for earnings, 24 hours (unless otherwise indicated on the "schedule of coverages") after the time the order is issued and ends 30 consecutive days and 24 hours from the date of the order; and

  **(2)** for extra expense, immediately after the time the order is issued, and ends 30 consecutive days and 24 hours from the date of the order.

**c.** **Other Waiting Period Limitations** - The waiting period described under Off Premises Utility Service Interruption and Virus and Hacking Coverage is not deleted nor replaced by the terms of this provision.

**LOSS PAYMENT**

**1.** **Loss Payment Options**

  **a.** **Our Options** - In the event of loss covered by this coverage form, "we" have the following options:

  **(1)** pay the value of the lost or damaged property;

  **(2)** pay the cost of repairing or replacing the lost or damaged property;

  **(3)** rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

  **(4)** take all or any part of the property at the agreed or appraised value.

  **b.** **Notice of Our Intent To Rebuild, Repair, or Replace** - "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

**2.** **Your Losses**

  **a.** **Adjustment and Payment of Loss** - "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

  **b.** **Conditions For Payment of Loss** - An insured loss will be payable 30 days after:



**(1)** a satisfactory proof of loss is received; and

**(2)** the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

**3.    Property of Others**

**a.    Adjustment and Payment of Loss To Property of Others** - Losses to property of others may be adjusted with and paid to:

**(1)** "you" on behalf of the owner; or

**(2)** the owner.

**b.    We Do Not Have To Pay You If We Pay The Owner** - If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits arising from the owners at "our" expense.

**OTHER CONDITIONS**

**1.    Appraisal** - If "you" and "we" do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

**2.    Income Coverage (Appraisal)** - If "you" and "we" do not agree on the amount of net income (net profit or loss before income taxes), payroll expense, and operating expenses, these amounts may be determined by appraisal in accordance with the provisions described above under 1. Appraisal.

**3.    Benefit To Others** - Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

**4.    Conformity With Statute** - When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

**5.    Estates** - This provision applies only if the insured is an individual.

**a.    Your Death** - On "your" death, "we" cover the following as an insured:

**(1)** the person who has custody of "your" property until a legal representative is qualified and appointed; or

**(2)** "your" legal representative.

This person or organization is an insured only with respect to property covered by this coverage.

**b.    Policy Period Is Not Extended** - This coverage does not extend past the policy period indicated on the declarations.

**6.    Misrepresentation, Concealment, or Fraud** - This coverage is void as to "you" and any other insured if, before or after a loss:

**a.    "you" or any other insured have willfully concealed or misrepresented:**

**(1)** a material fact or circumstance that relates to this insurance or the subject thereof; or

**(2)** "your" interest herein.

**b.    there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.**

**7.    Policy Period** - "We" pay for a covered loss that occurs during the policy period.

**8.    Recoveries** - If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

**a.    "you" must notify "us" promptly if "you" recover property or receive payment;**

**b.    "we" must notify "you" promptly if "we" recover property or receive payment;**

**c.    any recovery expenses incurred by either are reimbursed first;**

**d.    "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and**

    **e.**  if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

**9.**  **Restoration of Limits** - Except as indicated under Virus and Hacking Coverage, a loss "we" pay under this coverage does not reduce the applicable "limits".

**10.**  **Subrogation** - If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

      "You" may waive "your" right to recover from others in writing before a loss occurs.

**11.**  **Suit Against Us** - No one may bring a legal action against "us" under this coverage unless:

    **a.**  all of the "terms" of this coverage have been complied with; and

    **b.**  the suit has been brought within two years after "you" first have knowledge of the loss.

      If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

**12.**  **Territorial Limits** - "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.



This endorsement changes the policy
**- PLEASE READ THIS CAREFULLY -**

# VIRUS OR BACTERIA EXCLUSION

## DEFINITIONS

### Definitions Amended

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

## PERILS EXCLUDED

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1. The following exclusion is added under Perils Excluded, item 1.:

   **Virus or Bacteria**

   "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

This exclusion applies to, but not limited to, any loss, cost, or expense as a result of:

**a.** any contamination by any virus, bacterium, or other microorganism; or

**b.** any denial of access to property because of any virus, bacterium, or other microorganism.

2. **Superseded Exclusions** - The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

## OTHER CONDITIONS

### Other Terms Remain In Effect

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.

Copyright, American Association of
Insurance Services, Inc., 2006

**CL 0700  10 06**



This endorsement changes the policy
**- PLEASE READ THIS CAREFULLY -**

# CALENDAR DATE OR TIME FAILURE EXCLUSION

**ADDITIONAL PERILS EXCLUDED**

"We" do not pay for loss or damage if the following exclusion applies to the loss.  But if loss by a covered peril results, "we" will pay for the resulting loss.

**Calendar Date or Time Failure** - "We" do not pay for loss to any "hardware" or "software" caused by two-digit coding of four-digit calendar year dates including, but not limited to, any abbreviated or en-crypted date or time:

1. that results in the inability of any "hardware" or "software" to unambiguously recognize or distin-guish any date or time; or

2. that results in the misinterpretation by any "hardware" or "software" of any date or time.

Copyright, American Association of
Insurance Services, Inc., 2001                                                  **IM 7234  05 01**



This endorsement changes the policy
**- PLEASE READ THIS CAREFULLY -**

# AMENDATORY ENDORSEMENT
## GEORGIA

1.  Under Perils Excluded, Criminal, Fraudulent, Dishonest, Or Illegal Acts, if applicable, is amended to include the following:

    However, if the loss is caused by an intentional act of an insured against whom a family violence complaint is brought for the act causing this loss, this exclusion will not apply to an otherwise covered loss suffered by another insured who did not cooperate with or contribute to the act that caused the loss.

    Subject to all other ″terms″ of this policy, ″our″ payment to an insured who did not cooperate in or contribute to the act that caused the loss may be limited to that person′s insurable interest in the property, less any payment made to a mortgagee or other party with a legal secured interest in the property.  ″We″ retain all rights set forth in the Subrogation condition of this policy with regard to action against the perpetrator of the act that caused the loss.

2.  Under Other Conditions, Misrepresentation, Concealment, Or Fraud is deleted and replaced by the following:

    **Misrepresentation, Concealment, Or Fraud** - ″We″ do not provide coverage for ″you″ or any other insured if, before or after a loss:

    a.  ″you″ have or any other insured has willfully concealed or misrepresented:

        1)  a material fact or circumstance that relates to this insurance or the subject thereof; or

        2)  ″your″ interest herein; or

    b.  there has been fraud or false swearing by ″you″ or any other insured with regard to a matter that relates to this insurance or the subject thereof.



Copyright, American Association of
Insurance Services, Inc., 2013                                                          **IM 2021  06 13**

This endorsement changes the policy
**- PLEASE READ THIS CAREFULLY -**

# AMENDATORY ENDORSEMENT
## FLORIDA

1.  Under Loss Payment, Your Losses is amended to include the following:

    If "we" have agreed in writing to the settlement of a claim, "we" will pay for that loss within 20 days after such settlement is reached.

2.  Under Other Conditions, Misrepresentation, Concealment, Or Fraud is deleted and replaced by the following:

    **Misrepresentation, Concealment, Or Fraud** - This coverage may be voided if, before or after a loss:

    a.  an insured has willfully concealed or misrepresented:

        (1)  any material fact or circumstance concerning this insurance; or

        (2)  an insured's interest herein if material.

        This means "we" would not have issued the policy at the premium charged if "we" had known the facts "you" concealed or misrepresented.

    b.  there has been fraud or false swearing by an insured with respect to this insurance or the subject thereof.

3.  In all coverage forms except Cold Storage Locker Coverage, Contingent Cargo Coverage, Motor Truck Cargo Legal Liability Coverage, Riggers' Legal Liability Coverage, and Warehouse Legal Liability Coverage, under Other Conditions, paragraph b. of Suit Against Us is deleted and replaced by the following:

    b.  the suit has been brought within five years after "you" first have knowledge of the loss.



Copyright, American Association of
Insurance Services, Inc., 2009

**IM 2019  08 09**

POLICY NUMBER: CMM 0395871
POLICY PERIOD: FROM 05/04/2014 TO 05/04/2015

# SCHEDULE OF COVERAGES
# CONTRACTORS' EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**PROPERTY COVERED**

(check one)

{X} Scheduled Equipment (Refer to Equipment Schedule)

{ } Schedule On File

|  | "Limit" |
|---|---|
| **Catastrophe Limit** -- The most "we" pay for loss in any one occurrence is: | $ 521,000 |
| **COVERAGE EXTENSIONS** | |
| Additional Debris Removal Expenses | $ 5,000 |
| **SUPPLEMENTAL COVERAGES** | |
| Employee Tools | $ 5,000 |
| Equipment Leased or Rented From Others | $ 500,000 |
| Newly Purchased Equipment (check one) | |
| {X}Percentage of Catastrophe Limit | 30% |
| { }Dollar Limit | $ |
| Pollutant Cleanup and Removal | $ 25,000 |
| Rental Reimbursement | |
| -- Reimbursement Limit | $ 10,000 |
| -- Waiting Period | 72 hrs |
| Spare Parts and Fuel | $ 5,000 |

**COINSURANCE**

(check one)

{X} 80%   { } 90%   { } 100%   { } Other   %

**REPORTING CONDITIONS**

(check if applicable)

{ } Equipment Leased or Rented From Others

-- **Reporting Rate**

-- Deposit Premium                          $

-- Minimum Premium                          $

**VALUATION**

(check if applicable)

{ } Actual Cash Value          { } Replacement Cost

{X} Indicated on Equipment Schedule

Copyright, American Association of Insurance Services, Inc., 2012

**DEDUCTIBLE**

(check one)

{X} Flat Deductible Amount                          Refer to form CM7162

{ } Percentage Deductible                                              %

   Maximum Deductible Amount                    $

   Minimum Deductible Amount                    $

**ADDITIONAL INFORMATION**

| | | | | |
|---|---|---|---|---|
| IM7005 | 0112*, IM7000 | 0404*, IM7017 | 0604*, CL0700 | 1006*, IM2021 | 0613*, |
| IM7039 | 0711*, IM7902 | 0112*, IM7854 | 0404*, CM7162 | 0611*, IM7034 | 0112*. |

Copyright, American Association of Insurance Services, Inc., 2012

POLICY NUMBER: CMM 0395871
POLICY PERIOD: FROM 05/04/2014 TO 05/04/2015

## EQUIPMENT SCHEDULE
## CONTRACTORS' EQUIPMENT
## VALUATION BASIS

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**SCHEDULED EQUIPMENT**

ACV = Actual Cash Value          RP = Replacement Cost
AA = Agreed Amount

Item #  Description of Equipment

01      1993 INGERSOLL RAND AIR COMPRESSOR

        Limit $    6,000    Valuation ACV    Deductible $       500

Item #  Description of Equipment

02      EMPLOYEE TOOLS .                    $1,000 MAX PER ITEM

        Limit $   10,000    Valuation ACV    Deductible $     1,000

Item #  Description of Equipment

03      2001 BOBCAT WELDER MILLER
                                    LB229845

        Limit $    3,000    Valuation ACV    Deductible $       500

Item #  Description of Equipment

04      2000 JOB SITE OFFICE 24X52
                                    FLA146C5279A&B

        Limit $   10,000    Valuation ACV    Deductible $       500

Item #  Description of Equipment

05      1994 ACTION DIVERSIFIED JOB SITE    OFFICE
        10X32                               AD12575

        Limit $    3,500    Valuation ACV    Deductible $       500

Item #  Description of Equipment

06      1995 SPAM JOB SITE OFFICE
                                    4990

        Limit $    3,500    Valuation ACV    Deductible $       500

Item #  Description of Equipment

07      1988 MILLER JOB SITE TRAILER
                                    203635

        Limit $    5,000    Valuation ACV    Deductible $       500

Item #  Description of Equipment

08      1981 NISSAN FORKLIFT PF02A20VD
                                    PF02-02778

        Limit $    5,000    Valuation ACV    Deductible $       500

# CONTRACTORS' EQUIPMENT COVERAGE

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Contractors' Equipment Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the declarations.

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Contractors' equipment" means machinery, equipment, and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

   "Contractors' equipment" also means:

   a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

   b. vehicles designed for highway use that are unlicensed and not operated on public roads.

4. "Equipment schedule" means a schedule of "contractors' equipment" that is attached to this policy and that describes each piece of covered equipment.

5. "Jobsite" means any location, project, or work site where "you" are in the process of construction, installation, erection, repair, or moving.

6. "Limit" means the amount of coverage that applies.

7. "Pollutant" means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

8. "Schedule of coverages" means:

   a. all pages labeled schedule of coverages or schedules which pertain to this coverage; and

   b. declarations or supplemental declarations which pertain to this coverage.

9. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

    Falling objects does not include loss to:

    a. personal property in the open; or

    b. the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

    Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

    Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss or damage to the covered property.

Copyright, American Association of
Insurance Services, Inc., 2004

**PROPERTY COVERED**

"We" cover the following property unless the property is excluded or subject to limitations.

1.   **Scheduled Equipment**

   a.   **Coverage** - "We" cover direct physical loss caused by a covered peril to:

      (1)   "your" "contractors' equipment"; and

      (2)   "contractors' equipment" of others in "your" care, custody, or control.

   b.   **Coverage Limitation** - "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

      (1)   that are described on the "equipment schedule"; and

      (2)   when Scheduled Equipment is indicated on the "schedule of coverages".

2.   **Schedule On File**

   a.   **Coverage** - "We" cover direct physical loss caused by a covered peril to:

      (1)   "your" "contractors' equipment"; and

      (2)   "contractors' equipment" of others in "your" care, custody, or control.

   b.   **Coverage Limitation** - "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

      (1)   that are listed in a schedule which "you" must submit to "us" and "we" keep on file, the schedule must contain a description of each item to be covered and a "limit" for each item; and

      (2)   when Schedule on File is indicated on the "schedule of coverages".

**PROPERTY NOT COVERED**

1.   **Aircraft Or Watercraft** - "We" do not cover aircraft or watercraft.

2.   **Contraband** - "We" do not cover contraband or property in the course of illegal transportation or trade.

3.   **Leased Or Rented Property** - "We" do not cover property that "you" lease or rent to others.

4.   **Loaned Property** - "We" do not cover property that "you" loan to others.

5.   **Underground Mining Operations** - "We" do not cover property while stored or operated underground in connection with any mining operations.

6.   **Vehicles** - "We" do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed for highway use and used for over the road transportation of people or cargo. However, this does not include:

   a.   self-propelled vehicles designed and used primarily to carry mounted equipment; or

   b.   vehicles designed for highway use that are unlicensed and not operated on public roads.

7.   **Waterborne Property** - "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

**COVERAGE EXTENSIONS**

**Provisions That Apply To Coverage Extensions** - The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

**Debris Removal**

1.   **Coverage** - "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

2.   **We Do Not Cover** - This coverage does not include costs to:

   a.   extract "pollutants" from land or water; or

   b.   remove, restore, or replace polluted land or water.

3.   **Limit** - "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

**4.**   **Additional Limit** - "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

**5.**   **You Must Report Your Expenses** - "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** - The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

**a.**   is the only "limit" available for the described coverage; and

**b.**   is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

**1.**   **Employee Tools**

**a.**   **Coverage** - "We" cover direct physical loss caused by a covered peril to tools owned by "your" employees.

**b.**   **Coverage Limitation** - "We" only cover tools owned by "your" employees while at a:

**(1)**   premises that "you" own or operate; or

**(2)**   "jobsite".



**c.**   **Limit** - The most "we" pay in any one occurrence for loss to employee tools is $5,000.

**2.**   **Equipment Leased Or Rented From Others** -

**a.**   **Coverage** - "We" cover direct physical loss caused by a covered peril to "contractors' equipment" that "you" have leased or rented from others.

**b.**   **Limit** - The most "we" pay in any one occurrence for equipment leased or rented from others is $25,000.

**3.**   **Newly Purchased Property**

**a.**   **Coverage** - "We" cover direct physical loss caused by a covered peril to additional "contractors' equipment" that "you" purchase during the policy period.

**b.**   **Limit** - The most that "we" pay for any loss under this supplemental coverage is the least of the:

**(1)**   actual cash value of the covered property; or

**(2)**   "limit" for newly purchased property indicated on the "schedule of coverages". If no "limit" is indicated, then 30% of the Catastrophe Limit indicated on the "schedule of coverages" applies to this coverage.

**c.**   **Time Limitation** - "We" extend coverage to the additional "contractors' equipment" that "you" purchase for up to 60 days.

This supplemental coverage will end when any of the following first occur:

**(1)**   this policy expires;

**(2)**   60 days after "you" obtain the additional "contractors' equipment"; or

**(3)**   "you" report the additional "contractors' equipment" to "us".

**d.**   **Additional Premium** - "You" must pay any additional premium due from the date "you" purchase the additional "contractors' equipment".

**4.**   **Pollutant Cleanup And Removal**

**a.**   **Coverage** - "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

**b.**   **Time Limitation** - The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

**c.  We Do Not Cover** - "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

**d.  Limit** - The most "we" pay for each location is $25,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

**5.  Rental Reimbursement**

**a.  Coverage** - In the event of a direct physical loss by a covered peril to "your" "contractors' equipment", "we" reimburse "you" for "your" expense to rent similar equipment while "your" equipment is inoperable.

The deductible amount indicated on the "schedule of coverages" does not apply to a loss covered under this supplemental coverage.

**b.  Waiting Period** - "We" will not reimburse "you" for the rental of equipment until after the first 72-hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss to "your" "contractors' equipment" caused by a covered peril.

**c.  Incurred Rental Expenses** - After the waiting period has passed, "we" will only reimburse "you" for the rental expenses that "you" actually incur.

**d.  Coverage After Expiration Date** - "We" will continue to reimburse "you" for the rental of equipment after the expiration date of this coverage, provided the loss occurred before the expiration date.

**e.  Coverage Limitations** - "We" will not reimburse "you":

**(1)** if "you" can continue or resume "your" operations with similar equipment that is available to "you" at no additional expense to "you"; or

**(2)** for the rental expense of any equipment unless "you" make every reasonable effort to repair, replace, or rebuild the inoperable equipment after the loss by a covered peril occurs.

**f.  Limit** - The most "we" reimburse "you" in any one occurrence for rental expenses is $5,000.

**6.  Spare Parts And Fuel**

**a.  Coverage** - "We" cover direct physical loss caused by a covered peril to:

**(1)** spare parts and accessories for "contractors' equipment"; and

**(2)** fluids for vehicles and "contractors' equipment"; fluids include gasoline, oil, and hydraulic fluid.

**b.  Limit** - The most "we" pay in any one occurrence for loss to spare parts and accessories is $5,000.

**PERILS COVERED**

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

**PERILS EXCLUDED**

**1.** "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

**a.  Civil Authority** - "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

**b.  Nuclear Hazard** - "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

**c.  War And Military Action** - "We" do not pay for loss caused by:

**(1)** war, including undeclared war or civil war; or

**(2)** a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**(3)** insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2.  "We" do not pay for loss or damage that is caused by or results from one or more of the following:

    a.  **Contamination or Deterioration** - "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

        But if contamination or deterioration results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

    b.  **Criminal, Fraudulent, Dishonest Or Illegal Acts** - "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

        (1)  "you";

        (2)  others who have an interest in the property;

        (3)  others to whom "you" entrust the property;

        (4)  "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or

        (5)  the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

        This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

        This exclusion does not apply to covered property in the custody of a carrier for hire.

    c.  **Loss Of Use** - "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

    d.  **Mechanical Breakdown** - "We" do not pay for loss caused by any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

        But if a mechanical, structural, or electrical breakdown or malfunction results

in a covered peril, "we" do cover the loss or damage caused by that covered peril.

    e.  **Missing Property** - "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

        This exclusion does not apply to covered property in the custody of a carrier for hire.

    f.  **Pollutants** - "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

        (1)  unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or

        (2)  except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

        "We" do cover any resulting loss caused by a "specified peril".

    g.  **Temperature/Humidity** - "We" do not pay for loss or damage caused by dryness, dampness, humidity, or changes in or extremes of temperature.

        But if dryness, dampness, humidity, or changes in or extremes of temperature results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

    h.  **Voluntary Parting** - "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

    i.  **Wear And Tear** - "We" do not pay for loss caused by wear and tear, marring, or scratching.

        But if wear and tear, marring, or scratching results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

**WHAT MUST BE DONE IN CASE OF LOSS**

1.  **Notice** - In case of a loss, "you" must:

    a.  give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

    b.  give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** - "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   a. **Payment Of Reasonable Costs** - "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

   b. **We Do Not Pay** - "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

3. **Proof Of Loss** - "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title of the covered property during the policy period; and

   e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** - "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** - "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** - "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** - "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** - "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** - "You" must cooperate with "us" in performing all acts required by this policy.

**VALUATION**

1. **Actual Cash Value** - The value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation) unless replacement cost is indicated on the "schedule of coverages".

2. **Replacement Cost** - The value of covered property will be based on replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

   a. **Replacement Cost Limitation** - The replacement cost is limited to the cost of repair or replacement with similar materials and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

   b. **Replacement Cost Does Not Apply Until Repair Or Replacement** - Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

   c. **Time Limitation** - "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

3. **Pair Or Set** - The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

4. **Loss To Parts** - The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

**HOW MUCH WE PAY**

1. **Insurable Interest** - "We" do not cover more than "your" insurable interest in any property.

2. **Flat Deductible** - "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence unless Percentage Deductible is indicated on the "schedule of coverages".

3. **Percentage Deductible** - When a percentage deductible is indicated on the "schedule of coverages", "we" pay only that part of "your" loss over the deductible amount as determined below.

**a. Determining The Deductible Amount** - The deductible amount is determined by applying the percentage indicated on the "schedule of coverages" to the value of the covered property that is involved in the loss. The value is determined by the provisions described under the Valuation section of this policy.

**b. Two Or More Items** - If a loss involves two or more pieces of equipment, the percentage indicated on the "schedule of coverages" will apply only to the covered property with the highest value.

**c. Minimum and Maximum Deductible** - The percentage deductible will not exceed the Maximum Deductible amount and will not be less than the Minimum Deductible amount indicated on the "schedule of coverages".

**4. Loss Settlement Terms** - Subject to paragraphs 1., 2., 3., 5., 6., and 7., under How Much We Pay, "we" pay the lesser of:

**a.** the amount determined under Valuation;

**b.** the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

**c.** the "limit" that applies to the covered property. However, the most "we" pay for loss in any one occurrence is the Catastrophe Limit indicated on the "schedule of coverages".

**5. Coinsurance**

**a. When Coinsurance Applies** - "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

**b. How We Determine Our Part Of The Loss** - "Our" part of the loss is determined using the following steps:

**(1)** multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;

**(2)** divide the "limit" for covered property by the result determined in b.1) above;

**(3)** multiply the total amount of loss, after the application of any deductible, by the result determined in b.2) above.

The most "we" pay is the amount determined in b.3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

**c. If There Is More Than One Limit** - If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

**d. If There Is Only One Limit** - If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

**e. When Coinsurance Does Not Apply** - Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

**6. Insurance Under More Than One Coverage** - If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

**7. Insurance Under More Than One Policy**

**a. Proportional Share** - "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

**b. Excess Amount** - If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

**LOSS PAYMENT**

**1. Loss Payment Options**

**a. Our Options** - In the event of loss covered by this coverage form, "we" have the following options:

**(1)** pay the value of the lost or damaged property;

**(2)** pay the cost of repairing or replacing the lost or damaged property;

**(3)** rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

**(4)** take all or any part of the property at the agreed or appraised value.

**b. Notice Of Our Intent To Rebuild, Repair, Or Replace** - "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.



2.   **Your Losses**

   a.   **Adjustment And Payment Of Loss** - "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

   b.   **Conditions For Payment Of Loss** - An insured loss will be payable 30 days after:

      **(1)**  a satisfactory proof of loss is received; and

      **(2)**  the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3.   **Property Of Others**

   a.   **Adjustment And Payment Of Loss To Property Of Others** - Losses to property of others may be adjusted with and paid to:

      **(1)**  "you" on behalf of the owner; or

      **(2)**  the owner.

   b.   **We Do Not Have To Pay You If We Pay The Owner** - If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

## REPORTING CONDITIONS

**Equipment Leased Or Rented From Others** - If indicated on the "schedule of coverages", the following reporting conditions apply.

1.   **Reports**

   a.   **You Will Report to Us** - Within 30 days after the end of the policy period, "you" will report to "us" the total amount of "your" expenditures for "contractors' equipment" that "you" lease or rent from others.

   b.   **Cancellation** - If this policy is canceled, "you" will report the total amount of expenditures up to and including the date of cancellation.

2.   **Premium Computation And Adjustment**

   a.   The premium will be adjusted at the end of the policy period. The total computed premium will be determined by multiplying "your" total equipment expenditures by the reporting rate indicated on the "schedule of coverages" for Equipment Leased or Rented From Others.

   b.   "We" will compare the total computed premium to the deposit premium. If it is more than the deposit premium, "you" will pay "us" the difference. If it is less than the deposit premium, "we" will pay "you" the difference subject to the mini-

mum premium indicated on the "schedule of coverages".

3.   **Provisions That Affect How Much We Pay** - The following provisions apply to reports that are submitted and may affect How Much We Pay:

   a.   **Failure To Submit Reports** - If "you" have failed to submit the required reports or no report has been submitted, the most "we" will pay is 90% of the "limit".

   b.   **Reported Values Are Less Than The Full Value** - If "your" last report before a loss shows less than the actual value of "your" expenditures for "contractors' equipment" that "you" lease or rent from others, "we" will only pay a part of the loss. "We" will not pay a greater portion of the loss, prior to the application of the deductible, than the total expenditures "you" reported divided by "your" actual expenditures for "contractors' equipment" that "you" lease or rent from others during the reporting period.

   c.   **We Will Not Pay More Than The Limit** - "We" will not pay more than the applicable "limit" regardless of any reported value used in computing the premium.

## OTHER CONDITIONS

1.   **Appraisal** - If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

   The appraisers will also determine the value of covered property items at the time of the loss, if requested.

   If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

   Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit To Others** - Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** - When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** - This provision applies only if the insured is an individual.

   a. **Your Death** - On "your" death, "we" cover the following as an insured:

      (1) the person who has custody of "your" property until a legal representative is qualified and appointed; or

      (2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** - This coverage does not extend past the policy period indicated on the declarations.

5. **Misrepresentation, Concealment, Or Fraud** - This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      (1) a material fact or circumstance that relates to this insurance or the subject thereof; or

      (2) "your" interest herein.

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** - "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** - If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be prorated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration Of Limits** - A loss "we" pay under this coverage does not reduce the applicable "limit" unless it is a total loss to a scheduled item. In the event of a total loss to a scheduled item, "we" refund the unearned premium on that item.

9. **Subrogation** - If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** - No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

       If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** - "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

This endorsement changes the Contractors' Equipment Coverage
**- PLEASE READ THIS CAREFULLY -**

# WEIGHT OF LOAD EXCLUSION

**ADDITIONAL PERILS EXCLUDED**

The following exclusion is added under Perils Excluded, item 2:

**Weight of Load** - "We" do not pay for loss caused by the weight of a load which, under the operating conditions at the time of a loss, exceeds the registered lifting capacity of the equipment.

Copyright, American Association of
Insurance Services, Inc., 2004

**IM 7017  06 04**



This endorsement changes the
Contractors' Equipment Coverage
**- PLEASE READ THIS CAREFULLY -**

# BELOW THE SURFACE OF THE GROUND EXCLUSION

## ADDITIONAL PROPERTY NOT COVERED

The following exclusion is added under Property Not Covered:

**Equipment Below The Surface Of The Ground** - "We" do not cover equipment or attachments while below the surface of the ground or equipment underground including, but not limited to, drilling equipment below the surface of the ground or underground during drilling operations.

This exclusion does not apply to buckets or other attachments to an excavator, backhoe, or similar equipment used for excavations or trenching.

Copyright, American Association of
Insurance Services, Inc., 2011

**IM 7039  0711**



POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[  ]  Lender's Loss Payable

[  ]  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| ALL | ALL COVERED LOCATIONS | 2007 CATERPILLAR MULTI-TERRAIN LOADER MTL04233 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | 2007 CATERPILLAR BACKHOE LOADER 416EXH SHA03399 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RSC EQUIPMENT RENTAL 9417 TRADE PARK COURT SUITE E CHARLOTTE NC 28217 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RSC EQUIPMENT RENTAL 3200 HARBOR LANE SUITE 100 PLYMOUTH MN 55447 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | UNITED RENTALS, INC. 6125 LAKEVIEW RD SUITE 300 CHARLOTTE NC 28269 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | MODULAR SPACE CORPORATION 1200 SWEDESFORD RD BERWYN PA 19312 |



Copyright, American Association of
Insurance Services, Inc., 2012

**IM 7902  01 12**

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[   ]  Lender's Loss Payable

[   ]  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RING POWER CORP<br>500 WORLD COMMERCE PARKWAY<br>ST AUGUSTINE FL 32095 |



Copyright, American Association of
Insurance Services, Inc., 2012

**IM 7902  01 12**

This endorsement changes the Inland Marine Coverage
**- PLEASE READ THIS CAREFULLY -**

# LOSS PAYABLE OPTIONS

If indicated on the Loss Payable Schedule, the following conditions apply to the property described on the schedule. The following conditions apply in addition to the policy "terms" which are contained in the Inland Marine Coverage(s).

## LOSS PAYABLE

Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

## LENDER'S LOSS PAYABLE

Any loss will be payable to "you" and the loss payee described on the schedule as interests appear. If more than one loss payee is named, they will be paid in order of precedence.

The insurance for the loss payee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the loss payee does not continue in effect if the loss payee is aware of changes in ownership or substantial increase in risk and does not notify "us".

If "we" cancel this policy, "we" notify the loss payee at least ten days before the effective date of cancellation if "we" cancel for "your" nonpayment of premium, or 30 days before the effective date of cancellation if "we" cancel for any other reason.

"We" may request payment of the premium from the loss payee, if "you" fail to pay the premium.

If "we" pay the loss payee for a loss where "your" insurance may be void, the loss payee's right to collect that portion of the debt from "you" then belongs to "us". This does not affect the loss payee's right to collect the remainder of the debt from "you". As an alternative, "we" may pay the loss payee the remaining principal and accrued interest in return for a full assignment of the loss payee's interest and any instruments given as security for the debt.

If "we" choose not to renew this policy, "we" give written notice to the loss payee at least ten days before the expiration date of this policy.

## CONTRACT OF SALE

Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

The loss payee shown on the schedule is a person or organization "you" have entered into a contract with for the sale of covered property.

When covered property is the subject of a contract of sale, the word "you" also means the loss payee.

Copyright, American Association of
Insurance Services, Inc., 2004

IM 7854  04 04



POLICY NUMBER: CMM 0395871

POLICY PERIOD: FROM 05/04/2014 TO 05/04/2015

This endorsement changes the
Contractors' Equipment Coverage
- **PLEASE READ THIS CAREFULLY** -

# TOOLS ENDORSEMENT

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)

## SCHEDULE

|  | | "Limit" |
|---|---|---|
| 1. Your Tools | | |
| a. The most "we" pay for loss to any one "tool" is: | $ | 1,000 |
| b. The most "we" pay in any one occurrence for loss to "your" "tools" is: | $ | 10,000 |
| Deductible Amount | $ | 1,000 |

## ADDITIONAL DEFINITIONS

"Tools" means equipment and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

## HOW MUCH WE PAY

**Tools Deductible -** "We" pay only that part of "your" loss over the deductible amount indicated for "tools".

## SUPPLEMENTAL COVERAGES

**1. Your Tools -** "We" cover direct physical loss caused by a covered peril to "your" "tools".

---

Copyright, American Association of Insurance Services, Inc., 2012

CRIME COVERAGE

SR

# ⬡ WESTFIELD®

**RENEWAL**
**CRIME AND FIDELITY COVERAGE PART DECLARATION**
**(COMMERCIAL ENTITIES)**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. at your mailing address<br>shown above. |
|---|---|---|---|

|  | Limit of Insurance<br>Per Occurrence | Deductible Amount<br>Per Occurrence |
|---|---|---|
| **Insuring Agreements** | | |
| *1.Employee Theft | $     10,000 | NIL |
| *2.Forgery Or Alteration | $     10,000 | NIL |
| *3.Inside The Premises-Theft Of Money<br>  And Securities | $     25,000 | NIL |
| *5.Outside The Premises | $     25,000 | NIL |

Coverage is Written:

[X] **Primary**   [ ] **Excess**   [ ] **Coindemnity**   [ ] **Concurrent**

*The additional coverage(s) found in Property Expanded Plus Coverage are
included and not in addition to the crime coverage(s) above.

**Total Advance Annual Crime Premium**       $      0.00

**Forms and Endorsements forming part of this policy coverage when issued:**
CR7000    1010*, CR0021    0506*, CR0151   0807*, IL0255   0212*, CR0175    1010*,
CR0176    1010*.

CANCELLATION OF PRIOR INSURANCE ISSUED BY US:
By acceptance of this Coverage Part / Policy you give us notice cancelling prior
policy Nos. _____; the cancellation to be effective at the
time this Coverage Part become effective.

# COMMERCIAL CRIME COVERAGE FORM
# (LOSS SUSTAINED FORM)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Insuring Agreements

Coverage is provided under the following Insuring Agreements for which a Limit of Insurance is shown in the Declarations and applies to loss that you sustain resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations, except as provided in Condition **E.1.k.** or **E.1.l.**, which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.g.**:

### 1. Employee Theft

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

### 2. Forgery Or Alteration

a. We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

(1) Made or drawn by or drawn upon you; or

(2) Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated to the same as the original it replaced.

b. If you are sued for refusing to pay any instrument covered in Paragraph **2.a.**, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay is in addition to the Limit of Insurance applicable to this Insuring Agreement.

### 3. Inside The Premises - Theft Of Money And Securities

a. We will pay for loss of "money" and "securities" inside the "premises" or "banking premises"

(1) Resulting directly from "theft" committed by a person present inside such "premises" or "banking premises"; or

(2) Resulting directly from disappearance or destruction.

b. We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

c. We will pay for loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of or unlawful entry into those containers.

### 4. Inside the Premises - Robbery Or Safe Burglary Of Other Property

a. We will pay for loss of or damage to "other property":

(1) Inside the "premises" resulting directly from an actual or attempted "robbery" of a "custodian"; or

(2) Inside the "premises" in a safe or vault resulting directly from an actual or attempted "safe burglary".

b. We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "robbery" or "safe burglary" of "other property", if you are the owner of the "premises" or are liable for damage to it.

**c.** We will pay for loss of or damage to a locked safe or vault located inside the "premises" resulting directly from an actual or attempted "robbery" or "safe burglary".

**5. Outside The Premises**

**a.** We will pay for loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

**b.** We will pay for loss of or damage to "other property" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from an actual or attempted "robbery".

**6. Computer Fraud**

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from the use of any computer to fraudulently cause a transfer of that property from inside the "premises" or "banking premises":

**a.** To a person (other than a "messenger") outside those "premises"; or

**b.** To a place outside those "premises".

**7. Funds Transfer Fraud**

We will pay for loss of "funds" resulting directly from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "funds" from your "transfer account".

**8. Money Orders And Counterfeit Money**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**a.** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**b.** "Counterfeit money" that is acquired during the regular course of business.

**B. Limit Of Insurance**

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit of Insurance shown in the Declarations.

If any loss is covered under more than one Insuring Agreement or Coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any

one of those Insuring Agreements or Coverages.

**C. Deductible**

We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

**D. Exclusions**

**1.** This insurance does not cover:

**a. Acts Committed By You, Your Partners Or Your Members**

Loss resulting from "theft" or any other dishonest act committed by:

**(1)** You; or

**(2)** Any of your partners or "members";

whether acting alone or in collusion with other persons.

**b. Acts of Employees Learned Of By You Prior To The Policy Period**

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of that "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**c. Acts Of Employees, Managers, Directors, Trustees Or Representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**(1)** Whether acting alone or in collusion with other persons; or

**(2)** While performing services for you or otherwise;

except when covered under Insuring Agreement **A.1.**

**d. Confidential Information**

Loss resulting from:

**(1)** The unauthorized disclosure of your confidential information including, but not limited to, patents, trade secrets, processing methods or customer lists; or

**(2)** The unauthorized use or disclosure of confidential information of another person or entity which is held by you including, but not limited to, financial information, personal information, credit card information or similar non-public information.

**e.   Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

**f.   Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, loss resulting from:

**(1)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property".

**(2)** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

**(3)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**g.   Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Insuring Agreement **A.2.**

**h.   Nuclear Hazard**

Loss or damage resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**i.   Pollution**

Loss or damage caused by or resulting from pollution. Pollution means the discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**j.   War And Military Action**

Loss or damage resulting from:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**2.**   Insuring Agreement **A.1.** does not cover:

**a.   Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**b.   Trading**

Loss resulting from trading, whether in your name or in a genuine or fictitious account.

**c.   Warehouse Receipts**

Loss resulting from the fraudulent or dishonest signing, issuing, cancelling or failing to cancel, a warehouse receipt or any papers connected with it.

**3.**   Insuring Agreements **A.3., A.4.** and **A.5.** do not cover:

**a.   Accounting Or Arithmetical Errors Or Omissions**

Loss resulting from accounting or arithmetical errors or omissions.

**b.   Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**c.   Fire**

Loss or damage resulting from fire, however caused, except:

**(1)** Loss of or damage to "money" and "securities"; and

**(2)** Loss from damage to a safe or vault.

**d. Money Operated Devices**

Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**e. Motor Vehicles Or Equipment And Accessories**

Loss of or damage to motor vehicles, trailers or semi-trailers or equipment and accessories attached to them.

**f. Transfer Or Surrender Of Property**

**(1)** Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises":

**(a)** On the basis of unauthorized instructions;

**(b)** As a result of a threat to do bodily harm to any person; or

**(c)** As a result of a threat to do damage to any property;

**(d)** As a result of a threat to introduce a denial of service attack into your computer system;

**(e)** As a result of a threat to introduce a virus or other malicious instruction into your computer system which is designed to damage, destroy or corrupt data or computer programs stored within your computer system;

**(f)** As a result of a threat to contaminate, pollute or render substandard your products or goods; or

**(g)** As a result of a threat to disseminate, divulge or utilize;

**(i)** Your confidential information; or

**(ii)** Weaknesses in the source code within your computer system.

**(2)** But, this Exclusion does not apply under Insuring Agreement **A.5.** to loss of "money", "securities" or "other property" while outside the "premises" in the care and custody of a "messenger" if you:

**(a)** Had no knowledge of any threat at the time the conveyance began; or

**(b)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

**h. Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**4.** Insuring Agreement **A.6.** does not cover:

**a. Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**b. Funds Transfer Fraud**

Loss resulting from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "funds" from your "transfer account".

**c. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

**5.** Insuring Agreement A.7. does not cover:

**COMPUTER FRAUD**

Loss resulting from the use of any computer to fraudulently cause a transfer of "money", "securities" or "other property".

**E. Conditions**

The following Conditions apply in addition to the Common Policy Conditions:

**1. Conditions Applicable To All Insuring Agreements**

**a. Additional Premises Or Employees**

If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liabilities of, another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" need not be given and no additional premium need be paid for the remainder of the Policy Period shown in the Declarations.

**b. Concealment, Misrepresentation Or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**(1)** This insurance;

**(2)** The property covered under this insurance;

**(3)** Your interest in the property covered under this insurance; or

**(4)** A claim under this insurance.

**c. Consolidation - Merger Or Acquisition**

If you consolidate or merge with, or purchase or acquire the assets or liabilities of, another entity:

**(1)** You must give us written notice as soon as possible and obtain our written consent to extend the coverage provided by this insurance to such consolidated or merged entity or such purchased or acquired assets or liabilities. We may condition our consent by requiring payment of an additional premium; but

**(2)** For the first 90 days after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities, the coverage provided by this insurance shall apply to such consolidated or merged entity or such purchased or acquired assets or liabilities provided that all "occurrences" causing or contributing to a loss involving such consolidation, merger or purchase or acquisition or assets or liabilities, must take place after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities.

**d. Cooperation**

You must cooperate with us in all matters pertaining to this insurance as stated in the terms and conditions.

**e. Duties In The Event Of Loss**

After you discover a loss or a situation that may result in loss of or damage to "money", "securities" or "other property" you must:

**(1)** Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreement **A.1.** or **A.2.**) involves a violation of law, you must also notify the local law enforcement authorities.

**(2)** Submit to examination under oath at our request and give us a signed statement of your answers.

**(3)** Produce for our examination all pertinent records.

**(4)** Give us a detailed, sworn proof of loss within 120 days.

**(5)** Cooperate with us in the investigation and settlement of any claim.

**f. Employee Benefit Plans**

**(1)** The "employee benefit plans" shown in the Declarations (hereinafter referred to as Plan) are included as insureds under Insuring Agreement **A.1.**

**(2)** If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator must select a Limit of Insurance for Insuring Agreement **A.1.** that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required if each Plan were separately insured.

**(3)** With respect to loss sustained or discovered by any such Plan, Insuring Agreement **A.1.** is replaced by the following:

We will pay for loss of or damage to "funds" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

**(4)** If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

**(5)** If two or more Plans are insured under this insurance, any payment we make for loss:

    **(a)** Sustained by two or more Plans; or

    **(b)** Of commingled "funds" or "other property" of two or more Plans;

resulting directly from an "occurrence" will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required for each Plan bears to the total Limit of Insurance of all Plans sustaining loss.

**(6)** The Deductible Amount applicable to Insuring Agreement **A.1.** does not apply to loss sustained by any Plan.

**g. Extended Period To Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

**(1)** No later than 1 year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(2)** No later than 1 year from the date of that cancellation with regard to any "employee benefit plans".

**h. Joint Insured**

**(1)** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured

for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

**(2)** If any Insured, or partner, "member" or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**(3)** An "employee" of any Insured is considered to be an "employee" of every Insured.

**(4)** If this insurance or any of its coverages is cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you:

    **(a)** No later than 1 year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

    **(b)** No later than 1 year from the date of that cancellation with regard to any "employee benefit plans".

**(5)** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

**(6)** Payment by us to the first Named Insured for loss sustained by any Insured, other than an "employee benefit plan" shall fully release us on account of such loss.

**i. Legal Action Against Us**

You may not bring any legal action against us involving loss:

**(1)** Unless you have complied with all the terms of this insurance;

**(2)** Until 90 days after you have filed proof of loss with us; and

**(3)** Unless brought within 2 years from the date you "discovered" the loss.

If any limitation in this Condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

**j.   Liberalization**

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the Policy Period shown in the Declarations, the broadened coverage will immediately apply to this insurance.

**k.   Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate**

**(1)   Loss Sustained Partly During This Insurance And Partly During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting from an "occurrence" taking place:

**(a)**   Partly during the Policy Period shown in the Declarations; and

**(b)**   Partly during the Policy Period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained during this Policy Period. We will then settle the remaining amount of loss that you sustained during the Policy Period(s) of the prior insurance.

**(2)   Loss Sustained Entirely During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place entirely during the Policy Period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided:

**(a)**   This insurance became effective at the time of cancellation of the prior insurance; and

**(b)**   The loss would have been covered under this insur-

ance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the Policy Period(s) of any other prior insurance.

**(3)**   In settling loss subject to this Condition:

**(a)**   The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**(b)**   We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under this insurance. If no loss was sustained under this insurance, we will apply the Deductible Amount shown in the Declarations to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, of the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

We will not apply any other Deductible Amount that may have been applicable to the loss.

**(4)**   The following examples demonstrate how we will settle losses subject to this Condition **E.1.k.:**

**EXAMPLE NO. 1:**

The insured sustained a covered loss of $10,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B.**

**POLICY A**

The current policy. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

## POLICY B

Issued prior to Policy **A**. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

The amount of loss sustained under Policy **A** is $2,500 and under Policy **B** is $7,500.

The highest single Limit of Insurance applicable to this entire loss is $50,000 written under Policy **A**. The Policy **A** Deductible Amount of $5,000 applies. The loss is settled as follows:

1.  The amount of loss sustained under Policy **A** ($2,500) is settled first. The amount we will pay is nil ($0.00) because the amount of loss is less than the Deductible Amount (i.e., $2,500 loss - $5,000 deductible = $0.00)

2.  The remaining amount of loss sustained under Policy **B** ($7,500) is settled next. The amount recoverable is $5,000 after the remaining Deductible Amount from Policy **A** of $2,500 is applied to the loss (i.e., $7,500 loss - $2,500 deductible = $5,000).

The most we will pay for this loss is $5,000.

### EXAMPLE NO. 2:

The insured sustained a covered loss of $250,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B**.

## POLICY A

The current policy. Written at a Limit of Insurance of $125,000 and a Deductible Amount of $10,000.

## POLICY B

Issued prior to Policy **A**. Written at a Limit of Insurance of $150,000 and a Deductible Amount of $25,000.

The amount of loss sustained under Policy **A** is $175,000 and under Policy **B** is $75,000

The highest single Limit of Insurance applicable to this entire loss is $150,000 written under Policy **B**. The Policy **A** Deductible Amount of $10,000 applies. The loss is settled as follows:

1.  The amount of loss sustained under Policy **A** ($175,000) is settled first. The amount we will pay is the Policy **A** Limit of $125,000 because $175,000 loss - $10,000 deductible = $165,000 which is greater than the $125,000 policy limit.

2.  The remaining amount of loss sustained under Policy **B** ($75,000) is

settled next. The amount we will pay is $25,000 (i.e., $150,000 Policy **B** limit - $125,000 paid under Policy **A** = $25,000).

The most we will pay for this loss is $150,000.

### EXAMPLE NO. 3:

The insured sustained a covered loss of $2,000,000 resulting directly from an "occurrence" taking place during the terms of Policies **A, B, C** and **D.**

## POLICY A

The current policy. Written at a Limit of Insurance of $1,000,000 and a Deductible Amount of $100,000.

## POLICY B

Issued prior to Policy **A**. Written at a Limit of Insurance of $750,000 and a Deductible Amount of $75,000.

## POLICY C

Issued prior to Policy **B**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

## POLICY D

Issued prior to Policy **C**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

The amount of loss sustained under Policy **A** is $350,000, under Policy **B** is $250,000, under Policy **C** is $600,000 and under Policy **D** is $800,000.

The highest single Limit of Insurance applicable to this entire loss is is $1,000,000 written under Policy **A.** The Policy **A** Deductible Amount of $100,000 applies. The loss is settled as follows:

1.  The amount of loss sustained under Policy **A** ($350,000) is settled first. The amount we will pay is $250,000 (i.e., $350,000 loss - $100,000 deductible = $250,000).

2.  The amount of loss sustained under Policy **B** ($250,000) is settled next. The amount we will pay is $250,000 (no deductible is applied).

3.  The amount of loss sustained under Policy **C** ($600,000) is settled next. The amount we will pay is $500,000, the policy limit (no deductible is applied).

4.  We will not make any further payment under Policy **D** as the maximum amount payable under the highest single Limit of Insurance applying to the loss of $1,000,000 under Policy **A** has been satisfied.

The most we will pay for the loss is $1,000,000.

**l.  Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**

**(1)** If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the Policy Period of any prior cancelled insurance that was issued to you or a predecessor in interest by another company, and the period of time to discover loss under that insurance had expired, we will pay for the loss under this insurance, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

**(2)** In settling loss subject to this Condition:

**(a)** The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled insurance.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under the prior cancelled insurance.

**(3)** The insurance provided under this Condition is subject to the following:

**(a)** If loss covered under this Condition is also partially covered under Condition **E.1.k,** the amount recoverable under this Condition is part of, not in addition to, the amount recoverable under Condition **E.1.k.**

**(b)** For loss covered under this Condition that is not subject to Paragraph **(3)(a),** the amount recoverable under this Condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this insurance and is limited to the lesser of the amount recoverable under:

**(i)** This insurance as of its effective date; or

**(ii)** The prior cancelled insurance had it remained in effect.

**m.  Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

**(1)  Primary Insurance**

When this insurance is written as primary insurance, and:

**(a)** You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit of Insurance shown in the Declarations bears to the total limit of all insurance covering the same loss.

**(b)** You have other insurance covering the same loss other than that described in Paragraph **(1)(a),** we will only pay for the amount of loss that exceeds:

**(i)** The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

**(ii)** The Deductible Amount shown in the Declarations;

whichever is greater.  Our payment for loss is subject to the terms and conditions of this insurance.

**(2)  Excess Insurance**

**(a)** When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit Of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not.  Our payment for loss is subject to the terms and conditions of this insurance.

**(b)** However, if loss covered under this insurance is subject to a Deductible, we will reduce the Deductible Amount shown in the Declarations by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance.

**n. Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

**(1)** That you own or lease; or

**(2)** That you hold for others, whether or not you are legally liable for the loss of such property.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**o. Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

**p. Recoveries**

**(1)** Any recoveries, whether effected before or after any payment under this insurance, whether made by us or you, shall be applied net of the expense of such recovery:

**(a)** First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

**(b)** Second, to us in satisfaction of amounts paid in settlement of your claim;

**(c)** Third, to you in satisfaction of any Deductible Amount; and

**(d)** Fourth, to you in satisfaction of any loss not covered under this insurance.

**(2)** Recoveries do not include any recovery:

**(a)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

**(b)** Of original "securities" after duplicates of them have been issued.

**q. Territory**

This insurance covers loss that you sustain resulting directly from an "occurrence" taking place within the United States of America (including its territories and possessions), Puerto Rico and Canada.

**r. Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**s. Valuation - Settlement**

**(1)** The value of any loss for purposes of coverage under this policy shall be determined as follows:

**(a)** Loss of "money" but only up to and including its face value. We will, at your option, pay for loss of "money" issued by any country other than the United States of America:

**(i)** At face value in the "money" issued by that country; or

**(ii)** In the United States of America dollar equivalent determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(b)** Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

**(i)** Pay the market value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

**(ii)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

    **i.** Market value of the "securities" at the close of business on the day the loss was "discovered"; or

    **ii.** The Limit of Insurance applicable to the "securities".

**(c)** Loss of or damage to "other property" or loss from damage to the "premises" or its exterior for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

    **(i)** The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose; or

    **(ii)** The amount you actually spend that is necessary to repair or replace the lost or damaged property; or

    **(iii)** The Limit of Insurance applicable to the lost or damaged property.

With regard to Paragraphs **s.(1)(c)(i)** through **s.(1)(c)(iii)**, we will not pay on a replacement cost basis for any loss or damage:

    **i.** Until the lost or damaged property is actually repaired or replaced; and

    **ii.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

**(2)** We will at your option, settle loss or damage to property other than "money":

    **(a)** In the "money" of the country in which the loss or damage occurred; or

    **(b)** In the United States of America dollar equivalent of the "money" of the country in which the loss or damage occurred determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(3)** Any property that we pay for or replace becomes our property.

**2. Conditions Applicable To Insuring Agreement A.1.**

    **a. Termination As To Any Employee**

This Insuring Agreement terminates as to any "employee":

**(1)** As soon as:

    **(a)** You; or

    **(b)** Any of your partners, "members", "managers", officers, directors, or trustees not in collusion with the "employee";

learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you.

**(2)** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

    **b. Territory**

We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory Condition **E.1.q.** for a period of not more than 90 consecutive days.

3. **Conditions Applicable To Insuring Agreement A.2.**

   a. **Deductible Amount**

   The Deductible Amount does not apply to legal expenses paid under Insuring Agreement **A.2.**

   b. **Electronic And Mechanical Signatures**

   We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

   c. **Proof Of Loss**

   You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

   d. **Territory**

   We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.2.**

4. **Conditions Applicable To Insuring Agreements A.4. And A.5.**

   a. **Armored Motor Vehicle Companies**

   Under Insuring Agreement **A.5.**, we will only pay for the amount of loss you cannot recover:

   (1) Under your contract with the armored motor vehicle company; and

   (2) From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

   b. **Special Limit Of Insurance For Specified Property**

   We will only pay up to $5,000 for any one "occurrence" of loss of or damage to:

   (1) Precious metals, precious or semi-precious stones, pearls, furs, or completed or partially completed articles made of or containing such materials that constitute the principal value of such articles; or

   (2) Manuscripts, drawings, or records of any kind or the cost of reconstructing them or reproducing any information contained in them.

5. **Conditions Applicable To Insuring Agreement A.6.**

   a. **Special Limit Of Insurance for Specified Property**

   We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

   b. **Territory**

   We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.6.**

F. **Definitions**

1. "Banking premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

2. "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

3. "Custodian" means you, or any of your partners or "members", or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

4. "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

   "Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

5. "Employee":

   a. "Employee" means:

   (1) Any natural person:

   (a) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee";

**(b)** Who you compensate directly by salary, wages or commissions; and

**(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent "employee" as defined in Paragraph **a.(1)**, who is on leave; or

**(b)** To meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises";

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **a.(2)**;

**(4)** Any natural person who is:

**(a)** A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; and

**(b)** A director or trustee of yours while that person is engaged in handling "funds" or "other property" of any "employee benefit plan";

**(5)** Any natural person who is a former "employee", partner, "member", "manager", director, or trustee retained as a consultant while performing services for you;

**(6)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the "premises".

**(7)** Any "employee" of any entity merged or consolidated with

you prior to the effective date of this policy; or

**(8)** Any of your "managers", directors or trustees while:

**(a)** Performing acts within the scope of the usual duties of an "employee"; or

**(b)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

**b.** "Employee" does not mean:

Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph **5.a.**

**6.** "Employee benefit plan" means any welfare or pension benefit plan shown in the Declarations that you sponsor and which is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

**7.** "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**8.** "Fraudulent instruction" means:

**a.** An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

**b.** A written instruction (other than those described in Insuring Agreement **A.2.**) issued by you, which was forged or altered by someone other than you without your knowledge or consent, or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

**c.** An electronic, telegraphic, cable, teletype, telefacsimile, telephone or written instruction initially received by you which purports to have been transmitted by an "employee" but which was in fact fraudulently transmitted by someone else without your or the "employee's" knowledge or consent.

9. "Funds" means "money" and "securities".

10. "Manager" means a person serving in a directorial capacity for a limited liability company.

11. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

12. "Messenger" means you, or a relative of yours, or any of your partners or "members", or any "employee" while having care and custody of property outside the "premises".

13. "Money" means:

    a. Currency, coins and bank notes in current use and having a face value; and

    b. Travelers checks, registered checks and money orders held for sale to the public.

14. "Occurrence" means:

    a. Under Insuring Agreement **A.1.:**

        (1) An individual act;

        (2) The combined total of all separate acts whether or not related; or

        (3) A series of acts whether or not related;

        committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

    b. Under Insuring Agreement **A.2.:**

        (1) An individual act;

        (2) The combined total of all separate acts whether or not related; or

        (3) A series of acts whether or not related;

        committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

    c. Under Insuring Agreement:

        (1) An individual act or event;

        (2) The combined total of all separate acts or events whether or not related; or

        (3) A series of acts or events whether or not related;

        committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

15. "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include computer programs, electronic data or any property specifically excluded under this insurance.

16. "Premises" means the interior of that portion of any building you occupy in conducting your business.

17. "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

    a. Caused or threatened to cause that person bodily harm; or

    b. Committed an obviously unlawful act witnessed by that person.

18. "Safe burglary" means the unlawful taking of:

    a. Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

    b. A safe or vault from inside the "premises".

19. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or property and includes:

    a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

    but does not include "money".

20. "Theft" means the unlawful taking of property" to the deprivation of the Insured.

21. "Transfer account" means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "funds":

**a.** By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

**b.** By means of written instructions (other than those described in Insuring Agreement **A.2.**) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

**22.** "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

CRIME AND FIDELITY

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
GOVERNMENT CRIME COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM

**A.** Under the Commercial Crime Coverage Form and Government Crime Coverage Form, the **Legal Action Against Us** Condition is replaced by the following:

**LEGAL ACTION AGAINST US**

You may not bring any legal action against us involving loss:

**1.** Unless you have complied with all the terms of this insurance;

**2.** Until 90 days after you have filed proof of loss with us; and

**3.** Unless brought within 5 years from the date you "discover" the loss.

**B.** Under the Kidnap/Ransom And Extortion Coverage Form, the **Legal Action Against Us** Condition is replaced by the following:

**LEGAL ACTION AGAINST US**

You may not bring any legal action against us involving loss:

**1.** Unless you have complied with all the terms of this insurance;

**2.** Until 90 days after you have filed proof of loss with us; and

**3.** Unless brought within 5 years from the date you reported the loss to us.

Copyright, ISO Properties, Inc., 2006

**CR 01 51  08 07**



CRIME AND FIDELITY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# FLORIDA CHANGES - BINDING ARBITRATION

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY

If you and we disagree on the amount of loss, both parties may, by mutual consent, agree to arbitration of the disagreement.

If both parties agree to arbitrate, each party will select an arbitrator. The two arbitrators will select a third.  If they cannot agree on the third within 30 days, both parties must request that selection be made by a judge of a court having jurisdiction. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the address shown in the Declarations is located.  Local rules of law as to procedure and evidence will apply. A decision agreed to by any two of the arbitrators will be binding.

© Insurance Services Office, Inc., 2009

CR 01 75  10 10



CRIME AND FIDELITY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# FLORIDA CHANGES - NONBINDING ARBITRATION

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY

If you and we disagree on the amount of loss, both parties may, by mutual consent, agree to arbitration of the disagreement.

If the parties agree to arbitrate, each party will select an arbitrator.  The two arbitrators will select a third.  If they cannot agree on the third within 30 days, both parties must request that selection be made by a judge of a court having jurisdiction.  Each party will:

1.  Pay the expenses it incurs; and

2.  Bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the address shown in the Declarations is located.  Local rules of law as to procedure and evidence will apply.  Any decision agreed to by the arbitrators may be appealed to a court of competent jurisdiction.

© Insurance Services Office, Inc., 2009

CR 01 76  10 10



EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

    Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

SR

⬤ **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

**Policy Number: CMM** 0 395 871 | 01| **WIC Account Number:** 0900375639 | M

| Policy Period | From 05/04/14 | at 12:01 A.M. Standard Time at your |
|---|---|---|
| | To 05/04/15 | mailing address shown above. |

**✱✱ Effective 05/08/14 this Common Policy declarations amends all prior ✱✱**
**✱✱ Common Policy declarations and endorses this policy as shown below. ✱✱**

**Business:** CONTRACTOR          **Named Insured is:** Corporation

**In return for the payment of the premium, and subject to all terms of this policy, we agree with you to provide the insurance as stated in this policy.**

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL GENERAL LIAB. COVERAGE PART ENDORSEMENT  Additional

FL Windstorm Emer Assessment Additional
Citizens 2005 Emer Assessment Addition

Net Additional Premium

**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE.OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES.YOU MAY PURCHASE ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

GENERAL LIABILITY COVERAGE PART ENDORSEMENT

1. CHANGED CLASSIFICATION 44444-FL
   - DESCRIPTION:  30 DAY NOTICE CANCEL
     IL 7035 { 3 }

FORMS CHANGES

1. CHANGED FORM IL7035  09/12

** This endorsement changes your policy. Please
attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035   0912✱.

COUNTERSIGNED: _____ BY _____
                     Date              Authorized Representative

SR

 **WESTFIELD®**

COMMERCIAL PACKAGE POLICY
**AMENDED**
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL   32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

**Policy Number: CMM** 0 395 871     | 01 |     **WIC Account Number:** 0900375639     | M |

| **Policy<br>Period** | **From**<br>**To** | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✱✱ Effective 05/08/14 this Common Policy declarations amends all prior ✱✱**
**✱✱ Common Policy declarations and endorses this policy as shown below. ✱✱**

**✱✱   SCHEDULE OF NAMED INSURED   ✱✱**

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
CULPEPPER/CHILDERS, A JOINT
VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL   32308

POLICY NUMBER:    CMM 0395871                                                                INTERLINE

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EARLIER NOTICE OF CANCELLATION
# PROVIDED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE

### SCHEDULE

**Number of Days' Notice_____30_____**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| VILLAGE OF GREER, LLC, CONTEMPORARY HEALTHCARE CAPITAL LLC, CERTUS BANK 715 SOUTH BUNCOMBE RD GREER SC 29650 | |

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

Copyright, Insurance Services Office, Inc., 1992                                  **IL 70 35  09 12**



EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

Thank you for placing your business with us!



**WESTFIELD®**

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

SR

# WESTFIELD®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✖✖ Effective 05/28/14 this Common Policy declarations amends all prior  ✖✖**
**✖✖ Common Policy declarations and endorses this policy as shown below.  ✖✖**

**Business:** CONTRACTOR                          **Named Insured is:**  Corporation

In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT            Additional $            0.00

Net Additional Premium                    $            0.00

**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT**
**RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE.OTHERWISE,**
**YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES.YOU MAY PURCHASE**
**ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

AUTO COVERAGE PART ENDORSEMENT

1. CHANGED AUTO 018 - 11 FORD F450 PU
   - STATE IS FLORIDA
   - ADDED LOSS PAYEE
     CAPITAL CITY BANK
     ATTN:  LOAN SERVICING
     PO BOX 900
     TALLAHASSEE FL 32302
     LOAN #277877752

FORMS CHANGES

1. ADDED FORM CA9944 12/93

** This endorsement changes your policy. Please
attach it to your original policy. **

SR

◉ **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL   32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

**Policy Number: CMM** 0 395 871  |01|  **WIC Account Number:** 0900375639  |  M

| Policy Period | From 05/04/14 To 05/04/15 | at 12:01 A.M. Standard Time at your mailing address shown above. |
|---|---|---|

**⁂ Effective 05/28/14 this Common Policy declarations amends all prior ⁂**
**⁂ Common Policy declarations and endorses this policy as shown below. ⁂**

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035   0912 .

COUNTERSIGNED: _____ BY _____
Date                     Authorized Representative

**PAGE   02 OF   03**       IL 00 19 (04-88)       **06/03/14**       HF

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL   32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

**Policy Number: CMM** 0 395 871    |01|    **WIC Account Number:** 0900375639    |    M

| **Policy** | **From** | 05/04/14 | at 12:01 A.M. Standard Time at your |
| **Period** | **To** | 05/04/15 | mailing address shown above. |

**⁊⁊ Effective 05/28/14 this Common Policy declarations amends all prior    ⁊⁊**
**⁊⁊ Common Policy declarations and endorses this policy as shown below.    ⁊⁊**

⁊⁊   **SCHEDULE OF NAMED INSURED**   ⁊⁊

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
CULPEPPER/CHILDERS, A JOINT
VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL   32308

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

      BUSINESS AUTO COVERAGE FORM
      GARAGE COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM
      TRUCKERS COVERAGE FORM
      BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto."

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

**D.** If we make any payments to the loss payee, we will obtain his or her rights against any other party.

Copyright, Insurance Services Office, Inc., 1993

**CA 99 44** 12 93



EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

    Thank you for placing your business with us!



# WESTFIELD®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

**SR**

⬤ **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy | From | 05/04/14 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/15 | mailing address shown above. |

**✱✱ Effective 07/22/14 this Common Policy declarations amends all prior    ✱✱**
**✱✱ Common Policy declarations and endorses this policy as shown below.    ✱✱**

**Business:** CONTRACTOR                    **Named Insured is:**  Corporation

**In return for the payment of the premium, and subject to all terms of this**
**policy, we agree with you to provide the insurance as stated in this policy.**

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT

FL Windstorm Emer Assessment Additional

Net Additional Premium
_____

**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT**
**RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE.OTHERWISE,**
**YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES.YOU MAY PURCHASE**
**ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

_____

AUTO COVERAGE PART ENDORSEMENT

1. ADDED AUTO 029 - 14 FREEDOM TRAILER
   - STATE IS FLORIDA
   - TERRITORY IS 123
   - ZIP CODE IS  32304
   - TAX LOCATION IS 0916
   - SERIAL NUMBER IS 5WKBE1823F1027938
   - TYPE VEHICLE IS TRUCK - NO DUMPING
   - CLASS CODE IS 68489
   - DRIVER IS COVERED BY WORKERS COMP
   - COST NEW IS $4,000
   - LIABILITY - COMBINED SINGLE LIMIT IS $1,000,000
   - MEDICAL PAYMENTS LIMIT IS $5,000
   - PERSONAL INJURY PROTECTION LIMIT IS BASIC
   - COMPREHENSIVE DEDUCTIBLE IS $1,000
   - COLLISION DEDUCTIBLE IS $1,000

        ** This endorsement changes your policy. Please
           attach it to your original policy. **

**WESTFIELD®**

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL   32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

**Policy Number: CMM** 0 395 871 | 01 |   **WIC Account Number:** 0900375639 | M

Policy From 05/04/14   at 12:01 A.M. Standard Time at your
Period To 05/04/15   mailing address shown above.

✱✱ **Effective 07/22/14 this Common Policy declarations amends all prior** ✱✱
✱✱ **Common Policy declarations and endorses this policy as shown below.** ✱✱

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035   0912 .

COUNTERSIGNED: _____ Date _____ BY _____ Authorized Representative

 **WESTFIELD**®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✱✱ Effective 07/22/14 this Common Policy declarations amends all prior ✱✱**
**✱✱ Common Policy declarations and endorses this policy as shown below. ✱✱**

✱✱  **SCHEDULE OF NAMED INSURED**  ✱✱

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
CULPEPPER/CHILDERS, A JOINT
VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:   **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL   32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

    Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

**CRP2117 (08-10)**

SR

**◉ WESTFIELD®**

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy | From | 05/04/14 | at 12:01 A.M. Standard Time at your |
| Period | To | 05/04/15 | mailing address shown above. |

**** Effective 07/18/14 this Common Policy declarations amends all prior ****
**** Common Policy declarations and endorses this policy as shown below. ****

**Business:** CONTRACTOR                    **Named Insured is:** Corporation

In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT          Additional

FL Windstorm Emer Assessment Additional

_____ Net Additional Premium _____

YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT
RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE.OTHERWISE,
YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES.YOU MAY PURCHASE
ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.

_____

AUTO COVERAGE PART ENDORSEMENT

1. ADDED AUTO 030 - 11 FORD 15PSGR VAN
   - STATE IS FLORIDA
   - TERRITORY IS 123
   - ZIP CODE IS  32304
   - TAX LOCATION IS 0916
   - SERIAL NUMBER IS 1FBSS3BL8BDB01430
   - TYPE VEHICLE IS TRUCK - NO DUMPING
   - CLASS CODE IS 01489
   - DRIVER IS COVERED BY WORKERS COMP
   - COST NEW IS $21,695
   - WEIGHT IS 10,000
   - LIABILITY - COMBINED SINGLE LIMIT IS $1,000,000
   - MEDICAL PAYMENTS LIMIT IS $5,000
   - UNINSURED MOTORISTS - COMBINED SINGLE LIMIT IS
     $100,000
   - PERSONAL INJURY PROTECTION LIMIT IS BASIC
   - COMPREHENSIVE DEDUCTIBLE IS $1,000
   - COLLISION DEDUCTIBLE IS $1,000

          ** This endorsement changes your policy. Please
              attach it to your original policy. **

**SR**

◉ **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL   32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✷✷ Effective 07/18/14 this Common Policy declarations amends all prior    ✷✷**
**✷✷ Common Policy declarations and endorses this policy as shown below.    ✷✷**

**Forms and Endorsements applicable to all coverage parts:**
IL0019    0488 , IL0017   1198 , ID7004   0411 , IL0003    0908 , IL0262    0908 ,
IL7035    0912 .

COUNTERSIGNED: _____ BY _____
                         Date                      Authorized Representative

**PAGE   02 OF   03**        IL 00 19 (04-88)              **08/07/14**                    **HF**

SR

 **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL   32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✖✖ Effective 07/18/14 this Common Policy declarations amends all prior ✖✖**
**✖✖ Common Policy declarations and endorses this policy as shown below. ✖✖**

✖✖  **SCHEDULE OF NAMED INSURED**  ✖✖

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
CULPEPPER/CHILDERS, A JOINT
VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL   32308

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.   Check the upper right hand corner of each page in this packet.

   a.   If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

   b.   If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.   Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.   When you remove pages from your policy, retain them for a permanent record.

Thank you for placing your business with us!



**WESTFIELD®**

P.O. Box 5001, Westfield Center, Ohio  44251-5001

**CRP2117 (08-10)**

Case 4:24-cv-00305-RH-MAF   Document 1-2   Filed 08/02/24   Page 613 of 1019

SR

**WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

✱✱ Effective 11/17/14 this Common Policy declarations amends all prior   ✱✱
✱✱ Common Policy declarations and endorses this policy as shown below.   ✱✱

**Business:** CONTRACTOR                     **Named Insured is:** Corporation

In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.

---

FORMS CHANGES

1. CHANGED FORM IL7035  09/12

** This endorsement changes your policy. Please
attach it to your original policy. **

Forms and Endorsements applicable to all coverage parts:
IL0019    0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035    0912*.

COUNTERSIGNED: _____   BY _____
                    Date                  Authorized Representative

**PAGE   01 OF  02**        IL 00 19 (04-88)           **12/02/14**                HF

Case 4:24-cv-00305-RH-MAF    Document 1-2    Filed 08/02/24    Page 614 of 1019

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✖✖ Effective 11/17/14 this Common Policy declarations amends all prior ✖✖**
**✖✖ Common Policy declarations and endorses this policy as shown below. ✖✖**

✖✖   SCHEDULE OF NAMED INSURED   ✖✖

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
CULPEPPER/CHILDERS, A JOINT
VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

POLICY NUMBER:    CMM 0395871                                                    INTERLINE

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EARLIER NOTICE OF CANCELLATION
# PROVIDED BY US

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTO COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE

### SCHEDULE

**Number of Days' Notice_____30_____**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| VILLAGE OF GREER, LLC, CONTEMPORARY HEALTHCARE CAPITAL LLC, NEWBRIDGE BANK 715 SOUTH BUNCOMBE RD GREER SC 29650 | |

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

Copyright, Insurance Services Office, Inc., 1992                          **IL 70 35  09 12**

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL  32308**

---

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

    Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

---

**CRP2117 (08-10)**

Case 4:24-cv-00305-RH-MAF   Document 1-2   Filed 08/02/24   Page 617 of 1019

SR

**WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL   32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

** Effective 11/20/14 this Common Policy declarations amends all prior **
** Common Policy declarations and endorses this policy as shown below. **

**Business:** CONTRACTOR                    **Named Insured is:**  Corporation

In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.

---

FORMS CHANGES

1. CHANGED FORM IL7035  09/12

** This endorsement changes your policy. Please
attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019    0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035    0912*.

COUNTERSIGNED: _____ BY _____
                        Date                    Authorized Representative

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL   32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From   05/04/14<br>To     05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|

**✖✖ Effective 11/20/14 this Common Policy declarations amends all prior   ✖✖
✖✖ Common Policy declarations and endorses this policy as shown below.   ✖✖**

✖✖   **SCHEDULE OF NAMED INSURED**   ✖✖

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
CULPEPPER/CHILDERS, A JOINT
VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL   32308

POLICY NUMBER:   CMM 0395871                                                      INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EARLIER NOTICE OF CANCELLATION
# PROVIDED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE

**SCHEDULE**

**Number of Days' Notice_____30_____**



| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| TALLAHASSEE COMMUNITY COLLEGE PURCHASING DEPARTMENT HINSON ADMINISTRATION BUILDING 444 APPLEYARD DRIVE TALLAHASSEE, FL 32304-2895 | |

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

Copyright, Insurance Services Office, Inc., 1992                          **IL 70 35  09 12**

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

**CRP2117 (08-10)**

SR

# ◉ WESTFIELD®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| **Policy**<br>**Period** | **From**   05/04/14<br>**To**     05/04/15 | **at 12:01 A.M. Standard Time at your**<br>**mailing address shown above.** |
|---|---|---|

**✖✖ Effective 11/21/14 this Common Policy declarations amends all prior   ✖✖**
**✖✖ Common Policy declarations and endorses this policy as shown below.   ✖✖**

**Business:** CONTRACTOR                    **Named Insured is:**  Corporation

**In return for the payment of the premium, and subject to all terms of this**
**policy, we agree with you to provide the insurance as stated in this policy.**

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional $          0.00

Net Additional Premium                    $          0.00

**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT**
**RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE.OTHERWISE,**
**YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES.YOU MAY PURCHASE**
**ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

INLAND MARINE COVERAGE PART ENDORSEMENT

1. CHANGED COVERAGE AT LOC 001 BLDG 001
   - ADDED LOSS PAYEE
     SUNBELT RENTALS, INC.
     2341 DEERFIELD DR
     FORT MILLS SC 29715

**✶✶ This endorsement changes your policy. Please**
**attach it to your original policy. ✶✶**

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035   0912 .

COUNTERSIGNED: _____ BY _____
                         Date                              Authorized Representative

SR

 **WESTFIELD®**

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**¤¤ Effective 11/21/14 this Common Policy declarations amends all prior    ¤¤**
**¤¤ Common Policy declarations and endorses this policy as shown below.     ¤¤**

**¤¤   SCHEDULE OF NAMED INSURED   ¤¤**

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
CULPEPPER/CHILDERS, A JOINT
VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[   ]  Lender's Loss Payable

[   ]  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RING POWER CORP 500 WORLD COMMERCE PARKWAY ST AUGUSTINE FL 32095 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | SUNBELT RENTALS, INC. 2341 DEERFIELD DR FORT MILLS SC 29715 |



Copyright, American Association of
Insurance Services, Inc., 2012

IM 7902  01 12

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

    Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

**CRP2117 (08-10)**

Case 4:24-cv-00305-RH-MAF    Document 1-2    Filed 08/02/24    Page 625 of 1019

SR

**WESTFIELD®**

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL   32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**xx Effective 11/17/14 this Common Policy declarations amends all prior   xx**
**xx Common Policy declarations and endorses this policy as shown below.   xx**

**Business:** CONTRACTOR                    **Named Insured is:**  Corporation

**In return for the payment of the premium, and subject to all terms of this policy, we agree with you to provide the insurance as stated in this policy.**

_____

FORMS CHANGES

1. CHANGED FORM IL7035  09/12

** This endorsement changes your policy. Please
      attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019    0488 , IL0017    1198 , ID7004    0411 , IL0003    0908 , IL0262    0908 ,
IL7035    0912*.

COUNTERSIGNED: _____ BY _____
                           Date                        Authorized Representative

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL   32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

※※ **Effective 11/17/14 this Common Policy declarations amends all prior**   ※※
※※ **Common Policy declarations and endorses this policy as shown below.**    ※※

※※   **SCHEDULE OF NAMED INSURED**   ※※

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
CULPEPPER/CHILDERS, A JOINT
VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

POLICY NUMBER:    CMM 0395871                                              INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EARLIER NOTICE OF CANCELLATION
# PROVIDED BY US

This endorsement modifies insurance provided under the following:

      COMMERCIAL AUTO COVERAGE PART
      CRIME AND FIDELITY COVERAGE PART
      EQUIPMENT BREAKDOWN COVERAGE PART
      FARM COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      PROFESSIONAL LIABILITY COVERAGE

### SCHEDULE

**Number of Days' Notice_____30_____**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| VILLAGE OF GREER,LLC CONTEMPORARY HEALTHCARE CAPITAL, LLC CERTUS BANK 715 SOUTH BUNCOMBEE RD GREER SC 29650 | |

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

Copyright, Insurance Services Office, Inc., 1992                          **IL 70 35  09 12**

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.   Check the upper right hand corner of each page in this packet.

   a.   If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

   b.   If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.   Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.   When you remove pages from your policy, retain them for a permanent record.

   Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

Case 4:24-cv-00305-RH-MAF    Document 1-2    Filed 08/02/24    Page 629 of 1019

SR

**◉ WESTFIELD®**

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL   32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

**Policy Number: CMM** 0 395 871 | 01 |   **WIC Account Number:** 0900375639 | M

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✱✱ Effective 11/17/14 this Common Policy declarations amends all prior   ✱✱**
**✱✱ Common Policy declarations and endorses this policy as shown below.   ✱✱**

**Business:** CONTRACTOR                      **Named Insured is:** Corporation

**In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.**

———————————————————————

FORMS CHANGES

1. CHANGED FORM IL7035  09/12

** This endorsement changes your policy. Please
attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019    0488 , IL0017    1198 , ID7004    0411 , IL0003    0908 , IL0262    0908 ,
IL7035    0912 .

COUNTERSIGNED: _____ BY _____
                    Date                  Authorized Representative

**PAGE   01 OF  02**        IL 00 19 (04-88)              **12/16/14**                    HF

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| **Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M |
|---|---|---|---|

| **Policy<br>Period** | **From**<br>**To** | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✖✖ Effective 11/17/14 this Common Policy declarations amends all prior    ✖✖**
**✖✖ Common Policy declarations and endorses this policy as shown below.    ✖✖**

**✖✖   SCHEDULE OF NAMED INSURED   ✖✖**

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
CULPEPPER/CHILDERS, A JOINT
VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.   Check the upper right hand corner of each page in this packet.

  a.   If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

  b.   If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.   Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.   When you remove pages from your policy, retain them for a permanent record.

   Thank you for placing your business with us!



P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

**SR**

⬤ **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

**Policy Number: CMM** 0 395 871    | 01 |    **WIC Account Number: 0900375639**    | M

| Policy Period | From | 05/04/14 | at 12:01 A.M. Standard Time at your |
| | To | 05/04/15 | mailing address shown above. |

**✕✕ Effective 02/20/15 this Common Policy declarations amends all prior ✕✕**
**✕✕ Common Policy declarations and endorses this policy as shown below. ✕✕**

**Business:** CONTRACTOR                    **Named Insured is:** Corporation

**In return for the payment of the premium, and subject to all terms of this policy, we agree with you to provide the insurance as stated in this policy.**

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL GENERAL LIAB. COVERAGE PART ENDORSEMENT  Additional $       0.00

Net Additional Premium                    $      0.00

**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE.OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES.YOU MAY PURCHASE ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

GENERAL LIABILITY COVERAGE PART ENDORSEMENT

1. ADDED ADDITIONAL INSURED
   - ADDL INSD OWNR,LESSEE OR CONTRACTOR(CG2010)
     CASCADES HOLDINGS, LLC
     SEE TYPED IL7032
     215 W COLLEGE AVE #101
     TALLAHASSEE FL 32301

FORMS CHANGES

1. ADDED FORM IL7032 01/05

2. ADDED FORM CG2010 04/13

            ** This endorsement changes your policy. Please
               attach it to your original policy. **

SR

**WESTFIELD®**

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL   32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: **CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M |
|---|---|---|---|

| **Policy**<br>**Period** | **From**<br>**To** | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✸✸ Effective 02/20/15 this Common Policy declarations amends all prior     ✸✸**
**✸✸ Common Policy declarations and endorses this policy as shown below.     ✸✸**

**Forms and Endorsements applicable to all coverage parts:**
IL0019    0488 , IL0017    1198 , ID7004    0411 , IL0003    0908 , IL0262    0908 ,
IL7035    0912 .

| COUNTERSIGNED: _____ | BY _____ |
|---|---|
| Date | Authorized Representative |

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL   32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy Period | From | 05/04/14 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| | To | 05/04/15 | mailing address shown above. |

** Effective 02/20/15 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **

**          SCHEDULE OF NAMED INSURED   **

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
CULPEPPER/CHILDERS, A JOINT
VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL   32308

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYEES / ADDITIONAL INSUREDS / MORTGAGEES

The complete loss payee / additional insured / mortgagee read as follows:

FULL NAME AND ADDRESS FOR CG2010 (OC#1)
##
CASCADES HOLDINGS, LLC
CASCADES MANAGER, LLC
CITY OF TALLAHASSEE
CITY OF TALLAHASSEE - COMMUNITY REDEVELOPMENT AGENCY
TALLAHASSEE HOSPITALITY GROUP MANAGEMENT, LLC
215 W COLLEGE AVE #101
TALLAHASSEE FL 32301



POLICY NUMBER:  CMM 0395871                                      COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

   **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   **2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012                                      **CG 20 10  04 13**

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

    Thank you for placing your business with us!



**WESTFIELD**®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

**CRP2117 (08-10)**

SR

 **WESTFIELD®**

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**�✕✕ Effective 02/24/15 this Common Policy declarations amends all prior** ✕✕
**✕✕ Common Policy declarations and endorses this policy as shown below.** ✕✕

**Business:** CONTRACTOR                    **Named Insured is:**  Corporation

**In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.**

---

**THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:**

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT          Additional

FL Windstorm Emer Assessment Additional

Net Additional Premium
_____

**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT
RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE.OTHERWISE,
YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES.YOU MAY PURCHASE
ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

_____

AUTO COVERAGE PART ENDORSEMENT

1. ADDED AUTO 031 - 15 FORD EXPEDITION
   - STATE IS FLORIDA
   - TERRITORY IS 123
   - ZIP CODE IS  32304
   - TAX LOCATION IS 0916
   - SERIAL NUMBER IS 1FMJU2T0FEF13916
   - TYPE VEHICLE IS TRUCK - NO DUMPING
   - CLASS CODE IS 01499
   - DRIVER IS COVERED BY WORKERS COMP
   - COST NEW IS $61,000
   - WEIGHT IS 10,000
   - LOSS PAYEE IS
     FORD MOTOR CREDIT
     3620 QUEEN PALM DRIVE
     TAMPA FL 33619
   - LIABILITY - COMBINED SINGLE LIMIT IS $1,000,000
   - MEDICAL PAYMENTS LIMIT IS $5,000
   - UNINSURED MOTORISTS - COMBINED SINGLE LIMIT IS
     $100,000

SR

WESTFIELD®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

| **COMPANY PROVIDING COVERAGE** | **WESTFIELD INSURANCE COMPANY** | | |
|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** 09-09764 | **PROD.** | 000 |
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL 32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 | | |
| **Policy Number: CMM** 0 395 871 \| 01 | **WIC Account Number:** 0900375639 | M | |

**Policy Period** **From** 05/04/14 **To** 05/04/15 **at 12:01 A.M. Standard Time at your mailing address shown above.**

**** Effective 02/24/15 this Common Policy declarations amends all prior ****
**** Common Policy declarations and endorses this policy as shown below. ****

- PERSONAL INJURY PROTECTION LIMIT IS BASIC
- COMPREHENSIVE DEDUCTIBLE IS $1,000
- COLLISION DEDUCTIBLE IS $1,000

** This endorsement changes your policy. Please attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019 0488 , IL0017 1198 , ID7004 0411 , IL0003 0908 , IL0262 0908 ,
IL7035 0912 .

COUNTERSIGNED: ______________________ BY ______________________
Date Authorized Representative

SR

WESTFIELD

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY 09-09764 PROD. 000 |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL 32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

**Policy Number: CMM** 0 395 871 | 01 | **WIC Account Number:** 0900375639 | M

**Policy Period** **From** 05/04/14 **To** 05/04/15 **at 12:01 A.M. Standard Time at your mailing address shown above.**

**** Effective 02/24/15 this Common Policy declarations amends all prior ****
**** Common Policy declarations and endorses this policy as shown below. ****

**** SCHEDULE OF NAMED INSURED ****

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
CULPEPPER/CHILDERS, A JOINT
VENTURE
1538 METROPOLITAN BLVD
TALLAHASSEE FL 32308

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

    Thank you for placing your business with us!



**W E S T F I E L D®**

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)

SR

# ⬤ WESTFIELD®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

** **Effective 03/01/15 this Common Policy declarations amends all prior** **
** **Common Policy declarations and endorses this policy as shown below.** **

**Business:** CONTRACTOR                 **Named Insured is:**  Corporation

**In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.**

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT            Return

FL Windstorm Emer Assessment Return

Net Returned Premium
_____

**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT
RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE.OTHERWISE,
YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES.YOU MAY PURCHASE
ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

_____

AUTO COVERAGE PART ENDORSEMENT

   1. DELETED AUTO 001 - 06 NSSN ARMADA SE/LE
       - STATE WAS FLORIDA
       - SERIAL NUMBER WAS 5N1AA08B76N727327

           ** This endorsement changes your policy. Please
              attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035   0912 .

COUNTERSIGNED: _____  BY _____
                      Date                    Authorized Representative

SR

 **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL   32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✱✱ Effective 03/01/15 this Common Policy declarations amends all prior    ✱✱**
**✱✱ Common Policy declarations and endorses this policy as shown below.    ✱✱**

                    ✱✱   SCHEDULE OF NAMED INSURED   ✱✱

            CULPEPPER CONSTRUCTION CO INC
            CULPEPPER CONSTRUCTION
            COMPANY OF GEORGIA, INC;
            CULPEPPER/CHILDERS, A JOINT
            VENTURE
            1538 METROPOLITAN BLVD
            TALLAHASSEE FL  32308

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:  **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL  32308**

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.  Check the upper right hand corner of each page in this packet.

    a.  If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.  If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.  Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.  When you remove pages from your policy, retain them for a permanent record.

Thank you for placing your business with us!



**W ESTFIELD®**

P.O. Box 5001, Westfield Center, Ohio  44251-5001

**CRP2117 (08-10)**

SR

⬤ **WESTFIELD**®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

** **Effective 03/12/15 this Common Policy declarations amends all prior** **
** **Common Policy declarations and endorses this policy as shown below.** **

**Business:** CONTRACTOR                    **Named Insured is:** Corporation

**In return for the payment of the premium, and subject to all terms of this**
**policy, we agree with you to provide the insurance as stated in this policy.**

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL AUTO COVERAGE PART ENDORSEMENT          Additional

FL Windstorm Emer Assessment Additional

Net Additional Premium
_____

**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT**
**RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE.OTHERWISE,**
**YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES.YOU MAY PURCHASE**
**ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

_____

AUTO COVERAGE PART ENDORSEMENT

1. ADDED AUTO 032 - 13 FORD EXPEDITION
   - STATE IS FLORIDA
   - TERRITORY IS 123
   - ZIP CODE IS  32308
   - TAX LOCATION IS 0916
   - SERIAL NUMBER IS 1FMJU2A51DEF54571
   - TYPE VEHICLE IS TRUCK - NO DUMPING
   - CLASS CODE IS 01499
   - DRIVER IS COVERED BY WORKERS COMP
   - COST NEW IS $33,000
   - WEIGHT IS 10,000
   - LOSS PAYEE IS
     CHARLES W. ROBERTS, III C/O
     CULPEPPER CONSTRUCTION CO. INC
     1538 METROPOLITAN BLVD
     TALLAHASSEE FL 32308
   - LIABILITY - COMBINED SINGLE LIMIT IS $1,000,000
   - MEDICAL PAYMENTS LIMIT IS $5,000

**SR**

◉ **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy Period | From | 05/04/14 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| | To | 05/04/15 | mailing address shown above. |

✖✖ **Effective 03/12/15 this Common Policy declarations amends all prior**   ✖✖
✖✖ **Common Policy declarations and endorses this policy as shown below.**   ✖✖

———————————————————————

- UNINSURED MOTORISTS - COMBINED SINGLE LIMIT IS
  $100,000
- PERSONAL INJURY PROTECTION LIMIT IS BASIC
- COMPREHENSIVE DEDUCTIBLE IS $1,000
- COLLISION DEDUCTIBLE IS $1,000

** This endorsement changes your policy. Please
       attach it to your original policy. **

**Forms and Endorsements applicable to all coverage parts:**
IL0019    0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0908 ,
IL7035   0912 .

COUNTERSIGNED: _____  BY _____
                     Date                      Authorized Representative

SR

 **WESTFIELD**®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL   32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number: 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/14<br>05/04/15 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✖✖ Effective 03/12/15 this Common Policy declarations amends all prior   ✖✖**
**✖✖ Common Policy declarations and endorses this policy as shown below.   ✖✖**

                    ✖✖   SCHEDULE OF NAMED INSURED   ✖✖

                    CULPEPPER CONSTRUCTION CO INC
                    CULPEPPER CONSTRUCTION
                    COMPANY OF GEORGIA, INC;
                    CULPEPPER/CHILDERS, A JOINT
                    VENTURE
                    1538 METROPOLITAN BLVD
                    TALLAHASSEE FL   32308

**WESTFIELD**®

Policy Number:     CMM 0395871
Policy Period(s):  5/4/2015 - 5/4/2016
Policy Cancelled:  NON-REN 05/04/2016

☑ CERTIFIED POLICY

I, Jessica Javorsky                                    , authorized representative,
responsible for the maintenance of policy records for Westfield, do hereby certify that the
foregoing copy was prepared under my supervision and to the best of my knowledge and
belief is a true and correct copy of the policy with an effective date of 5/4/2015 - 5/4/2016 .

Signature: _Jessica Javorsky_____

☐ NON-CERTIFIED POLICY

This policy is not certified for the following reason(s): _____

_____

_____

EARL BACON AGENCY
3131 LONNBLADH RD
PO BOX 12039
TALLAHASSEE, FL  32317-2039

850-878-2121

Policy Number:   **CMM 0395871**

**CULPEPPER CONSTRUCTION CO INC**
**1538 METROPOLITAN BLVD**
**TALLAHASSEE FL  32308**

---

# Assembly Instructions

These pages update your current policy.  To keep it current, you should:

1.   Check the upper right hand corner of each page in this packet.

    a.   If it says "Renewal or Rating Period Declarations", **remove** the expired declarations page from your current policy and **replace** it with the updated "Renewal or Rating Period Declarations" page.

    b.   If it says "Amended Declarations", insert this amended page **on top** of the last declarations page you received.

2.   Every time you receive a "Renewal or Rating Period Declarations", **remove** all prior "Amended Declarations".

3.   When you remove pages from your policy, retain them for a permanent record.

Thank you for placing your business with us!



**W E S T F I E L D**
**I N S U R A N C E**
Sharing Knowledge. Building Trust.®

P.O. Box 5001, Westfield Center, Ohio  44251-5001

CRP2117 (08-10)



**WESTFIELD**
**INSURANCE**
Sharing Knowledge Building Trust®

# SELF-INSPECTION QUESTIONNAIRE

DATE   05/05/15          Completed By: _____          Phone Number _____

POLICY NUMBER   CMM 0395871          AGENCY   EARL BACON AGENCY

NAME   CULPEPPER CONSTRUCTION CO INC          ADDRESS   TALLAHASSEE FL  32308

**1.  Sidewalks, Steps and Parking Areas**

| | Yes | No | N/A |
|---|---|---|---|
| - Are all areas free of conditions which will cause slipping and falling? | ☐ | ☐ | ☐ |
| - Is there adequate exterior lighting at night? | ☐ | ☐ | ☐ |
| - Are all steps and ramps provided with secure handrails? | ☐ | ☐ | ☐ |

**2.  Exits, Corridors and Public Areas**

- Are all exits and corridors:

| | | | |
|---|---|---|---|
| a. Free of obstructions and readily accessible? | ☐ | ☐ | ☐ |
| b. Properly marked with exit signs and lighted? | ☐ | ☐ | ☐ |
| c. Equipped with an operating emergency lighting system? | ☐ | ☐ | ☐ |

- Are all exit doors:

| | | | |
|---|---|---|---|
| a. Arranged to open outward? | ☐ | ☐ | ☐ |
| b. Easily operated? | ☐ | ☐ | ☐ |
| c. Provided with anti-panic hardware in all public areas? | ☐ | ☐ | ☐ |
| - Are all fire escapes in good condition? | ☐ | ☐ | ☐ |

**3.  Stairs, Doors, Floors and Elevators**

| | | | |
|---|---|---|---|
| - Are all stairs covered with anti-slip surfaces? | ☐ | ☐ | ☐ |
| - Are full length clear glass doors and windows marked to prevent persons walking into them? | ☐ | ☐ | ☐ |
| - Are all stairway doors kept closed when not in use? | ☐ | ☐ | ☐ |
| - Are all floor surfaces free of slipping and tripping conditions? | ☐ | ☐ | ☐ |
| - Are elevators maintained and serviced on a regular schedule? | ☐ | ☐ | ☐ |

**4.  Housekeeping**

- Is combustible trash and rubbish:

| | | | |
|---|---|---|---|
| a. Collected at frequent intervals? | ☐ | ☐ | ☐ |
| b. Stored in covered metal containers? | ☐ | ☐ | ☐ |
| c. Disposed of frequently? | ☐ | ☐ | ☐ |

| | Yes | No | N/A |
|---|---|---|---|
| - Are storage supply and equipment rooms neat, orderly and free of flammables? | ☐ | ☐ | ☐ |

- Are flammable paints and liquids:

| | | | |
|---|---|---|---|
| a. Kept at a minimum for your operation? | ☐ | ☐ | ☐ |
| b. Kept in sealed metal containers? | ☐ | ☐ | ☐ |
| c. Stored in vented metal cabinets? | ☐ | ☐ | ☐ |
| - Are all public areas thoroughly checked for fire hazards after closing? | ☐ | ☐ | ☐ |
| - Are only non-flammable cleaning fluids used? | ☐ | ☐ | ☐ |

**5.  Heat, Light, Power and Appliances**

- Is all heating equipment (including flues and piping):

| | | | |
|---|---|---|---|
| a. Properly insulated from combustible materials? | ☐ | ☐ | ☐ |
| b. Cleaned and serviced at least annually by a competent contractor? Date _____ | ☐ | ☐ | ☐ |
| - Is frequent fuse replacement or taping of breaker switches controlled? | ☐ | ☐ | ☐ |
| - Are electrical cabinets closed and boxes covered? | ☐ | ☐ | ☐ |
| - Are electrical extension and appliance cords in good condition? | ☐ | ☐ | ☐ |
| - Has an electrician completed any electrical work in the last year?  Date _____ | ☐ | ☐ | ☐ |
| - Is air conditioning equipment cleaned and serviced annually?  Date _____ | ☐ | ☐ | ☐ |
| - Are all motors kept clean and adequately ventilated to reduce overheating? | ☐ | ☐ | ☐ |
| - Are all electrical appliances/equipment properly grounded? | ☐ | ☐ | ☐ |

**6.  Emergency Procedures**

- Are all employees:

| | | | |
|---|---|---|---|
| a. Instructed to call fire department immediately in case of fire? | ☐ | ☐ | ☐ |
| b. Instructed in evacuation procedures? | ☐ | ☐ | ☐ |
| c. Instructed in the use of fire extinguishing equipment? | ☐ | ☐ | ☐ |

(Over)

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| - | Are all extinguishers: | | | |
| a. | Serviced annually by a contractor? | ☐ | ☐ | ☐ |
| b. | Tagged with date of last service? Date _____ | ☐ | ☐ | ☐ |
| c. | Easily accessible? | ☐ | ☐ | ☐ |
| d. | Hung within 100 feet of any point on a floor and in a conspicuous place? | ☐ | ☐ | ☐ |
| - | Are periodic tests and inspections made of the following equipment: | | | |
| a. | Fire hoses?   Date _____ | ☐ | ☐ | ☐ |
| b. | Sprinkler systems?   Date _____ | ☐ | ☐ | ☐ |
| - | Is the fire alarm system: | | | |
| a. | Tested periodically?   Date _____ | ☐ | ☐ | ☐ |
| b. | Marked and accessible? | ☐ | ☐ | ☐ |
| - | Has fire department number been placed at the switchboard and maintenance shop? | ☐ | ☐ | ☐ |
| - | Is there at least 18″ of clearance between sprinkler heads and stored materials? | ☐ | ☐ | ☐ |

**7. Laundry, Cooking and Special Equipment**

|  | Yes | No | N/A |
|---|---|---|---|
| - Are washers and dryers properly grounded? | ☐ | ☐ | ☐ |
| - Are washers and dryers equipped with safety interlocks? | ☐ | ☐ | ☐ |
| - Is the cooking area suppression system serviced semiannually by a contractor? | ☐ | ☐ | ☐ |
| - Are cooking area hood ducts, ovens, ranges and filters cleaned regularly? Frequency _____ | ☐ | ☐ | ☐ |
| - Are vent pipes and lint filters cleaned on a regular basis? | ☐ | ☐ | ☐ |
| - Are gas dryers and cooking devices equipped with automatic gas shutoff valves? | ☐ | ☐ | ☐ |
| - Are shopping carts properly maintained? | ☐ | ☐ | ☐ |

|  | Yes | No | N/A |
|---|---|---|---|
| - Are stepladders in good condition? | ☐ | ☐ | ☐ |
| - Is material-handling equipment in good condition and inspected regularly? | ☐ | ☐ | ☐ |

**8. Vehicles**

|  | Yes | No | N/A |
|---|---|---|---|
| - Are all vehicles inspected and maintained on a regular schedule? | ☐ | ☐ | ☐ |
| - Are drivers periodically trained in safe driving and do they have experience? | ☐ | ☐ | ☐ |

**9. Burglary and Theft - Money and Valuables**

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| - | Are all windows, doors and transoms protected against burglary? | ☐ | ☐ | ☐ |
| - | Is the cash on hand in a burglar-resistive safe which is kept in a well-lighted area visible from the street? | ☐ | ☐ | ☐ |
| - | Are all outside entrances to the basement kept locked when not in use? | ☐ | ☐ | ☐ |
| - | Do delivery trucks have good locks on the merchandise compartments? | ☐ | ☐ | ☐ |
| - | Is the money on the premises kept to a minimum to operate? | ☐ | ☐ | ☐ |
| - | Are money collections: | | | |
| a. | Deposited the same day, or | ☐ | ☐ | ☐ |
| b. | Stored in a burglar-resistive safe until deposited? | ☐ | ☐ | ☐ |
| - | Are valuable items and equipment stored in a safe or vault when not in use? | ☐ | ☐ | ☐ |

**10. Bathrooms/Restrooms**

|  | Yes | No | N/A |
|---|---|---|---|
| - Do all shower floor surfaces and tub bottoms have non-slip protection? | ☐ | ☐ | ☐ |
| - Do handrails exist in showers and tubs? | ☐ | ☐ | ☐ |
| - Are all shower doors or tub enclosures equipped with safety glass? | ☐ | ☐ | ☐ |
| - Are the floors and fixtures kept clean and dry? | ☐ | ☐ | ☐ |

# SPECIAL NOTICE TO POLICYHOLDERS
## FLORIDA COMMERCIAL PROPERTY AND
## CASUALTY RISK MANAGEMENT PROGRAM

The Florida Risk Management Program (Rule 4-75.001) is available on request to any commercial property or casualty insurance policyholder. A Risk Management Program is a series of steps or actions aimed to eliminate or reduce losses at your business.

The Risk Management Program offered by us includes:

1. A listing of Risk Management Program Guidelines for getting your management actively involved in loss control.

2. A Self-Inspection Questionnaire designed to help you identify and control current hazards that can increase the chance of loss in your operation.

Enclosed is a copy of our Self-Inspection Questionnaire.

Additional Risk Management services are available upon request. **There may be an additional charge for some services.**

If you have any questions on the Florida Risk Management Program, please contact your independent agent listed on the declarations page of your policy.

### WESTFIELD INSURANCE LOSS CONTROL
### INQUIRY FOR RISK MANAGEMENT INFORMATION

If you feel more extensive risk management services are needed, contact **Westfield Insurance, P.O. Box 5001, Westfield Center, Ohio 44251-5001; ATTN: Auditing, Engineering and Loss Control Department.** Our loss control department representative will contact you concerning further service(s).*

**\*There may be an additional charge for this service.**

**AD 1052** (8-10)

## FLORIDA POLICYHOLDERS NOTICE

We thank you for allowing us to provide coverage for your insurance needs. It is our objective to provide you with the best products and service available. If you should have questions about your coverage or need assistance in resolving complaints, please contact your Independent Insurance Agent or you may contact us directly. Our mailing address and telephone number are listed below.

**Westfield Insurance**
**One Park Circle**
**P.O. Box 5001**
**Westfield Center, Ohio  44251-5001**

**Telephone:  330-887-0101**

**AD 8074** (08-10) **FL**

# IMPORTANT INFORMATION

# NAMED DRIVER EXCLUSION
## CA 70 35

**PLEASE READ THIS NOTICE CAREFULLY.**

**Endorsement CA 70 35 - Exclusion Named Person** is attached to your policy.  Please note that the individual named in the endorsement is an excluded driver and is not to operate any autos either owned or nonowned for which coverage is or can be afforded under this policy.

Please consult your independent agent for more information concerning the intent of this endorsement.

Thank you for your business.

**AD 83 04** 09 98



## IMPORTANT NOTICE TO OUR POLICYHOLDERS

*Westfield Insurance Fraud Hot-Line*

PLEASE READ THIS IMPORTANT INFORMATION

- **Fraudulent insurance claims cost us all money.**
- **Call us if you have information concerning a fraudulent insurance claim.**
- **All information will be kept confidential.**
- **Call and discuss your information with a trained investigator, or leave the information anonymously on a telephone answering machine.**
- **We can all help fight insurance fraud.**

AD 8522  (08-10)

## Be a Fraud Buster
## 1-800-654-6482

## Detach and retain information below for future use.

---



**Fraud Hot-Line**
**1-800-654-6482**



**Westfield Center, Ohio  44251**
**www.westfieldinsurance.com**



**Fraud Hot-Line**
**1-800-654-6482**



**Westfield Center, Ohio  44251**
**www.westfieldinsurance.com**

THIS NOTICE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND
CONDITIONS OF ANY COVERAGE UNDER THE POLICY.  IF THERE IS ANY
CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF
YOUR POLICY SHALL PREVAIL.

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM
# INSURANCE COVERAGE and PREMIUM

On November 26, 2002, the Terrorism Risk Insurance Act of 2002 (hereafter the "Act") was signed into law
by the President.  The Act, as amended in 2007, defines an "act of terrorism" in Section 102(1) to mean
any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and
the Attorney General of the United States (1) to be an act of terrorism; (2) to be a violent act or an act that
is dangerous to human life, property, or infrastructure; (3) to have resulted in damage within the United
States, or outside the United States in the case of certain air carriers or vessels or the premises of a
United States mission; and (4) to have been committed by an individual or individuals as part of an effort
to coerce the civilian population of the United States or to influence the policy or affect the conduct of the
United States Government by coercion.

Coverage for acts of terrorism as defined by the Act, as amended, is included in your current policy
and/or in any policy quoted for you.  You should know that under your existing coverage losses resulting
from certified acts of terrorism may be partially reimbursed by the United States Government under a
formula established by federal law.  Under this formula, the United States Government generally reim-
burses 85% of covered terrorism losses exceeding the statutorily established deductible paid by the in-
surance company providing the coverage.  **You should also know that the Act, as amended, contains a
$100 billion cap that limits United States Government reimbursement as well as insurers' liability for
losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in
any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage
may be reduced**.  Under the Act, as amended, this formula is currently effective through December 31,
2014.

The actual insurance coverage provided by your policy for acts of terrorism as defined in the Act, as
amended, as is true for all coverages, is limited by the terms, conditions, exclusions, limits, other pro-
visions of your policy, any endorsements to the policy and generally applicable rules of law.

## PREMIUM CHARGED

During your current policy period, the portion, if any, of your premium that is attributable to coverage for
acts of terrorism as defined in the Act is $_____  (refer to Common Policy Declarations if blank).

**If you do not desire the coverage** for acts of terrorism as defined in the Act, as amended, you may reject
the coverage and instruct the insurance company to remove it and refund the premium described above.
**To reject the coverage, you must:**

**1)** advise the insurance company by letter (on your company letterhead),

**2)** signed by the owner, representative, or properly designated official of the named insured.

**The insurance company must receive your letter within 60 days** from the date shown at the bottom right
side of the forms titled "Common Policy Declarations".  Please refer to "Common Policy Declarations" for
the mailing address of the insurance company.

If your policy premium is $500, that may represent a minimum premium.  In that case, the portion that is
attributable to acts of terrorism as defined in the Act, as amended, may be included within that minimum
and your total premium will not be reduced if you reject coverage for acts of terrorism.  The minimum
premium will still apply.

Should you have any question regarding this notice, please contact your insurance agent.

**AD 85 84**  01 08

## IMPORTANT -- PREMIUM AUDIT NOTICE

Westfield Insurance welcomes the opportunity to service your insurance needs. The following information outlines the company's requirements for auditing your accounting records.

Your particular type of business has a policy premium that is based on estimated exposures at the time this policy was issued. Since the exposures that are used to rate your policy fluctuate during the policy year, your final premium cannot be determined until after the expiration date of the policy term.

An accurate premium audit is a benefit to you and your business. We recommend the person(s) in charge of keeping your financial records (e.g., Payroll; Gross Sales; Total Cost) be aware of insurance auditor needs. Records that are accurate and properly maintained allow you to gain the most benefit from your premium audit. Please ask questions and allow your auditor to assist you.

### WHO WILL MAKE THE AUDIT?

You will be asked to complete a premium audit in one of three ways:

**Mail/Voluntary** - a form will be provided to you. The form will ask a series of questions relative to your type of risk and your type of policy. You will be asked to fill out the form in its entirety and return to Westfield for summary.

**Telephone** - a telephone auditor will call you on the phone to discuss your risk and gather your financials. This could be a staff auditor or vendor auditor depending on your policy.

**Physical** - a field auditor will contact you to visit your premises. They will ask about your operations and physically review your financial records. This could be a staff auditor or vendor auditor depending on your policy.

### WHAT RECORDS WILL BE NEEDED?

The Premium Auditor will examine and audit all of your records that relate to your policy. The records needed will vary depending upon the type of coverage you have. In most cases, the auditor will be able to obtain the necessary audit data from two or more of the following records:

Payroll Journals with monthly/quarterly totals    Individual Earning Cards with monthly/quarterly totals
Quarterly Tax Reports for Federal/State    Certificates of Insurance for sub-contractors
General Ledgers/Income/Sales Journals

In the course of the audit, the auditor will ask some questions about your records and your business operations. This will assist the Auditor in properly classifying your operations and employees.

### HOW SHOULD YOUR RECORDS BE KEPT:

**Payroll:** Many of the premiums for your General Liability insurance are based on payroll which is defined as remuneration. Remuneration means money or substitutes for money. Payroll includes:

| Wages | Bonuses | Holiday Pay | Sick Pay |
|-------|---------|-------------|----------|
| Commissions | Overtime Pay | Vacation Pay | Payment for piece work |

**Overtime:** The amount paid in excess of straight time pay can be deducted if the excess can be verified by your records. Your records must show overtime separately by employee.

**Division of Payroll:** Division of an individual employee's payroll to more than one classification is not allowed. Exception: For construction or erection operations, the payroll of an employee may be allocated to each type of work performed **if proper records are kept.** Payroll **cannot** be divided between construction and office or sales classifications.

**Gross Sales:** Another premium base for General Liability insurance is gross sales. This means the gross amount charged by you to others for all goods or products, sold or distributed and operations performed by you for others.

This information is provided to you as assistance for proper record-keeping requirements. Other insurance companies may differ in their requirements.

**AD 80 12** (8-10)

## COMMERCIAL GENERAL LIABILITY ADVISORY NOTICE TO POLICYHOLDERS

This notice describes changes to your insurance policy. No coverage is provided by this notification nor can it be construed to replace any provisions of your policy or endorsements. You should read your policy and review your declaration page for complete information on the coverages you are provided.

If your expiring policy provided coverage for either the Contractors General Liability Expanded (CG 70 37) or Contractors General Liability Expanded Plus (CG 70 94) coverage your renewal policy is being issued with the replacement coverage offered through the new Signature Series Commercial General Liability Contractors Endorsement (CG 71 37). Please note with this change the following coverages are no longer included: Who Is An Insured - Vendors; Additional Insured - Controlling Interest; Care, Custody or Control; Voluntary Property Damage and Damage To Your Work.

If you desire to purchase these coverages separately, or would like more information about our new Signature Series Contractors program, please contact your Independent Insurance Agent.

## IMPORTANT NOTICE TO OUR POLICYHOLDERS

## POLICY COVERAGE CHANGE - ADDITION OF ASBESTOS EXCLUSION

Your policy is endorsed to include our Asbestos Exclusion Endorsement (CU 70 00 or CG 70 17). This endorsement **reduces your coverage.** It changes your policy so it **will not** cover bodily injury, property damage, personal injury or personal and advertising injury due to asbestos exposure. It also states the policy **will not** cover any loss, cost or expense incurred in complying with any federal, state or local provision of law regarding the inspection, monitoring, or control of asbestos in any goods, products or structures.

The above information is only a guide to help you understand the changes to your policy. We recommend you read your policy and the endorsement. If you have questions about this or want more information, please contact your independent insurance agent.

**AD 89 31  10 08**

## FLORIDA COMMERCIAL PROPERTY SURCHARGE EXPLANATION

The "Florida Commercial Property Surcharge" shown is required by the State of Florida, Department of Revenue.  Section 624.515 (2) (a) of the insurance code authorizes the .1 percent annual surcharge from each holder of a policy of Fire, Allied Lines, or Multi-Peril Insurance insuring Commercial Property located in Florida.  The surcharge shall be deposited by the Department of Revenue into the Fire College Trust Fund.

If you have any questions concerning this surcharge, please contact your Independent Insurance Agent.

Ohio Farmers Insurance Company, Westfield Insurance Company,
Westfield National Insurance Company, American Select Insurance
Company, Old Guard Insurance Company
Westfield Center, Ohio  44251                                                          **AD 8065** (8-10)

**FLORIDA EMERGENCY MANAGEMENT, PREPAREDNESS AND ASSISTANCE TRUST FUND**

The Florida Legislature has created the Emergency Management, Preparedness, and Assistance Trust Fund to be administered by the Department of Community Affairs. In order to provide funds for emergency management, preparedness, and assistance, an annual surcharge shall be imposed on every residential dwelling fire, homeowner's, mobile homeowner's, tenant homeowner's, condominium unit owner's, commercial fire, commercial multiple peril, and businessowner's property insurance policy. The surcharge shall be paid by the policyholder to the insurer. The insurer shall collect the surcharge and remit it to the Department of Revenue, which shall collect, administer, audit, and enforce the surcharge pursuant to section 624.5092, Florida Statutes. The surcharge is not to be considered premiums of the insurer; however, nonpayment of the surcharge by the insured may be a valid reason for cancellation of the policy. All proceeds of the surcharge shall be deposited in the Emergency Management, Preparedness, and Assistance Trust Fund and may not be used to supplant existing funding.

This surcharge shall apply to policies effective on or after May 1, 1993, and is shown on the Declarations page as "FL Assistance Trust Fund".

**AD 8078** (5-93)

COMMERCIAL PROPERTY

# ADVISORY NOTICE TO POLICYHOLDERS
# COMMERCIAL PROPERTY MULTISTATE

This is a summary of the major changes in your Commercial Property insurance. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations Page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THIS POLICY SHALL PREVAIL.**

The areas within the policy that broaden or reduce coverage, and other changes, are highlighted below. This notice does not reference every editorial change made in your policy.

The material in this notice makes reference to form and endorsement numbers; **however, not all forms and endorsements are included in a particular policy.**

---
### PROPERTY DAMAGE AND RELATED COVERAGE FORMS
---

1. **Broadenings In Coverage**

   ■ **Outdoor signs**

   In form **CP 00 20**, the Limit of Insurance for signs attached to the building is increased from $1,000 per sign to $2,500 per sign in any one occurrence.

   In forms **CP 00 10, CP 00 17** and **CP 00 18** the Limit of Insurance for attached outdoor signs is increased from $1,000 to $2,500 per sign in any one occurrence. The Limit of Insurance for detached outdoor signs is increased from $1,000 per-occurrence (in total) to $2,500 per sign in any one occurrence. Further, coverage for detached outdoor signs is broadened to include all causes of loss otherwise covered under the applicable Causes of Loss form.

   ■ **Party Walls (CP 00 10, CP 00 17, and CP 00 20)**

   Potential broadening of coverage: As revised, the above captioned forms identify the exposure (party walls) and convey loss adjusting procedures for it. Under this insurance, loss payment relating to a party wall reflects the insured's partial interest in that wall. However, if the owner of the adjoining building elects not to repair or replace that building (and the building insured under this insurance is being repaired or replaced), this insurance will pay the full value of the party wall subject to all other applicable policy provisions.

2. **Other Changes**

   ■ **Additional Coverages - Various**

   In forms **CP 00 10** and **CP 00 17**, revisions are made to reinforce that the amount of coverage for Electronic Data and Increased Cost of Construction Additional Coverages applies in addition to the Limits of Insurance for any other coverages under these forms.

   In form **CP 00 18**, revisions are made to reinforce that the amount of coverage for Electronic Data applies in addition to the Limits of Insurance for any other coverages under these forms.

   Forms **CP 00 40** and **CP 00 70** have been revised to make it more explicit that the amount of coverage under the Supplementary Payments Additional Coverage applies in addition to the Limit of Insurance under these forms.

---
### BUSINESS INTERRUPTION COVERAGE FORMS
---

**Other Changes**

■ **Interruption In Computer Operations Additional Coverage (CP 00 30, CP 00 32, CP 00 50)**

Revisions are made to reinforce that the amount of coverage for the Interruption In Computer Operations Additional Coverage applies in addition to the Limits of Insurance for any other coverages under these forms.

WESTFIELD INSURANCE
Includes copyrighted material of Insurance
Services Office, Inc., with its permission

AD 91 15  09 13
Page 1 of 3

## CAUSES OF LOSS FORMS

1.  **Broadenings In Coverage**

    ■  **Utility Services Exclusion (CP 00 70, CP 10 10, CP 10 20, CP 10 30)**

       With respect to time element coverage, there is a broadening of coverage, in that on-premises failure is limited to situations where the failure involves equipment used to supply utility service from an off-premises source.

2.  **Reduction Or Potential Reduction Of Coverage**

    ■  **Utility Services Exclusion (CP 00 70, CP 10 10, CP 10 20, CP 10 30)**

       This exclusion newly applies to utility failure that originates at the described premises, when such failure involves equipment used to provide utility service supplied by an off-premises provider.  With respect to time element coverage, the aforementioned statement is relevant to the covered building, since the current time element exclusion already includes failure originating on the described premises outside a covered building.

3.  **Other Changes**

    ■  **Product Errors (CP 00 70, CP 10 30)**

       Coverage does not apply to loss or damage to any merchandise, goods or other product, caused by error or omission in any stage of the development, production or use of the product.  But if the error or omission results in a covered cause of loss, the loss or damage attributable to the covered cause of loss is covered.  Coverage intent is reinforced, with an explicit provision, in light of sporadic claims being asserted in contradiction of intent.

       **NOTE TO INSURER:**  With respect to individual insurers, impact may vary based on past claims and loss settlement history.

    ■  **Collapse**

       In forms **CP 00 70** and **CP 10 30**, the exclusion for collapse and the Additional Coverage - Collapse (which builds back limited coverage) are revised to reinforce that relationship.

       In form **CP 10 20**, the Additional Coverage - Collapse is revised to reinforce the applicability of such coverage with respect to certain perils that are not otherwise covered by the policy.

    ■  **Artificially Generated Electrical Current Exclusion (CP 00 70, CP 10 10, CP 10 20, CP 10 30)**

       This exclusion has been revised to explicitly incorporate various terms that reflect current understanding of technology with respect to power sources and associated systems, such as electromagnetic energy (including electromagnetic pulse or waves) and microwaves, and the various risks presented by them.

## ENDORSEMENTS

1.  **Reduction Or Potential Reduction Of Coverage**

    ■  **Limitation On Loss Settlement - Blanket Insurance (Margin Clause) Endorsement CP 12 32**

       Under this endorsement, loss payment on an individual property under the blanket is limited to its stated value plus a percentage of that value as shown in the Schedule.  The margin does not increase the blanket Limit of Insurance.  In the event of partial loss, this endorsement may reduce the amount of loss payment in comparison to a blanket policy without a margin clause.

2.  **Other Changes**

    ■  **Business Income - Landlord As Additional Insured (Rental Value)**

       Endorsement **CP 15 03**, Business Income - Landlord As Additional Insured (Rental Value) provides coverage for loss of rental income for a landlord (the Additional Insured) under a tenant's policy.  The amount of any payment made to the Additional Insured under this endorsement will be deducted from the Named Insured's business income loss.

■ **Additional Insured and Loss Payee (Building Owner)**

Endorsement **CP 12 19**, Additional Insured - Building Owner, enables adding the building owner as an additional named insured under a tenant's Building Coverage.

Endorsement **CP 12 18**, Loss Payable Provisions, is revised to add an option, Building Owner Loss Payable, to identify the building owner and recognize that entity as a loss payee.

■ **Building Glass Under Tenant's Policy**

Endorsement **CP 14 70**, Building Glass - Tenant's Policy, is introduced to enable coverage of building glass under a tenant's policy that does not otherwise cover the building. Coverage, if any, was previously identified by means of Declarations entry.

■ **Windstorm Or Hail Percentage Deductible Endorsement CP 03 21**

The following editorial changes are made: The text of the endorsement no longer includes language pertaining to other causes or events that contribute concurrently or in any sequence to the loss, because the underlying policy addresses that concept. Language is added to make it more explicit that this endorsement does not affect the impact of the policy's Water Exclusion or any other exclusion in the policy, and does not affect the application of a Flood Deductible if the policy (or another policy) provides coverage for Flood.

■ **Causes of Loss Exclusion Endorsements (CP 10 54 and CP 10 56)**

Under **CP 10 54**, a statement is added to reinforce the applicability of underlying policy exclusions.

Under **CP 10 56**, exclusionary language concerning seepage or leakage is added to conform to the provision in the underlying policy, with no change in coverage.

■ **Dependent Properties - Time Element (CP 15 08, CP 15 09, CP 15 34)**

The revised description of Miscellaneous Locations makes it explicit that highways and other transportation conduits are not considered to be Miscellaneous Locations.

■ **Electrical Apparatus Endorsement**

Endorsement **CP 04 10** is revised to reflect the changes to the Artificially Generated Electrical Current exclusion in the Causes of Loss forms.

■ **Utility Services Coverage Endorsements (CP 04 17, CP 15 45)**

These endorsements are revised to remove the qualification that the utility service property be located off the described premises (or outside a covered building, in the case of time element). With respect to a policy that was and is endorsed to cover utility services, there is no change in coverage. The revision to the coverage endorsements simply recognizes the revision to the underlying exclusion.

■ **Functional Replacement Cost Endorsement CP 04 38**

The section of the endorsement that addresses exclusion of pollution under Ordinance Or Law coverage is revised to include reference to fungus and other contaminants and to follow similar provisions of the Increased Cost of Construction Additional Coverage in the underlying policy.

## FLORIDA UNINSURED MOTORISTS COVERAGE OPTIONS

Uninsured Motorist coverage provides for payment of certain benefits for damages caused by owners or operators of uninsured motor vehicles because of bodily injury or death resulting therefrom. Such benefits may include payments for certain medical expenses, lost wages, and pain and suffering, subject to limitations and conditions contained in the policy. For the purpose of this coverage, an uninsured motor vehicle may include a motor vehicle as to which the bodily injury limits are less than your damages.

1.  You are hereby informed that Florida law requires the following options be made available to all automobile liability policyholders in connection with the renewal policy:

    a.  Uninsured Motorists limits equal to the bodily injury liability limits;

    b.  Uninsured Motorists limits lower than the bodily injury liability limits (minimum $10,000 each person/$20,000 each accident); or

    c.  Uninsured Motorists Coverage may be rejected.

2.  **You also may select, at a reduced rate, Non-Stacked Uninsured Motorists Coverage.** This is a limited form of coverage. If an injury occurs in your vehicle, or the vehicle of one of your family members who lives with you, only the limits purchased **on that particular vehicle** will apply. If an injury occurs in someone else's vehicle, or you are struck while a pedestrian, only the limits purchased **on any one** of your vehicles will apply.

3.  If you **do not select** the Non-Stacked Uninsured Motorists Coverage, the **limits** provided **on each of your vehicles are added together** (stacked) to determine the amount of coverage available in each accident. Thus, your policy limits would automatically change during the policy term whenever you increase or decrease the number of vehicles insured under your policy.

Your policy currently contains the option you selected when you first obtained an automobile liability policy with us, or the option you most recently asked us in writing to provide in your policy. If you desire to select another option, or would like more information about Uninsured Motorists Coverage, please contact your Independent Insurance Agent.

Unless you desire to change the coverage you previously selected, no response to this notice is necessary.

Ohio Farmers Insurance Company, Westfield Insurance Company,
Westfield National Insurance Company, American Select Insurance
Company, Old Guard Insurance Company
Westfield Center, Ohio 44251                    **AD 868** (Rev. 8-10) Florida

# FLORIDA NO-FAULT COMMERCIAL AUTOMOBILE COVERAGE OPTIONS

Basic no-fault insurance (Personal Injury Protection) provides for payment of certain benefits to or for an insured who sustains bodily injury in an accident arising out of the use or operation of a motor vehicle. Coverage is provided to the named insured; if the named insured is an individual to any resident relative/family member while occupying a motor vehicle or while a pedestrian, through being struck by a motor vehicle; to any other person while occupying a covered vehicle with the insureds consent; or to a pedestrian if the accident involves the covered motor vehicle. These benefits include payment for 80% of medical expenses, 60% of loss of income, replacement services expenses, and death benefits. The limit of liability for all loss to any one person in any one accident is $10,000.

Various options are also available to accommodate your specific needs:

1.  **Personal Injury Protection Deductibles** of $250, $500, $1,000 and $2,000 are available to the named insured only or to each named insured and each dependent relative.

2.  **Personal Injury Protection - Exclusion of Work Loss (Individual Named Insured Only)** eliminates all coverage for loss of income.

3.  **Extended Personal Injury Protection (Individual Named Insured Only)** increases the medical expense recovery to 100% and the work loss recovery to 80%.

4.  **Additional Personal Injury Protection (Individual Named Insured Only)** is available only when Extended Personal Injury Protection coverage applies and provides higher limits of liability of $10,000, $25,000, $40,000 and $90,000.

5.  **Broadened Personal Injury Protection (Named Individuals)** allows an individual who regularly uses the insured auto to be afforded Personal Injury Protection by naming the individual as a named insured.

6.  **Medical Payments Coverage** is available for those expenses for medical and funeral services not covered by Personal Injury Protection and is excess coverage over the Personal Injury Protection limit of liability.

For personal injury protection insurance, the named insured may elect a deductible and to exclude coverage for loss of gross income and loss of earning capacity ("lost wages"). These elections apply to the named insured alone, or to the named insured and all dependent resident relatives. A premium reduction will result from these elections. The named insured is hereby advised not to elect the lost wage exclusion if the named insured or dependent relatives are employed, since lost wages will not be payable in the event of an accident.

These options are available to you upon your written request to us. However, not all options are available on one policy. If you desire to select one or more of these options, or would like more information about the cost of these options, please contact your independent insurance agent.

# IMPORTANT NOTICE TO OUR POLICYHOLDERS

CITIZENS PROPERTY INSURANCE CORPORATION CERTIFIED A DEFICIT IN THE HI-RISK ACCOUNT FOR THE 2005 PLAN YEAR THAT EXCEEDED THE AMOUNT RECOVERABLE VIA A REGULAR ASSESSMENT. EFFECTIVE ON ALL POLICIES RENEWED AND ISSUED EFFECTIVE JULY 1, 2007, A UNIFORM PERCENT-AGE IS TO BE APPLIED TO SUBJECT LINES OF BUSINESS FOR THE PURPOSE OF SATISFYING THIS DEFICIT.  THE AMOUNT OF ASSESSMENT THAT HAS BEEN CHARGED ON YOUR POLICY IS SHOWN ON YOUR POLICY DECLARATION PAGE AS "CITIZENS 2005 EMERGENCY ASSESSMENT".

IF YOU HAVE ANY QUESTIONS ABOUT THIS, PLEASE CONTACT YOUR INDEPENDENT INSURANCE AGENT.

**AD 87 12  01 15**

**SR**

## WESTFIELD INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**RENEWAL**
**COMMON POLICY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

039 58 71

| Policy Number: CMM 0 395 871 | |01| | WIC Account Number : 0900375639 | | M |
|---|---|---|---|---|

| Policy Period | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| | To | 05/04/16 | mailing address shown above. |

| Business: CONTRACTOR | Named Insured is: Corporation |
|---|---|

In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.

### THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS

COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
TERRORISM INSURANCE COVERAGE

Policy Annual Premium

REQUIRED FILINGS

MADE *[handwritten]* filing a Policy
5-6-15 KMB

FL Assistance Trust Fund
Citizens 2005 Emergency Assessment

Total Advance Annual Policy Premium

The above is a summary of your coverages. For more detail,
please refer to the individual coverage parts inside your policy.

Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215*,
IL7035   0912*.

| COUNTERSIGNED: | | BY | |
|---|---|---|---|
| | Date | | Authorized Representative |

REQUIRED FILINGS

MADE

SR

# WESTFIELD
**INSURANCE**
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY
RENEWAL
COMMON POLICY DECLARATIONS
(Continued)**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | |01| | WIC Account Number : 0900375639 | | M |

| Policy Period | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| | To | 05/04/16 | mailing address shown above. |

**⋇⋇  SCHEDULE OF NAMED INSURED  ⋇⋇**

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

POLICY NUMBER: CMM 0395871

*Policy Forms Schedule*



**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

CMM 0395871
05/04/2015 - 05/04/2016                    0909764
CULPEPPER CONSTRUCTION CO INC              EARL BACON AGENCY

| Form Number | Edition Date | Form Name |
|---|---|---|
| CADS03 | 0306 | BUSINESS AUTO COVERAGE DECLARATIONS |
| CA0001 | 0306 | BUSINESS AUTO COVERAGE FORM |
| CA0128 | 0309 | FLORIDA CHANGES |
| CA0267 | 1112 | FL CHANGES CANCELLATION AND NONRENEWAL |
| CA2054 | 1001 | EMPLOYEE HIRED AUTOS |
| CA2071 | 1001 | AUTO LOAN/LEASE GAP COVERAGE |
| CA2172 | 1009 | FLORIDA UNINSURED MOTORISTS COVERAGE NON-STACKED |
| CA2210 | 0113 | FLORIDA PERSONAL INJURY PROTECTION ENDORSEMENT |
| CA2394 | 0306 | SILICA OR SILICA RELATED DUST EXCLUSION |
| CA7007 | 1087 | WAIVER OF COLLISION DEDUCTIBLE - NOT AT FAULT ACCI |
| CA7011 | 0411 | MOTOR CARRIER POLICIES OF INS FOR PUBLIC LIAB |
| CA7022 | 0705 | WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST O |
| CA7035V | 1093 | FLORIDA NAMED PERSON EXCLUSION |
| CA7077 | 0413 | SIGNATURE SERIES BUSINESS AUTO ENDORSEMENT |
| CA7080 | 0312 | WHO IS AN INSURED AMENDMENT |
| CA7087 | 1211 | CANCELATION NOTIFICATION REQUIREMENTS FOR FLORIDA |
| CA7091 | 0313 | USE OF MEDICAL FEE SCHEDULE FOR PIP CLAIMS - FLORI |
| CA9903 | 0306 | AUTO MEDICAL PAYMENTS COVERAGE |
| CA9910 | 0902 | DRIVE OTHER CAR COVERAGE-BROADENED COVERAGE FOR NA |
| CA9923 | 1293 | RENTAL REIMBURSEMENT COVERAGE |
| CA9933 | 0299 | EMPLOYEE AS INSUREDS |
| CA9944 | 1293 | LOSS PAYABLE CLAUSE |
| CA9960 | 0306 | AUDIO VISUAL AND DATA ELECTRONIC EQUIPMENT COVERAG |
| CG0001 | 0413 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0220 | 0312 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CG0300A | 0196 | DEDUCTIBLE LIABILITY INSURANCE |
| CG0435 | 1207 | EMPLOYEE BENEFITS LIABILITY COVERAGE |
| CG2010 | 0413 | ADD. INSURED-OWNERS LESSEES OR CONTRACTORS (B) |
| CG2037 | 0413 | ADDITIONAL INSURED-OWNERS,LESSEES OR CONTRS-COMPLE |
| CG2106 | 0514 | EXCL-ACCESS W/LTD BODILY INJ EXCEPTION |
| CG2147 | 1207 | EMPLOYMENT RELATED PRACTICES EXCLUSION |
| CG2170 | 0108 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG2426 | 0413 | AMENDMENT OF INSURED CONTRACT DEFINITION |
| CG2503 | 0509 | DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGG. LI |
| CG2504A | 0509 | DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT |
| CG7000 | 1298 | GENERAL LIABILITY DECLARATIONS |
| CG7017 | 1298 | GENERAL LIABILITY EXCLUSIONS ASBESTOS |
| CG7049 | 0202 | LIMITED POLLUTION LIABILITY ENDORSMENT |
| CG7086 | 1211 | COMPOSITE RATE ENDORSEMENT |
| CG7137 | 1112 | SIGNATURE SERIES COMM GENERAL LIAB CONTRACTORS END |
| CL0700 | 1006 | VIRUS OR BACTERIA EXCLUSION |

*The Policy Forms Schedule represents the forms applicable to the policy at the time of inception. The document does not reflect any changes made during the policy period.*

**Date Printed:** 05/05/2015

*AGENCY USE ONLY*

**AD 89 74  05 09**
**001 of 002**

| Form Number | Edition Date | Form Name |
|---|---|---|
| CM7090 | 0300 | SCHEDULE OF COVERAGE FORMS |
| CM7162 | 0611 | EQUIPMENT SCHEDULE - CONTRACTORS EQUP VALUATION BA |
| CPDS00 | 1014 | COMMERCIAL PROPERTY DECLARATIONS |
| CP0010 | 0607 | BUILDING AND PERSONAL PROPERTY COVERAGE FORM |
| CP0090 | 0788 | COMMERCIAL PROPERTY CONDITIONS |
| CP0125 | 0212 | FLORIDA CHANGES |
| CP0131 | 0313 | GEORGIA CHANGES |
| CP0140 | 0706 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| CP0321 | 0607 | WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE |
| CP0405B | 0405 | ORDINANCE AND LAW COVERAGE |
| CP1030 | 0607 | CAUSES OF LOSS-SPECIAL FORM |
| CP1032 | 0808 | WATER EXCLUSION |
| CP7076 | 0905 | COMMERCIAL PROPERTY EXPANDED PLUS COVERAGE ENDORSE |
| CR0021 | 0813 | COMMERCIAL CRIME COVERAGE FORM (LOSS SUSTAINED FOR |
| CR0151 | 0807 | FLORIDA CHANGES - LEGAL ACTION AGAINST US |
| CR0175 | 1010 | FLORIDA CHANGES-BINDING ARBITRATION |
| CR0176 | 1010 | FLORIDA CHANGES-NON-BINDING ARBITRATION |
| CR7000 | 0813 | CRIME COVERAGE DECLARATIONS |
| ID7004 | 0411 | ID PAGE FOR COMMERCIAL INSURANCE COVERAGE |
| ILN154 | 0707 | YOUR OPTION TO EXCLUDE WINDSTORM COVERAGE |
| IL0003 | 0908 | CALCULATION OF PREMIUM |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0019 | 0488 | COMMERCIAL PACKAGE POLICY-COMMON POLICY DECLARATIO |
| IL0021 | 0908 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT |
| IL0175 | 0907 | FLORIDA CHANGES - LEGAL ACTION AGAINST US |
| IL0255 | 0212 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| IL0262 | 0215 | GEORGIA CHANGES-CANCELLATION AND NONRENEWAL |
| IL0401 | 0212 | FLORIDA - SINKHOLE LOSS COVERAGE |
| IL0952 | 0308 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL7032 | 0105 | LOSS PAYEES / ADDITIONAL INSURED / MORTGAGEES |
| IL7035 | 0912 | EARLIER NOTICE OF CANCELLATION PROVIDED BY US |
| IM2019 | 0809 | AMENDATORY ENDORSEMENT - FLORIDA |
| IM2021 | 0613 | AMENDATORY ENDORSEMENT - GEORGIA |
| IM7000 | 0404 | CONTRACTORS EQUIPMENT COVERAGE |
| IM7005 | 0112 | SCHEDULE OF COVERAGES - CONTRACTORS EQUIPMENT |
| IM7017 | 0604 | WEIGHT OF LOAD EXCLUSION |
| IM7034 | 0112 | TOOLS ENDORSEMENT |
| IM7039 | 0711 | BELOW THE SURFACE OF THE GROUND EXCLUSION |
| IM7201 | 1002 | COMPUTER COVERAGE |
| IM7206 | 0112 | COMPUTER COVERAGE SCHEDULE OF COVERAGES |
| IM7234 | 0501 | CALENDAR DATE OR TIME FAILURE EXCLUSION |
| IM7854 | 0404 | LOSS PAYABLE OPTIONS |
| IM7902 | 0112 | LOSS PAYABLE SCHEDULE |

*The Policy Forms Schedule represents the forms applicable to the policy at the time of Inception. The document does not reflect any changes made during the policy period.*

INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EMPLOYMENT - RELATED PRACTICES LIABILITY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was
computed based on rates in effect at the time the
policy was issued.  On each renewal, continua-
tion, or anniversary of the effective date of this
policy, we will compute the premium in accord-
ance with our rates and rules then in effect.

© ISO Properties, Inc , 2007                                          **IL 00 03  09 08**

INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **A.1.** of the **Cancellation** Common Policy Condition is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

**a.** If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

**b.** If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days' notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

Our notice will state the effective date of cancellation, which will be the later of the following:

**(1)** 10 days from the date of mailing or delivering our notice; or

**(2)** The effective date of cancellation stated in the first Named Insured's notice to us.

**B.** Paragraph **A.5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** Premium Refund

**a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

**b.** If we cancel, the refund will be pro rata, except as provided in **c.** below.

**c.** If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

**d.** If the first Named Insured cancels, the refund may be less than pro rata.

**e.** The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation** Common Policy Condition and supersedes any other provisions to the contrary:

If we decide to:

1. Cancel or nonrenew this policy; or

2. Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

3. Change any policy provision which would limit or restrict coverage;

then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us. Except as applicable as described in Paragraph **D.** or **E.** below, we will mail or deliver notice at least:

a. 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

b. 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

c. 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

**D.** The following provisions apply to insurance covering residential real property only provided under the:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART;

COMMERCIAL PROPERTY COVERAGE PART; FARM COVERAGE PART;

if the named insured is a natural person.

With respect to such insurance, the following is added to the **Cancellation** Common Policy Condition and supersedes any provisions to the contrary except as applicable as described in Paragraph **E.**:

1. When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first Named Insured at least 10 days before the date cancellation takes effect.

2. When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel only for one or more of the following reasons:

a. Nonpayment of premium, whether payable to us or to our agent;

b. Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

c. Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

d. Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

We may cancel by providing notice to the first Named Insured at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2) 45 days before the effective date of cancellation if we cancel for any of the reasons listed in **b.**, **c.** or **d.** above.

**E.** With respect to a policy that is written to permit an audit, the following is added to the **Cancellation** Common Policy Condition:

If you fail to submit to or allow an audit for the current or most recently expired term, we may cancel this policy subject to the following:

1. We will make two documented efforts to send you and your agent notification of potential cancellation. After the second notice has been sent, we have the right to cancel this policy by mailing or delivering a written notice of cancellation to the first Named Insured at least 10 days before the effective date of cancellation, but not within 20 days of the first documented effort.

2. If we cancel this policy based on your failure to submit to or allow an audit, we will send the written notice of cancellation to the first Named Insured at the last known mailing address by certified mail or statutory overnight delivery with return receipt requested.

POLICY NUMBER:    CMM 0395871                                                    INTERLINE

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EARLIER NOTICE OF CANCELLATION
# PROVIDED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE

### SCHEDULE

**Number of Days' Notice**_____0030_____

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| FLORIDA STATE UNIVERSITY<br>FACILITY DESIGN & CONSTRUCTION<br>969 LEARNING WAY BLDG A<br>TALLAHASSEE FL 32306 | FLORIDA STATE UNIVERSITY<br>FSU HOUSING REPLACEMENT |

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

Copyright, Insurance Services Office, Inc., 1992                              **IL 70 35  09 12**

POLICY NUMBER:   CMM 0395871                                              INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EARLIER NOTICE OF CANCELLATION
# PROVIDED BY US

This endorsement modifies insurance provided under the following:

      COMMERCIAL AUTO COVERAGE PART
      CRIME AND FIDELITY COVERAGE PART
      EQUIPMENT BREAKDOWN COVERAGE PART
      FARM COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      PROFESSIONAL LIABILITY COVERAGE

## SCHEDULE

**Number of Days' Notice**_____30_____

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| GEORGIA STATE FINANCING & INVESTMENT COMMISSION 270 WASHINGTON STREET, 2ND FLOOR ATLANTA GA 30334 | |

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

Copyright, Insurance Services Office, Inc , 1992
                      **IL 70 35  09 12**

POLICY NUMBER:   CMM 0395871                                                    INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EARLIER NOTICE OF CANCELLATION
# PROVIDED BY US

This endorsement modifies insurance provided under the following:

> COMMERCIAL AUTO COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> PROFESSIONAL LIABILITY COVERAGE

### SCHEDULE

**Number of Days' Notice_____30_____**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| TALLAHASSEE COMMUNITY COLLEGE PURCHASING DEPARTMENT HINSON ADMINISTRATION BUILDING 444 APPLEYARD DRIVE TALLAHASSEE, FL 32304-2895 | |

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

Copyright, Insurance Services Office, Inc., 1992                              **IL 70 35  09 12**

POLICY NUMBER:    CMM 0395871                                                    INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EARLIER NOTICE OF CANCELLATION
# PROVIDED BY US

This endorsement modifies insurance provided under the following:

> COMMERCIAL AUTO COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> PROFESSIONAL LIABILITY COVERAGE

**SCHEDULE**

**Number of Days' Notice**_____30_____

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| VILLAGE OF GREER,LLC CONTEMPORARY HEALTHCARE CAPITAL, LLC CERTUS BANK 715 SOUTH BUNCOMBEE RD GREER SC 29650 | |

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

Copyright, Insurance Services Office, Inc., 1992                          **IL 70 35  09 12**

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   **a.** Make inspections and surveys at any time;

   **b.** Give you reports on the conditions we find; and

   **c.** Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   **a.** Are safe or healthful; or

   **b.** Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statues, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc , 1998    **IL 00 17 11 98**

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

**RENEWAL**
**COMMERCIAL PROPERTY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** 09-09764 | **PROD.** | 000 |

| NAMED INSURED AND MAILING ADDRESS | AGENCY |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | |01| | WIC Account Number : 0900375639 | | M |
|---|---|---|---|

| Policy Period | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| | To | 05/04/16 | mailing address shown above. |

**DESCRIPTION OF PREMISES**

| Loc Bldg | Address, City & State | Construction | Occupancy |
|---|---|---|---|
| 001 001 | 108 E JACKSON ST<br>THOMASVILLE, GA 31792 | Masonry Non-<br>Combustible | OFFICE |
| 002 001 | 1538 METROPOLITAN<br>TALLAHASSEE, FL 32309 | Non-<br>Combustible | OFFICE |
| 003 001 | 4708 CAPITAL CIRCLE NW<br>TALLAHASSEE, FL 32303 | Non-<br>Combustible | OFFICE |

**COVERAGES PROVIDED - Insurance at the described premises applies only for coverages for which a limit of insurance is shown. OPTIONAL COVERAGES applicable only when entries are made in the schedules below:**

| Loc Bldg | Coverage | Coins | Infl. Guard | Repl. Cost | Limit of Insurance | Premium |
|---|---|---|---|---|---|---|
| 001 001 | Business Personal Property<br>Cause of Loss:  Special | 80% | N/A | Yes | $25,000 | |
| 002 001 | Business Personal Property<br>Cause of Loss:  Special | 80% | N/A | Yes | $50,000 | |
| 003 001 | Business Personal Property<br>Cause of Loss:  Special | 80% | N/A | Yes | $50,000 | |

**OPTIONAL COVERAGES**

| Loc Bldg | Applicable to | Option Description | Premium |
|---|---|---|---|
| ALL ALL | Business Personal Property | Expanded Plus Property Endt | |

**\* Exclusion Descriptions:**
Thft = Theft,Spr = Sprinkler Leakage,Vand = Vandalism,Wind = Windstorm or Hail

| Florida Commercial Property Surcharge | |
|---|---|
| **Total Advance Annual Property Premium** | |

| Deductible is | $500 | Exceptions: Wind & Hail Ded.  See CP 03 21 |
|---|---|---|

**Forms and Endorsements applicable to this coverage part:**

| CP0090 | 0788 , | CP0321 | 0607*, | IL0952 | 0308 , | CP0125 | 0212 , | IL0255 | 0212 , |
|---|---|---|---|---|---|---|---|---|---|
| IL0175 | 0907 , | CP0140 | 0706 , | IL0401 | 0212*, | CP1032 | 0808 , | CPDS00 | 1014*, |
| CP0131 | 0313 , | CP1030 | 0607 , | CP0010 | 0607 , | CP0405B | 0405 , | CP7076 | 0905 , |
| ILN154 | 0707 . | | | | | | | | |

039 58 71

CMM    CMM    CMM    CMM    CMM    CMM

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.
2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.
2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.**  Someone insured by this insurance;

    **b.**  A business firm:

        **(1)**  Owned or controlled by you; or

        **(2)**  That owns or controls you; or

    **c.**  Your tenant.

This will not restrict your insurance.

POLICY NUMBER:    CMM 0395871                                          COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT - OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

**SCHEDULE\***

| Premises Number | Building Number | Windstorm Or Hail Deductible Percentage - Enter 1%, 2% Or 5% |
|---|---|---|
| 002 | 001 | 5% |
| 003 | 001 | 5% |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The Windstorm or Hail Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.  If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail and therefore part of the Windstorm or Hail occurrence.

With respect to Covered Property at a location identified in the Schedule, no other deductible applies to Windstorm or Hail.

The Windstorm or Hail Deductible applies whenever there is an occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy.  If this policy is en-

dorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings:  Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance.  Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance.  Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

**WINDSTORM OR HAIL DEDUCTIBLE CALCU-LATIONS**

**A.    Calculation of The Deductible - All Policies**

   **1.    A Deductible is calculated separately for, and applies separately to:**

© ISO Properties Inc , 2006

**a.** Each building that sustains loss or damage;

**b.** The personal property building at which there is loss or damage to personal property;

**c.** Personal property in the open.

If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

**2.** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition; Agreed Value Optional Coverage; any provision in a Value Reporting Form relating to full reporting or failure to submit reports.

**3.** When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B.** Calculation Of The Deductible - Specific Insurance Other Than Builders Risk

**1.** Property Not Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

**2.** Property Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are the latest value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

**C.** Calculation Of The Deductible - Blanket Insurance Other Than Builders Risk

**1.** Property Not Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the most recent Statement of Values on file with us.

**2.** Property Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

**D.** Calculation Of The Deductible - Builders Risk Insurance

**1.** Builders Risk Other Than Reporting Form

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

**2.** Builders Risk Reporting Form

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are the actual cash value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

## EXAMPLES - APPLICATION OF DEDUCTIBLE:

### EXAMPLE #1 - SPECIFIC INSURANCE  (B.1.)

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000.  The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step  (1)  :  $70,000  ÷  $80,000   =  .875
Step  (2)  :  $60,000  X  .875       =  $52,500
Step  (3)  :  $70,000  X    1%       =  $700
Step  (4)  :  $52,500  -  $700       =  $51,800

The most we will pay is $51,800.  The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

### EXAMPLE #2 - SPECIFIC INSURANCE  (B.1.)

The amounts of loss to the damaged property are $60,000 (Building) and $40,000 (Personal Property in building).

The value of the damaged building at time of loss is $100,000.  The value of the personal property in that building is $80,000.  The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore no Coinsurance penalty).

The Deductible is 2%.

#### BUILDING

Step (1)  :  $80,000  X  2%  =  $1,600
Step (2)  :  $60,000  -  $1,600  =  $58,400

#### PERSONAL PROPERTY

Step (1)  :  $64,000  X  2%  =  $1,280
Step (2)  :  $40,000  -  $1,280  =  $38,720

The most we will pay is $97,120.  The portion of the total loss not covered due to application of the Deductible is $2,880.

### EXAMPLE #3 - BLANKET INSURANCE  (C.1.)

The sum of the values of Building #1 ($500,000), Building  #2  ($500,000)  and  Building  #3

($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings #1, #2, and #3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings #1 and #2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building #1) and $20,000 (Building #2).

The Deductible is 2%.

#### BUILDING #1

Step (1)  :  $500,000  X  2%  =  $10,000
Step (2)  :  $40,000  -  $10,000  =  $30,000

#### BUILDING #2

Step (1)  :  $500,000  X  2%  =  $10,000
Step (2)  :  $20,000  -  $10,000  =  $10,000

The most we will pay is $40,000.  The portion of the total loss not covered due to application of the Deductible is $20,000.

### EXAMPLE  #4 - BLANKET INSURANCE  (C.1.)

The sum of the values of Building #1 ($500,000), Building #2 (500,000), Personal Property at Building #1 ($250,000) and Personal Property at Building #2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings #1 and #2 and Personal Property at Buildings #1 and #2, shown in the Declarations, is $1,350,000.  Therefore there is no Coinsurance penalty.

Building #1 and Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Personal Property).

The Deductible is 5%.

#### BUILDING

Step (1)  :  $500,000  X  5%  =  $25,000
Step (2)  :  $95,000  -  $25,000  =  $70,000

#### PERSONAL PROPERTY

Step (1)  :  $250,000  X  5%  =  $12,500
The loss,  $5,000, does not exceed the deductible.

The most we will pay is $70,000.  The remainder of the building loss, $25,000, is not covered due to application of the Deductible.  There is no loss payment for the personal property.

COMMERCIAL PROPERTY

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.**  When this endorsement is attached to Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.**  The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract:  The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

**C.**  The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

**1.**  Broward County;

**2.**  Dade County;

**3.**  Martin County;

**4.**  Monroe County;

**5.**  Palm Beach County; and

**6.**  All the areas east of the west bank of the Intra-Coastal Waterway in the counties of:

**a.**  Indian River; and

**b.**  St. Lucie.

**Windstorm Exterior Paint And Waterproofing Exclusion**

We will not pay for loss or damage caused by windstorm to:

**1.**  Paint; or

**2.**  Waterproofing material;

applied to the exterior of buildings unless the building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event.  But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or water proofing material is excluded, we will

not include the value of paint or waterproofing material to determine:

**a.**  The amount of the Windstorm or Hail Deductible; or

**b.**  The value of Covered Property when applying the Coinsurance Condition.

**D.**  The **Loss Payment** Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage:

**(1)**  Within 20 days after we receive the sworn proof of loss and reach written agreement with you; or

**(2)**  Within 30 days after we receive the sworn proof of loss and:

**(a)**  There is an entry of a final judgment; or

**(b)**  There is a filing of an appraisal award with us.

**(3)**  Within 90 days of receiving notice of initial, reopened or supplemental claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment.  If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

Paragraph **(3)** applies only to the following:

**(a)**  A claim under a policy covering residential property;

**(b)**  A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

**(c)**  A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

**E.** Sinkhole Collapse Coverage Removed

Sinkhole Collapse coverage is removed as indicated in Paragraphs **E.1.** through **E.4.**; and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **F.**

**1.** In the Causes Of Loss - Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

**2.** In the Causes Of Loss - Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage - Collapse; and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

**3.** In the Cause Of Loss - Special Form, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion.

**4.** In the Mortgageholders Errors And Omissions Coverage Form, Sinkhole Collapse is deleted from the Covered Causes of Loss under Coverage **B** and from the "specified causes of loss", and is no longer an exception to the Earth Movement Exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

**F.** The following is added to this Coverage Part as a Covered Cause Of Loss. In the Causes Of Loss - Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage - Collapse.

**Catastrophic Ground Cover Collapse**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

**1.** The abrupt collapse of the ground cover;

**2.** A depression in the ground cover clearly visible to the naked eye;

**3.** Structural damage to the building, including the foundation; and

**4.** The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The Earth Movement Exclusion and the Collapse Exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

**G.** The following applies to the **Additional Coverage - Civil Authority** under the Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form and Extra Expense Coverage Form:

**1.** The Additional Coverage - Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. With respect to described premises located in Florida, such one-mile radius does not apply.

**2.** The Additional Coverage - Civil Authority is limited to a coverage period of up to four weeks. With respect to described premises located in Florida, such four-week period is replaced by a three-week period.

**3.** Civil Authority coverage is subject to all other provisions of that Additional Coverage.

**H.** The following provision is added to the **Duties In The Event Of Loss Or Damage** Loss Condition:

A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm must be given to us in accordance with the terms of this policy and within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

This provision concerning time for submission of claim does not affect any limitation for legal action against us as provided in this policy under the Legal Action Against Us Condition, including any amendment to that condition.

I.  The following definition of structural damage is added with respect to the coverage provided under this endorsement:

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following:

1. Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

2. Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems and that prevents those members or systems from supporting the loads and forces they were designed to support to the ex-

tent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

3. Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

4. Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

5. Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot.  Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

© ISO Properties, Inc., 2006

**CP 01 40  07 06**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA - SINKHOLE LOSS COVERAGE

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

## SCHEDULE

| Premises Number | Building Number |
|---|---|
| 001 | 001 |
| 002 | 001 |
| 003 | 001 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

With respect to the location(s) indicated in the Schedule, the following provisions apply;

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** When this endorsement is attached to the Farm Livestock Coverage Form, reference to loss (other than in the term Sinkhole Loss itself) means "loss" as defined in that coverage form.

**C.** The following is added to this Coverage Part as a Covered Cause of Loss. In the forms which address "specified causes of loss", the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage - Collapse.

**Sinkhole Loss,** meaning loss or damage to Covered Property when structural damage to the building, including the foundation, is caused by settlement or systematic weakening of the earth supporting the building, only if the settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

Coverage for Sinkhole Loss includes stabilization of the building (including land stabilization) and repair to the foundation, provided such work is in accordance with the requirements of Florida Insurance Law and in accordance with the recommenda-

tion of a professional engineer. The professional engineer must be selected or approved by us. However, until you enter into a contract for performance of building stabilization and/or foundation repair in accordance with the recommendations of the professional engineer as set forth in a report from us:

**1.** We will not pay for underpinning or grouting or any other repair technique performed below the existing foundation of the building; and

**2.** Our payment for Sinkhole Loss to Covered Property may be limited to the actual cash value of the loss to such property.

You must enter into a contract for the performance of building stabilization and/or foundation repair in accordance with the aforementioned recommendations, within 90 days after we notify you that there is coverage for your Sinkhole Loss. After you have entered into such contract, we will pay the amounts necessary to begin and perform such repairs as the work is performed and the expenses are incurred. If repair has begun and the aforementioned professional engineer determines that the repairs will exceed the applicable Limit of Insurance, we will pay only the remaining portion of the applicable Limit of Insurance upon such determination. The most we will pay for the total of all Sinkhole Loss, including building and land stabilization and foundation repair, is the applicable Limit of Insurance on the affected building.

© Insurance Services Office, Inc , 2011

The stabilization and all other repairs to the Covered Property must be completed within 12 months after entering into the contract for the performance of these repairs, unless:

1. There is a mutual agreement between you and us;

2. The claim is involved with the neutral evaluation process;

3. The claim is in litigation; or

4. The claim is under appraisal or mediation.

D. Sinkhole Loss does not include:

1. Sinking or collapse of land into man-made underground cavities; or

2. Earthquake.

E. With respect to coverage provided by this endorsement, the **Earth Movement** Exclusion and the Collapse Exclusion do not apply.

F. With respect to a claim for alleged Sinkhole Loss, the following provision is added:

Following receipt by us of a report from a professional engineer or professional geologist on the cause of loss and recommendations for land stabilization and repair of property, or if we deny your claim, we will notify you of your right to participate in a neutral evaluation program administered by the Florida Department of Financial Services (hereinafter referred to as the Department). For alleged Sinkhole Loss to commercial residential or farm residential properties, this program applies instead of any mediation procedure set forth elsewhere in this policy, but does not invalidate the Appraisal Condition.

You or we may file a request with the Department for neutral evaluation; the other party must comply with such request. We will pay reasonable costs associated with the neutral evaluation, regardless of which party makes the request. But if a party chooses to hire a court reporter or stenographer to contemporaneously record and document the neutral evaluation, that party must bear the costs of those services. The neutral evaluator will be selected from a list maintained by the Department. The recommendation of the neutral evaluator will not be binding on you or us.

Participation in the neutral evaluation program does not change your right to file suit against us in accordance with the Legal Action Against Us Condition in this policy; except that the time for filing suit is extended for a period of 60 days following the conclusion of the neutral evaluation process or five years, whichever is later.

G. Coverage for Sinkhole Loss under this endorsement does not increase the applicable Limit of Insurance. Even if loss or damage qualifies under, or includes, both Catastrophic Ground Cover Collapse (addressed elsewhere in this Coverage Part) and Sinkhole Loss, only one Limit of Insurance will apply to such loss or damage.

H. The following provision is added to the **Duties In The Event Of Loss Or Damage** Loss Condition:

Notice of any claim for Sinkhole Loss, including but not limited to initial, supplemental and reopened claims, must be provided to us in accordance with the terms of this policy within two years after you knew or reasonably should have known about the Sinkhole Loss.

I. The following definition of structural damage is added with respect to the coverage provided under this endorsement:

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following:

1. Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

2. Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems and that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

3. Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

4. Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

5. Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

J. If we deny your claim for Sinkhole Loss without performing testing under section 627.702(1) and (2) of the Florida Insurance Law, you may demand testing by communicating such demand to us in writing within 60 days after you receive our denial of the claim.

K. You may not accept a rebate from any person performing repairs for Sinkhole Loss covered under this endorsement. If you receive a rebate, coverage under this endorsement is void and you must refund the amount of the rebate to us.

**COMMERCIAL PROPERTY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion in Paragraph **B.** replaces the **Water** Exclusion in this Coverage Part or Policy.

**B.** **Water**

    **1.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

    **2.** Mudslide or mudflow;

    **3.** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

    **4.** Water under the ground surface pressing on, or flowing or seeping through:

        **a.** Foundations, walls, floors or paved surfaces;

        **b.** Basements, whether paved or not; or

        **c.** Doors, windows or other openings; or

    **5.** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.**, **3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.**, is caused by an act of nature or is otherwise caused.  An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

© Insurance Services Office, Inc , 2008                                                   **CP 10 32  08 08**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

    **1.** We will not pay for loss or damage arising out of any act committed:

        **a.** By or at the direction of any insured; and

        **b.** With the intent to cause a loss.

    **2.** However, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss:

        **a.** Is otherwise covered under this Coverage Part; and

        **b.** Arose out of an act of family violence by an insured, against whom a family violence complaint is brought for such act.

    **3.** If we pay a claim pursuant to Paragraph **B.2.**, our payment to the insured is limited to that insured's legal interest in the property less any payments we first made to a mortgageholder or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**C.** The following explanation is added with respect to application of the Exclusion of "Fungus", Wet Rot, Dry Rot and Bacteria and the Limited Coverage of the same title:

With respect to the portion of Covered Property that would still have required repair or replacement had there been no "fungus", wet or dry rot or bacteria, this Exclusion and Limited Coverage will not serve to limit the amount of recovery for such repair or replacement.

However, the Exclusion and Limited Coverage shall continue to apply to:

    **1.** The cost to treat, contain, remove or dispose of "fungus", wet rot, dry rot or bacteria beyond that which is required to repair or replace Covered Property;

    **2.** The cost of testing as described in the Limited Coverage; and

    **3.** Any increase in loss under Business Income and/or Extra Expense forms resulting from **1.** or **2.** above.

Regardless of whether the Exclusion and Limited Coverage apply to a loss, the Limit of Insurance on Covered Property is not increased. The maximum recoverable, for the total of the cost to repair or replace Covered Property and any additional covered cost to treat, contain remove, dispose of or test for "fungus", wet or dry rot or bacteria, is the applicable Limit of Insurance on the affected Covered Property.

**D.** This Paragraph, **D**, applies to the following:

    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    CONDOMINIUM ASSOCIATION COVERAGE FORM
    BUILDERS RISK COVERAGE FORM
    STANDARD PROPERTY POLICY

Paragraph **a.** of the **Loss Payment** Condition is replaced by the following:

    **a.** In the event of loss or damage covered by this Coverage Form, at our option we will either:

        **(1)** Repair, rebuild, or replace the property with other property of like kind and quality, or pay the cost of such repair, rebuilding or replacement, as limited by paragraph **b.** of this Loss Payment condition and any other applicable policy provisions, such as the Limit of Insurance provision, the Valuation Condition or any provision which amends or supersedes the Valuation Condition; or

Copyright, Insurance Services Office, Inc , 2003

**(2)** Take all or any part of the property at an agreed or appraised value.

With respect to Paragraph **a.(1)**, this policy covers only the cost of repair, rebuilding or replacement. Such cost does not include recovery of, and therefore this policy does not pay any compensation for, an actual or perceived reduction in the market value of any property. But if the property that has sustained loss or damage is subject to an endorsement which explicitly addresses market value, then that endorsement will apply to such property in accordance with its terms.

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.,** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.,** Exclusions; or

**2.** Limited in Section **C.,** Limitations;

that follow.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a. Ordinance Or Law**

        The enforcement of any ordinance or law:

        **(1)** Regulating the construction, use or repair of any property; or

        **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

        This exclusion, Ordinance Or Law, applies whether the loss results from:

        **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

        **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

    **b. Earth Movement**

        **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

        **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

        **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

        **(4)** Earth sinking (other than sinkhole collapse), rising or

shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

        **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

        Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

        **(a)** Airborne volcanic blast or airborne shock waves;

        **(b)** Ash, dust or particulate matter; or

        **(c)** Lava flow.

        All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

        Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

    **c. Governmental Action**

        Seizure or destruction of property by order of governmental authority. But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

© ISO Properties, Inc., 2007

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure;

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access to access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

but if "fungus", wet or dry rot or bacteria results in a "specified causes of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, or otherwise interferes with any;

**CP 10 30  06 07**
**Page 2 of 10**

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to;

  **(a)** Electrical Current including arcing;

  **(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field.

  **(c)** Pulse of electromagnetic energy; or

  **(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

  **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

  **(3)** Smog;

  **(4)** Settling, cracking, shrinking or expansion;

  **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

  **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

  **(7)** The following causes of loss to personal property:

    **(a)** Dampness or dryness of atmosphere;

    **(b)** Changes in or extremes of temperature; or

    **(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results

in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

  **(1)** You do your best to maintain heat in the building or structure; or

  **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

  **(1)** Acting alone or in collusion with others; or

  **(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property

    **(1)** An abrupt falling down or caving in

    **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

    **(3)** Any Cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion as such condition relates to (1) or (2) above.

    But if collapse results in a Covered Cause of loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

    This exclusion, **k.** does not apply;

      **a.** To the extent that coverage is provided under the Additional Coverage - Collapse; or

      **b.** To collapse caused by one or more of the following;

        **(i)** The "specified causes of loss";

        **(ii)** Breakage of building glass;

        **(iii)** weight of rain that collects on a roof; or

        **(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion **l.**, does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

    **(1)** Planning, zoning, development, surveying, siting;

    **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    **(3)** Materials used in repair, construction, renovation or remodeling; or

    **(4)** Maintenance;

    of part or all of any property on or off the described premises.

**4.** **Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a.** **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

We will not pay for:

    **(1)** Any loss caused by or resulting from:

      **(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to re-produce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repair-ing or replacing the prop-erty or resuming "operations", due to inter-ference at the location of the rebuilding, repair or re-placement by strikers or other persons; or

**(b)** Suspension, lapse or can-cellation of any license, lease or contract. But if the suspension, lapse or can-cellation is directly caused by the "suspension" of "op-erations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accord-ance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Cover-age or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any li-cense, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b.  Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insur-ance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c.  Legal Liability Coverage Form**

**(1)** The following Exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.,** Ordi-nance Or Law;

**(b)** Paragraph **B.1.c.,** Govern-mental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** Utility Services; and

**(e)** Paragraph **B.1.f.,** War And Military Action.

**(2)** The following additional exclu-sions apply to insurance under this Coverage Form:

**(a)  Contractual Liability**

We will not defend any claim or "suit", or pay dam-ages that you are legally li-able to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclu-sion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or rob-bery, provided that:

**(i)** Your assumption of li-ability was executed prior to the accident; and

**(ii)** The building is Cov-ered Property under this Coverage Form.

**(b)  Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5.  Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

   However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale;

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

   However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

a. $2,500 for furs, fur garments and garments trimmed with fur.

b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $2,500 for patterns, dies, molds and forms.

d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of the Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

a. Building Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by;

(1) A cause of loss listed in **2.a.** or **2.b.**

(2) One or more of the "specified causes of loss".

(3) Breakage of building glass:

(4) Weight of people or personal property; or

(5) Weight of rain that collects on a roof.

3. This **Additional Coverage - Collapse** does **not** apply to;

a. A building or any part of a building that is in danger of falling down or caving in;

b. A part of a building that is standing, even if it has separated from another part of the building; or

c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

    **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

    **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

    **a.** The collapse of personal property was caused by a Cause of Loss listed in **2.a.** through **2.f.** above;

    **b.** The personal property which collapses is inside a building; and

    **c.** The property which collapses is not of a kind listed in **4.** above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage - Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage-Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

    **1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is a the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

        **a.** A "specified cause of loss" other than fire or lightning; or

        **b.** Flood Coverage Endorsement applies to the affected premises.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of Covered Causes of Loss Form or under the Additional Coverage-Collapse.

**6.** The following **6.a.** or **6.b.** ,applies only if Business Income and/or Extra Expense Coverage applies to the described premises an only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

  **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

  **b** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs that "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F.  Additional Coverage Extensions**

  **1.  Property In Transit.**

   This Extension applies only to your personal property to which this form applies.

   **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   **b.** Loss or damage must be caused by or result from one of the following causes of loss:

    **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

    **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

    **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   **c.** The most we will pay for loss or damage under this Extension is $5000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

  **2.  Water Damage, Other Liquids, Powder or Molten Material Damage.**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

  **3.  Glass**

   **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

   This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

**G.  Definitions**

  **1.** "Fungus" means any type of form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

  **2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

COMMERCIAL PROPERTY

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H., Definitions.**

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation Of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

(1) In your care, custody or control; and

**(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.  Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage - Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enables the computer or device connected to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4),** we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

**(5)** Examples

The following examples assume that there is no Coinsurance penalty.

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $    500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example #2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $   500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of : $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, - Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, - Electronic Data, subject to the following:

**(a)** If the Causes of Loss - Special Form applies, coverage under this Additional Coverage, - Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**(b)** If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage, - Electronic Data includes Collapse as set forth in that Form.

**(c)** If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, - Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, - Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after the policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

    (i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

    (ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

    (iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

    (i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

    (ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records that exist as electronic data. Electronic data has the meaning described under Property Not Covered, - Electronic Data.

**(2)** If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**(3)** If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that Form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of

loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized land conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B.  Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C.  Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to the building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

1.  Fire Department Service Charge;

2.  Pollutant Clean-up And Removal;

3.  Increased Cost of construction; and

4.  Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D.  Deductible**

In any one occurrence of loss or damage (herein-after referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**EXAMPLE #1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $250 |
| Limit of Insurance - Building #1: | $60,000 |
| Limit of Insurance - Building #2: | $80,000 |
| Loss to Building #1: | $60,100 |
| Loss to Building #2: | $90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

```
  $60,100
-    250
  $59,850 Loss Payable - Building #1
```

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:   $59,850 + $80,000 = $139,850

**EXAMPLE #2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1: | $ 70,000 |
| (exceeds Limit of Insurance plus Deductible) | |
| Loss to Building #2: | $ 90,000 |
| (exceeds Limit of Insurance plus Deductible) | |
| Loss Payable - Building #1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable - Building #2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $140,000 |

**E.  Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1.  **Abandonment**

There can be no abandonment of any property to us.

2.  **Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a.  Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

    **(1)** We have reached agreement with you on the amount of loss; or

    **(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

    **a. Description Of Terms**

        **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

            **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

            **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

                **(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

                **(ii)** Used by the building owner to conduct customary operations.

        **(2)** Buildings under construction or renovation are not considered vacant.

    **b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

        **(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

            **(a)** Vandalism;

            **(b)** Sprinkler leakage, unless you have protected the system against freezing;

            **(c)** Building glass breakage;

            **(d)** Water damage;

            **(e)** Theft; or

            **(f)** Attempted theft.

        **(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d., e.** and **f.** below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | The value of the property is | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $100,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |
| Step (1): | $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements) | |
| Step (2): | $100,000 ÷ $200,000 = .50 | |
| Step (3): | $40,000 x .50 = $20,000 | |
| Step (4): | $20,000 - $250 = $19,750 | |

We will pay no more than $19,750. The remaining $20,250 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | The value of the property is | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $200,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

## EXAMPLE #3

| When: | | |
|---|---|---|
| The value of the property is: | | |
| Building at Location #1 | $ 75,000 | |
| Building at Location #2 | $100,000 | |
| Personal Property at Location #2 | $ 75,000 | |
| | $250,000 | |
| The Coinsurance percentage for it is | 90% | |
| The Limit of Insurance for Buildings and Personal Property at Location #1 and #2 is | $180,000 | |
| The Deductible is | $ 1,000 | |
| The amount of loss is: | | |
| Building at Location #2 | $ 30,000 | |
| Personal Property at Location #2. | $ 20,000 | |
| | $ 50,000 | |

Step (1): $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $ 50,000 x .80 = $40,000

Step (4): $ 40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclo-sure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Agreed Value**

    **a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

    **b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

    **c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

        **(1)** On or after the effective date of this Optional Coverage; and

        **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

    **a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

    **b.** The amount of increase will be:

        **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

        **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

        **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

If: The applicable Limit of Insurance is     $100,000

The annual percentage increase is     8%

The number of days since the beginning of the policy year (or last policy change) is     146

The amount of increase is $100,000 x .08 x 146 ÷ 365 =     $3,200

**3. Replacement Cost**

    **a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition, of this Coverage Form.

    **b.** This Optional Coverage does not apply to:

        **(1)** Personal property of others;

        **(2)** Contents of a residence;

        **(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

        **(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

        Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

    **c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

    **d.** We will not pay on a replacement cost basis for any loss or damage:

        **(1)** Until the lost or damaged property is actually repaired or replaced; and

        **(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments, will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

POLICY NUMBER:    CMM 0395871                                        COMMERCIAL PROPERTY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE*

| Prem. No./ Bldg. No. | Cov. A | Cov. B Limit Of Insurance | Cov. C Limit Of Insurance | Cov. B and C Combined Limit Of Insurance |
|---|---|---|---|---|
| See Property Dec | Included in Building Limit | $ 50,000 | $ 50,000 | $                    ** |

Where a specific limit is shown elsewhere in this policy for a scheduled building, the limit above is superseded for that building only.

\*      Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

\*\*     Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages **B** and **C**, or if one of these Coverages is not applicable.

**A.**  Each Coverage - Coverage **A**, Coverage **B** and Coverage **C** - is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

**B.**  **Application Of Coverage(s)**

The Coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

1.  The ordinance or law;

    a.  Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

    b.  Is in force at the time of loss.

    But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law.    Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

2.  a.  The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

    b.  The building sustains both direct physical damage that is covered under this policy, and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

    c.  The building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

3.  In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B** and/or **C** of this endorsement.    Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

    (Section **H.** of this endorsement provides an example of this procedure.)

Copyright, Insurance Services Office, Inc , 2001

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B** and/or **C** of this endorsement.

**C.** We will not pay under Coverage A, B or C of this endorsement for:

**1.** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**2.** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**D. Coverage**

**1. Coverage A - Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

**2. Coverage B - Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such damaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**3. Coverage C - Increased Cost Of Construction Coverage**

**a.** With respect to the building that has sustained covered direct physical

damage, we will pay for the increased cost to:

**(1)** Repair or reconstruct damaged portions of that building; and/or

**(2)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

**(1)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(2)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**b.** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.**:

**(1)** The cost of excavations, grading, backfilling and filling;

**(2)** Foundation of the building;

**(3)** Pilings; and

**(4)** Underground pipes, flues and drains.

The items listed in **b.(1)** through **b.(4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **3.b.**

**E. Loss Payment**

**1.** All following loss payment Provisions, **E.2.** through **E.5.**, are subject to the appointment procedures set forth in Section **B.3.** of this endorsement.

**2.** When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

    **a.** If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

        **(1)** The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

        **(2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

    **b.** If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

        **(1)** The actual cash value of the building at the time of loss; or

        **(2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**3.** Unless Paragraph **E.5.** applies, loss payment under Coverage **B** - Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

    **a.** The amount you actually spend to demolish and clear the site of the described premises; or

    **b.** The applicable Limit of Insurance shown for Coverage **B** in the Schedule above.

**4.** Unless Paragraph **E.5.** applies, loss payment under Coverage **C** - Increased Cost of Construction Coverage will be determined as follows:

    **a.** We will not pay under Coverage **C**:

        **(1)** Until the property is actually repaired or replaced, at the same or another premises; and

        **(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    **b.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

        **(1)** The increased cost of construction at the same premises; or

        **(2)** The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

    **c.** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

        **(1)** The increased cost of construction at the new premises; or

        **(2)** The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

**5.** If a **Combined** Limit of Insurance is shown for Coverages **B** and **C** in the Schedule above, Paragraphs **E.3.** and **E.4.** of this endorsement do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages **B** and **C** in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

    **a.** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

    **b.** With respect to the Increased Cost of Construction:

        **(1)** We will not pay for the increased cost of construction:

            **(a)** Until the property is actually repaired or replaced, at the same or another premises; and

    **(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    **(2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

    **(3)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**F.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**G.** Under this endorsement we will not pay for loss due to any ordinance or law that:

    **1.** You were required to comply with before the loss, even if the building was undamaged; and

    **2.** You failed to comply with.

**H.** Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses (procedure as set forth in Section **B.3.** of this endorsement)

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss

- The building has a value of $200,000

- Total direct physical damage to building: $100,000

- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value

- Portion of direct physical damage that is covered (caused by wind): $30,000

- Portion of direct physical damage that is not covered (caused by flood): $70,000

- Loss under Ordinance or Law Coverage **C** of this endorsement: $60,000

Step 1:

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$$\$30,000 \div \$100,000 = .30$$

Step 2:

Apply that proportion to the Ordinance or Law loss.

$$\$60,000 \times .30 + \$18,000$$

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

NOTE: The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

    **I.** The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

COMMERCIAL PROPERTY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COMMERCIAL PROPERTY EXPANDED PLUS COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME COVERAGE FORMS
CAUSES OF LOSS - SPECIAL FORM

### BUILDING AND PERSONAL PROPERTY COVERAGE FORM AMENDMENTS

The following is added to **A. Coverage 1. Covered Property a. Building:**

   **(6)**  Foundations of buildings.

Item **g.** is deleted from **A. Coverage 2. Property Not Covered.**

In Section **A.** Coverage, the references to 100 feet are changed to read 1,000 feet in the following paragraphs:

**1.a.(5)(b) Building;**
**1.b. Business Personal Property;**
**1.c.(2) Personal Property of Others; and**
**5. Coverage Extensions**

Under **A. Coverage, 4. Additional Coverages a. Debris Removal** the limit is increased from $10,000 to $25,000.

Under item **A. Coverage, 4. Additional Coverages  c. Fire Department Service Charge** the limit of coverage is increased to $10,000.

Under item **A. Coverage, 4. Additional Coverages  d. Pollutant Clean Up and Removal** paragraph two (2) is deleted and the limit of coverage is increased to $25,000.

The following items are added under **A. Coverage, 4. Additional Coverages:**

   **g.**  **Fire Extinguisher Recharge Expense**

      We will pay the cost to recharge or replace your fire extinguishers, whichever is less, when they are discharged as a result of fighting a fire caused by a Covered Cause of Loss, on or within 1,000 feet of your described premises.

      The most we will pay under this Additional Coverage is $5,000.

      No deductible applies to this Additional Coverage.

   **h.**  **Lock Replacement**

      We will pay the cost to repair the door locks or tumblers of your described premises due to "theft" of your door keys.

The most we will pay under this Additional Coverage is $2,500.

No deductible applies to this Additional Coverage.

"Theft" means any act of stealing. "Theft" does not mean mysterious or unexplained disappearance of property.

   **i.**  **Arson Reward**

      We will pay up to $10,000 as a reward for information which leads to an arson conviction in connection with a fire loss to property covered under this policy. Regardless of the number of persons involved in providing information, the limit of our liability under this Additional Coverage shall not be increased.

      No deductible applies to this Additional Coverage.

Under item **A. Coverage, 5. Coverage Extensions  a. Newly Acquired Or Constructed Property (1) Buildings** the most we will pay for loss or damage under this Extension is $1,000,000 at each building.

Under item **A. Coverage, 5. Coverage Extensions  a. Newly Acquired Or Constructed Property (2) Your Business Personal Property** the most we will pay for loss or damage under this Extension is $500,000 at each building.

Under item **A. Coverage, 5. Coverage Extensions  a. Newly Acquired Or Constructed Property  (3) Period Of Coverage** (b) is amended to read 180 days expire after you acquire or begin to construct the property; or

Under item **A. Coverage, 5. Coverage Extensions  b. Personal Effects and Property of Others** item (2) is amended to read:

   **(2)**  Personal Property of others in your care, custody or control while anywhere within the coverage territory.

The most we will pay for loss or damage under this Extension is $10,000 at each described premises. We will not pay more than $2,500 to any one person in any one loss. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

Under item **A. Coverage, 5. Coverage Extensions c. Valuable Papers and Records - (Other Than Electronic Data) (4)** the most we will pay for loss or damage under this Extension is $25,000 at each described premises, unless a higher limit is shown in the Declarations.

Under item **A. Coverage, 5. Coverage Extensions d. Property Off-Premises** the most we will pay for loss or damage under this Extension is $25,000, but not more than $5,000 per salesperson.

Under item **A. Coverage, 5. Coverage Extensions e. Outdoor Property** the most we will pay for loss or damage under this Extension is $10,000, but not more than $1,000 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence. But if loss or damage occurs to outdoor signs (other than signs attached to buildings) and is not otherwise covered, we will pay up to $10,000 for all other Covered, Causes of Loss.

The following items are added to **A. Coverage, 5. Coverage Extensions:**

**g.  Accounts Receivable**

You may extend the insurance that applies to your Business Personal Property to apply to:

**(1)** All sums due you from customers if you are not able to collect due to direct loss or damage to the records of the accounts receivable;

**(2)** Interest charged on a loan obtained by you to offset impaired collections of accounts receivable due to such direct loss or damage;

**(3)** Increased collection costs as a result of such direct loss or damage; or

**(4)** Other reasonable expenses that you incur to reestablish the records of your accounts receivable;

that result from Covered Causes of Loss to your records of accounts receivable.

This insurance applies to accounts receivable while:

**(1)** On premises scheduled in the declarations of this policy;

**(2)** While being conveyed outside the premises; or

**(3)** While temporarily at other premises for any reason except storage.

The most we will pay under this extension is $25,000 at each described premises.

**h.  Property In Transit**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property (including property that is in the care, custody or control of your salespersons) in transit in or on a motor vehicle you own, lease or operate while between points within the coverage territory and more than 1,000 feet from the described premises. Loss or damage must be caused by or result from one of the following Covered Causes of Loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion or vandalism;

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed;

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry;

**(4)** Flood; or

**(5)** Earthquake.

The coverage provided under this Extension replaces coverage provided under any other additional coverage extension applying to property in transit. The most we will pay for loss or damage under this Extension is $15,000 per occurrence.

**i.  Power Interruption**

You may extend the insurance provided for Covered Property to apply to loss or damage caused by interruption of electric power supply services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

**(1)** Utility generating plants;

**(2)** Switching stations or substations;

**(3)** Transformers; and

**(4)** Transmission lines, other than overhead transmission lines.

This Coverage Extension is not subject to the terms of the Utility Services Exclusion to the extent that such exclusion would conflict with the provisions of this Coverage Extension.

The most we will pay under this Extension is $10,000.

**j.    Extra Expense**

We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises, including personal property in the open (or in a vehicle) within 1,000 feet, caused by or resulting from a Covered Cause of Loss.

Extra Expense means expense incurred:

**(1)** To avoid or minimize the suspension of business and to continue "operations":

**(a)** At the described premises; or

**(b)** At replacement premises or at temporary locations, including:

**(i)**  Relocation expenses: and

**(ii)** Costs to equip and operate the replacement or temporary locations;

**(2)** To minimize the suspension of business if you cannot continue "operations"; or

**(3) (a)** To repair or replace any property; or

**(b)** To research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

We will only pay for Extra Expense that occurs after the date of direct physical loss or damage. The most we will pay for loss or damage under this Extension is $50,000.

"Operations" means your business activities occuring at the described premises.

"Period of Restoration" means the period of time that:

**(1)** Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

**(2)** Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of Restoration" does not include any increased period required due to the enforcement of any law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration."

**k.    Back Up of Sewers or Drains**

You may extend the insurance provided by this Coverage Part to apply to loss or damage to your Covered Property caused by;

**(1)** Water that backs up through sewers, drains or sump; or

**(2)** Subsurface water that enters into and overflows from within a:

**(a)** Sump pump;

**(b)** Sump pump well; or

**(c)** Other type system;

designed to remove subsurface water from the foundation area.

The most we will pay for loss or damage under this Extension is $25,000 per any one occurrence including Business Income.

**l.    Credit Card Invoices**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Sums owed you from grantors of credit provided you are unable to collect from them due to direct loss or damage to your credit card invoice records;

**(2)** Increased collection costs as a result of such direct loss or damage; or

**(3)** Other reasonable expenses that you incur to reestablish your records of credit card invoices following such direct loss or damage;

that results from a Covered Cause of Loss to your records of credit card invoices.

This insurance applies to credit card invoices while:

**(1)** On premises scheduled in the Declarations of this policy;

**(2)** While being conveyed outside the premises; or

**(3)** While temporarily at other premises for any reason except storage.

The most we will pay for loss or damage under this Extension is $1,000 at each described premises.

**m. Loss of Food in a Refrigerator or Freezer**

You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to food stored in a refrigerator or freezer, on the described premises, but only if such loss or damage is caused by or results from:

**(1)** Breakdown or Contamination; meaning:

   **(a)** Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

   **(b)** Contamination by the refrigerant.

**(2)** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

We will not pay for loss or damage caused by or resulting from:

**(1)** The disconnection of any refrigerating, cooling or humidity control system from the source of power;

**(2)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current;

**(3)** The inability of any electrical utility company or other power source to provide sufficient power due to:

   **(a)** Lack of fuel; or

   **(b)** Governmental order; or

**(4)** The inability of any power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

The most we will pay for loss or damage under this Extension is $1,000 at each described premises.

**n. Inventory and Appraisals**

You may extend the insurance provided for Covered Property to apply to the cost of any inventory or appraisal that we require when loss or damage occurs to Covered Property.

The most we will pay under this Extension is $10,000.

**o. Computer Coverage**

You may extend the insurance that applies to your Business Personal Property to apply to "Computer Equipment", "Media", "Data", and "Computer Programs". We will cover "computer equipment", "media", "data", and "computer programs", which you own, lease or rent from others or that are in your care, custody or control. We will pay the replacement cost of reproducing lost or accidentally erased "data", "computer programs", documentation and source materials provided you actually replace or reproduce them.

This extension does not apply to:

**(1)** Property you lease or rent to others while it is away from the described premises;

**(2)** Any "data" or "media" which cannot be replaced with others of like kind or quality; or

**(3)** Accounts, bills, evidence of debt, valuable papers, records, abstracts, deeds, manuscripts or other documents, except as they may be converted to "data" processing "media" form, and then only in that form.

The most we will pay for loss or damage under this Extension is $25,000.

A sublimit of $5,000 applies to laptop/portable computers and their software while away from the premises.

**p. Glass**

You may extend the insurance provided by this Coverage Form to apply to glass, other than glass that is part of the building, at a premises described in the Property Declarations, caused by or resulting from any Covered Cause of Loss.

The most we will pay for loss or damage under this Extension is $5,000.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

**E.  Loss Conditions**, is amended as follows:

The 31% provision of item 6.a.(1)(b) of the Vacancy condition is amended to read 11%.

The following is added to **7. Valuation:**

**f.**  "Money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

**(1)**  At face value in the "money" issued in that country; or

**(2)**  In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

**g.**  "Securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

**(1)**  Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights title and interest in and to those "securities";

**(2)**  Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of:

**(a)**  Value of the "securities" at the close of business on the day the loss was discovered; or

**(b)**  Limit of Insurance.

**h.  Brands and Labels**

If your stock is damaged you have the following two options when you do not want to sell your damaged stock under your brand or label even though the damaged stock had a salvage value:

**(1)**  Remove the brand or label and relabel the stock to comply with the law; or

**(2)**  Label the damaged stock as salvage but, in doing so, cause no further damage to the damaged stock.

We will pay the cost of removing and relabeling your stock.

In either case, we will pay the difference between:

**(1)**  The salvage value of the damaged stock with the brand and label attached; and

**(2)**  The salvage value for the damaged stock with the brand and label removed.

**G.  Optional Coverages, Section 3.b.(1)**

Personal property of others is deleted when the Replacement Cost option is selected.

**BUSINESS INCOME COVERAGE FORMS AMENDMENT**

Under Item **6.c.(2) Coverage Extension** of **A. Coverage** is amended to read as follows:

180 days expire after you acquire or begin to construct the property; or

**CAUSES OF LOSS - SPECIAL FORM AMENDMENT**

Under **B. Exclusions, 4. Special Exclusions**, item **a. (1)** is deleted and replaced by the following.

**(1)**  Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

POLICY NUMBER:  CMM 0395871                                                              **INTERLINE**

# YOUR OPTION TO EXCLUDE WINDSTORM COVERAGE

Florida law requires that an insurer issuing a property insurance policy must make available, at the option of the policyholder, an exclusion of windstorm coverage.  Coverage may be excluded **only if you provide to the insurer ("us") the following statement ON YOUR LETTERHEAD**, dated and signed by you or your authorized representative.  The exclusion of coverage applies for the term of the policy and for each renewal thereafter; changes to the exclusion may be implemented only as of the date of renewal.

---

Use the following text in your statement to us, with the addition of the information described in the underlined parentheses.

**(Name of business entity)** does not want the insurance on its **(identify structure(s))** to pay for damage from windstorms.  **(Name of business entity)** will be responsible for these costs.  **(Name of business entity's)** insurance will not.

**(Name of business entity)** understands and agrees that the exclusion pertains to any windstorm, including hurricane, and to hail; and also understands and agrees that if the property insurance policy covering the structure(s) identified above also provides other property coverages (such as coverage for contents or business interruption), **the exclusion will also apply to all such property and coverages in accordance with the terms of the exclusion.**

---

### IMPORTANT NOTICE - MORTGAGEHOLDER AND/OR LIENHOLDER
### APPROVAL REQUIRED

If a structure(s) to which the windstorm exclusion is to apply is subject to a mortgage or lien, you must also provide to us a written statement from the mortgageholder and/or lienholder indicating that the mortgageholder and/or lienholder approves your election to exclude windstorm coverage on that structure(s), and that it is understood that the exclusion pertains to any windstorm, including hurricane, and to hail.

© ISO Properties, Inc., 2007                                                         **IL N 154** 07 07

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge Building Trust.®

**RENEWAL**
**GENERAL LIABILITY DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL   32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

**Policy Number: CMM 0 395 871**    |01|    **WIC Account Number : 0900375639**    | M

| Policy Period | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
| | To | 05/04/16 | mailing address shown above. |

### LIMITS OF INSURANCE -

| | |
|---|---|
| General Aggregate Limit (Other Than Products/Completed Operations) | $2,000,000 |
| Products/Completed Operations Aggregate Limit | $2,000,000 |
| Personal & Advertising Injury Limit (Per Person Or Organization) | $1,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Damage to Premises Rented to You Limit       (Any One Premises) | $500,000 |
| Medical Expense Limit                        (Any One Person) | $5,000 |

**TOTAL ADVANCE ANNUAL GENERAL LIABILITY PREMIUM**

**Deductible Liability Insurance Applies**

**Forms And Endorsements Applicable To This Coverage Part:**
```
CG0300A 0196*, IL7032  0105*, CG0435  1207*, CG0001  0413 , IL0021  0908 ,
CG7000  1298 , CG2503  0509 , CG2504A 0509 , CG2147  1207 , CG7017  1298 ,
CG2106  0514*, CG2170  0108 , CG0220  0312 , CG2426  0413 , CG7086  1211*,
CG2010  0413*, CG7049  0202*, CG7137  1112 , CG2037  0413 .
```

PAGE   01 OF  03        CG 70 00 (12-98)            05/05/15        AGENT COPY

SR



**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

**RENEWAL**
**GENERAL LIABILITY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | |01| | WIC Account Number : 0900375639 | | M |
|---|---|---|---|---|---|---|

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

Location Of All Premises Owned By, Rented To Or Controlled By The Named Insured
Are The Same As The Mailing Address Of The Policy Declarations Unless Otherwise
Indicated.

### GENERAL LIABILITY SCHEDULE

**PREMIUM BASIS LEGEND -**
S = GROSS      PER $1,000    A = AREA  PER 1,000 SQ. FT.      U = UNITS PER UNIT
    SALES                   C = TOTAL COST  PER $1,000      T = SEE CLASSIFICATION
P = PAYROLL   PER $1,000    M = ADMISSIONS  PER 1,000          NOTES
O = OTHERS    PER $1,000    N = TONNAGE  PER 1,000

**RATE LEGEND -**
PREM/OP  =  PREMISES AND OPERATIONS                    MP = MINIMUM PREMIUM
PROD     =  PRODUCTS AND COMPLETED OPERATIONS
CMPCBN   =  COMPOSITE PREMISES/PRODUCTS COMPLETED OPERATIONS

| CLASSIFICATION FLORIDA | CODE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|
| VARIOUS LOCATIONS TALLAHASEE        FL  32309 | | | | |
| CONTRACTING (MEDIUM) | 15250 | P | CMPCBN.   11.463 Min. Prem % N/A | |
| CONTRACTING (MEDIUM) | 15250 | C | CMPCBN.    1.122 Min. Prem % N/A | |

**OTHER ENDORSEMENTS -**
  EMPLOYEE BENEFITS LIABILITY COVERAGE
  ADDL INSD OWNR,LESSEE OR CONTRACTOR(CG2010)
  LIMITED POLLUTION LIABILITY
  SIGNATURE SERIES COMML GL CONTRACTORS ENDT

**TOTAL**
TOTAL PREMIUM - COMPOSITE PREM/OPERATIONS AND PROD/COMPLETED OPERATIONS
TOTAL PREMIUM - OTHER ENDORSEMENTS

### TOTAL ADVANCE ANNUAL GENERAL LIABILITY PREMIUM

SR

# WESTFIELD
## INSURANCE
### Sharing Knowledge. Building Trust.®

**RENEWAL**
**GENERAL LIABILITY DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number : 0900375639 | M |
|---|---|---|---|

| Policy<br>Period | From<br>To | 05/04/15<br>05/04/16 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

## ADDITIONAL INSUREDS

CASCADES HOLDINGS, LLC
SEE TYPED IL7032
215 W COLLEGE AVE #101
TALLAHASSEE        FL  32301
    ADDITIONAL INSURED -
    OWNER, LESSEE OR CONTRACTOR
    (CG2010)

POLICY NUMBER:    CMM 0395871                                  COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible | | |
|---|---|---|---|
| | PER CLAIM | or | PER OCCURRENCE |
| Bodily Injury Liability | $ | | $ |
| OR | | | |
| Property Damage Liability | $  1,000 | | $ |
| OR | | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT**  (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused): -

*If any other endorsement modifying the COMMERCIAL GENERAL LIABILITY COVERAGE PART contains a deductible clause, then this endorsement does not apply to any claim covered by that endorsement.*

**A.**  Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.**  You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

    **1.**  **PER CLAIM BASIS.**  If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows;

**a.**  Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.**  Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.**  Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

    **(1)**  "Bodily injury";

    **(2)**  "Property damage"; or

    **(3)**  "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

**2.** **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

    **a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury":

    **b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

    **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

        **(1)** "Bodily injury";

        **(2)** "Property damage"; or

        **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

    **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

    **2.** Your duties in the event of an "occurrence," claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYEES / ADDITIONAL INSUREDS / MORTGAGEES

The complete loss payee / additional insured / mortgagee read as follows:

FULL NAME AND ADDRESS FOR CG2010 (OC#1)
##
CASCADES HOLDINGS, LLC
CASCADES MANAGER, LLC
CITY OF TALLAHASSEE
CITY OF TALLAHASSEE - COMMUNITY REDEVELOPMENT AGENCY
TALLAHASSEE HOSPITALITY GROUP MANAGEMENT, LLC
215 W COLLEGE AVE #101
TALLAHASSEE FL 32301

**IL 70 32** 01 05

POLICY NUMBER:  CMM 0395871                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Limit Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| Employee Benefits | $ 1,000,000    each employee | | $  1,000 | $ INCL |
| Programs | $ 2,000,000    aggregate | | | |
| Retroactive Date: | 07/01/05 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**A.**   The following is added to **Section I - Coverages:**

**COVERAGE - EMPLOYEE BENEFITS LIABILITY**

**1.   Insuring Agreement**

   **a.**   We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

   **(1)**   The amount we will pay for damages is limited as described in Paragraph **D.** (Section **III** - Limits Of Insurance); and

   **(2)**   Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or ser-

vices is covered unless explicitly provided for under Supplementary Payments.

   **b.**   This insurance applies to damages only if:

   **(1)**   The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

   **(2)**   The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

   **(3)**   A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

   **c.**   A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

   **(1)**   When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

   **(2)**   When we make settlement in accordance with Paragraph **a.** above.

© ISO Properties, Inc , 2006

CG 04 35  12 07
**Page 1 of 6**

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure to Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments - Coverages **A** and **B** are replaced by Supplementary Payments - Coverages **A, B** and **Employee Benefits Liability**.

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **3.** of **Section II - Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, **Section III - Limits Of Insurance** is replaced by the following:

**1.** **Limits Of Insurance**

**a.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

**(1)** Insureds;

**(2)** "Claims" made or "suits" brought;

**(3)** Persons or organizations making "claims" or bringing "suits";

**(4)** Acts, errors or omissions; or

**(5)** Benefits included in your "employee benefit program".

**b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

**c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

**(1)** An act, error or omission; or

**(2)** A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

**2.** **Deductible**

**a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

**b.** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**c.** The terms of this insurance, including those with respect to:

**(1)** Our right and duty to defend any "suits" seeking those damages; and

**(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

apply irrespective of the application of the deductible amount.

**d.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**E.** For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV - Commercial General Liability Conditions** are replaced by the following:

**2.** **Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4.** **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a.** **Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we we will share with all that other insurance by the method described in Paragraph **c.** below.

**b.** **Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c.    Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.** This endorsement is canceled or not renewed; or

**b.** We renew or replace this endorsement with insurance that:

**(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

**(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" insured;

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

   **1.** "Administration" means:

      **a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

      **b.** Handling records in connection with the "employee benefit program"; or

      **c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

   However, "administration" does not include handling payroll deductions.

   **2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

   **3.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

   **4.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether providing through a "cafeteria plan" or otherwise:

      **a.** Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

      **b.** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

      **c.** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

      **d.** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

      **e.** Any other similar benefits designated in the Schedule or added thereto by endorsement.

**H.** For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** Section are replaced by the following:

   **5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

   **18.** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

      **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

      **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory;"

   (2) The "bodily injury" or "property damage" occurs during the policy period; and

   (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew prior to the policy period that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

© Insurance Services Office, Inc., 2012

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract."

**f.  Pollution**

(1)  "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a)  At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i)  "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii)  "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii)  "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b)  At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c)  Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i)  Any insured; or

(ii)  Any person or organization for whom you may be legally responsible; or

(d)  At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i)  "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii)  "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii)  "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.  Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured.   Use includes operation and "loading or unloading."

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment."

**h.  Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.  War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work;" or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product;"

**(2)** "Your work;" or

**(3)** "Impaired property;"

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may at our discretion investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address,

domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution - related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C - MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury:"

**a. Any insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or particpating in any physical exercises or games, sports or athletic contests.

**f. Products - Completed Operations Hazard**

Included within the "products-completed operations hazard."

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit." However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1) (a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1) (a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by;

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker), or any organiza-

tion while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits."

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard;" and

    **c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard."

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    **a.** Damages under Coverage **A**; and

    **b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence."

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

        **(1)** How, when and where the "occurrence" or offense took place;

        **(2)** The names and addresses of any injured persons and witnesses; and

        **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

    **b.** If a claim is made or "suit" is brought against any insured, you must:

        **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

        **(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    **c.** You and any other involved insured must:

        **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit;"

        **(2)** Authorize us to obtain records and other information;

        **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

        **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

    **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

    **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

    **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work;"

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against

that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above; or

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto;"

**b.** While it is in or on an aircraft, watercraft or "auto;" or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos:"

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products - completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product;" and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

POLICY NUMBER:    CMM 0395871                              COMMERCIAL GENERAL LIABILITY

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Designated Construction Projects:**

All Projects

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A** and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

**1.** A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

**2.** The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

**3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall

not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

**4.** The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A** and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

**1.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

**2.** Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

© Insurance Services Office, Inc., 2008

CG 25 03  05 09
**Page 1 of 2**

C. When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

D. If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

E. The provisions of Section - III Limits of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Designated Location(s):**

All rented, owned and occupied locations other than construction projects.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A** and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which can be attributed only to operations at a single designated "location" shown in the Schedule above:

   **1.** A separate Designated Location General Aggregate Limit applies to each designated "location", and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

   **2.** The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

      **a.** Insureds;

      **b.** Claims made or "suits" brought; or

      **c.** Persons or organizations making claims or bringing "suits".

   **3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location". Such payments shall not reduce the General

Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule above.

   **4.** The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply.  However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A** and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

   **1.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

   **2.** Such payments shall not reduce any Designated Location General Aggregate Limit.

© Insurance Services Office, Inc., 2008                                    **CG 25 04 A  05 09**

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

**D.** For the purposes of this endorsement, the **Definitions** Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**E.** The provisions of Section **III** Limits of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

    **(1)** A person arising out of any:

        **(a)** Refusal to employ that person;

        **(b)** Termination of that person's employment; or

        **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

    **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

    **(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

    **(2)** Whether the insured may be liable as an employer or in any other capacity: and

    **(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

    **(1)** A person arising out of any:

        **(a)** Refusal to employ that person;

        **(b)** Termination of that person's employment; or

        **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

    **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

    **(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

    **(2)** Whether the insured may be liable as an employer or in any other capacity; and

    **(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc , 2006

**CG 21 47** 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

   **2. Exclusions**

   This insurance does not apply to:

   **p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

   Damages arising out of:

   **(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

   **(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

   This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

   However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

B. The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Access Or Disclosure Of Confidential Or Personal Information**

   "Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

   This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

**CG 21 06  05 14**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES -
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with the underwriting requirements established by the insurer.

**b. For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

**(4)** A substantial change in the risk covered by the policy; or

**(5)** The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

**B.** Paragraph **3.** of the **Cancellation** Common Policy Condition is replaced by the following:

**3.** We will mail or deliver our notice to the first Named Insured at the last mailing address known to us.

**C.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro rata.  If the first Named Insured cancels, the refund may be less than pro rata.  If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect.  If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

© Insurance Services Office, Inc., 2011

The cancellation will be effective even if we have not made or offered a refund.

**D.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

1. If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

© Insurance Services Office, Inc , 2012

**CG 24 26  04 13**

POLICY NUMBER: CMM 0395871                          COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COMPOSITE RATE ENDORSEMENT

This endorsement modifies insurance provided under the following:

GENERAL LIABILITY COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.  This endorsement changes the policy effective on the inception of the policy.

Reporting Conditions:

Premium Basis shown in the Schedule

Annual Reporting / Annual Adjustment

The initial premium charged for this insurance is an advance premium.  We will calculate premiums based upon the basis of premium shown in the Schedule reported annually and apply them to the advance premium.  If the earned premium exceeds the advance premium, you shall pay the excess to us; if less, we shall return to you the unearned premium portion paid.  In no event shall the earned premium be less than the minimum premium percentage (%) shown in the schedule below.

If this insurance is canceled prior to expiration, you must file with us a report of the total sales, payroll or other basis of premium shown in the Schedule, including any new classification acquired or deleted through the date of cancellation.,

We shall be permitted to examine and audit your books and records at any time during the policy period and any extension thereof and within three years after the final termination of the policy.

## SCHEDULE FOR RATING BASIS

| STATE | DESCRIPTION | CLASS CODE | PREMIUM BASIS TYPE (sales, payroll or other) | PREMIUM BASIS | COMPOSITE RATE | MINIMUM PREMIUM (%) | ADVANCE PREMIUM |
|-------|-------------|------------|------------------------------------------------|---------------|----------------|---------------------|-----------------|
|       |             |            |                                                |               |                |                     |                 |
|       |             |            |                                                |               |                |                     |                 |
|       |             |            |                                                |               |                |                     |                 |

Premiums based on schedule on file with Company.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**CG 70 86  12 11**

POLICY NUMBER:  CMM 0395871                                    **COMMERCIAL GENERAL LIABILITY**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

  **1.** Your acts or omissions; or

  **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

  **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

  **2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

  **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012                                    **CG 20 10  04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITED POLLUTION LIABILITY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

LIMITED POLLUTION LIMIT $  100,000

(If no entry appears above, there is no separate limit of insurance for the coverage provided by this endorsement.  The Each Occurrence Limit of Insurance shown in the Declarations applies.)

NOTE:  THIS ENDORSEMENT REQUIRES THAT THE EVENT BE REPORTED TO US AS DESCRIBED BELOW.

With respect to "bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**A.** SECTION I - COVERAGES, COVERAGE **A.**, Exclusion **b.** is replaced by the following:

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

**B.** SECTION I - COVERAGES, COVERAGE **A.** Exclusion **f.** is replaced by the following:

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured, if the event:

**(i)** Had a duration longer than 72 hours, or

**(ii)** Was not reported to us within 30 days of the date the event commenced;

However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of

such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractors or subcontractors, if the event:

**(i)** Had a duration longer than 72 hours, or

**(ii)** Was not reported to us within 30 days of the date the event commenced.

However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants"; or

**(f)** At or from a storage tank or other container, ducts or piping which is below or partially below the surface of the ground or water or which, at any time, has been buried under the surface of the ground or water and then subsequently exposed by ero-

sion, excavation or any other means if the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" arises at or from any premises, site or location:

**(i)** Which is or was at any time owned or occupied by, or rented or loaned to, any insured; or

**(ii)** Which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractors or subcontractors.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

As used in this exclusion, event means the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**C.** The following is added to SECTION II - WHO IS AN INSURED:

**5.** Any amendment to this section to include any person or organization as an additional insured does not apply to the Limited Pollution Liability Endorsement.

**D.** If a Limited Pollution Limit is shown in this endorsement, the following is added to SECTION III - LIMITS OF INSURANCE.

**8.** Subject to **5.** above, the Limited Pollution Limit is the most we will pay under Coverage A for all damages arising out of any one event.

**CG 70 49 02 02**
**Page 2 of 2**

COMMERCIAL GENERAL LIABILITY

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.



## COMMERCIAL GENERAL LIABILITY CONTRACTORS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Coverage afforded under this expanded coverage endorsement does not apply to any person or organization covered as an additional insured on any other endorsement now or hereafter attached to this Coverage Form.

### SCHEDULE

The coverage provided by this endorsement is summarized below and is intended to provide a general coverage description only. For the details effecting each coverage please refer to the terms and conditions in this endorsement.

**A. Expected or Intended Injury**
- Reasonable force

**B. Liquor Liability Coverage Extension**

**C. Non-Owned Watercraft**
- Increased to 60 feet

**D. Non-Owned Aircraft**

**E. Damage To Property - Borrowed Equipment**

**F. Damage To Premises Rented To You**

**G. Personal And Advertising Injury**
- Contractual Personal and Advertising Injury
- Exclusions

**H. Supplementary Payments**
- Bail Bonds - $2,500
- Loss of Earnings - $1,000

**I. Additional Insureds - Automatic Status**
- State or Governmental Agency or Subdivision or Political Subdivision Controling Interest
- Managers or Lessors of Premises
- Mortgagee, Assignee or Receiver
- Owners or Other Interests From Whom Land Has Been Leased
- Co-Owners of Insured Premises
- Lessor of Leased Equipment

**J. Who Is An Insured broadened**
- Joint Ventures / Partnership / Limited Liability Company
- Health Care Professionals (Incidental Medical Malpractice)
- Individual Owners of Building are Insured's
- Newly Formed or Acquired Entities

**K. Knowledge and Notice of Occurrence**

**L. Other Insurance Condition Amended**

**M. Unintentional Failure To Disclose Hazards**

**N. Waiver of Transfer Of Rights Of Recovery Against Others To Us - Automatic Status**

**O. Liberalization**

**P. Definitions**
- Bodily Injury redefined
- Insured Contract redefined
- Expanded Personal and Advertising Injury definition

### A. EXPECTED OR INTENDED INJURY

Under **SECTION 1, COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE** exclusion **a.** is replaced with the following:

   **a.    Expected Or Intended Injury**

"Bodily Injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force for the purpose of protecting persons or property.

**CG 7137  11 12**
**Page 1 of 7**

**B. LIQUOR LIABILITY COVERAGE EXTENSION**

**SECTION 1, COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2. Exclusions c. Liquor Liability** is deleted.

**C. NON-OWNED WATERCRAFT**

Under **SECTION 1, COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2. Exclusions g.2(a)** is replaced with the following:

    **(a)** Less than 60 feet long; and

**D. NON-OWNED AIRCRAFT**

Under **SECTION 1, COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2. Exclusions g. Aircraft, Auto or Watercraft,** the following is added:

    **(6)** An aircraft you do not own provided that:

        **(a)** The pilot in command holds a currently effective certificate issued by the duly constituted authority of the United States of America or Canada, designating that person as a commercial or airline transport pilot;

        **(b)** It is rented with a trained, paid crew; and

        **(c)** It does not transport persons or cargo for a charge.

**E. DAMAGE TO PROPERTY - BORROWED EQUIPMENT**

Under **SECTION 1, COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2. Exclusions j.** is deleted and replaced by the following:

    **j. Damage To Property:**

        **(1)** Property you own, rent or occupy;

        **(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

        **(3)** Property loaned to you;

        **(4)** Personal property in the care, custody or control of the insured;

        **(5)** That particular part of any real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

        **(6)** That particular part of any real property that must be restored, replaced, or repaired because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to:

        **(i)** "property damage" to tools or equipment loaned to you if the tools or equipment are not being used to perform operations at the time of loss; or

        **(ii)** "property damage" (other than damage by fire) to premises rented to you or temporarily occupied to you with the permission of the owner or to the contents of premises rented to you for a period of seven (7) or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance.**

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were not occupied, rented or held for rental by you beyond one year from the date "your work" was completed.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

**F. DAMAGE TO PREMISES RENTED TO YOU**

Under **SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** Item **2. Exclusions,** the last paragraph of Item **2. Exclusions** is replaced with the following:

Exclusion **c.** through **n.** do not apply to damage by fire or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in **Section III - LIMITS OF INSURANCE.**

## G. PERSONAL AND ADVERTISING INJURY

Under **SECTION 1, COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY,** Item **2. Exclusions e. Contractual Liability** is deleted.

Under **SECTION I - COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY,** the following are added to Item **2. Exclusions**:

### q. Discrimination Relating To Room, Dwelling or Premises

Caused by discrimination directly or indirectly related to the sale, rental, lease or sub-lease or prospective sale, rental, lease or sub-lease of any room, dwelling or premises by or at the direction of any insured.

### r. Fines or Penalties

Fines or penalties levied or imposed by a governmental entity because of discrimination.

## H. SUPPLEMENTARY PAYMENTS

Under **SECTION I - SUPPLEMENTARY PAYMENTS COVERAGES A AND B,** item **1.b.** is replaced with the following:

**b.** Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the "Bodily Injury" Liability Coverage applies. We do not have to furnish these bonds.

Under **SECTION I - SUPPLEMENTARY PAYMENTS COVERAGES A AND B,** item **1.d.** is replaced with the following:

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $1,000 a day because of time off from work.

## I. ADDITIONAL INSUREDS - AUTOMATIC STATUS

**SECTION II - WHO IS AN INSURED** is amended to include as an insured any person or organization (called additional insured) described in paragraphs **a.** through **g.** below whom you are required to add as an additional insured on this policy under a written contract or written agreement. However, the written contract or written agreement must be:

**1.** Currently in effect or becoming effective during the term of the policy; and

**2.** Executed prior to the "bodily injury", "property damage" or "personal injury and advertising injury", but

Only the following persons or organizations are additional insureds under this endorsement and coverage provided to such additional insureds is limited as provided herein:

### a. State or Governmental Agency or Subdivision or Political Subdivisions

A state or governmental agency or subdivision or political subdivision subject to the following provisions:

**(1)** This insurance applies only with respect to the following hazards for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization in connection with premises you own, rent or control and to which this insurance applies;

**(a)** The existence, repair maintenance, erection, construction, or removal of advertising signs, awnings canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners, or decorations and similar exposures; or

**(b)** The construction, erection, or removal of elevators.

**(2)** This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the federal government, state or municipality.

### b. Managers or Lessors of Premises

A manager or lessor of premises but only with respect to liability arising out of the ownership, maintenance or use of that specific part of the premises leased to you and subject to the following additional exclusions:

This insurance does not apply to:

**(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**c.    Mortgagee, Assignee or Receiver**

A mortgagee, assignee or receiver but only with respect to their liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance, or use of a premises by you.

This insurance does not apply to structural alterations, new construction or demolition operations performed by or for such additional insured.

**d.    Owners Or Other Interests From Whom Land Has Been Leased**

An owner or other interest from who land has been leased by you but only with respect to liability arising out of the ownership, maintenance or use of that specific part of the land leased to you and subject to the following additional exclusions:

This insurance does not apply to:

**(1)** Any "occurrence" which takes place after you cease to lease that land; or

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**e.    Co-owner of Insured Premises**

A co-owner of a premises co-owned by you and covered under this insurance but only with respect to the co-owners liability as co-owner of such premises.

**f.    Lessor of Equipment**

Any person or organization from whom you lease equipment. Such person or organization are insureds only with respect to their liability arising out of the maintenance, operation or use of equipment leased to you by such person or organization.

A person's or organization's status as an insured under this endorsement ends when their written contract or written agreement with you for such leased equipment ends.

With respect to the insurance afforded these additional insureds, the following exclusions apply:

This insurance does not apply:

**(1)** To any "occurrence" which takes place after the equipment lease expires; or

**(2)** To "bodily injury", "property damage", or "personal and advertising injury" arising out of the sole negligence of such additional insured.

Any insurance provided to an additional insured designated under paragraphs **a.** through **f.** above does not apply to "bodily injury" or "property damage" included within the "products-completed operations hazard".

As respects the coverage provided under this provision, Paragraph **4.b.(1)** of **Section IV - Commercial General Liability Conditions** is deleted and replaced with the following:

**4.    Other Insurance**

**b.    Excess Insurance**

**(1)** This insurance is excess over:

Any other insurance naming the additional insured as an insured whether primary, excess, contingent or on any other basis unless a written contract or written agreement specifically requires that this insurance be either primary or primary and non-contributing. Where required by written contractor written agreement, we will consider any other insurance maintained by the additional insured for injury or damage covered by this endorsement to be excess and non-contributing with this insurance.

**J.    WHO IS AN INSURED BROADENED**

Under **SECTION II - WHO IS AN INSURED** the following is added to item **1**:

**f.    Joint Ventures / Partnership / Limited Liability Company Coverage**

You are an insured when you had an Interest in a joint venture, partnership or limited liability company which is terminated or ended prior to or during this policy period but only to the extent of your interest in such joint venture, partnership or limited liability company. This coverage does not apply:

**(1)** Prior to the termination date of any joint venture, limited liability company or partnership; or

**(2)** If there is other valid and collectible insurance purchased specifically to insure the joint venture, legal liability company or partnership.

Under **SECTION II - WHO IS AN INSURED, 2.a.(1)(d)** is deleted and replaced with the following:

**(d)** Arising out of his or her providing or failing to provide professional health care services.

This does not apply to nurses, emergency medical technicians or paramedics employed by you to provide health care services, but only if you are not in the business or occupation of providing such professional services.

Under **SECTION II - WHO IS AN INSURED** the following is added:

**4.** For **COVERAGE A** and **COVERAGE B** only, the owner of any building leased to you, but only if the building owner is a shareholder in your corporation or a partner in your partnership insured by this policy, and only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you. However, this insurance does not apply:

**a.** To any "occurrence" or offense which takes place after you cease to be a tenant in the premises; or

**b.** To structural alterations, new construction or demolition operations performed by or on behalf of the building owner.

Under **SECTION II - WHO IS AN INSURED, 3.a.** is deleted and replaced with the following:

**a.** Coverage under this provision is afforded only until the end of the policy period or the next anniversary of this policy's effective date after you acquire or form the organization whichever is earlier.

Under **SECTION II - WHO IS AN INSURED** the last paragraph in this section is deleted and replaced with the following:

Except as provided in **3.** above, no person or organization is an insured with respect to the conduct of any current or past joint venture, limited liability company or partnership that is not shown as a named insured in the Declarations.

**K. KNOWLEDGE AND NOTICE OF OCCURRENCE**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 2. Duties in the Event of Occurrence, Offense, Claim Or Suit,** the following is added:

**e.** The requirement in Condition **2.a.** applies only when the "occurrence" or offense is known to:

**(1)** You, if you are an individual;

**(2)** A partner, if you are a partnership;

**(3)** An "executive officer" or insurance manager, if you are a corporation; or

**(4)** A manager, if you are a limited liability company.

**f.** The requirement in Condition **2.b.** will not be breached unless the breach occurs after such claim or "suit" is known to:

**(1)** You, if you are an individual;

**(2)** A partner, if you are a partnership;

**(3)** An "executive officer" or insurance manager, if you are a corporation; or

**(4)** A manager, if you are a limited liability company.

**g.** Your rights under this Coverage Part will not be prejudiced if you fail to give us notice of an "occurrence," offense, claim, or "suit" and that failure is solely due to your reasonable belief that the "bodily injury" or "property damage" is not covered under this Coverage Part. However, you shall give written notice of this "occurrence," offense, claim, or "suit" to us as soon as you are aware this insurance may apply to such "occurrence," offense, claim or "suit."

**L. OTHER INSURANCE CONDITION AMENDED**

When required by written contract with any additional insured owner, lessee, or contractor to provide insurance on a primary and noncontributory basis, **Condition 4** of **Section IV - Commercial General Liability Conditions** is deleted and replaced by the following:

**4. Other Insurance**

If other valid and collectible insurance is available for a loss we cover under Coverage **A** or **B** of this Coverage Part, our obligations are limited as follows:

CG 7137  11 12
Page 5 of 7

**a. Primary Insurance**

This insurance is primary and non-contributory except when **b.** below applies.

**b. Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent, or on any other basis:

**(1)** That is Fire, Extended Coverage, Builders Risk, Installation Risk, or similar coverage for your work;

**(2)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos," or watercraft to the extent not subject to Exclusion **g.** of **Section I** - Coverage **A.**

**(4)** If the loss is caused by the sole negligence of any additional insured, owner, lessee, or contractor.

When this insurance is excess, we will have no duty under Coverage **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit." If no other defends, we will undertake to do so, but we will be entitled to the other insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductibles and self-insured amounts under all that other insurance.

We will share the remaining loss, if any with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the limits of Insurance shown in the declarations of this Coverage Part.

**M. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS,** item **6. Representations,** the following is added:

**d.** Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of this policy shall not prejudice the coverage afforded by this policy, provided such failure to disclose all hazards or prior "occurrences" is not intentional.

**N. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - AUTOMATIC STATUS**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS,** item **8. Transfer Of Rights Of Recovery Against Others To Us** is deleted and replaced by the following:

We waive any right of recovery we may have against any person or organization with respect to which the insured has waived its right of recovery.

It is further agreed that work commenced under letter of intent or work order, subject to subsequent reduction to writing, with customers whose customary written contracts would require a waiver of recovery rights against them also falls within this blanket waiver of recovery rights.

**O. LIBERALIZATION**

If we adopt a change in our forms or rules which would broaden coverage for contractors under this coverage form without an additional premium charge, your policy will automatically provide the additional coverage's as of the date the broadened coverage is effective in your state.

**P. DEFINITIONS**

Under **SECTION V - DEFINITIONS,** item **3.** is deleted and replaced with the following:

**3.** "Bodily Injury" means bodily injury, disability, sickness, or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

Under **SECTION V - DEFINITIONS,** item **9.** is deleted and replaced with the following:

**9.** "Insured Contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization.

Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies an architect, engineer, or survey or for injury or damage arising out of:

**(a)** Preparing, approving or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(2)** Under which the insured   if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured s rendering or failure to render professional services including those listed in **(1)** above and supervisory, inspection, architectural or engineering, activities.

Under **SECTION V - DEFINITIONS**, item **14.** the following is added to the definition of "Personal and advertising injury":

**h.** Discrimination or humiliation that results in injury to the feelings or reputation of a natural person, but only if such discrimination or humiliation is:

**(1)** Not done intentionally by or at the direction of:

**(a)** The insured; or

**(b)** Any "executive officer", director, stockholder, partner, member or manager (if you are a limited liability company) of the insured;

**(2)** Not directly or indirectly related to the employment, prospective employment, past employment or termination of employment of any person or persons by any insured.

POLICY NUMBER:  CMM 0395871                                          **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| All persons or organizations when you have agreed in writing in a contract or agreement that such persons or organizations be added as an additional insured. | All Locations |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc , 2012                                          **CG 20 10  04 13**

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) And Description Of Covered Operations |
|---|---|
| All persons or organizations when you have agreed in writing in a contract or agreement that such persons or organizations be added as an additional insured. | All Locations |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012                              **CG 20 37  04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "personal and advertising injury" or "property damage" arising out of:

1. Inhaling, ingesting or physical exposure to asbestos or goods or products containing asbestos; or

2. The use of asbestos in constructing or manufacturing any goods, product or structure; or

3. The removal, repair, encapsulation, enclosure, abatement or maintenance of asbestos in or from any goods, product or structure; or

4. The manufacture, sale, distribution, transportation, storage or disposal of asbestos or goods or products containing asbestos.

This insurance does not apply to payment for the investigation or defense of any claim, injury, loss, fine, penalty or lawsuit related to any of the foregoing items 1 thru 4. Nor do we have a duty to investigate or defend any such claim, injury, loss or lawsuit.

This insurance also does not apply to any loss, cost or expense incurred in complying with any federal, state or local provision of law regarding the inspection, monitoring, or control of asbestos in any goods, products or structures.

**CG 70 17** 12 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

© ISO Properties, Inc., 2007                                                          **CG 21 70** 01 08

SR

# WESTFIELD INSURANCE
Sharing Knowledge. Building Trust.®

**RENEWAL**
**BUSINESS AUTO COVERAGE DECLARATIONS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| ITEM ONE-NAMED INSURED & MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

039.58.71

| Policy Number: CMM 0 395 871 | |01| | WIC Account Number : 0900375639 | | M |
|---|---|---|---|---|

| Policy Period | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| | To | 05/04/16 | mailing address shown above. |

**ITEM TWO**          **SCHEDULE OF COVERAGES AND COVERED AUTOS**

Each Of These Coverages Will Apply Only To Those "Autos" Shown As Covered "Autos"."Autos" Are Shown As Covered "Autos" For A Particular Coverage By The Entry Of One Or More Of The Symbols From The Covered Auto Section Of The Business Auto Coverage Form Next To The Name Of The Coverage.

| COVERAGES | COVERED AUTO SYMBOLS | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| Liability | 01 | Bodily Injury and Property Damage    $1,000,000 Each Accident | |
| Personal Injury Protection | 05 | See Endorsement CA2210 | |
| Auto Medical Pay. | 02 | $5,000 | |
| Uninsured Motorists | 02 | Bodily Injury     $100,000 Each Accident | |
| Physical Damage Comprehensive Coverage | 02 08 | Actual Cash Value or Cost of Repair Whichever is Less Minus the Ded. for Each Covered Auto as Indicated in the Schedule for Covered Autos. No Deductible Applies to Loss Caused by Fire or Lightning. | |
| Physical Damage Collision Coverage | 02 08 | Actual Cash Value or Cost of Repair Whichever is Less Minus the Deductible for Each Covered Auto as Indicated in the Schedule for Covered Autos. | |
| | | Premium For Auto Endorsements | |
| | | TOTAL ADVANCE ANNUAL PREMIUM | |

Audit Period (If Applies)   ☐ Annual   ☐ Semi-Annual   ☐ Quarterly   ☐ Monthly

**Forms And Endorsements Attached To This Coverage Form:**
CA7035   1093* , CA7011   0411* , CADS03   0306 , CA0001   0306 , IL0021   0908 ,
CA0128   0309 , CA0267   1112 , CA2394   0306 , CA7087   1211 , CA7080   0312 ,
CA9903   0306 , CA2172   1009 , CA2210   0113* , CA7091   0313 , CA7007   1087 ,
CA9944   1293 , CA7077   0413 , CA9960   0306 , CA2071   1001 , CA9910   0902 ,
CA9923   1293 , CA7022   0705 , CA2054   1001 , CA9933   0299 .



**WESTFIELD INSURANCE**
Sharing Knowledge. Building Trust.®

SR

**RENEWAL**
**BUSINESS AUTO COVERAGE DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| ITEM ONE-NAMED INSURED & MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | |01| | WIC Account Number : 0900375639 | | M |
|---|---|---|---|---|

| Policy Period | From 05/04/15  To 05/04/16 | at 12:01 A.M. Standard Time at your mailing address shown above. |
|---|---|---|

**ITEM THREE**         SCHEDULE OF COVERED AUTOS YOU OWN

The Insurance Afforded For Any One Automobile Is Only With Respect To Such And
So Many Of The Coverages As Are Indicated In Item Two Unless A Specific Limit Or
Deductible Is Indicated In This Schedule Of Automobiles.

| AUTO | ST | TER | YR | DESCRIPTION | SERIAL NUMBER | AGE | COST SYM | CLASS | STATED AMT | GVW |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | FL | 123 | 99 | INTL DUMP TRUCK | 1HTTGAHT6XJ004011 | 12 | 125000 | 33479 | | 40000 |
| 002 | FL | 123 | 01 | DODGE RAM 2500 | 1B7KC23661J214434 | 12 | 29500 | 01489 | | |
| 003 | FL | 123 | 01 | CARGO TRLR | 4X4TSEV241U200768 | 12 | 12000 | 68489 | | |
| 004 | FL | 123 | 84 | PINE TRLR | 1PND281S3EK014102 | 12 | 12000 | 68489 | | |
| 005 | FL | 123 | 08 | FORD PICK UP | 1FTSW21R48EA80627 | 8 | 31000 | 01489 | | |
| 006 | FL | 123 | 07 | GMC SIERRA | 1GTEC19C27Z502613 | 9 | 29163 | 01489 | | |
| 007 | FL | 123 | 08 | GMC SIERRA | 1GTEC19J48Z175468 | 8 | 32000 | 01489 | | |
| 008 | FL | 123 | 07 | CARGO TRLR | 4FPFB12187G120026 | 9 | 15000 | 68489 | | |
| 009 | FL | 123 | 89 | ENER TRLR | 100340 | 12 | 12000 | 68489 | | |
| 010 | FL | 123 | 78 | RSEM TRLR | RLS781002 | 12 | | 68489 | | |
| 011 | FL | 123 | 88 | FRUE TRLR | 1H2V02819JB040413 | 12 | | 68489 | | |
| 012 | FL | 123 | 08 | TYTA 4RUNNER LIMI | JTEZU17R08K012621 | 8 | 30325 | 7398 | | |
| 013 | FL | 123 | 09 | FORD F150 | 1FTPW14V19FA51896 | 7 | 38859 | 01489 | | |
| 014 | FL | 123 | 08 | FORD F250 | 1FTSX20R28EC26067 | 8 | 29399 | 01489 | | |
| 015 | FL | 123 | 08 | ECONOMY TRLR | 5NHUEHV298U215633 | 8 | 15000 | 68489 | | |
| 016 | FL | 123 | 10 | DODGE PICK UP | 3D7UT2HL7AG135854 | 6 | 29361 | 01489 | | |
| 017 | FL | 123 | 11 | FORD F450 PU | 1FDUF4GT8BEC21130 | 5 | 29000 | 21489 | | |
| 018 | FL | 123 | 85 | MILL TRLR | 1MLT4527FB831253 | 12 | | 68499 | | |
| 019 | FL | 123 | 89 | CARGO TRLR | 1E9SS1227KF103178 | 12 | | 68489 | | |
| 020 | FL | 123 | 91 | UTILITY TRLR | T291009 | 12 | | 68489 | | |
| 021 | FL | 123 | 99 | UTILITY TRLR | NOVIN0200047043 | 12 | | 68489 | | |
| 022 | FL | 123 | 02 | SECURITY TLRR | 31591116 | 12 | | 68499 | | |
| 023 | FL | 123 | 04 | UTILITY TRLR | NOVIN0200686935 | 12 | | 68499 | | |
| 024 | FL | 123 | 06 | HOME MADE TRLR | NOVIN0200542743 | 10 | | 68499 | | |
| 025 | FL | 123 | 11 | ANDERSON TRLR | 4YNBN1827BC063659 | 5 | | 68499 | | |
| 026 | FL | 123 | 12 | TRIPLE TRLR | 1XNHD5X8XC1036851 | 4 | | 68499 | | |
| 027 | FL | 123 | 10 | FORD F150 PU | 1FTFW1EV1AFA16466 | 6 | 30787 | 01489 | | |
| 028 | FL | 123 | 14 | FREEDOM TRAILER | 5WKBE1823F1027938 | 2 | 4000 | 68489 | | |
| 029 | FL | 123 | 11 | FORD 15PSGR VAN | 1FBSS3BL8BDB01430 | 5 | 21695 | 01489 | | 10000 |
| 030 | FL | 123 | 15 | FORD EXPEDITION | 1FMJU2TOFEF13916 | 1 | 61000 | 01499 | | 10000 |
| 031 | FL | 123 | 13 | FORD EXPEDITION | 1FMJU2A51DEF54571 | 3 | 33000 | 01499 | | 10000 |

| PREMIUMS- AUTO LIAB | FPB/ PIP PPI | MED PY/EX | UN-UD MTRST | COMP | SPEC PERIL | TOW & COLL LABOR | * ENDTS | DEDUCTIBLE COMP COLL | TOTAL PREMIUM |
|---|---|---|---|---|---|---|---|---|---|

SR

# WESTFIELD INSURANCE
Sharing Knowledge. Building Trust.®

**RENEWAL**
**BUSINESS AUTO COVERAGE DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| ITEM ONE-NAMED INSURED & MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

039 58 71

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | |01| | WIC Account Number : 0900375639 | | M |
|---|---|---|---|---|

| Policy Period | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| | To | 05/04/16 | mailing address shown above. |

| PREMIUMS-<br>AUTO LIAB | FPB/<br>PIP PPI | MED<br>PY/EX | UN-UD<br>MTRST | COMP | SPEC<br>PERIL | TOW &<br>COLL LABOR | ⋇<br>ENDTS | DEDUCTIBLE<br>COMP COLL | TOTAL<br>PREMIUM |
|---|---|---|---|---|---|---|---|---|---|

\*SIGNATURE SERIES BUSINESS AUTO ENDORSEMENT

## HIRED AUTO LIABILITY

| STATE | ESTIMATED COST OF HIRE | RATE PER $100 COST OF HIRE | PREMIUM |
|---|---|---|---|
| FL | IF ANY | 3.416 | |

Cost Of Hire Means The Total Amount You Incur For The Hire Of Autos You Do Not
Own (Not Including Autos You Borrow Or Rent From Your Partners Or Employees Or
Their Family Members).  Cost Of Hire Does Not Include Charges For Services
Performed By Motor Carriers Of Property Or Passengers.

## HIRED AUTO PHYSICAL DAMAGE

| STATE | ESTIMATED ANNUAL COST OF HIRE FOR<br>EACH STATE<br>(EXCLUDING AUTOS HIRED WITH A DRIVER) | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| FL | COMPREHENSIVE | IF ANY | 500 | INCL |
| FL | COLLISION | IF ANY | 500 | INCL |

For Physical Damage Coverages, Cost Of Hire Means That Total Amount You Incur
For The Hire Of "Autos" You Don't  Own (Not Including "Autos" You Borrow Or Rent
From Your Partners Or "Employees" Or Their Family Members).Cost Of Hire Does
Not Include Charges For Any "Auto" That Is Leased, Hired, Rented Or Borrowed
With A Driver.

## NON-OWNERSHIP LIABILITY

| STATE | RATING BASIS-NUMBER OF EMPLOYEES | ESTIMATED NUMBER<br>OF EMPLOYEES | PREMIUM |
|---|---|---|---|
| FL | | 30 | |

| TOTAL ADVANCE ANNUAL AUTO PREMIUM |
|---|

SR



## WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust ®

**RENEWAL**
**BUSINESS AUTO COVERAGE DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| ITEM ONE-NAMED INSURED & MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number : 0900375639 | M |
|---|---|---|---|

| Policy Period | From<br>To | 05/04/15<br>05/04/16 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

**✱ENDORSEMENT SUMMARY**

SIGNATURE SERIES BUSINESS AUTO ENDORSEMENT

039 58 71

CMM

CMM

CMM

CMM

CMM

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

**RENEWAL**
**BUSINESS AUTO COVERAGE DECLARATIONS**
(Continued)

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| ITEM ONE-NAMED INSURED & MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | |01| | WIC Account Number : 0900375639 | | M |
|---|---|---|---|

| Policy Period | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| | To | 05/04/16 | mailing address shown above. |

If A Loss Payee Is Shown Below, The Following Is Applicable:
Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee
Named Below As Interests May Appear At The Time Of Loss-

| AUTO | LOSS PAYEE | AUTO | LOSS PAYEE |
|---|---|---|---|
| 017 | CAPITAL CITY BANK ATTN:  LOAN SERVICING PO BOX 900 TALLAHASSEE        FL  32302 #277877752 | 030 | FORD MOTOR CREDIT 3620 QUEEN PALM DRIVE TAMPA            FL  33619 |
| 031 | CHARLES W. ROBERTS, III C/O CULPEPPER CONSTRUCTION CO. INC 1538 METROPOLITAN BLVD TALLAHASSEE        FL  32308 | | |

**CMM**  **039 58 71**  **CMM**  **CMM**  **CMM**  **CMM**

PAGE    05 OF  05          CA DS 03 (03-06)          05/05/15          AGENT COPY

POLICY NUMBER:    CMM 0395871                                                    COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA NAMED PERSON EXCLUSION

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    TRUCKERS COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective:<br><br>  05/04/13 | Countersigned By: |
|---|---|
| Named Insured: | (Authorized Representative) |

It is agreed that any "auto" while being driven or operated by  CHANEY LANE COGGINS
is not a covered "auto".

This exclusion does not apply to Personal Injury Protection or Property Damage Liability but the most we will pay under these coverages is the minimum amount required by statute.

I have read the above exclusion and agree to making it part of the policy.

_____          _____
Signature of Named Insured, Partner or Officer                              Date Signed

SIGNATURE ON FILE
_____          _____
Signature of Excluded Driver                                                Date Signed

**CA 70 35** 10 93

POLICY NUMBER:   CMM 0395871                                    COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FLORIDA NAMED PERSON EXCLUSION

This endorsement modifies insurance provided under the following:

     BUSINESS AUTO COVERAGE FORM
     GARAGE COVERAGE FORM
     TRUCKERS COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Endorsement Effective:<br><br>   05/04/13 | Countersigned By: |
| Named Insured: | <br>(Authorized Representative) |

It is agreed that any "auto" while being driven or operated by <u>CHANEY LANE COGGINS</u> is not a covered "auto".

This exclusion does not apply to Personal Injury Protection or Property Damage Liability but the most we will pay under these coverages is the minimum amount required by statute.

I have read the above exclusion and agree to making it part of the policy.

_____        _____
Signature of Named Insured, Partner or Officer                        Date Signed

<u>SIGNATURE ON FILE</u>                                                  _____
Signature of Excluded Driver                                          Date Signed

**CA 70 35** 10 93

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.   Refer to Section **V** - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages.  The following numerical symbols describe the "autos" that may be covered "autos."  The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos."

### A.  Description Of Covered Auto Designation Symbols

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject to No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Nonowned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |
| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

© ISO Properties, Inc., 2005

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto."

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss;" or

   e. Destruction.

**SECTION II - LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto."

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos." However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds:"

a. You for any covered "auto."

b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

   (1) The owner or anyone else from whom you hire or borrow a covered "auto." This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

   (2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

   (3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

   (4) Anyone other than your "employees", partner (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

   (5) A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**CA 00 01 03 06**
**Page 2 of 12**

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured:"

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-Of-State Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured."

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract." For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto;" or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured."

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto."

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraphs **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed.

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants:"

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto;"

**(2)** Otherwise in the course of transit by or on behalf of the "insured;" or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto;"

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto;" or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured."

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants;" and

**(2)** The "bodily injury," "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment."

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto;" and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government,

sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury," and "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident."

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage Endorsement, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**SECTION III - PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto."

**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**2. Towing**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto," we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extension**

**a. Transportation Expenses**

We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss."

**b. Loss of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes of Loss Coverage is provided for any covered "auto"; or

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

Exclusions **4.c.** and **4.d.** do not apply to:

**a.** Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

**b.** Any other electronic equipment that is:

**(1)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

**(2)** An integral part of the same unit housing any sound reproducing equipment described in **a.** above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

**5.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limit Of Insurance

**1.** The most we will pay for "loss" in any one "accident" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of the "loss;" or

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

## D. Deductible

For each covered "auto," our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION IV - BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

## A. Loss Conditions

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss," either may demand an appraisal of the "loss." In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss." If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident," claim, "suit" or "loss," you must give us or our authorized representative prompt notice of the "accident" or "loss." Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit."

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit."

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an

obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment - Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured," at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto;"

**c.** Your interest in the covered "auto;" or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own.

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract."

d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

a. During the policy period shown in the Declarations; and

b. Within the coverage territory.

The coverage territory is:

a. The United States of America;

b. The territories and possessions of the United States of America;

c. Puerto Rico; and

d. Canada; and

e. Anywhere in the world, if:

(1) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

(2) The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, Puerto Rico or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident," the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V - DEFINITIONS**

A. "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage."

**B.** "Auto" means:

   **1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

   **2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

   However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

   **1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

   **2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

   "Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants:"

    **a.** That are, or that are contained in any property that is:

     **(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto;"

     **(2)** Otherwise in the course of transit by or on behalf of the "insured;"

     **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto;" or

    **b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto;" or

    **c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured." Paragraph **a.** above does not apply to fu-

els, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants;" and

    **(2)** The "bodily injury," "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** or **6.c.** of the definition of "mobile equipment."

   Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto;" and

    **(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

   **1.** A lease of premises;

   **2.** A sidetrack agreement;

   **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto." However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or

b. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

c. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    a. Power cranes, shovels, loaders, diggers or drills; or

    b. Road construction or resurfacing equipment such as graders, scrapers or rollers.

5. Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    b. Cherry pickers and similar devices used to raise or lower workers.

6. Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos:"

    a. Equipment designed primarily for:

        (1) Snow removal;

        (2) Road maintenance, but not construction or resurfacing; or

        (3) Street cleaning;

    b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.**   "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.**   "Property damage" means damage to or loss of use of tangible property.

**N.**   "Suit" means a civil proceeding in which:

    **1.**   Damages because of "bodily injury," or "property damage"; or

    **2.**   A "covered pollution cost or expense",

to which this insurance applies, are alleged.

    "Suit" includes:

    **a.**   An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    **b.**   Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.**   "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.**   "Trailer" includes semitrailer.

Form MCS-90
(Ed. 1-90)

OMB No. 2125-0074

# ENDORSEMENT FOR
# MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
# UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980

## DEFINITIONS AS USED IN THIS ENDORSEMENT

**ACCIDENT** includes continuous or repeated exposure to conditions which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

**MOTOR VEHICLE** means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

**BODILY INJURY** means injury to the body, sickness, or disease to any person, including death resulting from any of these.

**ENVIRONMENTAL RESTORATION** means restitution for the loss, damage, or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish, and wildlife.

**PROPERTY DAMAGE** means damage to or loss of use of tangible property.

**PUBLIC LIABILITY** means liability for bodily injury, property damage, and environmental restoration.

---

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Highway Administration (FHWA) and the Interstate Commerce Commission (ICC).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere. Such insurance as is afforded, for public liability, does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo.

It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately to each accident and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

**CA 70 11 04 11**
**Page 1 of 2**

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by "X", for the limits shown:

☒ This insurance is primary and the company shall not be liable for amounts in excess of $ ___1,000,000.___ for each accident.

☐ This insurance is excess and the company shall not be liable for amounts in excess of $ _____
for each accident in excess of the underlying limit of $ _____ for each accident.

Whenever required by the FHWA or the ICC the company agrees to furnish the FHWA or the ICC a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FHWA or the ICC, to verify that the policy is in force as of a particular date. The telephone number to call is: 330-887-6402.

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty five (35) days notice in writing to the other party (said 35 days notice to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the ICC's jurisdiction, by providing thirty (30) days notice to the ICC (said 30 days notice to commence from the date the notice is received by the ICC at its office in Washington, D.C.).

Issued to ___CULPEPPER CONSTRUCTION CO INC CULPEPPER CONSTRUCTION COMPANY OF GEORGIA, INC;___ of ___1538 METROPOLITAN BLVD TALLAHASSEE FL 32308___

Dated at ___TALLAHASSEE FL___ this _____ day of _____ , _____

Amending Policy No. **CMM 0 395 871**

Effective Date ___05/04/15___ Countersigned by _____
Authorized Company Representative

☐ OHIO FARMERS INSURANCE COMPANY
☒ WESTFIELD INSURANCE COMPANY
☐ AMERICAN SELECT INSURANCE COMPANY
☐ WESTFIELD NATIONAL INSURANCE COMPANY

The Motor Carrier Act of 1980 requires limits of financial responsibility according to type of carriage and commodity transported by the motor carrier.
It is the MOTOR CARRIER'S obligation to obtain the required limits of financial responsibility.

THE SCHEDULE OF LIMITS SHOWN BELOW DOES NOT PROVIDE COVERAGE.
The limits shown in the schedule are for information purposes only.

### Schedule of Limits
### Public Liability

| *Type of Carriage | Commodity Transported | Minimum Insurance |
|---|---|---|
| (1) For-hire (in interstate or foreign commerce) | Property (nonhazardous) | $ 750,000 |
| (2) For-hire and Private (in interstate, foreign, or intrastate commerce) | Hazardous substances, as defined in 49 CFR 171 8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons, or in bulk Class A or B explosives, liquefied compressed gas or compressed gas; or highway route controlled quantity radioactive materials as defined in 49 CFR 173.403 | $5,000,000 |
| (3) For-hire and Private (in interstate or foreign commerce; in any quantity) or (in intrastate commerce. in bulk only) | Oil listed in 49 CFR 172 101, hazardous waste, hazardous materials and hazardous substances defined in 49 CFR 171 8 and listed in 49 CFR 172 101, but not mentioned in (2) above or (4) below. | $1,000,000 |
| (4) For-hire and Private (in interstate or foreign commerce) | Any quantity of Class A or B explosives; any quantity of poison gas (Poison A); or highway route controlled quantity radioactive materials as defined in 49 CFR 173.403. | $5,000,000 |

*Note: The type of carriage listed under numbers (1), (2), and (3) apply to vehicles with a gross vehicle weight rating of 10,000 pounds or more. The type of carriage listed under number (4) applies to all vehicles with a gross vehicle weight rating of less than 10,000 pounds.

INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO MOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage:"

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured;" or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material," "special nuclear material" or "by-product material."

© ISO Properties, Inc., 2007

**IL 00 21  09 08**
**Page 1 of 2**

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

**(a)** Any "nuclear reactor;"

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel," or **(3)** handling, processing or packaging "waste;"

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in Florida, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** **Physical Damage Coverage** is changed as follows:

    **1.** No deductible applies under Specified Causes of Loss or Comprehensive Coverage for "loss" to glass used in the windshield.

    **2.** All other **Physical Damage Coverage** provisions will apply.

    **3.** Paragraph **1.** of **Loss Conditions, Appraisal For Physical Damage Loss,** is replaced by the following:

        **1.** **Appraisal For Physical Damage Loss**

        If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in this endorsement.  The mediation must be completed before a demand for appraisal can be made. In this event, each party will select a competent appraiser.  The two appraisers will select a competent and impartial umpire.  The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

        **a.** Pay its chosen appraiser; and

        **b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**B.** The **General Conditions** are amended as follows:

    **1.** The following is added to the **Other Insurance** Condition in the Business Auto and Garage Coverage Forms, and **Other Insurance - Primary And Excess Provisions** Condition in the Truckers and Motor Carrier Coverage Forms:

        **a.** When this Coverage Form and any other Coverage Form or policy providing liability coverage applies to an "auto" and:

            **(1)** One provides coverage to a lessor of "autos" for rent or lease; and

            **(2)** The other provides coverage to a person not described in Paragraph **B.1.a.(1),**

        then the Coverage Form or policy issued to the lessor described in Paragraph **B.1.a.(1)** is excess over any insurance available to a person described in **B.1.a.(2)** if the face of the lease or rental agreement contains, in at least 10 point type, the following language:

            The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by FLA. STAT. SECTION 324.021(7) and FLA. STAT. SECTION 627.736.

Copyright, Insurance Services Office, Inc., 2008

**CA 01 28 03 09**
**Page 1 of 2**

2. The following condition is added to the Business Auto, Garage, Truckers and Motor Carrier Coverage Forms:

**MEDIATION**

1. In any claim filed by an "insured" with us for:

   a. "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

   b. "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

   c. "Loss" to a covered "auto" or its equipment, in any amount.

   either party may make a written demand for mediation of the claim prior to the institution of litigation.

2. A written request for mediation must be filed with the Florida Department of Insurance on an approved form, which may be obtained from the Florida Department of Insurance.

3. The request must state:

   a. Why mediation is being requested.

   b. The issues in dispute, which are to be mediated.

4. The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

5. Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

6. The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.
# FLORIDA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **A.2.b.** of the Common Policy Conditions, **Cancellation**, is changed to read as follows:

    **b.** 45 days before the effective date of cancellation if we cancel for any other reason.

**B.** Paragraph **A.4.** of the Common Policy Conditions, **Cancellation**, is replaced by the following:

    **4.** Notice of cancellation will state the effective date of, and reason(s) for, the cancellation. The policy period will end on that date.

**C.** Paragraph A.5. of the Common Policy Conditions, Cancellation, is replaced by the following:

    **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

    If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

    The cancellation will be effective even if we have not made or offered a refund.

**D.** The following is added to paragraph **A.** of the Common Policy Conditions, **Cancellation**:

    **7.** If this policy provides Personal Injury Protection, Property Damage Liability Coverage or both, and:

      **a.** It is a new or renewal policy, it may not be cancelled by the first Named Insured during the first 60 days immediately following the effective date of the policy or renewal, except for one of the following reasons:

        **(1)** The covered "auto" is completely destroyed such that it is no longer operable;

        **(2)** Ownership of the covered "auto" is transferred; or

        **(3)** The "Named Insured" has purchased another policy covering the motor vehicle insured under this policy.

      **b.** It is a new policy, we may not cancel it during the first 60 days immediately following the effective date of the policy for nonpayment of premium unless a check used to pay us is dishonored for any reason or any other type of premium payment is subsequently determined to be rejected or invalid.

**E.** The following condition is added:

**NONRENEWAL**

    **1.** If we decide not to renew or continue this policy, we will mail you notice at least 45 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

    **2.** If we fail to mail proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

    **3.** Notice of nonrenewal will state the reason(s) for the nonrenewal and the effective date of nonrenewal. The policy period will end on that date.

© Insurance Services Office, Inc , 2012

**CA 02 67  11 12**

POLICY NUMBER:  CMM 0395871                                            COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to Paragraph **B. Exclusions** of **Section II - Liability Coverage** in the Business Auto, Motor Carrier and Truckers Coverage Forms and for **"Garage Operations" - Covered "Autos"** in the Garage Coverage Form:

**SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE**

This insurance does not apply to:

**1.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**2.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "sillica-related dust".

**3.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B.** **Additional Definitions**

As used in this endorsement:

**1.** "Silica" means silicon dioxide (occurring in crystaline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc , 2005                                            **CA 23 94  03 06**

**COMMERCIAL AUTO**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CANCELATION NOTIFICATION REQUIREMENTS FOR FLORIDA VEHICLES

The auto liability coverage part of this policy may not be canceled on less than 45 days written notice by the insurer to the Department of Highway Safety and Motor Vehicles, such 45 days notice to commence from the date notice is received by the Department of Highway Safety and Motor Vehicles.

**CA 70 87  12 11**

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WHO IS AN INSURED AMENDMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

Under **SECTION II - LIABILITY COVERAGE** Item **A.  Coverage**, paragraph **1.b.(1)** is deleted and replaced with the following:

**(1)**  The owner, any "employee" or agent of the owner, or anyone else from whom you hire or borrow a covered "auto".  This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**CA 70 80  03 12**

COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident." We will pay only those expenses incurred, for services rendered within three years from the date of the "accident."

**B. Who Is An Insured**

**1.** You while "occupying" or, while a pedestrian, when struck by any "auto."

**2.** If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto."

**3.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto." The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

**2.** "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

**3.** "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member."

**4.** "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of

this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5.** "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

**6.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**7.** "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**8.** "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

## E. Changes In Conditions

The Conditions are changed for Auto Medical Payments Coverage as follows:

1. The Transfer Of Rights Of Recovery Against Others To Us Condition does not apply.

2. The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance - Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

## F. Additional Definitions

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

POLICY NUMBER:    CMM 0395871         COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA UNINSURED MOTORISTS COVERAGE NONSTACKED

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

### SCHEDULE

| Limit Of Insurance:  $ | Each "Accident" |
|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle." The damages must result from "bodily injury" sustained by the "insured" caused by an "accident." The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle."

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", we will pay under this coverage only if **a.** or **b.** below applies:

   a. The limit of any applicable liability bonds or policies has been exhausted by judgments or payments; or

   b. A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:

      (1) Have been given prompt written notice of such tentative settlement; and

      (2) Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto." The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured."

© ISO Properties, Inc., 2009

CA 21 72  10 09
Page 1 of 5

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto." The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured."

## C. Exclusions

This insurance does not apply to:

1. Any claim settled or judgment reached without our consent, unless our right to recover payment has not been prejudiced by such settlement or judgment. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph b. of the definition of an "uninsured motor vehicle."

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. "Bodily injury" sustained by:

   a. An individual Named Insured while "occupying" or when struck by a vehicle owned by that individual Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy; or

   d. Any "insured" with respect to damages for pain, suffering, mental anguish or inconvenience unless the "bodily injury" consists in whole or in part of:

   (1) Significant and permanent loss of an important bodily function;

   (2) Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement;

   (3) Significant and permanent scarring or disfigurement; or

   (4) Death.

5. Punitive or exemplary damages.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Liability Coverage form, No-fault Coverage endorsement, Medical Payments Coverage endorsement, or Uninsured Motorists Coverage endorsement attached to this Coverage Part.

3. We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

4. We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage Non Stacked as follows:

**1.** **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

**a.** If there is other applicable insurance available under one or more coverage forms, policies or provisions of coverage any recovery for damages sustained by an individual Named Insured or any "family member":

**(1)** While "occupying" a vehicle owned by that Named Insured or any "family member" may equal, but not exceed, the limit of insurance for Uninsured Motorists Coverage applicable to that vehicle.

**(2)** While "occupying" a vehicle not owned by that Named Insured or any "family member" may equal, but not exceed, the sum of:

**(a)** The limit of insurance for Uninsured Motorists Coverage applicable to the vehicle such Named Insured or any "family member" was, "occupying" at the time of the "accident"; and

**(b)** The highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to such Named Insured or any "family member".

**(3)** While not "occupying" any vehicle may equal, but not exceed, the highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to an individual Named Insured or any "family member".

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this Coverage Form is provided:

**(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2.** **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**c.** A person seeking Uninsured Motorists Coverage must also promptly notify us in writing by certified or registered mail of a tentative settlement between the "insured" and the insurer of the vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle."

**3.** **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to Uninsured Motorists Coverage if we:

**a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle;" and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

**b.** We also have a right to recover the advanced payment.

**4.** The following condition is added:

**a. Arbitration**

**(1)** If we and an "insured" do not agree:

**(a)** Whether that person is legally entitled to recover damages under this endorsement; or

**(b)** As to the amount of damages that are recoverable by that person;

Then the matter may be mediated, in accordance with the Mediation Provision contained in General Conditions, if the damages resulting from "bodily injury" are for $10,000 or less, or arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

**(2)** Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**(3)** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**b. Florida Arbitration Act**

If we and an "insured" agree to arbitration, the **Florida Arbitration Act** will not apply.

**c. Mediation**

**(1)** In any claim filed by an "insured" with us for:

**(a)** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

**(b)** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto"; or

**(c)** "Loss" to a covered "auto" or its equipment, in any amount;

either party may make a written demand for mediation of the claim prior to the institution of litigation.

**(2)** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

**(3)** The request must state:

**(a)** Why mediation is being requested.

**(b)** The issues in dispute, which are to be mediated.

**(4)** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**(5)** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**(6)** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy applies at the time of an "accident;"

**b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which a "bodily injury" liability bond or policy applies at the time of an "accident" but the amount paid under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages caused by the "accident;"

**c.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**d.** For which neither the driver nor owner can be identified. The land motor vehicle or "trailer" must:

**(1)** Hit an individual Named Insured or any "family member," a cov-ered "auto" or a vehicle such Named Insured or any "family member" is "occupying;" or

**(2)** Cause an "accident" resulting in "bodily injury" to an individual Named Insured or any "family member" without hitting that Named Insured, any "family member," a covered "auto" or a vehicle such Named Insured or any "family member" is "occupying."

If there is no physical contact with the land motor vehicle or trailer, the facts of the "accident" must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned by a governmental unit or agency;

**b.** Designed for use mainly off public roads while not on public roads; or

**c.** Owned by or furnished or available for the regular use of the Named Insured or if the Named Insured is an individual, any "family member" unless it is a covered "auto" to which the Coverage Form's Liability Coverage applies and liability coverage is excluded for any person or organization other than the Named Insured or if the Named Insured is an individual, any "family member".

POLICY NUMBER:    CMM 0395871                                                    **COMMERCIAL AUTO**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FLORIDA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

We agree with the "named insured," subject to all the provisions of this endorsement and to all of the provisions of the policy except as modified herein, as follows that:

### SCHEDULE

| |
|---|
| Any Personal Injury Protection deductible shown in the Declarations of $ is applicable to ☐ the following "named insured" only: |
| ☐ each "named insured" and each dependent "family member." |
| ☐ Work loss for "named insured" does not apply. |
| ☐ Work loss for "named insured" and dependent "family member" does not apply. |

| Benefits | Limit Per Person |
|---|---|
| Total Aggregate Limit for all Personal Injury Protection Benefits, except Death Benefits | $10,000 |
| Death Benefits | $ 5,000 |
| Medical Expenses | 80% of medical expenses subject to the total aggregate limit and the provisions of Paragraphs **D.2.a.** and **b.** under Limit Of Insurance: |
| Work Loss | 60% of work loss subject to the total aggregate limit |
| Replacement Services Expenses | subject to the total aggregate limit |

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

© Copyright, Insurance Services Office, Inc , 2012

## A. Coverage

We will pay Personal Injury Protection benefits in accordance with the Florida Motor Vehicle No-fault Law to or for an "insured" who sustains "bodily injury" in an "accident" arising out of the ownership, maintenance or use of a "motor vehicle." Subject to the limits shown in the Schedule, these Personal Injury Protection benefits consist of the following:

### 1. Medical Expense

**a.** All reasonable "medically necessary" expenses for medical, surgical, X-ray, dental, ambulance, hospital, professional nursing and rehabilitative services, including prosthetic devices. However, we will pay for these benefits only if the "insured" receives initial services and care within 14 days after the "motor vehicle" "accident" that are:

**(1)** Lawfully provided, supervised, ordered or prescribed by a licensed physician, dentist or chiropractic physician;

**(2)** Provided in a hospital or in a facility that owns, or is wholly owned by, a hospital; or

**(3)** Provided by a person or entity licensed to provide emergency transportation and treatment;

as authorized by the Florida Motor Vehicle No-fault Law.

**b.** Upon referral by a licensed health care provider described in Paragraph **A.1.a.(1), (2)** or **(3)**, follow-up services and care consistent with the underlying medical diagnosis rendered pursuant to Paragraph **A.1.a.**, if provided, supervised, ordered or prescribed only by a licensed:

**(1)** Physician, osteopathic physician, chiropractic physician or dentist; or

**(2)** Physician assistant or advanced registered nurse practitioner, under the supervision of such physician, osteopathic physician, chiropractic physician or dentist;

as authorized by the Florida Motor Vehicle No-fault Law.

Follow-up services and care may also be provided by:

**(3)** A licensed hospital or ambulatory surgical center;

**(4)** An entity wholly owned by one or more licensed physicians, osteopathic physicians, chiropractic physicians or dentists;

or by such practitioners and the spouse, parent, child, or sibling of such practitioners;

**(5)** An entity that owns or is wholly owned, directly or indirectly, by a hospital or hospitals;

**(6)** A licensed physical therapist, based upon referral by a provider described in Paragraph **A.1.b;** or

**(7)** A health care clinic licensed under the Florida Health Care Clinic Act:

**(a)** Which is accredited by the Joint Commission on Accreditation of Healthcare Organizations, the American Osteopathic Association, the Commission on Accreditation of Rehabilitation Facilities or the Accreditation Association for Ambulatory Health Care, Inc.; or

**(b)** Which:

**(i)** Has a licensed medical director;

**(ii)** Has been continuously licensed for more than three years or is a publicly traded corporation that issues securities traded on an exchange registered with the United States Securities and Exchange Commission as a national securities exchange; and

**(iii)** Provides at least four of the following medical specialties:

**i.** General medicine;

**ii.** Radiography;

**iii.** Orthopedic medicine;

**iv.** Physical medicine;

**v.** Physical therapy;

**vi.** Physical rehabilitation;

**vii.** Prescribing or dispensing outpatient prescription medication; or

**viii.** Laboratory services;

as authorized by the Florida Motor Vehicle No-fault Law.

However, with respect to Paragraph **A.1.**, medical expenses do not include massage or acupuncture, regardless of the person, entity or licensee providing the massage or acupuncture;

**2. Replacement Services Expenses**

With respect to the period of disability of the injured person, all expenses reasonably incurred in obtaining from others ordinary and necessary services in lieu of those that, but for such injury, the injured person would have performed without income for the benefit of his or her household;

**3. Work Loss**

With respect to the period of disability of the injured person, any loss of income and earning capacity from inability to work proximately caused by the injury sustained by the injured person; and

**4. Death Benefits**

**B. Who Is An Insured**

**1.** The "named insured."

**2.** If the "named insured" is an individual, any "family member."

**3.** Any other person while "occupying" a covered "motor vehicle" with the "named insured's" consent.

**4.** A "pedestrian" if the "accident" involves the covered "motor vehicle."

**C. Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury:"

**1.** Sustained by the "named insured" or any "family member" while "occupying" any "motor vehicle" owned by the "named insured" that is not a covered "motor vehicle;"

**2.** Sustained by any person while operating the covered "motor vehicle" without the "named insured's" expressed or implied consent;

**3.** Sustained by any person, if such person's conduct contributed to his or her "bodily injury" under any of the following circumstances:

**a.** Causing "bodily injury" to himself or herself intentionally; or

**b.** While committing a felony.

**4.** To the "named insured" or any "family member" for work loss if an entry in the

Schedule or Declarations indicates that coverage for work loss does not apply;

**5.** To any "pedestrian," other than the "named insured" or any "family member," not a legal resident of the state of Florida;

**6.** To any person, other than the "named insured" if that person is the "owner" of a "motor vehicle" for which security is required under the Florida Motor Vehicle No-Fault Law;

**7.** To any person, other than the "named insured," or any "family member," who is entitled to personal injury protection benefits from the owner of a "motor vehicle" that is not a covered "motor vehicle" under this insurance or from the "owner's" insurer; or

**8.** To any person who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

**D. Limit Of Insurance**

**1.** Regardless of the number of persons insured, policies or bonds applicable, premiums paid, vehicles involved or claims made, the total aggregate limit of personal injury protection benefits available under the Florida Motor Vehicle No-fault Law from all sources combined, including this policy, for or on behalf of any one person who sustains "bodily injury" as the result of any one "accident," shall be:

**a.** $10,000 for medical expenses, work loss and replacement services; and

**b.** $5,000 for death benefits.

**2.** Subject to Paragraph **D.1.a.**, we will pay:

**a.** Up to $10,000 for medical expenses, if a licensed physician, dentist, physician assistant or an advanced registered nurse practitioner authorized by the Florida Motor Vehicle No-fault Law has determined that the "insured" had an "emergency medical condition"; or

**b.** Up to $2,500 for medical expenses, if any health care provider described in Paragraph **A.1.a.** or **A.1.b.** has determined that the "insured" did not have an "emergency medical condition".

**3.** Any amount paid under this coverage will be reduced by the amount of benefits an injured person has been paid or is entitled to be paid for the same elements of "loss" under any workers' compensation law.

4. If personal injury protection benefits, under the Florida Motor Vehicle No-fault Law, have been received from any insurer for the same elements of loss and expense benefits available under this policy, we will not make duplicate payments to or for the benefit of the injured person. The insurer paying the benefits shall be entitled to recover from us its pro rata share of the benefits paid and expenses incurred in handling the claim.

5. The deductible amount shown in the Schedule will be deducted from the total amount of expenses and losses listed in Paragraphs **A.1.**, **A.2.** and **A3.** of this endorsement before the application of any percentage limitation for each "insured" to whom the deductible applies. The deductible does not apply to the death benefit.

6. Any amount paid under this coverage for medical expenses may be limited by the medical fee schedule prescribed by the Florida Motor Vehicle No-fault Law.

**E. Changes In Conditions**

The Conditions are changed for **Personal Injury Protection** as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** is replaced by the following:

   Compliance with the following duties is a condition precedent to receiving benefits:

   In the event of an "accident," the "named insured" must give us or our authorized representative prompt written notice of the "accident."

   If any injured person or his or her legal representative institutes a legal action to recover damages for "bodily injury" against a third party, a copy of the summons, complaint or other process served in connection with that legal action must be forwarded to us as soon as possible by the injured person or his or her legal representative.

   A person seeking personal injury protection benefits must, as soon as possible, give us written proof of claim, under oath if required, containing full particulars concerning the injuries and treatment received and/or contemplated, and send us any other information that will assist us in determining the amount due and payable.

   A person seeking personal injury protection benefits must submit to an examination under oath. The scope of questioning during the examination under oath is limited to relevant information or information that could reasonably be expected to lead to relevant information.

2. **Legal Action Against Us** is replaced by the following:

   **Legal Action Against Us**

   a. No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us:

      (1) Until the claim for benefits is overdue in accordance with Paragraph **F.2.** of this endorsement; and

      (2) Until we are provided with a demand letter in accordance with the Florida Motor Vehicle No-fault Law sent to us via U.S. certified or registered mail; and

      (3) With respect to the overdue claim specified in the demand letter, if, within 30 days of receipt of the demand letter, we:

         (a) Pay the overdue claim; or

         (b) Agree to pay for future treatment not yet rendered;

         in accordance with the requirements of the Florida Motor Vehicle No-fault Law.

   b. If legal action is brought against us, all claims related to the same health care provider or facility shall be brought in a single action, unless good cause can be shown why such claims should be brought separately.

3. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   **Transfer Of Rights Of Recovery Against Others To Us**

   Unless prohibited by the Florida Motor Vehicle No-fault Law, in the event of payment to or for the benefit of any injured person under this coverage:

   a. We will be reimbursed for those payments, not including reasonable attorneys' fees and other reasonable expenses, from the proceeds of any settlement or judgment resulting from any right of recovery of the injured person against any person or organization legally responsible for the "bodily injury" from which the payment arises. We will also have a lien on those proceeds.

   b. If any person to or for whom we pay benefits has rights to recover benefits from another, those rights are transferred to us. That person must do everything necessary to secure our rights and must do nothing after loss to impair them.

**c.** The insurer providing personal injury protection benefits on a private passenger "motor vehicle," as defined in the Florida Motor Vehicle No-fault Law, shall be entitled to reimbursement to the extent of the payment of personal injury protection benefits from the "owner" or the insurer of the "owner" of a commercial "motor vehicle," as defined in the Florida Motor Vehicle No-fault Law, if such injured person sustained the injury while "occupying," or while a "pedestrian" through being struck by, such commercial "motor vehicle". However, such insurer's right of reimbursement under this Paragraph **c.** does not apply to an "owner" or registrant of a "motor vehicle" used as a taxicab.

**4.** The **Concealment, Misrepresentation Or Fraud** provision is replaced by the following:

**Concealment,   Misrepresentation   Or Fraud**

We do not provide coverage under this endorsement for an "insured" if that "insured" has committed, by a material act or omission, insurance fraud relating to personal injury protection coverage under this form, if fraud is admitted to in a sworn statement by the "insured" or if the fraud is established in a court of competent jurisdiction.   Any insurance fraud voids all personal injury protection coverage arising from the claim with respect to the "insured" who committed the fraud.   Any benefits paid prior to the discovery of the fraud are recoverable from that "insured".

**5.** **Policy Period, Coverage Territory** is replaced by the following:

**Policy Period, Coverage Territory**

The insurance under this section applies only to "accidents" which occur during the policy period:

**a.** In the state of Florida;

**b.** As respects the "named insured" or any "family member", while "occupying" the covered "motor vehicle" outside the state of Florida but within the United States of America, its territories or possessions or Canada; and

**c.** As respects the "named insured", while "occupying" a "motor vehicle" of which a "family member" is the "owner" and for which security is maintained under the Florida Motor Vehicle No-fault Law outside the state of Florida but within the United States of America, its territories or possessions or Canada.

**F.** **Additional Conditions**

The following Conditions are added:

**1.** **Mediation**

**a.** In any claim filed by an "insured" with us for:

**(1)** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

**(2)** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

**(3)** "Loss" to a covered "auto" or its equipment, in any amount,

either party may make a written demand for mediation of the claim prior to the institution of litigation.

**b.** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

**c.** The request must state:

**(1)** Why mediation is being requested.

**(2)** The issues in dispute, which are to be mediated.

**d.** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator.  The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation.  The conference will be held by telephone, if feasible.  Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith.  Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**e.** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**f.** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**CA 22 10 01 13**

**Page 5 of 7**

## 2. Payment Of Benefits

Personal injury protection benefits payable under this Coverage Form, whether the full or partial amount, may be overdue if not paid within 30 days after we are furnished with written notice of the covered loss and the amount of the covered loss in accordance with the Florida Motor Vehicle No-fault Law.

However, if we have a reasonable belief that a fraudulent insurance act has been committed relating to personal injury protection coverage under this Coverage Form, we will notify the "insured" in writing, within 30 days after the submission of the claim, that the claim is being investigated for suspected fraud. No later than 90 days after the submission of the claim, we will either deny or pay the claim, in accordance with the Florida Motor Vehicle No-fault Law.

If we pay only a portion of a claim or reject a claim due to an alleged error in the claim, we, at the time of the partial payment or rejection, will provide an itemized specification or explanation of benefits due to the specified error. Upon receiving the specification or explanation, the person making the claim, at the person's option and without waiving any other legal remedy for payment, has 15 days to submit a revised claim, which will be considered a timely submission of written notice of a claim.

## 3. Modification Of Policy Coverages

Any Automobile Medical Payments Coverage and any Uninsured Motorists Coverage afforded by the policy shall be excess over any personal injury protection benefits paid or payable.

Regardless of whether the full amount of personal injury protection benefits has been exhausted, any Medical Payments Coverage afforded by the policy shall pay the portion of any claim for personal injury protection medical expenses which are otherwise covered but not payable due to the limitation of 80% of medical expense benefits but shall not be payable for the amount of the deductible selected.

## 4. Medical Reports And Examinations; Payment Of Claim Withheld

As soon as practicable, the person making the claim shall submit to mental and physical examinations at our expense when and as often as we may reasonably require and a copy of the medical report shall be forwarded to such person if requested. If the person unreasonably refuses to submit to, or fails to appear at, an examination, we will not be liable for subsequent personal injury protection benefits. Such person's refusal to submit to or failure to appear at, two examinations, raises a rebuttable presumption that such person's refusal or failure was unreasonable.

Whenever a person making a claim as a result of an injury sustained while committing a felony is charged with committing that felony, we shall withhold benefits until, at the trial level, the prosecution makes a formal entry on the record that it will not prosecute the case against the person, the charge is dismissed or the person is acquitted.

## 5. Provisional Premium

In the event of any change in the rules, rates, rating plan, premiums or minimum premiums applicable to the insurance afforded, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-fault Law providing for the exemption of persons from tort liability, the premium stated in the Declarations for any Liability, Medical Payments and Uninsured Motorists insurance shall be deemed provisional and subject to recomputation. If this policy is a renewal policy, such recomputation shall also include a determination of the amount of any return premium previously credited or refunded to the "named insured" pursuant to the Florida Motor Vehicle No-fault Law with respect to insurance afforded under a previous policy. If the final premium thus recomputed exceeds the premium shown in the Declarations, the "named insured" shall pay to us the excess as well as the amount of any return premium previously credited or refunded.

## 6. Special Provisions For Rented Or Leased Vehicles

Notwithstanding any provision of this coverage to the contrary, if a person is injured while "occupying", or through being struck by, a "motor vehicle" rented or leased under a rental or lease agreement which does not specify otherwise in language required by FLA.STAT.SECTION 627.7263(2) in at least 10-point type on the face of the agreement, the personal injury protection benefits available under the Florida Motor Vehicle No-fault Law and afforded under the lessor's policy shall be primary.

## 7. Insured's Right To Personal Injury Protection Information

a. In a dispute between us and an "insured", or between us and an assignee of the "insured's" personal injury protection benefits, we will, upon request, notify such "insured" or assignee that the limits for Personal Injury Protection have been reached. We will provide such information within 15 days after the limits for Personal Injury Protection have been reached.

**b.** If legal action is commenced, we will, upon request, provide an "insured" with a copy of a log of personal injury protection benefits paid by us on behalf of the "insured". We will provide such information within 30 days of receipt of the request for the log from the "insured".

**G. Additional Definitions**

As used in this endorsement:

**1.** "Emergency medical condition" means a medical condition manifesting itself by acute symptoms of sufficient severity, which may include severe pain, such that the absence of immediate medical attention could reasonably be expected to result in any of the following:

    **a.** Serious jeopardy to "insured's" health;

    **b.** Serious impairment to bodily functions; or

    **c.** Serious dysfunction of any bodily organ part.

**2.** "Motor vehicle" means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semitrailer designed for use with such vehicle;

However, "motor vehicle" does not include:

    **a.** A mobile home;

    **b.** Any "motor vehicle" which is used in mass transit, other than public school transportation, and designed to transport more than five passengers exclusive of the operator of the motor vehicle and which is owned by a municipality, a transit authority, or a political subdivision of the state.

**3.** "Family member" means a person related to the "named insured" by blood, marriage or adoption including a ward or foster child who is a resident of the same household as the "named insured."

**4.** "Named insured" means the person or organization named in the Declarations of the policy and, if an individual, shall include the spouse if a resident of the same household.

**5.** "Occupying" means in or upon or entering into or alighting from.

**6.** "Owner" means a person or organization who holds the legal title to a "motor vehicle," and also includes:

    **a.** A debtor having the right to possession, in the event a "motor vehicle" is the subject of a security agreement;

    **b.** A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease with option to purchase and such lease agreement is for a period of six months or more; and

    **c.** A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease without option to purchase, and such lease is for a period of six months or more, and the lease agreement provides that the lessee shall be responsible for securing insurance.

**7.** "Pedestrian" means a person while not an occupant of any self-propelled vehicle.

**8.** "Medically necessary" refers to a medical service or supply that prudent physician would provide for the purpose of preventing, diagnosing or treating an illness, injury, disease or symptom in a manner that is:

    **a.** In accordance with generally accepted standards of medical practice;

    **b.** Clinically appropriate in terms of type, frequency, extent, site and duration; and

    **c.** Not primarily for the convenience of the patient, physician or other health care provider.

POLICY NUMBER:  CMM 0395871                    ·                              **COMMERCIAL AUTO**

# USE OF MEDICAL FEE SCHEDULE FOR
# PERSONAL INJURY PROTECTION CLAIMS - FLORIDA

This endorsement modifies insurance provided under the following:

PERSONAL INJURY PROTECTION ENDORSEMENT

We will limit reimbursement of medical expenses to 80 percent of a properly billed reasonable charge, but in no event will we pay more than 80 percent of the following schedule of maximum charges:

**a.**  For emergency transport and treatment by providers licensed under Chapter 401, Florida Statutes, 200 percent of Medicare.

**b.**  For emergency services and care provided by a hospital licensed under Chapter 395, Florida Statutes, 75 percent of the hospital's usual and customary charges.

**c.**  For emergency services and care as defined by s. 395.002(9), Florida Statutes, provided in a facility licensed under Chapter 395, Florida Statutes, rendered by a physician or dentist, and related hospital inpatient services rendered by a physician or dentist, the usual and customary charges in the community.

**d.**  For hospital inpatient services, other than emergency services and care, 200 percent of the Medicare Part A prospective payment applicable to the specific hospital providing the inpatient services.

**e.**  For hospital outpatient services, other than emergency services and care, 200 percent of the Medicare Part A Ambulatory Payment Classification for the specific hospital providing the outpatient services.

**f.**  For all other medical services, supplies, and care, 200 percent of the allowable amount under the participating physicians schedule of Medicare Part B, except: Medicare Part B, in the case of services, supplies, and care provided by ambulatory surgical centers and clinical laboratories; or the Durable Medical Equipment Prosthetics/Orthotics and Supplies fee schedule of Medicare Part B, in the case of durable medical equipment. However, if such services, supplies, or care is not reimbursable under Medicare Part B, we will limit reimbursement to 80 percent of the maximum reimbursable allowance under workers compensation, as determined under s. 440.13, Florida Statutes, and rules adopted thereunder which are in effect at the time such services, supplies, or care is provided. Services, supplies, or care that is not reimbursable under Medicare or workers compensation will not be reimbursed by us.

For purposes of the above, the applicable fee schedule or payment limitation under Medicare is the fee schedule or payment limitation in effect on March 1 of the year in which the services, supplies, or care is rendered and for the area in which such services, supplies, or care is rendered, and the applicable fee schedule or payment limitation applies throughout the remainder of that year, notwithstanding any subsequent change made to the fee schedule or payment limitation, except that it will not be less than the allowable amount under the applicable schedule of Medicare Part B for 2007 for medical services, supplies, and care subject to Medicare Part B.

**CA 70 91  03 13**

COMMERCIAL AUTO

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.



## BUSINESS AUTO ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**

### SCHEDULE

The coverage provided by this endorsement is summarized below and is intended to provide a general coverage description only.  For the details affecting each coverage, please refer to the terms and conditions in this endorsement.

- **A.** **Who Is An Insured broadened:**
  - Additional Insured by Contract, Agreement or Permit
  - Legally Incorporated Subsidiaries
  - Newly Acquired Organizations
- **B.** **Supplementary Payments**
  - Bail Bonds - $5000
  - Loss of Earnings - $500
- **C.** **Coverage Extensions**
  - Transportation Expenses
  - Personal Effects (Excess Basis)
- **D.** **Additional Coverages**
  - Expenses paid for returning a stolen covered auto
  - Fire Department Service Charge
- **E.** **Airbag Coverage - Accidental Discharge**
- **F.** **Knowledge and Notice of an Accident, Claim or Suit**
- **G.** **Unintentional Failure To Disclose Hazards**
- **H.** **Worldwide Coverage**
- **I.** **Definitions**
  - Bodily Injury Redefined

**In addition to the policy amendments contained in A. through I. listed above, the endorsements listed below will automatically be attached to your policy to complete the coverage provided by the Signature Series Business Auto Endorsement:**

- Audio, Visual and Data Electronic Equipment Coverage Added Limits - CA 99 60
- Auto Loan/Lease Gap Coverage - CA 20 71
- Drive Other Car Coverage - Broadened Coverage For Named Individuals - (Executive Officers/Spouses) - CA 99 10
- Employee Hired Autos - CA 20 54
- Employees As Insureds - CA 99 33
- Hired Auto Physical Damage (Refer to Auto Declarations page)
- Rental Reimbursement Coverage - CA 99 23
- Waiver of Transfer of Rights of Recovery (Waiver of Subrogation) - CA 70 22

## A.  WHO IS AN INSURED BROADENED

**SECTION II - LIABILITY COVERAGE,** item **A. Coverage, 1. Who Is An Insured** is amended to include the following additional paragraphs:

**d.** Any legally incorporated subsidiary of yours in which you own more than 50% of the voting stock on the effective date of this endorsement.

However, "insured" does not include any subsidiary that is an "insured" under any other liability policy or would be an "insured" under such a policy but for its termination or the exhaustion of its limit of insurance.

Coverage under this provision is afforded only for the first 180 days after you acquire or form the organization or until the end of the policy period, whichever comes first.

**e.** Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or a majority interest. However, coverage under this provision:

**(1)** Does not apply if the organization you acquire or form is an "insured" under another auto liability policy or would be "insured" under such a policy but for its termination or the exhaustion of its limits of insurance;

**(2)** Does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**(3)** Is afforded only for the first 180 days after you acquire or form the organization or until the end of the policy period, whichever comes first.

**f.** Any person or organization with whom you agreed in writing in a contract, agreement or permit, to provide insurance such as is afforded under this policy.

This provision only applies if the written contract or agreement has been executed or permit has been issued, prior to the "bodily injury" or "property damage".

## B. SUPPLEMENTAL PAYMENTS

**SECTION II - LIABILITY COVERAGE**, item **A. Coverage, 2. Coverage Extensions, a. Supplementary Payments**, subparagraphs **(2)** and **(4)** are deleted and replaced with the following:

**(2)** Up to $5,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $500 per day because of time off from work.

## C. COVERAGE EXTENSIONS

**SECTION III - PHYSICAL DAMAGE COVERAGE**, Item A. **Coverage, 4. Coverage Extensions, a. Transportation Expenses** is replaced with the following:

**a. Transportation Expenses**

We will pay up to $100 per day to a maximum of $1,800 for transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

The following is added to Item **4. Coverage Extensions:**

**c. Personal Effects**

We will pay up to $500 for the "loss" of your personal effects that are contained in a covered "auto" due to the total theft of the covered "auto." We will pay only for those personal effects that are contained in covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage.

Our payment for "loss" of or damage to personal effects will apply only on an excess basis over other collectible insurance.

## D. ADDITIONAL COVERAGES

**SECTION III - PHYSICAL DAMAGE COVERAGE, A. Coverage**, is amended to include the following additional coverage items:

**5.** We will pay the expense of returning a stolen covered "auto" to you.

**6. Fire Department Service Charge**

When a fire department is called to save or protect a covered "auto", its equipment, its contents or occupants from a Covered Cause Of Loss, we will pay up to $1,000 for your liability for Fire Department Service Charges:

**(a)** Assumed by contract or agreement prior to loss; or

**(b)** Required by local ordinance.

No deductible applies to this additional coverage.

**E.  AIRBAG COVERAGE - ACCIDENTAL DIS-CHARGE**

**SECTION III - PHYSICAL DAMAGE COVERAGE,** Item **B. Exclusions,** subparagraph **3.a.** is deleted and replaced with the following:

> **a.**  Wear and tear, freezing, mechanical or electrical breakdown.
>
> Mechanical breakdown does not apply to the accidental discharge of an airbag.

**F.  KNOWLEDGE AND NOTICE OF AN ACCIDENT, CLAIM OR SUIT**

**SECTION IV - BUSINESS AUTO CONDITIONS,** Item **A. Loss Conditions** is amended as follows:

> Subparagraph **a.** under Item **2. Duties In The Event Of Accident, Claim, Suit Or Loss,** is amended to include the following paragraphs:
>
>> This requirement applies when the "accident," claim, "suit" or "loss" is first known to:
>>
>> **(1)**  You, if you are an individual;
>>
>> **(2)**  A partner, if you are a partnership; or
>>
>> **(3)**  An executive officer or insurance manager, if you are a corporation.
>
> Subparagraph **b.(2)** under **2. Duties In The Event Of Accident, Claim, Suit Or Loss** is amended as follows:
>
>> **(2)**  Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit."
>>
>> Your employees may know of documents received concerning a claim or "suit". This will not mean that you have such knowledge, unless receipt of such documents is known to you, any of your executive officers or partners or your insurance manager.

**G.  UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

Under **SECTION IV - BUSINESS AUTO CONDITIONS, B. General Conditions, 2. Concealment, Misrepresentation Or Fraud** is amended to include the following additional paragraph:

> If you unintentionally fail to disclose any hazards existing at the inception date of your policy, we will not deny coverage under this Coverage Part because of such failure.

**H.  WORLDWIDE COVERAGE**

Under **SECTION IV - BUSINESS AUTO CONDITIONS, B. General Conditions, 7. Policy Period, Coverage Territory,** subparagraph **(5)** is deleted and replaced with the following:

> **(5)**  Anywhere in the world, if:
>
>> **(a)**  A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 45 days or less; and
>>
>> **(b)**  The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, Puerto Rio or Canada or in a settlement we agree to.
>>
>> **(c)**  If, for such "autos" a "suit" is brought outside the territory described in 7.(1) through 7.(4) above, we will reimburse the insured for defense expenses incurred with our written consent, but we will make no payment, nor will we reimburse the insured for damages.

**I.  DEFINITIONS**

Under **SECTION V - DEFINITIONS,** Item **C.** is replaced by the following:

> **C.**  "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish, mental injury or death resulting from any of these. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

POLICY NUMBER:    CMM 0395871                                          COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUDIO, VISUAL AND DATA ELECTRONIC EQUIPMENT COVERAGE

This endorsement modifies insurance provided under the following:

>BUSINESS AUTO COVERAGE FORM
>BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
>GARAGE COVERAGE FORM
>MOTOR CARRIER COVERAGE FORM
>TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** | |
| **Endorsement Effective Date:** | |
| **Countersignature Of Authorized Representative** | |
| **Name:** | |
| **Title:** | |
| **Signature:** | |
| **Date:** | |

**SCHEDULE**

| Description Of Covered "Auto":  Applies to ALL VEHICLES Scheduled | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $            250 | $ Included |

| Description Of Covered "Auto": | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $            250 | $ |

| Description Of Covered "Auto": | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $            250 | $ |

| Description Of Covered "Auto": | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $            250 | $ |

| Description Of Covered "Auto": | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $            250 | $ |

| Description Of Covered "Auto": | | |
|---|---|---|
| **Limit Of Insurance** | **Deductible** | **Additional Premium** |
| $ | $            250 | $ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**Note**

The amount shown in the Schedule is not necessarily the amount you will receive at the time of "loss" for the described property. Please refer to the Limit Of Insurance and Deductible provisions which follow.

**A. COVERAGE**

1. We will pay with respect to a covered "auto" described in the above Schedule for "loss" to any electronic equipment that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound. This coverage applies only if the equipment is permanently installed in the covered "auto" at the time of the "loss" or the equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss" and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto."

2. We will pay with respect to a covered "auto" described in the above Schedule for "loss" to any accessories used with the electronic equipment described in paragraph **A.1.** above. However, this does not include tapes, records or discs.

**B. EXCLUSIONS**

The exclusions that apply to PHYSICAL DAMAGE COVERAGE, except for the exclusion relating to Audio, Visual and Data Electronic Equipment, also apply to coverage provided by this endorsement. In addition, the following exclusions apply:

We will not pay, under this endorsement, for either any electronic equipment or accesso-ries used with such electronic equipment that is:

1. Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

2. Both:

   a. An integral part of the same unit housing any sound reproducing equipment designed solely for the reproduction of sound if the sound reproducing equipment is perma-nently installed in the covered "auto"; and

   b. Permanently installed in the opening of the dash or console normally used by the manufacturer for the installa-tion of a radio.

**C. LIMIT OF INSURANCE**

With respect to coverage under this endorse-ment, the LIMIT OF INSURANCE provision of PHYSICAL DAMAGE COVERAGE is replaced by the following:

1. The most we will pay for all "loss" to au-dio, visual or data electronic equipment and any accessories used with this equipment as a result of any one "acci-dent" is the lesser of:

   a. The actual cash value of the dam-aged or stolen property as of the time of the "loss";

**CA 99 60 03 06**
**Page 2 of 3**

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality; or

**c.** The amount shown in the Schedule.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value at the time of the "loss."

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of betterment.

**D. DEDUCTIBLE**

**1.** If "loss" to the audio, visual or data electronic equipment or accessories used with this equipment is the result of a "loss" to the covered "auto" under this Coverage Form's Comprehensive or Collision Coverage, then for each covered "auto" our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" to audio, visual or data electronic equipment caused by fire or lightning.

**2.** If "loss" to the audio, visual or data electronic equipment or accessories used with this equipment is the result of a "loss" to the covered "auto" under this Coverage Form's Specified Causes of Loss Coverage, then for each covered "auto" our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule of this endorsement.

**3.** If "loss" occurs solely to the audio, visual or data electronic equipment or accessories used with this equipment, then for each covered "auto" our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Schedule of this endorsement.

**4.** In the event that there is more than one applicable deductible, only the highest deductible will apply. In no event will more than one deductible apply.

POLICY NUMBER:                                                    COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO LOAN/LEASE GAP COVERAGE

This endorsement modifies insurance provided under the following;

> BUSINESS AUTO COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective | Countersigned by: |
|---|---|
| Named Insured:<br>CULPEPPER CONSTRUCTION CO INC | (Authorized Representative) |

### SCHEDULE

| Vehicle No. | Description Of Loan/Lease "Autos" Which Are Covered "Autos" | Other Than Collision Additional Premium | Collision Additional Premium |
|---|---|---|---|
| | **Applies to ALL VEHICLES Scheduled** | $ | $ |
| | | $ | $ |
| | | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The **Physical Damage Coverage** Section is amended by the addition of the following:

In the event of a total "loss" to a covered "auto" shown in the Schedule or Declarations for which a specific premium charge indicates that Auto Loan/Lease GAP Coverage applies, we will pay any unpaid amount due on the lease or loan for a covered "auto", less:

1. The amount paid under under the Physical Damage Coverage Section of the policy; and

2. Any:

   a. Overdue lease/loan payments at the time of the "loss";

   b. Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage.

   c. Security deposits not returned by the lessor;

   d. Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease; and

   e. Carry-over balances from previous loans or leases.

© ISO Properties, Inc , 2000                                      **CA 20 71  10 01**

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE - BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective: | Countersigned By: |
|---|---|
| Named Insured: | (Authorized Representative) |

**SCHEDULE**

| Name of Individual | Liability | | Auto Medical Payments | |
|---|---|---|---|---|
| | **Limit** | **Premium** | **Limit** | **Premium** |
| Executive Officers and spouses / members of that person's household | Included | Included | Included | Included |

| Name of Individual | Uninsured Motorists | | Underinsured Motorists | | Physical Damage | |
|---|---|---|---|---|---|---|
| | | | | | **Comp.** | **Coll.** |
| | **Limit** | **Premium** | **Limit** | **Premium** | | |
| Executive Officers and spouses / members of that person's household | Included | Included | Included | Included | | |

Note - When uninsured motorists is provided at limits higher than the basic limits required by a financial responsibility law, underinsured motorists is included, unless otherwise noted.    If underinsured motorists coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

ISO Properties, Inc , 2002                                    **CA 99 10 09 02**
                                                              **Page 1 of 2**

**A.** This endorsement changes only those coverages where a premium is shown in the Schedule.

**B. Changes In Liability Coverage**

**1.** Any "auto" you don't own, hire or borrow is a covered "auto" for Liability Coverage while being used by any individual named in the Schedule or by his or her spouse while a resident of the same household except:

**a.** Any "auto" owned by that individual or by any member of his or her household.

**b.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos."

**2.** The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **B.1.** of this endorsement.

**C. Changes In Auto Medical Payments And Uninsured And Underinsured Motorists Coverages**

The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her "family members" are "insured" while "occupying" or while a pedestrian when being struck by any "auto" you don't own except:

Any "auto" owned by that individual or by any "family member."

**D. Changes In Physical Damage Coverage**

Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Schedule or his or her spouse while a resident of the same household except:

**1.** Any "auto" owned by that individual or by any member of his or her household.

**2.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos."

**E. Additional Definition**

As used in this endorsement:

"Family member" means a person related to the individual named in the Schedule by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child.

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# RENTAL REIMBURSEMENT COVERAGE

This endorsement modifies insurance provided under the following:

      BUSINESS AUTO COVERAGE FORM
      GARAGE COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM
      TRUCKERS COVERAGE FORM
      BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective | |
|---|---|
| Named Insured | Countersigned by |

(Authorized Representative)

**SCHEDULE**

| Coverages | Auto No. | Designation or Description of Covered "Autos" to which this insurance applies | Maximum Payment Each Covered "Auto" | | | Premium |
|---|---|---|---|---|---|---|
| | | | Any One Day | No. of Days | Any One Period | |
| Comprehensive | | Applies to all vehicles scheduled except vehicles specifically described on this form | $ 60 | 30 | $ 1800 | $ incl. |
| | | | | | | |
| Collision | | Applies to all vehicles scheduled except vehicles specifically described on this form | $ 60 | 30 | $ 1800 | $ incl. |
| | | | | | | |
| Specified | 1 | | $ | | $ | $ |
| Causes of Loss | 2 | | $ | | $ | $ |
| Total Premium | | | | | | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** This endorsement provides only those coverages where a premium is shown in the Schedule. It applies only to a covered "auto" described or designated in the Schedule.

**B.** We will pay for rental reimbursement expenses incurred by you for the rental of an "auto" because of "loss" to a covered "auto". Payment applies in addition to the otherwise applicable amount of each coverage you have on a covered "auto." No deductibles apply to this coverage.

**C.** We will pay only for those expenses incurred during the policy period beginning 24 hours after the "loss" and ending, regardless of the policy's expiration, with the lesser of the following number of days:

    **1.** The number of days reasonably required to repair or replace the covered "auto." If "loss" is caused by theft, this number of days is added to the number of days it takes to locate the covered "auto" and return it to you.

    **2.** The number of days shown in the Schedule.

Copyright, Insurance Services Office, Inc , 1993

**D.** Our payment is limited to the lesser of the following amounts:

    **1.** Necessary and actual expenses incurred.

    **2.** The maximum payment stated in the Schedule applicable to "any one day" or "any one period."

**E.** This coverage does not apply while there are spare or reserve "autos" available to you for your operations.

**F.** If "loss" results from the total theft of a covered "auto" of the private passenger type, we will pay under this coverage only that amount of your rental reimbursement expenses which is not already provided for under the PHYSICAL DAMAGE COVERAGE Coverage Extension.

POLICY NUMBER:    CMM 0395871                                          COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM

<div align="center">

**SCHEDULE**

</div>

**Name of Person or Organization:**

**Automatic status when required by contract**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

We waive any right or recovery we may have against the person or organization shown in the Schedule because of payments we make under the Coverage Form.  The waiver applies only to the person or organization shown in the Schedule.

**CA 70 22  07 05**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE HIRED AUTOS

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    BUSINESS AUTO PHYSICAL DAMAGE
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.  Changes In Liability Coverage**

The following is added to the **Who Is An Insured** Provision:

An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in that "employee's" name, with your permission, while performing duties related to the conduct of your business.

**C.  Changes In General Conditions**

Paragraph **5.b.** of the **Other Insurance** Condition in the Business Auto, Business Auto Physical Damage and Garage Coverage Forms.  Paragraph **5.d.** of the **Other Insurance-Primary And Excess Insurance Provisions** Condition in the Truckers Coverage Form and Paragraph **5.f.** of the **Other In-**surance **Primary And Excess Insurance Provisions** in the Motor Carrier Form are replaced by the following:

For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

**1.**  Any covered "auto" you lease, hire, rent or borrow; and

**2.**  Any covered "auto" hired or rented by your "employee" under a contract in that individual "employee's" name, with your permission, while performing duties related to the conduct of your business.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

Copyright, Insurance Services Office, Inc , 2000

**CA 20 54** 10 01

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

WAIVER OF COLLISION DEDUCTIBLE - NOT AT FAULT ACCIDENT

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM**

The deductible amount shall not apply to loss caused by collision between your covered auto and another automobile, provided:

(a)  The loss to the covered auto is greater than the deductible amount; and

(b)  The owner or operator of such other automobile has been identified; and

(c)  The owner or operator of such other automobile is legally liable for the loss to your covered auto; and

(d)  There is a valid Property Damage Liability Insurance Policy applicable at the time of the accident with respect to the person or organization legally responsible for such loss to the covered auto.

**CA 70 07  10 87**

---

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.**  We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto."

**B.**  The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.**  We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

**D.**  If we make any payments to the loss payee, we will obtain his or her rights against any other party.

Copyright, Insurance Services Office, Inc , 1993    **CA 99 44 12 93**

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYEES AS INSUREDS

This endorsement modifies insurance provided under the following:

      BUSINESS AUTO COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM
      TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The following is added to the **Section II- Liability Coverage**, Paragraph **A.1. Who Is An Insured** Provision:

Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.

Copyright, Insurance Services Office, Inc., 1998                              **CA 99 33** 02 99

Case 4:24-cv-00305-RH-MAF    Document 1-2    Filed 08/02/24    Page 843 of 1019

SR

# WESTFIELD
## INSURANCE
### Sharing Knowledge. Building Trust.®

**COMMERCIAL INLAND MARINE**
**RENEWAL DECLARATIONS**
**SCHEDULE OF COVERAGE FORMS**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

| Policy Number: CMM 0 395 871 | 01 | WIC Account Number : 0900375639 | M |
|---|---|---|---|

| Policy Period | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| | To | 05/04/16 | mailing address shown above. |

This policy contains the following Inland Marine Coverage Forms:

**Coverage Forms**                                                           **Premium**
Contractors' Equipment Coverage
Computer Coverage

---

### Total Advance Annual Inland Marine Premium

All Forms and Endorsements applicable to Inland Marine Coverages:
| IL0255 | 0212 , | IL0175 | 0907 , | CM7090 | 0300 , | IL0952 | 0308 , | IM7206 | 0112 , |
|---|---|---|---|---|---|---|---|---|---|
| IM7201 | 1002 , | CL0700 | 1006 , | IM2021 | 0613 , | IM7234 | 0501 , | IM7005 | 0112 , |
| IM7000 | 0404 , | IM7017 | 0604 , | IM7039 | 0711 , | IM7902 | 0112*, | IM7854 | 0404 , |
| CM7162 | 0611 , | IM7034 | 0112 , | IM2019 | 0809 . | | | | |

---

PAGE    01 OF  01              CM 70 90 (03-00)                    05/05/15          AGENT COPY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation For Policies In Effect 90 Days Or Less**

**a.** If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with underwriting requirements established by the insurer.

**b.** However, Paragraph **2.a.(2)** does not apply to a first Named Insured whose residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of written notice. Instead, refer to Paragraph **C.7.b.(4)** of this endorsement.

**c.** We may not cancel:

**(1)** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**(2)** On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole or clay shrinkage claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may cancel this policy if:

**(a)** The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

**(b)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

**(3)** Soley on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**B.** Paragraph **(5)** of the **Cancellation** Common Policy Condition is replaced by the following:

**(5)** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy. If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation For Policies In Effect For More Than 90 Days**

**a.** If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** There has been a failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

**(4)** There has been a substantial change in the risk covered by the policy;

**(5)** The cancellation is for all insureds under such policies for a given class of insureds;

**(6)** On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**(7)** On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, or on the basis of the risk associated with the occurrence of such a claim, if:

**(a)** The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

**(b)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

**(8)** On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

**(9)** The cancellation or some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

**b.** If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if cancellation is for nonpayment of premium;

**(2)** 45 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(8)** above, and this policy does not cover a residential structure or its contents; or

**(b)** Cancellation is based on the reason stated in Paragraph **7.a.(9)** above;

**(3)** 100 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(8)** above; and

**(b)** This policy covers a residential structure or its contents, unless Paragraph **7.b.(4)** applies.

However, if cancellation is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation at least 100 days prior to the effective date of cancellation or by June 1, whichever is earlier. Therefore, when cancellation is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation by June 1; or

**(4)** 120 days before the effective date of cancellation if:

    **(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(8)** above; and

    **(b)** The first Named Insured's residential structure has been insured by us or an affiliated insurer for at least a five year period immediately prior to the date of the written notice.

**D.** The following is added:

**Nonrenewal**

**1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

    **a.** 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents, or if nonrenewal is for the reason stated in paragraph **D.5.**; or

    **b.** 100 days prior to the expiration of the policy if this policy covers a residential structure or its contents, unless c. applies.

    **c.** If this policy covers a residential structure or its contents and nonrenewal is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 100 days prior to the effective date of nonrenewal or by June 1, whichever is earlier. Therefore, when nonrenewal is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal by June 1. If nonrenewal is due to a revision to this policy's coverage for sinkhole losses or catastrophic ground cover collapse, pursuant to section 627.706 of the Florida Insurance Laws, then this subsection, **c.** does not apply. Therefore, in such a case, Subsection **b.** or **d.** applies.

    **d.** 120 days prior to the effective date of nonrenewal if the first Named Insured residential structure has been insured by us or an affiliated insurer for at least a five-year period imme-

diately prior to the date of the written notice.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** We may not refuse to renew this policy:

    **a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

    **b.** On the basis of filing of claims for sinkhole loss. However, we may refuse to renew this policy if:

        **(1)** The total of such property insurance claim payments for this policy equals or exceeds the policy limits in effect on the date of the loss for property damage to the building; or

        **(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

    **c.** Soley on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**4.** Nothwithstanding the provisions of Paragraph **D.3.**, we may refuse to renew this policy if this policy includes Sinkhole Loss coverage. If we nonrenew this policy for purposes of removing Sinkhole Loss coverage, pursuant to section 627.706 of the Florida Insurance Laws, we will offer you a policy that includes catastrophic ground cover collapse coverage.

**5.** Nothwithstanding the provisions of Paragraph **D.3.**, we may refuse to renew this policy if nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

**E.** **Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss - Residential Property**

1. The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

   **a.** Except as provided in Paragraph **E.1.b.**, we may not cancel or nonrenew the policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we elect to not renew the policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

   **b.** We may cancel or nonrenew the policy prior to restoration of the structure or its contents for any of the following reasons:

      **(1)** Nonpayment of premium;

      **(2)** Material misstatement of fraud related to the claim;

      **(3)** We determine that you have unreasonably caused a delay in the repair of the structure; or

      **(4)** We have paid the policy limits.

   If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph **b.(2)**, **b.(3)** or **b.(4)**, we will give you 45 days' notice.

2. With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

3. With respect to Paragraph **E.2.**, a hurricane is a storm system that has been declared to be a hurricane by the National Weather Service (hereafter referred to NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

      CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE POLICY
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      EQUIPMENT BREAKDOWN COVERAGE PART
      FARM COVERAGE PART

The following replaces the second paragraph of the Legal Action Against Us condition:

LEGAL ACTION AGAINST US

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

Copyright, Insurance Services Office, Inc , 2006                                                         **IL 01 75** 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.  Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment  of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.  Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc , 2008                                                              **IL 09 52  03 08**

POLICY NUMBER: CMM 0395871
POLICY PERIOD: FROM 05/04/2015 TO 05/04/2016

# COMPUTER COVERAGE
## SCHEDULE OF COVERAGES

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

---

## DESCRIBED PREMISES

---

| Loc. No. | LOCATIONS |
|----------|-----------|
| 001 | 108 E JACKSON ST<br>THOMASVILLE, GA 31792 |
| 002 | 1538 METROPOLITAN<br>TALLAHASSEE, FL 32309 |

Check if applicable:
{ } Attach Additional Locations Schedule to schedule more locations

---

## LOCATION LIMITS

---

| Loc No. | "Hardware" | "Programs and Applications" and "Media" | Income Coverage |
|---------|-----------|------------------------------------------|-----------------|
| 001 | $  25,000 | $  25,000 | N/A |
| 002 | $  10,000 | $  10,000 | N/A |

**Income Coverage Options** (check one)

- { } Earnings and Extra Expense
- { } Extra Expense only
- {X} Income Coverage Not Provided

| COVERAGE EXTENSIONS | "Limits" |
|----------------------|----------|
| Additional Debris Removal Expenses | $  5,000 |
| Emergency Removal | 365 days |
| Emergency Removal Expenses | $  1,000 |
| Electrical and Power Supply Disturbance | Coverage Provided |

- 500 Feet Limitation (check one)

{X} Not Waived

{ } Waived

| | |
|---|---|
| Fraud and Deceit | $  2,500 |
| Mechanical Breakdown Coverage | Coverage Provided |

---

Copyright, American Association of Insurance Services, Inc., 2012

**SUPPLEMENTAL COVERAGES**

| | | |
|---|---|---|
| Acquired Locations | $ | 500,000 |

**Earthquake Coverage (check one)**

- -{X} Coverage Provided
- -{ } Coverage Not Provided
- -{ } Refer To Earthquake, Flood and
       Sewer Backup Endorsement

**Flood Coverage (check one)**

- -{X} Coverage Provided
- -{ } Coverage Not Provided
- -{ } Refer To Earthquake, Flood and
       Sewer Backup Endorsement

| | | |
|---|---|---|
| Newly Purchased or Leased Hardware | $ | 500,000 |
| Off-Site Computers | $ | 5,000 |
| Pollutant Cleanup and Removal | $ | 10,000 |
| Property In Transit | $ | 35,000 |
| Proprietary Programs and Data Records | $ | 5,000 |
| Rewards | $ | 2,500 |

**Sewer Backup (check one)**

- -{ } Coverage Provided
- -{X} Coverage Not Provided
- -{ } Refer To Earthquake, Flood and
       Sewer Backup Endorsement

| | | |
|---|---|---|
| Software Storage | $ | 25,000 |

**Virus and Hacking Coverage**

| | | |
|---|---|---|
| -    Limit Any One Occurrence | $ | 5,000 |
| -    Limit Each Separate 12 month Period | $ | 10,000 |

**INCOME COVERAGE EXTENSIONS**

| | |
|---|---|
| Interruption by Civil Authority | N/A |
| Period of Loss Extension | N/A |

**SUPPLEMENTAL INCOME COVERAGES**

| | | |
|---|---|---|
| Acquired Locations | $ | N/A |

**Earthquake Coverage (check one)**

- -{ } Coverage Provided
- -{ } Coverage Not Provided
- -{ } Refer To Earthquake, Flood and
       Sewer Backup Endorsement

**Flood Coverage (check one)**

- -{ } Coverage Provided

Copyright, American Association of Insurance Services, Inc., 2012

-{ } Coverage Not Provided

-{ } Refer To Earthquake, Flood and

    Sewer Backup Endorsement

**Off Premises Utility Service Interruption**

-    Limit                                       $   N/A
-    { } Overhead Transmission Lines Excluded
          (check if applicable)
-    Waiting Period

**Property In Transit**                                $   N/A

**Sewer Backup (check one)**

-{ } Coverage Provided

-{ } Coverage Not Provided

-{ } Refer To Earthquake, Flood and

    Sewer Backup Endorsement

**Virus and Hacking Coverage**

-    Limit Any One Occurrence           $   N/A
-    Limit Each Separate 12 month Period   $   N/A
-    Waiting Period

**DEDUCTIBLE**

| | Deductible Amount |
|---|---|
| For all covered perils unless a different deductible is indicated below | $    500 |
| Earthquake and Volcanic Eruption | $    500 |
| "Flood" | $    500 |
| "Mechanical Breakdown", "Electrical Disturbance", and "Power Supply Disturbance" | $   1,000 |

**COINSURANCE**

**"Hardware", "Media", and "Programs and Applications"**

{ }     Not Applicable

{X}     100%{ }     90%{ }     80%{X}     Other    %{ }

**Income Coverage**

{X}     Not Applicable

{ }     100%{ }     90%{ }     80%{ }     Other    %{ }

**COVERAGE OPTION**

**Valuation (check one)**

{ } Actual Cash Value Applies

{X} Replacement Cost

**Income Coverage Waiting Period (check one)**

{X} Not Applicable

Copyright, American Association of Insurance Services, Inc., 2012

Case 4:24-cv-00305-RH-MAF    Document 1-2    Filed 08/02/24    Page 853 of 1019

**ADDITIONAL INFORMATION**

IM7206   0112 , IM7201   1002 , CL0700   1006 , IM2021   0613 , IM7234   0501 ,
IM2019   0809 :

Copyright, American Association of Insurance Services, Inc., 2012

# COMPUTER COVERAGE

**AGREEMENT**

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Computer Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

**DEFINITIONS**

1. The words "you" and "your" mean the persons or organizations named as the insured on the "schedule of coverages".

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Business" means the usual business operations occurring at a premises described on the "schedule of coverages".

4. "Computer hacking" means an unauthorized intrusion:

   a. by an individual or group of individuals, whether employed by "you" or not, into "hardware", "software", or a computer network; and

   b. that results in but is not limited to:

      (1) deletion, destruction, generation, or modification of "software";

      (2) alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

      (3) observation, scanning, or copying of "data records", "programs and applications", and "proprietary programs";

      (4) damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

      (5) denial of access to or denial of services from "your" "hardware" or "your" computer network.

5. "Computer virus" means the introduction of any malicious, self-replicating electronic data processing code or other code:

   a. into "hardware" or "software"; and

   b. that is intended to result in, but is not limited to:

      (1) deletion, destruction, generation, or modification of "software";

      (2) alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

      (3) damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

      (4) denial of access to or denial of services from "your" "hardware" or "your" computer network.

6. "Data records" means files, documents, and information in an electronic format and that are stored on "media".

7. "Electrical disturbance" means electrical or magnetic damage, disturbance of electronic recordings, or erasure of electronic recordings.

8. "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water, all whether driven by wind or not. This includes spray that results from these whether driven by wind or not.

9. "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results.

   a. **Hardware Includes** - "Hardware" includes but is not limited to:

      (1) mainframe and mid-range computers and network servers;

      (2) personal computers and workstations;

      (3) laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and

      (4) peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.

Copyright, American Association of
Insurance Services, Inc., 2002

**b.  Hardware Does Not Include** - "Hardware" does not include:

    **(1)** "software"; and

    **(2)** "off-site server" and "on-site server".

**10.** "Limit" means the amount of coverage that applies.

**11.** "Mechanical breakdown" means the malfunction or failure of moving or electronic parts, component failure, faulty installation, or blowout.

**12.** "Media" means processing, recording, or storage media used with "hardware". This includes but is not limited to films, tapes, cards, discs, drums, cartridges, or cells.

**13.** "Off-site server" means a server for "your" Web site:

    **a.**  that is not at a premises described on the "schedule of coverages"; and

    **b.**  that is being maintained and/or operated by an independent contractor acting as "your" Web host or "your" Internet service provider that is acting as "your" Web host.

**14.** "On-site server" means a server for "your" Web site":

    **a.**  that is at a premises occupied by "you" and described on the "schedule of coverages"; and

    **b.**  that is being maintained and/or operated by "you" or an independent contractor acting as "your" Web site consultant.

**15.** "Pollutant" means:

    **a.**  any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including but not limited to acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

    **b.**  electrical or magnetic emissions, whether visible or invisible, and sound emissions.

**16.** "Power supply disturbance" means interruption of power supply, power surge, blackout, or brownout.

**17.** "Programs and applications" means operating programs and applications that "you" purchase and that are:

    **a.**  stored on "media"; or

    **b.**  pre-installed and stored in "hardware".

**18.** "Proprietary programs" means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are:

**a.**  stored on "media"; or

**b.**  installed and stored in "hardware".

**19.** "Restoration period" means:

    **a.**  the time it should reasonably take to resume "your" "business" to a similar level of service starting from the date of a physical loss of or damage to covered property at a premises described on the "schedule of coverages" that is caused by a covered peril and ending on the date:

        **(1)** the property should be rebuilt, repaired, or replaced; or

        **(2)** "business" is resumed at a new permanent location.

    This is not limited by the expiration date of the policy.

    **b.**  The "restoration period" also means the increased time required to comply with the enforcement of any ordinance, law, or decree that:

        **(1)** regulates the construction, use, or repair of any property; or

        **(2)** requires the demolition of any property, in part or in whole, not damaged by a covered peril.

    The ordinance, law, or decree must be in force at the time of loss.

    "Restoration period" does not mean the increased time required to comply with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants".

    **c.**  Only as regards coverage described under Off Premises Utility Service Interruption; Interruption of Web Site (if added to this coverage part by endorsement); and Property In Transit in the Supplemental Income Coverages, "restoration period" also means the time it should reasonably take to resume "your" "business" starting from the date of direct physical loss of or damage caused by a covered peril to:

        **(1)** property not located at a premises described on the "schedule of coverages" and that is owned by a utility, a landlord, or another utility supplier;

        **(2)** "your" Web site operation that is being maintained or operated by and that is located at the premises of an independent contractor or Internet service provider; and

**(3)** property in transit;

and ending on the date the property should be rebuilt, repaired, or replaced. This is not limited by the expiration date of the policy.

**20.** "Schedule of coverages" means:

    **a.** all pages labeled schedule of coverages or schedules which pertain to this coverage; and

    **b.** declarations or supplemental declarations which pertain to this coverage.

**21.** "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation.

Sinkhole collapse does not include the value of the land or the cost of filling sinkholes.

**22.** "Software" means "media", "data records", "programs and applications", and "proprietary programs".

Software does not mean "Web site software".

**23.** "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to:

    **a.** personal property in the open; or

    **b.** to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

**24.** "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

**25.** "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

**26.** "Web site server" means "on-site server" and "off-site server".

**27.** "Web site software" means the following software that are used in "your" "Web site server":

    **a.** "media";

    **b.** "data records";

    **c.** programs and applications which means operating programs and applications that "you" purchase and that are stored on "media" or pre-installed and stored in "Web site servers"; and

    **d.** proprietary programs which means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are stored on "media" or installed and stored in "Web site servers".

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

**1. Hardware**

    **a. Coverage** - "We" cover direct physical loss caused by a covered peril to "hardware" and similar property of others that is in "your" care, custody, or control.

    **b. Coverage Limitations** - "We" only cover "hardware" and similar property of others:

        **(1)** when a "limit" for "hardware" is indicated on the "schedule of coverages"; and

        **(2)** while at a premises described on the "schedule of coverages".

**2. Software**

    **a. Coverage** - "We" cover direct physical loss caused by a covered peril to:

        **(1)** "media";

        **(2)** "programs and applications"; and

    similar property of others that is in "your" care, custody, or control.

    **b. Coverage Limitations** - "We" only cover "media", "programs and applications", and similar property of others:

        **(1)** when a "limit" for "media" and "programs and applications" is indicated on the "schedule of coverages"; and

        **(2)** while at a premises described on the "schedule of coverages".

    **c. We Do Not Cover** - Except as provided under Supplemental Coverages, "we" do not cover:

        **(1)** "data records"; and

        **(2)** "proprietary programs".

## INCOME COVERAGE

"We" provide the following coverage unless the coverage is excluded or subject to limitations.

1. **Coverage Options** - One of the following described coverage options applies when that option is indicated on the "schedule of coverages":

   **a.** Earnings and Extra Expense; or

   **b.** Extra Expense only.

2. **Coverage**

   **a. Covered Property** - "We" provide the coverages described below during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted by direct physical loss of or damage to covered property at a premises described on the "schedule of coverages" as a result of a covered peril.

   **b. Described Premises and Air Conditioning System** - "We" provide the coverages described below under 3. and 4. during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted as a result of direct physical loss of or damage to:

   **(1)** a premises described on the "schedule of coverages" that prevents "you" from using covered property; or

   **(2)** the air conditioning or electrical systems which are necessary for the operation of covered property and results in a reduction or suspension of "your" "business".

   **c. If You Lease Your Premises** - If "you" lease, rent, or do not own the premises "you" occupy, for the purposes of determining an Income Coverage loss, "your" location is the space that "you" lease, rent, or occupy including, but not limited to, all passageways to "your" location within the building.

3. **Earnings** - "We" cover "your" actual loss of net income (net profit or loss before income taxes) that would have been earned or incurred and continuing operating expenses normally incurred by "your" "business", including but not limited to payroll expense.

4. **Extra Expense** - "We" cover only the extra expenses that are necessary during the "restoration period" that "you" would not have incurred if there had been no direct physical loss of or damage to property caused by or resulting from a covered peril.

   **a. Expenses To Reduce Interruption** - "We" cover any extra expense to avoid or reduce the interruption of "your" data

processing operations and continue operating at a premises described on the "schedule of coverages", replacement location, or a temporary location. This includes expenses to relocate and costs to outfit and operate a replacement or temporary location.

"We" will also cover any extra expense to reduce the interruption of "business" if it is not possible for "you" to continue operating during the "restoration period".

   **b. Expenses To Repair/Restore Property and Information** - To the extent that they reduce a loss otherwise payable under this coverage, "we" will cover any extra expenses to:

   **(1)** repair, replace, or restore any property; and

   **(2)** research, replace, or restore information on damaged documents, manuscripts, or records that:

   **(a)** are inscribed, printed, or written; or

   **(b)** exist on electronic or magnetic media.

## PROPERTY NOT COVERED

1. **Accounts, Bills, or Documents** - "We" do not cover accounts, bills, evidences of debt, records, abstracts, deeds, manuscripts, program documentation, or other documents except those that are in "software" form and then only in that form.

2. **Checked Luggage** - "We" do not cover loss resulting from theft or disappearance of a laptop, palmtop, notebook PC, or any portable computer while in transit as checked luggage.

3. **Contraband** - "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Loaned, Leased, or Rented To Others** - "We" do not cover property that "you" loan, lease, or rent to others.

5. **Money and Securities** - "We" do not cover currency, food stamps, lottery tickets not held for sale, money, notes, or securities.

6. **Stock in Trade** - "We" do not cover property that is "your" stock in trade.

7. **Web Site Servers** - "We" do not cover "Web site servers" including "Web site software".

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** - The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1. **Debris Removal**

   a. **Coverage** - "We" pay the cost to remove debris of covered property that is caused by a covered peril.

   b. **We Do Not Cover** - This coverage does not include costs to:

      (1) extract "pollutants" from land or water; or

      (2) remove, restore, or replace polluted land or water.

   c. **Limit** - "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

   d. **Additional Limit** - "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

   e. **You Must Report Your Expenses** - "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

2. **Electrical and Power Supply Disturbance**

   a. **Coverage** - "We" cover direct physical loss to covered property caused by:

      (1) "electrical disturbance"; or

      (2) "power supply disturbance".

   b. **Coverage Limitation** - "We" only cover loss caused by "electrical disturbance" and "power supply disturbance" if the cause of such disturbance took place within 500 feet of the premises where the loss occurred.

   However, if the "schedule of coverages" indicates that there is no limitation, then the 500 feet limitation described above does not apply to this Coverage Extension.

3. **Emergency Removal**

   a. **Coverage** - "We" pay for any direct physical loss to covered property while it is being moved or being stored to prevent a loss caused by a covered peril.

   b. **Time Limitation** - This coverage applies for up to 365 days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

4. **Emergency Removal Expenses**

   a. **Coverage** - "We" pay for "your" expenses to move or store covered property to prevent a loss caused by a covered peril.

   b. **Time Limitation** - This coverage applies for up to 365 days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

   c. **Limit** - The most "we" pay in any one occurrence for expenses to move or store covered property to prevent a loss is $1,000.

   d. **This Is A Separate Limit** - The "limit" for Emergency Removal Expenses is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

5. **Fraud and Deceit**

   a. **Coverage** - "We" cover theft of covered property when "you", "your" agents, customers, or consignees are fraudulently induced to part with the covered property:

      (1) to persons who falsely represent themselves as the proper persons to receive the property; or

      (2) by the acceptance of fraudulent bills of lading or shipping receipts.

   b. **Limit** - The most "we" pay in any one occurrence for theft of covered property under this Coverage Extension is $1,000.

6. **Mechanical Breakdown Coverage** - "We" pay for loss to covered property caused by "mechanical breakdown".

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** - The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

**a.** is the only "limit" available for the described coverage; and

**b.** is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance conditions.

**1. Acquired Locations**

    **a.** **Coverage** - "We" cover direct physical loss caused by a covered peril to covered property at locations that "you" acquire during the policy period.

    **b.** **Limit** - "We" pay up to $250,000 for covered property at locations that "you" acquire.

    **c.** **Time Limitation** - This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first.

        However, this coverage does not go beyond the end of the policy period.

    **d.** **Additional Premium** - "You" must pay any additional premium due from the date "you" acquire the location.

**2. Earthquake Coverage** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by earthquake and volcanic eruption to covered property while at a premises described on the "schedule of coverages".

**3. Flood Coverage** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by "flood" to covered property while at a premises described on the "schedule of coverages".

**4. Newly Purchased or Leased Hardware**

    **a.** **Coverage** - "We" cover direct physical loss caused by a covered peril to additional "hardware" including pre-installed "programs and applications" that "you" purchase or lease during the policy period.

    **b.** **Limit** - The most that "we" pay for any loss under this additional coverage is the least of:

        **(1)** the actual cash value of the covered property; or

        **(2)** $250,000.

    **c.** **Time Limitation** - "We" extend coverage to the additional "hardware" that "you" purchase or lease for up to 60 days.

        This supplemental coverage will end when any of the following first occur:

        **(1)** this policy expires;

        **(2)** 60 days after "you" obtain the additional "hardware"; or

        **(3)** "you" report the additional "hardware" to "us".

    **d.** **Additional Premium** - "You" must pay any additional premium due from the date "you" purchase or lease the additional "hardware".

**5. Off-Site Computers**

    **a.** **Coverage** - "We" cover direct physical loss caused by a covered peril to covered property in the custody of "you", "your" officers, "your" partners, or "your" employees, while:

        **(1)** at "your" residence or the residence of "your" officers, partners, or employees;

        **(2)** temporarily at a premises that is not described on the "schedule of coverages"; or

        **(3)** in transit between a:

            **(a)** residence or temporary premises; and

            **(b)** premises described on the "schedule of coverages".

    **b.** **Limit** - The most "we" pay in any one occurrence for loss to off-site covered property is $2,500.

**6.  Pollutant Cleanup and Removal**

   **a.  Coverage** - "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

   **b.  Time Limitation** - The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

   **c.  We Do Not Cover** - "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

   However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

   **d.  Limit** - The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

**7.  Property In Transit**

   **a.  Coverage** - "We" cover direct physical loss to covered property caused by a covered peril while in transit.

   **b.  Limit** - The most "we" pay in any one occurrence for loss to covered property in transit is $5,000.

**8.  Proprietary Programs and Data Records**

   **a.  Coverage** - "We" cover the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes on lost or damaged "data records" and "proprietary programs" and similar property of others that is in "your" care, custody, or control.

   **b.  Coverage Limitations** - "We" only cover "data records", "proprietary programs", and similar property of others:

     **(1)** while at a premises described on the "schedule of coverages"; and

     **(2)** if the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes are incurred due to a direct physical loss caused by a covered peril to "data records" and "proprietary programs".

   **c.  Limit** - The most "we" pay in any one occurrence for "data records" and "proprietary programs" is $5,000.

**9.  Rewards**

   **a.  Coverage** - "We" pay for reward information that leads to a conviction for:

     **(1)** arson,

     **(2)** theft, or

     **(3)** vandalism including, but not limited to, "computer hacking" and "computer virus".

   The conviction must involve a covered loss caused by arson, theft, or vandalism.

   **b.  Limit** - The most "we" pay in any one occurrence for reward information is $1,000.

   **c.  Limit Is Not Increased By The Number of Persons Providing Information** - The amount "we" pay is not increased by the number of persons involved in providing the information.

**10.  Sewer Backup and Water Below the Surface** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by:

   **a.** water that backs up through a sewer or drain; or

   **b.** water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.

**11.  Software Storage**

   **a.  Coverage** - "We" cover direct physical loss caused by a covered peril to duplicate and back-up "software" stored at a "software" storage location.

   **b.  Coverage Condition** - Each "software" storage location must be in a separate building which is at least 100 feet away from a premises described on the "schedule of coverages".

   **c.  Limit** - The most "we" pay in any one occurrence for loss to duplicate and back-up "software" is $25,000.

**12.  Virus and Hacking Coverage**

   **a.  Coverage** - "We" cover direct physical loss to covered "hardware" and "software" caused by a "computer virus" or by "computer hacking".

   **b.  We Do Not Cover** - "We" do not cover:

     **(1)** loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

     **(2)** loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

(3) theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "hardware" or "your" computer network without any alteration or other physical loss or damage to the records or programs. Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets; and

(4) except as provided under the Supplemental Income Coverages, denial of access to or services from "your" "hardware" or "your" computer network.

**c. Limit** - The most "we" pay in any one occurrence under this Supplemental Coverage is $5,000.

The most "we" pay for all covered losses under this Supplemental Coverage during each separate 12-month period of this policy is $10,000.

## INCOME COVERAGE EXTENSIONS

**Provisions That Apply To Income Coverage Extensions** - The following Income Coverage Extensions indicate an applicable "limit" or limitation. This "limit" or limitation may also be shown on the "schedule of coverages".

If a different "limit" or limitation is indicated on the "schedule of coverages", that "limit" or limitation will apply instead of the "limit" or limitation shown below.

The following Income Coverage Extensions are part of and not in addition to the applicable Income Coverage "limit".

**1. Interruption by Civil Authority**

**a. Coverage** - "We" extend "your" coverage for earnings and extra expense to include loss sustained while access to premises described on the "schedule of coverages" is specifically denied by an order of civil authority.

**b. Coverage Limitation** - The order of civil authority must be a result of direct physical loss of or damage to property, other than at a premises described on the "schedule of coverages" and must be caused by a covered peril.

**c. Time Limitation** - Unless otherwise indicated on the "schedule of coverages", this coverage extension is limited to 30 consecutive days from the date of the order.

**2. Period of Loss Extension After Business Resumes**

**a. Coverage** - "We" extend "your" coverage for earnings to cover loss from the date the covered property that incurred the

loss is rebuilt, repaired, or replaced and "your" data processing operations are resumed until:

**(1)** the end of 30 consecutive days (unless otherwise indicated on the "schedule of coverages"); or

**(2)** the date "you" could reasonably resume "your" "business" to the conditions that would generate the earnings amount that would have existed had no loss or damage occurred,

whichever is earlier.

**b. Coverage Limitation** - Loss of earnings must be caused by direct physical loss of or damage to property at a premises described on the "schedule of coverages" as a result of a covered peril.

## SUPPLEMENTAL INCOME COVERAGES

**Provisions That Apply To Supplemental Income Coverages** - Unless otherwise indicated, the following Supplemental Income Coverages apply separately to each premises described on the "schedule of coverages".

The following Supplemental Income Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

Unless otherwise indicated, a "limit" for a Supplemental Income Coverage provided below is separate from, and not part of, the applicable Income Coverage "limit". The "limit" available for coverage described under a Supplemental Income Coverage:

**a.** is the only "limit" available for the described coverage; and

**b.** is not the sum of the "limit" indicated for a Supplemental Income Coverage and the Income Coverage "limit".

The "limit" provided under a Supplemental Income Coverage cannot be combined or added to the "limit" for any other Supplemental Income Coverage or Income Coverage Extension.

**1. Acquired Locations**

**a. Coverage** - "We" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property while at locations that "you" acquire during the policy period.

**b. Time Limitation** - This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first.

However, this coverage does not go beyond the end of the policy period.

**c.** **Additional Premium** - "You" must pay any additional premium due from the date "you" acquire the location.

**d.** **Limit** - The most "we" pay in any one occurrence for loss of earnings and incurred extra expense at each newly acquired location is $25,000.

**2.** **Earthquake Coverage** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by earthquake and volcanic eruption to covered property while at a premises described on the "schedule of coverages".

**3.** **Flood Coverage** - If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by "flood" to covered property while at a premises described on the "schedule of coverages".

**4.** **Off Premises Utility Service Interruption**

**a.** **Coverage** - Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses that "you" incur during the "restoration period" when "your" data processing operations are interrupted due to the interruption of an off premises utility services when the interruption is a result of direct physical loss or damage by a covered peril to property that is not located at a premises described on the "schedule of coverages" and that is owned by a utility, a landlord, or another supplier who provides "you" with:

(1) power, gas;

(2) telecommunications, including but not limited to Internet access; or

(3) water.

**b.** **Overhead Transmission Lines Exclusion** - If the "schedule of coverages" indicates that overhead transmission lines are excluded, coverage under this extension does not include loss to overhead transmission lines that deliver utility service to "you". Overhead transmission lines include, but are not limited to:

(1) overhead transmission and distribution lines;

(2) overhead transformers and similar equipment; and

(3) supporting poles and towers.

**c.** **Waiting Period Limitation** - Unless otherwise indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 24 hours following the direct physical loss of or damage to the property owned by a utility, a landlord, or another supplier. This waiting period does not apply to extra expenses that "you" incur.

**d.** **Limit** - The most "we" pay in any one occurrence under this Supplemental Income Coverage is $10,000.

**5.** **Property In Transit**

**a.** **Coverage** - Coverage for earnings is extended to loss of earnings during the "restoration period" when "your" "business" is interrupted as a result of a direct physical loss, caused by a covered peril, to covered property in transit.

**b.** **Limit** - The most "we" pay in any one occurrence under this Supplemental Income Coverage is $5,000.

**6.** **Sewer Backup and Water Below the Surface** - If coverage is indicated on the "schedule of coverages", "we" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property caused by:

**a.** water that backs up through a sewer or drain; or

**b.** water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.

**7.** **Virus and Hacking Coverage**

**a.** **Coverage** - Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses caused by a "computer virus" or by "computer hacking" that results in:

(1) direct physical loss or damage to covered "software" and "hardware"; or

(2) denial of access to or services from "your" "hardware" or "your" computer network.

**b.** **We Do Not Cover** - "We" do not cover loss of earnings or extra expenses under this Supplemental Income Coverage that results from:

(1) loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

(2) loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

**(3)** theft from "your" data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "hardware" or "your" computer network without any alteration or other physical loss or damage to the records or programs.

Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets.

**c.** **Waiting Period Limitation** - Unless otherwise indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 24 hours following the direct physical loss of or damage to "your" data processing operations. This waiting period does not apply to extra expenses that "you" incur.

**d.** **Limit** - The most "we" pay in any one occurrence under this Supplemental Income Coverage is $5,000.

The most "we" pay for all covered losses under this Supplemental Income Coverage during each 12-month period of this policy is $15,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

**1.** "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

**a.** **Civil Authority** - "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

**b.** **Earth Movement** - Except as provided under Supplemental Coverages - Earthquake Coverage, "we" do not pay for loss caused by any earth movement (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano. Earth movement includes, but is not limited to: earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting of earth.

"We" do cover direct loss by fire, explosion, or "volcanic action" resulting from either earth movement or eruption, explosion, or effusion of a volcano.

**c.** **Flood** - Except as provided under Supplemental Coverages - Flood Coverage, "we" do not pay for loss caused by "flood". However, "we" do cover the resulting loss if fire, explosion, or sprinkler leakage results.

**d.** **Nuclear Hazard** - "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

**e.** **Sewer Backup and Water Below the Surface** - Except as provided under Supplemental Coverages - Sewer Backup and Water Below the Surface, "we" do not pay for loss caused by or resulting from:

**(1)** water that backs up through a sewer or drain; or

**(2)** water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a building or structure.

But if sewer backup and water below the surface results in fire, explosion, or sprinkler leakage, "we" cover the loss or damage caused by that fire, explosion, or sprinkler leakage.

**f.** **War And Military Action** - "We" do not pay for loss caused by:

**(1)** war, including undeclared war or civil war; or

**(2)** a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**(3)** insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2.  "We" do not pay for loss or damage that is caused by or results from one or more of the following:

    **a.  Computer Virus or Computer Hacking** - Except as provided under Supplemental Coverages - Virus and Hacking Coverage and Supplemental Income Coverages - Virus and Hacking Coverage, "we" do not pay for:

    **(1)** any direct or indirect loss or damage; or

    **(2)** loss of access, loss of use, or loss of functionality

    caused by a "computer virus" or by "computer hacking".

    **b.  Criminal, Fraudulent, or Dishonest Acts** - "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

    **(1)** "you";

    **(2)** others who have an interest in the property;

    **(3)** others to whom "you" entrust the property;

    **(4)** "your" partners, officers, directors, trustees, or joint adventurers; or

    **(5)** the employees or agents of (1), (2), (3), or (4) above, whether or not they are at work.

    This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

    This exclusion does not apply to covered property in the custody of a carrier for hire.

    **c.  Electrical and Power Supply Disturbance** - "We" do not pay for loss caused by "electrical disturbance" or "power supply disturbance" if the cause of such disturbance took place more than 500 feet from the premises where the loss occurred.

    However, if disturbance coverage beyond 500 feet is indicated on the "schedule of coverages", then the Electrical and Power Supply Disturbance exclusion described above is deleted.

    **d.  Loss of Use** - "We" do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

    This exclusion does not apply to the coverages described under Income Coverages, Income Coverage Extensions, and Supplemental Income Coverages.

    **e.  Pollutants** - "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril". "We" do pay for any resulting loss caused by a "specified peril".

    **f.  Temperature/Humidity** - Except as provided under Utility Interruption, "we" do not pay for loss to covered property caused by:

    **(1)** dryness, dampness, humidity; or

    **(2)** changes in or extremes of temperature.

    However, "we" do pay for loss to covered property that results from a direct physical loss, caused by a covered peril, to the air conditioning system that services covered "hardware".

    **g.  Voluntary Parting** - Except as provided under Coverage Extensions - Fraud and Deceit, "we" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

3.  "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss. But if loss for a covered peril results, "we" will pay for the resulting loss.

    **a.  Contamination, Deterioration, Rust, or Corrosion** - "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

    This exclusion does not apply to loss caused by "mechanical breakdown".

    **b.  Wear and Tear or Obsolescence** - "We" do not pay for loss caused by wear and tear, depreciation, or obsolescence.

4.  "We" do not pay for loss of earnings or extra expenses, as described under Income Coverage, caused by or resulting from one or more of the following:

    **a.  Error or Omission In Programming** - "We" do not pay for extra expense caused by an error or omission in programming or incorrect instructions to "hardware".

    **b.  Leases, Licenses, Contracts, or Orders** - "We" do not cover any increase in loss due to the suspension, lapse, or cancellation of leases, licenses, contracts, or orders.

However, "we" do cover loss during the "restoration period" if the suspension, lapse, or cancellation results directly from the interruption of "your" "business".

"We" do not cover any extra expense caused by the suspension, lapse, or cancellation of leases, licenses, contracts, or orders beyond the "restoration period".

**c.   Strikes, Protests, and Other Interference** - "We" do not cover any increase in loss due to interference by strikers or other persons at a premises described on the "schedule of coverages". This applies to interference with rebuilding, repairing, or replacing the property or with resuming "your" "business".

**d.   Utility Failure** - Except as provided under Supplemental Income Coverages - Off Premises Utility Service Interruption, "we" do not pay for loss caused by or resulting from the failure of a utility to supply electrical power or other utility service to a described premises, if the failure takes place away from the described premises. "We" do not pay for loss caused by or resulting from the failure of a utility to supply service regardless of the cause of failure.

**e.   Interruption of Web Site** - "We" do not pay for loss caused by or resulting from the interruption of "your" Web site. "We" do not pay for loss caused by or resulting from the interruption of "your" Web site regardless of the cause of the interruption.

## WHAT MUST BE DONE IN CASE OF LOSS

1.   **Notice** - In case of a loss, "you" must:

   **a.** give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   **b.** give notice to the police when the act that causes the loss is a crime.

2.   **You Must Protect Property** - "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   **a.   Payment of Reasonable Costs** - "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused

a loss to covered property. "You" must keep an accurate record of such costs.

   **b.   We Do Not Pay** - "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit".

3.   **Proof of Loss** - "You" must send "us" within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   **a.** the time, place, and circumstances of the loss;

   **b.** other policies of insurance that may cover the loss;

   **c.** "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   **d.** changes in title of the covered property during the policy period; and

   **e.** estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4.   **Intent To Continue Business - Income Coverage** - If "you" intend to continue "your" "business", "you" must resume all or part of "your" "business" as soon as possible.

5.   **Examination** - "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

6.   **Records** - "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

7.   **Damaged Property** - "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

8.   **Volunteer Payments** - "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

9.   **Abandonment** - "You" may not abandon the property to "us" without "our" written consent.

10.  **Cooperation** - "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1. **Hardware** - The following is the value of "hardware":

   a. **Replacement Cost** - The value of "hardware" will be based on replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

      (1) **Replacement Cost Limitation** - The replacement cost is limited to the cost of repair or replacement with similar materials on the same site and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

      (2) **Replacement Cost Does Not Apply Until Repair Or Replacement** - Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

      (3) **Time Limitation** - "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

   b. **Actual Cash Value** - When Actual Cash Value is indicated on the "schedule of coverages", the value of "hardware" will be based on the actual cash value at the time of the loss with a deduction for depreciation.

2. **Software** - The following is the value of "software".

   a. **Programs and Applications**

      (1) **Cost To Reinstall** - The value of "programs and applications" will be based on the cost to reinstall the "programs or applications" from the licensed discs that were originally used to install the programs or applications.

      (2) **If The Original Discs Are Lost** - If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".

   b. **Proprietary Programs**

      (1) **Cost of Reproduction** - The value of "proprietary programs" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

      (2) **If Duplicate Copies Do Not Exist** - If duplicate copies do not exist, the value of "proprietary programs" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost "proprietary programs".

   c. **Data Records**

      (1) **Cost of Reproduction** - The value of "data records" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

      (2) **If Duplicate Copies Do Not Exist** - If duplicate copies do not exist, the value of "data records" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost files, documents, and records.

   d. **Media** - The value of "media" will be based on the cost to repair or replace the "media" with material of the same kind or quality.

3. **Pair Or Set**

   a. **Reasonable Proportion of Value** - The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

   b. **Provision Does Not Apply To Software** - The Pair or Set provision does not apply to "software" that comes in sets. If part of a "software" set cannot be replaced, the loss is considered a total loss of the set.

4. **Loss To Parts** - The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

5. **Earnings**

   a. **Determining An Earnings Loss** - In determining an earnings loss "we" consider:

      (1) the experience of "your" "business" before the loss and the probable experience during the time of interruption had no loss occurred;

      (2) "your" continuing operating expenses normally incurred by "your" "business", including, but not limited to, payroll expense necessary to resume "business" to a similar level of service that existed before the occurrence of direct physical loss or damage; and

**(3)** pertinent sources of information and reports including:

  **(a)** "your" accounting procedures and financial records;

  **(b)** bills, invoices, and other vouchers;

  **(c)** contracts, deeds, and liens;

  **(d)** reports on feasibility and status; and

  **(e)** records documenting "your" budget and marketing objectives and results.

**b. Conditions For Non-Payment of Increased Loss** - "We" do not pay for any increase in loss due to "your" failure to use reasonable efforts to resume all or part of "your" "business". This includes making use of other locations and property to reduce the loss.

**c. Loss Payment If You Do Not Resume Your Business** - If "your" "business" is not resumed as soon as possible, or if it is not resumed at all, the value of loss payment is based on the period of time it would have otherwise taken to resume "your" "business" as soon as possible.

**6. Extra Expense** - In determining extra expenses that "you" have incurred, "we" consider the salvage value of any property bought for temporary use during the "restoration period" and it will be deducted from the amount of loss determined for extra expense.

## HOW MUCH WE PAY

**1. Insurable Interest** - "We" do not cover more than "your" insurable interest in any property.

**2. Earthquake Period** - All earthquakes or volcanic eruptions that occur within a 168-hour period will be considered a single event. This 168-hour period is not limited by the policy expiration.

**3. Deductible** - "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

The deductible may be shown as either an amount or a percentage. When shown as a percentage, the deductible is that percentage of the value of the covered property at the time of the loss.

**4. Loss Settlement Terms** - Subject to paragraphs 1., 2., 3., 5., 6., 7., 8., 9., and 10. under How Much We Pay, "we" pay the lesser of:

**a.** the amount determined under Valuation;

**b.** the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

**c.** the "limit" that applies to the covered property.

**5. Coinsurance, Hardware, and Software**

**a. When Coinsurance Applies** - "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

**b. How We Determine Our Part of The Loss** - "Our" part of the loss is determined using the following steps:

  **(1)** multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;

  **(2)** divide the "limit" for covered property by the result determined in 5.a. above;

  **(3)** multiply the total amount of loss, after the application of any deductible, by the result determined in 5.b. above.

The most "we" pay is the amount determined in 5.c. above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

**c. If There Is More Than One Limit** - If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

**d. If There Is Only One Limit** - If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

**e. When Coinsurance Does Not Apply** - Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of "coverages".

**6. Coinsurance, Income Coverage Part**

**a. When Coinsurance Applies** - "We" pay only a part of the loss if the "limit" is less than the coinsurance percentage multiplied by the sum of:

  **(1)** "your" net income (net profit or loss before income taxes); and

  **(2)** continuing operating expenses

projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy (whichever is later), normally earned by "your" "business".

**b. How We Determine Our Part of The Loss** - "Our" part of the loss is determined using the following steps:

**(1)** multiply the coinsurance percentage by the sum of "your" net income and continuing operating expenses projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy;

**(2)** divide the "limit" by the figure determined in (1) above;

**(3)** multiply the total amount of loss by the figure determined in (2) above.

"We" pay the amount determined in (3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

**c. When Coinsurance Does Not Apply** - Conditions for coinsurance do not apply:

**(1)** unless a coinsurance percentage is indicated on the "schedule of coverages"; and

**(2)** to coverage for extra expense.

**7. Insurance Under More Than One Coverage** - If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

**8. Insurance Under More Than One Policy**

**a. Proportional Share** - "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

**b. Excess Amount** - If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

**9. Income Coverage Limit** - "We" pay no more than the Income Coverage "limit" indicated on the "schedule of coverages" for any one loss. Payment for earnings and extra expense combined does not exceed the "limit".

**10. Waiting Period**

**a. Waiting Period Limitation** - If an Income Coverage waiting period is indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings until after the first 24 hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss of or damage to covered property caused by a covered peril.

This waiting period does not apply to extra expenses that "you" incur.

**b. Waiting Period Limitation For Civil Authority** - As regards coverage under Interruption by Civil Authority, coverage under this extension begins:

**(1)** for earnings, 24 hours (unless otherwise indicated on the "schedule of coverages") after the time the order is issued and ends 30 consecutive days and 24 hours from the date of the order; and

**(2)** for extra expense, immediately after the time the order is issued, and ends 30 consecutive days and 24 hours from the date of the order.

**c. Other Waiting Period Limitations** - The waiting period described under Off Premises Utility Service Interruption and Virus and Hacking Coverage is not deleted nor replaced by the terms of this provision.

## LOSS PAYMENT

**1. Loss Payment Options**

**a. Our Options** - In the event of loss covered by this coverage form, "we" have the following options:

**(1)** pay the value of the lost or damaged property;

**(2)** pay the cost of repairing or replacing the lost or damaged property;

**(3)** rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

**(4)** take all or any part of the property at the agreed or appraised value.

**b. Notice of Our Intent To Rebuild, Repair, or Replace** - "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

**2. Your Losses**

**a. Adjustment and Payment of Loss** - "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

**b. Conditions For Payment of Loss** - An insured loss will be payable 30 days after:

**(1)** a satisfactory proof of loss is received; and

**(2)** the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

### 3. Property of Others

**a. Adjustment and Payment of Loss To Property of Others** - Losses to property of others may be adjusted with and paid to:

**(1)** "you" on behalf of the owner; or

**(2)** the owner.

**b. We Do Not Have To Pay You If We Pay The Owner** - If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits arising from the owners at "our" expense.

## OTHER CONDITIONS

**1. Appraisal** - If "you" and "we" do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

**2. Income Coverage (Appraisal)** - If "you" and "we" do not agree on the amount of net income (net profit or loss before income taxes), payroll expense, and operating expenses, these amounts may be determined by appraisal in accordance with the provisions described above under 1. Appraisal.

**3. Benefit To Others** - Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

**4. Conformity With Statute** - When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

**5. Estates** - This provision applies only if the insured is an individual.

**a. Your Death** - On "your" death, "we" cover the following as an insured:

**(1)** the person who has custody of "your" property until a legal representative is qualified and appointed; or

**(2)** "your" legal representative.

This person or organization is an insured only with respect to property covered by this coverage.

**b. Policy Period Is Not Extended** - This coverage does not extend past the policy period indicated on the declarations.

**6. Misrepresentation, Concealment, or Fraud** - This coverage is void as to "you" and any other insured if, before or after a loss:

**a.** "you" or any other insured have willfully concealed or misrepresented:

**(1)** a material fact or circumstance that relates to this insurance or the subject thereof; or

**(2)** "your" interest herein.

**b.** there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

**7. Policy Period** - "We" pay for a covered loss that occurs during the policy period.

**8. Recoveries** - If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

**a.** "you" must notify "us" promptly if "you" recover property or receive payment;

**b.** "we" must notify "you" promptly if "we" recover property or receive payment;

**c.** any recovery expenses incurred by either are reimbursed first;

**d.** "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

**e.** if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

**9. Restoration of Limits** - Except as indicated under Virus and Hacking Coverage, a loss "we" pay under this coverage does not reduce the applicable "limits".

**10. Subrogation** - If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

"You" may waive "your" right to recover from others in writing before a loss occurs.

**11. Suit Against Us** - No one may bring a legal action against "us" under this coverage unless:

**a.** all of the "terms" of this coverage have been complied with; and

**b.** the suit has been brought within two years after "you" first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

**12. Territorial Limits** - "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

This endorsement changes the policy
**- PLEASE READ THIS CAREFULLY -**

# VIRUS OR BACTERIA EXCLUSION

**DEFINITIONS**

**Definitions Amended**

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

**PERILS EXCLUDED**

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1. The following exclusion is added under Perils Excluded, item 1.:

   **Virus or Bacteria**

   "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

This exclusion applies to, but not limited to, any loss, cost, or expense as a result of:

**a.** any contamination by any virus, bacterium, or other microorganism; or

**b.** any denial of access to property because of any virus, bacterium, or other microorganism.

2. **Superseded Exclusions** - The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

**OTHER CONDITIONS**

**Other Terms Remain In Effect**

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.

Copyright, American Association of
Insurance Services, Inc., 2006

**CL 0700  10 06**

This endorsement changes the policy
**- PLEASE READ THIS CAREFULLY -**

# AMENDATORY ENDORSEMENT
## GEORGIA

1.  Under Perils Excluded, Criminal, Fraudulent, Dishonest, Or Illegal Acts, if applicable, is amended to include the following:

    However, if the loss is caused by an intentional act of an insured against whom a family violence complaint is brought for the act causing this loss, this exclusion will not apply to an otherwise covered loss suffered by another insured who did not cooperate with or contribute to the act that caused the loss.

    Subject to all other "terms" of this policy, "our" payment to an insured who did not cooperate in or contribute to the act that caused the loss may be limited to that person's insurable interest in the property, less any payment made to a mortgagee or other party with a legal secured interest in the property. "We" retain all rights set forth in the Subrogation condition of this policy with regard to action against the perpetrator of the act that caused the loss.

2.  Under Other Conditions, Misrepresentation, Concealment, Or Fraud is deleted and replaced by the following:

    **Misrepresentation, Concealment, Or Fraud** - "We" do not provide coverage for "you" or any other insured if, before or after a loss:

    a.  "you" have or any other insured has willfully concealed or misrepresented:

        1)  a material fact or circumstance that relates to this insurance or the subject thereof; or

        2)  "your" interest herein; or

    b.  there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

Copyright, American Association of
Insurance Services, Inc., 2013    **IM 2021  06 13**

This endorsement changes the policy
**- PLEASE READ THIS CAREFULLY -**

# CALENDAR DATE OR TIME FAILURE EXCLUSION

**ADDITIONAL PERILS EXCLUDED**

"We" do not pay for loss or damage if the following exclusion applies to the loss.  But if loss by a covered peril results, "we" will pay for the resulting loss.

**Calendar Date or Time Failure** - "We" do not pay for loss to any "hardware" or "software" caused by two-digit coding of four-digit calendar year dates including, but not limited to, any abbreviated or en-crypted date or time:

**1.** that results in the inability of any "hardware" or "software" to unambiguously recognize or distin-guish any date or time; or

**2.** that results in the misinterpretation by any "hardware" or "software" of any date or time.

Copyright, American Association of
Insurance Services, Inc., 2001                                    **IM 7234 05 01**

This endorsement changes the policy
**- PLEASE READ THIS CAREFULLY -**

# AMENDATORY ENDORSEMENT
## FLORIDA

1. Under Loss Payment, Your Losses is amended to include the following:

   If "we" have agreed in writing to the settlement of a claim, "we" will pay for that loss within 20 days after such settlement is reached.

2. Under Other Conditions, Misrepresentation, Concealment, Or Fraud is deleted and replaced by the following:

   **Misrepresentation, Concealment, Or Fraud** - This coverage may be voided if, before or after a loss:

   a. an insured has willfully concealed or misrepresented:

      (1) any material fact or circumstance concerning this insurance; or

      (2) an insured's interest herein if material.

      This means "we" would not have issued the policy at the premium charged if "we" had known the facts "you" concealed or misrepresented.

   b. there has been fraud or false swearing by an insured with respect to this insurance or the subject thereof.

3. In all coverage forms except Cold Storage Locker Coverage, Contingent Cargo Coverage, Motor Truck Cargo Legal Liability Coverage, Riggers' Legal Liability Coverage, and Warehouse Legal Liability Coverage, under Other Conditions, paragraph b. of Suit Against Us is deleted and replaced by the following:

   b. the suit has been brought within five years after "you" first have knowledge of the loss.

Copyright, American Association of
Insurance Services, Inc., 2009

**IM 2019  08 09**

POLICY NUMBER: CMM 0395871

POLICY PERIOD: FROM 05/04/2015 TO 05/04/2016

# SCHEDULE OF COVERAGES
# CONTRACTORS' EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**PROPERTY COVERED**

(check one)

{X} Scheduled Equipment (Refer to Equipment Schedule)

{ } Schedule On File

|  | "Limit" |
|---|---|
| **Catastrophe Limit** -- The most "we" pay for loss in any one occurrence is: | $    521,000 |
| **COVERAGE EXTENSIONS** | |
| Additional Debris Removal Expenses | $      5,000 |
| **SUPPLEMENTAL COVERAGES** | |
| Employee Tools | $      5,000 |
| Equipment Leased or Rented From Others | $    500,000 |
| Newly Purchased Equipment (check one) | |
| {X}Percentage of Catastrophe Limit | 30% |
| { }Dollar Limit | $ |
| Pollutant Cleanup and Removal | $     25,000 |
| Rental Reimbursement | |
| -- Reimbursement Limit | $     10,000 |
| -- Waiting Period | 72 hrs |
| Spare Parts and Fuel | $      5,000 |

**COINSURANCE**

(check one)

{X} 80%   { } 90%   { } 100%   { } Other   %

**REPORTING CONDITIONS**

(check if applicable)

{ } Equipment Leased or Rented From Others

    -- Reporting Rate

    -- Deposit Premium       $

    -- Minimum Premium       $

**VALUATION**

(check if applicable)

{ } Actual Cash Value          { } Replacement Cost

{X} Indicated on Equipment Schedule

Copyright, American Association of Insurance Services, Inc., 2012

**DEDUCTIBLE**

(check one)

{X} Flat Deductible Amount                          Refer to form CM7162

{ } Percentage Deductible                                                    %

    Maximum Deductible Amount                       $

    Minimum Deductible Amount                       $

**ADDITIONAL INFORMATION**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IM7005 | 0112 ; | IM7000 | 0404 , | IM7017 | 0604 , | CL0700 | 1006 , | IM2021 | 0613 , |
| IM7039 | 0711 ; | IM7902 | 0112*, | IM7854 | 0404 , | CM7162 | 0611 ; | IM7034 | 0112 . |

Copyright, American Association of Insurance Services, Inc., 2012

POLICY NUMBER: CMM 0395871

POLICY PERIOD: FROM 05/04/2015 TO 05/04/2016

# EQUIPMENT SCHEDULE
# CONTRACTORS' EQUIPMENT
# VALUATION BASIS

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**SCHEDULED EQUIPMENT**

ACV = Actual Cash Value          RP = Replacement Cost
AA = Agreed Amount

Item #  Description of Equipment

01      1993 INGERSOLL RAND AIR COMPRESSOR

        Limit $    6,000   Valuation ACV    Deductible $        500

Item #  Description of Equipment

02      EMPLOYEE TOOLS                    $1,000 MAX PER ITEM

        Limit $   10,000   Valuation ACV    Deductible $      1,000

Item #  Description of Equipment

03      2001 BOBCAT WELDER MILLER
                                          LB229845

        Limit $    3,000   Valuation ACV    Deductible $        500

Item #  Description of Equipment

04      2000 JOB SITE OFFICE 24X52
                                          FLA146C5279A&B

        Limit $   10,000   Valuation ACV    Deductible $        500

Item #  Description of Equipment

05      1994 ACTION DIVERSIFIED JOB SITE    OFFICE
        10X32                               AD12575

        Limit $    3,500   Valuation ACV    Deductible $        500

Item #  Description of Equipment

06      1995 SPAM JOB SITE OFFICE
                                          4990

        Limit $    3,500   Valuation ACV    Deductible $        500

Item #  Description of Equipment

07      1988 MILLER JOB SITE TRAILER
                                          203635

        Limit $    5,000   Valuation ACV    Deductible $        500

Item #  Description of Equipment

08      1981 NISSAN FORKLIFT PF02A20VD
                                          PF02-02778

        Limit $    5,000   Valuation ACV    Deductible $        500

# CONTRACTORS' EQUIPMENT COVERAGE

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Contractors' Equipment Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the declarations.

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Contractors' equipment" means machinery, equipment, and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

   "Contractors' equipment" also means:

   a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

   b. vehicles designed for highway use that are unlicensed and not operated on public roads.

4. "Equipment schedule" means a schedule of "contractors' equipment" that is attached to this policy and that describes each piece of covered equipment.

5. "Jobsite" means any location, project, or work site where "you" are in the process of construction, installation, erection, repair, or moving.

6. "Limit" means the amount of coverage that applies.

7. "Pollutant" means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

8. "Schedule of coverages" means:

   a. all pages labeled schedule of coverages or schedules which pertain to this coverage; and

   b. declarations or supplemental declarations which pertain to this coverage.

9. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

    Falling objects does not include loss to:

    a. personal property in the open; or

    b. the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

    Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

    Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss or damage to the covered property.

Copyright, American Association of Insurance Services, Inc., 2004

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

**1. Scheduled Equipment**

    **a. Coverage** - "We" cover direct physical loss caused by a covered peril to:

        **(1)** "your" "contractors' equipment"; and

        **(2)** "contractors' equipment" of others in "your" care, custody, or control.

    **b. Coverage Limitation** - "We" only cover "your" contractors' equipment" and "contractors' equipment" of others:

        **(1)** that are described in the "equipment schedule"; and

        **(2)** when Scheduled Equipment is indicated on the "schedule of coverages".

**2. Schedule On File**

    **a. Coverage** - "We" cover direct physical loss caused by a covered peril to:

        **(1)** "your" "contractors' equipment"; and

        **(2)** "contractors' equipment" of others in "your" care, custody, or control.

    **b. Coverage Limitation** - "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

        **(1)** that are listed in a schedule which "you" must submit to "us" and "we" keep on file, the schedule must contain a description of each item to be covered and a "limit" for each item; and

        **(2)** when Schedule on File is indicated on the "schedule of coverages".

## PROPERTY NOT COVERED

**1. Aircraft Or Watercraft** - "We" do not cover aircraft or watercraft.

**2. Contraband** - "We" do not cover contraband or property in the course of illegal transportation or trade.

**3. Leased Or Rented Property** - "We" do not cover property that "you" lease or rent to others.

**4. Loaned Property** - "We" do not cover property that "you" loan to others.

**5. Underground Mining Operations** - "We" do not cover property while stored or operated underground in connection with any mining operations.

**6. Vehicles** - "We" do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed for highway use and used for over the road transportation of people or cargo. However, this does not include:

    **a.** self-propelled vehicles designed and used primarily to carry mounted equipment; or

    **b.** vehicles designed for highway use that are unlicensed and not operated on public roads.

**7. Waterborne Property** - "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** - The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

**Debris Removal**

**1. Coverage** - "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

**2. We Do Not Cover** - This coverage does not include costs to:

    **a.** extract "pollutants" from land or water; or

    **b.** remove, restore, or replace polluted land or water.

**3. Limit** - "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

**4.** **Additional Limit** - "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

**5.** **You Must Report Your Expenses** - "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

**SUPPLEMENTAL COVERAGES**

**Provisions That Apply To Supplemental Coverages** - The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

**a.** is the only "limit" available for the described coverage; and

**b.** is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

**1.** **Employee Tools**

    **a.** **Coverage** - "We" cover direct physical loss caused by a covered peril to tools owned by "your" employees.

    **b.** **Coverage Limitation** - "We" only cover tools owned by "your" employees while at a:

        **(1)** premises that "you" own or operate; or

        **(2)** "jobsite".

    **c.** **Limit** - The most "we" pay in any one occurrence for loss to employee tools is $5,000.

**2.** **Equipment Leased Or Rented From Others** -

    **a.** **Coverage** - "We" cover direct physical loss caused by a covered peril to "contractors' equipment" that "you" have leased or rented from others. .

    **b.** **Limit** - The most "we" pay in any one occurrence for equipment leased or rented from others is $25,000.

**3.** **Newly Purchased Property**

    **a.** **Coverage** - "We" cover direct physical loss caused by a covered peril to additional "contractors' equipment" that "you" purchase during the policy period.

    **b.** **Limit** - The most that "we" pay for any loss under this supplemental coverage is the least of the:

        **(1)** actual cash value of the covered property; or

        **(2)** "limit" for newly purchased property indicated on the "schedule of coverages". If no "limit" is indicated, then 30% of the Catastrophe Limit indicated on the "schedule of coverages" applies to this coverage.

    **c.** **Time Limitation** - "We" extend coverage to the additional "contractors' equipment" that "you" purchase for up to 60 days.

    This supplemental coverage will end when any of the following first occur:

        **(1)** this policy expires;

        **(2)** 60 days after "you" obtain the additional "contractors' equipment"; or

        **(3)** "you" report the additional "contractors' equipment" to "us".

    **d.** **Additional Premium** - "You" must pay any additional premium due from the date "you" purchase the additional "contractors' equipment".

**4.** **Pollutant Cleanup And Removal**

    **a.** **Coverage** - "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

    **b.** **Time Limitation** - The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

c. **We Do Not Cover** - "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

d. **Limit** - The most "we" pay for each location is $25,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

5. **Rental Reimbursement**

a. **Coverage** - In the event of a direct physical loss by a covered peril to "your" "contractors' equipment", "we" reimburse "you" for "your" expense to rent similar equipment while "your" equipment is inoperable.

The deductible amount indicated on the "schedule of coverages" does not apply to a loss covered under this supplemental coverage.

b. **Waiting Period** - "We" will not reimburse "you" for the rental of equipment until after the first 72-hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss to "your" "contractors' equipment" caused by a covered peril.

c. **Incurred Rental Expenses** - After the waiting period has passed, "we" will only reimburse "you" for the rental expenses that "you" actually incur.

d. **Coverage After Expiration Date** - "We" will continue to reimburse "you" for the rental of equipment after the expiration date of this coverage, provided the loss occurred before the expiration date.

e. **Coverage Limitations** - "We" will not reimburse "you":

(1) if "you" can continue or resume "your" operations with similar equipment that is available to "you" at no additional expense to "you"; or

(2) for the rental expense of any equipment unless "you" make every reasonable effort to repair, replace, or rebuild the inoperable equipment after the loss by a covered peril occurs.

f. **Limit** - The most "we" reimburse "you" in any one occurrence for rental expenses is $5,000.

6. **Spare Parts And Fuel**

a. **Coverage** - "We" cover direct physical loss caused by a covered peril to:

(1) spare parts and accessories for "contractors' equipment"; and

(2) fluids for vehicles and "contractors' equipment"; fluids include gasoline, oil, and hydraulic fluid.

b. **Limit** - The most "we" pay in any one occurrence for loss to spare parts and accessories is $5,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

a. **Civil Authority** - "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

b. **Nuclear Hazard** - "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

c. **War And Military Action** - "We" do not pay for loss caused by:

(1) war, including undeclared war or civil war; or

(2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

(3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

   a. **Contamination or Deterioration** - "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

      But if contamination or deterioration results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

   b. **Criminal, Fraudulent, Dishonest Or Illegal Acts** - "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

      (1) "you";

      (2) others who have an interest in the property;

      (3) others to whom "you" entrust the property;

      (4) "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or

      (5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

      This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

      This exclusion does not apply to covered property in the custody of a carrier for hire.

   c. **Loss Of Use** - "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

   d. **Mechanical Breakdown** - "We" do not pay for loss caused by any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

      But if a mechanical, structural, or electrical breakdown or malfunction results

in a covered peril, "we" do cover the loss or damage caused by that covered peril.

   e. **Missing Property** - "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

      This exclusion does not apply to covered property in the custody of a carrier for hire.

   f. **Pollutants** - "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

      (1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or

      (2) except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

      "We" do cover any resulting loss caused by a "specified peril".

   g. **Temperature/Humidity** - "We" do not pay for loss or damage caused by dryness, dampness, humidity, or changes in or extremes of temperature.

      But if dryness, dampness, humidity, or changes in or extremes of temperature results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

   h. **Voluntary Parting** - "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

   i. **Wear And Tear** - "We" do not pay for loss caused by wear and tear, marring, or scratching.

      But if wear and tear, marring, or scratching results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** - In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

**2.** **You Must Protect Property** - "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

    **a.** **Payment Of Reasonable Costs** - "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage if a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

    **b.** **We Do Not Pay** - "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

**3.** **Proof Of Loss** - "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

    **a.** the time, place, and circumstances of the loss;

    **b.** other policies of insurance that may cover the loss;

    **c.** "your" interest and the interests of all others in the property involved, including all mortgages and liens;

    **d.** changes in title of the covered property during the policy period; and

    **e.** estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

**4.** **Examination** - "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

**5.** **Records** - "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

**6.** **Damaged Property** - "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

**7.** **Volunteer Payments** - "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

**8.** **Abandonment** - "You" may not abandon the property to "us" without "our" written consent.

**9.** **Cooperation** - "You" must cooperate with "us" in performing all acts required by this policy.

**VALUATION**

**1** **Actual Cash Value** - The value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation) unless replacement cost is indicated on the "schedule of coverages".

**2.** **Replacement Cost** - The value of covered property will be based on replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

    **a.** **Replacement Cost Limitation** - The replacement cost is limited to the cost of repair or replacement with similar materials and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

    **b.** **Replacement Cost Does Not Apply Until Repair Or Replacement** - Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

    **c.** **Time Limitation** - "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

**3.** **Pair Or Set** - The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

**4.** **Loss To Parts** - The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

**HOW MUCH WE PAY**

**1.** **Insurable Interest** - "We" do not cover more than "your" insurable interest in any property.

**2.** **Flat Deductible** - "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence unless Percentage Deductible is indicated on the "schedule of coverages".

**3.** **Percentage Deductible** - When a percentage deductible is indicated on the "schedule of coverages", "we" pay only that part of "your" loss over the deductible amount as determined below.

**a.** **Determining The Deductible Amount** - The deductible amount is determined by applying the percentage indicated on the "schedule of coverages" to the value of the covered property that is involved in the loss. The value is determined by the provisions described under the Valuation section of this policy.

**b.** **Two Or More Items** - If a loss involves two or more pieces of equipment, the percentage indicated on the "schedule of coverages" will apply only to the covered property with the highest value.

**c.** **Minimum and Maximum Deductible** - The percentage deductible will not exceed the Maximum Deductible amount and will not be less than the Minimum Deductible amount indicated on the "schedule of coverages".

**4.** **Loss Settlement Terms** - Subject to paragraphs 1., 2., 3., 5., 6., and 7., under How Much We Pay, "we" pay the lesser of:

**a.** the amount determined under Valuation;

**b.** the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

**c.** the "limit" that applies to the covered property. However, the most "we" pay for loss in any one occurrence is the Catastrophe Limit indicated on the "schedule of coverages".

**5.** **Coinsurance**

**a.** **When Coinsurance Applies** - "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

**b.** **How We Determine Our Part Of The Loss** - "Our" part of the loss is determined using the following steps:

　**(1)** multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;

　**(2)** divide the "limit" for covered property by the result determined in b.1) above;

　**(3)** multiply the total amount of loss, after the application of any deductible, by the result determined in b.2) above.

The most "we" pay is the amount determined in b.3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

**c.** **If There Is More Than One Limit** - If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

**d.** **If There Is Only One Limit** - If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

**e.** **When Coinsurance Does Not Apply** - Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

**6.** **Insurance Under More Than One Coverage** - If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

**7.** **Insurance Under More Than One Policy**

**a.** **Proportional Share** - "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

**b.** **Excess Amount** - If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

**LOSS PAYMENT**

**1.** **Loss Payment Options**

**a.** **Our Options** - In the event of loss covered by this coverage form, "we" have the following options:

　**(1)** pay the value of the lost or damaged property;

　**(2)** pay the cost of repairing or replacing the lost or damaged property;

　**(3)** rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

　**(4)** take all or any part of the property at the agreed or appraised value.

**b.** **Notice Of Our Intent To Rebuild, Repair, Or Replace** - "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

## 2. Your Losses

**a. Adjustment And Payment Of Loss** - "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

**b. Conditions For Payment Of Loss** - An insured loss will be payable 30 days after:

(1) a satisfactory proof of loss is received; and

(2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

## 3. Property Of Others

**a. Adjustment And Payment Of Loss To Property Of Others** - Losses to property of others may be adjusted with and paid to:

(1) "you" on behalf of the owner; or

(2) the owner.

**b. We Do Not Have To Pay You If We Pay The Owner** - If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

## REPORTING CONDITIONS

**Equipment Leased Or Rented From Others** - If indicated on the "schedule of coverages", the following reporting conditions apply.

## 1. Reports

**a. You Will Report to Us** - Within 30 days after the end of the policy period, "you" will report to "us" the total amount of "your" expenditures for "contractors' equipment" that "you" lease or rent from others.

**b. Cancellation** - If this policy is canceled, "you" will report the total amount of expenditures up to and including the date of cancellation.

## 2. Premium Computation And Adjustment

**a.** The premium will be adjusted at the end of the policy period. The total computed premium will be determined by multiplying "your" total equipment expenditures by the reporting rate indicated on the "schedule of coverages" for Equipment Leased or Rented From Others.

**b.** "We" will compare the total computed premium to the deposit premium. If it is more than the deposit premium, "you" will pay "us" the difference. If it is less than the deposit premium, "we" will pay "you" the difference subject to the mini-

mum premium indicated on the "schedule of coverages".

## 3. Provisions That Affect How Much We Pay - The following provisions apply to reports that are submitted and may affect How Much We Pay:

**a. Failure To Submit Reports** - If "you" have failed to submit the required reports or no report has been submitted, the most "we" will pay is 90% of the "limit".

**b. Reported Values Are Less Than The Full Value** - If "your" last report before a loss shows less than the actual value of "your" expenditures for "contractors' equipment" that "you" lease or rent from others, "we" will only pay a part of the loss. "We" will not pay a greater portion of the loss, prior to the application of the deductible, than the total expenditures "you" reported divided by "your" actual expenditures for "contractors' equipment" that "you" lease or rent from others during the reporting period.

**c. We Will Not Pay More Than The Limit** - "We" will not pay more than the applicable "limit" regardless of any reported value used in computing the premium.

## OTHER CONDITIONS

**1. Appraisal** - If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit To Others** - Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** - When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** - This provision applies only if the insured is an individual.

   a. **Your Death** - On "your" death, "we" cover the following as an insured:

      (1) the person who has custody of "your" property until a legal representative is qualified and appointed; or

      (2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** - This coverage does not extend past the policy period indicated on the declarations.

5. **Misrepresentation, Concealment, Or Fraud** - This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      (1) a material fact or circumstance that relates to this insurance or the subject thereof; or

      (2) "your" interest herein.

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** - "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** - If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be prorated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration Of Limits** - A loss "we" pay under this coverage does not reduce the applicable "limit" unless it is a total loss to a scheduled item. In the event of a total loss to a scheduled item, "we" refund the unearned premium on that item.

9. **Subrogation** - If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** - No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

       If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** - "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

This endorsement changes the Contractors' Equipment Coverage
**- PLEASE READ THIS CAREFULLY -**

# WEIGHT OF LOAD EXCLUSION

**ADDITIONAL PERILS EXCLUDED**

The following exclusion is added under Perils Excluded, item 2:

**Weight of Load** - "We" do not pay for loss caused by the weight of a load which, under the operating conditions at the time of a loss, exceeds the registered lifting capacity of the equipment.

Copyright, American Association of
Insurance Services, Inc , 2004                                                                **IM 7017  06 04**

This endorsement changes the
Contractors' Equipment Coverage
**- PLEASE READ THIS CAREFULLY -**

# BELOW THE SURFACE OF THE GROUND EXCLUSION

## ADDITIONAL PROPERTY NOT COVERED

The following exclusion is added under Property Not Covered:

**Equipment Below The Surface Of The Ground** - "We" do not cover equipment or attachments while below the surface of the ground or equipment underground including, but not limited to, drilling equipment below the surface of the ground or underground during drilling operations.

This exclusion does not apply to buckets or other attachments to an excavator, backhoe, or similar equipment used for excavations or trenching.

Copyright, American Association of
Insurance Services, Inc , 2011                                                          **IM 7039  0711**

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[   ]  Lender's Loss Payable

[   ]  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| ALL | ALL COVERED LOCATIONS | 2007 CATERPILLAR MULTI-TERRAIN LOADER MTL04233 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | 2007 CATERPILLAR BACKHOE LOADER 416EXH SHA03399 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RSC EQUIPMENT RENTAL 9417 TRADE PARK COURT SUITE E CHARLOTTE NC 28217 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RSC EQUIPMENT RENTAL 3200 HARBOR LANE SUITE 100 PLYMOUTH MN 55447 |

Copyright, American Association of
Insurance Services, Inc , 2012                                                            IM 7902  01 12

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[   ]  Lender's Loss Payable

[   ]  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RING POWER CORP 500 WORLD COMMERCE PARKWAY ST AUGUSTINE FL 32095 |

Copyright, American Association of
Insurance Services, Inc , 2012

**IM 7902  01 12**

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[　]  Lender's Loss Payable

[　]  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001 | ALL COVERED LOCATIONS | 2007 CATERPILLAR BACKHOE LOADER 416EXH SHA03399 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |

Copyright, American Association of
Insurance Services, Inc , 2012                                            **IM 7902  01 12**

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[   ]  Lender's Loss Payable

[   ]  Contract of Sale

## SCHEDULE

| Loc.<br>No. | Address | Covered<br>Property | Name and Address<br>of Loss Payee |
|---|---|---|---|
| 001 | ALL COVERED LOCATIONS | LEASED/RENTED<br>EQUIPMENT | RSC EQUIPMENT RENTAL<br>9417 TRADE PARK COURT<br>SUITE E<br>CHARLOTTE NC 28217 |

Copyright, American Association of
Insurance Services, Inc., 2012                                                    **IM 7902  01 12**

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[   ]  Lender's Loss Payable

[   ]  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001 | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RSC EQUIPMENT RENTAL 3200 HARBOR LANE SUITE 100 PLYMOUTH MN 55447 |

Copyright, American Association of
Insurance Services, Inc., 2012                    **IM 7902  01 12**

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[  ]  Lender's Loss Payable

[  ]  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001 | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | UNITED RENTALS, INC.<br>6125 LAKEVIEW RD<br>SUITE 300<br>CHARLOTTE NC 28269 |

Copyright, American Association of
Insurance Services, Inc , 2012                                      **IM 7902  01 12**

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[   ]  Lender's Loss Payable

[   ]  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001 | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | MODULAR SPACE CORPORATION 1200 SWEDESFORD RD BERWYN PA 19312 |

Copyright, American Association of Insurance Services, Inc , 2012                                                              **IM 7902  01 12**

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ X ]  Loss Payable

[   ]  Lender's Loss Payable

[   ]  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001 | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | SUNBELT RENTALS, INC. 2341 DEERFIELD DR FORT MILLS SC 29715 |

Copyright, American Association of
Insurance Services, Inc., 2012                                        **IM 7902  01 12**

This endorsement changes the Inland Marine Coverage
**- PLEASE READ THIS CAREFULLY -**

# LOSS PAYABLE OPTIONS

If indicated on the Loss Payable Schedule, the following conditions apply to the property described on the schedule. The following conditions apply in addition to the policy "terms" which are contained in the Inland Marine Coverage(s).

## LOSS PAYABLE

Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

## LENDER'S LOSS PAYABLE

Any loss will be payable to "you" and the loss payee described on the schedule as interests appear. If more than one loss payee is named, they will be paid in order of precedence.

The insurance for the loss payee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the loss payee does not continue in effect if the loss payee is aware of changes in ownership or substantial increase in risk and does not notify "us".

If "we" cancel this policy, "we" notify the loss payee at least ten days before the effective date of cancellation if "we" cancel for "your" nonpayment of premium, or 30 days before the effective date of cancellation if "we" cancel for any other reason.

"We" may request payment of the premium from the loss payee, if "you" fail to pay the premium.

If "we" pay the loss payee for a loss where "your" insurance may be void, the loss payee's right to collect that portion of the debt from "you" then belongs to "us". This does not affect the loss payee's right to collect the remainder of the debt from "you". As an alternative, "we" may pay the loss payee the remaining principal and accrued interest in return for a full assignment of the loss payee's interest and any instruments given as security for the debt.

If "we" choose not to renew this policy, "we" give written notice to the loss payee at least ten days before the expiration date of this policy.

## CONTRACT OF SALE

Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

The loss payee shown on the schedule is a person or organization "you" have entered into a contract with for the sale of covered property.

When covered property is the subject of a contract of sale, the word "you" also means the loss payee.

Copyright, American Association of
Insurance Services, Inc , 2004

**IM 7854  04 04**

POLICY NUMBER: CMM 0395871

POLICY PERIOD: FROM 05/04/2015 TO 05/04/2016

This endorsement changes the
Contractors' Equipment Coverage
- PLEASE READ THIS CAREFULLY -

# TOOLS ENDORSEMENT

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)

## SCHEDULE

|  |  | "Limit" |
|---|---|---|
| 1. Your Tools |  |  |
| a. The most "we" pay for loss to any one "tool" is: | $ | 1,000 |
| b. The most "we" pay in any one occurrence for loss to "your" tools is: | $ | 10,000 |
| Deductible Amount | $ | 1,000 |

## ADDITIONAL DEFINITIONS

"Tools" means equipment and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

## HOW MUCH WE PAY

**Tools Deductible –** "We" pay only that part of "your" loss over the deductible amount indicated for "tools".

## SUPPLEMENTAL COVERAGES

**1. Your Tools –** "We" cover direct physical loss caused by a covered peril to "your" tools".

Copyright, American Association of Insurance Services, Inc., 2012

Case 4:24-cv-00305-RH-MAF    Document 1-2    Filed 08/02/24    Page 899 of 1019

SR

 **WESTFIELD INSURANCE**

Sharing Knowledge. Building Trust.®

**RENEWAL**
**CRIME AND FIDELITY COVERAGE PART DECLARATION**
**(COMMERCIAL ENTITIES)**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

**Policy Number: CMM 0 395 871** |01| **WIC Account Number : 0900375639** | M

| Policy Period | From | 05/04/15 | at 12:01 A.M. at your mailing address |
|---|---|---|---|
| | To | 05/04/16 | shown above. |

| Insuring Agreements | Limit of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|
| *1.Employee Theft | $    10,000 | NIL |
| *2.Forgery Or Alteration | $    10,000 | NIL |
| *3.Inside The Premises-Theft Of Money And Securities | $    25,000 | NIL |
| *5.Outside The Premises | $    25,000 | NIL |

Coverage is Written: **Primary**

*The additional coverage(s) found in Property Expanded Plus Coverage are
included and not in addition to the crime coverage(s) above.

**Total Advance Annual Crime Premium**

**Forms and Endorsements forming part of this policy coverage when issued:**
CR7000   0813*, CR0021   0813*, CR0151   0807 , IL0255   0212 , CR0175   1010 ,
CR0176   1010 .

CANCELLATION OF PRIOR INSURANCE ISSUED BY US:
By acceptance of this Coverage Part / Policy you give us notice cancelling prior
policy Nos. _____; the cancellation to be effective at the
time this Coverage Part become effective.

**PAGE   01 OF  01**          CR 70 00 (08-13)          05/05/15

CRIME AND FIDELITY

# COMMERCIAL CRIME COVERAGE FORM
# (LOSS SUSTAINED FORM)

Various provisions in this Policy restrict coverage. Read the entire Policy carefully to determine rights, duties and what is or is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Insuring Agreements

Coverage is provided under the following Insuring Agreements for which a Limit Of Insurance is shown in the Declarations and applies to loss that you sustain resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations, except as provided in Condition **E.1.k.** or **E.1.l.**, which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.g.**:

### 1. Employee Theft

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

### 2. Forgery Or Alteration

**a.** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

**(1)** Made or drawn by or drawn upon you; or

**(2)** Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated to the same as the original it replaced.

**b.** If you are sued for refusing to pay any instrument covered in Paragraph **2.a.**, on the basis that it has

been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay for such legal expenses is in addition to the Limit of Insurance applicable to this Insuring Agreement.

### 3. Inside The Premises - Theft Of Money And Securities

We will pay for:

**a.** Loss of "money" and "securities" inside the "premises" or "financial institution premises";

**(1)** Resulting directly from "theft" committed by a person present inside such "premises" or "financial institution premises"; or

**(2)** Resulting directly from disappearance or destruction.

**b.** Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

**c.** Loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of, or unlawful entry into, those containers.

### 4. Inside the Premises - Robbery Or Safe Burglary Of Other Property

We will pay for:

**a.** Loss of or damage to "other property":

**(1)** Inside the "premises" resulting directly from an actual or attempted "robbery" of a "custodian"; or

**(2)** Inside the "premises" in a safe or vault resulting directly from an actual or attempted "safe burglary".

**b.** Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "robbery" or "safe burglary" of "other property", if you are the owner of the "premises" or are liable for damage to it.

c. Loss of or damage to a locked safe or vault located inside the "premises" resulting directly from an actual or attempted "robbery" or "safe burglary".

**5. Outside The Premises**

We will pay for:

a. Loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

b. Loss of or damage to "other property" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from an actual or attempted "robbery".

**6. Computer And Funds Transfer Fraud**

a. We will pay for:

(1) Loss resulting directly from a fraudulent:

(a) Entry of "electronic data" or "computer program" into; or

(b) Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you, provided the fraudulent entry or fraudulent change causes, with regard to Paragraphs **6.a.(1)(a)** and **6.a.(1)(b):**

(i) "Money", "securities" or "other property" to be transferred, paid or delivered; or

(ii) Your account at a "financial institution" to be debited or deleted.

(2) Loss resulting directly from a "fraudulent instruction" directing a "financial institution" to debit your "transfer account" and transfer, pay or deliver "money" or "securities" from that account.

b. As used in Paragraph **6.a.(1),** fraudulent entry or fraudulent change of "electronic data" or "computer program" shall include such

entry or change made by an "employee" acting, in good faith, upon a "fraudulent instruction" received from a computer software contractor who has a written agreement with you to design, implement or service "computer programs" for a "computer system" covered under this Insuring Agreement.

**7. Money Orders And Counterfeit Money**

We will pay for loss resulting directly from your having, in good faith, accepted in exchange for merchandise, "money" or services:

a. Money orders issued by any post office, express company or "financial institution" that are not paid upon presentation; or

b. "Counterfeit money" that is acquired during the regular course of business.

**B. Limit Of Insurance**

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit Of Insurance shown in the Declarations.

If any loss is covered under more than one Insuring Agreement or coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or coverages.

**C. Deductible**

We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

**D. Exclusions**

1. This insurance does not cover:

a. **Acts Committed By You, Your Partners Or Your Members**

Loss resulting from "theft" or any other dishonest act committed by:

(1) You; or

(2) Any of your partners or "members";

whether acting alone or in collusion with other persons.

b. **Acts Committed By Your Employees Learned Of By You Prior To The Policy Period**

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of such "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**c.  Acts Committed By Your Employees, Managers, Directors, Trustees Or Representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**(1)** Whether acting alone or in collusion with other persons; or

**(2)** While performing services for you or otherwise;

except when covered under Insuring Agreement **A.1.**

**d.  Confidential Or Personal Information**

Loss resulting from:

**(1)** The disclosure of your or another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The use of another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of non-public information.

**e.  Data Security Breach**

Fees, costs, fines, penalties and other expenses incurred by you which are related to the access to or disclosure of another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists,

financial information, credit card information, health information or any other type of nonpublic information.

**f.  Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

**g.  Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, loss resulting from:

**(1)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

**(2)** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

**(3)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**h.  Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Insuring Agreement **A.2.**

**i.  Nuclear Hazard**

Loss or damage resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**j.  Pollution**

Loss or damage caused by or resulting from pollution. Pollution means the discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**k.  War And Military Action**

Loss or damage resulting from:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**2.** Insuring Agreement **A.1.** does not cover:

**a. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**b. Trading**

Loss resulting from trading, whether in your name or in a genuine or fictitious account.

**c. Warehouse Receipts**

Loss resulting from the fraudulent or dishonest signing, issuing, cancelling or failing to cancel, a warehouse receipt or any papers connected with it.

**3.** Insuring Agreements **A.3.**, **A.4.** and **A.5.** do not cover:

**a. Accounting Or Arithmetical Errors Or Omissions**

Loss resulting from accounting or arithmetical errors or omissions.

**b. Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**c. Fire**

Loss or damage resulting from fire, however caused, except:

**(1)** Loss of or damage to "money" and "securities"; and

**(2)** Loss from damage to a safe or vault.

**d. Money Operated Devices**

Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**e. Motor Vehicles Or Equipment And Accessories**

Loss of or damage to motor vehicles, trailers or semi-trailers or equipment and accessories attached to them.

**f. Transfer Or Surrender Of Property**

**(1)** Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "financial institution premises":

**(a)** On the basis of unauthorized instructions;

**(b)** As a result of a threat including, but not limited to:

**(i)** A threat to do bodily harm to any person;

**(ii)** A threat to do damage to any property;

**(iii)** A threat to introduce a denial of service attack into any "computer system";

**(iv)** A threat to introduce a virus or other malicious instruction into any "computer system" which is designed to damage, destroy or corrupt "electronic data" or "computer programs" stored within the "computer system";

**(v)** A threat to contaminate, pollute or render substandard your products or goods; or

**(vi)** A threat to disseminate, divulge or utilize:

**i.** Your confidential information;

**ii.** Confidential or personal information of another person or organization; or

**iii.** Weaknesses in the source code within any "computer system".

**(2)** But, this exclusion does not apply under Insuring Agreement **A.5.** to loss of "money", "securities" or "other property" while outside the "premises" in the care and custody of a "messenger" if you:

    **(a)** Had no knowledge of any threat at the time the conveyance began; or

    **(b)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

**h. Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone else acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**4.** Insuring Agreement **A.6.** does not cover:

**a. Authorized Access**

Loss resulting from a fraudulent:

    **(1)** Entry of "electronic data" or "computer program" into; or

    **(2)** Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you by a person or organization with authorized access to that "computer system", except when covered under Insuring Agreement **A.6.b.**

**b. Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**c. Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**d. Fraudulent Instructions**

Loss resulting from an "employee" or "financial institution" acting upon any instruction to:

    **(1)** Transfer, pay or deliver "money", "securities" or "other property"; or

    **(2)** Debit or delete your account;

which instruction proves to be fraudulent, except when covered under Insuring Agreement **A.6.a.(2)** or **A.6.b.**

**e. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

    **(1)** An inventory computation; or

    **(2)** A profit and loss computation.

**E. Conditions**

The following conditions apply in addition to the Common Policy Conditions:

**1. Conditions Applicable To All Insuring Agreements**

**a. Additional Premises Or Employees**

If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liabilities of, another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" is not required, and no additional premium will be charged for the remainder of the Policy Period shown in the Declarations.

**b. Concealment, Misrepresentation Or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured, at any time, intentionally conceal or misrepresents a material fact concerning:

    **(1)** This insurance;

    **(2)** The property covered under this insurance;

    **(3)** Your interest in the property covered under this insurance; or

    **(4)** A claim under this insurance.

**c. Consolidation - Merger Or Acquisition**

If you consolidate or merge with, or purchase or acquire the assets or liabilities of, another entity:

**(1)** You must give us written notice as soon as possible and obtain our written consent to extend the coverage provided by this insurance to such consolidated or merged entity or such purchased or acquired assets or liabilities. We may condition our consent by requiring payment of an additional premium; but

**(2)** For the first 90 days after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities, the coverage provided by this insurance shall apply to such consolidated or merged entity or such purchased or acquired assets or liabilities provided that all "occurrences" causing or contributing to a loss involving such consolidation, merger or purchase or acquisition or assets or liabilities, must take place after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities.

**d. Cooperation**

You must cooperate with us in all matters pertaining to this insurance as stated in the terms and conditions.

**e. Duties In The Event Of Loss**

After you discover a loss or a situation that may result in loss of or damage to "money", "securities" or "other property", you must:

**(1)** Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreement **A.1.** or **A.2.**) involves a violation of law, you must also notify the local law enforcement authorities;

**(2)** Give us a detailed, sworn proof of loss within 120 days;

**(3)** Cooperate with us in the investigation and settlement of any claim;

**(4)** Produce for our examination all pertinent records;

**(5)** Submit to examination under oath at our request and give us a signed statement of your answers; and

**(6)** Secure all of your rights of recovery against any person or organization responsible for the loss and do nothing to impair those rights.

**f. Employee Benefit Plans**

The "employee benefit plans" shown in the Declarations (hereinafter referred to as Plan) are included as insureds under Insuring Agreement **A.1.** subject to the following:

**(1)** If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator is responsible for selecting a Limit of Insurance for Insuring Agreement **A.1.** that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required under ERISA as if each Plan were separately insured.

**(2)** With respect to loss sustained or discovered by any such Plan, Insuring Agreement **A.1.** is replaced by the following:

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

**(3)** If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

**(4)** If two or more Plans are insured under this insurance, any payment we make for loss:

**(a)** Sustained by two or more Plans; or

**(b)** Of commingled "money", "securities" or "other property" of two or more Plans;

resulting directly from an "occurrence" will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required under ERISA for each Plan bears to the total of those limits.

**(5)** The Deductible Amount applicable to Insuring Agreement **A.1.** does not apply to loss sustained by any Plan.

**g. Extended Period To Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

**(1)** No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(2)** No later than one year from the date of that cancellation with regard to any "employee benefit plan".

**h.    Joint Insured**

**(1)** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

**(2)** If any Insured, or partner, "member" or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**(3)** An "employee" of any Insured is considered to be an "employee" of every Insured.

**(4)** If this insurance or any of its coverages are cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you:

**(a)** No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(b)** No later than one year from the date of that cancellation

with regard to any "employee benefit plan".

**(5)** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

**(6)** Payment by us to the first Named Insured for loss sustained by any Insured, or payment by us to any "employee benefit plan" for loss sustained by that Plan, shall fully release us on account of such loss.

**i.    Legal Action Against Us**

You may not bring any legal action against us involving loss:

**(1)** Unless you have complied with all the terms of this insurance;

**(2)** Until 90 days after you have filed proof of loss with us; and

**(3)** Unless brought within two years from the date you "discovered" the loss.

If any limitation in this condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

**j.    Liberalization**

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the Policy Period shown in the Declarations, the broadened coverage will immediately apply to this insurance.

**k.    Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate**

**(1) Loss Sustained Partly During This Insurance And Partly During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting from an "occurrence" taking place:

**(a)** Partly during the Policy Period shown in the Declarations; and

**(b)** Partly during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained during this policy period. We will then settle the remaining amount of loss that you sustained during the policy period(s) of the prior insurance.

**(2) Loss Sustained Entirely During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place entirely during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the policy period(s) of any other prior insurance.

**(3)** In settling loss under Paragraphs **k.(1)** and **k.(2):**

**(a)** The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under this insurance. If no loss was sustained under this insurance, we will apply the Deductible Amount shown in the Declarations to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, of the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

We will not apply any other Deductible Amount that may have been applicable to the loss.

**(4)** The following examples demonstrate how we will settle losses subject to this condition:

**Example Number 1**

The Insured sustained a covered loss of $10,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B.**

**Policy A**

The current policy. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**Policy B**

Issued prior to Policy **A.** Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

The amount of loss sustained under Policy **A** is $2,500 and under Policy **B**, $7,500.

The highest single Limit of Insurance applicable to this entire loss is $50,000 written under Policy **A.** The Policy **A** Deductible Amount of $5,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($2,500) is settled first. The amount we will pay is nil ($0.00) because the amount of loss is less than the Deductible Amount (i.e., $2,500 loss - $5,000 deductible = $0.00)

**(b)** The remaining amount of loss sustained under Policy **B** ($7,500) is settled next. The amount recoverable is $5,000 after the remaining Deductible Amount from Policy **A** of $2,500 is applied to the loss (i.e., $7,500 loss - $2,500 deductible = $5,000).

The most we will pay for this loss is $5,000.

## Example Number 2

The Insured sustained a covered loss of $250,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B**.

### Policy A

The current policy. Written at a Limit of Insurance of $125,000 and a Deductible Amount of $10,000.

### Policy B

Issued prior to Policy **A**. Written at a Limit of Insurance of $150,000 and a Deductible Amount of $25,000.

The amount of loss sustained under Policy **A** is $175,000 and under Policy **B**, $75,000

The highest single Limit of Insurance applicable to this entire loss is $150,000 written under Policy **B**. The Policy **A** Deductible Amount of $10,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($175,000) is settled first. The amount we will pay is the Policy **A** Limit of $125,000 because $175,000 loss - $10,000 deductible = $165,000, which is greater than the $125,000 policy limit.

**(b)** The remaining amount of loss sustained under Policy **B** ($75,000) is settled next. The amount we will pay is $25,000 (i.e., $150,000 Policy **B** limit - $125,000 paid under Policy **A** = $25,000).

The most we will pay for this loss is $150,000.

## Example Number 3

The Insured sustained a covered loss of $2,000,000 resulting directly from an "occurrence" taking place during the terms of Policies **A**, **B**, **C** and **D**.

### Policy A

The current policy. Written at a Limit of Insurance of $1,000,000 and a Deductible Amount of $100,000.

### Policy B

Issued prior to Policy **A**. Written at a Limit of Insurance of $750,000 and a Deductible Amount of $75,000.

### Policy C

Issued prior to Policy **B**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

### Policy D

Issued prior to Policy **C**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

The amount of loss sustained under Policy **A** is $350,000, under Policy **B**, is $250,000, under Policy **C**, $600,000 and under Policy **D**, $800,000.

The highest single Limit of Insurance applicable to this entire loss is is $1,000,000 written under Policy **A**. The Policy **A** Deductible Amount of $100,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($350,000) is settled first. The amount we will pay is $250,000 (i.e., $350,000 loss - $100,000 deductible = $250,000).

**(b)** The amount of loss sustained under Policy **B** ($250,000) is settled next. The amount we will pay is $250,000 (no deductible is applied).

**(c)** The amount of loss sustained under Policy **C** ($600,000) is settled next. The amount we will pay is $500,000, the policy limit (no deductible is applied).

**(d)** We will not make any further payment under Policy **D**, as the maximum amount payable under the highest single Limit of Insurance applying to the loss of $1,000,000 under Policy **A** has been satisfied.

The most we will pay for the loss is $1,000,000.

**I. Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**

**(1)** If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the policy period of any prior cancelled insurance that was issued to you or a predecessor in interest by another company, and the period of time to discover loss under that insurance had expired, we will pay for the loss under this insurance, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

**(2)** In settling loss subject to this condition:

**(a)** The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled insurance.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under the prior cancelled insurance.

**(3)** The insurance provided under this condition is subject to the following:

**(a)** If loss covered under this condition is also partially covered under Condition **E.1.k**, the amount recoverable under this condition is part of, not in addition to, the amount recoverable under Condition **E.1.k**.

**(b)** For loss covered under this condition that is not subject to Paragraph **l.(3)(a)**, the amount recoverable under this condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this insurance and is limited to the lesser of the amount recoverable under:

**(i)** This insurance as of its effective date; or

**(ii)** The prior cancelled insurance had it remained in effect.

**m. Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

**(1) Primary Insurance**

When this insurance is written as primary insurance, and:

**(a)** You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit Of Insurance shown in the Declarations bears to the total limit of all insurance covering the same loss.

**(b)** You have other insurance covering the same loss other than that described in Paragraph **m.(1)(a)**, we will only pay for the amount of loss that exceeds:

**(i)** The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

**(ii)** The Deductible Amount shown in the Declarations;

whichever is greater. Our payment for loss is subject to the terms and conditions of this insurance.

**(2) Excess Insurance**

**(a)** When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit Of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this insurance.

**(b)** However, if loss covered under this insurance is subject to a deductible, we will reduce the Deductible Amount shown in the Declarations by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance.

**n. Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

**(1)** That you own or lease;

**(2)** That is held by you in any capacity; or

**(3)** For which you are legally liable, provided you were liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**o.  Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

**p.  Recoveries**

**(1)** Any recoveries, whether effected before or after any payment under this insurance, whether made by us or by you, shall be applied net of the expense of such recovery:

**(a)** First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

**(b)** Second, to us in satisfaction of amounts paid in settlement of your claim;

**(c)** Third, to you in satisfaction of any Deductible Amount; and

**(d)** Fourth, to you in satisfaction of any loss not covered under this insurance.

**(2)** Recoveries do not include any recovery:

**(a)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

**(b)** Of original "securities" after duplicates of them have been issued.

**q.  Territory**

This insurance covers loss that you sustain resulting directly from an "occurrence" taking place within the United States of America (including its territories and possessions), Puerto Rico and Canada.

**r.  Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**s.  Valuation - Settlement**

The value of any loss for purposes of coverage under this insurance shall be determined as follows:

**(1)  Money**

Loss of "money" but only up to and including its face value. We will, at your option, pay for loss of "money" issued by any country other than the United States of America:

**(a)** At face value in the "money" issued by that country; or

**(b)** In the United States of America dollar equivalent, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(2)  Securities**

Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

**(a)** Pay the market value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

**(b)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

**(i)** Market value of the "securities" at the close of business on the day the loss was "discovered"; or

**(ii)** Limit of Insurance applicable to the "securities".

**(3)  Property Other Than Money And Securities**

**(a)** Loss of or damage to "other property" or loss from damage to the "premises" or its exterior for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

    (i) The Limit of Insurance applicable to the lost or damaged property;

    (ii) The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose; or

    (iii) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**(b)** We will not pay on a replacement cost basis for any loss or damage to property covered under Paragraph **s.(3)(a)**:

    (i) Until the lost or damaged property is actually repaired or replaced; and

    (ii) Unless the repairs or replacement is made as soon as reasonably possible after the loss or damage.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

**(c)** We will, at your option, pay for loss or damage to such property:

    (i) In the "money" of the country in which the loss or damage was sustained; or

    (ii) In the United States of America dollar equivalent of the "money" of the country in which the loss or damage was sustained, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(d)** Any property that we pay for or replace becomes our property.

**2. Conditions Applicable To Insuring Agreement A.1.**

**a. Termination As To Any Employee**

This Insuring Agreement terminates as to any "employee":

**(1)** As soon as:

    **(a)** You; or

    **(b)** Any of your partners, "members", "managers", officers, directors or trustees not in collusion with the "employee";

learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you; or

**(2)** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**b. Territory**

We will pay for loss caused by any "employee" while temporarily outside the territory specified in Territory Condition **E.1.q.** for a period of not more than 90 consecutive days.

**3. Conditions Applicable To Insuring Agreement A.2.**

**a. Deductible Amount**

The Deductible Amount does not apply to legal expenses paid under Insuring Agreement **A.2.**

**b. Electronic And Mechanical Signatures**

We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

**c. Proof Of Loss**

You must include with your proof of loss any instrument involved in that loss or, if that is not possible, an affidavit setting forth the amount and cause of loss.

**d. Territory**

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.2.**

**4. Conditions Applicable To Insuring Agreements A.4. And A.5.**

**a. Armored Motor Vehicle Companies**

Under Insuring Agreement **A.5.**, we will only pay for the amount of loss you cannot recover:

**(1)** Under your contract with the armored motor vehicle company; and

**(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**b. Special Limit Of Insurance For Specified Property**

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to:

**(1)** Precious metals, precious or semi-precious stones, pearls, furs, or completed or partially completed articles made of or containing such materials that constitute the principal value of such articles; or

**(2)** Manuscripts, drawings, or records of any kind or the cost of reconstructing them or reproducing any information contained in them.

**5. Conditions Applicable To Insuring Agreement A.6.**

**a. Special Limit Of Insurance for Specified Property**

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

**b. Territory**

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.6.**

**F. Definitions**

**1.** "Computer program" means a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enable the computer or devices to receive, process, store or send "electronic data".

**2.** "Computer system" means:

**a.** Computers, including Personal Digital Assistants (PDAs) and other transportable or handheld devices, electronic storage devices and related peripheral components;

**b.** Systems and applications software; and

**c.** Related communications networks;

by which "electronic data" is collected, transmitted, processed, stored or retrieved.

**3.** "Counterfeit money" means an imitation of "money" which is intended to deceive and to be taken as genuine.

**4.** "Custodian" means you, or any of your partners or "members", or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

**5.** "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

"Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

**6.** "Electronic data" means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on data storage devices, including hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

7. "Employee":

    a. Means:

        (1) Any natural person:

            (a) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee";

            (b) Whom you compensate directly by salary, wages or commissions; and

            (c) Whom you have the right to direct and control while performing services for you;

        (2) Any natural person who is furnished temporarily to you:

            (a) To substitute for a permanent "employee", as defined in Paragraph **7.a.(1)**, who is on leave; or

            (b) To meet seasonal or short-term work load conditions;

            while that person is subject to your direction and control and performing services for you;

        (3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in Paragraph **7.a.(2)**;

        (4) Any natural person who is:

            (a) A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; or

            (b) Your director or trustee while that person is engaged in handling "money", "securities" or "other property" of any "employee benefit plan";

        (5) Any natural person who is a former "employee", partner, "member", "manager", director, or trustee retained by you as a consultant while performing services for you;

        (6) Any natural person who is a guest student or intern pursuing studies or duties;

        (7) Any natural person employed by an entity merged or consolidated with you prior to the effective date of this Policy; and

        (8) Any natural person who is your "manager", director or trustee while:

            (a) Performing acts within the scope of the usual duties of an "employee"; or

            (b) Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

    b. Does not mean:

        Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph **7.a.**

8. "Employee benefit plan" means any welfare or pension benefit plan shown in the Declarations that you sponsor and that is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

9. "Financial institution" means:

    a. With regard to Insuring Agreement **A.3.**:

        (1) A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

        (2) An insurance company.

    b. With regard to Insuring Agreement **A.6.**:

(1) A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution;

(2) An insurance company; or

(3) A stock brokerage firm or investment company.

10. "Financial institution premises" means the interior of that portion of any building occupied by a "financial institution".

11. "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

12. "Fraudulent instruction" means:

a. With regard to Insuring Agreement **A.6.a.(2)**:

(1) A computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic instruction directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", which instruction purports to have been issued by you, but which in fact was fraudulently issued by someone else without your knowledge or consent.

(2) A written instruction (other than those covered under Insuring Agreement **A.2.**) issued to a "financial institution" directing the "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", through an electronic funds transfer system at specified times or under specified conditions, which instruction purports to have been issued by you, but which in fact was issued, forged or altered by someone else without your knowledge or consent.

(3) A computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic or written instruction initially received by you, which instruction purports to have been issued by an "employee", but which in fact was fraudulently issued by someone else without your or the "employee's" knowledge or consent.

b. With regard to Insuring Agreement **A.6.b.**:

A computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic, written or voice instruction directing an "employee" to enter or change "electronic data" or "computer programs" within a "computer system" covered under the Insuring Agreement, which instruction in fact was fraudulently issued by your computer software contractor.

13. "Manager" means a natural person serving in a directorial capacity for a limited liability company.

14. "Member" means an owner of a limited liability company represented by its membership interest who, if a natural person, may also serve as a "manager".

15. "Messenger" means you, or your relative, or any of your partners or "members", or any "employee" while having care and custody of property outside the "premises".

16. "Money" means:

a. Currency, coins and bank notes in current use and having a face value;

b. Traveler's checks and money orders held for sale to the public; and

c. In addition, includes:

(1) Under Insuring Agreements **A.1.** and **A.2.**, deposits in your account at any financial institution;and

(2) Under Insuring Agreement **A.6.**, deposits in your account at a "financial institution" as defined in Paragraph **F.9.b.**

17. "Occurrence" means:

a. Under Insuring Agreement **A.1.**:

(1) An individual act;

(2) The combined total of all separate acts whether or not related; or

(3) A series of acts whether or not related;

committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

**b.** Under Insuring Agreement **A.2.**:

**(1)** An individual act;

**(2)** The combined total of all separate acts whether or not related; or

**(3)** A series of acts whether or not related;

committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

**c.** Under all other Insuring Agreement:

**(1)** An individual act or event;

**(2)** The combined total of all separate acts or events whether or not related; or

**(3)** A series of acts or events whether or not related;

committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

**18.** "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include "computer programs", "electronic data" or any property specifically excluded under this insurance.

**19.** "Premises" means the interior of that portion of any building you occupy in conducting your business.

**20.** "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

**a.** Caused or threatened to cause that person bodily harm; or

**b.** Committed an obviously unlawful act witnessed by that person.

**21.** "Safe burglary" means the unlawful taking of:

**a.** Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

**b.** A safe or vault from inside the "premises".

**22.** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**23.** "Theft" means the unlawful taking of property" to the deprivation of the Insured.

**24.** "Transfer account" means an account maintained by you at a "financial institution" from which you can initiate the transfer, payment or delivery of "money" or "securities":

**a.** By means of computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic instructions; or

**b.** By means of written instructions (other than those covered under Insuring Agreement **A.2.**) establishing the conditions under which such transfers are to be initiated by such "financial institution" through an electronic funds transfer system.

**25.** "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

CRIME AND FIDELITY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
GOVERNMENT CRIME COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM

**A.** Under the Commercial Crime Coverage Form and Government Crime Coverage Form, the **Legal Action Against Us** Condition is replaced by the following:

**LEGAL ACTION AGAINST US**

You may not bring any legal action against us involving loss:

**1.** Unless you have complied with all the terms of this insurance;

**2.** Until 90 days after you have filed proof of loss with us; and

**3.** Unless brought within 5 years from the date you "discover" the loss.

**B.** Under the Kidnap/Ransom And Extortion Coverage Form, the **Legal Action Against Us** Condition is replaced by the following:

**LEGAL ACTION AGAINST US**

You may not bring any legal action against us involving loss:

**1.** Unless you have complied with all the terms of this insurance;

**2.** Until 90 days after you have filed proof of loss with us; and

**3.** Unless brought within 5 years from the date you reported the loss to us.

Copyright, ISO Properties, Inc , 2006    **CR 01 51  08 07**

CRIME AND FIDELITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**
# FLORIDA CHANGES - BINDING ARBITRATION

This endorsement modifies insurance provided under the following:

    COMMERCIAL CRIME COVERAGE FORM
    COMMERCIAL CRIME POLICY
    EMPLOYEE THEFT AND FORGERY POLICY
    GOVERNMENT CRIME COVERAGE FORM
    GOVERNMENT CRIME POLICY
    GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY
    KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
    KIDNAP/RANSOM AND EXTORTION POLICY

If you and we disagree on the amount of loss, both parties may, by mutual consent, agree to arbitration of the disagreement.

If both parties agree to arbitrate, each party will select an arbitrator. The two arbitrators will select a third.  If they cannot agree on the third within 30 days, both parties must request that selection be made by a judge of a court having jurisdiction. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the address shown in the Declarations is located.  Local rules of law as to procedure and evidence will apply. A decision agreed to by any two of the arbitrators will be binding.

© Insurance Services Office, Inc , 2009

**CR 01 75  10 10**

CRIME AND FIDELITY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# FLORIDA CHANGES - NONBINDING ARBITRATION

This endorsement modifies insurance provided under the following:

    COMMERCIAL CRIME COVERAGE FORM
    COMMERCIAL CRIME POLICY
    EMPLOYEE THEFT AND FORGERY POLICY
    GOVERNMENT CRIME COVERAGE FORM
    GOVERNMENT CRIME POLICY
    GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY
    KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
    KIDNAP/RANSOM AND EXTORTION POLICY

If you and we disagree on the amount of loss, both parties may, by mutual consent, agree to arbitration of the disagreement.

If the parties agree to arbitrate, each party will select an arbitrator.  The two arbitrators will select a third.  If they cannot agree on the third within 30 days, both parties must request that selection be made by a judge of a court having jurisdiction.  Each party will:

1.   Pay the expenses it incurs; and

2.   Bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the address shown in the Declarations is located.  Local rules of law as to procedure and evidence will apply.  Any decision agreed to by the arbitrators may be appealed to a court of competent jurisdiction.

© Insurance Services Office, Inc , 2009

**CR 01 76  10 10**

SR

# WESTFIELD
### INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639   ³  M

| Policy Period | From 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|
| | To 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 05/04/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT       Additional
COMMERCIAL GENERAL LIAB. COVERAGE PART ENDORSEMENT  Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

Citizens 2005 Emer Assessment Addition

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

GENERAL LIABILITY COVERAGE PART ENDORSEMENT

1. ADDED ADDITIONAL INSURED
   - ADDL INSD DESIGNATED PERSON OR ORG(CG2026)
     URBAN DEVELOPMENT FUND
     FULL NAME ON IL7032
     P O BOX 279
     SAN ANSELMO CA 94979-0279

FORMS CHANGES

1. ADDED FORM CG2026 04/13

2. CHANGED FORM IL7032  01/05

** This endorsement changes your policy. Please
attach it to your original policy. **

SR



**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³   M

```
     Policy      From    05/04/15        at 12:01 A.M. Standard Time at your
     Period      To      05/04/16        mailing address shown above.
```
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
```
** Effective 05/04/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
```
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
```
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .
```

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____  BY _____
                        Date                        Authorized Representative

PAGE    02 OF  03        IL 00 19 (04-88)              05/07/15              ORIGINAL

**SR**

WESTFIELD
**INSURANCE**
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³   M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
| Period | To | 05/04/16 | mailing address shown above. |

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 05/04/15 this Common Policy declarations amends all prior  **
** Common Policy declarations and endorses this policy as shown below.  **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

**    SCHEDULE OF NAMED INSURED  **

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYEES / ADDITIONAL INSUREDS / MORTGAGEES

The complete loss payee / additional insured / mortgagee read as follows:

FULL NAME ON CG2026:
URBAN DEVELOPMENT FIND XXV, LLC
UDF/USBCDC FLORIDA FUND XXV, LLC
UDF FLORIDA NMTC INVESTMENT FUND II, LLC
UDF/USBCDC FLORIDA INVESTOR XXV, LLC
U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION
DEAL ID #22327
P. O. BOX 279
SAN ANSELMO CA 97979-0279
PROJECT LOCATION:
240 MABRY STREET, TALLAHASSEE, FL
300 MABRY STREET, TALLAHASSEE, FL
PROJECT:
NEW CONSTRUCTION OF GOODWILL INDUSTRIES MABRY STREET RETAIL STORE

**IL 70 32** 01 05

POLICY NUMBER:  CMM 0395871                                          COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): |
| --- |
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012                                          CG 20 26  04 13

SR

## WESTFIELD
### INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871    $^3$01$^3$  WIC Account Number: 0900375639   $^3$  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 05/13/15 this Common Policy declarations amends all prior  **
** Common Policy declarations and endorses this policy as shown below.   **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                     Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT     Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

### Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE COVERAGE PART ENDORSEMENT

1. CHANGED COVERAGE AT LOC 001 BLDG 001
   - ADDED LOSS PAYEE
     WILLIAM SCOTSMAN, INC.
     12019 LIVINGSTON ROAD
     MANASSAS VA 20109-2779

FORMS CHANGES

1. CHANGED FORM IM7902  01/12

               ** This endorsement changes your policy. Please
                  attach it to your original policy. **

PAGE   01 OF  03      IL 00 19 (04-88)        05/20/15          ORIGINAL

SR

## WESTFIELD
INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³  M

Policy     From    05/04/15        at 12:01 A.M. Standard Time at your
Period     To      05/04/16        mailing address shown above.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 05/13/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____  BY _____
                    Date                    Authorized Representative

PAGE   02 OF  03      IL 00 19 (04-88)        05/20/15        ORIGINAL

SR

**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. 000 |

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639   ³  M

Policy   From   05/04/15      at 12:01 A.M. Standard Time at your
Period   To     05/04/16      mailing address shown above.

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 05/13/15 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

**   SCHEDULE OF NAMED INSURED   **

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X " Loss Payable

" Lender's Loss Payable

" Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|----------|---------|------------------|-------------------------------|
| 001  ALL |  | LEASED/RENTED EQUIP | WILLIAM SCOTSMAN, INC. 12019 LIVINGSTON ROAD MANASSAS, VA 20109-2779 |

Copyright, American Association of
Insurance Services, Inc., 2012                                                        **IM 7902  01 12**

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871       ³01³  WIC Account Number: 0900375639    ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 06/11/15 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT      Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE COVERAGE PART ENDORSEMENT

1. CHANGED COVERAGE AT LOC 001 BLDG 001
   - ADDED LOSS PAYEE
     AHERN RENTALS INC
     1401 MINERAL AVE
     LAS VEGAS NV 89106

** This endorsement changes your policy. Please
attach it to your original policy. **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____  BY _____
                        Date                    Authorized Representative

PAGE   01 OF  02          IL 00 19 (04-88)          06/17/15          ORIGINAL

WESTFIELD
INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
**(Continued)**

SR

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL 32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871    ³01³  WIC Account Number: 0900375639    ³  M |
|---|

| Policy    From    05/04/15              at 12:01 A.M. Standard Time at your<br>Period     To      05/04/16              mailing address shown above. |
|---|

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 06/11/15 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**    SCHEDULE OF NAMED INSURED    **

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

---

**PAGE    02 OF  02**          IL 00 19 (04-88)              **06/17/15**              ORIGINAL

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X " Loss Payable

" Lender's Loss Payable

" Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001 ALL | | LEASED/RENTED EQUIP | WILLIAM SCOTSMAN, INC. 12019 LIVINGSTON ROAD MANASSAS, VA 20109-2779 |
| 001 ALL | | LEASED/RENTED EQUIPMENT | AHERN RENTALS INC. 1401 MINERAL AVE. LAS VEGAS, NV 89106 |

Copyright, American Association of
Insurance Services, Inc., 2012                              IM 7902  01 12

SR

### WESTFIELD INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
COMPANY PROVIDING COVERAGE        WESTFIELD INSURANCE COMPANY

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639   ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
| Period | To   | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 05/04/15 this Common Policy declarations amends all prior  **
** Common Policy declarations and endorses this policy as shown below.  **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT      Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE COVERAGE PART ENDORSEMENT

1. CHANGED COVERAGE AT LOC 001 BLDG 001
   - ADDED LOSS PAYEE
     MCDONOUGH ELEVATOR SALES
     AND RENTALS
     1942 ROYAL INDUSTRIAL BLVD
     AUSTELL GA 30106
   - ADDED LOSS PAYEE
     WILLIAMS SCOTSMAN, INC.
     (ACCT# 13150454 & 1046747)
     12019 LIVINGSTON ROAD
     MANASSAS VA 20109-2779
   - ADDED LOSS PAYEE
     WILLIAMS SCOTSMAN, INC.
     (ACCT# 13150454 & 1046747)
     901 S BOND ST, SUITE 600
     BALTIMORE MD 21231
   - ADDED LOSS PAYEE
     SUNBELT RENTALS, INC
     2341 DEERFIELD DR
     FORT MILL SC 29715

FORMS CHANGES

1. CHANGED FORM IM7902  01/12

WESTFIELD
INSURANCE
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639     ³   M

Policy      From    05/04/15       at 12:01 A.M. Standard Time at your
Period      To      05/04/16       mailing address shown above.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 05/04/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

** This endorsement changes your policy. Please
attach it to your original policy. **

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____  BY _____
                        Date                      Authorized Representative

PAGE   02 OF  03        IL 00 19 (04-88)           06/22/15            ORIGINAL

Case 4:24-cv-00305-RH-MAF   Document 1-2   Filed 08/02/24   Page 933 of 1019



SR

**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871         ³01³  WIC Account Number: 0900375639   ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 05/04/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

                    **   SCHEDULE OF NAMED INSURED   **

                    CULPEPPER CONSTRUCTION CO INC
                    CULPEPPER CONSTRUCTION
                    COMPANY OF GEORGIA, INC;
                    1538 METROPOLITAN BLVD
                    TALLAHASSEE FL  32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X ″  Loss Payable

″  Lender's Loss Payable

″  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001 | ALL | LEASED/RENTED EQUIP | WILLIAM SCOTSMAN, INC. 12019 LIVINGSTON ROAD MANASSAS, VA 20109-2779 |
| 001 | ALL | LEASED/RENTED EQUIPMENT | AHERN RENTALS INC. 1401 MINERAL AVE. LAS VEGAS, NV 89106 |
| 001 | ALL | LEASED/RENTED EQUPMENT | MCDONOUGH ELEVATOR SALES AND RENTALS 1942 ROYAL INDUSTRIAL BLVD. AUSTELL, GA  30106 |
| 001 | ALL | LEASED/RENTED EQUIPMENT | WILLIAMS SCOTSMAN, INC. (ACCT# 13150454 & 1046747) 12019 LIVINGSTON ROAD MANASSAS, VA  20109-2779 |
| 001 | ALL | LEASED/RENTED EQUIPMENT | WILLIAMS SCOTSMAN, INC. (ACCT# 13150454 & 1046747) 901 S. BOND STREET, SUITE 600 BALTIMORE, MD  21231 |

Copyright, American Association of
Insurance Services, Inc., 2012

IM 7902  01 12

SR

**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639   ³  M

Policy    From   05/04/15     at 12:01 A.M. Standard Time at your
Period    To     05/04/16     mailing address shown above.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 07/27/15 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT      Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

PROPERTY COVERAGE PART ENDORSEMENT

1. CHANGED COVERAGE AT LOC 002 BLDG 001
   - ADDED LOSS PAYEE
     WELLS FARGO FINANCIAL LEASING
     INC C/O INS SERV CNTR
     PO BOX 979284
     MIAMI FL 33197-9284

FORMS CHANGES

1. ADDED FORM CP1218 06/07

** This endorsement changes your policy. Please
attach it to your original policy. **

SR



WESTFIELD
INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871          ³01³  WIC Account Number: 0900375639    ³   M

Policy       From    05/04/15         at 12:01 A.M. Standard Time at your
Period       To      05/04/16         mailing address shown above.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 07/27/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____ BY _____
                        Date                      Authorized Representative

SR

**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

| Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639   ³  M |
|---|

| Policy     From    05/04/15            at 12:01 A.M. Standard Time at your |
| Period     To      05/04/16            mailing address shown above. |

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 07/27/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.     **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

**    SCHEDULE OF NAMED INSURED  **

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

POLICY NUMBER:    CMM 0395871                                    COMMERCIAL PROPERTY

## THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.
# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    BUILDERS' RISK COVERAGE FORM
    CONDOMINIUM ASSOCIATION COVERAGE FORM
    CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
    STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | 002 | Building Number: | 001 | Applicable Clause (Enter C., D., E., or F.): | C |
|---|---|---|---|---|---|
| Description Of Property:   BUSINESS PERSONAL PROPERTY | | | | | |
| Loss Payee Name:   WELLS FARGO FINANCIAL LEASING INC C/O INS SERV CNTR | | | | | |
| Loss Payee Address:   PO BOX 979284 MIAMI        FL 331979284 | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule.

**C.  Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D.  LENDER'S LOSS PAYABLE CLAUSE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

    **a.** Warehouse receipts;

    **b.** A contract for deed;

    **c.** Bills of lading;

    **d.** Financing statements; or

    **e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

    **a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

    **b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

    **c.** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

        **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

        **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

        **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

© ISO Properties, Inc. 2007

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(2)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**a.** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**E. CONTRACT OF SALE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear:

**3.** The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**F. BUILDING OWNER LOSS PAYABLE CLAUSE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

**2.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**3.** We will adjust losses to tenant's improvements and betterments with you, unless the lease provides otherwise.

WESTFIELD
INSURANCE
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³  M

| Policy     From    05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|
| Period     To      05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 08/01/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                        Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT        Additional
COMMERCIAL AUTO COVERAGE PART ENDORSEMENT            Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT   Additional

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

AUTO COVERAGE PART ENDORSEMENT

1. ADDED AUTO 032 - 15 FORD F150 PU
   - STATE IS FLORIDA
   - TERRITORY IS 123
   - ZIP CODE IS  32308
   - TAX LOCATION IS 0916
   - SERIAL NUMBER IS 1FTEW1EF4FFB94920
   - TYPE VEHICLE IS TRUCK - NO DUMPING
   - CLASS CODE IS 01499
   - DRIVER IS COVERED BY WORKERS COMP
   - COST NEW IS $49,000
   - WEIGHT IS 10,000
   - LOSS PAYEE IS
     FORD MOTOR CREDIT
     3620 QUEEN PALM DRIVE
     TAMPA FL 33619
   - LIABILITY - COMBINED SINGLE LIMIT IS $1,000,000
   - MEDICAL PAYMENTS LIMIT IS $5,000
   - UNINSURED MOTORISTS - COMBINED SINGLE LIMIT IS
     $100,000
   - PERSONAL INJURY PROTECTION LIMIT IS BASIC
   - COMPREHENSIVE DEDUCTIBLE IS $1,000
   - COLLISION DEDUCTIBLE IS $1,000

**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871       ³01³  WIC Account Number: 0900375639    ³  M

Policy      From    05/04/15        at 12:01 A.M. Standard Time at your
Period      To      05/04/16        mailing address shown above.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 08/01/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
                ** This endorsement changes your policy. Please
                    attach it to your original policy. **

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____  BY _____
                        Date                       Authorized Representative

PAGE   02 OF  03       IL 00 19 (04-88)        08/12/15           ORIGINAL

Case 4:24-cv-00305-RH-MAF    Document 1-2    Filed 08/02/24    Page 942 of 1019



SR

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639   ³   M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 08/01/15 this Common Policy declarations amends all prior     **
** Common Policy declarations and endorses this policy as shown below.     **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**      SCHEDULE OF NAMED INSURED  **

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

```
                                                                              SR
WESTFIELD                        COMMERCIAL PACKAGE POLICY
INSURANCE                              AMENDED
Sharing Knowledge. Building Trust.®   COMMON POLICY DECLARATIONS
```

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC          EARL BACON AGENCY
SEE SCHEDULE OF NAMED INSURED          PO BOX 12039
1538 METROPOLITAN BLVD                 TALLAHASSEE FL 32317-2039
TALLAHASSEE FL  32308                  TELEPHONE 850-878-2121

**Policy Number: CMM 0 395 871    ³01³  WIC Account Number: 0900375639    ³  M**

```
   Policy      From   05/04/15      at 12:01 A.M. Standard Time at your
   Period      To     05/04/16      mailing address shown above.
```
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 08/24/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

            THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT        Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT   Additional

                   Net Additional Premium

            xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

  INLAND MARINE COVERAGE PART ENDORSEMENT

    1. CHANGED COVERAGE AT LOC 001 BLDG 001
       - ADDED LOSS PAYEE
         RING INVESTMENTS, LLC
         500 WORLD COMMERCE PKWY
         ST AUGUSTINE FL 32092

  INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

    1. ADDED ITEM # 9
       - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $17,500
       - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
         ACTUAL CASH VALUE
       - DEDUCTIBLE IS $500
       - DESCRIPTION IS 2006 TELEHANDLER LULL 944E42
         944-22515

    2. ADDED ITEM # 10
       - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $95,000
       - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
         ACTUAL CASH VALUE
       - DEDUCTIBLE IS $500
       - DESCRIPTION IS 2011 TELEHANDLER LULL 1044C-54
         104442461

    3. ADDED ITEM # 11
       - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $129,000
```

SR

**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871    ³01³  WIC Account Number: 0900375639    ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 08/24/15 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

            xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

      - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
        ACTUAL CASH VALUE
      - DEDUCTIBLE IS $500
      - DESCRIPTION IS 2013 TELEHANDLER LULL 1044C-54
        104450734

   4. ADDED ITEM # 12
      - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $59,500
      - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
        ACTUAL CASH VALUE
      - DEDUCTIBLE IS $500
      - DESCRIPTION IS 2012 SKID STEER CAT 287C MAS02245

   5. ADDED ITEM # 13
      - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $20,000
      - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
        ACTUAL CASH VALUE
      - DEDUCTIBLE IS $500
      - DESCRIPTION IS 2007 LOADER/BACKHOE CAT 416E
        SHA03399

   INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

   1. CHANGED CONTRACTORS EQUIPMENT COVERAGE
      - CATASTROPHE LIMIT FROM $521,000 TO $842,000

   FORMS CHANGES

   1. CHANGED FORM IM7902  01/12

            ** This endorsement changes your policy. Please
               attach it to your original policy. **

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COUNTERSIGNED: _____ | BY _____ |
|---|---|
| Date | Authorized Representative |



**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| NAMED INSURED AND MAILING ADDRESS | AGENCY |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639   ³   M

Policy      From    05/04/15       at 12:01 A.M. Standard Time at your
Period      To      05/04/16       mailing address shown above.

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 08/24/15 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.    **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

                      **   SCHEDULE OF NAMED INSURED   **

                      CULPEPPER CONSTRUCTION CO INC
                      CULPEPPER CONSTRUCTION
                      COMPANY OF GEORGIA, INC;
                      1538 METROPOLITAN BLVD
                      TALLAHASSEE FL  32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X " Loss Payable

" Lender's Loss Payable

" Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001 ALL | | 2006 TELEHANDLER LULL 944E42 944-22515 | RING INVESTMENTS, LLC 500 WORLD COMMERCE PKWY ST. AUGUSTINE, FL 32092 |

Copyright, American Association of
Insurance Services, Inc., 2012                                    IM 7902  01 12

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X " Loss Payable

" Lender's Loss Payable

" Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001 ALL | | 2011 TELEHANDLER LULL 1044C-54 104442461 | RING INVESTMENTS, LLC 500 WORLD COMMERCE PKWY ST. AUGUSTINE, FL 32092 |

Copyright, American Association of
Insurance Services, Inc., 2012                                    IM 7902  01 12

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X "  Loss Payable

  "  Lender's Loss Payable

  "  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|----------|---------|------------------|-------------------------------|
| 001  ALL | | 2013 TELEHANDLER LULL 1044C-54 104450734 | RING INVESTMENTS, LLC 500 WORLD COMMERCE PKWY ST. AUGUSTINE, FL 32092 |

Copyright, American Association of
Insurance Services, Inc., 2012

IM 7902  01 12

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X ″  Loss Payable

  ″  Lender's Loss Payable

  ″  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|----------|---------|------------------|-------------------------------|
| 001  ALL |  | 2012 SKID STEER<br>CAT 287C<br>MAS02245 | RING INVESTMENTS, LLC<br>500 WORLD COMMERCE PKWY<br>ST. AUGUSTINE, FL 32092 |

Copyright, American Association of
Insurance Services, Inc., 2012                                                    IM 7902  01 12

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X ″  Loss Payable

  ″  Lender's Loss Payable

  ″  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001  ALL | | 2007 LOADER/ BACKHOE CAT 416E SHA03399 | RING INVESTMENTS, LLC 500 WORLD COMMERCE PKWY ST. AUGUSTINE, FL 32092 |

Copyright, American Association of
Insurance Services, Inc., 2012                                          IM 7902  01 12

```
                                              SR
WESTFIELD              COMMERCIAL PACKAGE POLICY
  INSURANCE                    AMENDED
Sharing Knowledge. Building Trust.®   COMMON POLICY DECLARATIONS
```

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

```
CULPEPPER CONSTRUCTION CO INC        EARL BACON AGENCY
SEE SCHEDULE OF NAMED INSURED        PO BOX 12039
1538 METROPOLITAN BLVD               TALLAHASSEE FL 32317-2039
TALLAHASSEE FL  32308                TELEPHONE 850-878-2121
```

**Policy Number: CMM 0 395 871**      ³01³   **WIC Account Number: 0900375639**   ³  **M**

```
   Policy     From   05/04/15      at 12:01 A.M. Standard Time at your
   Period     To     05/04/16      mailing address shown above.
```
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
```
** Effective 08/26/15 this Common Policy declarations amends all prior  **
** Common Policy declarations and endorses this policy as shown below.  **
```
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
```
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
```
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

```
COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT      Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional
```

                    **Net Additional Premium**

            xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

```
INLAND MARINE COVERAGE PART ENDORSEMENT

1. CHANGED COVERAGE AT LOC 001 BLDG 001
   - ADDED LOSS PAYEE
     KUBOTA CREDIT CORP
     4400 AMON CARTER BLVD STE 100
     FORT WORTH TX 76155

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. ADDED ITEM # 14
   - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $15,370
   - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
     ACTUAL CASH VALUE
   - DEDUCTIBLE IS $500
   - DESCRIPTION IS 2015 ALL TERRAIN UTILITY VEHICLE
     KUBOTA RTV1140CPX-A 35607

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. CHANGED CONTRACTORS EQUIPMENT COVERAGE
   - CATASTROPHE LIMIT FROM $842,000 TO $857,370

FORMS CHANGES

1. CHANGED FORM IM7902  01/12
```

**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD.  000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³   M

Policy      From    05/04/15       at 12:01 A.M. Standard Time at your
Period      To      05/04/16       mailing address shown above.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 08/26/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
              ** This endorsement changes your policy. Please
                 attach it to your original policy. **

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____    BY _____
                      Date                          Authorized Representative

PAGE    02 OF  03        IL 00 19 (04-88)            08/31/15              ORIGINAL

SR

WESTFIELD
INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639   ³   M

Policy     From    05/04/15        at 12:01 A.M. Standard Time at your
Period     To      05/04/16        mailing address shown above.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 08/26/15 this Common Policy declarations amends all prior  **
** Common Policy declarations and endorses this policy as shown below.  **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

                    **  SCHEDULE OF NAMED INSURED  **

                    CULPEPPER CONSTRUCTION CO INC
                    CULPEPPER CONSTRUCTION
                    COMPANY OF GEORGIA, INC;
                    1538 METROPOLITAN BLVD
                    TALLAHASSEE FL  32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X ″  Loss Payable

  ″  Lender's Loss Payable

  ″  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001   ALL | | 2015 ALL TERRAIN UTILITY VEHICLE 35607 | KUBOTA CREDIT CORP 4400 AMON CARTER BLVD STE 100 FORT WORTH TX 76155 |

Copyright, American Association of
Insurance Services, Inc., 2012                                    IM 7902  01 12

WESTFIELD
INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**

SR

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

**Policy Number: CMM 0 395 871**    ³01³  **WIC Account Number: 0900375639**    ³  **M**

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 09/11/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

## THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT        Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT   Additional

### Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. ADDED ITEM # 15
   - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $59,500
   - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
     ACTUAL CASH VALUE
   - DEDUCTIBLE IS $500
   - DESCRIPTION IS 2012 CAT 287C SKID STEER S/N
     SSB00226

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. CHANGED CONTRACTORS EQUIPMENT COVERAGE
   - CATASTROPHE LIMIT FROM $857,370 TO $916,870

** This endorsement changes your policy. Please
attach it to your original policy. **

Case 4:24-cv-00305-RH-MAF    Document 1-2    Filed 08/02/24    Page 956 of 1019

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639     ³   M

Policy      From    05/04/15        at 12:01 A.M. Standard Time at your
Period      To      05/04/16        mailing address shown above.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 09/11/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____  BY _____
                        Date                        Authorized Representative

PAGE   02 OF  03        IL 00 19 (04-88)           09/17/15              ORIGINAL

SR

**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639   ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 09/11/15 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**         SCHEDULE OF NAMED INSURED  **

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X ˮ  Loss Payable

ˮ  Lender's Loss Payable

ˮ  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001 | ALL | 2015 ALL TERRAIN UTILITY VEHICLE 35607 | KUBOTA CREDIT CORP 4400 AMON CARTER BLVD STE 100 FORT WORTH TX 76155 |
| ALL | ALL COVERED LOCATIONS | 2012 CAT 287C SKID STEER S/N SSB00226 | RING INVESTMENTS LLC 500 WORLD COMMERCE PARKWAY ST AUGUSTINE FL 32092 |

Copyright, American Association of
Insurance Services, Inc., 2012
IM 7902  01 12

SR

**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

**Policy Number: CMM 0 395 871**       ³01³  **WIC Account Number: 0900375639**    ³  **M**

| | | | |
|---|---|---|---|
| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
| Period | To | 05/04/16 | mailing address shown above. |

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 08/13/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
Business: CONTRACTOR                    Named Insured is:  Corporation
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

| | |
|---|---|
| COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT | Additional |
| COMMERCIAL AUTO COVERAGE PART ENDORSEMENT | Return |
| COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT | Additional |

Net Returned Premium

×××××××××××××××××××××××××××××××××××××××××××

AUTO COVERAGE PART ENDORSEMENT

  1. DELETED AUTO 006 - 07 GMC SIERRA
     - STATE WAS FLORIDA
     - SERIAL NUMBER WAS 1GTEC19C27Z502613

** This endorsement changes your policy. Please
attach it to your original policy. **

××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| | | |
|---|---|---|
| COUNTERSIGNED: _____ | BY _____ | |
| Date | Authorized Representative | |

WESTFIELD
INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

SR

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
**COMPANY PROVIDING COVERAGE**     **WESTFIELD INSURANCE COMPANY**

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871        301³  WIC Account Number: 0900375639   ³  M

Policy     From    05/04/15       at 12:01 A.M. Standard Time at your
Period     To      05/04/16       mailing address shown above.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 08/13/15 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**  SCHEDULE OF NAMED INSURED  **

CULPEPPER CONSTRUCTION CO INC
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

WESTFIELD
**INSURANCE**
Sharing Knowledge. Building Trust.®

SR

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC; | EARL BACON AGENCY |
|---|---|
| SEE SCHEDULE OF NAMED INSURED | PO BOX 12039 |
| 1538 METROPOLITAN BLVD | TALLAHASSEE FL 32317-2039 |
| TALLAHASSEE FL  32308 | TELEPHONE 850-878-2121 |

**Policy Number: CMM 0 395 871**       ³01³  **WIC Account Number: 0900375639**   ³  **M**

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 10/05/15 this Common Policy declarations amends all prior  **
** Common Policy declarations and endorses this policy as shown below.  **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                        Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT        Additional
COMMERCIAL GENERAL LIAB. COVERAGE PART ENDORSEMENT   Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT   Additional
TERRORISM INSURANCE COVERAGE PART ENDORSEMENT        Additional

Citizens 2005 Emer Assessment Addition

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

POLICY INFORMATION CHANGES

1. CHANGED INSUREDS NAME AND/OR MAILING ADDRESS

GENERAL LIABILITY COVERAGE PART ENDORSEMENT

1. ADDED CLASSIFICATION 11206-FL
   - DESCRIPTION:  CONTRACTORS EQUIPMENT - EARTH
     MOVING EQUIPMENT OTHER THAN
     CRANES, DERRICKS AND POWER
     SHOVELS - RENTED TO OTHERS
     WITHOUT OPERATORS - INCLUDING
     PRODUCTS AND/OR COMPLETED
     OPERATIONS
   - PREMIUM BASIS: 1,000,000
   - PREMISES/OPERATIONS COVERAGE APPLIES
   - ADDED $1,000 P.D. DEDUCTIBLE TO
     PREMISES/OPERATIONS
   - NET RATE IS .847

SR

## WESTFIELD INSURANCE

Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)**

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | **09-09764** | **PROD.** | **000** |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

**Policy Number: CMM 0 395 871          ³01³   WIC Account Number: 0900375639   ³   M**

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

```
** Effective 10/05/15 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
```

```
              ** This endorsement changes your policy. Please
                  attach it to your original policy. **
```

Forms and Endorsements applicable to all coverage parts:
IL0019    0488 , IL0017    1198 , ID7004    0411 , IL0003    0908 , IL0262    0215 ,
IL7035    0912 .

COUNTERSIGNED: _____  BY _____
                        Date                    Authorized Representative

**PAGE    02 OF  03**        IL 00 19 (04-88)              **10/15/15**              ORIGINAL



**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC;
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871          ³01³  WIC Account Number: 0900375639   ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 10/05/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**          SCHEDULE OF NAMED INSURED  **

CULPEPPER CONSTRUCTION CO INC;
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
C&C EQUIPMENT INC.
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

WESTFIELD
INSURANCE
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871       ³01³  WIC Account Number: 0900375639    ³  M

Policy      From   05/04/15     at 12:01 A.M. Standard Time at your
Period      To     05/04/16     mailing address shown above.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 11/03/15 this Common Policy declarations amends all prior  **
** Common Policy declarations and endorses this policy as shown below.  **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT      Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE COVERAGE PART ENDORSEMENT

1. CHANGED COVERAGE AT LOC 001 BLDG 001
   - CHANGED LOSS PAYEE
     FROM RSC EQUIPMENT RENTAL
          9417 TRADE PARK CT STE 3
          CHARLOTTE NC 28217
       TO   RSC EQUIPMENT RENTAL
            3417 TRADE PARK CT STE 3
            CHARLOTTE NC 28217

FORMS CHANGES

1. CHANGED FORM IM7902  01/12

** This endorsement changes your policy. Please
attach it to your original policy. **

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC; | EARL BACON AGENCY |
|---|---|
| SEE SCHEDULE OF NAMED INSURED | PO BOX 12039 |
| 1538 METROPOLITAN BLVD | TALLAHASSEE FL 32317-2039 |
| TALLAHASSEE FL  32308 | TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639    ³   M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 11/03/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____  BY _____
                        Date                        Authorized Representative

| PAGE   02 OF  03 | IL 00 19 (04-88) | 11/08/15 | ORIGINAL |
|---|---|---|---|

SR

**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639    ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 11/03/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**   SCHEDULE OF NAMED INSURED   **

CULPEPPER CONSTRUCTION CO INC;
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
C&C EQUIPMENT INC.
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X "   Loss Payable

  "   Lender's Loss Payable

  "   Contract of Sale

## SCHEDULE

| Loc.<br>No. | Address | Covered<br>Property | Name and Address<br>___of Loss Payee___ |
|---|---|---|---|
| ALL | ALL COVERED LOCATIONS | 2007 CATERPILLAR<br>MULTI-TERRAIN<br>LOADER<br>MTL04233 | CATERPILLAR FINANCIAL<br>SERVICES<br>2120 WEST END AVE<br>NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | 2007 CATERPILLAR<br>BACKHOE LOADER<br>416EXH<br>SHA03399 | CATERPILLAR FINANCIAL<br>SERVICES<br>2120 WEST END AVE<br>NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED<br>EQUIPMENT | RSC EQUIPMENT RENTAL<br>3417 TRADE PARK COURT<br>SUITE E<br>CHARLOTTE NC 28217 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED<br>EQUIPMENT | RSC EQUIPMENT RENTAL<br>3200 HARBOR LANE<br>SUITE 100<br>PLYMOUTH MN 55447 |

Copyright, American Association of
Insurance Services, Inc., 2012

IM 7902  01 12

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

  X ″  Loss Payable

    ″  Lender's Loss Payable

    ″  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001 | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RSC EQUIPMENT RENTAL 3417 TRADE PARK COURT SUITE E CHARLOTTE NC 28217 |

Copyright, American Association of
Insurance Services, Inc., 2012

IM 7902  01 12

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC; SEE SCHEDULE OF NAMED INSURED 1538 METROPOLITAN BLVD TALLAHASSEE FL  32308 | EARL BACON AGENCY PO BOX 12039 TALLAHASSEE FL 32317-2039 TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871     ³01³  WIC Account Number: 0900375639   ³  M

Policy     From   05/04/15    at 12:01 A.M. Standard Time at your
Period     To     05/04/16    mailing address shown above.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 11/11/15 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT      Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. ADDED ITEM # 16
   - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $16,586
   - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
     ACTUAL CASH VALUE
   - DEDUCTIBLE IS $500
   - DESCRIPTION IS 2015 ALL TERRAIN UTILITY VEHICLE
     KUBOTA RTV1140CPX-A 36374

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. CHANGED CONTRACTORS EQUIPMENT COVERAGE
   - CATASTROPHE LIMIT FROM $916,870 TO $933,456

FORMS CHANGES

1. CHANGED FORM IM7902  01/12

** This endorsement changes your policy. Please
attach it to your original policy. **

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³   WIC Account Number: 0900375639    ³   M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 11/11/15 this Common Policy declarations amends all prior      **
** Common Policy declarations and endorses this policy as shown below.      **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

COUNTERSIGNED: _____   BY _____
                        Date                        Authorized Representative

| PAGE   02 OF  03 | IL 00 19 (04-88) | 11/17/15 | ORIGINAL |
|---|---|---|---|



SR

**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC; | EARL BACON AGENCY |
|---|---|
| SEE SCHEDULE OF NAMED INSURED | PO BOX 12039 |
| 1538 METROPOLITAN BLVD | TALLAHASSEE FL 32317-2039 |
| TALLAHASSEE FL  32308 | TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871     ³01³  WIC Account Number: 0900375639   ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 11/11/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

                      **   SCHEDULE OF NAMED INSURED   **

                      CULPEPPER CONSTRUCTION CO INC;
                      CULPEPPER CONSTRUCTION
                      COMPANY OF GEORGIA, INC;
                      C&C EQUIPMENT INC.
                      1538 METROPOLITAN BLVD
                      TALLAHASSEE FL  32308

**PAGE    O3 OF  O3**          IL 00 19 (04-88)          **11/17/15**          ORIGINAL

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X ˝  Loss Payable

˝  Lender's Loss Payable

˝  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001    ALL | | 2015 ALL TERRAIN UTILITY VEHC KUBOTA RTV1140CP X-A   36374 | KUBOTA CREDIT CORP 4400 AMON CARTER BLVD STE 100 FORT WORTH TX 76155 |

Copyright, American Association of
Insurance Services, Inc., 2012                                                    IM 7902  01 12

WESTFIELD
INSURANCE
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639   ³  M

Policy     From     05/04/15      at 12:01 A.M. Standard Time at your
Period     To       05/04/16      mailing address shown above.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 12/30/15 this Common Policy declarations amends all prior  **
** Common Policy declarations and endorses this policy as shown below.  **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                        Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT        Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT   Additional

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE COVERAGE PART ENDORSEMENT

1. CHANGED COVERAGE AT LOC 001 BLDG 001
   - ADDED LOSS PAYEE
     NEFF RENTAL
     4310 AIRPORT COMMERCE BLVD
     TALLAHASSEE FL 32310

INLAND MARINE CONT EQ LEASED/RENTED FROM OTHERS

1. CHANGED CONT EQUIP LEASED/RENTED FROM OTHERS

2. ADDED CONT EQUIP LEASED/RENTED FROM OTHERS

FORMS CHANGES

1. CHANGED FORM IM7902  01/12

** This endorsement changes your policy. Please
attach it to your original policy. **

Case 4:24-cv-00305-RH-MAF    Document 1-2    Filed 08/02/24    Page 974 of 1019

SR


**W E S T F I E L D**
**I N S U R A N C E**
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³   M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 12/30/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

COUNTERSIGNED: _____ BY _____
                      Date                    Authorized Representative

SR



**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC; <br> SEE SCHEDULE OF NAMED INSURED <br> 1538 METROPOLITAN BLVD <br> TALLAHASSEE FL  32308 | EARL BACON AGENCY <br> PO BOX 12039 <br> TALLAHASSEE FL 32317-2039 <br> TELEPHONE 850-878-2121 |
|---|---|

Policy Number: CMM 0 395 871       ³01³  WIC Account Number: 0900375639   ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 12/30/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

**   SCHEDULE OF NAMED INSURED   **

CULPEPPER CONSTRUCTION CO INC;
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
C&C EQUIPMENT INC.
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X " Loss Payable

" Lender's Loss Payable

" Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001    ALL | | LEASED/RENTED EQUIP | NEFF RENTAL 4310 AIRPORT COMMERCE BLVD TALLAHASSEE, FL 32310 |

Copyright, American Association of
Insurance Services, Inc., 2012

IM 7902  01 12

```
                                                                              SR
  WESTFIELD                    COMMERCIAL PACKAGE POLICY
    INSURANCE                          AMENDED
  Sharing Knowledge. Building Trust.®    COMMON POLICY DECLARATIONS
```

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC; | EARL BACON AGENCY |
|---|---|
| SEE SCHEDULE OF NAMED INSURED | PO BOX 12039 |
| 1538 METROPOLITAN BLVD | TALLAHASSEE FL 32317-2039 |
| TALLAHASSEE FL  32308 | TELEPHONE 850-878-2121 |

| Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639   ³  M |
|---|

```
   Policy      From    05/04/15      at 12:01 A.M. Standard Time at your
   Period      To      05/04/16      mailing address shown above.
```
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
```
   ** Effective 12/01/15 this Common Policy declarations amends all prior   **
   ** Common Policy declarations and endorses this policy as shown below.    **
```
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                        Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
```
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
```
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

```
COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT       Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Return
```

### Net Returned Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

```
  1. DELETED ITEM # 13
     - DESCRIPTION WAS 2007 LOADER/BACKHOE CAT 416E
       SHA03399
```

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

```
  1. CHANGED CONTRACTORS EQUIPMENT COVERAGE
     - CATASTROPHE LIMIT FROM $933,456 TO $913,456
```

FORMS CHANGES

```
  1. CHANGED FORM IM7902  01/12
```

```
            ** This endorsement changes your policy. Please
                  attach it to your original policy. **
```

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³   M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 12/01/15 this Common Policy declarations amends all prior     **
** Common Policy declarations and endorses this policy as shown below.      **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003    0908 , IL0262    0215 ,
IL7035   0912 .

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

COUNTERSIGNED: _____  BY _____
                     Date                   Authorized Representative

Case 4:24-cv-00305-RH-MAF     Document 1-2     Filed 08/02/24     Page 979 of 1019

SR



**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 12/01/15 this Common Policy declarations amends all prior      **
** Common Policy declarations and endorses this policy as shown below.      **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

**        SCHEDULE OF NAMED INSURED   **

CULPEPPER CONSTRUCTION CO INC;
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
C&C EQUIPMENT INC.
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

SR

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639    ³  M

Policy    From    05/04/15       at 12:01 A.M. Standard Time at your
Period    To      05/04/16       mailing address shown above.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 09/11/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT       Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Return

Net Returned Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. DELETED ITEM # 12
   - DESCRIPTION WAS 2012 SKID STEER CAT 287C
     MAS02245

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. CHANGED CONTRACTORS EQUIPMENT COVERAGE
   - CATASTROPHE LIMIT FROM $913,456 TO $853,956

            ** This endorsement changes your policy. Please
               attach it to your original policy. **

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | | |
|---|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³   M

Policy     From    05/04/15          at 12:01 A.M. Standard Time at your
Period     To      05/04/16          mailing address shown above.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 09/11/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____  BY _____
                        Date                       Authorized Representative

PAGE    02 OF  03        IL 00 19 (04-88)            01/31/16            ORIGINAL

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
COMPANY PROVIDING COVERAGE          WESTFIELD INSURANCE COMPANY

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC;
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³   M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
| Period | To   | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 09/11/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**   SCHEDULE OF NAMED INSURED   **

CULPEPPER CONSTRUCTION CO INC;
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
C&C EQUIPMENT INC.
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X ″  Loss Payable

″  Lender's Loss Payable

″  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001    ALL | | 2015 ALL TERRAIN UTILITY VEHICLE 35607 | KUBOTA CREDIT CORP 4400 AMON CARTER BLVD STE 100 FORT WORTH TX 76155 |

Copyright, American Association of
Insurance Services, Inc., 2012

IM 7902  01 12

WESTFIELD
INSURANCE
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC;
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639    ³  M

Policy      From    05/04/15        at 12:01 A.M. Standard Time at your
Period      To      05/04/16        mailing address shown above.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 03/02/16 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                     Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT      Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE COVERAGE PART ENDORSEMENT

1. CHANGED COVERAGE AT LOC 001 BLDG 001
   - ADDED LOSS PAYEE
     CHARLES W ROBERTS,III
     1538 METROPOLITAN BLVD
     TALLAHASSEE FL 32308

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. ADDED ITEM # 17
   - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $40,000
   - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
     ACTUAL CASH VALUE
   - DEDUCTIBLE IS $500
   - DESCRIPTION IS 2001 OFFICE TRAILER TOPLINE
     TLB1371

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. CHANGED CONTRACTORS EQUIPMENT COVERAGE
   - CATASTROPHE LIMIT FROM $853,956 TO $893,956

FORMS CHANGES

1. CHANGED FORM IM7902  01/12

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        $^3$01$^3$  WIC Account Number: 0900375639    $^3$   M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 03/02/16 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
               ** This endorsement changes your policy. Please
                  attach it to your original policy. **

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____  BY _____
                       Date                        Authorized Representative

PAGE   02 OF  03        IL 00 19 (04-88)            03/13/16              ORIGINAL

WESTFIELD
INSURANCE
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
COMPANY PROVIDING COVERAGE          WESTFIELD INSURANCE COMPANY

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC;          EARL BACON AGENCY
SEE SCHEDULE OF NAMED INSURED           PO BOX 12039
1538 METROPOLITAN BLVD                  TALLAHASSEE FL 32317-2039
TALLAHASSEE FL  32308                   TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871       ³01³  WIC Account Number: 0900375639    ³   M

Policy      From    05/04/15        at 12:01 A.M. Standard Time at your
Period      To      05/04/16        mailing address shown above.
××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 03/02/16 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.     **
××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

**   SCHEDULE OF NAMED INSURED   **

CULPEPPER CONSTRUCTION CO INC;
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
C&C EQUIPMENT INC.
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X "  Loss Payable

"  Lender's Loss Payable

"  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001  ALL | | 2001 OFFICE TRLR TOPLINE TLB1371 | CHARLES W ROBERTS,III 1538 METROPOLITAN BLVD TALLAHASSEE FL 32308 |

Copyright, American Association of
Insurance Services, Inc., 2012

IM 7902  01 12

WESTFIELD
**INSURANCE**
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**

SR

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 03/04/16 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT

**Net Additional Premium**

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. ADDED ITEM # 18
   - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $3,000
   - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
     ACTUAL CASH VALUE
   - DEDUCTIBLE IS $1,000
   - DESCRIPTION IS 2015 20FT STORAGE CONTAINER
     VCXU2001154

2. ADDED ITEM # 19
   - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $3,000
   - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
     ACTUAL CASH VALUE
   - DEDUCTIBLE IS $1,000
   - DESCRIPTION IS 2015 20FT STORAGE CONTAINER
     MRCU2401049

3. ADDED ITEM # 20
   - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $3,000
   - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
     ACTUAL CASH VALUE
   - DEDUCTIBLE IS $1,000
   - DESCRIPTION IS 2015 20FT STORAGE CONTAINER
     MRCU2401500

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. CHANGED CONTRACTORS EQUIPMENT COVERAGE
   - CATASTROPHE LIMIT FROM $893,956 TO $902,956

SR

**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
**(Continued)**

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³   M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 03/04/16 this Common Policy declarations amends all prior     **
** Common Policy declarations and endorses this policy as shown below.     **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
                    ** This endorsement changes your policy. Please
                       attach it to your original policy. **

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____  BY _____
                          Date                        Authorized Representative

| PAGE   02 OF  03 | IL 00 19 (04-88) | 03/14/16 | ORIGINAL |



SR

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC;
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639    ³   M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
| Period | To | 05/04/16 | mailing address shown above. |

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 03/04/16 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

**       **   SCHEDULE OF NAMED INSURED   **

CULPEPPER CONSTRUCTION CO INC;
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
C&C EQUIPMENT INC.
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

WESTFIELD
**INSURANCE**
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 PROD. | 000 |

CULPEPPER CONSTRUCTION CO INC;
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639   ³  M

Policy    From   05/04/15     at 12:01 A.M. Standard Time at your
Period    To     05/04/16     mailing address shown above.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 09/11/15 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                   Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT      Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. ADDED ITEM # 12
   - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $59,500
   - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
     ACTUAL CASH VALUE
   - DEDUCTIBLE IS $500
   - DESCRIPTION IS 2012 SKID STEER CAT 287C MAS02245

2. DELETED ITEM # 15
   - DESCRIPTION WAS 2012 CAT 287C SKID STEER S/N
     SSB00226

** This endorsement changes your policy. Please
attach it to your original policy. **

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD.  000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³   M

Policy      From      05/04/15        at 12:01 A.M. Standard Time at your
Period      To        05/04/16        mailing address shown above.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 09/11/15 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____  BY _____
                        Date                          Authorized Representative

**PAGE    02 OF   03**          IL 00 19 (04-88)          **03/16/16**          **ORIGINAL**

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

CULPEPPER CONSTRUCTION CO INC;
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639   ³  M

Policy   From   05/04/15      at 12:01 A.M. Standard Time at your
Period   To     05/04/16      mailing address shown above.
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 09/11/15 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

**   SCHEDULE OF NAMED INSURED  **

CULPEPPER CONSTRUCTION CO INC;
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
C&C EQUIPMENT INC.
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

SR

## WESTFIELD INSURANCE
### Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL 32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871    ³01³  WIC Account Number: 0900375639    ³   M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 03/10/16 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT       Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE COVERAGE PART ENDORSEMENT

   1. CHANGED COVERAGE AT LOC 001 BLDG 001
      - ADDED LOSS PAYEE
        ROBERTS & ROBERTS, INC.
        1538 METROPOLITAN BLVD
        TALLAHASSEE FL 32308

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

   1. ADDED ITEM # 21
      - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $20,000
      - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
        ACTUAL CASH VALUE
      - DEDUCTIBLE IS $1,000
      - DESCRIPTION IS 2008 CAT 420EXH LOADER/BACKHOE
        HLS06393

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

   1. CHANGED CONTRACTORS EQUIPMENT COVERAGE
      - CATASTROPHE LIMIT FROM $902,956 TO $922,956

PAGE   01 OF  03       IL 00 19 (04-88)        03/20/16        ORIGINAL

SR

# WESTFIELD
### INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC; | EARL BACON AGENCY |
| SEE SCHEDULE OF NAMED INSURED | PO BOX 12039 |
| 1538 METROPOLITAN BLVD | TALLAHASSEE FL 32317-2039 |
| TALLAHASSEE FL  32308 | TELEPHONE 850-878-2121 |

**Policy Number: CMM 0 395 871** ³01³  **WIC Account Number: 0900375639** ³ **M**

| | | | |
|---|---|---|---|
| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 03/10/16 this Common Policy declarations amends all prior     **
** Common Policy declarations and endorses this policy as shown below.     **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** This endorsement changes your policy. Please
attach it to your original policy. **

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| | | |
|---|---|---|
| COUNTERSIGNED: _____ | BY _____ | |
| Date | Authorized Representative | |

| | | | |
|---|---|---|---|
| **PAGE   02 OF  03** | IL 00 19 (04-88) | 03/20/16 | ORIGINAL |



**WESTFIELD**
**INSURANCE**
*Sharing Knowledge. Building Trust.®*

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³   M

| Policy<br>Period | From     05/04/15<br>To       05/04/16 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |

××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 03/10/16 this Common Policy declarations amends all prior     **
** Common Policy declarations and endorses this policy as shown below.     **
××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

                    **   SCHEDULE OF NAMED INSURED   **

                    CULPEPPER CONSTRUCTION CO INC;
                    CULPEPPER CONSTRUCTION
                    COMPANY OF GEORGIA, INC;
                    C&C EQUIPMENT INC.
                    1538 METROPOLITAN BLVD
                    TALLAHASSEE FL  32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X  "  Loss Payable

"  Lender's Loss Payable

"  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| ALL | ALL COVERED LOCATIONS | 2007 CATERPILLAR MULTI-TERRAIN LOADER MTL04233 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | 2007 CATERPILLAR BACKHOE LOADER 416EXH SHA03399 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE TN 37203 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RSC EQUIPMENT RENTAL 3417 TRADE PARK COURT SUITE E CHARLOTTE NC 28217 |
| ALL | ALL COVERED LOCATIONS | LEASED/RENTED EQUIPMENT | RSC EQUIPMENT RENTAL 3200 HARBOR LANE SUITE 100 PLYMOUTH MN 55447 |
| ALL | ALL COVERED LOCATIONS | 2008 CAT 420EXH LOADER/ BACKHOE HLS06393 | ROBERTS & ROBERTS, INC 1538 METROPOLITAN BLVD TALLAHASSEE FL 32308 |

Copyright, American Association of
Insurance Services, Inc., 2012                                                          IM 7902  01 12

SR

## WESTFIELD INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS**

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764  PROD. | 000 |

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC;
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639   ³  M

| Policy Period | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 03/08/16 this Common Policy declarations amends all prior      **
** Common Policy declarations and endorses this policy as shown below.      **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:**

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT       Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE COMPUTER COVERAGE

1. CHANGED LOC 001 BLDG 001 ITEM # 1
   - COMPUTER HARDWARE LIMIT FROM $25,000 TO $10,000
   - COMPUTER SOFTWARE LIMIT FROM $25,000 TO $10,000

2. CHANGED LOC 002 BLDG 001 ITEM # 1
   - COMPUTER HARDWARE LIMIT FROM $10,000 TO $25,000
   - COMPUTER SOFTWARE LIMIT FROM $10,000 TO $25,000

              ** This endorsement changes your policy. Please
                 attach it to your original policy. **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____ BY _____
                        Date                         Authorized Representative

PAGE   01 OF  02        IL 00 19 (04-88)              03/22/16              ORIGINAL



**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639   ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 03/08/16 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**    SCHEDULE OF NAMED INSURED  **

CULPEPPER CONSTRUCTION CO INC;
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
C&C EQUIPMENT INC.
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

SR

**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871       ³01³  WIC Account Number: 0900375639    ³   M

Policy      From    05/04/15          at 12:01 A.M. Standard Time at your
Period      To      05/04/16          mailing address shown above.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 01/01/16 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                     Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT       Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Return

Net Returned Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. DELETED ITEM # 9
   - DESCRIPTION WAS 2006 TELEHANDLER LULL 944E42
     944-22515

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. CHANGED CONTRACTORS EQUIPMENT COVERAGE
   - CATASTROPHE LIMIT FROM $922,956 TO $905,456

** This endorsement changes your policy. Please
attach it to your original policy. **

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC; | EARL BACON AGENCY |
| SEE SCHEDULE OF NAMED INSURED | PO BOX 12039 |
| 1538 METROPOLITAN BLVD | TALLAHASSEE FL 32317-2039 |
| TALLAHASSEE FL  32308 | TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³   M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 01/01/16 this Common Policy declarations amends all prior     **
** Common Policy declarations and endorses this policy as shown below.     **
××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

COUNTERSIGNED: _____  BY _____
                       Date                        Authorized Representative

| PAGE   02 OF  03 | IL 00 19 (04-88) | 03/24/16 | ORIGINAL |
|---|---|---|---|

Case 4:24-cv-00305-RH-MAF    Document 1-2    Filed 08/02/24    Page 1002 of 1019



SR

**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639   ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 01/01/16 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

**     SCHEDULE OF NAMED INSURED   **

CULPEPPER CONSTRUCTION CO INC;
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
C&C EQUIPMENT INC.
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

SR

**WESTFIELD INSURANCE**
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. 000 |

CULPEPPER CONSTRUCTION CO INC;
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871      301³  WIC Account Number: 0900375639   ³  M

Policy Period    From    05/04/15    at 12:01 A.M. Standard Time at your
                 To      05/04/16    mailing address shown above.
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 03/18/16 this Common Policy declarations amends all prior  **
** Common Policy declarations and endorses this policy as shown below.  **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
Business: CONTRACTOR                    Named Insured is:  Corporation
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT        Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

Net Additional Premium

×××××××××××××××××××××××××××××××××××××××

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. ADDED ITEM # 22
   - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $6,000
   - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
     ACTUAL CASH VALUE
   - DEDUCTIBLE IS $1,000
   - DESCRIPTION IS 40FT STORAGE CONTAINER 4022153

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. CHANGED CONTRACTORS EQUIPMENT COVERAGE
   - CATASTROPHE LIMIT FROM $905,456 TO $911,456

FORMS CHANGES

1. CHANGED FORM IM7902  01/12

** This endorsement changes your policy. Please
attach it to your original policy. **

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC; <br> SEE SCHEDULE OF NAMED INSURED <br> 1538 METROPOLITAN BLVD <br> TALLAHASSEE FL  32308 | EARL BACON AGENCY <br> PO BOX 12039 <br> TALLAHASSEE FL 32317-2039 <br> TELEPHONE 850-878-2121 |
|---|---|

**Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639    ³   M**

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 03/18/16 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COUNTERSIGNED: _____ | BY _____ |
|---|---|
| Date | Authorized Representative |

Case 4:24-cv-00305-RH-MAF    Document 1-2    Filed 08/02/24    Page 1005 of 1019

SR



**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871          ³01³  WIC Account Number: 0900375639   ³  M

| | | | |
|---|---|---|---|
| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 03/18/16 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

                    **   SCHEDULE OF NAMED INSURED   **

                    CULPEPPER CONSTRUCTION CO INC;
                    CULPEPPER CONSTRUCTION
                    COMPANY OF GEORGIA, INC;
                    C&C EQUIPMENT INC.
                    1538 METROPOLITAN BLVD
                    TALLAHASSEE FL  32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X ″  Loss Payable

″  Lender's Loss Payable

″  Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001 | | 40FT STORAGE CONTAINER 4022153 | CHARLES W. ROBERTS, III 1538 METROPOLITAN BLVD. TALLAHASSEE, FL  32308 |

Copyright, American Association of
Insurance Services, Inc., 2012

IM 7902  01 12

**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC;
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639    ³  M

Policy      From    05/04/15       at 12:01 A.M. Standard Time at your
Period      To      05/04/16       mailing address shown above.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 03/28/16 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT          Additional
COMMERCIAL AUTO COVERAGE PART ENDORSEMENT              Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT     Additional

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

AUTO COVERAGE PART ENDORSEMENT

1. ADDED AUTO 033 - 13 FORD F150 4X4 PU
   - STATE IS FLORIDA
   - TERRITORY IS 123
   - ZIP CODE IS  32308
   - TAX LOCATION IS 0916
   - SERIAL NUMBER IS 1FTFW1EF7DFD53253
   - TYPE VEHICLE IS TRUCK - NO DUMPING
   - CLASS CODE IS 01499
   - DRIVER IS COVERED BY WORKERS COMP
   - COST NEW IS $35,000
   - WEIGHT IS 10,000
   - LOSS PAYEE IS
     FORD MOTOR CREDIT
     3620 QUEEN PALM DRIVE
     TAMPA FL 33619
   - LIABILITY - COMBINED SINGLE LIMIT IS $1,000,000
   - MEDICAL PAYMENTS LIMIT IS $5,000
   - UNINSURED MOTORISTS - COMBINED SINGLE LIMIT IS
     $100,000
   - PERSONAL INJURY PROTECTION LIMIT IS BASIC
   - COMPREHENSIVE DEDUCTIBLE IS $1,000
   - COLLISION DEDUCTIBLE IS $1,000

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY** | 09-09764 | **PROD.** | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC; | EARL BACON AGENCY |
| SEE SCHEDULE OF NAMED INSURED | PO BOX 12039 |
| 1538 METROPOLITAN BLVD | TALLAHASSEE FL 32317-2039 |
| TALLAHASSEE FL  32308 | TELEPHONE 850-878-2121 |

**Policy Number: CMM 0 395 871       ³01³  WIC Account Number: 0900375639    ³   M**

Policy      From    05/04/15        at 12:01 A.M. Standard Time at your
Period      To      05/04/16        mailing address shown above.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 03/28/16 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
                ** This endorsement changes your policy. Please
                      attach it to your original policy. **

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____ BY _____
                          Date                        Authorized Representative

**PAGE   02 OF  03**      IL 00 19 (04-88)        **04/06/16**          ORIGINAL

SR



**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

**Policy Number: CMM 0 395 871      ³01³  WIC Account Number: 0900375639   ³   M**

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 03/28/16 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

**          SCHEDULE OF NAMED INSURED   **

          CULPEPPER CONSTRUCTION CO INC;
          CULPEPPER CONSTRUCTION
          COMPANY OF GEORGIA, INC;
          C&C EQUIPMENT INC.
          1538 METROPOLITAN BLVD
          TALLAHASSEE FL  32308

**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871       ³01³  WIC Account Number: 0900375639   ³   M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 04/13/16 this Common Policy declarations amends all prior     **
** Common Policy declarations and endorses this policy as shown below.     **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

### THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT       Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

### Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE COVERAGE PART ENDORSEMENT

1. CHANGED COVERAGE AT LOC 001 BLDG 001
   - ADDED LOSS PAYEE
     RING POWER
     32000 BLUE STAR HWY
     MIDWAY FL 32343

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. ADDED ITEM # 23
   - CONTRACTOR SCHEDULE EQUIPMENT LIMIT IS $15,000
   - CONTRACTOR SCHEDULE EQUIPMENT VALUATION IS
     ACTUAL CASH VALUE
   - DEDUCTIBLE IS $1,000
   - DESCRIPTION IS 2014 BROOM TRACTOR LAYMOR SM300
     35421

INLAND MARINE CONTRACTORS EQUIPMENT COVERAGE

1. CHANGED CONTRACTORS EQUIPMENT COVERAGE
   - CATASTROPHE LIMIT FROM $911,456 TO $926,456

FORMS CHANGES

1. CHANGED FORM IM7902  01/12

SR

## WESTFIELD INSURANCE
### Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

CULPEPPER CONSTRUCTION CO INC;
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871       301³  WIC Account Number: 0900375639    ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 04/13/16 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
        ** This endorsement changes your policy. Please
           attach it to your original policy. **

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____ BY _____
                        Date                    Authorized Representative

PAGE   02 OF  03        IL 00 19 (04-88)        04/18/16        ORIGINAL

SR

**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871       ³01³  WIC Account Number: 0900375639   ³  M

| Policy<br>Period | From<br>To | 05/04/15<br>05/04/16 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|---|---|

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 04/13/16 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

**   SCHEDULE OF NAMED INSURED  **

CULPEPPER CONSTRUCTION CO INC;
CULPEPPER CONSTRUCTION
COMPANY OF GEORGIA, INC;
C&C EQUIPMENT INC.
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

  X "   Loss Payable

     "   Lender's Loss Payable

     "   Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001 | ALL | 2014 BROOM TRACTOR LAYMOR SM300 35421 | RING POWER 32000 BLUE STAR HWY MIDWAY FL 32343 |

Copyright, American Association of
Insurance Services, Inc., 2012

IM 7902  01 12

**WESTFIELD**
INSURANCE
Sharing Knowledge. Building Trust.®

SR

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD.   000 |

| | |
|---|---|
| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³  M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 04/19/16 this Common Policy declarations amends all prior     **
** Common Policy declarations and endorses this policy as shown below.     **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT       Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

INLAND MARINE COVERAGE PART ENDORSEMENT

1. CHANGED COVERAGE AT LOC 001 BLDG 001
   - DELETED LOSS PAYEE
     MCDONOUGH ELEVATOR SALES
     AND RENTALS
     1942 ROYAL INDUSTRIAL BLVD
     AUSTELL GA 30106

** This endorsement changes your policy. Please
attach it to your original policy. **

SR

## WESTFIELD INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
**(Continued)**

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC;
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

Policy Number: CMM 0 395 871       ³01³  WIC Account Number: 0900375639   ³   M

Policy    From    05/04/15        at 12:01 A.M. Standard Time at your
Period    To      05/04/16        mailing address shown above.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 04/19/16 this Common Policy declarations amends all prior   **
** Common Policy declarations and endorses this policy as shown below.   **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____  BY _____
                      Date                    Authorized Representative

PAGE   02 OF  03       IL 00 19 (04-88)           04/21/16           ORIGINAL

SR



**WESTFIELD**
**INSURANCE**
Sharing Knowledge. Building Trust.®

COMMERCIAL PACKAGE POLICY
AMENDED
COMMON POLICY DECLARATIONS
(Continued)

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY |
|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

Policy Number: CMM 0 395 871        ³01³  WIC Account Number: 0900375639    ³   M

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|---|---|
| Period | To | 05/04/16 | mailing address shown above. |

×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××
** Effective 04/19/16 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
×××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××××

                    **   SCHEDULE OF NAMED INSURED   **

                    CULPEPPER CONSTRUCTION CO INC;
                    CULPEPPER CONSTRUCTION
                    COMPANY OF GEORGIA, INC;
                    C&C EQUIPMENT INC.
                    1538 METROPOLITAN BLVD
                    TALLAHASSEE FL  32308

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

CULPEPPER CONSTRUCTION CO INC;
SEE SCHEDULE OF NAMED INSURED
1538 METROPOLITAN BLVD
TALLAHASSEE FL  32308

EARL BACON AGENCY
PO BOX 12039
TALLAHASSEE FL 32317-2039
TELEPHONE 850-878-2121

**Policy Number: CMM 0 395 871**        ³01³  **WIC Account Number: 0900375639**   ³  **M**

| Policy | From | 05/04/15 | at 12:01 A.M. Standard Time at your |
| Period | To | 05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 04/19/16 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Business: CONTRACTOR                    Named Insured is:  Corporation
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
In return for the payment of the premium, and subject to all terms of this
policy, we agree with you to provide the insurance as stated in this policy.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

## THE COVERAGE PARTS BELOW HAVE BEEN ENDORSED AS FOLLOWS:

COMMERCIAL PROPERTY COVERAGE PART ENDORSEMENT     Additional
COMMERCIAL INLAND MARINE COVERAGE PART ENDORSEMENT  Additional

Net Additional Premium

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

FORMS CHANGES

1. CHANGED FORM IM7902  01/12

** This endorsement changes your policy. Please
attach it to your original policy. **

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Forms and Endorsements applicable to all coverage parts:
IL0019   0488 , IL0017   1198 , ID7004   0411 , IL0003   0908 , IL0262   0215 ,
IL7035   0912 .

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

COUNTERSIGNED: _____ BY _____
                        Date                        Authorized Representative

SR

# WESTFIELD
## INSURANCE
Sharing Knowledge. Building Trust.®

**COMMERCIAL PACKAGE POLICY**
**AMENDED**
**COMMON POLICY DECLARATIONS**
**(Continued)**

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| COMPANY PROVIDING COVERAGE | WESTFIELD INSURANCE COMPANY | | |
|---|---|---|---|

| NAMED INSURED AND MAILING ADDRESS | AGENCY | 09-09764 | PROD. | 000 |
|---|---|---|---|---|

| CULPEPPER CONSTRUCTION CO INC;<br>SEE SCHEDULE OF NAMED INSURED<br>1538 METROPOLITAN BLVD<br>TALLAHASSEE FL  32308 | EARL BACON AGENCY<br>PO BOX 12039<br>TALLAHASSEE FL 32317-2039<br>TELEPHONE 850-878-2121 |
|---|---|

**Policy Number: CMM 0 395 871         ³01³  WIC Account Number: 0900375639   ³   M**

| Policy    From    05/04/15 | at 12:01 A.M. Standard Time at your |
|---|---|
| Period    To      05/04/16 | mailing address shown above. |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
** Effective 04/19/16 this Common Policy declarations amends all prior    **
** Common Policy declarations and endorses this policy as shown below.    **
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**          **   SCHEDULE OF NAMED INSURED   **

                CULPEPPER CONSTRUCTION CO INC;
                CULPEPPER CONSTRUCTION
                COMPANY OF GEORGIA, INC;
                C&C EQUIPMENT INC.
                1538 METROPOLITAN BLVD
                TALLAHASSEE FL  32308

POLICY NUMBER:  CMM 0395871

# LOSS PAYABLE SCHEDULE

(The entires required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

X " Loss Payable

" Lender's Loss Payable

" Contract of Sale

## SCHEDULE

| Loc. No. | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| 001 | ALL | LEASED/RENTED EQUIP | WILLIAM SCOTSMAN, INC. 12019 LIVINGSTON ROAD MANASSAS, VA 20109-2779 |
| 001 | ALL | LEASED/RENTED EQUIPMENT | AHERN RENTALS INC. 1401 MINERAL AVE. LAS VEGAS, NV 89106 |
| 001 | ALL | LEASED/RENTED EQUIPMENT | WILLIAMS SCOTSMAN, INC. (ACCT# 13150454 & 1046747) 12019 LIVINGSTON ROAD MANASSAS, VA  20109-2779 |
| 001 | ALL | LEASED/RENTED EQUIPMENT | WILLIAMS SCOTSMAN, INC. (ACCT# 13150454 & 1046747) 901 S. BOND STREET, SUITE 600 BALTIMORE, MD  21231 |

Copyright, American Association of
Insurance Services, Inc., 2012

IM 7902  01 12